IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES CONCIERGES, INC., | No. C-09-1510 MMC |
| Plaintiff, | **ORDER DENYING DEFERRED PORTION OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| MARK ROBESON, et al., | |
| Defendants / | |

By order filed April 10, 2009, the Court granted in part and denied in part plaintiff Les Concierges, Inc.'s application for a temporary restraining order. Further, in said order, the Court deferred ruling on the application, to the extent plaintiff sought an order temporarily restraining Mark Robeson from participating in any way in the preparation of a proposal in response to a Request for Proposal the parties expect a major financial institution will issue in the near future, to afford the parties the opportunity to submit further briefing on that matter. Thereafter, defendants Les Concierges Services Pvt. Ltd. and Club Concierge Services, Inc. filed opposition to the deferred portion of the application, to which plaintiff replied.[1] Having read and considered the parties' submissions with respect to the remaining issue, the Court rules as follows.

---

[1] Additionally, defendant Mark Robeson filed a statement joining in the opposition filed by the other defendants.

1 | The only issue presently before the Court is whether Mark Robeson should be
restrained from the above-described participation during the period from today's date until
April 24, 2009, the date on which the Court will consider plaintiff's request for issuance of a
preliminary injunction. Based on the record presently before the Court, the Court finds
plaintiff has failed to show it is "likely to suffer irreparable harm" in the absence of such an
order. See Winter v. Natural Resources Defense Council, 129 S. Ct. 365, 374-377 (2008)
(holding injunction may issue only upon, inter alia, "clear showing" applicant is "likely to
suffer irreparable harm"). With respect to all of plaintiff's requests, including the request
addressed herein, defendants remain, however, obligated to show cause why a preliminary
injunction should not issue pending the trial of this action or further order of the Court. (See
Order, filed April 10, 2009.)

**IT IS SO ORDERED.**

Dated: April 17, 2009

_____
MAXINE M. CHESNEY
United States District Judge