LAZARE POTTER & GIACOVAS LLP
DAVID E. POTTER, ESQ. (Pro Hac Vice Application Pending)
JAIPAT S. JAIN, ESQ. (Pro Hac Vice Application Pending)
LAINIE E. COHEN, ESQ. (State Bar No. 216726)
950 Third Avenue, 15th Floor
New York, New York 10022
Telephone: (212) 758-9300
Facsimile: (212) 888-0919
Email: dpotter@lpgllp.com; jjain@lpgllp.com;
lcohen@lpgllp.com

Attorneys for Defendants LES
CONCIERGES SERVICES PVT. LTD and
CLUB CONCIERGE SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES CONCIERGES, INC., a California Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> MARK ROBESON, an individual; LES CONCIERGES SERVICES PVT. LTD., an Indian corporation; CLUB CONCIERGE SERVICES, INC., a Delaware corporation; and CLUB CONCIERGE LOYALTY SERVICES, INC., a business organization of unknown form and unknown citizenship, <br><br> Defendants. | CASE NO.: CV 09 1510 MMC <br><br> **ORDER APPROVING STIPULATION** <br><br> Action filed : April 8, 2009 <br> Trial Date : None Set |

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned attorneys of record that the Court's April 10, 2009 Order shall be modified as follows:

1. Defendant shall serve its Defendants' Opposition to Plaintiff's Application for a Preliminary Injunction ("Plaintiff's Application") via email on April 17, 2009.

2. Defendant shall file its Opposition papers to Plaintiff's Application on April 20, 2009.

1

**STIPULATION**

3. This modification of the briefing schedule is necessary in order for Defendants to file under seal certain information designated yesterday by Plaintiff as "Highly Confidential."

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 17, 2009

LAW OFFICE OF PATRICIA MURPHY

By: *Patricia A. Murphy*
Patricia A. Murphy
Attorneys for Plaintiff
LES CONCIERGES, INC.

Dated: April 17, 2009

LAZARE POTTER & GIACOVAS LLP

By: *David E. Potter*
David E. Potter
Jaipat Jain
Lainie Cohen
Attorneys for Defendants LES CONCIERGES SERVICES PVT. LTD. and CLUB CONCIERGE SERVICES, INC.

Dated: April 17, 2009

LERCH STURMER, LLP

By: *Debra Steel Sturmer*
Debra Steel Sturmer
Attorneys for Defendant MARK ROBESON

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 20, 2009

*Maxine M. Chesney*
Hon. Maxine M. Chesney
United States District Court Judge

2.

STIPULATION