LAZARE POTTER & GIACOVAS LLP
DAVID E. POTTER, ESQ. (Pro Hac Vice Application Pending)
JAIPAT S. JAIN, ESQ. (Pro Hac Vice Application Pending)
LAINIE E. COHEN, ESQ. (State Bar No. 216726)
950 Third Avenue, 15th Floor
New York, New York 10022
Telephone: (212) 758-9300
Facsimile: (212) 888-0919
Email: dpotter@lpgllp.com; jjain@lpgllp.com;
       lcohen@lpgllp.com

Attorneys for Defendants LES
CONCIERGES SERVICES PVT. LTD and
CLUB CONCIERGE SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES CONCIERGES, INC., a California Corporation,<br><br>                    Plaintiffs,<br><br>v.<br><br>MARK ROBESON, an individual; LES CONCIERGES SERVICES PVT. LTD., an Indian corporation; CLUB CONCIERGE SERVICES, INC., a Delaware corporation; and CLUB CONCIERGE LOYALTY SERVICES, INC., a business organization of unknown form and unknown citizenship,<br><br>                    Defendants. | CASE NO.: CV 09 1510 MMC<br><br>**ORDER APPROVING STIPULATION**<br><br>Action filed : April 8, 2009<br>Trial Date  : None Set |

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned attorneys of record that the Court's April 10, 2009 Order shall be modified as follows:

1. Defendant shall serve its Defendants' Opposition to Plaintiff's Application for a Preliminary Injunction ("Plaintiff's Application") via email on April 17, 2009.

2. Defendant shall file its Opposition papers to Plaintiff's Application on April 20, 2009.

1
**STIPULATION**

1        3. This modification of the briefing schedule is necessary in order for Defendants to

2  file under seal certain information designated yesterday by Plaintiff as "Highly

3  Confidential."

4     IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

6  Dated: April 17, 2009            LAW OFFICE OF PATRICIA MURPHY

8                                   By: /s/ Patricia A. Murphy
9                                       Patricia A. Murphy
                                      Attorneys for Plaintiff
10                                     LES CONCIERGES, INC.

12 Dated: April 17, 2009            LAZARE POTTER & GIACOVAS LLP

14                                   By: /s/ David E. Potter
                                    David E. Potter
15                                     Jaipat Jain
                                    Lainie Cohen
16                                     Attorneys for Defendants LES CONCIERGES
                                    SERVICES PVT. LTD. and CLUB
17                                     CONCIERGE SERVICES, INC.

18 Dated: April 17, 2009            LERCH STURMER, LLP

20                                   By: /s/ Debra Steel Sturmer
                                    Debra Steel Sturmer
21                                     Attorneys for Defendant MARK ROBESON

23      PURSUANT TO STIPULATION, IT IS SO ORDERED.

25 Dated: April 20, 2009

                                    /s/ Maxine M. Chesney
27                                     Hon. Maxine M. Chesney
28                                     United States District Court Judge

                              **STIPULATION**