DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MICHAEL W. STEBBINS, Bar No. 138326
mstebbins@be-law.com
COLIN G. MCCARTHY, Bar No. 191410
cmccarthy@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

David E. Potter, Esq., *Pro Hac Vice Pending*
dpotter@lpgllp.com
Jaipat S. Jain, Esq., *Pro Hac Vice Pending*
jjain@lpgllp.com
Lainie E. Cohen, Esq., Bar No. 216726
lcohen@lpgllp.com
LAZARE POTTER & GIACOVAS LLP
950 Third Ave., 15th Floor
New York, NY 10022
Telephone: (212) 758-9300
Facsimile: (212) 888-0919

Attorneys for Defendants LES
CONCIERGES SERVICES PVT. LTD and
CLUB CONCIERGE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LES CONCIERGES, INC., a California corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MARK ROBESON, an individual; LES CONCIERGES SERVICES PVT. LTD., an Indian corporation; CLUB CONCIERGES SERVICES, INC., a Delaware corporation; and CLUB CONCIERGE LOYALTY SERVICES, INC., a business organization of unknown form and unknown citizenship,<br><br>　　　　　　　　　　Defendants. | Case No. CV 09 01510 MMC<br><br>[PROPOSED] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY DAVID E. POTTER** *PRO HAC VICE*<br><br>Judge: Hon. Maxine M. Chesney<br><br>Date Filed: April 6, 2009<br>Trial Date: None Set |

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE*　　　　　　　　　　　　　　　　　　　　　Case No. CV 09 01510 MMC

DAVID E. POTTER, an active member in good standing of the bar of New York, whose business address and telephone number is Lazare Potter & Giacovas LLP, 950 Third Avenue, 15th Floor, New York, NY 10022, (212) 758.9300, dpotter@lpgllp.com having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Les Concierges Services PVT. LTD and Club Concierge Services, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: April 21, 2009

_____
Judge Maxine M. Chesney
UNITED STATES DISTRICT JUDGE