1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MICHAEL W. STEBBINS, Bar No. 138326
   mstebbins@be-law.com
3  COLIN G. MCCARTHY, Bar No. 191410
   cmccarthy@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile:  (408) 297-6000

7  David E. Potter, Esq., *Pro Hac Vice Pending*
   dpotter@lpgllp.com
8  Jaipat S. Jain, Esq., *Pro Hac Vice Pending*
   jjain@lpgllp.com
9  Lainie E. Cohen, Esq., Bar No. 216726
   lcohen@lpgllp.com
10 LAZARE POTTER & GIACOVAS LLP
   950 Third Ave., 15th Floor
11 New York, NY 10022
   Telephone: (212) 758-9300
12 Facsimile:  (212) 888-0919

13 Attorneys for Defendants LES
   CONCIERGES SERVICES PVT. LTD and
14 CLUB CONCIERGE SERVICES INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LES CONCIERGES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARK ROBESON, an individual; LES CONCIERGES SERVICES PVT. LTD., an Indian corporation; CLUB CONCIERGES SERVICES, INC., a Delaware corporation; and CLUB CONCIERGE LOYALTY SERVICES, INC., a business organization of unknown form and unknown citizenship,<br><br>Defendants. | Case No. CV 09 01510 MMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY JAIPAT S. JAIN *PRO HAC VICE*<br><br>Judge: Hon. Maxine M. Chesney<br><br>Date Filed: April 6, 2009<br>Trial Date: None Set |

JAIPAT S. JAIN, an active member in good standing of the bar of New York, whose business address and telephone number is Lazare Potter & Giacovas LLP, 950 Third Avenue, 15th Floor, New York, NY 10022, (212) 758.9300, jjain@lpgllp.com having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Les Concierges Services PVT. LTD and Club Concierge Services, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: April 22, 2009

Judge Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

- 1 -
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE*                                    Case No. CV 09 01510 MMC