1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MICHAEL W. STEBBINS, Bar No. 138326
   mstebbins@be-law.com
3  COLIN G. MCCARTHY, Bar No. 191410
   cmccarthy@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  David E. Potter, Esq., *Pro Hac Vice Pending*
   dpotter@lpgllp.com
8  Jaipat S. Jain, Esq., *Pro Hac Vice Pending*
   jjain@lpgllp.com
9  Lainie E. Cohen, Esq., Bar No. 216726
   lcohen@lpgllp.com
10 LAZARE POTTER & GIACOVAS LLP
   950 Third Ave., 15th Floor
11 New York, NY 10022
   Telephone: (212) 758-9300
12 Facsimile: (212) 888-0919

13 Attorneys for Defendants LES
   CONCIERGES SERVICES PVT. LTD and
14 CLUB CONCIERGE SERVICES INC.

15             UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA

17             SAN FRANCISCO DIVISION

18 LES CONCIERGES, INC., a California          Case No. CV 09 01510 MMC
   corporation,
19                                             [PROPOSED] ORDER GRANTING
                            Plaintiff,         APPLICATION FOR ADMISSION OF
20                                             ATTORNEY JAIPAT S. JAIN
          vs.                                  *PRO HAC VICE*
21
   MARK ROBESON, an individual; LES
22 CONCIERGES SERVICES PVT. LTD., an           Judge: Hon. Maxine M. Chesney
   Indian corporation; CLUB CONCIERGES
23 SERVICES, INC., a Delaware corporation; and
   CLUB CONCIERGE LOYALTY SERVICES,            Date Filed: April 6, 2009
24 INC., a business organization of unknown form Trial Date: None Set
   and unknown citizenship,
25
                            Defendants.
26

27

28

1      JAIPAT S. JAIN, an active member in good standing of the bar of New York, whose

2  business address and telephone number is Lazare Potter & Giacovas LLP, 950 Third Avenue, 15th

3  Floor, New York, NY 10022, (212) 758.9300, jjain@lpgllp.com having applied in the above-

4  entitled action for admission to practice in the Northern District of California on a *pro hac vice*

5  basis, representing Defendants Les Concierges Services PVT. LTD and Club Concierge Services,

6  Inc.

7      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

8  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

9  *vice*. Service of papers upon and communication with co-counsel designed in the application will

10  constitute notice to the party. All future filings in this action are subject to the requirements

11  contained in General Order No. 45, Electronic Case Filing.

12  Dated:  April 22       , 2009

13

14                            Judge Maxine M. Chesney
                            UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE*              Case No. CV 09 01510 MMC