IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES CONCIERGES, INC., | No. C-09-1510 MMC |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENT UNDER SEAL** |
| v. | |
| MARK ROBESON, et al., | |
| Defendants / | |

Before the Court is plaintiff Les Concierges, Inc.'s administrative motion, filed April 15, 2009, by which plaintiff seeks leave to file under seal Exhibit A to the "Declaration of Ramesh Patel in Support of Plaintiff Les Concierge Inc.'s Reply Re Ex Parte Application for Temporary Restraining Order."

Good cause appearing in that plaintiff asserts that Exhibit A consists of its "trade secret and other confidential research, development, or commercial information" (see Pl.'s Administrative Mot. at 1:14-16), the motion is hereby GRANTED, and the Clerk is DIRECTED to file Exhibit A under seal.

In so ruling, the Court makes no finding as to whether, in fact, any of the information set forth in Exhibit A constitutes a protectible trade secret or confidential information.

**IT IS SO ORDERED.**

Dated: April 23, 2009

_____
MAXINE M. CHESNEY
United States District Judge