IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LES CONCIERGES, INC.,  No. C-09-1510 MMC

    Plaintiff, **PRELIMINARY INJUNCTION**

  v.

MARK ROBESON, et al.,

    Defendants
_____/

IT IS HEREBY ORDERED that, pending final determination of the merits of plaintiff Les Concierges, Inc.'s claims:

1. Mark Robeson shall deliver to plaintiff, to the extent he has previously not done so, the following documents and things in his possession, custody or control: all files, documents, records, data and/or information, in any format, including reproductions thereof, obtained or created by him during and in the course of his employment with plaintiff, including but not limited to any and all files, documents, records, data and/or information that were stored at any time on the Dell laptop computer, the MacBook and/or the Blackberry that plaintiff provided to him for his use during and in the course of his employment with plaintiff; and

2. Mark Robeson shall deliver to plaintiff, to the extent he has previously not done so, the MacBook computer, facsimile machine, printer and supplies, and any other property

that plaintiff provided to him for his use during his employment with plaintiff, to the extent any such property is in his possession, custody or control.

3. Defendants are enjoined from making any use, in any matter, for any purpose, of any of plaintiff's trade secrets, proprietary information and/or confidential information.

4. Defendants and any other person or entity participating with or acting for, on behalf of, or in concert with any defendant, including but not limited to officers, employees, agents, attorneys and representatives, to the extent they are not already doing so, shall take immediate steps to preserve any and all "writings" or "recordings," as those terms are defined in Rule 1001 of the Federal Rules of Evidence, and all electronic information, regardless of storage or retention medium or method, on any computer hard drive, back-up drive, disc drive, hard disc, floppy disc, compact disc, magnetic tape, zip file, personal digitial assistant, mobile phone, or in any other form or on any other medium that are in their possession, custody, or control and that may be relevant to a claim or defense of any party in the within action.

5. Maintenance of the bond previously posted by plaintiff shall be a condition of the instant injunction.

**IT IS SO ORDERED.**

Dated: April 27, 2009

MAXINE M. CHESNEY  
United States District Judge