IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES CONCIERGES, INC., | No. C-09-1510 MMC |
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART LC DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK; DIRECTIONS TO LC DEFENDANTS** |
| v. | |
| MARK ROBESON, et al., | |
| Defendants / | |

Before the Court is defendants Les Concierges Service PVT. Ltd. and Club Concierge Services Inc.'s ("LC Defendants") "Administrative Motion to File Under Seal," filed April 20, 2009, by which LC Defendants seek leave to file under seal (1) Exhibit 1 to the Declaration of David E. Potter in Support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction ("Potter Declaration"), which exhibit is the transcript of Ramesh Patel's ("Patel") deposition, (2) Exhibit 2 to the Potter Declaration, which consists of the exhibits to the Patel deposition transcript, and (3) an unredacted version of LC Defendants' opposition to plaintiff's motion for a preliminary injunction.[1]  Plaintiff has filed a responsive declaration.

Having read and considered the motion and plaintiff's response thereto, the Court

---

[1] LC Defendants have filed a redacted version of their opposition to plaintiff's motion for a preliminary injunction.

hereby GRANTS in part and DENIES in part the motion, as follows:

1. Plaintiff has demonstrated that each of the subject three documents contains confidential material,[2] and, accordingly, the Clerk is hereby DIRECTED to file under seal the unredacted versions of the above-referenced three documents.

2. Plaintiff does not contend the entirety of Exhibit 1 to the Potter Declaration is confidential, and, accordingly, the Clerk is hereby DIRECTED to file in the public record the redacted version of Exhibit 1 submitted by plaintiff with its responsive declaration to the instant administrative motion.

3. Plaintiff does not contend the entirety of Exhibit 2 to the Potter Declaration is confidential; specifically, plaintiff does not contend that Exhibits 2, 3, 4, and 8 to the Patel deposition transcript are confidential. Accordingly, LC Defendants are hereby DIRECTED to file in the public record, no later than May 29, 2009, a redacted version of Exhibit 2 that consists only of Exhibits 2, 3, 4, and 8 to the Patel deposition transcript.

**IT IS SO ORDERED.**

Dated: May 21, 2009

MAXINE M. CHESNEY
United States District Judge

---

[2] LC Defendants have not designated as confidential any of the documents submitted in connection with the instant administrative motion.