IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES CONCIERGES, INC.,<br><br>  Plaintiff,<br>v.<br><br>MARK ROBESON, et al.,<br><br>  Defendants | No. C-09-1510 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK; DIRECTIONS TO PLAINTIFF** |

Before the Court is plaintiff's "Administrative Motion . . . to File Certain Documents Under Seal," filed April 22, 2009, by which plaintiff seeks leave to file under seal the entirety of "Plaintiff's Reply Re Order to Show Cause Re Preliminary Injunction" and the entirety of three declarations in support thereof. With leave of court, plaintiff subsequently filed a supplemental brief and declaration in support of said administrative motion. Defendant Mark Robeson ("Robeson") did not file a responsive declaration.[1]

Having read and considered plaintiff's motion and supplemental filings, the Court hereby GRANTS in part and DENIES in part the motion, as follows:

1. Plaintiff has demonstrated that each of the subject four documents contain confidential material, and, accordingly, the Clerk is hereby DIRECTED to file under seal the

---

[1] Plaintiff states that two exhibits it seeks to file under seal were designated as confidential by Robeson.

unredacted versions of the above-referenced four documents.

    2. Plaintiff does not contend the entirety of any of the four subject documents is confidential, and Robeson has not filed a responsive declaration to establish that any part of such documents is confidential.  Accordingly, plaintiff is hereby DIRECTED to file in the public record, no later than May 29, 2009, (A) a redacted version of plaintiff's reply, (B) a redacted version of the Declaration of Ramesh Patel in Support of Plaintiff Les Concierges Inc.'s Reply, (C) the Declaration of Steven R. Walker in Support of Plaintiff's Reply and a redacted version of Exhibit A thereto, and (D) the Declaration of Patricia A. Murphy in Support of Plaintiff's Reply, Exhibits A and C attached thereto, and a redacted version of Exhibit B thereto.

**IT IS SO ORDERED.**

Dated:  May 21, 2009

_____
MAXINE M. CHESNEY
United States District Judge