1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   LES CONCIERGES, INC.,                    No. C-09-1510 MMC

12              Plaintiff,              **ORDER GRANTING IN PART AND
                                        DENYING IN PART DEFENDANT**
13     v.                              **ROBESON'S ADMINISTRATIVE MOTION
                                        TO FILE DOCUMENTS UNDER SEAL;**
14   MARK ROBESON, et al.,              **DIRECTIONS TO CLERK; DIRECTIONS
                                        TO DEFENDANT ROBESON**
15              Defendants
                                     /

16

17        Before the Court is defendant Mark Robeson's ("Robeson") "Administrative Motion to

18   File The Entire Declaration of Michael Gary Funck Under Seal," filed April 27, 2009.  In his

19   motion, Robeson states that plaintiff has designated as confidential the entirety of the

20   Funck Declaration, including every page of the five exhibits attached thereto.

21   Plaintiff has filed a responsive declaration.

22        Having read and considered the motion and plaintiff's response thereto, the Court

23   hereby GRANTS in part and DENIES in part the motion, as follows:

24        1. Plaintiff has demonstrated that two of the exhibits attached to the Funck

25   Declaration, specifically, Exhibits D and E, are confidential, and, accordingly, the Clerk is

26   hereby DIRECTED to file under seal the unredacted version of the Funck Declaration.

27        2. Plaintiff does not contend that any portion of Exhibits A, B, or C to the Funck

28   Declaration is confidential, or that any text in the declaration itself is confidential.

1    Accordingly, Robeson is hereby DIRECTED to file in the public record, no later than May

2    29, 2009, a redacted version of the Funck Declaration, specifically, the entirety of said

3    declaration and the exhibits attached thereto with the exception of Exhibits D and E.

4        **IT IS SO ORDERED.**

5

6    Dated:  May 21, 2009

7                                                    MAXINE M. CHESNEY
                                                     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28