IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES CONCIERGES, INC., | No. C-09-1510 MMC |
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT ROBESON'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK; DIRECTIONS TO DEFENDANT ROBESON** |
| v. | |
| MARK ROBESON, et al., | |
| Defendants | |

Before the Court is defendant Mark Robeson's ("Robeson") "Administrative Motion to File The Entire Declaration of Michael Gary Funck Under Seal," filed April 27, 2009.  In his motion, Robeson states that plaintiff has designated as confidential the entirety of the Funck Declaration, including every page of the five exhibits attached thereto. Plaintiff has filed a responsive declaration.

Having read and considered the motion and plaintiff's response thereto, the Court hereby GRANTS in part and DENIES in part the motion, as follows:

1. Plaintiff has demonstrated that two of the exhibits attached to the Funck Declaration, specifically, Exhibits D and E, are confidential, and, accordingly, the Clerk is hereby DIRECTED to file under seal the unredacted version of the Funck Declaration.

2. Plaintiff does not contend that any portion of Exhibits A, B, or C to the Funck Declaration is confidential, or that any text in the declaration itself is confidential.

1  Accordingly, Robeson is hereby DIRECTED to file in the public record, no later than May
2  29, 2009, a redacted version of the Funck Declaration, specifically, the entirety of said
3  declaration and the exhibits attached thereto with the exception of Exhibits D and E.
4  **IT IS SO ORDERED.**

6  Dated: May 21, 2009

MAXINE M. CHESNEY
United States District Judge

2