# Declaration of Michael Gary Funck

# Exhibit A

**Michael Gary Funck**

**Intrepid Technology, Inc.**
**(650) 319-0202**

**EXPERIENCE**

| | | |
|---|---|---|
| 1987 - Present | Intrepid Technology | President |
| 1983 - 1987 | Ready Systems | Vice President, Engineeering |
| 1980 - 1983 | Tandem Computers | Department Manager |
| 1977 - 1980 | Data General | Section Manager |
| 1974 - 1977 | Harris Computers | Senior Software Engineer |

**EDUCATION**

| | | |
|---|---|---|
| 1972 - 1974 | Indiana University | M. S. Computer Science |
| 1968 - 1972 | N. C. State University | B. S. Computer Science |

**Michael Gary Funck**

| | | |
|---|---|---|
| **1987 - Present** | **Intrepid Technology** | **President** |

Formed company specilializing in technical consulting, contract software, and product development. Intrepid Technology specializes in systems software including operating systems, development tools, real-time systems, and communications subsystems.

| | | |
|---|---|---|
| **1983 - 1987** | **Ready Systems** | **Vice President, Engineering** |

Directed all engineering activities. Planned, budgeted, and staffed the engineering organization. Formulated new product strategies.

Launched new businees unit to design and develop a high performance Ada runtime system for use in real-time applications. Wrote business plan. Staffed and managed the engineering and marketing teams. Produced sales materials. Traveled to make sales presentatins. Closed key accounts. Negotiated with third party suppliers. Worked with PR firm, hardware vendors, and conference organizers to ensure smooth product introduction.

| | | |
|---|---|---|
| **1980 - 1983** | **Tandem Computers** | **Department Manager** |

Managed operating system development for a distributed, fault tolerant hardware arhitecture. Staffed and managed a group of twenty-five engineers. This group developed: (1) a message based kernel, (2) disk and tape access methods, (3) transaction oriented file system, and (4) user interfaces.

| | | |
|---|---|---|
| **1977 - 1980** | **Data General** | **Section Manager** |

Managed operating systems group. Developed the operating system for an advanced hardware architecture. Met aggressive schedules, overcoming the problems of new hardware and tools.

| | | |
|---|---|---|
| **1974 - 1977** | **Harris Computer Systems** | **Senior Software Engineer** |

Developed software for a real-time operating system.

CONFIDENTIAL INFORMATION. Please do not distribute this information further without the express written consent of Intrepid Technology, Inc. (offices in Palo Alto, CA). Contact Gary Funck at 650 319-0202 with any questions that relate to the information in this document.

**Summary of past engagements**

The summary below, describes a few of the litigation-related projects that Intrepid has participated in over the past five years.

- 2008-2009 *The Quantum World Corp. v. Atmel et. al.* [Susman Godfrey, plaintiff, US Eastern District of Texas] Performed research tasks that related to the quality of hardware implemented random number generators (RNG's).
- 2008-2009 *Mediostream, Inc. v. Acer America et. al.* [Wilson Sonsini, defendant, US Eastern District of Texas] Reviewed client's source code, in an effort to demonstrate the probable existence of prior art.
- 2008 *Mattel vs. Carter Bryant/MGA* [Keker Van Nest/Skadden Arps defendant, US District Court, Central District of California, Eastern Division] Forensic analysis of hard drive images. Refuted opposition's expert testimony in key areas. Deposed.
- 2007-2008 *The Technical Committee* [http://www.thetc.org neutral expert, U.S. District Court, District of Columbia] Consultant assigned with the task of developing an automated method of scanning millions of lines of source code to verify that Microsoft complies with a Federal Court order.
- 2006 *Friskit v. Real Networks* [Quinn Emanuel, defendant, U.S. District Court, Northern District of California] Archived and searched electronic data on plaintiff's servers and workstations to find information that might refute plaintiff's claims of patent infringement.
- 2005 *AOC Technologies v. Various* [Perkins Coie, plaintiff, Superior Court of the State of California, County of Alameda] Performed forensic analysis of various personal computers to demonstrate likely violation of employment agreements and misappropriation of confidential data.

- 2005 *Elios v. Insuratec* [DLA Piper Rudnick Gray Cary, Roberts and Elliott, Terra Law, neutral expert, Superior Court of the State of California, County of Contra Costa] As part of a settlement agreement, reviewed both plaintiff's and defendant's application source code to verify that defendant had independently developed its application. Also verified that the database being used by defendant had been derived from sources other than plaintiff.
- 2004 *EMC v. HP* [Orrick Herrington, defendant counter-suit, U.S. District Court, Northern District of California, San Jose Division] Reviewed opposition's source code to support claims that opposition infringed defendant's patents.
- 2003 – 2004 *Intergraph v. HP, Dell, Gateway* [Robbins, Kaplan, Miller, and Ciresi, plaintiff, U.S. District Court, Eastern District of Texas] Reverse engineered various versions of the Windows OS and applications to determine if these programs used the Intel CPU's paging hardware in a way that infringed plaintiff's patents.
- 2004 *Mentat v. Wind River Systems* [Bergeson et al, neutral expert, Superior Court of the State of California, County of Alameda] As part of a settlement agreement, reviewed defendant's product CD's to ensure that they no longer contained plaintiff's proprietary information. Submitted written report to both parties, documenting results of review.
- 2004 *Fair Isaac Corp v. Melinda Nykamp, Nykamp Group* [Quinn Emanuel, plaintiff, Superior Court of California, County of Marin] Forensic disk imaging. Declaration.
- 2002 - 2004 *Oracle v. Various* [Quinn Emanuel, plaintiff, Superior Court of California, Sacramento County] Computer forensic investigation.

# Declaration of Michael Gary Funck

# Exhibit B

```
Created By AccessData® FTK® Imager 2.5.5.22 081202

Case Information:
Case Number: 100389
Evidence Number: 1
Unique Description: Mark Robeson
Examiner: NV
Notes: 04/22/09 8:30am SF Office

--------------------------------------------------------------

Information for H:\evidence\Mark_Robeson\mark-robeson:

Physical Evidentiary Item (Source) Information:
[Drive Geometry]
 Cylinders: 3,648
 Tracks per Cylinder: 255
 Sectors per Track: 63
 Bytes per Sector: 512
 Sector Count: 58,605,120
[Physical Drive Information]
 Drive Model: Tableau Forensic IDE Bridge IEEE 1394 SBP2 Device
 Drive Serial Number: 01cc0e00ef800e00
 Drive Interface Type: 1394
 Source data size: 28615 MB
 Sector count:    58605120
[Computed Hashes]
 MD5 checksum:    9415e7f013efdbdab1e6048c03537a73
 SHA1 checksum:   72da4c81016b59018f4658747d73692779ce543d

Image Information:
 Acquisition started:   Wed Apr 22 08:25:31 2009
 Acquisition finished:  Wed Apr 22 08:51:11 2009
 Segment list:
  H:\evidence\Mark_Robeson\mark-robeson.001
  H:\evidence\Mark_Robeson\mark-robeson.002
  H:\evidence\Mark_Robeson\mark-robeson.003
  H:\evidence\Mark_Robeson\mark-robeson.004
  H:\evidence\Mark_Robeson\mark-robeson.005
  H:\evidence\Mark_Robeson\mark-robeson.006
  H:\evidence\Mark_Robeson\mark-robeson.007
  H:\evidence\Mark_Robeson\mark-robeson.008
  H:\evidence\Mark_Robeson\mark-robeson.009
  H:\evidence\Mark_Robeson\mark-robeson.010
  H:\evidence\Mark_Robeson\mark-robeson.011
  H:\evidence\Mark_Robeson\mark-robeson.012
  H:\evidence\Mark_Robeson\mark-robeson.013
  H:\evidence\Mark_Robeson\mark-robeson.014
  H:\evidence\Mark_Robeson\mark-robeson.015
  H:\evidence\Mark_Robeson\mark-robeson.016
  H:\evidence\Mark_Robeson\mark-robeson.017
  H:\evidence\Mark_Robeson\mark-robeson.018
  H:\evidence\Mark_Robeson\mark-robeson.019
  H:\evidence\Mark_Robeson\mark-robeson.020

Image Verification Results:
 Verification started:  Wed Apr 22 08:51:11 2009
 Verification finished: Wed Apr 22 08:58:45 2009
 MD5 checksum:    9415e7f013efdbdab1e6048c03537a73 : verified
 SHA1 checksum:   72da4c81016b59018f4658747d73692779ce543d : verified
```

# Declaration of Michael Gary Funck

# Exhibit C

COMMENT Lines beginning with "COMMENT" (like this one) contain comments or explanations.
COMMENT They do not contain any information about particular files or folders.
COMMENT
COMMENT Lines beginning with "FILE" contain information about a Single File.
COMMENT Here's the information found in those lines:
COMMENT File Name <TAB> Date Last Modified <TAB> Date Created <TAB> File Size
COMMENT
COMMENT Lines beginning with "FOLDER" contain information about a Single Folder.
COMMENT Here's the information found in those lines:
COMMENT Full Name (Path+Folder) <TAB> Number of Sub-Folders <TAB> Number of Files <TAB> Folder Size
COMMENT
COMMENT Lines beginning with "TOTAL" contain information about a Folder, and all its Sub-Folders.
COMMENT Here's the information found in those lines:
COMMENT Full Name (Path+Folder) <TAB> Number of Sub-Folders <TAB> Number of Files <TAB> Folder Size
COMMENT
COMMENT Prepared: 18:43 4/22/2009
COMMENT Folder: S:\Documents and Settings\Mark Robeson\My Documents\Work\
COMMENT Include Sub-Folders? Yes
COMMENT
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\ 86 62 30,327,821
FILE Data Recovery Software from R-TT- Buy on-line.txt 7/30/2008 11:23 7/30/2008 11:23 2,732
FILE DÉLÉGATION DE POUVOIRS - LJ - 090908clean.doc 9/10/2008 20:03 9/10/2008 20:03 28,160
FILE DÉLÉGATION DE POUVOIRS - LJ - 090908red.doc 9/10/2008 20:02 9/10/2008 20:02 33,792
FILE diners dispute.doc 4/16/2005 12:35 7/22/2008 13:18 20,992
FILE Largest Market Quick Reference.xls 7/12/2004 08:58 7/22/2008 13:18 14,848
FILE mbna minutes 122204.doc 12/22/2004 10:32 7/22/2008 13:18 19,968
FILE MBNA Why Concierge.doc 1/13/2005 08:14 7/22/2008 13:18 19,968
FILE MBNAExperientialRewards.zip 9/20/2005 13:31 7/22/2008 13:18 18,174,209
FILE Meeting_Agenda_Template.doc 8/2/2005 15:28 7/22/2008 13:18 79,360
FILE Meeting_Minutes_Template.doc 8/2/2005 15:28 7/22/2008 13:18 37,376
FILE Meeting_Outline_Template.doc 8/2/2005 15:29 7/22/2008 13:18 74,240
FILE Memo_Template.doc 8/2/2005 15:29 7/22/2008 13:18 72,704
FILE MyConcierge - Feb Master2.xls 2/16/2005 14:24 7/22/2008 13:18 256,000
FILE MyConcierge_UseCases.doc 11/22/2005 20:39 7/22/2008 13:18 19,968
FILE MyTickets 080704.csv 8/9/2004 09:26 7/22/2008 13:18 22,082
FILE MyTickets.csv 9/30/2004 05:22 7/22/2008 13:18 6,971
FILE MyTickets090704.csv 9/7/2004 04:56 7/22/2008 13:18 53,032
FILE NY Waiver Errand Runner 09-21-05.doc 9/21/2005 14:09 7/22/2008 13:18 50,688
FILE OldLCLogo.doc 10/26/2006 16:43 7/22/2008 13:18 101,888
FILE Outlook help.ppt 11/20/2005 08:50 7/22/2008 13:18 373,248
FILE Overnight Breakdown.xls 10/5/2005 08:26 7/22/2008 13:18 14,336
FILE OxoFunction%20Pack%202004.pdf 10/21/2004 09:19 7/22/2008 13:18 164,237
FILE Pbook.adg 12/30/2003 01:01 7/22/2008 13:18 98
FILE Pbook.adr 12/30/2003 01:01 7/22/2008 13:18 1,732
FILE Personal Chefs.doc 6/14/2005 08:46 7/22/2008 13:18 22,016
FILE POA081208.doc 9/12/2008 08:30 9/12/2008 08:30 26,624
FILE POA081208_Compared.doc 9/12/2008 08:48 9/12/2008 08:48 29,696
FILE PPT_Guidelines_092605.ppt 9/26/2005 10:33 7/22/2008 13:18 768,000
FILE Price Change 9-29.csv 9/29/2004 07:34 7/22/2008 13:18 5,860
FILE Price Change 9-29.xls 9/29/2004 07:34 7/22/2008 13:18 24,064
FILE Privacy Scenarios.doc 1/12/2006 04:34 7/22/2008 13:18 25,600
FILE Promo Report thru Apr 13.xls 4/16/2005 07:32 7/22/2008 13:18 14,848
FILE q member app.jpg 9/26/2005 17:14 7/22/2008 13:18 80,337
FILE RCI from beginning.xls 6/20/2005 09:20 7/22/2008 13:18 21,286
FILE Re Fidelity Wireless Launch.txt 1/22/2005 13:55 7/22/2008 13:18 12,921
FILE Re FW some thoughts on Nov. 2 centrism.txt 11/8/2004 11:23 7/22/2008 13:18 10,965
FILE Robeson - may1506 -4 SeasonsDC.doc 5/2/2006 13:55 7/22/2008 13:18 37,888
FILE Robeson Benefits Ideas.doc 6/23/2005 10:45 7/22/2008 13:18 19,968
FILE Robeson Bio.xls 11/18/2005 21:03 7/22/2008 13:18 18,944
FILE robeson iata 2003-2004.jpg 8/10/2003 17:52 7/22/2008 13:18 31,500
FILE Robeson Priorities 9-13.doc 9/13/2004 09:56 7/22/2008 13:18 23,040
FILE Robeson to do June 2.doc 6/2/2005 08:31 7/22/2008 13:18 19,968
FILE Rukus Letter.doc 5/12/2005 05:46 7/22/2008 13:18 33,280
FILE Sample Report.xls 1/12/2006 04:25 7/22/2008 13:18 14,336
FILE school letter 5/12/2004 07:44 7/22/2008 13:18 80,039
FILE SF home phone list 11.8.04.xls 12/28/2004 08:51 7/22/2008 13:18 16,896
FILE Situation Analysis.doc 11/22/2005 19:15 7/22/2008 13:18 27,648
FILE SVCElite From Nov 04.xls 6/21/2005 10:12 7/22/2008 13:18 12,288
FILE tenuk project.xls 5/24/2005 20:12 7/22/2008 13:18 244,736

FILE Thumbs.db 10/16/2008 15:44 7/22/2008 13:18 35,840
FILE touareglanguage.ini 3/6/2004 06:49 7/22/2008 13:18 1
FILE transcript 1 5/12/2004 07:44 7/22/2008 13:18 4,113,228
FILE transcript 3 5/12/2004 07:44 7/22/2008 13:18 4,104,988
FILE Transcripts.efx 5/12/2004 10:27 7/22/2008 13:18 72,268
FILE TRUbriefforexample.doc 1/8/2005 06:23 7/22/2008 13:18 25,088
FILE Unlimited Profile Screen.doc 8/26/2005 21:18 7/22/2008 13:18 250,368
FILE User Scenario.doc 11/22/2005 18:52 7/22/2008 13:18 26,112
FILE values.pdf 10/16/2007 12:08 7/22/2008 13:18 224,631
FILE VDN Report Daily 6.1.03-6.26.03.xls 6/27/2003 16:22 7/22/2008 13:18 43,008
FILE WFR from June 05.xls 6/20/2005 09:24 7/22/2008 13:18 10,240
FILE WorkLife Account Directory 08.xls 6/10/2008 05:59 7/22/2008 13:18 77,312
FILE WorkLife Account Directory Updated 9.4.08.xls 9/5/2008 07:20 9/5/2008 07:20 79,360
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Access_Info\ 0 2 71,168
FILE 20070830SiteAccessDetails.xls 12/7/2007 10:04 7/22/2008 13:27 45,056
FILE MyConcierge_Platforms.doc 8/31/2007 10:58 7/22/2008 13:27 26,112
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Access_Info\ 0 2 71,168
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Account Executive\ 0 3 290,816
FILE AccntMgtPrimer.ppt 5/30/2007 15:03 7/22/2008 13:27 224,768
FILE MBNA AMInterviewGuide1.doc 7/9/2006 17:19 7/22/2008 13:27 60,416
FILE Thumbs.db 6/2/2007 14:45 7/22/2008 13:27 5,632
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Account Executive\ 0 3 290,816
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Account Planning\ 0 17 4,291,244
FILE 2006_Planning_Marketing_Goals_2005_11_02.ppt 11/2/2005 23:42 7/22/2008 13:27 417,792
FILE Account Planning Calendar rev 9-26-05.doc 9/26/2005 17:11 7/22/2008 13:27 89,088
FILE Accounting and Finance Department Review.ppt 10/17/2005 07:55 7/22/2008 13:27 320,000
FILE ClientBaseSum093005SummaryFINAL.xls 10/11/2005 07:25 7/22/2008 13:27 49,152
FILE CSvs_Functional_Overview_Final.ppt 10/17/2005 11:10 7/22/2008 13:27 430,592
FILE Functional Review - Sales 10-05.ppt 10/17/2005 07:53 7/22/2008 13:27 333,312
FILE General Elements for Account Reviews.doc 9/1/2005 14:55 7/22/2008 13:27 19,968
FILE HR Functional Presentation - draft 10.17.05.ppt 10/17/2005 08:11 7/22/2008 13:27 317,440
FILE Matrix headers 9-1-05.xls 9/1/2005 14:45 7/22/2008 13:27 17,408
FILE matrix template 9-1.xls 9/1/2005 14:45 7/22/2008 13:27 15,872
FILE Meeting Agenda Offsite 11.21.05.doc 11/30/2005 14:34 7/22/2008 13:27 43,008
FILE mrktg functional.efx 10/17/2005 14:08 7/22/2008 13:27 879,276
FILE Ops Functional Review.ppt 10/17/2005 07:54 7/22/2008 13:27 538,112
FILE Planning Kick Off 9.1.05.doc 9/1/2005 15:13 7/22/2008 13:27 43,520
FILE Sales Functional Review.ppt 11/2/2005 18:09 7/22/2008 13:27 340,992
FILE tech funct overview v2.ppt 10/17/2005 11:43 7/22/2008 13:27 428,032
FILE Thumbs.db 5/1/2006 19:24 7/22/2008 13:27 7,680
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Account Planning\ 0 17 4,291,244
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Admin\ 1 45 2,643,948
FILE 2005 Reimbursement Template.xls 3/30/2005 12:24 7/22/2008 13:27 34,816
FILE Account Review Process and Elements 11.1.05.doc 11/1/2005 11:26 7/22/2008 13:27 52,224
FILE Ann Hill PO - Sales and Marketing Assistance.xls 8/20/2005 17:27 7/22/2008 13:27 261,632
FILE Ann Hill PO.XLT 6/13/2005 11:44 7/22/2008 13:27 261,632
FILE Ann Hill Stratus June 05.xls 6/13/2005 11:45 7/22/2008 13:27 16,896
FILE Ann Hill Varia Aug 05.xls 8/20/2005 17:30 7/22/2008 13:27 17,408
FILE Archer Hotel Request 083005.xls 8/22/2005 09:23 7/22/2008 13:27 16,384
FILE b3618e1.efx 12/6/2004 08:25 7/22/2008 13:27 38,008
FILE Check Request - Blue Cross April Recon.xls 7/15/2003 04:11 7/22/2008 13:27 17,408
FILE Check Request Form - AutoEx.xls 6/9/2004 10:29 7/22/2008 13:27 17,408
FILE Check Request Form - Lobstergram.xls 6/30/2004 09:41 7/22/2008 13:27 17,408
FILE Check Request Form.xls 7/19/2001 13:40 7/22/2008 13:27 17,920
FILE cho receipt.efx 10/5/2004 07:57 7/22/2008 13:27 6,044
FILE Functional Planning Template - ClntSvs-JM Edits.xls 11/16/2005 10:43 7/22/2008 13:27 154,112
FILE Hal Erskine Check Request Form.xls 10/28/2004 14:06 7/22/2008 13:27 17,408
FILE Kello Cho Check Request Form.xls 10/5/2004 07:46 7/22/2008 13:27 16,896
FILE Kello Cho II Check Request Form.xls 11/5/2004 15:38 7/22/2008 13:27 16,896
FILE Koskas Nov 04 - Check Request Form.xls 11/29/2004 07:21 7/22/2008 13:27

16,896
FILE Koskas Oct 05 - Check Request Form.xls 10/5/2005 02:46 7/22/2008 13:27
17,408
FILE Koskas PO.XLT 10/5/2005 02:29 7/22/2008 13:27 261,632
FILE Laptop PO.XLT 3/19/2006 11:54 7/22/2008 13:27 250,368
FILE LC India Invoice.xls 4/5/2006 06:38 7/22/2008 13:27 16,896
FILE Leading Hotels Copywriting PO.XLT 11/19/2005 12:12 7/22/2008 13:27 261,632
FILE mandarin receipt.efx 10/5/2004 08:02 7/22/2008 13:27 15,832
FILE PO Template.xls 4/8/2004 08:39 7/22/2008 13:27 261,632
FILE REQ template.xls 3/14/2005 11:40 7/22/2008 13:27 22,016
FILE REQ VERTU.xls 3/14/2005 12:06 7/22/2008 13:27 22,016
FILE Robeson account list.xls 4/9/2003 07:54 7/22/2008 13:27 60,928
FILE Robeson Hotel Request 082905.xls 8/16/2005 11:24 7/22/2008 13:27 16,384
FILE Robeson Hotel Request 091205.xls 8/16/2005 11:22 7/22/2008 13:27 16,384
FILE Robeson Hotel Request 092105.xls 8/16/2005 11:23 7/22/2008 13:27 16,384
FILE Robeson Sales Incentive Check Request.xls 2/22/2005 15:35 7/22/2008 13:27
16,896
FILE Robeson time off 4-30.doc 4/27/2004 11:32 7/22/2008 13:27 30,720
FILE Robeson time off April 4-8.doc 3/11/2005 09:14 7/22/2008 13:27 30,720
FILE Robeson time off Dec 27.doc 12/10/2005 09:34 7/22/2008 13:27 34,304
FILE Robeson time off June 27-28.doc 6/13/2005 16:01 7/22/2008 13:27 30,720
FILE Robeson time off Mar 31.doc 3/9/2006 12:13 7/22/2008 13:27 34,304
FILE Robeson time off May 13.doc 4/21/2005 11:04 7/22/2008 13:27 30,720
FILE Robeson time off May 15.doc 4/21/2005 10:58 7/22/2008 13:27 30,720
FILE Robeson time off Nov 23.doc 11/10/2005 06:39 7/22/2008 13:27 34,304
FILE Robeson time off Nov 28.doc 11/9/2005 15:22 7/22/2008 13:27 34,304
FILE Robeson time off Sept 26.doc 8/29/2005 17:06 7/22/2008 13:27 30,720
FILE robeson vacation 5-14-03.doc 4/8/2003 21:05 7/22/2008 13:27 30,720
FILE Robeson vacation 9-15.doc 9/17/2003 07:47 7/22/2008 13:27 30,208
FILE Thumbs.db 6/21/2006 12:31 7/22/2008 13:27 7,680
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Admin\HR\ 0 1 30,208
FILE LC_Time_Off Form 3.11.03.doc 4/27/2004 11:29 7/22/2008 13:27 30,208
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Admin\HR\ 0 1 30,208
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Admin\ 1 46
2,674,156
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\AIG\ 1 10
5,351,064
FILE AIG Article.efx 6/11/2004 10:16 7/22/2008 13:27 171,672
FILE AIG Inbound Distribution sourced 11-15-02.xls 10/16/2003 09:27 7/22/2008 13:27
1,968,640
FILE AIG Launch Contact List.xls 10/16/2003 09:24 7/22/2008 13:27 15,872
FILE AIG program overview.doc 9/3/2003 08:13 7/22/2008 13:27 39,936
FILE AIG Program Proposal 5-9.ppt 5/8/2003 12:15 7/22/2008 13:27 2,847,744
FILE AIG Test Service List by Group.xls 10/16/2003 09:25 7/22/2008 13:27 25,088
FILE LOA - Les Concierges 10-15-03.doc 10/16/2003 14:06 7/22/2008 13:27 93,184
FILE LOA - Les Concierges 10-21-03.doc 10/22/2003 05:27 7/22/2008 13:27 92,160
FILE LOA - Les Concierges 10-9-03.doc 10/9/2003 14:54 7/22/2008 13:27 91,648
FILE Thumbs.db 5/1/2006 19:24 7/22/2008 13:27 5,120
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\AIG\AIG\ 0 15
2,539,609
FILE ~WRL0152.tmp 10/20/2003 16:32 7/22/2008 13:27 32,256
FILE AIG Contact List.xls 10/16/2003 08:53 7/22/2008 13:27 15,872
FILE AIG Inbound Distribution sourced 11-15-02.xls 10/16/2003 08:59 7/22/2008 13:27
1,968,640
FILE AIG Launch Plan 10-03.xls 10/8/2003 11:37 7/22/2008 13:27 30,720
FILE AIG Launch Plan 10-16-03.xls 10/16/2003 11:25 7/22/2008 13:27 28,160
FILE AIG Launch Plan 10-24-03.xls 11/5/2003 14:02 7/22/2008 13:27 28,160
FILE AIG LOGO.jpg 10/16/2003 14:01 7/22/2008 13:27 33,881
FILE AIG Test Service List by Group DETAIL.xls 10/24/2003 10:14 7/22/2008 13:27
29,184
FILE AIG Test Service List by Group.xls 10/16/2003 08:58 7/22/2008 13:27 25,088
FILE AIG Travel Asst Product Background.doc 10/8/2003 08:37 7/22/2008 13:27
39,424
FILE Inbound Relocations Prgm Info.doc 10/24/2003 14:48 7/22/2008 13:27 100,864
FILE LOA - Les Concierges 10-15-03.doc 10/24/2003 13:19 7/22/2008 13:27 90,112
FILE Sample Data Feed sheet 10-03.xls 10/13/2003 11:40 7/22/2008 13:27 39,936
FILE Thumbs.db 3/10/2004 12:46 7/22/2008 13:27 6,656
FILE What is a Concierge.doc 10/23/2003 16:32 7/22/2008 13:27 70,656
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\AIG\AIG\ 0 15
2,539,609
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\AIG\ 1 25
7,890,673
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\ambassadair\ 0 11
771,448
FILE ambassadair 04 req sum.xls 6/9/2004 08:46 7/22/2008 13:27 38,912

FILE Ambassadair 2004 v2.xls 12/8/2004 19:55 7/22/2008 13:27 36,864
FILE Ambassadair 2004.xls 6/9/2004 08:39 7/22/2008 13:27 10,752
FILE ambassadair contract.efx 6/9/2004 11:33 7/22/2008 13:27 85,880
FILE Ambassadair Holiday Promotion Copy.doc 11/25/2003 15:23 7/22/2008 13:27
26,624
FILE Ambassadair Presentation.ppt 6/21/2002 15:40 7/22/2008 13:27 354,816
FILE Ambassadair thru Oct 30.xls 11/7/2003 06:28 7/22/2008 13:27 20,992
FILE BAC 07.xls 10/12/2007 12:40 7/22/2008 13:27 48,640
FILE Data Feed Requirements-Ambassadair.doc 6/24/2004 10:33 7/22/2008 13:27
122,368
FILE Thumbs.db 5/1/2006 19:24 7/22/2008 13:27 5,632
FILE Web Script for enrollment line.doc 2/1/2005 11:17 7/22/2008 13:27 19,968
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\ambassadair\ 0 11
771,448
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Amex\ 0 20
4,146,355
FILE Amex Avg Spend analysis.xls 3/11/2004 04:04 7/22/2008 13:27 16,384
FILE Amex Client Services Outline Sec. 8.ppt 6/26/2005 04:43 7/22/2008 13:27
79,360
FILE Amex Client Services Outline Sec. 80627.ppt 6/27/2005 08:20 7/22/2008 13:27
262,144
FILE Amex Client Services Outline Sec. 8MR.ppt 6/27/2005 07:05 7/22/2008 13:27
80,384
FILE Amex Client Services Outline.ppt 6/26/2005 04:41 7/22/2008 13:27 77,824
FILE AMEX Executive Summary Dec-99.xls 6/28/2003 06:04 7/22/2008 13:27 109,568
FILE Amex Forecast 05.xls 5/21/2005 11:44 7/22/2008 13:27 104,960
FILE Amex Launch Proposal.doc 7/15/2005 08:05 7/22/2008 13:27 63,488
FILE Amex Observe Prod Environ S.2.ppt 6/26/2005 04:42 7/22/2008 13:27 85,504
FILE Amex Overview Presentation draft v1 S.1.ppt 6/26/2005 04:42 7/22/2008 13:27
1,176,576
FILE Amex Overview Presentation draft v5.ppt 6/30/2005 09:45 7/22/2008 13:27
925,184
FILE Amex Proposal 12-20-95.doc 8/17/2001 08:32 7/22/2008 13:27 96,768
FILE Amex Proposal 12-20-95MR.doc 7/14/2005 10:45 7/22/2008 13:27 97,280
FILE AXP WFM Presentation Template 6-05 S.7 rev2.ppt 6/26/2005 04:43 7/22/2008 13:27
634,880
FILE INFORMATION.doc 5/18/2005 12:55 7/22/2008 13:27 43,520
FILE orrg struct.jpg 6/30/2005 12:19 7/22/2008 13:27 44,140
FILE plat.jpg 6/30/2005 12:18 7/22/2008 13:27 54,343
FILE Recruitment - Training Template 06-25-05 S. 5 rev.ppt 6/26/2005 04:42
7/22/2008 13:27 156,160
FILE survey - bcbsma.xls 12/19/2002 09:23 7/22/2008 13:27 30,720
FILE Thumbs.db 2/17/2008 08:15 7/22/2008 13:27 7,168
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Amex\ 0 20
4,146,355
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Amex GNS\ 2 14
7,647,744
FILE Accolades Amex GNS 0515.ppt 5/15/2008 07:43 7/22/2008 13:27 1,412,608
FILE AEXP_GNS_Entre_Programs_Revised - 2008_02_20.xls 3/31/2008 08:09 7/22/2008 13:27
956,416
FILE AEXP_GNS_Entre_Programs_Revised - 2008_03_31 - INTERNAL.xls 3/31/2008 11:35
7/22/2008 13:27 73,216
FILE AEXP_GNS_Entre_Programs_Revised - 2008_03_31.xls 3/31/2008 11:41 7/22/2008 13:27
956,416
FILE Agenda SF Trip 0515.doc 5/15/2008 06:05 7/22/2008 13:27 46,080
FILE amex call arrivals.xls 5/21/2008 15:58 7/22/2008 13:27 86,528
FILE Amex DailyReporting.xls 5/30/2008 07:55 7/22/2008 13:27 68,608
FILE Amex Launch Proposal.doc 7/15/2005 08:05 7/22/2008 13:27 63,488
FILE AmexGNSCitiChairmans.ppt 6/19/2008 20:40 7/22/2008 13:27 3,506,176
FILE GNS.xls 6/6/2008 15:11 7/22/2008 13:27 17,920
FILE GNS_Offer_Dev.doc 9/19/2008 14:50 9/19/2008 08:46 133,632
FILE GNS_Pts Red_Pricing Sheet_ 2008_03_31.xls 3/31/2008 11:42 7/22/2008 13:27
69,120
FILE GNS_Pts_Proposal.doc 3/31/2008 15:20 7/22/2008 13:27 123,392
FILE Pyramid Slide.ppt 6/16/2008 06:45 7/22/2008 13:27 134,144
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Amex GNS\Contract\ 0
2 845,295
FILE Amex GNS Final Schedule.pdf 1/17/2008 17:55 7/22/2008 13:27 433,647
FILE LesConcierges MSA 01 28 2008 FINAL.DOC 1/28/2008 12:25 7/22/2008 13:27
411,648
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Amex GNS\Contract\ 0
2 845,295
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Amex GNS\Sales Process\ 0
17 18,290,133
FILE AEXP_GNS_Entre_Programs_2007_10_11.xls 10/11/2007 15:05 7/22/2008 13:27

```
        444,416
FILE    AEXP_GNS_Entre_Programs_2007_11_14.xls       11/19/2007 14:15      7/22/2008 13:27
        654,336
FILE    AEXP_GNS_Estimated Entre Usage from AEXP.xls 11/19/2007 14:16      7/22/2008 13:27
        35,328
FILE    Amex GNS Final Contract.pdf   1/17/2008 17:55       7/22/2008 13:27       1,739,830
FILE    Amex GNS Final Schedule.pdf   1/17/2008 17:55       7/22/2008 13:27       433,647
FILE    Amex TravelConcierge Lifestyle RFI April 2005 response v1.doc      4/20/2005 08:01
        7/22/2008 13:27       46,080
FILE    Amex TravelConcierge Lifestyle RFI April 2005.doc   4/20/2005 07:42       7/22/2008 13:27
        46,080
FILE    AmexGNS.efx    10/28/2007 19:21       7/22/2008 13:27       101,096
FILE    AmexGNSCitiChairmans.ppt      6/19/2008 18:52       7/22/2008 13:27       2,520,576
FILE    AmexGNSDeck021208v2.ppt       2/7/2008 16:14 7/22/2008 13:27       5,132,288
FILE    AmexGNSDeck100307.ppt 10/8/2007 10:55       7/22/2008 13:27       2,342,912
FILE    AmexGNSForecast.xls    11/19/2007 14:15      7/22/2008 13:27       27,136
FILE    AmexGNSTravel103007.ppt       10/30/2007 06:11      7/22/2008 13:27       2,506,240
FILE    Denali112707.xls       11/28/2007 09:23      7/22/2008 13:27       57,856
FILE    entre Demographics 10 02 07.ppt       10/11/2007 07:11      7/22/2008 13:27       533,504
FILE    Final Amex PDP Contract signed 6-07.pdf      6/13/2007 15:00       7/22/2008 13:27
        1,662,664
FILE    Thumbs.db      2/17/2008 08:16       7/22/2008 13:27       6,144
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\Amex GNS\Sales Process\  0
        17      18,290,133
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\Amex GNS\  2      33
        26,783,172
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\      45      50
        28,606,592
FILE    3Q_06_LC.xls   10/4/2006 06:10       7/22/2008 13:25       161,792
FILE    AXA Volume - Stringer 11 9 07.xls     11/15/2007 06:47      7/22/2008 13:25       27,648
FILE    BAC 07.xls     6/6/2008 15:10 7/22/2008 13:25       61,952
FILE    bac 2007.xls   2/6/2008 09:06 7/22/2008 13:25       54,784
FILE    BAC Budget Worksheet.xls      11/19/2007 10:38      7/22/2008 13:25       22,528
FILE    BAC MyCon Strategic Priorities 080307.xls    8/3/2007 04:44 7/22/2008 13:25       33,280
FILE    BAC Ops.ppt    8/16/2007 09:08       7/22/2008 13:25       1,832,448
FILE    BAC repricing notes.doc       10/30/2007 09:12      7/22/2008 13:25       27,648
FILE    bac_promo_07.xls       9/3/2007 10:00 7/22/2008 13:25       24,064
FILE    BAC-LC7 17 07cl.doc    7/26/2007 10:41       7/22/2008 13:25       166,912
FILE    BACQ2007 Goals Slide.ppt      9/29/2007 15:22       7/22/2008 13:25       228,352
FILE    BACQ406 Updatev3.ppt  12/11/2006 20:30      7/22/2008 13:25       3,387,392
FILE    BACQ406 Updatev4.ppt  12/12/2006 05:31      7/22/2008 13:25       2,987,520
FILE    BACQ406 Updatev5.ppt  12/12/2006 07:32      7/22/2008 13:25       398,336
FILE    BACRCIACCOMM8 8 07v2.ppt      8/17/2007 07:39       7/22/2008 13:25       1,866,240
FILE    cawley article.txt     4/23/2004 15:13       7/22/2008 13:25       28,077
FILE    ClientAnnualPlan_MBNA_2006.doc        2/1/2006 07:22 7/22/2008 13:25       184,320
FILE    ClientAnnualPlan_MBNA_2006_Jul.doc    7/16/2006 12:41       7/22/2008 13:25       184,320
FILE    ClientAnnualPlan_MBNA_2006_v4.doc     1/26/2006 11:20       7/22/2008 13:25       175,616
FILE    CMW Scorecard 4_2006.xls      4/27/2006 18:50       7/22/2008 13:25       80,896
FILE    Copy of BAC_Points_Redemption_2007 (4).xls   2/6/2008 16:09 7/22/2008 13:25       917,504
FILE    Copy of MDayBACv.xls  5/22/2008 08:11       7/22/2008 13:25       840,192
FILE    Diners Pts Incentive.ppt      9/15/2004 11:16       7/22/2008 13:25       366,592
FILE    Gift on Fifth Overview LesConcierges.ppt     11/19/2007 10:30      7/22/2008 13:25
        934,912
FILE    LC Overview for R-C.ppt       10/3/2008 07:59       10/3/2008 07:59       2,095,616
FILE    LC_BAC_2007_Account_Plan.doc  1/16/2007 14:38       7/22/2008 13:25       58,880
FILE    LC_BAC_8_03_2007_OpsPlan.doc  8/16/2007 07:44       7/22/2008 13:25       85,504
FILE    lesconcierges annual plan 20-06-06.xls       2/10/2006 15:59       7/22/2008 13:25
        35,328
FILE    LesConcierges_05_BofACert.pdf 7/13/2006 16:42       7/22/2008 13:25       8,047
FILE    MBNA EXEC SUMM 1-1-03 to 5-22-04.xls 5/23/2004 09:21       7/22/2008 13:25       37,888
FILE    MBNA HNW Comparison.xls       10/1/2003 11:00       7/22/2008 13:25       32,768
FILE    mbna minutes 122204.doc       12/22/2004 10:32      7/22/2008 13:25       19,968
FILE    MBNA Notes.doc 1/25/2006 05:30       7/22/2008 13:25       26,624
FILE    mbna04perf.pdf 11/15/2007 05:46      7/22/2008 13:25       663,183
FILE    MDayBAC2008Requests.xls       6/4/2008 08:25 7/22/2008 13:25       850,432
FILE    MyCon 2007 Forecast.xls       8/16/2006 07:01       7/22/2008 13:25       19,456
FILE    MyConcierge - Feb Master2.xls 2/16/2005 14:24       7/22/2008 13:25       256,000
FILE    MyConcierge December 2007.xls 12/19/2007 11:36      7/22/2008 13:25       226,304
FILE    MyConcierge Executive Summary June 2006.doc  7/11/2006 22:35       7/22/2008 13:25
        51,200
FILE    MyConcierge_Summary_Data_2007_Q3.xls  2/6/2008 16:09 7/22/2008 13:25       114,176
FILE    MyConcierge_UseCases.doc      11/22/2005 20:39      7/22/2008 13:25       19,968
FILE    MyTickets 080704.csv   8/9/2004 09:25 7/22/2008 13:25       22,082
FILE    MyTickets.csv  9/30/2004 05:22       7/22/2008 13:25       6,971
FILE    MyTickets090704.csv    9/7/2004 04:56 7/22/2008 13:25       53,032
```

FILE Personal Assistant Backup Files from 9-30-03 to 10-13-03.zip 10/15/2003 07:37 7/22/2008 13:25 101,424
FILE Points Redemption Features for BAC-MyConciergeb.ppt 7/23/2007 14:57 7/22/2008 13:25 915,968
FILE Pts Data 2008.xls 3/27/2008 07:47 7/22/2008 13:25 7,739,904
FILE tenUK - MBNA - via Les Concierges.doc 9/26/2003 08:23 7/22/2008 13:25 114,176
FILE Thumbs.db 2/19/2008 15:19 7/22/2008 13:25 7,168
FILE Usage_Analysis.xls 11/21/2006 13:07 7/22/2008 13:25 51,200
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\05 Summit\ 0 3 1,884,160
FILE BAC MyCon Strategic Priorities 7-25-07Int.xls 7/26/2007 10:38 7/22/2008 13:27 33,280
FILE BACRCIACCOMM8 8 07v1.ppt 8/7/2007 07:10 7/22/2008 13:27 1,832,960
FILE Schema_definitions_draft.xls 2/2/2005 13:12 7/22/2008 13:27 17,920
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\05 Summit\ 0 3 1,884,160
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\07 Strategy\ 0 5 6,048,256
FILE BAC 2007 Strategy Execution Plan.ppt 7/9/2007 13:26 7/22/2008 13:27 1,527,808
FILE BAC 2007 Strategy V1.ppt 7/9/2007 13:27 7/22/2008 13:27 1,477,632
FILE BAC Plan Updated April 23.ppt 7/9/2007 13:27 7/22/2008 13:27 2,873,856
FILE LC_BAC_3_06_2007_Account_Plan.doc 3/6/2007 09:23 7/22/2008 13:27 85,504
FILE LC_BAC_8_03_2007_OpsPlan.doc 8/3/2007 08:07 7/22/2008 13:27 83,456
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\07 Strategy\ 0 5 6,048,256
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Administrative\ 0 4 265,134
FILE BAC Coverages Requirements.xls 8/7/2006 14:58 7/22/2008 13:27 30,720
FILE BAC Coverages Requirements901506.xls 9/15/2006 08:22 7/22/2008 13:27 27,136
FILE LC Insurance.pdf 3/26/2008 14:49 7/22/2008 13:27 76,206
FILE LC Offshoring_Supplier_Letter_082306.doc 8/30/2006 07:43 7/22/2008 13:27 131,072
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Administrative\ 0 4 265,134
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Affinity Group Support\ 0 1 2,341,376
FILE Overview for BOH.ppt 9/14/2006 06:00 7/22/2008 13:27 2,341,376
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Affinity Group Support\ 0 1 2,341,376
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Agendas\ 2 126 8,343,500
FILE ~$ DO 2-22.doc 2/24/2006 10:12 7/22/2008 13:27 162
FILE ~$Concierge Agenda 0420.doc 4/21/2005 13:25 7/22/2008 13:27 162
FILE ~$NA 2-22 Notes.doc 2/24/2006 10:12 7/22/2008 13:27 162
FILE ~$NA Site Visit Agenda 9-13.doc 9/13/2005 17:37 7/22/2008 13:27 162
FILE ~$NA weekly 6-16-04.doc 6/16/2004 13:15 7/22/2008 13:27 162
FILE ~$NA Weekly Agenda 021506.doc 2/17/2006 10:54 7/22/2008 13:27 162
FILE 2006121306_BACVisit_Discussion.doc 12/12/2006 09:08 7/22/2008 13:27 150,016
FILE BACSiteVisit071707.doc 7/16/2007 12:42 7/22/2008 13:27 150,528
FILE LC @ MBNA Site Visit Agenda 040105.doc 3/30/2005 12:55 7/22/2008 13:27 137,728
FILE LC @ MBNA Site Visit Agenda 042905.doc 4/28/2005 16:54 7/22/2008 13:27 139,264
FILE LC @ MBNA Site Visit Agenda 071205.doc 7/11/2005 19:19 7/22/2008 13:27 138,752
FILE LC @ MBNA Site Visit Agenda 9-24-04 rev.doc 9/23/2004 05:06 7/22/2008 13:27 140,288
FILE LC @ MBNA Site Visit Agenda 9-24-04.doc 9/21/2004 10:27 7/22/2008 13:27 140,288
FILE LC @ MBNA Site Visit Agenda Feb 15-16 05.doc 2/14/2005 14:52 7/22/2008 13:27 140,800
FILE LC @ MBNA Site Visit Agenda Feb 15-16 2005.doc 2/11/2005 11:06 7/22/2008 13:27 142,336
FILE LC Site Visit to MBNA Agenda 1-18.doc 1/16/2006 08:48 7/22/2008 13:27 39,936
FILE LC visit 2-6-04.doc 2/2/2004 13:18 7/22/2008 13:27 88,576
FILE MBNA @ LC Site Visit Agenda 060805.doc 6/8/2005 06:22 7/22/2008 13:27 139,776
FILE MBNA 2-22 Notes.doc 2/22/2006 16:39 7/22/2008 13:27 31,744
FILE mbna 3-04-04 visit agenda.doc 3/5/2004 15:25 7/22/2008 13:27 131,072
FILE mbna 6-2 visit agenda.doc 6/1/2004 19:22 7/22/2008 13:27 113,664
FILE mbna 7-8 visit agenda.doc 7/7/2002 18:33 7/22/2008 13:27 128,512
FILE MBNA Agenda 10-24 minutes.doc 10/28/2003 10:21 7/22/2008 13:27 54,272
FILE MBNA Agenda 10-24.doc 10/27/2003 06:54 7/22/2008 13:27 50,176
FILE MBNA Agenda 10-31 minutes.doc 11/3/2003 07:18 7/22/2008 13:27 82,432
FILE MBNA Meeting Agenda 12-18 notes.doc 12/20/2002 12:26 7/22/2008 13:27 25,600
FILE MBNA Meeting Agenda 12-18.doc 12/19/2002 13:32 7/22/2008 13:27 24,064

| | | | | |
|---|---|---|---|---|
| FILE | MBNA Meeting Agenda.doc | 12/18/2002 13:03 | 7/22/2008 13:27 | 19,968 |
| FILE | MBNA Meeting Minutes 11.18.05.doc | 11/21/2005 22:20 | 7/22/2008 13:27 | 53,760 |
| FILE | MBNA Meeting Notes.2004.05.24.doc | 5/24/2004 17:16 | 7/22/2008 13:27 | 25,088 |
| FILE | MBNA Meeting Notes.2004.07.21.doc | 7/27/2004 17:50 | 7/22/2008 13:27 | 111,616 |
| FILE | MBNA Meeting Outline 2-7-05 v2.doc | 2/7/2005 22:31 | 7/22/2008 13:27 | 57,856 |
| FILE | MBNA Meeting Outline 2-7-05.doc | 2/7/2005 06:59 | 7/22/2008 13:27 | 49,664 |
| FILE | MBNA Meeting Outline 2-8-05.doc | 2/8/2005 14:32 | 7/22/2008 13:27 | 65,024 |
| FILE | MBNA Meeting Outline 2-8-05v3.doc | 2/8/2005 13:01 | 7/22/2008 13:27 | 58,880 |
| FILE | MBNA minutes 070704.doc | 7/8/2004 07:10 | 7/22/2008 13:27 | 45,056 |
| FILE | MBNA mtg notes 1-10.doc | 1/10/2003 15:59 | 7/22/2008 13:27 | 19,968 |
| FILE | MBNA onsite 071304.doc | 7/12/2004 06:17 | 7/22/2008 13:27 | 35,328 |
| FILE | MBNA Program Summary Meeeting Recap 2.20.05.doc | 2/24/2005 14:16 | 7/22/2008 13:27 | 73,216 |
| FILE | MBNA Program Summary Meeeting Recap 2.20.05dt | 2/24/2005 20:00 | 7/22/2008 13:27 | 61,952 |
| FILE | MBNA Program Summary Meeeting Recap 2.21.doc | 2/25/2005 11:18 | 7/22/2008 13:27 | 68,096 |
| FILE | MBNA Program Summary Meeeting Recap 3.2.doc | 3/3/2005 13:11 | 7/22/2008 13:27 | 54,272 |
| FILE | MBNA Site Visit Agenda 9-13.doc | 9/14/2005 09:08 | 7/22/2008 13:27 | 118,272 |
| FILE | MBNA Site Visit Agenda 9-21.doc | 9/22/2005 08:27 | 7/22/2008 13:27 | 122,368 |
| FILE | MBNA Update 8.26.05.doc | 12/6/2005 11:28 | 7/22/2008 13:27 | 21,504 |
| FILE | MBNA weekly 010505.doc | 1/13/2005 14:38 | 7/22/2008 13:27 | 37,888 |
| FILE | MBNA weekly 011905.doc | 2/10/2005 07:43 | 7/22/2008 13:27 | 38,912 |
| FILE | MBNA weekly 01205.doc | 1/13/2005 14:38 | 7/22/2008 13:27 | 37,888 |
| FILE | MBNA weekly 021005.doc | 2/10/2005 08:55 | 7/22/2008 13:27 | 39,424 |
| FILE | MBNA weekly 022405.doc | 2/23/2005 12:24 | 7/22/2008 13:27 | 38,912 |
| FILE | MBNA weekly 030205 minutes.doc | 3/2/2005 16:08 | 7/22/2008 13:27 | 49,152 |
| FILE | MBNA weekly 030205.doc | 3/2/2005 09:06 | 7/22/2008 13:27 | 43,008 |
| FILE | MBNA weekly 070704.doc | 7/8/2004 06:15 | 7/22/2008 13:27 | 37,376 |
| FILE | MBNA weekly 071404.doc | 7/14/2004 12:55 | 7/22/2008 13:27 | 37,376 |
| FILE | MBNA weekly 072104.doc | 7/21/2004 10:30 | 7/22/2008 13:27 | 20,480 |
| FILE | MBNA weekly 072904.doc | 7/27/2004 05:34 | 7/22/2008 13:27 | 40,960 |
| FILE | MBNA weekly 080904.doc | 8/10/2004 06:08 | 7/22/2008 13:27 | 41,984 |
| FILE | MBNA weekly 090704.doc | 9/7/2004 21:57 | 7/22/2008 13:27 | 37,888 |
| FILE | MBNA weekly 091504.doc | 9/16/2004 11:16 | 7/22/2008 13:27 | 38,400 |
| FILE | MBNA weekly 100604.doc | 10/6/2004 10:05 | 7/22/2008 13:27 | 36,864 |
| FILE | MBNA weekly 101404.doc | 10/14/2004 07:56 | 7/22/2008 13:27 | 36,352 |
| FILE | MBNA weekly 102004.doc | 10/20/2004 16:33 | 7/22/2008 13:27 | 37,376 |
| FILE | MBNA weekly 102704 minutes.doc | 10/29/2004 06:30 | 7/22/2008 13:27 | 43,520 |
| FILE | MBNA weekly 102704.doc | 10/27/2004 08:37 | 7/22/2008 13:27 | 37,376 |
| FILE | MBNA weekly 102904 minutes.doc | 10/29/2004 07:39 | 7/22/2008 13:27 | 43,520 |
| FILE | MBNA weekly 110404.doc | 11/4/2004 09:31 | 7/22/2008 13:27 | 41,984 |
| FILE | MBNA weekly 111004 - minutes.doc | 11/10/2004 10:34 | 7/22/2008 13:27 | 49,664 |
| FILE | MBNA weekly 111004.doc | 11/10/2004 09:21 | 7/22/2008 13:27 | 38,400 |
| FILE | MBNA weekly 111704.doc | 11/24/2004 09:17 | 7/22/2008 13:27 | 40,960 |
| FILE | MBNA weekly 112404.doc | 11/24/2004 10:44 | 7/22/2008 13:27 | 37,888 |
| FILE | MBNA weekly 120204 minutes.doc | 12/2/2004 10:40 | 7/22/2008 13:27 | 38,912 |
| FILE | MBNA weekly 120204.doc | 12/2/2004 10:40 | 7/22/2008 13:27 | 38,912 |
| FILE | MBNA weekly 3-17.doc | 3/17/2004 10:42 | 7/22/2008 13:27 | 34,816 |
| FILE | MBNA weekly 3-21.doc | 3/30/2004 05:10 | 7/22/2008 13:27 | 35,840 |
| FILE | MBNA weekly 3-29.doc | 3/30/2004 06:49 | 7/22/2008 13:27 | 36,352 |
| FILE | MBNA weekly 4-28.doc | 4/29/2004 09:19 | 7/22/2008 13:27 | 35,328 |
| FILE | MBNA weekly 4-8.doc | 4/8/2004 05:34 | 7/22/2008 13:27 | 37,376 |
| FILE | MBNA weekly 5-12.doc | 5/12/2004 06:27 | 7/22/2008 13:27 | 34,816 |
| FILE | MBNA weekly 5-20.doc | 5/20/2004 14:32 | 7/22/2008 13:27 | 35,840 |
| FILE | MBNA weekly 5-25.doc | 5/26/2004 07:50 | 7/22/2008 13:27 | 34,816 |
| FILE | MBNA weekly 6-16-04 minutes.doc | 6/21/2004 11:37 | 7/22/2008 13:27 | 56,832 |
| FILE | MBNA weekly 6-16-04.doc | 6/16/2004 12:56 | 7/22/2008 13:27 | 37,376 |
| FILE | MBNA weekly 6-23-04.doc | 6/23/2004 06:42 | 7/22/2008 13:27 | 36,352 |
| FILE | MBNA weekly 6-30-04.doc | 6/29/2004 09:50 | 7/22/2008 13:27 | 36,864 |
| FILE | MBNA Weekly Agenda 021506.doc | 2/17/2006 09:54 | 7/22/2008 13:27 | 67,584 |
| FILE | MBNA Weekly Agenda 030606.doc | 3/8/2006 08:05 | 7/22/2008 13:27 | 60,416 |
| FILE | MBNA weekly meeting minutes 111704.doc | 11/18/2004 09:00 | 7/22/2008 13:27 | 44,544 |
| FILE | MBNA Working Agenda - June 2.doc | 5/20/2004 08:53 | 7/22/2008 13:27 | 37,376 |
| FILE | MyConcierge Agenda 0329.doc | 4/1/2005 16:28 | 7/22/2008 13:27 | 65,536 |
| FILE | MyConcierge Agenda 0408.doc | 4/13/2005 08:58 | 7/22/2008 13:27 | 57,344 |
| FILE | MyConcierge Agenda 0413.doc | 4/13/2005 10:22 | 7/22/2008 13:27 | 57,856 |
| FILE | MyConcierge Agenda 0420.doc | 4/21/2005 12:59 | 7/22/2008 13:27 | 64,000 |
| FILE | MyConcierge Agenda 0420b.doc | 4/24/2005 05:50 | 7/22/2008 13:27 | 64,000 |
| FILE | MyConcierge Agenda 042705.doc | 4/28/2005 14:11 | 7/22/2008 13:27 | 72,704 |
| FILE | MyConcierge Agenda 050405.doc | 5/4/2005 09:46 | 7/22/2008 13:27 | 81,408 |
| FILE | MyConcierge Agenda 051105.doc | 5/11/2005 08:51 | 7/22/2008 13:27 | 78,848 |
| FILE | MyConcierge Agenda 051805.doc | 5/25/2005 07:08 | 7/22/2008 13:27 | 96,256 |
| FILE | MyConcierge Agenda 052505.doc | 5/25/2005 07:09 | 7/22/2008 13:27 | 92,160 |

| | | | | |
|---|---|---|---|---|
| FILE | MyConcierge Agenda 053105.doc | 6/6/2005 05:25 | 7/22/2008 13:27 | 97,792 |
| FILE | MyConcierge Agenda 061505.doc | 6/17/2005 14:03 | 7/22/2008 13:27 | 97,280 |
| FILE | MyConcierge Agenda 062205.doc | 6/22/2005 09:25 | 7/22/2008 13:27 | 148,992 |
| FILE | MyConcierge Agenda 062205_dcm.doc | 6/21/2005 11:14 | 7/22/2008 13:27 | 154,624 |
| FILE | MyConcierge Agenda 070105.doc | 7/1/2005 10:53 | 7/22/2008 13:27 | 103,424 |
| FILE | MyConcierge Agenda 070805.doc | 7/8/2005 10:30 | 7/22/2008 13:27 | 94,208 |
| FILE | MyConcierge Agenda 071505.doc | 7/15/2005 14:20 | 7/22/2008 13:27 | 98,816 |
| FILE | MyConcierge Agenda 072005.doc | 7/20/2005 09:50 | 7/22/2008 13:27 | 100,352 |
| FILE | MyConcierge Agenda 072705.doc | 7/27/2005 07:30 | 7/22/2008 13:27 | 102,912 |
| FILE | MyConcierge Agenda 081205.doc | 8/12/2005 14:05 | 7/22/2008 13:27 | 107,008 |
| FILE | MyConcierge Agenda 081705.doc | 8/17/2005 10:35 | 7/22/2008 13:27 | 111,616 |
| FILE | MyConcierge Agenda 082405.doc | 8/24/2005 09:34 | 7/22/2008 13:27 | 117,248 |
| FILE | MyConcierge Agenda 083105.doc | 8/31/2005 08:56 | 7/22/2008 13:27 | 117,760 |
| FILE | MyConcierge Agenda 090705.doc | 9/7/2005 20:14 | 7/22/2008 13:27 | 120,832 |
| FILE | MyConcierge Agenda 092805.doc | 9/28/2005 12:19 | 7/22/2008 13:27 | 122,368 |
| FILE | MyConcierge Agenda 100505.doc | 10/5/2005 08:47 | 7/22/2008 13:27 | 122,368 |
| FILE | MyConcierge Agenda 101205.doc | 10/12/2005 09:00 | 7/22/2008 13:27 | 122,368 |
| FILE | MyConcierge Agenda 101905.doc | 10/19/2005 07:50 | 7/22/2008 13:27 | 62,464 |
| FILE | MyConcierge Agenda01.25.06.doc | 1/25/2006 09:26 | 7/22/2008 13:27 | 71,680 |
| FILE | MyConcierge Agenda2.8.06.doc | 2/8/2006 09:27 | 7/22/2008 13:27 | 72,704 |
| FILE | MyConcierge notes 0322.doc | 3/26/2005 12:02 | 7/22/2008 13:27 | 68,096 |
| FILE | MyConcierge weekly 030905.doc | 3/15/2005 14:30 | 7/22/2008 13:27 | 57,344 |
| FILE | MyConcierge weekly 032305.doc | 3/23/2005 12:53 | 7/22/2008 13:27 | 64,512 |
| FILE | MyConciergeMinutes051105.doc | 5/18/2005 05:41 | 7/22/2008 13:27 | 81,920 |
| FILE | Nov 13 Onsite Meeting Agenda.doc | 11/12/2003 05:34 | 7/22/2008 13:27 | 48,640 |
| FILE | RevisedMyConcierge Agenda2.8.06.doc | 2/8/2006 09:40 | 7/22/2008 13:27 | 78,848 |
| FILE | TO DO 2-22.doc | 2/22/2006 16:39 | 7/22/2008 13:27 | 25,600 |
| FILE | UA Weekly Agenda 021506.doc | 2/15/2006 08:12 | 7/22/2008 13:27 | 65,024 |
| FOLDER | S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Agendas\Meeting Notes\ | 0 | 1 | 22,528 |
| FILE | MBNA Meeting Notes.doc | 12/13/2005 10:33 | 7/22/2008 13:27 | 22,528 |
| TOTAL | S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Agendas\Meeting Notes\ | 0 | 1 | 22,528 |
| FOLDER | S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Agendas\minutes\ | 0 | 5 | 263,680 |
| FILE | MBNA Meeting Notes.2004.06.02.doc | 6/8/2004 17:11 | 7/22/2008 13:27 | 38,912 |
| FILE | MBNA Meeting.2004.06.02 mwr comments.doc | 6/9/2004 05:40 | 7/22/2008 13:27 | 87,040 |
| FILE | MBNA Meeting.2004.06.02.doc | 6/7/2004 20:32 | 7/22/2008 13:27 | 54,272 |
| FILE | MBNA Time Schedule 2004.06.08.xls | 6/8/2004 17:23 | 7/22/2008 13:27 | 27,136 |
| FILE | MBNA weekly minutes 080904.doc | 8/10/2004 07:20 | 7/22/2008 13:27 | 56,320 |
| TOTAL | S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Agendas\minutes\ | 0 | 5 | 263,680 |
| TOTAL | S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Agendas\ | 2 | 132 | 8,629,708 |
| FOLDER | S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\bac 07 strategy\ | 0 | 3 | 1,612,288 |
| FILE | BAC 2007 Strategy Execution Plan.ppt | 3/14/2007 16:21 | 7/22/2008 13:27 | 1,528,320 |
| FILE | BAC and LesConcierges 2007 Strategy Work Plan Matrix.xls | 3/13/2007 17:28 | 7/22/2008 13:27 | 43,008 |
| FILE | BAC Phase 1 Economics.xls | 3/13/2007 17:28 | 7/22/2008 13:27 | 40,960 |
| TOTAL | S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\bac 07 strategy\ | 0 | 3 | 1,612,288 |
| FOLDER | S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\backups\ | 1 | 14 | 137,780 |
| FILE | worldcard_pa_backup_093003 | 10/14/2003 09:53 | 7/22/2008 13:27 | 45,280 |
| FILE | worldcard_pa_backup_100103 | 10/14/2003 09:53 | 7/22/2008 13:27 | 6,234 |
| FILE | worldcard_pa_backup_100203 | 10/14/2003 09:53 | 7/22/2008 13:27 | 6,320 |
| FILE | worldcard_pa_backup_100303 | 10/14/2003 09:53 | 7/22/2008 13:27 | 12,292 |
| FILE | worldcard_pa_backup_100403 | 10/14/2003 09:53 | 7/22/2008 13:27 | 2,108 |
| FILE | worldcard_pa_backup_100503 | 10/14/2003 09:53 | 7/22/2008 13:27 | 14,516 |
| FILE | worldcard_pa_backup_100603 | 10/14/2003 09:53 | 7/22/2008 13:27 | 6,660 |
| FILE | worldcard_pa_backup_100703 | 10/14/2003 09:52 | 7/22/2008 13:27 | 5,508 |
| FILE | worldcard_pa_backup_100803 | 10/14/2003 09:52 | 7/22/2008 13:27 | 3,502 |
| FILE | worldcard_pa_backup_100903 | 10/14/2003 09:52 | 7/22/2008 13:27 | 11,778 |
| FILE | worldcard_pa_backup_101003 | 10/14/2003 09:52 | 7/22/2008 13:27 | 6,602 |
| FILE | worldcard_pa_backup_101103 | 10/14/2003 09:52 | 7/22/2008 13:27 | 3,132 |
| FILE | worldcard_pa_backup_101203 | 10/14/2003 09:52 | 7/22/2008 13:27 | 1,696 |
| FILE | worldcard_pa_backup_101303 | 10/14/2003 09:52 | 7/22/2008 13:27 | 12,152 |
| FOLDER | S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\backups\winter 04\ | 0 | 0 | 0 |
| TOTAL | S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\backups\winter 04\ | 0 | 0 | 0 |
| TOTAL | S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\backups\ | 1 | 14 | 137,780 |

FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Client Org Chart\ 0
1 61,440
FILE MBNA Org Chart Aug 3 2005.ppt 8/5/2005 07:45 7/22/2008 13:27 61,440
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Client Org Chart\ 0
1 61,440
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\contract drafts\ 1
33 4,689,220
FILE ~$endment To Concierge Services Agreement.2005-10-7.car.doc 12/9/2005 13:25
7/22/2008 13:27 162
FILE ~$s Con & MBNA062905.doc 10/18/2005 13:33 7/22/2008 13:27 162
FILE Amended-Restated Services Agreement (Vendor).2005-05-5.ACB.doc 6/24/2005 06:31
7/22/2008 13:27 130,048
FILE Amendment To Concierge Services Agreement.2005-10-7.car.doc 10/13/2005 07:25
7/22/2008 13:27 29,184
FILE BAC LC_General_Services_Agreement_011708.doc 1/24/2008 12:18 7/22/2008 13:27
437,248
FILE BAC LC_General_Services_Agreement_061107.doc 12/13/2007 13:13 7/22/2008 13:27
372,736
FILE BAC MASTER SERVICES AGREEMENT Version Comparison 052907.doc 6/23/2007 07:00
7/22/2008 13:27 344,064
FILE BOA (MBNA) - Term Sheet Matrix.xls 5/29/2006 07:36 7/22/2008 13:27 34,816
FILE Clean Copy MBNA Contract 092104b.doc 10/26/2004 09:58 7/22/2008 13:27 214,016
FILE Final MBNA MOU 081204.doc 8/12/2004 16:03 7/22/2008 13:27 45,568
FILE FIRST AMENDENT MBNA 090605.doc 9/6/2005 09:04 7/22/2008 13:27 60,416
FILE Les Con & MBNA062905.doc 6/30/2005 16:14 7/22/2008 13:27 178,176
FILE Les Concierges Ticket Agreement 070604JM.doc 7/7/2004 11:12 7/22/2008 13:27 163,328
FILE Les Concierges Ticket Agreement 071504MRComments.doc 7/16/2004 14:04 7/22/2008 13:27
163,840
FILE Ltr. of Intent 8.4.03 (LWR).doc 10/23/2003 09:58 7/22/2008 13:27 30,208
FILE MBNA Agreement 011305a.doc 1/14/2005 00:17 7/22/2008 13:27 185,856
FILE MBNA Agreement 011305a2.doc 2/8/2005 08:01 7/22/2008 13:27 129,536
FILE MBNA Agreement 020905.doc 2/10/2005 06:32 7/22/2008 13:27 129,536
FILE MBNA Contract Proposed Restated 070504.doc 7/6/2004 10:45 7/22/2008 13:27 230,400
FILE MBNA Contract Redline 6-28-04_.doc 6/29/2004 08:28 7/22/2008 13:27 110,592
FILE MBNA Contract Summary and desired deal points 062504.doc 6/25/2004 07:57
7/22/2008 13:27 27,648
FILE MBNA Isolated Clauses and Contract Notes 122904.doc 1/4/2005 07:58 7/22/2008 13:27
81,408
FILE MBNA NDA 060105 NEW.doc 6/12/2005 13:11 7/22/2008 13:27 50,176
FILE MBNA WEB SLA 2005-01-06.doc 1/7/2005 07:38 7/22/2008 13:27 49,152
FILE MOU RE Ticket Agreement REVISED 081104 MWR.doc 8/12/2004 13:57 7/22/2008 13:27
154,112
FILE MOU RE Ticket Agreement REVISED 081104.doc 8/11/2004 16:46 7/22/2008 13:27
173,568
FILE Revised MBNA Contract Proposed Restated 071204.doc 7/12/2004 09:36 7/22/2008 13:27
152,576
FILE Revised MBNA Contract Proposed Restated 071904.doc 7/17/2004 12:14 7/22/2008 13:27
165,376
FILE Revised MBNA Contract Proposed Restated 072604.doc 7/26/2004 13:20 7/22/2008 13:27
174,080
FILE Standard Online Service Level Agreement - brent comments.doc 7/26/2004 09:05
7/22/2008 13:27 47,616
FILE Standard Service Level Agreement.doc 7/15/2004 11:09 7/22/2008 13:27 30,208
FILE WEB MBNA Contract 092104.doc 10/26/2004 09:58 7/22/2008 13:27 291,328
FILE WEB MBNA Contract 103104.doc 11/1/2004 14:33 7/22/2008 13:27 302,080
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\contract drafts\06 Renewal\
0 7 1,270,596
FILE ~$nal agreemnet document from Les Concierges.doc 9/14/2006 09:30 7/22/2008 13:27
162
FILE ~$vised_General_Services_Agreement_FINAL.doc 9/14/2006 09:30 7/22/2008 13:27
162
FILE BAC LC_General_Services_Agreement_031207.doc 3/12/2007 12:16 7/22/2008 13:27
396,800
FILE Final agreemnet document from Les Concierges.doc 9/6/2006 13:48 7/22/2008 13:27
61,952
FILE LC_General_Services_Agreement_022307view.doc 2/26/2007 15:27 7/22/2008 13:27
401,920
FILE New BAC Price Model and 07 Forecast.xls 9/14/2006 09:40 7/22/2008 13:27
19,456
FILE Revised_General_Services_Agreement_FINAL.doc 9/5/2006 13:50 7/22/2008 13:27 390,144
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\contract drafts\06 Renewal\
0 7 1,270,596
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\contract drafts\ 1
40 5,959,816
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Data files\ 0 3

1,053,514
FILE Wallet_Card_Requests.csv 9/12/2006 12:55 7/22/2008 13:27 539,978
FILE Wallet_Card_Requests.xls 9/12/2006 13:02 7/22/2008 13:27 281,600
FILE Wallet_Card_Requests091106.xls 9/12/2006 13:03 7/22/2008 13:27 231,936
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Data files\ 0 3
1,053,514
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\data worksheets\ 1
20 49,577,241
FILE Dining 2003.xls 4/7/2004 05:43 7/22/2008 13:27 13,527
FILE Dining 2003b.xls 4/7/2004 14:20 7/22/2008 13:27 3,407,360
FILE Dining 2004.xls 4/7/2004 05:19 7/22/2008 13:27 481,658
FILE LC All Reqs 2003.xls 4/6/2004 13:25 7/22/2008 13:27 6,066,176
FILE lc dining 2003.xls 4/7/2004 11:44 7/22/2008 13:27 1,898,496
FILE LC Tickets 2003 - new.xls 4/12/2004 09:22 7/22/2008 13:27 6,479,247
FILE LC Tickets 2004 revised.xls 4/12/2004 07:09 7/22/2008 13:27 1,864,196
FILE LC Tickets 2004.xls 4/12/2004 06:01 7/22/2008 13:27 1,262,080
FILE LC Tickets Analysis.xls 5/3/2004 09:52 7/22/2008 13:27 73,216
FILE LC Tickets March - April 2004.xls 4/12/2004 18:36 7/22/2008 13:27 737,792
FILE LC Tix Raw Data.xls 5/3/2004 09:51 7/22/2008 13:27 8,919,552
FILE MBNA 2003 Dining Analysis.xls 4/6/2004 12:32 7/22/2008 13:27 5,764,096
FILE MBNA 2003.xls 3/30/2004 19:07 7/22/2008 13:27 2,948,096
FILE MBNA 2003a.xls 3/30/2004 19:26 7/22/2008 13:27 2,310,656
FILE MBNA Dining 2004.xls 3/30/2004 19:35 7/22/2008 13:27 650,240
FILE MBNA Req Sum Dining Mar 2004.xls 3/31/2004 16:23 7/22/2008 13:27 62,976
FILE MBNA since 2002.xls 2/19/2004 14:52 7/22/2008 13:27 5,727,744
FILE mbna usage 2004.xls 4/14/2004 09:21 7/22/2008 13:27 288,565
FILE Open Table Research (2).xls 3/30/2004 15:38 7/22/2008 13:27 497,664
FILE WorldPoints May 9 04.xls 5/10/2004 14:41 7/22/2008 13:27 123,904
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\data worksheets\Dining 2003
_files\ 0 10 14,688,800
FILE filelist.xml 4/7/2004 05:43 7/22/2008 13:27 429
FILE sheet001.htm 4/7/2004 05:43 7/22/2008 13:27 14,457
FILE sheet002.htm 4/7/2004 05:43 7/22/2008 13:27 6,504,845
FILE sheet003.htm 4/7/2004 05:43 7/22/2008 13:27 2,674,190
FILE sheet004.htm 4/7/2004 05:43 7/22/2008 13:27 870,782
FILE sheet005.htm 4/7/2004 05:43 7/22/2008 13:27 299,083
FILE sheet006.htm 4/7/2004 05:43 7/22/2008 13:27 3,665,087
FILE sheet007.htm 4/7/2004 05:43 7/22/2008 13:27 653,181
FILE stylesheet.css 4/7/2004 05:43 7/22/2008 13:27 4,801
FILE tabstrip.htm 4/7/2004 05:43 7/22/2008 13:27 1,945
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\data worksheets\Dining 2003
_files\ 0 10 14,688,800
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\data worksheets\ 1
30 64,266,041
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\event\ 0 15
5,496,266
FILE Balloon PO.xls 4/6/2004 13:17 7/22/2008 13:27 249,856
FILE EmailInvite3.pdf 3/18/2004 22:54 7/22/2008 13:27 254,896
FILE EmailInvite4.pdf 3/22/2004 07:52 7/22/2008 13:27 249,692
FILE EmailInvite5.pdf 3/22/2004 10:11 7/22/2008 13:27 330,751
FILE EmailInvite7.pdf 3/22/2004 18:16 7/22/2008 13:27 189,111
FILE event questions.efx 11/10/2003 11:53 7/22/2008 13:27 7,240
FILE exotic car.pdf 3/26/2004 12:14 7/22/2008 13:27 1,611,820
FILE LCExpoInvite.pdf 3/22/2004 11:50 7/22/2008 13:27 131,332
FILE Lunch_invite3.pps 2/19/2004 14:26 7/22/2008 13:27 553,984
FILE MBNA Event - Music - Purchase Order.xls 3/29/2004 15:39 7/22/2008 13:27
253,952
FILE MBNA Event Budget - Apr 1 2004.xls 3/26/2004 14:18 7/22/2008 13:27 14,336
FILE MBNA.EmailInvite.pdf 3/18/2004 09:19 7/22/2008 13:27 511,120
FILE P400-party.pps 2/19/2004 14:26 7/22/2008 13:27 868,352
FILE Purchase Order MBNA Event 4-1-04 Catering.xls 4/8/2004 08:40 7/22/2008 13:27
262,144
FILE Thumbs.db 7/2/2004 03:44 7/22/2008 13:27 7,680
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\event\ 0 15
5,496,266
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Experiential Rewards Docs\
0 13 21,847,809
FILE Authentic autographed jersey_Item 46.doc 9/20/2005 11:24 7/22/2008 13:27
297,472
FILE Behind the Scenes Tour_Item 45.doc 9/20/2005 11:24 7/22/2008 13:27 301,568
FILE Chris Moneymaker_Item #67.doc 9/20/2005 11:24 7/22/2008 13:27 299,008
FILE ExpRwds.zip 9/20/2005 14:16 7/22/2008 13:27 18,174,209
FILE Hot August Nights_Item #64.doc 9/20/2005 11:24 7/22/2008 13:27 299,008
FILE ID-AM-Basketball-Q4-item#89-9.06.05.doc 9/20/2005 11:21 7/22/2008 13:27
309,248

```
FILE    ID-AM-Football-Q4-item#88-9.14.05.doc 9/20/2005 11:21    7/22/2008 13:27    309,248
FILE    ID-AM-Soccer-Q4-Item#106-9.16.05.doc 9/20/2005 11:21    7/22/2008 13:27    308,736
FILE    ID-CMA-Item#117-9.19.05.doc    9/20/2005 11:24    7/22/2008 13:27    309,248
FILE    ID-CMA-Item#118-9.19.05.doc    9/20/2005 11:24    7/22/2008 13:27    309,248
FILE    ID-CMA-Item#119-9.19.05.doc    9/20/2005 11:24    7/22/2008 13:27    309,248
FILE    ID-FatherSon Challenge-Q4-Item#1-9.01.05.doc 9/20/2005 10:19    7/22/2008 13:27
        310,784
FILE    ID-FatherSon Challenge-Q4-Item#2-9.01.05.doc 9/20/2005 10:19    7/22/2008 13:27
        310,784
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Experiential Rewards Docs\
        0    13    21,847,809
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\forecasts\    0    9
        2,962,884
FILE    2004LesConcierges.xls  10/14/2004 12:13    7/22/2008 13:27    13,824
FILE    BAC_MyConcierge_Forecast_.xls 11/9/2006 13:32    7/22/2008 13:27    73,216
FILE    LCExpoPartnerInvite.pdf    3/24/2004 15:13    7/22/2008 13:27    2,201,540
FILE    MBNA_Request_Growth_Forecast.xls    1/25/2006 11:47    7/22/2008 13:27    128,000
FILE    MBNA_Request_Growth_Forecast_2006_02_03-Dev Delay Scenarios.xls    2/6/2006 11:56
        7/22/2008 13:27    186,368
FILE    MBNA_Request_Growth_Forecast_2006_02_17-Dev Delay Scenarios.xls    2/17/2006 10:24
        7/22/2008 13:27    177,664
FILE    MBNAPayoff.xls 12/29/2004 11:20    7/22/2008 13:27    38,400
FILE    Top Level ROIv4.xls    12/29/2004 11:26    7/22/2008 13:27    129,024
FILE    WP Debit Active_LC05.xls    12/9/2004 09:00    7/22/2008 13:27    14,848
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\forecasts\    0    9
        2,962,884
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\invoice\    0    28
        1,392,640
FILE    0206Billing MBNA Invoice worksheet.xls    1/22/2006 09:19    7/22/2008 13:27
        66,048
FILE    1205Billing MBNA Invoice worksheet.xls    12/13/2005 09:21    7/22/2008 13:27
        56,832
FILE    2003 Projections.xls   10/1/2003 11:00    7/22/2008 13:27    33,792
FILE    2005LesConcierges.xls  7/12/2005 09:24    7/22/2008 13:27    10,752
FILE    2005LesConcierges_email.xls    5/30/2006 05:28    7/22/2008 13:27    14,336
FILE    2005LesConcierges_revised.xls 7/28/2005 17:53    7/22/2008 13:27    14,336
FILE    2006LesConcierges_email.xls    6/21/2006 09:52    7/22/2008 13:27    10,752
FILE    Bank of America payment histories for 2006.xls    8/29/2006 12:30    7/22/2008 13:27
        30,720
FILE    MBNA 1Q 03 Invoice.doc 1/6/2003 09:59 7/22/2008 13:27    32,256
FILE    MBNA 2Q03 Invoice.doc  3/31/2003 16:47    7/22/2008 13:27    32,256
FILE    MBNA Invoice comparison.xls    4/22/2005 13:40    7/22/2008 13:27    13,824
FILE    MBNA Invoice worksheet - 0205Billing.xls    7/3/2005 09:27 7/22/2008 13:27    40,960
FILE    MBNA Invoice worksheet - 0404Billing.xls    3/31/2004 16:40    7/22/2008 13:27
        40,448
FILE    MBNA Invoice worksheet - 0504Billing.xls    4/29/2004 12:07    7/22/2008 13:27
        40,448
FILE    MBNA Invoice worksheet - 0604Billing.xls    5/27/2004 09:11    7/22/2008 13:27
        40,448
FILE    MBNA Invoice worksheet - 0904aBilling.xls    9/14/2004 13:35    7/22/2008 13:27
        40,960
FILE    MBNA Invoice worksheet - 0904Billing.xls    9/2/2004 12:52 7/22/2008 13:27    40,960
FILE    MBNA Invoice worksheet - 2004.xls    4/29/2004 05:12    7/22/2008 13:27    40,960
FILE    MBNA Pricing 10-2.xls  10/2/2003 10:52    7/22/2008 13:27    16,384
FILE    MBNA Q3 Invoice.xls    7/22/2002 17:29    7/22/2008 13:27    37,376
FILE    MBNA Revenue forecast.xls    3/5/2004 19:48 7/22/2008 13:27    18,944
FILE    MBNA World extra call invoice Mar-Apr 03 v2.xls    9/24/2003 12:16    7/22/2008 13:27
        16,384
FILE    MBNA World extra call invoice Mar-Apr 03.xls 7/1/2003 07:55 7/22/2008 13:27    13,824
FILE    MBNA World Points Log - Wholesale.xls 1/14/2005 15:16    7/22/2008 13:27    577,024
FILE    MBNA0205.xls    1/14/2005 15:21    7/22/2008 13:27    27,648
FILE    MBNA0604.xls    5/27/2004 09:12    7/22/2008 13:27    27,648
FILE    MBNAQ103.xls    1/6/2003 09:29 7/22/2008 13:27    28,672
FILE    Q4 2003 Invoice.xls    11/7/2003 07:19    7/22/2008 13:27    27,648
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\invoice\    0    28
        1,392,640
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Listening Session\    0
        3    122,880
FILE    LCUAListeningForm4 13 06.xls  4/20/2006 13:17    7/22/2008 13:27    43,008
FILE    LCUAListeningForm4.13.06.xls  4/17/2006 08:49    7/22/2008 13:27    39,424
FILE    Listening Session FeedbackSAMPLE.xls 7/13/2006 18:48    7/22/2008 13:27    40,448
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Listening Session\    0
        3    122,880
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Logo\  0    2    18,303
FILE    BAC_logo.png    8/29/2006 14:38    7/22/2008 13:27    13,695
```

FILE Thumbs.db 11/7/2006 08:54 7/22/2008 13:27 4,608
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Logo\ 0 2 18,303
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\ 17 9 6,421,941
FILE 2008 Marketing Calendar WorldPoints ADV (2).xls 2/22/2008 07:47 7/22/2008 13:27 33,792
FILE BAC 2007 Strategy V1.ppt 2/20/2007 12:42 7/22/2008 13:27 1,700,864
FILE BAC 2008MktgPlan 030708.pdf 3/7/2008 04:46 7/22/2008 13:27 1,073,077
FILE BAC 2008MktgPlan 030708.ppt 3/7/2008 04:45 7/22/2008 13:27 1,385,472
FILE BAC ImmSol Analysis.xls 5/9/2007 06:40 7/22/2008 13:27 617,984
FILE BAC Promo Summary 08.xls 4/15/2008 14:26 7/22/2008 13:27 38,912
FILE BAC Promo Tracking.xls 2/20/2008 13:03 7/22/2008 13:27 13,824
FILE MBNA Marketing Planning 2004.12.02.doc 1/13/2005 14:34 7/22/2008 13:27 50,688
FILE VDay2002.pdf 7/20/2008 10:21 7/22/2008 13:27 1,507,328
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\clg upsell\ 0 8 1,259,008
FILE Carlson_Transfer_Script_032505.doc 3/25/2005 10:38 7/22/2008 13:27 33,280
FILE Carlson_Transfer_Script_Draft_MR comments.doc 3/24/2005 07:35 7/22/2008 13:27 31,232
FILE CarlsonTransferRequests.doc 8/5/2005 04:55 7/22/2008 13:27 21,504
FILE CLTS Upsell Test Scenario.xls 5/17/2005 03:59 7/22/2008 13:27 14,848
FILE MyConcierge Cross Sell Test Overview 042505.doc 4/26/2005 12:14 7/22/2008 13:27 39,424
FILE MyConcierge Overview for CLG.ppt 6/14/2005 14:18 7/22/2008 13:27 524,288
FILE MyConciergeOverviewfor20CLG.ppt 5/20/2005 13:35 7/22/2008 13:27 550,912
FILE Operations Document- MBNA World Points - CarlsonTraining.doc 6/15/2005 15:29 7/22/2008 13:27 43,520
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\clg upsell\ 0 8 1,259,008
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Collateral\ 1 16 21,658,934
FILE August-Self-Mailer-final.pdf 8/3/2005 07:04 7/22/2008 13:27 501,621
FILE Catalog 8-22 8/22/2003 08:52 7/22/2008 13:27 9,562,250
FILE Catalog 8-22.pdf 9/1/2003 05:56 7/22/2008 13:27 9,562,250
FILE MBNA Hol Catalog Education 10-8.xls 11/6/2003 06:43 7/22/2008 13:27 25,600
FILE MBNA newsletter overview.doc 6/22/2004 07:21 7/22/2008 13:27 21,504
FILE MBNA Winter Catalog Ordering Info.xls 11/11/2003 15:06 7/22/2008 13:27 14,848
FILE MBNA World Card summer cat order insts - robeson answers.doc 6/27/2003 10:48 7/22/2008 13:27 47,104
FILE MBNA World Card summer cat order insts.doc 6/18/2003 06:36 7/22/2008 13:27 43,520
FILE new pts offer pg2.jpg 2/24/2005 09:48 7/22/2008 13:27 62,801
FILE new pts offer1.jpg 2/24/2005 09:46 7/22/2008 13:27 61,534
FILE quantum aug 25.HTML 8/26/2003 10:27 7/22/2008 13:27 34,464
FILE TR Program Quick Ref Guide_rev 11-03.doc 11/17/2003 06:47 7/22/2008 13:27 106,496
FILE TR Program Quick Ref Guide_rev 12-03.doc 12/30/2003 11:32 7/22/2008 13:27 107,008
FILE WorldCard_Valentine_SM final.pdf 1/10/2003 09:30 7/22/2008 13:27 745,519
FILE WorldCard_Valentine_SM.pdf 1/10/2003 14:37 7/22/2008 13:27 745,519
FILE WP Seasonal Catalog_6-03.ppt 6/13/2003 11:19 7/22/2008 13:27 16,896
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Collateral\catalog\ 10 41 7,227,904
FILE Catalog Response Detail.xls 5/3/2004 07:02 7/22/2008 13:27 228,352
FILE mbna - amex notes.doc 2/19/2004 15:51 7/22/2008 13:27 20,480
FILE MBNA Catalog response summary 4-26.xls 4/28/2004 04:10 7/22/2008 13:27 14,336
FILE MBNA Catalog response summary 4-28.xls 4/28/2004 05:09 7/22/2008 13:27 14,336
FILE MBNA Catalog response summary 5-20.xls 5/20/2004 05:35 7/22/2008 13:27 15,872
FILE MBNA Catalog response summary 5-25.xls 5/26/2004 16:22 7/22/2008 13:27 15,872
FILE MBNA Catalog response summary 5-3.xls 5/3/2004 07:02 7/22/2008 13:27 14,336
FILE MBNA Catalog response summary 5-31.xls 6/2/2004 06:56 7/22/2008 13:27 15,872
FILE MBNA Catalog response summary 6-14-04.xls 6/16/2004 07:14 7/22/2008 13:27 15,872
FILE MBNA Catalog response summary 6-24-04.xls 6/24/2004 13:53 7/22/2008 13:27 15,872
FILE MBNA Catalog response summary 6-7-04.xls 6/16/2004 06:08 7/22/2008 13:27 15,872
FILE MBNA Catalog response summary 7-2-04.xls 7/2/2004 05:32 7/22/2008 13:27 16,384
FILE MBNA Catalog response summary 7-23-04.xls 7/23/2004 16:47 7/22/2008 13:27 16,384

FILE MBNA Catalog response summary 7-29-04.xls 7/30/2004 12:40 7/22/2008 13:27 17,408
FILE MBNA Catalog response summary 7-31-04.xls 8/2/2004 06:36 7/22/2008 13:27 17,408
FILE MBNA Catalog response summary 8-04-04.xls 8/5/2004 14:50 7/22/2008 13:27 17,408
FILE MBNA Catalog response summary 8-15-04.xls 8/25/2004 08:52 7/22/2008 13:27 17,408
FILE MBNA Catalog response summary 8-24-04.xls 8/26/2004 11:36 7/22/2008 13:27 17,920
FILE MBNA Catalog response summary 9-01-04.xls 9/2/2004 06:00 7/22/2008 13:27 17,920
FILE MBNA Catalog response summary 9-10-04.xls 9/15/2004 06:24 7/22/2008 13:27 17,920
FILE MBNA Catalog response summary 9-15-04.xls 9/15/2004 06:26 7/22/2008 13:27 17,920
FILE MBNA Catalog response summary thru Dec 13.xls 12/27/2004 16:08 7/22/2008 13:27 18,944
FILE MBNA Catalog response summary thru Dec 23.xls 12/28/2004 13:33 7/22/2008 13:27 18,944
FILE MBNA Catalog response summary thru Dec 3.xls 12/7/2004 08:27 7/22/2008 13:27 18,944
FILE MBNA Catalog response summary thru Jan 10 05.xls 1/12/2005 11:53 7/22/2008 13:27 18,944
FILE MBNA Catalog response summary thru Jan 24 05.xls 2/9/2005 11:53 7/22/2008 13:27 18,944
FILE MBNA Catalog response summary thru Mar 2.xls 3/4/2005 14:02 7/22/2008 13:27 18,944
FILE MBNA Catalog response summary thru Nov 11 04.xls 11/20/2004 14:48 7/22/2008 13:27 18,944
FILE MBNA Catalog response summary thru Nov 19 04.xls 11/20/2004 14:49 7/22/2008 13:27 18,944
FILE MBNA Catalog response summary thru Oct 15 04.xls 10/15/2004 09:14 7/22/2008 13:27 18,432
FILE MBNA Catalog response summary thru Oct 28 04.xls 10/28/2004 05:19 7/22/2008 13:27 17,920
FILE MBNA Catalog response summary thru Sept 04.xls 10/4/2004 11:23 7/22/2008 13:27 17,920
FILE MBNA France package for web.doc 12/8/2003 11:00 7/22/2008 13:27 221,696
FILE MBNA Spring 04 Offers Education - final.xls 6/10/2004 07:14 7/22/2008 13:27 36,352
FILE MBNA World Points Log - Wholesale thru011005.xls 1/10/2005 11:45 7/22/2008 13:27 577,024
FILE MBNA World Points Log - Wholesale1.xls 11/22/2004 07:31 7/22/2008 13:27 518,656
FILE MyConcierge Redemptions By Item Nov 8 - Mar 2.xls 3/3/2005 17:29 7/22/2008 13:27 131,072
FILE Points Summary December 4- February 17.xls 2/23/2005 14:30 7/22/2008 13:27 118,272
FILE Points Summary Nov 04.xls 12/8/2004 12:44 7/22/2008 13:27 14,848
FILE Steiner Item Prices - Late Summer 04.xls 8/5/2004 04:49 7/22/2008 13:27 14,848
FILE Travel Package offer examples.doc 4/9/2004 09:33 7/22/2008 13:27 4,828,160
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Collateral\catalog\holiday 04\ 0 20 11,359,559
FILE 10-01GIFTSGALORE.pdf 10/5/2004 07:45 7/22/2008 13:27 220,577
FILE 10-1 2005 alt.pdf 10/5/2004 07:44 7/22/2008 13:27 153,313
FILE 10-1HOLIDAY.pdf 10/5/2004 07:42 7/22/2008 13:27 1,165,044
FILE 10-1SPORTSNUT.pdf 10/5/2004 07:41 7/22/2008 13:27 951,827
FILE 10-2MY CONCRGE2.pdf 10/5/2004 07:40 7/22/2008 13:27 395,181
FILE 9-29 HOLIDAY.pdf 9/30/2004 06:34 7/22/2008 13:27 1,167,509
FILE 9-292005 alt.pdf 9/30/2004 06:36 7/22/2008 13:27 1,034,314
FILE 9-29GIFTSGALORE.pdf 9/30/2004 06:57 7/22/2008 13:27 220,577
FILE 9-29SPORTSNUT.pdf 9/30/2004 06:35 7/22/2008 13:27 951,841
FILE CAT-06-04-0206 GIFTSGALORE .pdf 10/21/2004 07:16 7/22/2008 13:27 677,279
FILE CAT-06-04-0206 MY CONCRGE2.pdf 9/20/2004 08:05 7/22/2008 13:27 1,385,244
FILE HIS HER8-31.pdf 9/3/2004 08:46 7/22/2008 13:27 347,051
FILE Hol 04 Cat Feedback.doc 9/9/2004 14:05 7/22/2008 13:27 24,064
FILE Hol Cat 04 Offers.doc 8/3/2004 07:05 7/22/2008 13:27 118,272
FILE HOLIDAY8-31.pdf 9/3/2004 08:46 7/22/2008 13:27 1,085,584
FILE Index 8-312005.pdf 9/3/2004 08:48 7/22/2008 13:27 155,989
FILE Layout5-24.xls 5/28/2004 11:21 7/22/2008 13:27 24,576
FILE lesconciergesgiftgram.doc 7/20/2004 10:49 7/22/2008 13:27 23,552
FILE OFFER SUBMISSION FORM.doc 5/28/2004 11:21 7/22/2008 13:27 22,016
FILE SPORTSNUT8-31.pdf 9/3/2004 08:47 7/22/2008 13:27 1,235,749
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Collateral\catalog\holiday 04\ 0 20 11,359,559
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Collateral\catalog\RMS April 04\ 0 5 2,906,971

FILE MISC-01-04-065.MC.MBNA3-3 ksz.pdf 3/3/2004 07:28 7/22/2008 13:27 591,588
FILE MISC-01-04-0685.MC.MBNA.pdf 3/16/2004 10:27 7/22/2008 13:27 1,566,778
FILE MISC-01-04-0685.VS.3-3MBNAksz.pdf 3/3/2004 07:28 7/22/2008 13:27 286,068
FILE MISC-01-04-0685.VS.MBNA.pdf 3/16/2004 10:27 7/22/2008 13:27 290,643
FILE OSE 2-27.pdf 3/3/2004 07:28 7/22/2008 13:27 171,894
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Collateral\catalog \RMS April 04\ 0 5 2,906,971
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Collateral\catalog \RMS Jul 04\ 0 3 2,754,551
FILE MISC-04-04-0088.IBS5-14.pdf 5/14/2004 06:07 7/22/2008 13:27 609,577
FILE MISC-04-04-0088.MBNA.pdf 5/26/2004 10:49 7/22/2008 13:27 1,535,570
FILE MISC-04-04-0088.MBNA5-14.pdf 5/14/2004 06:07 7/22/2008 13:27 609,404
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Collateral\catalog \RMS Jul 04\ 0 3 2,754,551
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Collateral\catalog \spring 04\ 0 35 52,264,115
FILE Belmont Stakes.pdf 2/4/2004 18:22 7/22/2008 13:27 218,377
FILE Belmont Stakes.txt 2/5/2004 08:00 7/22/2008 13:27 9,494
FILE CAT-12-03-016. S(insert).PDF 2/12/2004 10:01 7/22/2008 13:27 420,168
FILE CAT-12-03-0161.S102-13Shape up.pdf 2/13/2004 11:01 7/22/2008 13:27 5,137,796
FILE CAT-12-03-0161.S62-13grad.pdf 2/13/2004 11:08 7/22/2008 13:27 5,137,484
FILE CAT-12-03-0161.S72-1348hrs.pdf 2/13/2004 11:09 7/22/2008 13:27 5,137,683
FILE CAT-12-03-0161.S82-13field dreams.pdf 2/13/2004 11:10 7/22/2008 13:27 5,137,912
FILE CAT-12-03-0161.S92-13outside.pdf 2/13/2004 11:11 7/22/2008 13:27 5,137,855
FILE CAT-12-03-0161Best side.PDF 2/13/2004 11:01 7/22/2008 13:27 5,137,855
FILE Final 23 .pdf 2/27/2004 09:18 7/22/2008 13:27 5,305,718
FILE Final 25 .pdf 2/27/2004 09:24 7/22/2008 13:27 5,036,789
FILE Final 27.PDF 2/27/2004 09:18 7/22/2008 13:27 1,450,205
FILE Follow-up items.txt 1/25/2004 14:58 7/22/2008 13:27 1,624
FILE Fresh Success Offer.doc 1/27/2004 07:42 7/22/2008 13:27 28,672
FILE LesConcierges Spring Cat Product Offer to MBNA.xls 1/19/2004 09:48 7/22/2008 13:27 977,920
FILE MBNA SEASON CAT (Mothersday).PDF 2/12/2004 10:04 7/22/2008 13:27 981,214
FILE MBNA Spring 04 Offers Education.xls 5/26/2004 10:17 7/22/2008 13:27 34,304
FILE MBNA Spring Cat 04 - 1-25-04 LC Products.xls 1/26/2004 07:50 7/22/2008 13:27 17,920
FILE MBNA Spring Cat 04 - LC Products.xls 1/22/2004 06:51 7/22/2008 13:27 18,432
FILE MBNA Spring Cat 04 Education.xls 4/11/2004 06:39 7/22/2008 13:27 29,184
FILE MBNA Spring Cat Feedback.doc 2/19/2004 08:51 7/22/2008 13:27 36,864
FILE MBNA Spring Cat Follow-up items.doc 1/25/2004 15:50 7/22/2008 13:27 20,480
FILE MBNA Spring Cat Follow-up items.txt 1/25/2004 15:02 7/22/2008 13:27 1,624
FILE MBNA Spring Catalog - Concierge packages.doc 1/26/2004 07:37 7/22/2008 13:27 101,376
FILE MBNA Weekend Fun - At the Beach.doc 1/22/2004 14:55 7/22/2008 13:27 95,232
FILE OFFER SUBMISSION FORM.doc 1/5/2004 11:45 7/22/2008 13:27 20,480
FILE Preakness Stakes.pdf 2/4/2004 18:22 7/22/2008 13:27 215,839
FILE Preakness Stakes.txt 2/5/2004 08:00 7/22/2008 13:27 10,058
FILE RBIS&P04.doc 6/10/2004 07:16 7/22/2008 13:27 239,104
FILE rewards stmnt 4-23 LC spread.pdf 2/12/2004 07:13 7/22/2008 13:27 49,086
FILE rewards stmnt 4-23 original.pdf 2/12/2004 07:13 7/22/2008 13:27 634,870
FILE Spring Catalog Themes.doc 1/5/2004 11:45 7/22/2008 13:27 30,208
FILE TCIS&P04.doc 6/10/2004 07:16 7/22/2008 13:27 405,504
FILE WorldPoints Spring Cat - Concierge OFFER SUBMISSION FORMs.doc 2/11/2004 18:31 7/22/2008 13:27 5,003,264
FILE WorldPoints Spring Catalog Spread - Copy.doc 2/2/2004 09:11 7/22/2008 13:27 43,520
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Collateral\catalog \spring 04\ 0 35 52,264,115
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Collateral\catalog \Spring 05\ 0 4 3,012,761
FILE CAT-11-04-0213 OFC Spring.pdf 2/24/2005 14:08 7/22/2008 13:27 139,237
FILE Creative Brief_MBNASpringCatalog_122204.doc 12/22/2004 16:04 7/22/2008 13:27 326,656
FILE Layout Options.ppt 12/22/2004 16:04 7/22/2008 13:27 1,135,616
FILE Print CAT-11-04-0213 #3AC07.pdf 2/23/2005 11:58 7/22/2008 13:27 1,411,252
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Collateral\catalog \Spring 05\ 0 4 3,012,761
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Collateral\catalog \summer 03\ 0 2 4,942,266
FILE Final Catalog frm Vendor 6-11.pdf 6/13/2003 11:19 7/22/2008 13:27 1,417,566

FILE MBNA Fianl Summer Cat.pdf 5/16/2003 08:30 7/22/2008 13:27 3,524,700
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Collateral\catalog \summer 03\ 0 2 4,942,266
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Collateral\catalog \Summer 04\ 0 21 11,749,051
FILE 04-29-04 WordlPoints Change request offers 070904.doc 7/14/2004 11:44 7/22/2008 13:27 50,176
FILE 04-29-04 WordlPoints Change request offers.doc 6/29/2004 11:35 7/22/2008 13:27 39,424
FILE 50kgc.doc 7/7/2004 13:33 7/22/2008 13:27 37,888
FILE All Cell Order Form.pdf 6/30/2004 10:33 7/22/2008 13:27 216,246
FILE Ecole des chefs.doc 7/7/2004 13:33 7/22/2008 13:27 40,448
FILE GetawayDays5-25.pdf 5/25/2004 10:45 7/22/2008 13:27 884,373
FILE LC SUMMER 04 CAT OFFERS.doc 4/14/2004 14:40 7/22/2008 13:27 6,125,568
FILE Making the G5-25.pdf 5/25/2004 10:46 7/22/2008 13:27 789,045
FILE MBNA AUTUMN TRAVEL OFFERS-Under the Toscana Sun1.doc 7/21/2004 12:57 7/22/2008 13:27 57,344
FILE MBNA Catalog and RMS Summer 04 Ordering instructions.xls 7/7/2004 13:58 7/22/2008 13:27 25,600
FILE MBNA Complete Summer 04 Ordering instructions.xls 8/11/2004 10:35 7/22/2008 13:27 33,792
FILE MBNA Summer 04 Offers Education 062804.xls 7/6/2004 10:18 7/22/2008 13:27 34,816
FILE MISC-04-04-0088.MBNA.pdf 5/26/2004 10:49 7/22/2008 13:27 1,535,570
FILE OFFER SUBMISSION FORM.doc 2/25/2004 13:26 7/22/2008 13:27 22,016
FILE RMS Summer 04 Ordering instructions.xls 6/30/2004 10:27 7/22/2008 13:27 15,872
FILE Sports Wrap5-25-.pdf 5/25/2004 10:46 7/22/2008 13:27 682,150
FILE Spring Catalog Themes.doc 1/13/2004 17:03 7/22/2008 13:27 22,016
FILE summer 2004 theme document.doc 3/26/2004 13:24 7/22/2008 13:27 33,280
FILE Tasteful Fin5-25.pdf 5/25/2004 10:45 7/22/2008 13:27 647,747
FILE TCIS&P04.doc 6/8/2004 14:55 7/22/2008 13:27 405,504
FILE WorldPoints Web Offers - Jul 22 2004.doc 7/20/2004 07:43 7/22/2008 13:27 50,176
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Collateral\catalog \Summer 04\ 0 21 11,749,051
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Collateral\catalog \summer 06\ 0 2 1,641,582
FILE CAT-03-06-0149 Bonuspts MyC R.pdf 6/1/2006 14:56 7/22/2008 13:27 374,382
FILE MBNA_Summer_Catalog_Offers_070306.xls 7/7/2006 15:04 7/22/2008 13:27 1,267,200
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Collateral\catalog \summer 06\ 0 2 1,641,582
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Collateral\catalog \Web offerings\ 1 2 267,264
FILE MBNA WorldPoints Assist Web package copy, Q3 04.doc 6/25/2004 08:32 7/22/2008 13:27 28,160
FILE RBIS&P04.doc 6/8/2004 14:55 7/22/2008 13:27 239,104
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Collateral\catalog \Web offerings\2Q 2004\ 0 3 1,306,624
FILE MBNA WorldPoints Assist Web package copy.doc 3/19/2004 15:16 7/22/2008 13:27 24,576
FILE WorldPoints WebSite packages Spring 04 - gin.doc 3/18/2004 13:16 7/22/2008 13:27 560,640
FILE WorldPoints WebSite packages Spring 04.doc 3/18/2004 14:48 7/22/2008 13:27 721,408
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Collateral\catalog \Web offerings\2Q 2004\ 0 3 1,306,624
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Collateral\catalog \Web offerings\ 1 5 1,573,888
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Collateral\catalog \winter 04\ 0 15 26,875,103
FILE Catalog 8-22 8/22/2003 08:52 7/22/2008 13:27 9,562,250
FILE Celebrate 9-17.pdf 9/17/2003 10:31 7/22/2008 13:27 641,755
FILE Final winter cat.pdf 11/7/2003 06:55 7/22/2008 13:27 6,016,083
FILE Holiday packages.doc 7/21/2003 05:42 7/22/2008 13:27 3,627,520
FILE Lodge Ski Run.jpg 9/24/2003 09:45 7/22/2008 13:27 1,568,399
FILE MBNA Hol Catalog Training 11.03.xls 11/18/2003 10:42 7/22/2008 13:27 27,136
FILE Promises 9-17.pdf 9/17/2003 10:30 7/22/2008 13:27 356,798
FILE Reef Club MBNA ACKAGE 2003.doc 7/22/2003 09:38 7/22/2008 13:27 91,648
FILE Skiing 9-17.pdf 9/17/2003 10:32 7/22/2008 13:27 432,308
FILE Skiing is Believing.doc 11/6/2003 15:30 7/22/2008 13:27 20,480
FILE Tip in 9-17.pdf 9/17/2003 10:30 7/22/2008 13:27 747,145
FILE TR Program Quick Ref Guide_rev 11-03.doc 11/17/2003 06:47 7/22/2008 13:27 106,496
FILE VEgas 9-17.pdf 9/17/2003 10:30 7/22/2008 13:27 1,590,072
FILE Warm Getaway 9-17.pdf 9/17/2003 10:31 7/22/2008 13:27 1,688,668

FILE Winning Season 9-17.pdf 9/17/2003 10:31 7/22/2008 13:27 398,345
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Collateral\catalog\winter 04\ 0 15 26,875,103
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Collateral\catalog\ 11 153 126,307,751
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Collateral\ 12 169 147,966,685
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Competitive Credit Card Items\ 0 3 100,864
FILE BAC Comp Analys.xls 3/7/2007 17:21 7/22/2008 13:27 18,432
FILE Competitive BAC Notes.doc 3/1/2007 15:15 7/22/2008 13:27 25,600
FILE Competitor Second Draft.xls 3/1/2007 08:17 7/22/2008 13:27 56,832
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Competitive Credit Card Items\ 0 3 100,864
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Creative Briefs\ 0 4 265,216
FILE JOB OPEN-CREATIVE BRIEF0105.doc 2/25/2005 09:50 7/22/2008 13:27 110,592
FILE Quantum Assist Insert creative brief 6-02.doc 4/18/2002 09:02 7/22/2008 13:27 48,640
FILE Quantum creative brief 7-01.doc 3/2/2004 09:11 7/22/2008 13:27 52,736
FILE Quantum creative brief.doc 4/17/2002 13:58 7/22/2008 13:27 53,248
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Creative Briefs\ 0 4 265,216
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Customer Profile\ 0 1 47,104
FILE WorldPoints Demog Slide.ppt 7/7/2005 14:53 7/22/2008 13:27 47,104
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Customer Profile\ 0 1 47,104
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Executive Summaries\ 0 4 165,538
FILE ~$Concierge Executive Summary Q1 - May 2006.doc 9/14/2006 07:59 7/22/2008 13:27 162
FILE MyConcierge Executive Summary June 2006.doc 7/11/2006 22:10 7/22/2008 13:27 48,128
FILE MyConcierge Executive Summary June 2006f.doc 7/12/2006 07:52 7/22/2008 13:27 45,056
FILE MyConcierge Executive Summary Q1 - May 2006.doc 7/11/2006 10:43 7/22/2008 13:27 72,192
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Executive Summaries\ 0 4 165,538
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Marketing Analyses\ 0 25 10,857,984
FILE MBNA Advertising response summary 2002-2004 annotated.xls 2/13/2005 11:06 7/22/2008 13:27 36,864
FILE MBNA Advertising response summary 2002-2004.xls 2/4/2005 07:14 7/22/2008 13:27 32,256
FILE MBNA Catalog response summary 4-26.xls 4/26/2004 12:13 7/22/2008 13:27 16,896
FILE MBNA Final Data Request.xls 5/27/2004 04:53 7/22/2008 13:27 99,328
FILE MBNA Growth Analysis.xls 2/9/2005 14:59 7/22/2008 13:27 16,896
FILE MBNA Growth Matrix_2.xls 2/9/2005 16:02 7/22/2008 13:27 24,576
FILE MBNA Program Summary_Mtg_Recap_021705.doc 2/18/2005 11:27 7/22/2008 13:27 42,496
FILE MBNA Update Analyses.xls 4/28/2005 22:35 7/22/2008 13:27 18,944
FILE MBNA Usage 5 20 04b(1).xls 5/23/2004 11:32 7/22/2008 13:27 1,365,504
FILE MBNA Usage 5 20 04b.xls 5/23/2004 05:52 7/22/2008 13:27 1,356,800
FILE MBNA Usage 5 20 04c.xls 5/23/2004 07:46 7/22/2008 13:27 1,589,248
FILE MBNA Usage 5 24 04 doc 2.xls 5/24/2004 08:44 7/22/2008 13:27 2,270,720
FILE MBNA Usage 5 24 04.xls 5/23/2004 20:32 7/22/2008 13:27 1,811,968
FILE MBNA Vintage Tables.xls 2/10/2005 13:20 7/22/2008 13:27 133,632
FILE MBNA-promo-code-results0401-0619.xls 6/20/2005 15:11 7/22/2008 13:27 11,776
FILE MBNASatisfactionDebriefv2.ppt 6/16/2006 12:00 7/22/2008 13:27 1,503,232
FILE QA602 - Promotion Code Requests.xls 8/28/2002 07:25 7/22/2008 13:27 310,784
FILE Request for data 5-24.doc 5/24/2004 14:02 7/22/2008 13:27 22,016
FILE Request for data 5-25.doc 5/25/2004 13:44 7/22/2008 13:27 36,352
FILE Six Flags for MBNA.xls 5/12/2005 14:15 7/22/2008 13:27 18,944
FILE SummaryAmusementPark2005.xls 5/12/2005 10:57 7/22/2008 13:27 19,456
FILE SummaryAmusementPark20051.xls 5/12/2005 14:10 7/22/2008 13:27 21,504
FILE User Analysis 5-20-04 response to dt.doc 5/24/2004 07:22 7/22/2008 13:27 34,816
FILE User Analysis 5-20-04.doc 5/23/2004 07:22 7/22/2008 13:27 26,112
FILE User Analysis 5-20-041dt.doc 5/23/2004 20:00 7/22/2008 13:27 36,864
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Marketing Analyses\ 0 25 10,857,984
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Mrktg Plans\

0 10 2,588,160
FILE 2004 Communication Plan for Partners MT.xls 2/12/2004 06:25 7/22/2008 13:27 16,896
FILE 2005 Communications Plan Strategy 1-11-05.xls 1/12/2005 10:26 7/22/2008 13:27 21,504
FILE 2005_Plan_Updated_040705.xls 4/19/2005 11:43 7/22/2008 13:27 22,528
FILE BAC MyConcierge Marketing Plan May to August 2007.doc 5/29/2007 06:44 7/22/2008 13:27 1,975,808
FILE BAC Workplan Strategy.xls 5/29/2007 06:30 7/22/2008 13:27 366,592
FILE Marketing Planning 2004[1].11.19.doc 11/23/2004 15:04 7/22/2008 13:27 48,128
FILE mbna 2004 Advertising Plan - by month.xls 1/14/2004 11:04 7/22/2008 13:27 27,648
FILE MBNA Inventory Promotion Calendar.xls 8/5/2004 11:58 7/22/2008 13:27 15,872
FILE MBNA timeline feb 05.xls 1/22/2005 18:24 7/22/2008 13:27 14,848
FILE Monthly Communications Plan slide 3_21_03.ppt 3/21/2003 12:51 7/22/2008 13:27 78,336
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Mrktg Plans\ 0 10 2,588,160
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\MyConcierge\ 0 12 4,723,216
FILE Creative Brief.Activation and Utilization Promo.2004.11.10.doc 11/10/2004 10:17 7/22/2008 13:27 59,904
FILE MBNA Program Website URLs.xls 12/30/2004 05:36 7/22/2008 13:27 18,432
FILE MBNA WP Website Winter offers updated 2-29.xls 3/1/2004 07:37 7/22/2008 13:27 15,872
FILE MBNA_MyC_Online-Concepts_031006_v1.ppt 3/8/2006 14:45 7/22/2008 13:27 2,382,336
FILE MBNA_MyC_Online-Concepts_non-seasonal_033106.ppt 4/3/2006 11:12 7/22/2008 13:27 1,982,464
FILE MyConciergeTerms(3)2004.08.05.doc 8/18/2004 08:23 7/22/2008 13:27 35,328
FILE Privacy Policy 102404.doc 4/18/2005 15:00 7/22/2008 13:27 54,784
FILE Privacy Policy.htm 2/20/2005 07:04 7/22/2008 13:27 31,214
FILE Recommended changes to VRU.doc 6/22/2005 09:49 7/22/2008 13:27 33,792
FILE Terms of Use.doc 4/18/2005 15:01 7/22/2008 13:27 63,488
FILE Terms of Use.htm 2/20/2005 07:05 7/22/2008 13:27 31,266
FILE Web offerings May.xls 5/14/2003 09:28 7/22/2008 13:27 14,336
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\MyConcierge\ 0 12 4,723,216
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Offers\ 0 7 5,622,272
FILE Gift-Certifcate_Vendors-LC.xls 6/21/2005 07:39 7/22/2008 13:27 56,832
FILE LC_Gift-Certifcate_Vendors_MBNA.xls 8/10/2005 04:56 7/22/2008 13:27 29,184
FILE MBNA Europe Packages.ppt 8/4/2005 10:47 7/22/2008 13:27 419,840
FILE packages.template.doc 7/21/2004 12:57 7/22/2008 13:27 20,992
FILE promo.inventory.2004.0721.xls 7/22/2004 11:00 7/22/2008 13:27 26,624
FILE Promotions.plan.2004.06.24.doc 6/24/2004 11:27 7/22/2008 13:27 78,848
FILE WorldPoints Partner Proposal.ppt 2/19/2004 17:08 7/22/2008 13:27 4,989,952
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Offers\ 0 7 5,622,272
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Proposals\ 0 2 6,176,256
FILE BofA Hotel presentation.ppt 11/3/2006 10:02 7/22/2008 13:27 2,358,784
FILE BofA Hotel.ppt 11/3/2006 10:15 7/22/2008 13:27 3,817,472
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Proposals\ 0 2 6,176,256
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Research\ 0 3 152,064
FILE MBNA Research 2.21.05.doc 2/21/2005 23:33 7/22/2008 13:27 40,960
FILE MBNA Research 2.21.05v2.doc 2/23/2005 11:24 7/22/2008 13:27 58,368
FILE MBNA Research - ex3.doc 3/3/2005 14:33 7/22/2008 13:27 52,736
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Research\ 0 3 152,064
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Scripting and other Copy\ 1 22 9,433,254
FILE Concierge service description 081104.doc 8/12/2004 09:04 7/22/2008 13:27 138,752
FILE MBNA Concierge Points.doc 1/23/2006 09:33 7/22/2008 13:27 28,160
FILE MBNA message changes.doc 7/24/2004 13:12 7/22/2008 13:27 30,208
FILE MBNA Ops Visit Talking Pts for Concierges 091305.doc 9/11/2005 04:33 7/22/2008 13:27 43,520
FILE MyConcierge Follow-up Email Program.doc 6/22/2005 03:55 7/22/2008 13:27 91,648
FILE MyConcierge Follow-up Email ProgramMR.doc 6/28/2005 21:47 7/22/2008 13:27 93,696

FILE MyConcierge Follow-up Email Programmr2.doc 6/28/2005 21:44 7/22/2008 13:27
91,136
FILE MyConcierge Follow-up template reviewed.doc 3/17/2005 16:51 7/22/2008 13:27
44,032
FILE MyConcierge Follow-up template.doc 3/8/2005 15:15 7/22/2008 13:27 35,840
FILE MyConciergeFollow-uptemplate_final.doc 5/27/2005 09:57 7/22/2008 13:27
35,840
FILE MyConciergeFollow-uptemplate_new.doc 5/6/2005 12:50 7/22/2008 13:27 48,128
FILE MyConciergeFollow-uptemplate_new_clean.doc 5/10/2005 07:01 7/22/2008 13:27
48,640
FILE New MBNA Scripting mwr comments.doc 6/23/2004 10:28 7/22/2008 13:27 37,376
FILE Opt-in email.doc 5/12/2005 20:36 7/22/2008 13:27 1,908,736
FILE Recommended changes to VRUMR0713.doc 7/13/2005 09:13 7/22/2008 13:27 34,304
FILE REPLY TO MBNA AIRLINE REQUEST.doc 5/13/2005 04:16 7/22/2008 13:27 33,280
FILE REPLY TO MBNA AIRLINE RESERVATION REQUESTS_updatedMR.doc 9/28/2005 18:48
7/22/2008 13:27 27,136
FILE REPLY TO NON-MBNA AIRLINE RESERVATION REQUESTS_updated.doc 8/18/2005 15:48
7/22/2008 13:27 32,768
FILE Unsubscribe process_032105 v2.doc 3/22/2005 14:58 7/22/2008 13:27
1,919,488
FILE Unsubscribe process_032105.doc 3/22/2005 10:19 7/22/2008 13:27
1,917,440
FILE Unsubscribe process_032205.pdf 3/22/2005 15:41 7/22/2008 13:27 874,662
FILE Unsubscribe process_reviewed.doc 3/22/2005 15:42 7/22/2008 13:27
1,918,464
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Scripting and other Copy\Signature Files\ 0 3 245,760
FILE Copy.Testimonial.2004.0622.edit.xls 7/22/2004 13:11 7/22/2008 13:27 115,712
FILE Copy.Testimonial.2004.0622.noedit.xls 7/22/2004 14:12 7/22/2008 13:27 94,208
FILE MBNA Sig Tag Lines thru Jul 31 04.doc 6/14/2004 07:37 7/22/2008 13:27 35,840
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Scripting and other Copy\Signature Files\ 0 3 245,760
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Scripting and other Copy\ 1 25 9,679,014
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Strategy\ 0
4 22,835,712
FILE BAC Cover and Logo.ppt 8/29/2006 14:23 7/22/2008 13:27 278,016
FILE BAC LesConcierge Marketing Strategy Presentation-080406-DRAFT.ppt 8/4/2006 20:23
7/22/2008 13:27 7,162,368
FILE BAC LesConcierge Marketing Strategy Presentation-080406-DRAFTmr.ppt 8/29/2006 12:59
7/22/2008 13:27 7,201,280
FILE BAC LesConcierge Marketing Strategy Presentation-083006-DRAFT2.ppt 8/30/2006 12:12
7/22/2008 13:27 8,194,048
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Strategy\ 0
4 22,835,712
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Surveys\ 0
6 7,163,936
FILE MBNA Survey_updated.doc 4/23/2005 05:47 7/22/2008 13:27 50,176
FILE MBNA_Report.ppt 6/17/2005 09:39 7/22/2008 13:27 5,142,016
FILE MBNA_Survey_Report.ppt 6/28/2005 12:43 7/22/2008 13:27 293,888
FILE MBNASatisfactionDebriefv2.ppt 6/16/2006 08:53 7/22/2008 13:27 1,506,304
FILE MyCon Research.zgi.htm 7/16/2006 07:16 7/22/2008 13:27 67,511
FILE MyConcierge Survey.zgi.htm 7/16/2006 07:15 7/22/2008 13:27 104,041
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Surveys\ 0
6 7,163,936
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Testimonials\
0 0 0
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Testimonials\
0 0 0
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Tickets\ 0
2 6,715,392
FILE MBNA Tickets Presentation_2006_05_31.ppt 5/31/2006 22:42 7/22/2008 13:27
3,359,232
FILE MBNA Tickets Presentation_2006_09_30.ppt 9/7/2006 08:11 7/22/2008 13:27
3,356,160
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\Tickets\ 0
2 6,715,392
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\marketing\ 30 294
232,740,362
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MBNA Canada\ 0 2
1,544,704
FILE Overview for MBNA Canada Bank.ppt 1/4/2006 10:13 7/22/2008 13:27 1,539,072
FILE Thumbs.db 5/1/2006 19:24 7/22/2008 13:27 5,632
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MBNA Canada\ 0 2
1,544,704

FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MBNA Docs\ 2 5 398,336
FILE 2006A.xls 10/7/2005 11:12 7/22/2008 13:27 22,528
FILE Follow Up Program Details - 090905 Revision.doc 9/10/2005 11:28 7/22/2008 13:27 106,496
FILE Marketing Costs 2006.xls 10/27/2005 19:26 7/22/2008 13:27 12,800
FILE MBNA Telephony.xls 8/26/2005 08:15 7/22/2008 13:27 20,992
FILE Schedule of Events.doc 10/11/2005 05:10 7/22/2008 13:27 235,520
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MBNA Docs\ROI\ 0 8 141,709
FILE Fw MBNA Marketing Costs for Linda.txt 12/11/2005 10:33 7/22/2008 13:27 2,698
FILE Fw Request from Linda re Mbna.txt 10/18/2005 09:17 7/22/2008 13:27 1,896
FILE FW Security Cost Breakdown (Past and Present).txt 12/11/2005 10:32 7/22/2008 13:27 4,780
FILE LJ Original Message.doc 12/12/2005 13:45 7/22/2008 13:27 21,504
FILE mbna costs.txt 12/11/2005 10:29 7/22/2008 13:27 334
FILE Meeting_Minutes_12_08_05.doc 12/12/2005 05:03 7/22/2008 13:27 82,432
FILE Please find attached the minutes from the meeting.doc 12/12/2005 05:06 7/22/2008 13:27 24,064
FILE Re April Services Invoices.txt 12/11/2005 10:32 7/22/2008 13:27 4,001
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MBNA Docs\ROI\ 0 8 141,709
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MBNA Docs\venetian\ 0 4 90,112
FILE Room Discount Redemption - Option 2.doc 10/13/2005 06:32 7/22/2008 13:27 24,064
FILE Room Discount Redemption - Option 1.doc 10/13/2005 06:32 7/22/2008 13:27 25,600
FILE Slot Credit Redemption.doc 10/13/2005 06:32 7/22/2008 13:27 24,576
FILE Venetian Rewards 9.30.05.xls 10/13/2005 06:32 7/22/2008 13:27 15,872
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MBNA Docs\venetian\ 0 4 90,112
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MBNA Docs\ 2 17 630,157
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MBNA Tickets\ 2 88 48,434,162
FILE 2004 MBNA Tickets Program Summary.xls 1/12/2005 08:22 7/22/2008 13:27 17,920
FILE 2004 Program Summary Proposed New Pricing.xls 1/12/2005 08:22 7/22/2008 13:27 17,920
FILE 2004 Program Summary.xls 1/7/2005 14:44 7/22/2008 13:27 15,872
FILE AAC Suite Specifics.doc 9/10/2004 05:32 7/22/2008 13:27 20,992
FILE Andy Donkin Session Notes.2004.07.02.doc 7/6/2004 10:08 7/22/2008 13:27 57,344
FILE CMG and LesConcierges 7-04b.doc 7/15/2004 17:09 7/22/2008 13:27 262,656
FILE Final MBNA MOU 081204.doc 9/21/2004 14:26 7/22/2008 13:27 45,568
FILE Football-Baseball Sales.pdf 9/9/2004 07:24 7/22/2008 13:27 80,865
FILE FW Ticket Program analysis.rtf 11/4/2004 04:16 7/22/2008 13:27 643,600
FILE LesConcierges Inventory Ticket Request Workflow.ppt 11/17/2002 22:29 7/22/2008 13:27 57,344
FILE LesConcierges Ticket Request Workflow - Client Inventory.ppt 11/17/2002 22:31 7/22/2008 13:27 51,200
FILE MBNA - 1st Union.ppt 7/15/2003 14:34 7/22/2008 13:27 486,400
FILE MBNA AE Orders 8-24.xls 9/7/2004 14:02 7/22/2008 13:27 21,504
FILE MBNA AE Orders 9-7.xls 9/7/2004 14:02 7/22/2008 13:27 21,504
FILE MBNA Football Ticket Inventory 08-20-04.xls 8/26/2004 07:17 7/22/2008 13:27 80,896
FILE MBNA Football Ticket Inventory 08-29-04(1).xls 8/29/2004 19:37 7/22/2008 13:27 90,112
FILE MBNA Football Ticket Inventory 8-30 Mark comments.xls 8/30/2004 06:01 7/22/2008 13:27 90,112
FILE MBNA MLB Ticket Inventory 09-09-04.xls 9/9/2004 16:53 7/22/2008 13:27 123,904
FILE MBNA MLB Ticket Inventory 09-13-04.xls 9/13/2004 12:31 7/22/2008 13:27 153,088
FILE MBNA NFL Master Inventory.xls 9/14/2004 21:05 7/22/2008 13:27 82,944
FILE MBNA NFL Sales & Inventory Report 9-14-04 Audited.xls 9/15/2004 06:37 7/22/2008 13:27 157,184
FILE MBNA NFL Sales & Inventory Report 9-17-04.xls 9/20/2004 08:48 7/22/2008 13:27 309,760
FILE MBNA NFL Sales and Inventory Report 9-14-04.xls 9/14/2004 21:05 7/22/2008 13:27 159,232
FILE MBNA NFL Sales Report 9-09-04.xls 9/10/2004 07:12 7/22/2008 13:27 141,824
FILE MBNA NFL Sales Report 9-10-04.xls 9/10/2004 14:43 7/22/2008 13:27 148,480
FILE MBNA NFL Sales Report 9-13-04.xls 9/14/2004 12:53 7/22/2008 13:27 148,480
FILE MBNA Presentation Tickets Initiative 2004.11.23.ppt 11/24/2004 00:01 7/22/2008 13:27 5,774,336
FILE MBNA Presentation Tickets Initiative 2004.11.23v2.ppt 11/23/2004 14:43

```
        7/22/2008 13:27       5,732,864
FILE    MBNA Presentation Tickets Initiative 2004.11.23v3.ppt      11/24/2004 00:01
        7/22/2008 13:27       5,773,824
FILE    MBNA Presentation Tickets Initiativev2 2004.11.29.ppt      11/29/2004 17:18
        7/22/2008 13:27       5,745,664
FILE    MBNA Presentation Tickets InitiativevS 2004.11.30.ppt      11/30/2004 18:01
        7/22/2008 13:27       5,707,776
FILE    MBNA Presentation Tickets InitiativevS 2004.12.1.ppt 12/3/2004 09:18       7/22/2008 13:27
        855,040
FILE    MBNA Presentation Tickets InitiativevS 2004.12.1v2.ppt     12/1/2004 17:34
        7/22/2008 13:27       1,105,408
FILE    MBNA Sales  Inventory Report 01.03.05.xls    1/3/2005 17:09 7/22/2008 13:27       590,336
FILE    MBNA Sales  Inventory Report 9-27.xls 9/27/2004 16:12      7/22/2008 13:27       324,608
FILE    MBNA Sales & Inventory Report 9-20.xls       9/21/2004 07:06       7/22/2008 13:27
        323,072
FILE    MBNA Sales & Inventory Report 9-21.xls       9/21/2004 14:51       7/22/2008 13:27
        315,904
FILE    MBNA Sales & Inventory Report.xls    9/20/2004 09:11       7/22/2008 13:27       312,832
FILE    MBNA Ticket Engine Revenue Model 062404.xls  6/26/2004 06:23       7/22/2008 13:27
        17,408
FILE    MBNA Ticket Engine Revenue Model 071504.xls  7/16/2004 08:07       7/22/2008 13:27
        17,408
FILE    MBNA Ticket Inventory - 051504.xls   10/6/2005 05:23       7/22/2008 13:27       64,000
FILE    MBNA Ticket Inventory 070204.xls     7/2/2004 14:24 7/22/2008 13:27       59,904
FILE    MBNA Ticket Inventory 070604.xls     7/6/2004 12:24 7/22/2008 13:27       89,600
FILE    MBNA Ticket Inventory 070704.xls     7/6/2004 15:19 7/22/2008 13:27       89,600
FILE    MBNA Ticket Inventory 070904.xls     7/9/2004 12:20 7/22/2008 13:27       89,600
FILE    MBNA Ticket Inventory 071104.xls     7/11/2004 04:16       7/22/2008 13:27       102,912
FILE    MBNA Ticket Inventory 071404.xls     7/17/2004 04:41       7/22/2008 13:27       102,912
FILE    MBNA Ticket Inventory 071404b.xls    7/12/2004 13:45       7/22/2008 13:27       89,600
FILE    MBNA Ticket Inventory 071804.xls     7/22/2004 12:59       7/22/2008 13:27       135,680
FILE    MBNA Ticket Inventory 07-22-04.xls   7/22/2004 15:22       7/22/2008 13:27       122,880
FILE    MBNA Ticket Inventory 07-24-04.xls   7/26/2004 07:41       7/22/2008 13:27       122,368
FILE    MBNA Ticket Inventory 07-30-04.xls   7/30/2004 12:21       7/22/2008 13:27       136,192
FILE    MBNA Ticket Inventory 08-04-04.xls   8/4/2004 07:01 7/22/2008 13:27       121,856
FILE    MBNA Ticket Inventory 08-06-04.xls   8/9/2004 12:38 7/22/2008 13:27       138,752
FILE    MBNA Ticket Inventory 08-08-04.xls   8/10/2004 14:17       7/22/2008 13:27       121,856
FILE    MBNA Ticket Inventory 08-11-04.xls   8/12/2004 05:30       7/22/2008 13:27       174,080
FILE    MBNA Ticket Inventory 08-16-04.xls   8/17/2004 19:23       7/22/2008 13:27       121,856
FILE    MBNA Ticket Program Analysis 2004.11.1.xls   11/1/2004 16:49       7/22/2008 13:27
        133,632
FILE    MBNA Ticket Program Announcement and FAQs.doc       8/13/2004 08:55       7/22/2008 13:27
        24,576
FILE    MBNA Ticket Program.xls      11/3/2004 09:04       7/22/2008 13:27       135,680
FILE    MBNA Tickets 2004 Program Summary.xls 4/21/2005 08:21      7/22/2008 13:27       15,360
FILE    MBNA Tickets Analysis 2004.10.31.doc 11/3/2004 17:55       7/22/2008 13:27       23,040
FILE    MBNA Tickets Analysis 2004.10.31v2.doc       11/3/2004 17:57       7/22/2008 13:27
        21,504
FILE    MBNA Tickets Inventory.xls   12/3/2004 13:26       7/22/2008 13:27       37,888
FILE    MBNA Tickets May June 03.xls  6/18/2003 15:32      7/22/2008 13:27       104,448
FILE    MBNA Tickets Program 4-29-04 final.ppt       5/5/2004 11:39 7/22/2008 13:27
        2,227,712
FILE    MBNA Tickets Program 4-29-04.ppt     5/5/2004 10:56 7/22/2008 13:27       1,125,888
FILE    MBNA Valuation 6-28-04.xls   6/28/2004 15:09       7/22/2008 13:27       18,432
FILE    MBNA WP Website Winter offers.xls    1/6/2004 17:43 7/22/2008 13:27       15,872
FILE    MyTickets 9-28.xls   9/28/2004 10:26       7/22/2008 13:27       23,552
FILE    NFL Inventory 8-29.xls 8/29/2004 16:05     7/22/2008 13:27       98,304
FILE    NFL Ticket Request 2.xls     8/24/2004 08:24       7/22/2008 13:27       15,872
FILE    NFL Ticket Request.xls 8/21/2004 08:28     7/22/2008 13:27       19,968
FILE    OsborneLetter100505.doc      10/6/2005 05:37       7/22/2008 13:27       36,352
FILE    Reskins Inventory Loge Rcd 9-28-04.xls       9/30/2004 08:55       7/22/2008 13:27
        15,872
FILE    Schreiber 9-2-04.efx  9/27/2004 10:26      7/22/2008 13:27       35,736
FILE    Thumbs.db      10/20/2004 12:17      7/22/2008 13:27       7,680
FILE    Ticket Analysis.rtf   11/4/2004 04:17      7/22/2008 13:27       317,881
FILE    Ticket Availability for Sun Jul 7 04.xls     7/7/2004 07:53 7/22/2008 13:27       59,392
FILE    ticket desktop 112204.doc    11/24/2004 12:10      7/22/2008 13:27       60,416
FILE    Ticket Management062104.xls   7/16/2004 06:59      7/22/2008 13:27       87,552
FILE    Ticket Program MBNA 10.31.04.xls     11/3/2004 09:04       7/22/2008 13:27       137,216
FILE    ticket summary 112204.doc    11/24/2004 12:10      7/22/2008 13:27       31,232
FILE    TicketNetwork Pricing Quote.xls      7/23/2004 14:12       7/22/2008 13:27       19,968
FILE    Tickets Initiative Update 2004.11.23.ppt     11/23/2004 12:06      7/22/2008 13:27
        5,016,064
FILE    Tickets Verso Origin.efx     9/15/2004 13:20       7/22/2008 13:27       97,840
FILE    Tix Verso.tif  9/15/2004 13:20       7/22/2008 13:27       365,100
```

```
FILE    Total Sales thru 09-13-04.pdf 9/13/2004 08:26       7/22/2008 13:27       137,300
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MBNA Tickets\program docs\
        0       2       5,030,912
FILE    Profitability Analysis - Current Volume 2004.11.4.xls       11/5/2004 14:37
        7/22/2008 13:27       19,968
FILE    Tickets Initiative Update 2004.11.7.ppt       11/11/2004 08:35       7/22/2008 13:27
        5,010,944
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MBNA Tickets\program docs\
        0       2       5,030,912
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MBNA Tickets\sales reports\
        0       51      10,286,525
FILE    MBNA Sales  Inventory Report 10-1.xls 10/1/2004 08:17       7/22/2008 13:27       333,312
FILE    MBNA Sales  Inventory Report 10-14.xls       10/17/2004 07:31       7/22/2008 13:27
        351,232
FILE    MBNA Sales  Inventory Report 10-18.xls       10/17/2004 07:32       7/22/2008 13:27
        351,232
FILE    MBNA Sales  Inventory Report 10-19.xls       10/19/2004 08:53       7/22/2008 13:27
        351,232
FILE    MBNA Sales  Inventory Report 10-20.xls       10/20/2004 06:22       7/22/2008 13:27
        351,232
FILE    MBNA Sales  Inventory Report 10-21.xls       10/21/2004 05:52       7/22/2008 13:27
        351,232
FILE    MBNA Sales  Inventory Report 10-22.xls       10/21/2004 17:09       7/22/2008 13:27
        351,232
FILE    MBNA Sales  Inventory Report 10-25.xls       10/25/2004 17:11       7/22/2008 13:27
        352,256
FILE    MBNA Sales  Inventory Report 10-27.xls       10/27/2004 12:21       7/22/2008 13:27
        353,280
FILE    MBNA Sales  Inventory Report 10-29.xls       10/29/2004 10:24       7/22/2008 13:27
        353,280
FILE    MBNA Sales  Inventory Report 10-4.xls 10/4/2004 09:32       7/22/2008 13:27       332,800
FILE    MBNA Sales  Inventory Report 10-5.xls 10/5/2004 12:51       7/22/2008 13:27       333,824
FILE    MBNA Sales  Inventory Report 10-6.xls 10/6/2004 07:25       7/22/2008 13:27       334,848
FILE    MBNA Sales  Inventory Report 10-7.xls 10/11/2004 06:25      7/22/2008 13:27       343,552
FILE    MBNA Sales  Inventory Report 10-8.xls 10/11/2004 05:56      7/22/2008 13:27       345,088
FILE    MBNA Sales  Inventory Report 11.08.xls       11/8/2004 18:06       7/22/2008 13:27
        531,456
FILE    MBNA Sales  Inventory Report 11.15.04.xls    11/15/2004 18:15      7/22/2008 13:27
        570,880
FILE    MBNA Sales  Inventory Report 11-1.xls 10/29/2004 16:40      7/22/2008 13:27       352,768
FILE    MBNA Sales  Inventory Report 9-22.xls 9/23/2004 06:13       7/22/2008 13:27       326,144
FILE    MBNA Sales  Inventory Report 9-27.xls 9/27/2004 16:12       7/22/2008 13:27       324,608
FILE    MBNA Sales  Inventory Report 9-28.xls 9/28/2004 05:49       7/22/2008 13:27       329,728
FILE    MBNA Sales  Inventory Report 9-29.xls 9/29/2004 07:35       7/22/2008 13:27       330,240
FILE    MBNA Sales  Inventory Report 9-30.xls 9/30/2004 06:20       7/22/2008 13:27       330,752
FILE    POS Daily Sales 09-22-04.pdf  9/22/2004 16:30       7/22/2008 13:27       75,742
FILE    pricing 10-17-04.xls   10/3/2004 20:18       7/22/2008 13:27       15,360
FILE    Sales 09-24-04.pdf     9/24/2004 16:24       7/22/2008 13:27       75,955
FILE    Sales 09-27-04.pdf     9/27/2004 15:26       7/22/2008 13:27       70,063
FILE    Sales 09-28-04.pdf     9/28/2004 16:54       7/22/2008 13:27       67,966
FILE    Sales 09-29-04.pdf     9/29/2004 17:00       7/22/2008 13:27       73,345
FILE    Sales 09-30-04.pdf     9/30/2004 17:12       7/22/2008 13:27       68,594
FILE    Sales 10-04-04.pdf     10/4/2004 16:41       7/22/2008 13:27       66,865
FILE    Sales 10-05-04.pdf     10/5/2004 16:41       7/22/2008 13:27       72,192
FILE    Sales 10-07-04.pdf     10/11/2004 06:26      7/22/2008 13:27       71,916
FILE    Sales 10-08-04.pdf     10/11/2004 05:56      7/22/2008 13:27       67,816
FILE    Sales 10-1-04.pdf      10/4/2004 08:24       7/22/2008 13:27       69,871
FILE    Sales 10-11-04.pdf     10/11/2004 16:29      7/22/2008 13:27       71,806
FILE    Sales 10-12-04.pdf     10/12/2004 16:48      7/22/2008 13:27       69,263
FILE    Sales 10-13-04.pdf     10/13/2004 16:42      7/22/2008 13:27       67,957
FILE    Sales 10-14-04.pdf     10/14/2004 17:06      7/22/2008 13:27       66,361
FILE    Sales 10-15-04.pdf     10/15/2004 17:26      7/22/2008 13:27       70,419
FILE    Sales 10-18-04.pdf     10/18/2004 17:18      7/22/2008 13:27       61,420
FILE    Sales 10-19-04.pdf     10/19/2004 16:15      7/22/2008 13:27       70,481
FILE    Sales 10-20-04.pdf     10/21/2004 05:45      7/22/2008 13:27       65,604
FILE    Sales 10-21-04.pdf     10/21/2004 17:05      7/22/2008 13:27       66,131
FILE    Sales 10-25-04.pdf     10/25/2004 17:01      7/22/2008 13:27       68,382
FILE    Sales 10-28-04.pdf     10/29/2004 06:49      7/22/2008 13:27       63,262
FILE    Sales 10-29-04.pdf     10/29/2004 16:37      7/22/2008 13:27       65,434
FILE    Sales 11-08-04.pdf     11/8/2004 18:14       7/22/2008 13:27       67,805
FILE    Suites Info.xls        10/29/2004 10:55      7/22/2008 13:27       17,920
FILE    Total Sales to 09-27-04.pdf   9/28/2004 06:15       7/22/2008 13:27       168,789
FILE    Total Sales to Date Thru 9-21.pdf     9/23/2004 06:11       7/22/2008 13:27       143,598
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MBNA Tickets\sales reports\
        0       51      10,286,525
```

TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MBNA Tickets\ 2 141
63,751,599
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Minutes\ 0 2
310,784
FILE BAC-LC 012306.doc 1/26/2007 12:57 7/22/2008 13:27 154,112
FILE BAC-LC 121306.doc 1/5/2007 11:42 7/22/2008 13:27 156,672
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Minutes\ 0 2
310,784
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MyConcierge Project\ 9
190 236,204,169
FILE ~$NA Feedback on Design proposal.doc 3/31/2004 10:10 7/22/2008 13:26 162
FILE ~$NA Proposal.doc 6/16/2004 14:24 7/22/2008 13:26 162
FILE ~WRL3257.tmp 3/31/2004 10:10 7/22/2008 13:26 30,208
FILE 12.04 Product Meeting Notes.doc 12/5/2003 12:42 7/22/2008 13:26 33,280
FILE 12.05 Ticket Meeting Notes.doc 12/8/2003 16:36 7/22/2008 13:26 31,232
FILE 2004 VR LesConcierges Issues Sent To LC 10-3-04.doc.pgp 10/4/2004 15:01
7/22/2008 13:26 18,580
FILE 4-12 Promotion Strategy Meeting.ppt 4/10/2004 14:17 7/22/2008 13:26 333,312
FILE Activation and Utilization Promo Brief 4-28 mwr edits.doc 4/28/2004 15:03
7/22/2008 13:26 64,000
FILE Activation and Utilization Promo Brief 4-28.doc 4/28/2004 12:45 7/22/2008 13:26
59,392
FILE Activation Web Print 5.3.04.ppt 5/3/2004 13:50 7/22/2008 13:26 3,259,392
FILE Apr 1 PPT.doc 3/30/2004 13:29 7/22/2008 13:26 23,040
FILE April 1 signage copy changes.doc 3/30/2004 10:41 7/22/2008 13:26 22,016
FILE April 1 WorldPoints Expo - Partner Guidelines - Final.doc 3/24/2004 13:44
7/22/2008 13:26 47,104
FILE April 1 WorldPoints Expo - Partner Guidelines v1.doc 3/24/2004 08:56 7/22/2008 13:26
50,176
FILE April 1 WorldPoints Expo - Partner Guidelines.doc 3/24/2004 13:13 7/22/2008 13:26
46,592
FILE balloon receipt.efx 4/8/2004 12:26 7/22/2008 13:26 11,504
FILE Branding History.2004.06.26doc.doc 6/26/2004 14:39 7/22/2008 13:26 264,192
FILE Branding History.2004.06.28 mwr comments.doc 6/28/2004 07:22 7/22/2008 13:26
280,576
FILE Branding History.2004.06.28.doc 6/28/2004 16:17 7/22/2008 13:26 272,384
FILE CASE Loop Presentation.ppt 12/1/2004 14:41 7/22/2008 13:26 476,160
FILE CAT-06-04-0206 MY CONCRGE2.pdf 9/20/2004 08:05 7/22/2008 13:26
1,385,244
FILE Clickable Web Design Briefing 3.12.04.doc 3/12/2004 11:43 7/22/2008 13:26
41,984
FILE Commissions.MBNA Vendors.2004.07.281.xls 7/30/2004 14:32 7/22/2008 13:26
16,896
FILE comp 3.ppt 10/22/2004 14:05 7/22/2008 13:26 434,688
FILE Contact List MBNA Project.xls 4/29/2004 11:45 7/22/2008 13:26 21,504
FILE Copy of 2004 VR LesConcierges Issues Sent To LC 10-3-04.doc 5/6/2005 08:53 7/22/2008 13:26
84,480
FILE Copy.LCPrivacyPolicy(1)61704.draft.doc 6/22/2004 17:35 7/22/2008 13:26
41,984
FILE Copy.LCPrivacyPolicy(1)62304mwr.draft.doc 6/23/2004 07:19 7/22/2008 13:26
43,008
FILE Credit Card P&L Slide.ppt 5/26/2004 12:21 7/22/2008 13:26 200,192
FILE CUNA Loop Presentation.ppt 2/22/2005 12:17 7/22/2008 13:26 355,840
FILE DaveRecoSetUp3-10.doc 3/10/2004 17:59 7/22/2008 13:26 30,208
FILE Design Development Process 4-12.ppt 4/13/2004 07:23 7/22/2008 13:26 226,304
FILE Design Development Process 4-14.ppt 4/12/2004 18:49 7/22/2008 13:26 227,840
FILE Design Development Process 4-15.ppt 4/14/2004 22:11 7/22/2008 13:26 206,848
FILE Design Development Process.ppt 4/12/2004 18:49 7/22/2008 13:26 227,840
FILE Dining program overview for participating restaurants v2.ppt 6/15/2004 14:39
7/22/2008 13:26 452,096
FILE Dining program overview for participating restaurants.ppt 5/21/2004 06:57
7/22/2008 13:26 716,800
FILE Dining Project contact List.xls 3/19/2004 10:21 7/22/2008 13:26 16,896
FILE Dining Status Report.xls 3/15/2004 18:52 7/22/2008 13:26 9,728
FILE Dining Target List - Critical Markets 061404.xls 6/15/2004 13:16 7/22/2008 13:26
18,944
FILE Dining Target List - Critical Markets 062404.xls 6/24/2004 12:58 7/22/2008 13:26
18,944
FILE DiningPitch.ppt 1/5/2004 10:18 7/22/2008 13:26 21,730,816
FILE Encore Deal Points.doc 3/12/2004 09:50 7/22/2008 13:26 22,528
FILE Expo Loop Presentation.ppt 3/31/2004 20:45 7/22/2008 13:26 410,624
FILE home page.doc 8/5/2004 08:27 7/22/2008 13:26 531,456
FILE Intl Cell Rental.doc 1/13/2004 08:44 7/22/2008 13:26 19,968
FILE IntlPhone.ppt 1/15/2004 11:15 7/22/2008 13:26 21,678,080
FILE Law_Comm_Web_Changes2004.12.22.doc 12/22/2004 14:13 7/22/2008 13:26 24,576

FILE LC All Requests.xls 3/4/2004 15:37 7/22/2008 13:26 3,673,600
FILE LC Bus Req Ph I rev 1-8-03.doc 1/8/2003 13:49 7/22/2008 13:26 58,880
FILE LC Partner List 4-8-04.xls 4/8/2004 11:01 7/22/2008 13:26 19,968
FILE LC Premium Dining Network.pdf 1/12/2004 11:40 7/22/2008 13:26 28,353
FILE LC Tickets March - April 2004.xls 4/12/2004 18:37 7/22/2008 13:26 740,352
FILE LC Tickets Research Template.xls 5/14/2004 07:27 7/22/2008 13:26 13,824
FILE LC_Activiation Utilization Promotion_Brf4-20.doc 4/20/2004 12:49 7/22/2008 13:26 52,736
FILE LC_Website_Brf4-19.doc 4/20/2004 12:50 7/22/2008 13:26 38,912
FILE LC_Website_Brf4-28 mwr edits.doc 4/28/2004 10:31 7/22/2008 13:26 49,152
FILE LesConcierges Product Solutions - Pitch Document.doc 1/4/2004 09:38 7/22/2008 13:26 29,184
FILE LesConcierges Vendor Target List.xls 2/4/2004 15:17 7/22/2008 13:26 25,600
FILE LesConciergesBrief3-1-04.doc 3/1/2004 20:12 7/22/2008 13:26 35,328
FILE LesConciergesBrief3-2-04.doc 3/2/2004 14:09 7/22/2008 13:26 60,416
FILE LesConciergesBrief3-2-04c.doc 3/3/2004 10:34 7/22/2008 13:26 56,320
FILE LesConciergesBrief3-3-04c.doc 3/3/2004 16:02 7/22/2008 13:26 56,320
FILE LesConciergesDraftbrf2-29.doc 2/29/2004 15:55 7/22/2008 13:26 49,664
FILE LesConciergesDraftbrf3-1MWRcomments.doc 3/1/2004 08:24 7/22/2008 13:26 54,272
FILE LesConciergesUserExperienceBrief 3.2.04.doc 3/2/2004 23:35 7/22/2008 13:26 73,216
FILE LesConciergesUserExperienceBrief 3.3.04.doc 3/3/2004 10:14 7/22/2008 13:26 107,008
FILE Lesser Category Vendor Target List.xls 3/16/2004 15:45 7/22/2008 13:26 23,040
FILE Master Partnership List 1-24-04.xls 1/25/2004 14:23 7/22/2008 13:26 86,016
FILE MBNA - Business Case - 2-3-03 v 2.doc 2/4/2003 19:50 7/22/2008 13:26 113,152
FILE MBNA - Suggested Card Product Enhancements.doc 9/4/2002 17:27 7/22/2008 13:26 67,072
FILE MBNA Briefing 2.23.04.ppt 2/24/2004 23:17 7/22/2008 13:26 255,488
FILE MBNA Briefing 3.3.04.ppt 3/3/2004 23:21 7/22/2008 13:26 366,592
FILE MBNA Briefing 3.4.04.ppt 3/4/2004 16:26 7/22/2008 13:26 664,064
FILE MBNA Briefing 4.29.04.ppt 4/28/2004 17:08 7/22/2008 13:26 1,200,640
FILE MBNA Briefing Content Strategy.ppt 3/16/2004 11:42 7/22/2008 13:26 2,521,088
FILE MBNA Briefing without backpocket section.2005.06.02 Mark Version.ppt 5/24/2004 16:14 7/22/2008 13:26 8,791,040
FILE MBNA Briefing without backpocket section.2005.06.02v2.ppt 5/24/2004 23:41 7/22/2008 13:26 8,877,568
FILE MBNA Briefing without backpocket section.2005.06.02v3.ppt 5/25/2004 18:24 7/22/2008 13:26 8,868,864
FILE MBNA Briefing without backpocket section.2005.06.02v5.ppt 5/26/2004 10:36 7/22/2008 13:26 8,727,552
FILE MBNA Briefing without backpocket section.2005.06.02v7.ppt 5/26/2004 19:58 7/22/2008 13:26 8,647,680
FILE MBNA Briefing without backpocket section[1].2005.06.02.ppt 5/23/2004 08:11 7/22/2008 13:26 3,857,408
FILE MBNA Briefing(gin).ppt 3/5/2004 12:27 7/22/2008 13:26 962,560
FILE MBNA Briefing.2004.06.02FINAL.ppt 7/9/2004 11:43 7/22/2008 13:26 11,452,416
FILE MBNA Briefing.2004.09.24.ppt 9/20/2004 17:22 7/22/2008 13:26 12,186,624
FILE MBNA Briefing.2005.06.02v11.ppt 5/28/2004 06:35 7/22/2008 13:26 10,624,000
FILE MBNA Briefing.2005.06.02v12.ppt 5/28/2004 09:23 7/22/2008 13:26 5,026,304
FILE MBNA Briefing.Activation.2004.09.28.ppt 9/29/2004 13:20 7/22/2008 13:26 7,730,176
FILE MBNA Briefing.Competition.2004.09.24.ppt 9/20/2004 13:38 7/22/2008 13:26 5,002,240
FILE MBNA Briefing[1].2004.09.24.ppt 9/19/2004 08:29 7/22/2008 13:26 13,940,224
FILE MBNA Briefing3.5.04.ppt 3/5/2004 14:31 7/22/2008 13:26 950,784
FILE MBNA Briefing3.8.04FINAL.ppt 3/5/2004 19:00 7/22/2008 13:26 3,111,424
FILE MBNA Briefing3.8.04FINAL_MR.ppt 3/5/2004 23:03 7/22/2008 13:26 6,128,128
FILE MBNA Call Flow Diagrams 6-14-04.ppt 6/15/2004 14:31 7/22/2008 13:26 190,464
FILE MBNA Category Requests.xls 4/23/2004 11:58 7/22/2008 13:26 344,064
FILE MBNA Clickable Review 2004.06.30.doc 7/1/2004 13:59 7/22/2008 13:26 36,352
FILE MBNA Competition.Overview.2004.10.22 v2.ppt 10/22/2004 16:21 7/22/2008 13:26 3,826,688
FILE MBNA Competition.Overview.2004.10.22.ppt 10/22/2004 16:20 7/22/2008 13:26 8,722,432
FILE MBNA Event - Catering Invoice 4-1-04.doc 3/31/2004 16:43 7/22/2008 13:26 149,504
FILE MBNA Event timeline.doc 3/7/2004 18:33 7/22/2008 13:26 20,992
FILE MBNA Feedback on Design proposal.doc 3/31/2004 11:51 7/22/2008 13:26 40,448
FILE MBNA Frequent User Group.ppt 3/4/2004 09:20 7/22/2008 13:26 515,584
FILE MBNA Golf Network Overview for ClubCorp.doc 7/13/2004 10:39 7/22/2008 13:26 24,064

| | | | | |
|---|---|---|---|---|
| FILE | MBNA Inventory Home page copy.doc | 8/4/2004 14:40 | 7/22/2008 13:26 | 20,480 |
| FILE | MBNA Les Concierges VR Agenda May 17-18, 2005.doc | 5/9/2005 13:53 | 7/22/2008 13:26 | 97,280 |
| FILE | MBNA Master Partnership List 2-4-04.xls | 2/3/2004 11:18 | 7/22/2008 13:26 | 88,576 |
| FILE | MBNA Partner Expo - Driving Directions and Arrival Instructions.doc | 3/30/2004 10:48 | 7/22/2008 13:26 | 36,352 |
| FILE | MBNA Partner Expo - Partner and Vendor Attendee List.doc | 3/31/2004 06:06 | 7/22/2008 13:26 | 34,304 |
| FILE | MBNA Partner Expo - Vendor and Offer List.xls | 3/10/2004 10:36 | 7/22/2008 13:26 | 19,456 |
| FILE | MBNA Prod Dev Agenda 12.15.doc | 12/16/2003 13:33 | 7/22/2008 13:26 | 58,368 |
| FILE | MBNA Prod Dev Agenda 12.17.doc | 1/5/2004 10:52 | 7/22/2008 13:26 | 71,680 |
| FILE | MBNA Prod Dev Notes 12.04.doc | 12/15/2003 10:20 | 7/22/2008 13:26 | 119,296 |
| FILE | MBNA Product Review 9-4.doc | 11/20/2003 05:45 | 7/22/2008 13:26 | 65,536 |
| FILE | MBNA Project - Partnership List.xls | 12/9/2003 06:01 | 7/22/2008 13:26 | 33,280 |
| FILE | MBNA Proposal vs. Reality.2004.05.06 MWR comments.xls | 5/11/2004 06:49 | 7/22/2008 13:26 | 52,736 |
| FILE | MBNA Proposal vs. Reality.2004.05.06.xls | 5/6/2004 11:35 | 7/22/2008 13:26 | 51,200 |
| FILE | MBNA Proposal vs[1]. Reality.2004.05.15.xls | 5/18/2004 16:49 | 7/22/2008 13:26 | 54,272 |
| FILE | MBNA Proposal.doc | 2/4/2003 21:04 | 7/22/2008 13:26 | 273,408 |
| FILE | MBNA Segmentation for Amex Cards - Concierge.xls | 3/24/2004 21:48 | 7/22/2008 13:26 | 24,064 |
| FILE | MBNA Spring 04 Offers Education - final.xls | 5/27/2004 09:26 | 7/22/2008 13:26 | 34,816 |
| FILE | MBNA Success Factors.doc | 3/11/2004 04:36 | 7/22/2008 13:26 | 29,696 |
| FILE | MBNA Time Schedule 04.29.04.xls | 4/29/2004 09:16 | 7/22/2008 13:26 | 25,088 |
| FILE | MBNA Time Schedule 4-12.xls | 4/12/2004 08:20 | 7/22/2008 13:26 | 23,040 |
| FILE | MBNA Time Schedule.xls | 4/12/2004 08:20 | 7/22/2008 13:26 | 23,040 |
| FILE | MBNA Web Project.html | 11/5/2003 16:52 | 7/22/2008 13:26 | 4,305 |
| FILE | MBNA WEb Testing List.xls | 9/7/2004 14:59 | 7/22/2008 13:26 | 319,488 |
| FILE | MBNA.briefing.dining.2004.08.31.ppt | 9/1/2004 07:38 | 7/22/2008 13:26 | 2,622,976 |
| FILE | MBNA_Service_Mark.ppt | 12/22/2004 14:02 | 7/22/2008 13:26 | 786,432 |
| FILE | MBNA2004 Les Concierges VR Agenda.doc | 8/23/2004 16:28 | 7/22/2008 13:26 | 103,936 |
| FILE | MBNAGeneralPgsWireframe.v2.3.pdf | 4/19/2004 16:26 | 7/22/2008 13:26 | 57,406 |
| FILE | MBNASiteDiagram.v2.3.pdf.3.pdf | 4/19/2004 16:26 | 7/22/2008 13:26 | 45,942 |
| FILE | MBNATicketsWireframe.v2.3.pdf | 4/19/2004 16:26 | 7/22/2008 13:26 | 81,280 |
| FILE | Milestone schedule_06_28_04(1).xls | 6/28/2004 23:23 | 7/22/2008 13:26 | 23,552 |
| FILE | Milestone schedule_06_28_04.xls | 6/28/2004 18:36 | 7/22/2008 13:26 | 22,528 |
| FILE | Mktg Agreement for Vendor Services (with commission language) 3.22.04.DOC | 3/22/2004 14:25 | 7/22/2008 13:26 | 60,416 |
| FILE | My Concierge Rationale - mwr comments1.doc | 3/11/2004 17:21 | 7/22/2008 13:26 | 37,376 |
| FILE | My Concierge Rationale - mwr comments2.doc | 3/12/2004 07:35 | 7/22/2008 13:26 | 44,032 |
| FILE | My Concierge Rationale - mwr comments3.doc | 3/12/2004 16:56 | 7/22/2008 13:26 | 36,352 |
| FILE | My Concierge Rationale - mwr comments4.doc | 3/15/2004 18:45 | 7/22/2008 13:26 | 43,520 |
| FILE | My Concierge Rationale & Research.doc | 3/16/2004 13:30 | 7/22/2008 13:26 | 65,536 |
| FILE | My Concierge Rationale Research - 3-16-04.doc | 3/16/2004 15:08 | 7/22/2008 13:26 | 64,000 |
| FILE | my_concierge.PPT | 4/7/2004 06:34 | 7/22/2008 13:26 | 862,208 |
| FILE | MyConcierge - Ticket Offer Copy.doc | 8/4/2004 07:32 | 7/22/2008 13:26 | 20,992 |
| FILE | MyConcierge Partner List & Offer Contract Status.xls | 4/9/2004 07:58 | 7/22/2008 13:26 | 20,480 |
| FILE | MyConcierge Partner List and Offer Status.xls | 3/15/2004 12:50 | 7/22/2008 13:26 | 18,944 |
| FILE | myconcierge.nav.notes.2004.0715.ppt | 7/15/2004 08:15 | 7/22/2008 13:26 | 403,968 |
| FILE | myconcierge.nav.notes.dining.2004.0715.ppt | 7/15/2004 18:40 | 7/22/2008 13:26 | 137,216 |
| FILE | Operations Document- MBNAMyConcierge-Jan2005.doc | 12/22/2004 17:33 | 7/22/2008 13:26 | 46,592 |
| FILE | Partner Expo - Signage Copy.doc | 3/30/2004 10:41 | 7/22/2008 13:26 | 25,600 |
| FILE | Partner Expo Project Plan 3-17-04.xls | 3/25/2004 10:44 | 7/22/2008 13:26 | 26,112 |
| FILE | Partner Expo Project Plan 3-30-04.xls | 3/31/2004 06:04 | 7/22/2008 13:26 | 29,696 |
| FILE | Partner Expo Project Plan 3-31-04.xls | 4/1/2004 06:04 | 7/22/2008 13:26 | 30,208 |
| FILE | Partner Expo Project Plan 4-8-04.xls | 4/8/2004 10:17 | 7/22/2008 13:26 | 31,232 |
| FILE | Partner Expo Project Plan.xls | 3/18/2004 15:55 | 7/22/2008 13:26 | 21,504 |
| FILE | Privacy policy 2004.10.26.final.doc | 11/1/2004 16:20 | 7/22/2008 13:26 | 37,376 |
| FILE | promo.inventory.2004.0707.xls | 7/19/2004 11:22 | 7/22/2008 13:26 | 19,456 |
| FILE | Promotion Strategy Meeting 4.14.04.ppt | 4/13/2004 12:38 | 7/22/2008 13:26 | 255,488 |
| FILE | Promotion Strategy Meeting.ppt | 4/10/2004 14:17 | 7/22/2008 13:26 | 333,312 |
| FILE | Promotions.plan.2004.06.24.doc | 6/24/2004 11:27 | 7/22/2008 13:26 | 78,848 |

FILE Promotions.plan.2004.06.26.doc 6/26/2004 11:23 7/22/2008 13:26 96,256
FILE Promotions.plan.2004.06.28 mwr comments.doc 6/28/2004 07:40 7/22/2008 13:26 121,344
FILE Response to MBNA-JMP 08.25 8/25/2004 22:49 7/22/2008 13:26 3,103,744
FILE Restaurant Relationships.xls 12/15/2003 09:57 7/22/2008 13:26 19,456
FILE ROI concept narrative.doc 11/17/2003 09:58 7/22/2008 13:26 24,064
FILE Security Document.2004.07.01.doc 7/4/2004 08:51 7/22/2008 13:26 452,608
FILE Security Schedule 07-15-04.xls 7/15/2004 18:42 7/22/2008 13:26 25,600
FILE sell in_car rental 11_141.ppt 12/31/2003 09:59 7/22/2008 13:26 897,024
FILE Spa List.xls 2/4/2004 14:53 7/22/2008 13:26 17,408
FILE srs_lesconcierge_con-choice.gif 9/10/2004 11:38 7/22/2008 13:26 24,778
FILE srs_lesconcierge_dining.gif 9/10/2004 11:38 7/22/2008 13:26 22,025
FILE Status Report.Dining.2004.05.17.xls 5/24/2004 17:54 7/22/2008 13:26 12,800
FILE Status Report.Dining.2004.05.24.xls 5/25/2004 05:47 7/22/2008 13:26 19,456
FILE Success Factors Meeting.ppt 3/12/2004 12:02 7/22/2008 13:26 1,421,824
FILE Summary of product development points for MBNA.doc 11/17/2003 09:53 7/22/2008 13:26 34,816
FILE Thumbs.db 10/20/2004 12:17 7/22/2008 13:26 11,776
FILE Ticket Request Type Questions.xls 4/9/2004 12:00 7/22/2008 13:26 14,336
FILE ticket vendor worksheet.xls 4/13/2004 05:41 7/22/2008 13:26 5,217,792
FILE Tickets Analysis 4-12-04.xls 4/12/2004 18:29 7/22/2008 13:26 35,328
FILE Tickets_Deck_2004_07_19.ppt 7/19/2004 12:04 7/22/2008 13:26 1,768,448
FILE Top Level ROI Slides.ppt 5/27/2004 09:09 7/22/2008 13:26 100,864
FILE universe slide.ppt 5/28/2004 16:08 7/22/2008 13:26 4,958,720
FILE wirefram.pdf 3/5/2004 11:00 7/22/2008 13:26 27,860
FILE wirefram2.pdf 3/5/2004 11:07 7/22/2008 13:26 27,860
FILE wirefram3.pdf 3/5/2004 11:11 7/22/2008 13:26 27,860
FILE WorldCell.Lesconcierges.PDF 1/14/2004 12:43 7/22/2008 13:26 71,286
FILE WorldPoints Partner Invite 3-16-04.doc 3/17/2004 10:22 7/22/2008 13:26 25,088
FILE WorldPoints Partner Proposal.ppt 2/11/2004 12:10 7/22/2008 13:26 4,987,392
FILE WorldPtsWebDesign3-2-04.pdf 3/6/2004 08:17 7/22/2008 13:26 738,842
FILE WP Inactive Postcard Mlg_5-04.ppt 5/26/2004 13:59 7/22/2008 13:26 22,016
FILE WP RMS & Postcard Mailing_2-04.ppt 2/10/2004 12:45 7/22/2008 13:26 25,600
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MyConcierge Project\Agendas\ 0 7 520,704
FILE MBNA Meeting Notes.2004.05.24.doc 5/24/2004 17:16 7/22/2008 13:27 25,088
FILE MBNA Meeting Notes.2004.06.09.doc 6/15/2004 12:23 7/22/2008 13:27 56,320
FILE MBNA Meeting Notes.2004.06.16.doc 6/22/2004 17:39 7/22/2008 13:27 60,416
FILE MBNA Meeting Notes.2004.06.23.doc 6/29/2004 19:07 7/22/2008 13:27 69,632
FILE MBNA Meeting Notes.2004.06.24.doc 6/29/2004 19:16 7/22/2008 13:27 69,632
FILE MBNA Meeting Notes.2004.08.04.doc 8/4/2004 08:31 7/22/2008 13:27 118,784
FILE MBNA Meeting Notes.2004.09.01.doc 9/1/2004 07:36 7/22/2008 13:27 120,832
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MyConcierge Project\Agendas\ 0 7 520,704
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MyConcierge Project\dining\ 0 30 14,633,984
FILE Dining Letter of Agreement - The Fountain.doc 5/7/2004 07:11 7/22/2008 13:26 49,152
FILE Dining Letter of Agreement Daniel Boulud Restaurants.doc 7/14/2004 11:05 7/22/2008 13:26 50,688
FILE Dining Letter of Agreement Final.2.doc 4/27/2004 17:22 7/22/2008 13:26 48,640
FILE Dining Letter of Agreement Final.doc 4/26/2004 09:25 7/22/2008 13:26 46,592
FILE Dining Letter of Agreement Fork Philadelphia.doc 6/15/2004 09:12 7/22/2008 13:26 49,152
FILE Dining Letter of Agreement Grace Restaurant Los Angeles.doc 6/22/2004 13:43 7/22/2008 13:26 49,152
FILE Dining Letter of Agreement Lacroix Philadelphia.doc 6/16/2004 05:58 7/22/2008 13:26 49,152
FILE Dining Letter of Agreement NAHA Chicago.doc 6/14/2004 13:16 7/22/2008 13:26 49,152
FILE Dining Letter of Agreement Panorama Philadelphia.doc 6/15/2004 14:41 7/22/2008 13:26 49,152
FILE Dining Letter of Agreement Pasion Philadelphia.doc 6/15/2004 12:53 7/22/2008 13:26 49,152
FILE Dining Letter of Agreement Spring Restaurant Chicago.doc 6/18/2004 12:41 7/22/2008 13:26 49,152
FILE Dining Status Report 4-20-04.xls 4/20/2004 06:56 7/22/2008 13:26 18,432
FILE Dining Status Report4.5.04.xls 4/6/2004 12:54 7/22/2008 13:26 16,896
FILE LC All Reqs 2003.xls 4/6/2004 19:29 7/22/2008 13:26 9,022,464
FILE LC Dining 2003.xls 4/8/2004 13:28 7/22/2008 13:26 3,420,160
FILE List wth numbers MBNA.xls 4/2/2004 16:14 7/22/2008 13:27 63,488
FILE Master Contact List.xls 3/19/2004 07:31 7/22/2008 13:27 64,512

FILE MBNA Dining Detail March 2004.xls 4/6/2004 15:34 7/22/2008 13:27 64,512
FILE MRMs.doc 6/18/2004 17:54 7/22/2008 13:27 23,040
FILE Open Table Research (2).xls 4/6/2004 12:55 7/22/2008 13:27 497,664
FILE Open Table Research (2)1.xls 4/6/2004 17:48 7/22/2008 13:27 497,664
FILE Restaurant Relationships 3-21 terk.xls 3/23/2004 08:37 7/22/2008 13:27 36,864
FILE Restaurant Relationships 3-21(1).xls 4/6/2004 12:54 7/22/2008 13:27 37,888
FILE Restaurant Relationships 3-21.xls 3/22/2004 15:37 7/22/2008 13:27 33,280
FILE Restaurant Relationships 4-20-04.xls 4/20/2004 06:56 7/22/2008 13:27 86,528
FILE Restaurant Relationships Mark Master.xls 4/6/2004 12:54 7/22/2008 13:27 59,904
FILE Restaurant Relationships.xls 3/18/2004 17:15 7/22/2008 13:27 83,968
FILE Status Report.Dining.2004.06.24.xls 6/26/2004 07:16 7/22/2008 13:27 22,528
FILE Status Report.Dining.2004.06.29.xls 6/29/2004 11:57 7/22/2008 13:27 22,528
FILE Status Report.Dining.2004.07.07.xls 7/7/2004 08:36 7/22/2008 13:27 22,528
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MyConcierge Project\dining\ 0 30 14,633,984
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MyConcierge Project\packages\ 0 13 563,200
FILE FeaturedPackages[1].NBAmeet.doc 9/19/2004 08:23 7/22/2008 13:26 44,032
FILE FeaturedPackages_AquaDay.doc 9/19/2004 08:24 7/22/2008 13:26 43,008
FILE FeaturedPackages_EcolesChef.doc 9/19/2004 08:23 7/22/2008 13:26 42,496
FILE FeaturedPackages_GolfKohala.doc 9/19/2004 08:24 7/22/2008 13:26 44,032
FILE FeaturedPackages_HeavenHawaii.doc 9/19/2004 08:23 7/22/2008 13:26 45,056
FILE FeaturedPackages_LasVegasCar.doc 9/19/2004 08:24 7/22/2008 13:26 41,984
FILE FeaturedPackages_Nutcracker.doc 9/19/2004 08:23 7/22/2008 13:26 44,544
FILE FeaturedPackages_PersonalChef.doc 9/19/2004 08:25 7/22/2008 13:26 41,472
FILE FeaturedPackages_RedDoor.doc 9/19/2004 08:23 7/22/2008 13:26 41,472
FILE FeaturedPackages_ShopSanFran.doc 9/19/2004 08:25 7/22/2008 13:26 43,008
FILE FeaturedPackages_SkiTahoe.doc 9/19/2004 08:24 7/22/2008 13:26 44,032
FILE FeaturedPackages_TheaterNYC.doc 9/19/2004 08:25 7/22/2008 13:26 43,520
FILE FeaturedPackages_WaikikiAloha.doc 9/19/2004 08:24 7/22/2008 13:26 44,544
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MyConcierge Project\packages\ 0 13 563,200
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MyConcierge Project \promotions\ 0 4 3,480,064
FILE Broadway.ppt 4/29/2004 13:12 7/22/2008 13:26 1,578,496
FILE porcshe.ppt 4/29/2004 13:12 7/22/2008 13:26 811,008
FILE Promotion Strategy Meeting 4.14.04.ppt 4/29/2004 13:12 7/22/2008 13:26 268,800
FILE smithsonian.ppt 4/29/2004 13:12 7/22/2008 13:26 821,760
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MyConcierge Project \promotions\ 0 4 3,480,064
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MyConcierge Project\tickets\ 0 3 214,528
FILE CC Overview.doc 4/26/2004 12:22 7/22/2008 13:26 24,576
FILE Encore Vendor Briefing.doc 3/23/2004 09:39 7/22/2008 13:26 57,344
FILE tickets screenshot.doc 4/8/2004 14:15 7/22/2008 13:26 132,608
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MyConcierge Project\tickets\ 0 3 214,528
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MyConcierge Project\vendor contracts\ 0 1 633,344
FILE GENERAL PREFERRED SUPPLIER AGREEMENT.doc 3/8/2004 14:59 7/22/2008 13:26 633,344
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MyConcierge Project\vendor contracts\ 0 1 633,344
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MyConcierge Project\vendor docs\ 0 3 101,376
FILE Open Table Due Diligence.doc 3/17/2004 09:45 7/22/2008 13:26 31,744
FILE OpenTable Vendor Review.doc 3/17/2004 13:35 7/22/2008 13:26 38,912
FILE Partner Review Template.doc 3/17/2004 10:34 7/22/2008 13:26 30,720
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MyConcierge Project\vendor docs\ 0 3 101,376
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MyConcierge Project \wireframes\ 0 26 1,395,256
FILE ATT18541.txt 6/16/2004 08:46 7/22/2008 13:26 6
FILE Dining Status Report1.xls 4/23/2004 08:11 7/22/2008 13:26 18,432
FILE ExcelEmerson.xls 4/22/2004 14:03 7/22/2008 13:26 22,016
FILE ExcelHyattTamaya.xls 4/22/2004 14:03 7/22/2008 13:26 21,504
FILE LC_Website_Brf4-19.doc 4/20/2004 12:50 7/22/2008 13:26 38,912
FILE MBNADiningWireframe.v2.3.pdf 4/20/2004 10:29 7/22/2008 13:26 87,547
FILE MBNADiningWireframe.v2.4.pdf 4/23/2004 09:31 7/22/2008 13:26 106,309
FILE MBNAHomeWireframe.v.2.4.pdf 4/23/2004 09:31 7/22/2008 13:26 36,872
FILE MBNASiteDiagram.2.4.pdf 4/23/2004 09:31 7/22/2008 13:26 45,136
FILE MBNASpasWireframe.v2.3.pdf 4/20/2004 10:02 7/22/2008 13:26 72,587
FILE MBNASpasWireframe.v2.4.pdf 4/23/2004 09:31 7/22/2008 13:26 82,167
FILE MBNASupportingPgsWireframe.v2.4.pdf 4/23/2004 09:31 7/22/2008 13:26 68,887

FILE MBNATicketsWireframe.v2.4.pdf 4/23/2004 09:31 7/22/2008 13:26 81,493
FILE NEW4.22SpaWebFlow.doc 4/22/2004 17:08 7/22/2008 13:26 47,104
FILE SiteDiagram.2004.05.26.pdf 6/16/2004 08:46 7/22/2008 13:26 46,342
FILE SpaStatusReport.xls 4/22/2004 14:12 7/22/2008 13:26 27,136
FILE WireframeDining.2004.05.26.pdf 6/16/2004 08:46 7/22/2008 13:26 62,990
FILE WireframeFeaturedPackages.2004.05.26.pdf 6/16/2004 08:46 7/22/2008 13:26 41,469
FILE WireframeFlowers.2004.05.26.pdf 6/16/2004 08:46 7/22/2008 13:26 54,344
FILE WireframeHome.2004.05.26.pdf 6/16/2004 08:46 7/22/2008 13:26 37,999
FILE WireframeSpas.2004.05.26.pdf 6/16/2004 08:46 7/22/2008 13:26 109,081
FILE WireframeSpecialOccasions.2004.05.26.pdf 6/16/2004 08:46 7/22/2008 13:26 49,099
FILE WireframeSupportingPgs.2004.05.26.pdf 6/16/2004 08:46 7/22/2008 13:26 72,909
FILE WireframeTickets.2004.05.26.pdf 6/16/2004 08:46 7/22/2008 13:26 60,561
FILE WireframeTransportation.2004.05.26.pdf 6/16/2004 08:46 7/22/2008 13:26 66,015
FILE WireframeUniqueExperiences.2004.05.26.pdf 6/16/2004 08:46 7/22/2008 13:26 38,339
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MyConcierge Project \wireframes\ 0 26 1,395,256
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MyConcierge Project \WorldPoints clicks reports\ 0 2 123,904
FILE IBS WorldPoints Daily Report.xls 4/7/2004 08:31 7/22/2008 13:26 59,904
FILE MBNA WorldPoints Daily Report.xls 4/7/2004 08:31 7/22/2008 13:26 64,000
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MyConcierge Project \WorldPoints clicks reports\ 0 2 123,904
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\MyConcierge Project\ 9 279 257,870,529
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Ops\ 1 14 1,106,944
FILE LC Call Center Operations Org Chart - 1-14-04.ppt 1/21/2004 12:03 7/22/2008 13:26 152,064
FILE LC Contact List for MBNA.xls 2/28/2006 10:21 7/22/2008 13:26 15,360
FILE LC Fulf Ctr Org Chart Feb06.ppt 2/28/2006 10:07 7/22/2008 13:26 296,960
FILE LC Fulfillment Center Org Chart 022806.ppt 2/28/2006 09:51 7/22/2008 13:26 65,024
FILE LesConcierges Contact Center Personnel 1-20-04.xls 1/22/2004 07:48 7/22/2008 13:26 15,872
FILE LesConcierges Contact Center Personnel 4-08-04.xls 4/9/2004 10:15 7/22/2008 13:26 17,408
FILE LesConcierges Contact Center Personnel 6.23.04.xls 6/28/2004 17:30 7/22/2008 13:26 17,408
FILE Operations Document- MBNA World Points 2.10.04.doc 8/4/2004 11:06 7/22/2008 13:26 45,568
FILE Operations Document- MBNAMyConcierge-Jan2005.doc 12/29/2004 18:04 7/22/2008 13:26 46,592
FILE OpsDocMBNATravelInititaive6.05.doc 6/25/2005 04:57 7/22/2008 13:26 52,224
FILE Power Rewards Conversion Supplier Summit.xls 7/31/2006 15:26 7/22/2008 13:26 224,256
FILE Staffing Forecasting Model BAC 100906.xls 10/10/2006 06:57 7/22/2008 13:26 21,504
FILE Staffing Forecasting Model for BAC 9 06 (2).xls 10/10/2006 07:00 7/22/2008 13:26 38,912
FILE Supplier_Continuity_Questionnaire_72406.doc 7/24/2006 14:09 7/22/2008 13:26 97,792
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Ops\DRP\ 0 5 1,901,056
FILE Business Resumption Plan FINAL.doc 7/24/2006 17:53 7/22/2008 13:26 339,456
FILE Incident Management Plan Final.doc 7/24/2006 17:53 7/22/2008 13:26 508,928
FILE LesConcierges DRP.doc 7/31/2006 10:48 7/22/2008 13:26 913,408
FILE SCM_PandemicPlanning - Supplier Assessment (2).xls 9/1/2006 07:09 7/22/2008 13:26 40,448
FILE Supplier_Continuity_Questionnaire_72406.doc 7/24/2006 17:53 7/22/2008 13:26 98,816
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Ops\DRP\ 0 5 1,901,056
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Ops\ 1 19 3,008,000
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\P&L & Staffing\ 0 12 1,561,600
FILE Concierge Productivity v4.xls 9/19/2005 17:37 7/22/2008 13:26 79,360
FILE Marketing Costs 2006.xls 11/9/2005 00:32 7/22/2008 13:26 19,456
FILE MBNA OPS VIEW - 15.0.xls 5/15/2002 12:35 7/22/2008 13:26 30,720
FILE MBNA P&L Q1 04 - Revised.xls 4/27/2004 03:55 7/22/2008 13:26 18,432
FILE MBNA P&L Revised 012205.xls 2/4/2005 16:40 7/22/2008 13:26 104,448

FILE MBNA P&L v1 - Jun 02.xls 5/12/2002 23:45 7/22/2008 13:26 95,232
FILE MBNA PL Q1 04 - Revised1.0.xls 6/16/2004 13:21 7/22/2008 13:26 18,432
FILE MBNA Points P&L Drivers 1/12/2005 10:14 7/22/2008 13:26 18,944
FILE MBNA Staffing.xls 11/9/2005 11:31 7/22/2008 13:26 13,824
FILE QU602 Analysis.xls 8/19/2002 21:21 7/22/2008 13:26 449,024
FILE Quantum Assist Education Presentation2.ppt 6/19/2001 04:57 7/22/2008 13:26 696,832
FILE quantum promotion summary for LJ & RP.xls 7/22/2002 17:29 7/22/2008 13:26 16,896
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\P&L & Staffing\ 0 12 1,561,600
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\packages - group sales\ 0 9 4,635,648
FILE LC Overview for Charles Schwab and MBNA 063004.ppt 6/30/2004 12:18 7/22/2008 13:26 758,784
FILE LC Overview for Charles Schwab and MBNA 070204.ppt 7/2/2004 12:49 7/22/2008 13:26 812,544
FILE NewYorkNY(Producers).ppt 11/18/2003 09:19 7/22/2008 13:26 270,848
FILE Package Content.xls 5/14/2004 16:10 7/22/2008 13:26 29,184
FILE Package Content2.xls 5/17/2004 16:08 7/22/2008 13:26 32,768
FILE porcshe.ppt 5/3/2004 11:20 7/22/2008 13:26 766,976
FILE smithsonian.ppt 5/3/2004 11:19 7/22/2008 13:26 774,656
FILE Thumbs.db 10/20/2004 12:17 7/22/2008 13:26 11,264
FILE Westin PPT-sin playa.ppt 7/14/2003 15:45 7/22/2008 13:26 1,178,624
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\packages - group sales\ 0 9 4,635,648
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Points Docs\ 1 21 15,062,528
FILE BAC UA Analysis.xls 8/1/2006 09:48 7/22/2008 13:26 20,480
FILE BAC_Points_Redemption_2007.xls 1/21/2008 09:11 7/22/2008 13:26 224,768
FILE BAC_Points_Redemption_2007FINAL.xls 2/1/2008 12:10 7/22/2008 13:26 54,272
FILE BAC_Points_Redemption_2007FINAL2 (2).xls 2/1/2008 16:39 7/22/2008 13:26 50,688
FILE Copy of BAC_Points_Redemption_2007.xls 2/1/2008 12:11 7/22/2008 13:26 405,504
FILE LC Manual Points redemption process.doc 8/6/2004 07:24 7/22/2008 13:26 526,336
FILE LC Manual redemption process outline - MBNA.doc 8/7/2003 10:31 7/22/2008 13:26 509,952
FILE LC Points Redemption Process v2.doc 7/10/2003 12:51 7/22/2008 13:26 507,392
FILE LC Points Redemption Process.doc 11/19/2003 10:50 7/22/2008 13:26 38,912
FILE LC Points Redemption Process061804.doc 6/21/2004 10:15 7/22/2008 13:26 45,056
FILE LC Smart Agent Redemption.ppt 11/18/2005 11:55 7/22/2008 13:26 68,096
FILE Manual redemption process outline.doc 7/10/2003 09:36 7/22/2008 13:26 514,560
FILE MBNA Wholesale 072304.xls 9/2/2004 05:59 7/22/2008 13:26 101,888
FILE Points Redemption Process MWR comments.doc 8/9/2004 10:52 7/22/2008 13:26 548,864
FILE Points Tracking Requirements 2005.2.21.doc 2/3/2005 07:19 7/22/2008 13:26 73,728
FILE Points Tracking Requirements 2005.2.4Final 2/8/2005 16:06 7/22/2008 13:26 74,752
FILE PointsResearch_2004_09_15.ppt 9/20/2004 15:35 7/22/2008 13:26 6,288,384
FILE Pts Data 2008.xls 3/27/2008 05:56 7/22/2008 13:26 4,724,224
FILE Transactions.xls 3/27/2008 05:56 7/22/2008 13:26 190,976
FILE UA Concierge Analysis.xls 8/1/2006 06:53 7/22/2008 13:26 13,312
FILE WorldPoints Ticket Redemption Form.doc 7/29/2003 07:15 7/22/2008 13:26 80,384
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Points Docs\Points Logs\ 1 3 18,885,632
FILE 2006 MyConcierge Points Log Summary.xls 7/23/2006 06:39 7/22/2008 13:26 3,223,552
FILE UA Reconciliation 7-19-06.xls 7/22/2006 15:16 7/22/2008 13:26 7,906,304
FILE UA Reconciliation 7-19-06mr.xls 7/23/2006 07:11 7/22/2008 13:26 7,755,776
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Points Docs\Points Logs\Historical\ 0 23 4,469,760
FILE 12.13.04.xls 12/27/2004 16:08 7/22/2008 13:26 51,200
FILE 12.14.04-12.15.2004-12.16.2004.xls 12/28/2004 11:59 7/22/2008 13:26 50,176
FILE 12.20.04-12.21.04-12.22.04-12.23.04.xls 12/28/2004 12:19 7/22/2008 13:26 48,128
FILE 4.28.04-4.30.04.xls 4/30/2004 16:08 7/22/2008 13:26 11,776
FILE 5.17.04-5.20.04.xls 5/24/2004 10:43 7/22/2008 13:26 14,336
FILE CURRENTPoints Master.xls 3/4/2005 13:02 7/22/2008 13:26 171,008
FILE Daily Log template.xls 2/9/2005 11:40 7/22/2008 13:26 15,872
FILE DailyLog2.20.2005.xls 3/4/2005 13:34 7/22/2008 13:26 18,944
FILE FORMARKWorld Points Log.xls 2/9/2005 11:35 7/22/2008 13:26 850,944
FILE LC 2004 Points Summary.xls 2/9/2005 14:52 7/22/2008 13:26 168,960
FILE LC December 03 points log.xls 2/7/2004 06:42 7/22/2008 13:26 303,104
FILE LC November 03 points log.xls 2/7/2004 06:44 7/22/2008 13:26 316,928
FILE LC Points Log 4.16.04.xls 4/19/2004 06:59 7/22/2008 13:26 18,944

FILE MBNA Ticket Fulfillment 5-4-04 MBNA.xls 5/4/2004 11:06 7/22/2008 13:26 41,472
FILE MBNA World Points Log - Wholesale 072304.xls 7/23/2004 13:31 7/22/2008 13:26 451,072
FILE MBNA World Points Log - Wholesale feb8.xls 2/7/2005 10:50 7/22/2008 13:26 585,216
FILE MBNA World Points Log - Wholesale thru 011005.xls 1/10/2005 11:45 7/22/2008 13:26 577,024
FILE MBNA World Points Log - Wholesale.xls 4/22/2004 04:10 7/22/2008 13:26 378,880
FILE MBNA World Points Log_04_26_to_04_30.xls 5/3/2004 09:35 7/22/2008 13:26 19,456
FILE MBNA World Points Master Log061804.xls 6/2/2004 11:25 7/22/2008 13:26 17,920
FILE Points Master 3-2-05.xls 3/4/2005 14:10 7/22/2008 13:26 173,568
FILE Points Master.xls 2/9/2005 11:41 7/22/2008 13:26 156,160
FILE WorldPoints Assist - Redemption Log to date.xls 4/22/2004 04:20 7/22/2008 13:26 28,672
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Points Docs\Points Logs\Historical\ 0 23 4,469,760
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Points Docs\Points Logs\ 1 26 23,355,392
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Points Docs\ 2 47 38,417,920
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\pricing\ 0 40 5,047,137
FILE ~$Concierge Pricing Overview and Summary 072406cl.doc 8/10/2006 11:16 7/22/2008 13:26 162
FILE BAC Pricing Goals.doc 7/16/2006 18:01 7/22/2008 13:26 24,064
FILE BAC_090307.xls 9/20/2007 11:57 7/22/2008 13:26 415,232
FILE BAC_ACC_091407.xls 11/16/2007 08:32 7/22/2008 13:26 433,152
FILE BAC_Pricing_Response_2006_08_11.xls 8/11/2006 16:40 7/22/2008 13:26 28,160
FILE BAC2007Conciergesprojection - LC Response.xls 8/3/2006 15:12 7/22/2008 13:26 22,528
FILE BAC2007Conciergesprojection.xls 7/30/2006 06:13 7/22/2008 13:26 20,992
FILE BOA from 060106.xls 7/13/2006 16:35 7/22/2008 13:26 156,672
FILE BOA052606.xls 6/4/2006 13:35 7/22/2008 13:26 103,424
FILE BOA060106.xls 6/5/2006 20:23 7/22/2008 13:26 157,184
FILE BOA071306.xls 7/13/2006 16:36 7/22/2008 13:26 76,800
FILE BOA071506.xls 7/16/2006 15:13 7/22/2008 13:26 90,624
FILE BOA071606.xls 7/16/2006 15:17 7/22/2008 13:26 90,624
FILE BOA072106.xls 7/23/2006 09:37 7/22/2008 13:26 143,872
FILE BOA072306.xls 7/23/2006 13:07 7/22/2008 13:26 146,944
FILE BOA073006.xls 7/30/2006 06:13 7/22/2008 13:26 241,664
FILE BOA080306.xls 12/19/2007 10:09 7/22/2008 13:26 233,472
FILE LC-MBNA PricingOct2904.xls 3/14/2006 06:58 7/22/2008 13:26 87,552
FILE Master. New MBNA pricing vs Old Pricing.xls 3/13/2006 16:31 7/22/2008 13:26 22,016
FILE MBNA 18.0 110802 - discussed.xls 7/21/2004 14:44 7/22/2008 13:26 17,920
FILE MBNA 4MM (18.0) 1.0.xls 10/2/2003 09:25 7/22/2008 13:26 769,536
FILE MBNA 4MM (18.0) 2.0 - EXT.xls 10/15/2004 03:53 7/22/2008 13:26 19,456
FILE MBNA Invoice worksheet - 1004Billing.xls 9/30/2004 16:39 7/22/2008 13:26 40,960
FILE MBNA Pricing 110404 thoughts.xls 11/11/2004 12:24 7/22/2008 13:26 20,480
FILE MBNA Pricing 11-2003 - current as of 011005.xls 1/10/2005 13:51 7/22/2008 13:26 16,896
FILE MBNA Pricing 11-2003.xls 11/5/2003 15:34 7/22/2008 13:26 16,896
FILE MBNA Pricing 15.0.rtf 5/17/2002 04:04 7/22/2008 13:26 217,791
FILE MBNA Pricing Grid 15.0 gross only.xls 6/17/2003 07:50 7/22/2008 13:26 17,920
FILE MBNA Pricing Grid 15.0.xls 5/15/2002 12:22 7/22/2008 13:26 36,352
FILE MBNAServices 12-01-02.doc 12/2/2002 18:09 7/22/2008 13:26 159,232
FILE MyConcierge Pricing Overview and Summary 071606.doc 7/16/2006 15:17 7/22/2008 13:26 65,024
FILE MyConcierge Pricing Overview and Summary 072106.doc 7/23/2006 07:00 7/22/2008 13:26 110,592
FILE MyConcierge Pricing Overview and Summary 072306.doc 7/23/2006 13:10 7/22/2008 13:26 169,984
FILE MyConcierge Pricing Overview and Summary 072406.doc 7/24/2006 05:30 7/22/2008 13:26 166,400
FILE MyConcierge Pricing Overview and Summary 072406cl.doc 7/24/2006 17:41 7/22/2008 13:26 129,024
FILE MyConcierge Pricing Overview and Summary 080306.doc 8/3/2006 20:49 7/22/2008 13:26 48,128
FILE ToClient-MBNA Pricing 11-2003.xls 3/13/2006 16:36 7/22/2008 13:26 16,896
FILE Top Level ROIv4.xls 7/3/2005 09:32 7/22/2008 13:26 96,256
FILE UA_NoWeb_090307.xls 9/21/2007 12:45 7/22/2008 13:26 399,872
FILE WP Debit Active_LC05 LC notes.xls 12/9/2004 09:47 7/22/2008 13:26 16,384
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\pricing\ 0 40 5,047,137
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Private Label and Sub

Accounts\ 3 0 0
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Private Label and Sub Accounts\BizDev and Sub Accounts\ 0 4 1,297,783
FILE BOA Private Bank Uber Card Product Devpt Call Notes 041406.doc 4/14/2006 12:30 7/22/2008 13:26 34,304
FILE Private Label Costs for MBNA.xls 2/11/2006 14:22 7/22/2008 13:26 18,432
FILE ProgramDesign_061606.ppt 6/16/2006 08:04 7/22/2008 13:26 1,097,728
FILE rDialogue Proposal for MBNA 5.24.2006cl.pdf 5/24/2006 21:15 7/22/2008 13:26 147,319
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Private Label and Sub Accounts\BizDev and Sub Accounts\ 0 4 1,297,783
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Private Label and Sub Accounts\Venetian\ 0 1 26,624
FILE Venetian Disclosures.doc 2/7/2006 07:25 7/22/2008 13:26 26,624
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Private Label and Sub Accounts\Venetian\ 0 1 26,624
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Private Label and Sub Accounts\VIP\ 0 2 192,512
FILE Betsy_Lee.doc 3/3/2004 09:08 7/22/2008 13:26 120,832
FILE Football AL1.doc 3/3/2004 05:22 7/22/2008 13:26 71,680
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Private Label and Sub Accounts\VIP\ 0 2 192,512
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Private Label and Sub Accounts\ 3 7 1,516,919
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Product\ 0 22 12,677,874
FILE ClearChannel_InMarket_TestModel_2004_5_13.xls 5/14/2004 12:06 7/22/2008 13:26 30,208
FILE ClearChannel_InMarket_TestModel_2004_5_19.xls 5/21/2004 12:44 7/22/2008 13:26 34,816
FILE ClearChannel_InMarket_TestModel_2004_5_20.xls 5/20/2004 16:53 7/22/2008 13:26 36,864
FILE MBNA - Suggested Card Product Enhancements.doc 11/5/2002 00:34 7/22/2008 13:26 67,072
FILE MBNA Product Review.doc 9/3/2002 07:11 7/22/2008 13:26 66,048
FILE MBNA Ticket Engine Pricing Proposal.xls 5/20/2004 11:08 7/22/2008 13:26 15,872
FILE MBNA Ticket Presentation Outline.doc 4/30/2004 04:05 7/22/2008 13:26 21,504
FILE MBNA Tickets - sample reports.doc 5/5/2004 10:55 7/22/2008 13:26 69,632
FILE MBNA Tickets Presentation_2006_03_31.ppt 4/2/2006 14:52 7/22/2008 13:26 4,266,496
FILE MBNA Tickets Presentation_2006_04_28.ppt 4/22/2006 16:55 7/22/2008 13:26 4,075,520
FILE MBNA Tickets Presentation_2006_05_31.ppt 6/1/2006 05:17 7/22/2008 13:26 3,433,984
FILE MBNA TIckets Pricing 8-28.xls 8/29/2004 12:55 7/22/2008 13:26 17,408
FILE Ops_Processes_Analysis.xls 1/6/2006 14:36 7/22/2008 13:26 125,440
FILE product notes.efx 11/16/2002 15:46 7/22/2008 13:26 20,112
FILE Product ROI.xls 6/2/2004 09:05 7/22/2008 13:26 32,256
FILE Sample Ticket Invetory Sheet.xls 4/9/2004 05:57 7/22/2008 13:26 22,528
FILE StatementCredits_WorkFlow.jpg 12/10/2007 13:21 7/22/2008 13:26 78,434
FILE Summary of product development points for MBNA.doc 11/17/2002 10:48 7/22/2008 13:26 34,816
FILE Theater Group Ticket Sales Model.xls 5/28/2004 10:42 7/22/2008 13:26 91,648
FILE Tickets Copy.doc 7/30/2004 14:06 7/22/2008 13:26 21,504
FILE Top Level ROI and Product Models.xls 5/28/2004 14:07 7/22/2008 13:26 94,720
FILE Venue Program Inventory Sample.xls 2/11/2006 10:37 7/22/2008 13:26 20,992
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Product\ 0 22 12,677,874
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Project Plans\ 0 10 7,240,520
FILE LC-MBNA Workplan 2006.xls 2/28/2006 17:44 7/22/2008 13:26 17,920
FILE mbna bullet.efx 9/2/2002 15:43 7/22/2008 13:26 43,848
FILE MBNA Project Plan.mpp 11/5/2002 00:47 7/22/2008 13:26 128,000
FILE MBNA Project Plan.xls 2/12/2002 13:38 7/22/2008 13:26 26,624
FILE MBNA ProjectHighLevel Schedule v2.xls 6/21/2004 09:54 7/22/2008 13:26 24,576
FILE MBNA Tickets Presentation_2006_03_31MR.ppt 4/3/2006 10:45 7/22/2008 13:26 6,891,520
FILE MBNA_LC_Workplan.xls 2/2/2006 13:48 7/22/2008 13:26 40,960
FILE MBNA_LC_Workplan020306.xls 2/28/2006 17:45 7/22/2008 13:26 23,040
FILE MBNAGamePlan.xls 3/4/2002 22:03 7/22/2008 13:26 22,016
FILE MBNAGamePlan022005.xls 2/22/2005 15:20 7/22/2008 13:26 22,016
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Project Plans\ 0 10 7,240,520
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Proposals\ 0 1

117,760
FILE BACNYOProp10 18 07.doc 10/18/2007 15:45 7/22/2008 13:26 117,760
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Proposals\ 0 1
117,760
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\rci evr\ 0 1
1,000,960
FILE 2008-01-14-00009.xls 1/14/2008 09:44 7/22/2008 13:26 1,000,960
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\rci evr\ 0 1
1,000,960
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\reports\ 6 176
82,510,848
FILE 2005.02.09.MBNARepReqdtcomments.doc 2/9/2005 22:47 7/22/2008 13:26 57,856
FILE 2005.02.25.MCWebRequests.xls 3/2/2005 10:58 7/22/2008 13:26 24,064
FILE 98942700 4/20/2005 14:39 7/22/2008 13:26 456,704
FILE apr 28 req sum.xls 4/28/2004 04:57 7/22/2008 13:26 285,184
FILE BAC Data 07.xls 7/2/2008 07:04 7/22/2008 13:26 31,232
FILE BAC DAta.xls 7/2/2008 07:01 7/22/2008 13:26 24,064
FILE BAC Program Data.xls 4/15/2008 11:48 7/22/2008 13:26 67,072
FILE BAC_Client_Dashboard_2006_1_01.xls 5/28/2007 11:03 7/22/2008 13:26 187,392
FILE BAC_Client_Dashboard_2006_10_01.xls 5/28/2007 10:46 7/22/2008 13:26 185,344
FILE BAC_Client_Dashboard_2007_6_01.xls 5/30/2007 17:28 7/22/2008 13:26 187,392
FILE BAC_Reporting_August 2008.xls 9/11/2008 06:58 9/11/2008 06:58 53,248
FILE BAC03.xls 7/2/2008 07:47 7/22/2008 13:26 31,232
FILE BAC04.xls 7/2/2008 07:44 7/22/2008 13:26 31,232
FILE BAC05.xls 7/2/2008 07:30 7/22/2008 13:26 31,232
FILE BAC08.xls 7/2/2008 07:00 7/22/2008 13:26 24,064
FILE BAC08b.xls 7/3/2008 10:48 7/22/2008 13:26 100,352
FILE BACData 06.xls 7/2/2008 07:10 7/22/2008 13:26 31,232
FILE Daily CLG Upsell Report0812.xls 8/12/2005 05:24 7/22/2008 13:26 440,320
FILE Dec FPA Req Analys 1/5/2004 09:19 7/22/2008 13:26 15,360
FILE May 05 Call Analysis.xls 6/3/2005 06:44 7/22/2008 13:26 203,264
FILE MBNA - April 04 Master.xls 5/4/2004 08:56 7/22/2008 13:26 412,160
FILE MBNA - April 04.xls 5/4/2004 07:32 7/22/2008 13:26 376,832
FILE MBNA - April 21 2004.xls 4/21/2004 09:33 7/22/2008 13:26 343,040
FILE MBNA - April 28 2004.xls 4/28/2004 05:05 7/22/2008 13:26 345,600
FILE MBNA - Aug 03 Master.xls 9/30/2003 19:11 7/22/2008 13:26 338,432
FILE MBNA - Aug 03.xls 9/11/2003 05:43 7/22/2008 13:26 330,752
FILE MBNA - Aug 04 2004.xls 8/5/2004 14:46 7/22/2008 13:26 270,848
FILE MBNA - Aug 04 Master.xls 9/2/2004 05:53 7/22/2008 13:26 450,048
FILE MBNA - Aug 04.xls 9/8/2004 12:04 7/22/2008 13:26 407,552
FILE MBNA - Aug 15 04.xls 8/16/2004 07:28 7/22/2008 13:26 388,608
FILE MBNA - Aug 26 04.xls 8/26/2004 07:12 7/22/2008 13:26 377,856
FILE MBNA - Aug10 2004.xls 8/11/2004 13:18 7/22/2008 13:26 270,848
FILE MBNA - Dec 02 Master.xls 5/28/2004 15:51 7/22/2008 13:26 2,358,784
FILE MBNA - Dec 03 Master.xls 1/6/2004 11:32 7/22/2008 13:26 340,992
FILE MBNA - Dec 03.xls 1/7/2004 10:09 7/22/2008 13:26 311,296
FILE MBNA - Dec 04 Master.xls 1/4/2005 10:58 7/22/2008 13:26 480,768
FILE MBNA - Dec 20 04.xls 12/20/2004 20:53 7/22/2008 13:26 376,320
FILE MBNA - Dec 27 04.xls 12/27/2004 14:31 7/22/2008 13:26 423,936
FILE MBNA - Dec1703.xls 12/17/2003 06:53 7/22/2008 13:26 266,752
FILE MBNA - Feb 04 Master.xls 3/3/2004 07:28 7/22/2008 13:26 377,344
FILE MBNA - Feb 04.xls 3/3/2004 07:31 7/22/2008 13:26 345,088
FILE MBNA - Feb 11 2004.xls 2/11/2004 13:19 7/22/2008 13:26 329,728
FILE MBNA - Feb 19.xls 2/20/2004 08:26 7/22/2008 13:26 353,792
FILE MBNA - Feb 24.xls 2/25/2004 08:48 7/22/2008 13:26 326,656
FILE MBNA - Jan 04 Master.xls 2/3/2004 08:28 7/22/2008 13:26 310,784
FILE MBNA - Jan 04.xls 2/3/2004 08:29 7/22/2008 13:26 277,504
FILE MBNA - Jan 0605.xls 1/7/2005 13:48 7/22/2008 13:26 289,792
FILE MBNA - Jan 11.xls 1/12/2005 13:24 7/22/2008 13:26 336,896
FILE MBNA - Jan 13.xls 1/14/2004 08:34 7/22/2008 13:26 201,728
FILE MBNA - Jan 18.xls 1/18/2005 14:08 7/22/2008 13:26 346,624
FILE MBNA - Jan 9 05.xls 1/10/2005 07:55 7/22/2008 13:26 301,056
FILE MBNA - Jan Master 0127.xls 1/26/2005 16:02 7/22/2008 13:26 378,368
FILE MBNA - Jan Master.xls 2/11/2005 08:00 7/22/2008 13:26 467,456
FILE MBNA - Jan Master1 revised.xls 2/9/2005 17:28 7/22/2008 13:26 471,552
FILE MBNA - Jan Master1 verify.xls 2/9/2005 17:28 7/22/2008 13:26 471,552
FILE MBNA - Jan Master1.xls 1/27/2005 12:13 7/22/2008 13:26 457,728
FILE MBNA - July 03 Master.xls 8/20/2003 02:12 7/22/2008 13:26 337,408
FILE MBNA - July 03.xls 6/30/2005 16:47 7/22/2008 13:26 315,904
FILE MBNA - July 04 Master.xls 8/2/2004 06:39 7/22/2008 13:26 428,032
FILE MBNA - July 04.xls 8/2/2004 06:39 7/22/2008 13:26 396,800
FILE MBNA - July 07 04.xls 7/7/2004 06:00 7/22/2008 13:26 245,248
FILE MBNA - July 18 2004.xls 7/19/2004 05:46 7/22/2008 13:26 313,856
FILE MBNA - July 21 2004.xls 7/21/2004 07:52 7/22/2008 13:26 327,168
FILE MBNA - June 03 Master.xls 8/30/2003 09:26 7/22/2008 13:26 335,360

| | | | | |
|---|---|---|---|---|
| FILE | MBNA - June 04 Master.xls | 7/2/2004 05:15 | 7/22/2008 13:26 | 444,416 |
| FILE | MBNA - June 04.xls | 7/2/2004 05:15 | 7/22/2008 13:26 | 412,672 |
| FILE | MBNA - June 14 04.xls | 6/16/2004 07:23 | 7/22/2008 13:26 | 305,664 |
| FILE | MBNA - June 24 04.xls | 6/24/2004 13:32 | 7/22/2008 13:26 | 435,712 |
| FILE | MBNA - June 7 04.xls | 6/7/2004 13:44 | 7/22/2008 13:26 | 312,832 |
| FILE | MBNA - Mar 04 Master.xls | 4/7/2004 07:06 | 7/22/2008 13:26 | 359,424 |
| FILE | MBNA - Mar 04.xls | 4/7/2004 07:07 | 7/22/2008 13:26 | 347,648 |
| FILE | MBNA - Mar 10.xls | 3/10/2004 12:28 | 7/22/2008 13:26 | 363,008 |
| FILE | MBNA - Mar 24 - 04.xls | 3/24/2004 22:37 | 7/22/2008 13:26 | 304,128 |
| FILE | MBNA - Mar 29.xls | 3/30/2004 13:25 | 7/22/2008 13:26 | 329,216 |
| FILE | MBNA - May 04 Master.xls | 6/2/2004 06:56 | 7/22/2008 13:26 | 375,808 |
| FILE | MBNA - May 20.2004.xls | 5/20/2004 05:28 | 7/22/2008 13:26 | 315,904 |
| FILE | MBNA - May 25 2004.xls | 5/26/2004 15:29 | 7/22/2008 13:26 | 345,600 |
| FILE | MBNA - Nov 03 Master.xls | 11/30/2003 15:08 | 7/22/2008 13:26 | 317,440 |
| FILE | MBNA - Nov 04 Master.xls | 1/3/2005 20:23 | 7/22/2008 13:26 | 526,336 |
| FILE | MBNA - Nov 04.xls | 12/20/2004 20:20 | 7/22/2008 13:26 | 463,360 |
| FILE | MBNA - Nov 19.xls | 11/20/2004 14:50 | 7/22/2008 13:26 | 404,992 |
| FILE | MBNA - Nov 9 04.xls | 11/9/2004 08:07 | 7/22/2008 13:26 | 287,232 |
| FILE | MBNA - Oct 03 Master.xls | 11/5/2003 08:39 | 7/22/2008 13:26 | 331,776 |
| FILE | MBNA - Oct 03.xls | 11/5/2003 08:40 | 7/22/2008 13:26 | 302,592 |
| FILE | MBNA - Oct 04 Master.xls | 11/9/2004 08:16 | 7/22/2008 13:26 | 438,272 |
| FILE | MBNA - Oct 04 Master2.xls | 10/15/2004 06:55 | 7/22/2008 13:26 | 417,792 |
| FILE | MBNA - Oct 04.xls | 11/9/2004 08:18 | 7/22/2008 13:26 | 405,504 |
| FILE | MBNA - Oct 15 04.xls | 10/15/2004 08:19 | 7/22/2008 13:26 | 193,024 |
| FILE | MBNA - Oct 21 04.xls | 10/20/2004 04:36 | 7/22/2008 13:26 | 316,928 |
| FILE | MBNA - Oct 28 04.xls | 10/28/2004 05:16 | 7/22/2008 13:26 | 362,496 |
| FILE | MBNA - Sep 03 Master.xls | 10/15/2003 15:18 | 7/22/2008 13:26 | 310,784 |
| FILE | MBNA - Sep 03.xls | 10/1/2003 06:16 | 7/22/2008 13:26 | 274,432 |
| FILE | MBNA - sep 04 Master.xls | 12/20/2004 19:38 | 7/22/2008 13:26 | 415,232 |
| FILE | MBNA - sep 04.xls | 10/4/2004 11:07 | 7/22/2008 13:26 | 364,544 |
| FILE | MBNA - sep 13 04.xls | 9/13/2004 09:18 | 7/22/2008 13:26 | 288,768 |
| FILE | MBNA - sep 15 04.xls | 9/15/2004 06:31 | 7/22/2008 13:26 | 309,760 |
| FILE | MBNA - sep 21 04.xls | 9/21/2004 06:09 | 7/22/2008 13:26 | 307,200 |
| FILE | MBNA - Thru April 11.xls | 4/12/2004 07:16 | 7/22/2008 13:26 | 270,848 |
| FILE | MBNA - thru Jan 20.xls | 1/21/2004 10:59 | 7/22/2008 13:26 | 229,888 |
| FILE | MBNA - thru Nov 19.xls | 11/20/2003 15:01 | 7/22/2008 13:26 | 240,640 |
| FILE | MBNA Feb 1 - 10.xls | 2/11/2005 09:47 | 7/22/2008 13:26 | 174,080 |
| FILE | MBNA Internal 2004.xls | 6/2/2004 06:49 | 7/22/2008 13:26 | 92,672 |
| FILE | MBNA Repeat Usage - 02 to date.xls | 3/5/2004 06:08 | 7/22/2008 13:26 | 27,136 |
| FILE | MBNA Reporting Grid Internal.xls | 3/7/2005 14:11 | 7/22/2008 13:26 | 16,896 |
| FILE | MBNA Reporting Grid.xls | 3/4/2005 14:58 | 7/22/2008 13:26 | 16,384 |
| FILE | MBNA Req Sum Dining Mar 2004.xls | 3/31/2004 05:19 | 7/22/2008 13:26 | 53,760 |
| FILE | MBNA Req Sum Mar 2004.xls | 3/30/2004 04:42 | 7/22/2008 13:26 | 244,224 |
| FILE | MBNA Since 0704.xls | 4/25/2005 18:28 | 7/22/2008 13:26 | 22,528 |
| FILE | mbna thru 12-17.xls | 12/17/2003 05:42 | 7/22/2008 13:26 | 161,280 |
| FILE | MBNA_Client_Dashboard_030306.xls | 3/3/2006 10:36 | 7/22/2008 13:26 | 23,040 |
| FILE | MBNA_KPI_Volume_Report_2006_01.xls | 2/16/2006 10:31 | 7/22/2008 13:26 | 20,992 |
| FILE | MTD VDN for 8207 & Hol Cat.xls | 1/14/2005 14:48 | 7/22/2008 13:26 | 22,016 |
| FILE | MyConcierge - Apr Master v2.xls | 5/3/2005 07:36 | 7/22/2008 13:26 | 481,280 |
| FILE | MyConcierge - Apr Master.xls | 4/20/2005 09:01 | 7/22/2008 13:26 | 442,880 |
| FILE | MyConcierge - April 05.xls | 5/3/2005 10:03 | 7/22/2008 13:26 | 444,928 |
| FILE | MyConcierge - August.xls | 9/8/2005 12:23 | 7/22/2008 13:26 | 4,576,768 |
| FILE | MyConcierge - Dec 04.xls | 1/4/2005 10:59 | 7/22/2008 13:26 | 430,592 |
| FILE | MyConcierge - Feb 10.xls | 2/11/2005 09:46 | 7/22/2008 13:26 | 293,888 |
| FILE | MyConcierge - Feb 15.xls | 2/17/2005 10:26 | 7/22/2008 13:26 | 339,968 |
| FILE | MyConcierge - Feb 21.xls | 2/22/2005 13:33 | 7/22/2008 13:26 | 413,184 |
| FILE | MyConcierge - Feb Master 0206.xls | 2/7/2005 17:31 | 7/22/2008 13:26 | 257,024 |
| FILE | MyConcierge - Feb Master 0209.xls | 2/9/2005 15:24 | 7/22/2008 13:26 | 252,928 |
| FILE | MyConcierge - Feb Master.xls | 3/3/2005 07:24 | 7/22/2008 13:26 | 523,776 |
| FILE | MyConcierge - Feb Master0207.xls | 2/8/2005 13:49 | 7/22/2008 13:26 | 257,024 |
| FILE | MyConcierge - Feb Masterv220.xls | 2/21/2005 15:18 | 7/22/2008 13:26 | 256,000 |
| FILE | MyConcierge - Feb.xls | 3/3/2005 07:26 | 7/22/2008 13:26 | 482,816 |
| FILE | MyConcierge - Jan 05.xls | 2/11/2005 08:00 | 7/22/2008 13:26 | 465,920 |
| FILE | MyConcierge - Mar 11.xls | 3/11/2005 12:42 | 7/22/2008 13:26 | 350,720 |
| FILE | MyConcierge - Mar 13.xls | 3/15/2005 07:45 | 7/22/2008 13:26 | 373,248 |
| FILE | MyConcierge - Mar 21.xls | 3/21/2005 15:13 | 7/22/2008 13:26 | 434,176 |
| FILE | MyConcierge - Mar Master.xls | 4/12/2005 09:36 | 7/22/2008 13:26 | 559,616 |
| FILE | MyConcierge - May 05 Master.xls | 5/4/2005 07:37 | 7/22/2008 13:26 | 331,264 |
| FILE | MyConcierge - Thru 010305.xls | 1/4/2005 11:00 | 7/22/2008 13:26 | 267,776 |
| FILE | MyConcierge - thru Apr 17.xls | 4/19/2005 05:06 | 7/22/2008 13:26 | 400,384 |
| FILE | MyConcierge - Thru Apr 20.xls | 4/21/2005 07:44 | 7/22/2008 13:26 | 420,352 |
| FILE | MyConcierge - Thru Apr 22.xls | 4/22/2005 14:53 | 7/22/2008 13:26 | 443,904 |
| FILE | MyConcierge - Thru Feb 2.xls | 2/4/2005 07:45 | 7/22/2008 13:26 | 208,896 |
| FILE | MyConcierge - thru Jan 18.xls | 1/19/2005 14:53 | 7/22/2008 13:26 | 417,280 |
| FILE | MyConcierge - thru Mar 22.xls | 3/24/2005 11:37 | 7/22/2008 13:26 | 452,608 |

FILE MyConcierge - thru Mar 6.xls 3/8/2005 13:25 7/22/2008 13:26 312,832
FILE MyConcierge - Thru May 1.xls 5/3/2005 09:38 7/22/2008 13:26 284,672
FILE MyConcierge April 2006.xls 5/1/2006 10:59 7/22/2008 13:26 502,784
FILE MyConcierge- Aug Master.xls 9/1/2005 18:51 7/22/2008 13:26 3,430,912
FILE MyConcierge Daily Report-03 31-06 (3).xls 5/1/2006 05:29 7/22/2008 13:26
1,132,544
FILE MyConcierge Daily Report-03.29-06.xls 3/30/2006 11:00 7/22/2008 13:26 815,616
FILE MyConcierge Daily Report-11.30.05.xls 12/6/2005 15:24 7/22/2008 13:26
2,261,504
FILE MyConcierge- July 2005.xls 8/4/2005 05:34 7/22/2008 13:26 3,708,416
FILE MyConcierge July Master.xls 7/8/2005 08:13 7/22/2008 13:26 3,140,096
FILE MyConcierge June Master.xls 6/6/2005 18:16 7/22/2008 13:26 1,837,056
FILE MyConcierge June.xls 7/1/2005 13:06 7/22/2008 13:26 2,760,704
FILE MyConcierge October 2006.xls 5/8/2007 06:04 7/22/2008 13:26 372,224
FILE MyConcierge Report December 2005.xls 1/3/2006 05:58 7/22/2008 13:26 862,208
FILE MyConcierge- Sept Master.xls 9/6/2005 15:17 7/22/2008 13:26 3,685,888
FILE MyConcierge- thru 03.31.05.xls 4/1/2005 15:19 7/22/2008 13:26 1,852,928
FILE MyConcierge- thru 04.07.05.xls 4/8/2005 19:38 7/22/2008 13:26 1,392,128
FILE MyConcierge thru 05.31.05.xls 6/1/2005 13:27 7/22/2008 13:26 2,606,080
FILE MyConcierge Thru 1-25.xls 1/27/2005 12:11 7/22/2008 13:26 416,768
FILE MyConcierge Thru Jan 24.xls 1/26/2005 11:20 7/22/2008 13:26 416,768
FILE MyConcierge thru Mar 17.xls 3/18/2005 14:58 7/22/2008 13:26 357,376
FILE MyConcierge thru Mar 21.xls 3/22/2005 12:57 7/22/2008 13:26 445,952
FILE MyConcierge thru Mar 22.xls 3/23/2005 19:49 7/22/2008 13:26 447,488
FILE MyConcierge Web Request Report(1).xls 5/7/2005 10:57 7/22/2008 13:26 467,456
FILE quantum 5-04.xls 6/2/2004 06:36 7/22/2008 13:26 18,432
FILE Quantum Promotion Reqs jul 02.xls 2/4/2005 08:00 7/22/2008 13:26 118,784
FILE quantun 12-17.xls 12/17/2003 05:42 7/22/2008 13:26 5,632
FILE req anals world 12-17.xls 12/17/2003 05:42 7/22/2008 13:26 5,632
FILE req sum jul 18.xls 7/19/2004 05:46 7/22/2008 13:26 200,192
FILE req sum Mar 5.xls 3/6/2005 09:11 7/22/2008 13:26 110,592
FILE Req Type Analysis MBNA.xls 9/17/2004 11:19 7/22/2008 13:26 54,272
FILE req type breakdown mbna.xls 9/17/2004 13:16 7/22/2008 13:26 13,824
FILE Schwab Oct 15 04.xls 10/15/2004 08:19 7/22/2008 13:26 41,984
FILE Schwab Oct Master.xls 10/15/2004 08:15 7/22/2008 13:26 48,640
FILE Sept 03 Master.xls 9/30/2003 18:53 7/22/2008 13:26 340,480
FILE Spring Catalog Response 0421.xls 4/25/2005 19:10 7/22/2008 13:26 19,968
FILE Spring_Catalog_Results.xls 4/25/2005 19:01 7/22/2008 13:26 34,816
FILE world 5-04.xls 6/2/2004 06:40 7/22/2008 13:26 18,432
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\reports\important data\
0 7 4,474,880
FILE MBNA 04 Data.xls 2/9/2005 14:52 7/22/2008 13:26 3,763,712
FILE MBNA Feb 1 - Mar 6.xls 3/8/2005 08:39 7/22/2008 13:26 115,200
FILE MC thru 2-21.xls 2/22/2005 12:32 7/22/2008 13:26 10,240
FILE MyConcierge - Mar Masterf.xls 3/4/2005 20:36 7/22/2008 13:26 302,080
FILE req sum 2-22.xls 2/22/2005 12:58 7/22/2008 13:26 141,824
FILE req sum Mar 5.xls 3/6/2005 07:50 7/22/2008 13:26 65,024
FILE req sum Mar 6.xls 3/8/2005 06:41 7/22/2008 13:26 76,800
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\reports\important data\
0 7 4,474,880
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\reports\internal\ 0
15 1,391,104
FILE MBAN PPT assistance.xls 2/12/2005 09:20 7/22/2008 13:26 18,432
FILE MBNA - June 03.xls 7/9/2003 08:14 7/22/2008 13:26 296,960
FILE MBNA 2005 Call and Request Forecast.xls 2/4/2005 12:06 7/22/2008 13:26 27,648
FILE MBNA Historical and Forecast 05.xls 1/16/2006 09:14 7/22/2008 13:26 125,440
FILE MBNA Internal 04 and 05 adjusted.xls 4/28/2005 21:15 7/22/2008 13:26 128,000
FILE MBNA Internal 071804.xls 2/12/2005 09:11 7/22/2008 13:26 122,880
FILE MBNA Internal 073004.xls 7/30/2004 11:52 7/22/2008 13:26 93,184
FILE MBNA Internal 083104.xls 10/14/2004 11:07 7/22/2008 13:26 93,184
FILE MBNA Internal 102704.xls 12/8/2004 19:55 7/22/2008 13:26 111,104
FILE MBNA Internal 120904.xls 12/10/2004 10:21 7/22/2008 13:26 54,272
FILE MBNA Internal July 04.xls 8/2/2004 06:40 7/22/2008 13:26 93,184
FILE MBNA Reporting 2006.xls 5/1/2006 05:52 7/22/2008 13:26 124,416
FILE MyConcierge - Apr 05.xls 4/28/2005 21:16 7/22/2008 13:26 44,032
FILE MyConcierge - Q1 05.xls 4/28/2005 21:16 7/22/2008 13:26 44,032
FILE Phone reporting Sample.xls 11/10/2005 15:53 7/22/2008 13:26 14,336
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\reports\internal\ 0
15 1,391,104
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\reports\Issue\ 0
4 71,168
FILE MBNA Catalog response summary thru Dec 3.xls 1/26/2005 10:57 7/22/2008 13:26
18,432
FILE MBNA Catalog response summary thru Jan 17 05.xls 1/26/2005 11:39 7/22/2008 13:26
18,432

```
FILE    Points Summary Nov 04.xls     1/26/2005 11:39       7/22/2008 13:26       16,896
FILE    Points Summary Nov 04bk.xls   1/26/2005 10:57       7/22/2008 13:26       17,408
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\reports\Issue\       0
        4       71,168
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\reports\mgt report\  0
        4       6,202,368
FILE    MBNA 04 Data.xls       2/9/2005 13:50 7/22/2008 13:26       4,826,624
FILE    MBNA Feb 08.xls        2/9/2005 06:58 7/22/2008 13:26       10,240
FILE    MBNA Mgt Rep 2004.xls  2/5/2005 07:00 7/22/2008 13:26       24,064
FILE    MBNA Q4 Catalog.xls    2/9/2005 13:15 7/22/2008 13:26       1,341,440
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\reports\mgt report\  0
        4       6,202,368
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\reports\monthly call detail\
        0       9       5,087,232
FILE    BAC_Reporting_Feb1.xls 3/3/2008 11:25 7/22/2008 13:26       37,888
FILE    Copy of MyConcierge June 2007.xls     2/6/2008 11:41 7/22/2008 13:26       759,296
FILE    Copy of MyConcierge May 2007.xls      2/6/2008 11:43 7/22/2008 13:26       758,784
FILE    MyConcierge August 2007.xls    2/6/2008 11:36 7/22/2008 13:26       769,536
FILE    MyConcierge December 2007 (5).xls     2/6/2008 11:26 7/22/2008 13:26       229,376
FILE    MyConcierge July 2007.xls      2/6/2008 11:38 7/22/2008 13:26       767,488
FILE    MyConcierge November 2007 (7).xls     2/6/2008 11:28 7/22/2008 13:26       228,352
FILE    MyConcierge October 2007 (6).xls      2/6/2008 11:30 7/22/2008 13:26       770,560
FILE    MyConcierge September 2007 (2).xls    2/6/2008 11:34 7/22/2008 13:26       765,952
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\reports\monthly call detail\
        0       9       5,087,232
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\reports\Summaries\   0
        1       63,488
FILE    MyConcierge Executive Summary Q1 - May 2006.doc      5/28/2006 11:58       7/22/2008 13:26
        63,488
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\reports\Summaries\   0
        1       63,488
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\reports\      6       216
        99,801,088
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\RFP\  0       2       700,928
FILE    Appendix E Prixing Matrix RFP Credit Card Enhancements FINAL.xls    4/11/2006 13:36
        7/22/2008 13:26       38,912
FILE    BOA RFX Response FINAL 3-23-06.doc    4/11/2006 13:15       7/22/2008 13:26       662,016
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\RFP\  0       2       700,928
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\RFP Support\  0       3
        5,130,240
FILE    MBNA & Goldman Sachs.ppt      12/5/2005 16:21       7/22/2008 13:26       3,278,848
FILE    MyConcierge and Porsche.ppt   5/3/2005 08:35 7/22/2008 13:26       1,042,432
FILE    porcshe.ppt    2/15/2002 18:36       7/22/2008 13:26       808,960
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\RFP Support\  0       3
        5,130,240
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\ROI\  0       53
        3,087,597
FILE    2005 LC Phone Stats.xls       1/11/2006 11:17       7/22/2008 13:26       129,536
FILE    2005-2006 Call Volume Forecast Analysis.xls  1/11/2006 11:18       7/22/2008 13:26
        61,952
FILE    2005-2006 Call Volume Forecast AnalysisClnt.xls      1/11/2006 11:17       7/22/2008 13:26
        61,952
FILE    2006.Plan.110105.xls   12/19/2005 16:18       7/22/2008 13:26       38,400
FILE    Capacity Staffing Model for 2005.xls 1/11/2006 11:17       7/22/2008 13:26       93,184
FILE    Card Spend Summary MBNA 11-4-04.ppt  11/4/2004 05:33       7/22/2008 13:26       715,264
FILE    Concierge Productivity v4.xls 9/19/2005 17:37       7/22/2008 13:26       79,360
FILE    Concierge Productivity v6.xls 1/11/2006 11:17       7/22/2008 13:26       99,328
FILE    FC Staffing Model 121705.xls  1/11/2006 12:49       7/22/2008 13:26       75,264
FILE    FC Volumes Sept - Nov 05.xls  1/11/2006 11:17       7/22/2008 13:26       24,064
FILE    Fw MBNA Estimated headcount July 2005.xls    12/11/2005 10:33      7/22/2008 13:26
        3,821
FILE    les concierges sensitivity.xls       1/12/2005 10:14       7/22/2008 13:26       18,944
FILE    Marketing Costs 2006 12.05Mark.xls    1/11/2006 12:49       7/22/2008 13:26       14,848
FILE    Marketing Costs 2006.xls      12/20/2005 13:16      7/22/2008 13:26       19,456
FILE    Marketing_Master_Calendar_011106.xls 1/11/2006 13:16       7/22/2008 13:26       22,016
FILE    MBNA 2006 12-15 mtg notes.doc 12/19/2005 12:24      7/22/2008 13:26       30,720
FILE    MBNA Canada Pricing 010906.xls       1/11/2006 11:17       7/22/2008 13:26       33,792
FILE    MBNA Estimated headcount July 2005.xls       7/15/2005 03:02       7/22/2008 13:26
        29,696
FILE    MBNA Historical and Forecast 05.xls  1/11/2006 11:18       7/22/2008 13:26       130,048
FILE    MBNA P&L 2005 v2.xls   1/22/2006 10:13       7/22/2008 13:26       49,664
FILE    MBNA P&L 2005.xls      12/20/2005 13:26      7/22/2008 13:26       53,248
FILE    MBNA P&L 2006 (version 1).xls 12/15/2005 19:44      7/22/2008 13:26       45,056
FILE    MBNA P&L 2006 Current Prod.xls       12/16/2005 17:03      7/22/2008 13:26       36,864
FILE    MBNA P&L 2006 Ramped Up.xls   12/20/2005 10:36      7/22/2008 13:26       81,920
```

```
FILE    MBNA P&L and ROI Feb 05.xls   2/28/2005 12:03        7/22/2008 13:26        48,128
FILE    MBNA P&L and ROI Jun 05.xls   6/2/2005 08:54 7/22/2008 13:26        48,128
FILE    MBNA P&L Q1 04 - Revised.xls  4/13/2004 09:43        7/22/2008 13:26        19,456
FILE    MBNA P&L Statement.xls 10/18/2005 13:02       7/22/2008 13:26        33,792
FILE    MBNA ROI 11-4-04.xls   11/4/2004 05:24        7/22/2008 13:26        14,336
FILE    MBNA ROI 4.0.xls       5/27/2004 18:21        7/22/2008 13:26        29,696
FILE    MBNA ROI 5.0.xls       5/28/2004 05:36        7/22/2008 13:26        30,208
FILE    MBNA ROI Overview.doc  3/3/2005 07:40 7/22/2008 13:26        29,696
FILE    MBNA ROI Pres.xls      10/30/2003 06:03       7/22/2008 13:26        19,968
FILE    MBNA ROI Working Document.doc 3/3/2005 08:41 7/22/2008 13:26        40,448
FILE    MBNA spending.xls      11/9/2005 00:36        7/22/2008 13:26        15,872
FILE    MBNA Staffing.xls      11/9/2005 11:31        7/22/2008 13:26        13,824
FILE    mbna swag.xls  12/15/2005 08:50       7/22/2008 13:26        14,336
FILE    MBNA, Mark's copy headcount % of workload .xls       12/15/2005 08:30       7/22/2008 13:26
        15,360
FILE    MBNA_Dev 2006.xls      12/16/2005 12:02       7/22/2008 13:26        9,728
FILE    MBNA_Dev.xls   1/11/2006 13:15        7/22/2008 13:26        9,728
FILE    MBNA_Mktg_Costs_071305.xls    7/15/2005 03:42        7/22/2008 13:26        16,384
FILE    MBNA_Request_Growth_Forecast (version 1).xls 12/15/2005 19:45       7/22/2008 13:26
        113,664
FILE    MBNA_Request_Growth_Forecast.xls      12/17/2005 07:40       7/22/2008 13:26        112,128
FILE    mtg notes.doc  12/19/2005 12:02       7/22/2008 13:26        28,160
FILE    MyConcierge Initiatives List 2006.xls 12/14/2005 08:42       7/22/2008 13:26        22,016
FILE    MyConcierge ROI and Cap - Briefing Doc071505.doc     7/21/2005 10:02        7/22/2008 13:26
        67,072
FILE    ROI 4.0.xls    1/28/2003 19:00        7/22/2008 13:26        29,696
FILE    ROI concept narrative.doc     1/31/2003 19:51        7/22/2008 13:26        24,064
FILE    ROI with notes.xls     5/25/2004 18:21        7/22/2008 13:26        23,040
FILE    ROImnbav2.xls  6/1/2004 16:57 7/22/2008 13:26        98,304
FILE    Security Budget Summary 0305.xls      3/23/2005 11:15        7/22/2008 13:26        15,360
FILE    Top Level ROI and Product Models V2.xls      6/1/2004 14:16 7/22/2008 13:26        94,208
FILE    Top Level ROI and Product Models v3.xls      6/1/2004 19:23 7/22/2008 13:26        102,400
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\ROI\  0       53
        3,087,597
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Scorecards\   0       2
        188,928
FILE    LC scorcecard for SCM cert 0406.xls  4/27/2006 18:51        7/22/2008 13:26        162,304
FILE    MBNA Scorecard.xls     12/31/2002 09:46       7/22/2008 13:26        26,624
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Scorecards\   0       2
        188,928
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\SRS\  0       8       466,432
FILE    MBNA and LesConcierges Contacts.doc  5/12/2005 06:04        7/22/2008 13:26        27,648
FILE    Points Redemption Project Revised 6.7.05.doc 6/9/2005 12:05 7/22/2008 13:26        39,936
FILE    Points Redemption Project Scope - Final 6.15.05.doc  6/16/2005 08:05        7/22/2008 13:26
        44,032
FILE    Points Redemption Project Scope1.doc 6/14/2005 07:07        7/22/2008 13:26        41,472
FILE    SRS Business Status 06.15.05.doc      6/16/2005 08:05        7/22/2008 13:26        103,424
FILE    SRS Kick Off Meeting - Revised 6.3.05.doc    6/9/2005 06:43 7/22/2008 13:26        79,360
FILE    SRS Status 06.09.05.doc       6/9/2005 12:05 7/22/2008 13:26        103,936
FILE    SRS_Dev_Plan_2006_H1.xls      3/14/2006 20:33        7/22/2008 13:26        26,624
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\SRS\  0       8       466,432
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Tech\ 0       4       416,256
FILE    BOA Systems Review Doc 050206.doc     5/2/2006 05:32 7/22/2008 13:26        239,104
FILE    LesConcierges Security Maintenance Plan_v51.doc      12/20/2004 13:44       7/22/2008 13:26
        73,728
FILE    Tech Mrktg Meeting Agenda 10.26.05.doc       10/27/2005 16:57       7/22/2008 13:26
        43,008
FILE    WebOutageReport6.23.06.doc    6/23/2006 09:29        7/22/2008 13:26        60,416
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Tech\ 0       4       416,256
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\telephony\    0       11
        343,847
FILE    Additional MBNA VECTOR VRUs.xls       8/24/2005 05:46        7/22/2008 13:26        28,672
FILE    BAC Call flow 3-13-08.pdf     3/13/2008 13:26        7/22/2008 13:26        125,735
FILE    Carlson VRU Mapping.xls       8/17/2005 14:22        7/22/2008 13:26        23,552
FILE    MBNA PhoneList8.05.xls 8/4/2005 14:05 7/22/2008 13:26        24,576
FILE    MBNA Telephony - Branding.xls 3/21/2006 12:53        7/22/2008 13:26        17,408
FILE    MBNA Telephony 031005.xls     4/14/2005 07:43        7/22/2008 13:26        15,872
FILE    MBNA Telephony 032006.xls     3/21/2006 13:19        7/22/2008 13:26        24,064
FILE    MBNA Telephony 080404.xls     8/5/2004 03:37 7/22/2008 13:26        15,360
FILE    MBNA Telephony 082605.xls     8/26/2005 07:50        7/22/2008 13:26        20,480
FILE    New MyConcierge VRU.xls       7/19/2005 14:16        7/22/2008 13:26        29,696
FILE    Schwab 1.4-1.5 Summary Interval for 8207.xls 1/6/2005 12:20 7/22/2008 13:26        18,432
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\telephony\    0       11
        343,847
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Testimonials\ 0       3
```

348,836
FILE Perez Compliment WorldPoints.efx 8/12/2005 11:49 7/22/2008 13:26 109,388
FILE Perez Compliment WorldPoints.tif 8/12/2005 11:50 7/22/2008 13:26 234,328
FILE Thumbs.db 7/9/2006 19:02 7/22/2008 13:26 5,120
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Testimonials\ 0 3
348,836
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\training\ 0 25
70,675,830
FILE AMEX Education10-20-04 - Final.ppt 11/3/2004 14:11 7/22/2008 13:25
6,029,824
FILE Carlson_LC Schwab Education_final_7-26-04.ppt 7/26/2004 08:21 7/22/2008 13:25
1,032,704
FILE Expand and Enhance Training 080704.doc 8/9/2004 07:42 7/22/2008 13:25 27,136
FILE Expand and Enhance Training 082604.doc 8/26/2004 08:26 7/22/2008 13:25
27,136
FILE expand and enhance training.doc 8/4/2004 12:38 7/22/2008 13:25 22,016
FILE Listening Session Feedback Log.xls 1/27/2006 12:27 7/22/2008 13:25 16,896
FILE Map to Carlson OTC.ppt 7/22/2004 11:27 7/22/2008 13:25 489,984
FILE map to cmg.ppt 7/21/2004 10:55 7/22/2008 13:25 486,912
FILE MBNA Education Suite.zip 12/17/2003 12:35 7/22/2008 13:25 1,958,262
FILE MBNA Transfer Call - Talking Points 080704.doc 8/9/2004 07:42 7/22/2008 13:25
55,808
FILE PR Conversion Education_SUPPLIER.ppt 9/22/2006 12:27 7/22/2008 13:25
8,292,864
FILE Product_Consolidation_Job_Aid_Final.xls 9/19/2006 10:56 7/22/2008 13:25
303,616
FILE Quantum Assist Education Presentation.ppt 6/19/2001 04:57 7/22/2008 13:25
696,832
FILE Quantum Assist Education Presentation_rev 4_02.ppt 2/16/2006 08:33 7/22/2008 13:25
719,360
FILE QuickRequestProcess.doc 4/18/2006 16:53 7/22/2008 13:25 35,840
FILE Schwab Client CC Education_final_10-04.ppt 10/8/2004 13:01 7/22/2008 13:25
203,776
FILE SchwabCulture7-17.ppt 7/26/2004 08:21 7/22/2008 13:25 586,240
FILE Thumbs.db 10/20/2004 12:17 7/22/2008 13:25 11,776
FILE Training 0812.ppt 8/12/2004 10:15 7/22/2008 13:25 43,957,248
FILE TRAININGPoints Redemption Features for BAC-MyConcierge.ppt 8/2/2007 16:04 7/22/2008 13:26
3,863,040
FILE TRAVEL TRAINING AGENDA 2005.doc 6/25/2005 05:09 7/22/2008 13:26 29,696
FILE UA dialogue rev 3.30 4/6/2006 12:44 7/22/2008 13:26 30,720
FILE VSignature overview_ 9-3-04.ppt 10/11/2004 11:03 7/22/2008 13:26 133,632
FILE World Card Ed_LC.ppt 7/10/2002 13:14 7/22/2008 13:26 601,088
FILE WorldPoints overview_5-03.ppt 12/17/2003 12:17 7/22/2008 13:26
1,063,424
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\training\ 0 25
70,675,830
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\UA\ 0 8
4,859,967
FILE LCUAListeningForm4.13.06.xls 4/14/2006 14:51 7/22/2008 13:25 40,448
FILE MBNA Experiential Rewards.doc 7/12/2005 11:31 7/22/2008 13:25 4,325,888
FILE UA dialogue.doc 3/28/2006 10:35 7/22/2008 13:25 36,352
FILE UA dialogueMR.doc 3/29/2006 06:07 7/22/2008 13:25 34,304
FILE UA Document and Monitoring Form.txt 4/14/2006 15:10 7/22/2008 13:25 1,087
FILE UA Report 4-06.xls 5/3/2006 07:21 7/22/2008 13:25 167,424
FILE UAOperationalRedesign Tracked Changes 05_2006.doc 5/27/2006 05:45 7/22/2008 13:25
129,536
FILE UAOperationalRedesignv3.doc 4/14/2006 15:03 7/22/2008 13:25 124,928
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\UA\ 0 8
4,859,967
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Updates\ 7 32
105,367,695
FILE 060805 MBNA Presentation_Mark.ppt 6/2/2005 05:35 7/22/2008 13:25 3,907,584
FILE 060805MBNAPresentation_Final_060705.ppt 6/8/2005 06:26 7/22/2008 13:25 580,608
FILE 071205MBNAPresentation_final.pdf 7/11/2005 18:38 7/22/2008 13:25 159,957
FILE 071205MBNAPresentation_final.ppt 7/11/2005 16:07 7/22/2008 13:25 277,504
FILE Account Briefing 2004.11.9.ppt 11/10/2004 16:38 7/22/2008 13:25
4,957,696
FILE BAC Account Strategy Mtg Updated Stats 12-10-06.ppt 12/11/2006 01:39 7/22/2008 13:25
353,280
FILE BAC Program Data.xls 9/11/2008 10:15 9/11/2008 07:27 156,160
FILE BACLC-OpsOverview 071607.ppt 7/16/2007 12:35 7/22/2008 13:25 3,471,872
FILE BACLC-OpsOverview 071607b.ppt 7/16/2007 12:36 7/22/2008 13:25 940,032
FILE MBNA 3-7-03 Brent Slides.ppt 3/6/2003 21:45 7/22/2008 13:25 511,488
FILE MBNA 3-7-03.ppt 3/6/2003 22:54 7/22/2008 13:25 7,476,224
FILE MBNA 6-2-04 v1.1.ppt 5/22/2004 07:01 7/22/2008 13:25 487,936

FILE MBNA 7-17-03.ppt 7/15/2003 12:49 7/22/2008 13:25 3,681,792
FILE MBNA 7-23-02_v2.ppt 2/26/2003 16:11 7/22/2008 13:25 2,993,152
FILE MBNA 7-8-02.ppt 2/26/2003 16:11 7/22/2008 13:25 5,902,336
FILE MBNA Briefing.2005.2.14.ppt 3/26/2005 12:00 7/22/2008 13:25 35,023,360
FILE MBNA Briefing.2005.2.9.ppt 2/11/2005 01:45 7/22/2008 13:25 15,949,824
FILE MBNA Experiential Rewards.ppt 7/11/2005 19:48 7/22/2008 13:25 114,176
FILE MBNA Internal Meeting Minutes 11.18.05.doc 11/21/2005 21:07 7/22/2008 13:25
57,856
FILE MBNA June 8 Update - Action Items.doc 6/21/2005 15:39 7/22/2008 13:25 31,744
FILE MBNA June 8 Update - Action Items_dcm.doc 6/21/2005 11:14 7/22/2008 13:25
35,840
FILE mbna pres 1-31-02.ppt 8/15/2003 07:53 7/22/2008 13:25 4,321,280
FILE MBNA Presentation 01_18_06_Final.ppt 1/17/2006 17:12 7/22/2008 13:25
6,972,416
FILE MBNA Presentation 11.18.05.ppt 11/17/2005 22:52 7/22/2008 13:25 343,040
FILE MBNA Presentation 11.18.05Final.ppt 11/18/2005 11:09 7/22/2008 13:25 343,552
FILE MBNA Presentation 11.18.05v2FINAL.ppt 11/21/2005 20:56 7/22/2008 13:25 413,184
FILE MBNA Update 042905.ppt 4/29/2005 06:09 7/22/2008 13:25 522,752
FILE MBNA Web Call Meeting Notes.doc 11/18/2005 14:37 7/22/2008 13:25 22,528
FILE MyConcierge_Summary_Data_2008_q1.xls 4/15/2008 15:08 9/11/2008 08:26 121,856
FILE Q1 Review Charts.xls 9/11/2008 07:27 9/11/2008 07:27 38,400
FILE Shortcut to MyConcierge_Summary_Data_2008_q1.lnk 9/11/2008 08:26 9/11/2008 08:26
954
FILE Web Reporting MBNA 02-05.ppt 7/7/2008 16:28 7/22/2008 13:25 5,197,312
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Updates\Q1 08\ 0
7 5,961,503
FILE BAC Program Data.xls 4/15/2008 15:08 7/22/2008 13:25 67,072
FILE BACQ108.ppt 4/14/2008 17:02 7/22/2008 13:25 1,463,808
FILE BACQ108Final.pdf 4/16/2008 09:11 7/22/2008 13:25 1,254,175
FILE BACQ108Final.ppt 4/16/2008 09:11 7/22/2008 13:25 1,478,656
FILE BACQ108v2.ppt 4/15/2008 15:21 7/22/2008 13:25 1,537,536
FILE MyConcierge_Summary_Data_2008_q1.xls 4/15/2008 15:08 7/22/2008 13:25 121,856
FILE Q1 Review Charts.xls 4/15/2008 14:26 7/22/2008 13:25 38,400
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Updates\Q1 08\ 0
7 5,961,503
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Updates\Q2 07\ 0
1 5,938,688
FILE BACQ107 071707.ppt 11/1/2007 06:32 7/22/2008 13:25 5,938,688
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Updates\Q2 07\ 0
1 5,938,688
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Updates\Q2 08\ 0
7 11,462,733
FILE BAC08.xls 9/11/2008 04:43 9/11/2008 04:43 26,624
FILE BACCashSalesthruAug31.xls 9/11/2008 06:41 9/11/2008 06:41 1,016,320
FILE BACQ2 08.pdf 9/11/2008 10:39 9/11/2008 10:39 772,173
FILE BACQ2 08.ppt 9/11/2008 10:38 8/28/2008 13:01 4,345,856
FILE PtsRedAprthruAug.xls 9/11/2008 06:25 9/11/2008 04:44 518,656
FILE PtsRedAprthruAug2.xls 9/11/2008 10:15 9/11/2008 09:41 520,704
FILE ThruAug.xls 9/11/2008 09:38 9/11/2008 05:42 4,262,400
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Updates\Q2 08\ 0
7 11,462,733
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Updates\Q3 07\ 0
1 1,095,680
FILE BACQ307 110207.ppt 11/4/2007 11:51 7/22/2008 13:25 1,095,680
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Updates\Q3 07\ 0
1 1,095,680
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Updates\Q3 Repricing\ 0
2 7,373,773
FILE BACQ3Repricing.pdf 9/21/2007 08:19 7/22/2008 13:25 1,074,125
FILE BACQ3Repricing.ppt 9/21/2007 13:04 7/22/2008 13:25 6,299,648
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Updates\Q3 Repricing\ 0
2 7,373,773
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Updates\Q406\ 0 2
6,614,528
FILE BACQ406 Update.ppt 12/4/2006 09:49 7/22/2008 13:25 3,304,960
FILE BACQ406 Updatev2.ppt 12/9/2006 07:16 7/22/2008 13:25 3,309,568
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Updates\Q406\ 0 2
6,614,528
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Updates\Q407\ 0 7
6,148,110
FILE bac 2007.xls 2/7/2008 08:11 7/22/2008 13:25 50,688
FILE BAC_Points_Redemption_2007.xls 2/7/2008 08:12 7/22/2008 13:25 914,944
FILE BACQ407F.pdf 2/7/2008 08:09 7/22/2008 13:25 1,179,150
FILE BACQ407F.ppt 2/7/2008 15:17 7/22/2008 13:25 1,417,216
FILE BACQ407v1.ppt 2/5/2008 13:28 7/22/2008 13:25 1,093,120

FILE BACQ407v2.ppt 2/6/2008 16:00 7/22/2008 13:25 1,375,744
FILE MyConcierge_Summary_Data_2007_Q4.xls 4/15/2008 11:48 7/22/2008 13:25 117,248
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Updates\Q407\ 0 7
6,148,110
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\Updates\ 7 59
149,962,710
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BAC\ 112 1,653
1,120,762,019
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\ 16 68
20,264,090
FILE ~$rclaycard Onsite Visit to LC 060706.doc 10/24/2006 22:21 7/22/2008 13:25
162
FILE Barclaycard Onsite Visit to LC 060706.doc 6/6/2006 13:12 7/22/2008 13:25 39,936
FILE Barclaycard_Terms_Sheet_040306.doc 4/3/2006 17:17 7/22/2008 13:25 103,424
FILE Barclays New Product Notes 091806.doc 9/20/2006 11:37 7/22/2008 13:25 24,576
FILE Barclays060106.doc 6/4/2006 09:23 7/22/2008 13:25 46,592
FILE BarclaysVendorActionItems_LesConciergesMR.doc 3/22/2007 06:12 7/22/2008 13:25
47,616
FILE BofA Hotel.ppt 11/2/2006 08:13 7/22/2008 13:25 3,787,776
FILE Cumulative Accounts per month - UBS.xls 7/7/2008 13:34 7/22/2008 13:25 41,472
FILE Customer Service 3.28.06.doc 3/28/2006 13:03 7/22/2008 13:25 30,208
FILE Customer Service Applications Pricing.xls 3/28/2006 14:07 7/22/2008 13:25
18,944
FILE Holiday Email_UBS_employees_v1_121305.doc 12/13/2005 12:46 7/22/2008 13:25
80,384
FILE Holiday Email_UBS_employees_v1_121305v2.doc 12/16/2005 07:39 7/22/2008 13:25
77,312
FILE Juniper LesConcierges Term Sheet v3.doc 7/11/2005 16:41 7/22/2008 13:25
109,056
FILE Juniper LesConcierges Term Sheet v6_.doc 7/20/2005 13:24 7/22/2008 13:25
118,784
FILE Juniper LesConcierges Term Sheet v7.doc 7/25/2005 18:14 7/22/2008 13:25
121,344
FILE Juniper & LesConcierges Term Sheet v1.doc 6/25/2005 05:04 7/22/2008 13:25
74,752
FILE Juniper Actions 728.doc 7/29/2005 14:19 7/22/2008 13:25 20,480
FILE Juniper and LesConcierges Service Agreement 082905.doc 8/29/2005 16:01
7/22/2008 13:25 189,440
FILE Juniper PPT 011706.ppt 1/6/2006 19:57 7/22/2008 13:25 782,336
FILE Juniper Pricing Versionv2.xls 7/7/2005 16:36 7/22/2008 13:25 37,376
FILE Juniper Request and Call Forecast 2006.xls 12/19/2005 07:26 7/22/2008 13:25
31,232
FILE Juniper Utilization Forecast.xls 8/14/2005 13:31 7/22/2008 13:25 16,384
FILE Juniper_LaunchPlan Internal_07-21-05.xls 7/21/2005 14:16 7/22/2008 13:25
338,432
FILE Juniper_LaunchPlan Internal_08-02-05.xls 8/3/2005 06:59 7/22/2008 13:25 358,400
FILE Juniper_LaunchPlan Internal_08-10-05.xls 8/10/2005 08:08 7/22/2008 13:25
360,960
FILE Juniper_LaunchPlan Internal_08-15-05.xls 8/15/2005 16:52 7/22/2008 13:25
369,664
FILE Juniper_LaunchPlan Internal_2-7-06.xls 2/7/2006 10:08 7/22/2008 13:25 167,936
FILE Juniper_Ops_Comm 11-18-05.doc 11/19/2005 11:52 7/22/2008 13:25 88,064
FILE Juniper_Ops_Comm 11-22-05 Card Pilot V2.doc 12/5/2005 11:01 7/22/2008 13:25
90,624
FILE JunpiterTerm6_22.doc 6/24/2005 09:03 7/22/2008 13:25 74,240
FILE JunpiterTerm6_22MR.doc 6/24/2005 10:30 7/22/2008 13:25 95,232
FILE LC_UBS Test Call Summary.xls 7/8/2008 08:24 7/22/2008 13:25 40,448
FILE LesConcierges and Juniper Bank Proposal.doc 5/11/2005 06:38 7/22/2008 13:25
377,344
FILE LesConcierges Proposal for Juniper Bank 3-05.doc 3/7/2005 19:19 7/22/2008 13:25
423,936
FILE LesConcierges UBS 071408.ppt 7/14/2008 07:39 7/22/2008 13:25 268,288
FILE LesConcierges_OpptyDev_2008_01_08.ppt 1/10/2008 11:28 7/22/2008 13:25
1,274,880
FILE LesConcierges_PointsRedeem_Services_2006_06.ppt 6/7/2006 06:19 7/22/2008 13:25
1,152,000
FILE LesConcierges_Travel_Services.ppt 6/21/2006 09:33 7/22/2008 13:25 530,432
FILE LesConcierges_Travel_Services_2006_06.ppt 6/7/2006 06:20 7/22/2008 13:25 782,848
FILE LesConcierges_Travel_Services_2006_08_24cl.ppt 8/25/2006 08:01 7/22/2008 13:25
585,216
FILE LesConcierges_Travel_Services_Update 2006_08_09.ppt 8/9/2006 08:57 7/22/2008 13:25
526,848
FILE LHW Hotel Program for Juniper-UBS.doc 12/23/2005 08:08 7/22/2008 13:25 56,832
FILE LRW Master Action Doc 0815.xls 8/15/2005 16:43 7/22/2008 13:25 68,096
FILE LuxAutoWorkflow.jpg 8/8/2008 09:53 8/8/2008 09:53 70,644

FILE LuxAutoWorkflow.vsd 8/8/2008 07:41 8/8/2008 07:41 57,856
FILE Meeting Notes 6.27.05.doc 7/13/2005 18:37 7/22/2008 13:25 58,880
FILE NEW Juniper Amendment ONE 102507.doc 10/26/2007 12:18 7/22/2008 13:25 357,888
FILE Outline Program Design Meeting 7.28.05.doc 7/25/2005 16:43 7/22/2008 13:25 77,312
FILE Outline Program Design Meeting 7.28.05v3.doc 7/29/2005 10:53 7/22/2008 13:25 147,968
FILE Partnership Opportunity Lexus.ppt 6/17/2008 14:22 7/22/2008 13:25 315,904
FILE Partnership Opportunity Proposal Carey.ppt 10/30/2007 04:48 7/22/2008 13:25 293,376
FILE Partnership Opportunity Proposal Jaguar.ppt 10/27/2007 05:29 7/22/2008 13:25 327,168
FILE Partnership Opportunity Proposal MBUSA.ppt 6/17/2008 15:26 7/22/2008 13:25 333,824
FILE Premier_ProgramGuide_r3_102306.pdf 10/23/2006 13:48 7/22/2008 13:25 3,869,425
FILE Proposal 3.30.06.xls 4/10/2006 07:57 7/22/2008 13:25 34,304
FILE Q2 LC Monthly Service Review.xls 7/22/2008 15:35 7/22/2008 15:35 38,400
FILE Thumbs.db 2/17/2008 08:15 7/22/2008 13:25 7,680
FILE UBS 07.xls 6/6/2008 15:10 7/22/2008 13:25 26,624
FILE UBS 2008.xls 6/6/2008 15:22 7/22/2008 13:25 22,016
FILE UBS Auto Replies.doc 2/13/2006 14:43 7/22/2008 13:25 26,624
FILE UBS Benefit provider forecast 030306.xls 3/6/2006 16:59 7/22/2008 13:25 27,648
FILE UBS Benefit provider forecast 030306b.xls 7/22/2006 09:12 7/22/2008 13:25 22,016
FILE UBS Pricing Charts.ppt 8/24/2006 09:08 7/22/2008 13:25 83,456
FILE UBS Pricing Comparisonsv2.xls 6/14/2006 15:48 7/22/2008 13:25 29,696
FILE UBS Proposal 4.10.06.xls 4/11/2006 10:54 7/22/2008 13:25 32,256
FILE UBS_Card_programfeatures08.pdf 8/8/2008 09:11 8/8/2008 09:11 43,283
FILE UBSTravel ConciergeProposal082406.doc 8/25/2006 05:27 7/22/2008 13:25 100,864
FILE Welcome Email_UBS_employees_v1_111405.doc 11/18/2005 23:14 7/22/2008 13:25 28,672
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\Agendas\ 0 7 445,602
FILE ~$niper Weekly Agenda 021706.doc 2/17/2006 08:09 7/22/2008 13:25 162
FILE Juniper Weekly Agenda 021006.doc 2/10/2006 08:24 7/22/2008 13:25 59,904
FILE Juniper Weekly Agenda 021706.doc 2/17/2006 07:55 7/22/2008 13:25 60,928
FILE Juniper Weekly Agenda 051206.doc 5/12/2006 08:46 7/22/2008 13:25 60,928
FILE Juniper Weekly Minutes 021006.doc 2/10/2006 08:31 7/22/2008 13:25 67,072
FILE LC AgendaClientbac121306.doc 12/9/2006 07:17 7/22/2008 13:25 147,456
FILE UBS Agenda 2-3-06.doc 2/6/2006 07:06 7/22/2008 13:25 49,152
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\Agendas\ 0 7 445,602
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\collateral\ 0 6 9,068,761
FILE Charter_ProgramGuide_r3_102306.pdf 10/23/2006 13:05 7/22/2008 13:25 5,049,311
FILE ConciergeServices4.pdf 7/21/2005 09:55 7/22/2008 13:25 494,830
FILE Juniper PERSONAL CONCIERGE SPREAD.doc 7/21/2005 09:55 7/22/2008 13:25 26,624
FILE Juniper PERSONAL CONCIERGE SPREADMR.doc 7/21/2005 10:22 7/22/2008 13:25 25,600
FILE Select_ProgramGuide_r3_102306.pdf 10/23/2006 13:40 7/22/2008 13:25 3,117,862
FILE ubs2ret.jpg 7/21/2005 09:55 7/22/2008 13:25 354,534
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\collateral\ 0 6 9,068,761
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\Contract Term Sheet\ 0 12 960,674
FILE ~$sConcierges Juniper Service Agreement FINAL.doc 2/23/2007 13:57 7/22/2008 13:25 162
FILE Barclaycard US Customer Service and Travel Services.doc 3/28/2006 14:06 7/22/2008 13:25 88,064
FILE Barclaycard_Terms_Sheet_040306.doc 4/3/2006 17:17 7/22/2008 13:25 103,424
FILE Barclaycard_Terms_Sheet_041006.doc 4/10/2006 09:16 7/22/2008 13:25 73,216
FILE Barclaycard_Terms_Sheet_041006cl.doc 4/10/2006 09:16 7/22/2008 13:25 61,952
FILE Barclaycard_Terms_Sheet_041106.doc 4/11/2006 10:50 7/22/2008 13:25 73,216
FILE Barclaycard_Terms_Sheet_051006.doc 5/10/2006 08:16 7/22/2008 13:25 61,952
FILE Barclaycard_Terms_Sheet_051006com030707.doc 3/8/2007 09:41 7/22/2008 13:25 61,952
FILE Juniper LesConcierges 24-7 Travel Terms.doc 3/28/2006 13:01 7/22/2008 13:25 80,896
FILE Juniper LesConcierges Term Sheet FINAL.doc 7/29/2005 12:05 7/22/2008 13:25 109,568
FILE LesConcierges Juniper Service Agreement FINAL.doc 12/7/2005 16:51 7/22/2008 13:25 212,992
FILE UBS - Term Sheet Matrix.xls 4/25/2006 06:33 7/22/2008 13:25 33,280

TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\Contract Term Sheet\ 0 12 960,674
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\Fncls\ 0 3 600,576
FILE 2004, 2005 & Interim 2006 Financial Statements.xls 2/6/2008 12:00 7/22/2008 13:25 43,520
FILE 2006FnclsSummary.xls 2/6/2008 12:00 7/22/2008 13:25 419,328
FILE BarclaysFinancialQuestionnaire July 2006 - LC (2).doc 1/26/2008 12:52 7/22/2008 13:25 137,728
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\Fncls\ 0 3 600,576
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\Forecasts\ 0 2 99,328
FILE UBS_Forecast_082406.xls 9/14/2006 07:09 7/22/2008 13:25 26,624
FILE UBS_Forecast110906.xls 11/9/2006 13:44 7/22/2008 13:25 72,704
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\Forecasts\ 0 2 99,328
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\Launch\ 0 3 457,728
FILE BarclaycardUS CS and Travel Launch Plan 041006.xls 5/5/2006 07:01 7/22/2008 13:25 134,144
FILE BarclaycardUS CS and Travel Launch Plan 050506.xls 5/5/2006 07:02 7/22/2008 13:25 143,872
FILE Juniper_LaunchPlan Internal_11-17-05.xls 11/17/2005 16:09 7/22/2008 13:25 179,712
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\Launch\ 0 3 457,728
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\Ops\ 0 0 0
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\Ops\ 0 0 0
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\Press\ 0 0 0
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\Press\ 0 0 0
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\Pricing & New Programs\ 0 38 7,052,800
FILE BAC_Revised_Pricing_Model_2007_03_05.xls 3/24/2007 07:53 7/22/2008 13:25 359,424
FILE Barclays Pricing Sheet 092807.xls 9/27/2007 15:23 7/22/2008 13:25 48,640
FILE Barclays_090307.xls 9/4/2007 09:38 7/22/2008 13:25 415,744
FILE Barclays_Consolidated_090307.xls 9/4/2007 10:07 7/22/2008 13:25 415,744
FILE Composite UBS Pricing 061406.xls 6/13/2006 18:56 7/22/2008 13:25 132,608
FILE Composite UBS Pricing 061406v2.xls 6/16/2006 14:55 7/22/2008 13:25 351,744
FILE Composite UBS Pricing 061606.xls 6/16/2006 05:36 7/22/2008 13:25 18,432
FILE Composite UBS Pricing 061606v2.xls 6/16/2006 14:35 7/22/2008 13:25 22,016
FILE Composite UBS Pricing 072106.xls 7/22/2006 09:27 7/22/2008 13:25 352,768
FILE Composite UBS Pricing 072106v2.xls 7/22/2006 10:45 7/22/2008 13:25 346,624
FILE Composite UBS Pricing 072106v4.xls 7/28/2006 08:44 7/22/2008 13:25 379,392
FILE Composite UBS Pricing 073006.xls 7/30/2006 16:49 7/22/2008 13:25 395,264
FILE Composite UBS Pricing 081006.xls 8/11/2006 16:20 7/22/2008 13:25 414,720
FILE Copy of UBS Charter Named Pricing 050406.xls 5/5/2006 14:05 7/22/2008 13:25 57,344
FILE Travel & CS Expansion of Service.xls 4/5/2006 06:45 7/22/2008 13:25 14,336
FILE UBS Charter Named Pricing 050406.xls 6/16/2006 05:32 7/22/2008 13:25 57,344
FILE UBS Charter Pricing 061406.xls 6/13/2006 12:30 7/22/2008 13:25 64,512
FILE UBS Concierge Pricing 0614DebitActSumm.xls 6/15/2006 07:51 7/22/2008 13:25 17,408
FILE UBS Concierge Pricing Overview and Summary 082406.doc 8/24/2006 12:13 7/22/2008 13:25 253,952
FILE UBS Concierge Request Reporting Int.xls 6/13/2006 18:55 7/22/2008 13:25 100,352
FILE UBS Per Acct Price Comparison.xls 7/30/2006 08:15 7/22/2008 13:25 22,016
FILE UBS Premier Pricing 061406.xls 6/13/2006 12:30 7/22/2008 13:25 63,488
FILE UBS Pricing 081806 - No Travel.xls 8/22/2006 09:07 7/22/2008 13:25 334,336
FILE UBS Pricing 081806 - Travel Only.xls 8/22/2006 12:06 7/22/2008 13:25 248,320
FILE UBS Pricing 081806 - Travel.xls 8/24/2006 14:22 7/22/2008 13:25 317,952
FILE UBS Pricing Approach 6-12.xls 6/12/2006 13:58 7/22/2008 13:25 14,848
FILE UBS Pricing Comparisons.xls 6/13/2006 18:54 7/22/2008 13:25 25,600
FILE UBS Pricing Components.xls 8/24/2006 14:22 7/22/2008 13:25 17,920
FILE UBS Pricing Overview 081006 8/11/2006 12:51 7/22/2008 13:25 567,296
FILE UBS Pricing Overview 081006.ppt 8/11/2006 12:52 7/22/2008 13:25 521,216
FILE UBS Pricing Sheet 082406.xls 8/24/2006 08:43 7/22/2008 13:25 31,232
FILE UBS Pricing Sheet 7-26.xls 7/27/2006 17:25 7/22/2008 13:25 20,992
FILE UBS Pricing Sheet 7-28.xls 7/28/2006 08:45 7/22/2008 13:25 22,016
FILE UBS Pricing Sheet 7-28v2.xls 7/28/2006 08:54 7/22/2008 13:25 34,304

FILE UBS Select Pricing 061406.xls 6/13/2006 12:09 7/22/2008 13:25 57,344
FILE UBS_Travel_Type_Evaluation (2).xls 8/8/2006 15:09 7/22/2008 13:25 94,208
FILE UBSPricing081406.xls 8/14/2006 11:25 7/22/2008 13:25 55,808
FILE USAir_Pricing_Model_2007_03_05.xls 3/8/2007 00:48 7/22/2008 13:25 385,536
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\Pricing & New Programs\ 0 38 7,052,800
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\proposals\ 0 6 3,811,840
FILE 3_Tier_Pricing_Model.xls 3/24/2007 10:18 7/22/2008 13:25 446,464
FILE barclaysPtsInteg_LC_082808.doc 9/2/2008 13:14 9/2/2008 13:14 128,512
FILE BarclaysTravel.ppt 1/10/2008 11:31 7/22/2008 13:25 2,681,344
FILE UBS Pricing.xls 3/24/2007 13:38 7/22/2008 13:25 395,264
FILE UBSTravel ConciergeProposal082406.doc 8/25/2006 05:27 7/22/2008 13:25 79,872
FILE UBSTravel ConciergeProposal082406dt (2).doc 8/25/2006 08:30 7/22/2008 13:25 80,384
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\proposals\ 0 6 3,811,840
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\reports\ 0 9 833,044
FILE Barclay Variable 0107.pdf 8/17/2007 08:35 7/22/2008 13:25 10,260
FILE Cumulative Accounts per month - UBS - Nov.xls 12/6/2006 07:38 7/22/2008 13:25 30,208
FILE UBS Concierge Request Reporting Int.xls 6/14/2006 16:53 7/22/2008 13:25 93,184
FILE UBS Concierge Request Reporting Nov06.xls 12/6/2006 07:53 7/22/2008 13:25 92,672
FILE UBS Concierge Request Reporting.xls 4/30/2006 12:48 7/22/2008 13:25 54,784
FILE UBS Concierge Request Reporting07.xls 9/20/2007 08:05 7/22/2008 13:25 116,224
FILE UBS Daily Reporting August 2007.xls 9/3/2007 11:28 7/22/2008 13:25 143,360
FILE UBS Daily Reporting June 2007.xls 7/2/2007 12:53 7/22/2008 13:25 163,328
FILE UBSConciergeReport07.xls 11/8/2007 07:08 7/22/2008 13:25 129,024
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\reports\ 0 9 833,044
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\Reviews\ 0 1 38,400
FILE Q2 LC Monthly Service Review.xls 8/5/2008 11:42 8/5/2008 11:42 38,400
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\Reviews\ 0 1 38,400
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\Sales Process\ 0 7 7,583,232
FILE Concierge RFI LW 3.2.2005 final.doc 3/2/2005 16:02 7/22/2008 13:25 108,032
FILE Juniper Acquisition Forecast.xls 5/10/2005 15:01 7/22/2008 13:25 25,600
FILE Juniper and UBS Presentation 6-22-05.ppt 6/22/2005 08:10 7/22/2008 13:25 7,226,368
FILE Juniper Pricing Version 2.xls 5/10/2005 14:55 7/22/2008 13:25 35,840
FILE juniper Revised concierge volume.xls 6/13/2005 13:01 7/22/2008 13:25 23,040
FILE Juniper UBS Utilization Forecast.xls 6/9/2005 13:52 7/22/2008 13:25 20,992
FILE UBS Concierge Request Reporting 07.xls 8/17/2007 08:35 7/22/2008 13:25 143,360
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\Sales Process\ 0 7 7,583,232
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\Site Visits\ 0 3 3,008,512
FILE Barclays June 7 Minutes.doc 6/12/2006 09:08 7/22/2008 13:25 42,496
FILE Barclays Ops Overview 060706.ppt 6/7/2006 06:08 7/22/2008 13:25 2,642,944
FILE People Slide.ppt 6/29/2006 14:21 7/22/2008 13:25 323,072
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\Site Visits\ 0 3 3,008,512
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\training\ 0 12 13,590,013
FILE Benefits Overview TRAINING Contact Info v2.xls 12/29/2005 10:22 7/22/2008 13:25 446,464
FILE Benefits Overview TRAINING Benefit by Level v1.xls 12/29/2005 10:22 7/22/2008 13:25 421,888
FILE Juniper Overview.ppt 1/4/2006 06:50 7/22/2008 13:25 1,801,728
FILE LesConcierges UBS Refresher_07_08.ppt 7/24/2008 09:06 7/24/2008 09:06 889,344
FILE Tier 1 Benefits FINAL.pdf 12/29/2005 07:52 7/22/2008 13:25 84,783
FILE Tier 2 Benefits Guide low res - FINAL.pdf 12/29/2005 07:52 7/22/2008 13:25 793,830
FILE Tier 3 Benefits Guide low res - FINAL.pdf 1/3/2006 08:00 7/22/2008 13:25 2,557,416
FILE UBS Branding_Best Practices.doc 9/12/2008 11:01 9/12/2008 11:01 27,648
FILE UBS Call Flow Cheat_Sheet.xls 7/24/2008 09:06 7/24/2008 09:06 109,568
FILE UBS Concierge - Program Training V1.doc 1/6/2006 13:54 7/22/2008 13:25 404,480
FILE UBS Concierge Training - Benefits v2 - LC.ppt 12/29/2005 10:22 7/22/2008 13:25

3,535,360
FILE UBS Concierge Training - Overview.ppt 12/29/2005 10:22 7/22/2008 13:25
2,517,504
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\training\ 0
12 13,590,013
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\Vendor Review\
0 8 2,916,864
FILE Barclays April 2006.xls 8/1/2006 12:23 7/22/2008 13:25 44,544
FILE Barclays Information Security Vendor Risk Assessment Questionnaire- Les Concierges 2008-5.doc 7/16/2008 10:46 7/22/2008 13:25 271,360
FILE BarclaysFinancialQuestionnaire July 2006 - LC.doc 8/1/2006 16:47 7/22/2008 13:25
137,728
FILE FinancialQuestionnaire July 2006 (2).doc 7/21/2006 08:55 7/22/2008 13:25
97,792
FILE Les Conciereges Engagement Memo.doc 6/15/2006 05:41 7/22/2008 13:25
1,681,920
FILE Les Concierges SecurityVendorQuestionnaire.doc 6/15/2006 05:41 7/22/2008 13:25
322,560
FILE Les Concierges SecurityVendorQuestionnairef.doc 7/31/2006 17:43 7/22/2008 13:25
302,592
FILE VendorActionItems_LesConcierges 2008 updates.doc 7/16/2008 10:46 7/22/2008 13:25
58,368
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\Vendor Review\
0 8 2,916,864
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Barclaycard US\ 16 185
70,731,464
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\bcbs\ 3 88
9,893,412
FILE 2004 BCBS Events for C & S.doc 1/7/2004 07:49 7/22/2008 13:25 33,792
FILE 2004BCBSEventSchedule.1.12.xls 3/31/2004 07:34 7/22/2008 13:25 26,624
FILE ae 10-22.xls 10/22/2003 10:57 7/22/2008 13:25 10,240
FILE agenda 3-22.doc 3/23/2004 07:50 7/22/2008 13:25 19,968
FILE BCBCMA LesConcierges Agt w-o redline 09-09-02_1.doc 1/12/2003 22:01 7/22/2008 13:25
220,160
FILE BCBCSMA - Card Talking Points.doc 1/10/2003 00:56 7/22/2008 13:25 35,328
FILE BCBS Consignment Event Schedule 2004.xls 1/22/2004 06:46 7/22/2008 13:25
22,016
FILE BCBS Consignment Tix Order Count thru April 2004.xls 4/29/2004 13:25 7/22/2008 13:25
13,824
FILE BCBS Emails.xls 3/19/2004 15:42 7/22/2008 13:25 35,840
FILE BCBS Golf Event.doc 4/13/2004 06:40 7/22/2008 13:25 31,232
FILE bcbs hol party report final.xls 12/9/2003 12:28 7/22/2008 13:25 108,032
FILE BCBS Hol Party report spec.xls 11/18/2003 13:35 7/22/2008 13:25 13,824
FILE BCBS Jan-Feb Recon.xls 3/25/2004 14:34 7/22/2008 13:25 18,944
FILE BCBS mar04 recon.xls.htm 4/13/2004 06:33 7/22/2008 13:25 10,168
FILE BCBS monthly thru Oct 18.xls 10/20/2003 06:26 7/22/2008 13:25 20,992
FILE BCBS Q4 Marketing Plan Redline.doc 10/27/2003 07:10 7/22/2008 13:25 108,544
FILE BCBS Q4 Marketing Plan.doc 10/27/2003 07:17 7/22/2008 13:25 108,032
FILE bcbs req sum dec.xls 1/8/2003 01:01 7/22/2008 13:25 45,056
FILE BCBS Ticket Order Text 2-13.doc 2/14/2003 10:30 7/22/2008 13:25 41,984
FILE BCBS.Jan 04.xls 3/5/2004 11:52 7/22/2008 13:25 51,712
FILE BCBS.zip 8/27/2002 15:41 7/22/2008 13:25 1,989,976
FILE BCBSMA - 12-19.doc 12/19/2002 12:04 7/22/2008 13:25 19,456
FILE BCBSMA - RR v2.ppt 2/4/2003 19:04 7/22/2008 13:25 251,392
FILE BCBS-MA 10-22.xls 10/23/2003 06:10 7/22/2008 13:25 61,440
FILE BCBSMA 12-13.xls 12/16/2002 12:01 7/22/2008 13:25 17,408
FILE BCBSMA 12-18 cons.xls 12/19/2002 12:07 7/22/2008 13:25 79,360
FILE BCBSMA 12-18 to client.xls 12/18/2002 17:05 7/22/2008 13:25 74,752
FILE bcbsma 12-18.xls 12/18/2002 16:46 7/22/2008 13:25 22,016
FILE BCBSMA 12-24 cons to client.xls 12/24/2002 12:57 7/22/2008 13:25 68,608
FILE BCBSMA 12-24 cons.xls 12/31/2002 05:24 7/22/2008 13:25 87,552
FILE BCBS-MA Aug Tickets Internal MR.xls 10/22/2003 06:08 7/22/2008 13:25 103,424
FILE BCBS-MA Aug Tickets Internal.xls 9/24/2003 11:21 7/22/2008 13:25 126,464
FILE BCBSMA Dec 2002.xls 1/8/2003 01:03 7/22/2008 13:25 57,856
FILE BCBSMA Jan 2003.xls 3/26/2004 07:48 7/22/2008 13:25 58,368
FILE BCBS-MA July Tickets 8-18.xls 8/19/2003 06:46 7/22/2008 13:25 47,104
FILE BCBS-MA July Tickets Internal - 8-14.xls 8/19/2003 06:45 7/22/2008 13:25
47,104
FILE BCBS-MA July Tickets Internal.xls 8/14/2003 11:51 7/22/2008 13:25 69,120
FILE BCBS-MA June Tickets Internal - 8-14.xls 8/14/2003 12:28 7/22/2008 13:25
31,744
FILE BCBS-MA June Tickets Internal.xls 7/15/2003 05:58 7/22/2008 13:25 67,584
FILE BCBSMA Launch Plan 9-07.xls 9/10/2002 13:12 7/22/2008 13:25 32,256
FILE BCBSMA Nov 2002 v2.xls 12/18/2002 11:31 7/22/2008 13:25 41,984
FILE BCBSMA Nov 2002 v3.xls 12/19/2002 12:07 7/22/2008 13:25 41,984

FILE BCBSMA Nov 2002.xls 12/14/2002 00:00 7/22/2008 13:25 41,984
FILE BCBSMA Oct 20 2003.xls 10/20/2003 07:18 7/22/2008 13:25 52,224
FILE BCBSMA Scorecard.xls 12/19/2002 06:09 7/22/2008 13:25 31,744
FILE bcbsma survey solicitation.doc 10/20/2003 12:38 7/22/2008 13:25 26,112
FILE BCBSMA thru 1-5-03 Client.xls 1/6/2003 10:13 7/22/2008 13:25 76,800
FILE BCBSMA THRU OCT 30.xls 11/7/2003 07:05 7/22/2008 13:25 22,016
FILE BCBSMA Tickets May 2003 internal.xls 7/15/2003 05:43 7/22/2008 13:25 36,352
FILE BCBSMA Tix Recon 2002 - Client.xls 1/10/2003 14:07 7/22/2008 13:25 262,144
FILE BCBSMA Tix Recon updated 010903 internal.xls 1/10/2003 00:14 7/22/2008 13:25
323,072
FILE BCBSMA Tix Recon updated 1-6-03.xls 1/6/2003 10:50 7/22/2008 13:25 209,408
FILE BCBSMA Tix Recon.xls 12/31/2002 05:38 7/22/2008 13:25 203,776
FILE bcbsma-10-25.xls 10/24/2002 22:31 7/22/2008 13:25 17,408
FILE bcbsmaflysheet.pdf 10/21/2002 16:47 7/22/2008 13:25 1,256,736
FILE BCBSMARecon.xls 12/19/2002 19:13 7/22/2008 13:25 20,480
FILE BCBSMAReqSum0203.xls 2/6/2003 13:39 7/22/2008 13:25 83,456
FILE Blue Cross Blue Shield MA Celtics - Bruins Scheds.doc 10/31/2003 07:41
7/22/2008 13:25 51,200
FILE blue cross invoice.tif 7/25/2003 06:24 7/22/2008 13:25 233,317
FILE blue cross jan 03 client.xls 2/5/2003 18:42 7/22/2008 13:25 44,544
FILE blue cross jan final internal.xls 2/5/2003 18:41 7/22/2008 13:25 46,592
FILE Blue Cross Overview for Fidelity.doc 10/26/2003 04:38 7/22/2008 13:25 24,576
FILE blueweb - News and Communications.html 9/25/2002 07:34 7/22/2008 13:25
615
FILE Board12-04-02.ppt 12/4/2002 14:51 7/22/2008 13:25 113,664
FILE bruins.jpg 10/30/2003 16:09 7/22/2008 13:25 15,893
FILE bryan bio.doc 7/12/2002 12:13 7/22/2008 13:25 67,584
FILE BSBSMA Nov 02.xls 12/13/2002 23:40 7/22/2008 13:25 10,240
FILE consigntickets.htm 3/25/2004 14:25 7/22/2008 13:25 35,406
FILE FleetCenter Concert.gif 10/27/2003 11:33 7/22/2008 13:25 31,315
FILE Hol Party FInal to client.xls 12/18/2002 17:03 7/22/2008 13:25 112,128
FILE Hol Party Recon Report.xls 1/14/2004 09:48 7/22/2008 13:25 209,408
FILE Hol Party Recon.xls 12/31/2002 05:37 7/22/2008 13:25 123,392
FILE LC Announcement for BCBSMA.doc 9/19/2002 08:03 7/22/2008 13:25 35,840
FILE lc_celtics_header.jpg 10/30/2003 16:07 7/22/2008 13:25 14,027
FILE LCServicesBCBSMA.pdf 10/21/2002 16:46 7/22/2008 13:25 196,332
FILE LesConcierges Celtics Promotion.doc 3/17/2004 08:12 7/22/2008 13:25 575,488
FILE lesmis report.xls 11/19/2003 10:17 7/22/2008 13:25 15,872
FILE MBNA Agenda 10-27.doc 10/27/2003 07:26 7/22/2008 13:25 50,176
FILE MBNA Agenda 11-10-03.doc 11/10/2003 07:46 7/22/2008 13:25 49,664
FILE Operations Document-BCBSMA 10-8.doc 10/9/2002 16:09 7/22/2008 13:25 54,784
FILE Promo Req. Worksheet.doc 1/20/2004 18:29 7/22/2008 13:25 88,576
FILE Red Sox 04.doc 4/13/2004 06:42 7/22/2008 13:25 30,720
FILE Scorecard Template.xls 2/2/2004 11:30 7/22/2008 13:25 30,720
FILE Six Flags 04.doc 4/13/2004 06:42 7/22/2008 13:25 30,720
FILE Ski Event.htm 3/2/2004 07:06 7/22/2008 13:25 1,024
FILE ski tix screen shot.doc 1/13/2003 14:05 7/22/2008 13:25 95,744
FILE thanksgiving.pdf 10/24/2003 13:49 7/22/2008 13:25 436,155
FILE Water Country 04.doc 4/13/2004 06:42 7/22/2008 13:25 30,720
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\bcbs\agendas\ 0 4
215,552
FILE BCBS-MA 11-10-03 meeting feedback.doc 11/12/2003 09:12 7/22/2008 13:25 49,664
FILE BCBS-MA 11-17-03 Agenda.doc 11/30/2003 18:54 7/22/2008 13:25 55,808
FILE BCBS-MA Agenda 10-27.doc 10/27/2003 09:26 7/22/2008 13:25 53,248
FILE BCBS-MA Agenda 11-10-03.doc 11/10/2003 09:34 7/22/2008 13:25 56,832
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\bcbs\agendas\ 0 4
215,552
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\bcbs\Events\ 0 1
46,592
FILE Waterville Valley Ski Trip.doc 1/22/2004 06:44 7/22/2008 13:25 46,592
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\bcbs\Events\ 0 1
46,592
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\bcbs\utiliz report\ 0
3 157,184
FILE BCBSMA 2003.xls 3/26/2004 08:14 7/22/2008 13:25 41,984
FILE BCBSMA 2004.xls 3/26/2004 08:22 7/22/2008 13:25 43,008
FILE BCBSMA Apr 2003.xls 5/8/2003 15:41 7/22/2008 13:25 72,192
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\bcbs\utiliz report\ 0
3 157,184
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\bcbs\ 3 96
10,312,740
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\best docs\ 0 4 474,624
FILE Best Docs thru Oct 30.xls 11/7/2003 07:05 7/22/2008 13:25 19,968
FILE Best Doctors Contract 8-30-02.doc 10/4/2002 14:08 7/22/2008 13:25 216,064
FILE tenUK Client list - June 2005.ppt 6/29/2005 04:06 7/22/2008 13:25 233,472

```
FILE    Thumbs.db       1/25/2006 07:51       7/22/2008 13:25       5,120
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\best docs\ 0      4      474,624
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\bizdev\   10     74
        48,442,409
FILE    ~$nUK Revenue sharing concepts 040105.doc    4/1/2005 14:14 7/22/2008 13:25       162
FILE    ~$nUKTermSheet 050505.doc     5/8/2005 06:50 7/22/2008 13:25       162
FILE    ~$oposal for services - TI France.doc 6/16/2004 10:42       7/22/2008 13:25       162
FILE    1100 members.doc      12/19/2005 12:02       7/22/2008 13:25       20,480
FILE    Account Expansion Template 10-30-02.xls      11/17/2002 10:51      7/22/2008 13:25
        27,136
FILE    Aston Pearl.doc       7/19/2007 11:57       7/22/2008 13:25       185,344
FILE    BizDev Oppties.xls    9/4/2007 11:06 7/22/2008 13:25       21,504
FILE    CMG Canada Individual Membership Feedback.doc       8/31/2004 11:52       7/22/2008 13:25
        22,528
FILE    DeNovo Agenda 08.11.03.doc    8/10/2003 18:12       7/22/2008 13:25       26,112
FILE    Encore Tickets Contract.doc   4/9/2004 07:58 7/22/2008 13:25       53,760
FILE    Exclu for Les Concierges.doc  9/12/2008 08:10       9/12/2008 08:10       111,104
FILE    ICE Agenda 7-9-03.doc  7/8/2003 13:45 7/22/2008 13:25       32,256
FILE    ICE LC Client Overview.xls    6/28/2008 06:25       7/22/2008 13:25       28,160
FILE    ICE LC ppt.ppt 7/8/2003 13:46 7/22/2008 13:25       980,992
FILE    Intl Partnerships Grid 090205.xls    2/6/2006 07:06 7/22/2008 13:25       17,920
FILE    Intl Partnerships Grid 120406.xls    12/4/2006 07:54       7/22/2008 13:25       20,480
FILE    Invitation letter Jacob.doc   8/25/2005 12:41       7/22/2008 13:25       48,128
FILE    Invitation letter Jacob06.doc 10/6/2006 12:23       7/22/2008 13:25       48,640
FILE    Invitation letter Kumar.doc   4/19/2006 14:04       7/22/2008 13:25       48,640
FILE    Invitation letter Robeson.doc 10/13/2005 11:55      7/22/2008 13:25       36,864
FILE    Invitation letter Sikand.doc  8/25/2005 12:35       7/22/2008 13:25       48,128
FILE    Invitation letter Sripathi.doc       8/18/2005 06:14       7/22/2008 13:25       28,672
FILE    Iteration 1 - Project Overview.xls   7/17/2008 08:52       7/17/2008 08:52       31,744
FILE    Koskas Feb Invoice.doc 4/25/2005 08:54       7/22/2008 13:25       19,968
FILE    Koskas Jan Invoice.doc 2/7/2005 09:57 7/22/2008 13:25       19,968
FILE    Koskas Mar Invoice.doc 4/25/2005 08:53       7/22/2008 13:25       19,968
FILE    Koskas Nov Invoice.doc 11/29/2004 07:14      7/22/2008 13:25       20,480
FILE    Language Line PO 122704.xls   12/31/2004 07:56      7/22/2008 13:25       249,856
FILE    LC Description and Appendices 3-02.doc       8/15/2003 08:35       7/22/2008 13:25
        773,632
FILE    LC Expedia Valuation Analysis 7 25 07 kc.ppt 6/2/2008 13:44 7/22/2008 13:25
        1,162,752
FILE    LC PPT Cover.ppt      3/5/2004 19:00 7/22/2008 13:25       331,264
FILE    LC PPT Template.ppt   3/4/2004 09:26 7/22/2008 13:25       331,776
FILE    lc ppt.ppt      9/18/2001 12:57       7/22/2008 13:25       1,533,952
FILE    LC welcome.doc 12/5/2002 09:12       7/22/2008 13:25       118,784
FILE    LCIndia NDA.efx       10/25/2004 08:32      7/22/2008 13:25       113,560
FILE    LC-iSaySo Pres.ppt    7/27/2001 14:11       7/22/2008 13:25       745,984
FILE    LCSlideMaster.ppt     1/6/2004 12:12 7/22/2008 13:25       176,128
FILE    Le Concierge - Executive Presentation 2.ppt  7/28/2008 12:46       7/28/2008 12:46
        1,904,640
FILE    Le Concierge - Executive Presentation.ppt    7/17/2008 08:52       7/17/2008 08:52
        1,072,767
FILE    Les Concierges Oct 21.ppt     10/21/2004 06:26      7/22/2008 13:25       54,272
FILE    Les Concierges_Deck_v3.ppt    7/28/2008 12:40       7/28/2008 12:40       9,945,088
FILE    LesConcierges Customer Loyalty.ppt   1/15/2004 15:47       7/22/2008 13:25
        22,288,384
FILE    LesConcierges Customer Loyalty1-19-04.pdf    1/19/2004 08:48       7/22/2008 13:25
        660,751
FILE    LHW Phone Routing 050305 sense checking.xls  5/19/2005 05:10       7/22/2008 13:25
        23,552
FILE    Loyalty Industry Overview and Competitive Assessment 3-22-04.doc   3/23/2004 09:44
        7/22/2008 13:25       120,832
FILE    Loyalty Marketing.htm  1/23/2004 06:24       7/22/2008 13:25       13,293
FILE    Luxury Marketing Council Talking Points.doc  2/6/2006 08:50 7/22/2008 13:25       31,744
FILE    Marketing Potential Slides 3-22-04.ppt       3/23/2004 07:18       7/22/2008 13:25
        98,304
FILE    Mutual NDA Form (for a possible bus. relationship).doc      10/28/2003 12:30
        7/22/2008 13:25       53,760
FILE    Mutual NDA Form (for a possible vendor relationship).doc    10/28/2003 12:30
        7/22/2008 13:25       54,272
FILE    Mutual NDA Form (for strategic alliances).doc       10/28/2003 12:30      7/22/2008 13:25
        52,736
FILE    Mutual NDA RedEnvelope.doc    8/18/2003 16:04       7/22/2008 13:25       41,984
FILE    Overview for TOC.ppt  1/30/2006 09:59       7/22/2008 13:25       1,836,544
FILE    Pinnacle Care.doc     12/19/2005 12:03      7/22/2008 13:25       20,480
FILE    Prestige ops notes.doc 6/27/2003 12:21       7/22/2008 13:25       26,112
FILE    Pricing Spec Sheet.doc 9/24/2003 13:06       7/22/2008 13:25       25,088
FILE    Product Descriptions.doc      1/24/2003 15:06       7/22/2008 13:25       38,400
```

FILE Proposal to SportHealth Club.doc 8/15/2003 07:26 7/22/2008 13:25 27,648
FILE restaurant List for Mr Muijen.doc 11/17/2004 09:09 7/22/2008 13:25 25,088
FILE robeson leads.xls 9/4/2006 09:46 7/22/2008 13:25 21,504
FILE Sample Launch Plan 8-03.xls 10/13/2003 13:36 7/22/2008 13:25 30,208
FILE Sample Launch Plan.xls 7/18/2003 11:00 7/22/2008 13:25 38,912
FILE SAMPLE Launch Timeline.doc 10/13/2003 13:36 7/22/2008 13:25 28,160
FILE Sample Loyalty Launch Plan.xls 7/18/2003 11:24 7/22/2008 13:25 30,720
FILE Sample Loyalty Report.xls 7/18/2003 12:13 7/22/2008 13:25 126,464
FILE Sample Permission e-mail 3.7.03.doc 7/11/2003 04:40 7/22/2008 13:25 24,064
FILE Sample Schedule 10.13.03 mwr comments.xls 10/14/2003 10:43 7/22/2008 13:25 91,136
FILE tenuk project.xls 5/22/2005 12:56 7/22/2008 13:25 242,688
FILE tenuk_office_map.gif 4/12/2005 09:58 7/22/2008 13:25 39,216
FILE Testimonials II.doc 3/2/2004 09:08 7/22/2008 13:25 54,272
FILE testimonials quantum.doc 3/2/2004 13:38 7/22/2008 13:25 53,248
FILE Thumbs.db 2/17/2008 08:15 7/22/2008 13:25 5,632
FILE Virtuoso Meeting Miutes 11.14.05.doc 11/14/2005 15:40 7/22/2008 13:25 67,072
FILE Virtuoso-Overview of LC 11.7.05.ppt 11/20/2005 14:55 7/22/2008 13:25 1,716,224
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\bizdev\Agreement Templates\ 0 3 167,936
FILE Level II Vendor Services (with commission language) 3.22.04.DOC 3/22/2004 14:25 7/22/2008 13:25 60,416
FILE Mktg Agreement for Vendor Services (with commission language) 3.22.04.DOC 3/22/2004 14:25 7/22/2008 13:25 60,416
FILE Vendor and Contractor Agreement (clean 4.15.02) Level 3.doc 3/29/2004 17:18 7/22/2008 13:25 47,104
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\bizdev\Agreement Templates\ 0 3 167,936
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\bizdev\ICE\ 0 3 3,963,904
FILE B2B VR Presentation Master - Final JRR.ppt 5/30/2008 11:16 7/22/2008 13:25 3,762,688
FILE One Luxury Place.ppt 5/30/2008 11:16 7/22/2008 13:25 176,640
FILE OVS and Les Concierges call 7-29.doc 7/29/2003 09:43 7/22/2008 13:25 24,576
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\bizdev\ICE\ 0 3 3,963,904
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\bizdev\Mark Lap Docs\ 0 76 30,070,861
FILE ~WRL0003.tmp 2/7/2002 02:03 7/22/2008 13:25 19,456
FILE ~WRL0004.tmp 9/22/2002 15:30 7/22/2008 13:25 19,456
FILE AOL Stuff.doc 6/1/2003 16:45 7/22/2008 13:25 77,312
FILE Baseball cards.mdb 1/18/2003 10:51 7/22/2008 13:25 253,952
FILE BCBSMA March internal.xls 4/2/2003 09:26 7/22/2008 13:25 24,064
FILE blue cross jan final internal.xls 4/2/2003 14:25 7/22/2008 13:25 48,128
FILE Books and Authors.mdb 1/18/2003 11:10 7/22/2008 13:25 139,264
FILE budget dec.xls 1/5/2003 21:48 7/22/2008 13:25 180,224
FILE C&M 2002.QDF 4/22/2003 12:11 7/22/2008 13:25 2,031,480
FILE C&M 2002.QEL 4/22/2003 12:11 7/22/2008 13:25 773,120
FILE C&M 2002.QPH 10/20/2002 18:01 7/22/2008 13:25 32
FILE C&M 2002.QSD 4/22/2003 12:11 7/22/2008 13:25 7,318
FILE c&m budget 2003.xls 11/10/2002 16:59 7/22/2008 13:25 16,384
FILE cash 4-28.xls 4/26/2003 12:43 7/22/2008 13:25 107,008
FILE Cash overview 3-28.xls 4/13/2003 11:53 7/22/2008 13:25 20,992
FILE Cash overview 4-29.xls 4/26/2003 12:43 7/22/2008 13:25 22,528
FILE coo fax 9/24/2002 15:02 7/22/2008 13:25 143,196
FILE d.doc 8/20/2002 19:59 7/22/2008 13:25 26,112
FILE DATA_LOG.TXT 10/20/2002 18:00 7/22/2008 13:25 72
FILE home expenses 02-22.xls 2/22/2003 22:41 7/22/2008 13:25 14,336
FILE INS atty cvr ltr.doc 8/15/2002 09:36 7/22/2008 13:25 20,992
FILE interpath_to_les_concierges_v1r2.asc 2/21/2003 11:23 7/22/2008 13:25 998
FILE Invitation II v1.doc 7/21/2002 13:23 7/22/2008 13:25 178,688
FILE Invitation II v2.doc 7/21/2002 14:31 7/22/2008 13:25 946,688
FILE Invitation II v3.doc 7/21/2002 15:41 7/22/2008 13:25 946,688
FILE Invitation II v4.doc 7/22/2002 08:40 7/22/2008 13:25 948,224
FILE Invitation II v5.doc 7/24/2002 17:04 7/22/2008 13:25 24,064
FILE Invitation II v6.doc 7/24/2002 18:10 7/22/2008 13:25 28,672
FILE Invitation II v7.doc 7/24/2002 18:14 7/22/2008 13:25 950,272
FILE Invitation II v8.doc 7/24/2002 18:20 7/22/2008 13:25 41,472
FILE invite addresses.doc 2/8/2003 10:55 7/22/2008 13:25 42,496
FILE KXTG2570B manual.PDF 4/26/2003 08:09 7/22/2008 13:25 1,808,913
FILE LC Response to RFP.zip 11/12/2001 17:59 7/22/2008 13:25 589,101
FILE lc ticket 2003 v2.xls 6/19/2003 13:05 7/22/2008 13:25 841,216
FILE lc ticket 2003.xls 6/19/2003 09:50 7/22/2008 13:25 3,367,936
FILE LCTimeline.mpp 11/12/2001 15:59 7/22/2008 13:25 264,704

| | | | | | |
|---|---|---|---|---|---|
| FILE | Mark Checking.TXT | 11/2/2002 10:35 | 7/22/2008 13:25 | 4,522 | |
| FILE | Mark data.TXT | 11/2/2002 10:21 | 7/22/2008 13:25 | 75,458 | |
| FILE | Mark data.xls | 11/2/2002 10:23 | 7/22/2008 13:25 | 132,608 | |
| FILE | mark feb expenses.xls | 3/18/2003 22:23 | 7/22/2008 13:25 | 56,832 | |
| FILE | Mark Robeson - 2003 Goals.xls | 4/7/2003 16:27 | 7/22/2008 13:25 | 76,288 | |
| FILE | markcredit-welcome.prn | 6/19/2002 20:15 | 7/22/2008 13:25 | 232,326 | |
| FILE | Mark's Credit.txt | 6/19/2002 20:23 | 7/22/2008 13:25 | 42,789 | |
| FILE | mwr68b_2001.pdf | 2/17/2003 21:22 | 7/22/2008 13:25 | 46,856 | |
| FILE | Plot and Character Summary and Analysis.doc | 6/3/2002 21:23 | 7/22/2008 13:25 | 19,456 | |
| FILE | Q3.DIR | 4/22/2003 12:11 | 7/22/2008 13:25 | 46 | |
| FILE | QDATA.QDF | 4/22/2003 12:10 | 7/22/2008 13:25 | 2,363,904 | |
| FILE | QDATA.QEL | 4/22/2003 12:10 | 7/22/2008 13:25 | 15,360 | |
| FILE | QDATA.QPH | 10/20/2002 18:00 | 7/22/2008 13:25 | 32 | |
| FILE | QDATA.QSD | 4/22/2003 12:10 | 7/22/2008 13:25 | 5,872 | |
| FILE | rainbow moving.xls | 6/3/2003 01:36 | 7/22/2008 13:25 | 14,848 | |
| FILE | RCI.Opportunities.10-28-02.ppt | 10/28/2002 16:46 | 7/22/2008 13:25 | 315,904 | |
| FILE | robeson expenses thru 4-10 diners.xls | 4/13/2003 11:53 | 7/22/2008 13:25 | 47,104 | |
| FILE | robeson expenses thru 4-10.xls | 4/13/2003 11:19 | 7/22/2008 13:25 | 46,592 | |
| FILE | robeson relocate agreement and job desc.doc | 3/19/2003 16:30 | 7/22/2008 13:25 | 45,056 | |
| FILE | robesonstloaninterest2002.pdf | 2/16/2003 11:24 | 7/22/2008 13:25 | 9,627 | |
| FILE | Sales and Marketing Opportunities.doc | 5/5/2003 21:02 | 7/22/2008 13:25 | 25,600 | |
| FILE | SF Interview Questions_Admin Robeson.doc | 5/3/2002 10:51 | 7/22/2008 13:25 | 27,136 | |
| FILE | Show Desktop.scf | 2/24/2001 12:40 | 7/22/2008 13:25 | 79 | |
| FILE | Spirit air free flight.doc | 12/18/2002 11:55 | 7/22/2008 13:25 | 19,456 | |
| FILE | Sunday Evening.doc | 2/7/2002 08:48 | 7/22/2008 13:25 | 20,992 | |
| FILE | test.tif | 1/6/2003 11:16 | 7/22/2008 13:25 | 512,016 | |
| FILE | TI Nice 13-3-03 v2.ppt | 3/13/2003 12:11 | 7/22/2008 13:25 | 4,893,696 | |
| FILE | TI Nice 13-3-03 v3.ppt | 4/4/2003 14:10 | 7/22/2008 13:25 | 5,716,480 | |
| FILE | wedding budget.xls | 9/17/2002 22:26 | 7/22/2008 13:25 | 19,968 | |
| FILE | Wedding Ceremony final.doc | 9/28/2002 15:56 | 7/22/2008 13:25 | 27,136 | |
| FILE | Wedding Ceremony.doc | 9/25/2002 22:18 | 7/22/2008 13:25 | 29,184 | |
| FILE | wedding directions doc.doc | 7/28/2002 22:12 | 7/22/2008 13:25 | 109,568 | |
| FILE | wedding list confirmed.doc | 9/24/2002 16:13 | 7/22/2008 13:25 | 24,064 | |
| FILE | wedding list version 2.xls | 9/7/2002 08:54 | 7/22/2008 13:25 | 27,136 | |
| FILE | Wedding list.xls | 7/21/2002 11:15 | 7/22/2008 13:25 | 30,208 | |
| FILE | Wedding Schedule JC.doc | 9/5/2002 15:44 | 7/22/2008 13:25 | 22,016 | |
| FILE | Wedding Schedule.doc | 9/26/2002 07:56 | 7/22/2008 13:25 | 24,064 | |
| FILE | wedding Thank you list.xls | 10/26/2002 12:18 | 7/22/2008 13:25 | 19,968 | |
| FILE | writing March 4.doc | 3/4/2002 23:24 | 7/22/2008 13:25 | 19,456 | |
| FILE | Writing Stuff.doc | 5/6/2002 18:35 | 7/22/2008 13:25 | 25,600 | |
| TOTAL | S:\Documents and Settings\Mark Robeson\My Documents\Work\bizdev\Mark Lap Docs\ | 0 | 76 | 30,070,861 | |
| FOLDER | S:\Documents and Settings\Mark Robeson\My Documents\Work\bizdev\NDAs\ | 0 | 24 | 2,401,134 | |
| FILE | AUTOEXOTICA NDA.efx | 3/22/2004 13:10 | 7/22/2008 13:25 | 158,156 | |
| FILE | CMG Europe - Mutual NDA Form.doc | 10/19/2004 13:58 | 7/22/2008 13:25 | 44,544 | |
| FILE | iSaySo Overview.doc | 7/27/2001 14:08 | 7/22/2008 13:25 | 151,552 | |
| FILE | LesCon.pdf | 2/4/2004 09:58 | 7/22/2008 13:25 | 1,068,450 | |
| FILE | LHW - Mutual NDA Form.doc | 10/1/2004 05:29 | 7/22/2008 13:25 | 44,544 | |
| FILE | Mutual NDA Clearchannel Entertainment.doc | 3/31/2003 18:12 | 7/22/2008 13:25 | 41,984 | |
| FILE | Mutual NDA Creative Solution.doc | 3/17/2003 08:51 | 7/22/2008 13:25 | 41,984 | |
| FILE | Mutual NDA Form - AllCell Wireless Phone Rental.doc | 3/29/2004 12:03 | 7/22/2008 13:25 | 51,200 | |
| FILE | Mutual NDA Form - BIC.doc | 3/25/2004 09:40 | 7/22/2008 13:25 | 51,200 | |
| FILE | Mutual NDA Form - Les Concierges india.doc | 8/25/2005 05:40 | 7/22/2008 13:25 | 45,056 | |
| FILE | Mutual NDA Form (for strategic alliances).doc | 3/10/2003 17:12 | 7/22/2008 13:25 | 40,448 | |
| FILE | Mutual NDA Form Al-Akha.doc | 3/29/2004 07:07 | 7/22/2008 13:25 | 50,176 | |
| FILE | Mutual NDA Form AutoExotica.doc | 3/22/2004 12:44 | 7/22/2008 13:25 | 51,200 | |
| FILE | Mutual NDA Form BostonCoach.doc | 4/13/2004 11:56 | 7/22/2008 13:25 | 51,200 | |
| FILE | Mutual NDA Form Concierge Prive.doc | 8/27/2005 14:42 | 7/22/2008 13:25 | 45,056 | |
| FILE | Mutual NDA Form ELM.doc | 12/22/2005 06:25 | 7/22/2008 13:25 | 45,056 | |
| FILE | NDATemplate06.doc | 6/13/2008 08:45 | 7/22/2008 13:25 | 49,664 | |
| FILE | Open Table NDA rev.OT 031604.doc | 3/16/2004 13:48 | 7/22/2008 13:25 | 45,056 | |
| FILE | Open Table NDA.doc | 3/16/2004 08:04 | 7/22/2008 13:25 | 50,176 | |
| FILE | Pricing Spec Sheet - Stratus Rewards.doc | 10/28/2003 13:31 | 7/22/2008 13:25 | 29,696 | |
| FILE | Professional Collaboration Agmt Jan 2004.doc | 2/4/2004 13:56 | 7/22/2008 13:25 | 105,984 | |
| FILE | Stratus - Mutual NDA Form.doc | 10/28/2003 13:27 | 7/22/2008 13:25 | 43,520 | |
| FILE | Time2 Mutual NDA Form.doc | 4/1/2005 05:37 | 7/22/2008 13:25 | 45,056 | |
| FILE | TSE NDA.doc | 3/16/2004 08:00 | 7/22/2008 13:25 | 50,176 | |
| TOTAL | S:\Documents and Settings\Mark Robeson\My Documents\Work\bizdev\NDAs\ | 0 | 24 | | |

2,401,134
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\bizdev\Presos\ 0 1
5,048,832
FILE LC Overview and Market Needs 4.30.06.ppt 4/28/2006 15:38 7/22/2008 13:25
5,048,832
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\bizdev\Presos\ 0 1
5,048,832
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\bizdev\reports\ 0 1
77,824
FILE TenUK102904.xls 10/29/2004 06:05 7/22/2008 13:25 77,824
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\bizdev\reports\ 0 1
77,824
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\bizdev\resumes\ 0 16
971,776
FILE Mark II.doc 3/8/2001 22:42 7/22/2008 13:25 44,032
FILE Mark Robeson resume 7-02.DOC 7/16/2002 10:04 7/22/2008 13:25 57,856
FILE Mark Robeson resume for Crimson Language Services.DOC 4/14/2002 21:37
7/22/2008 13:25 59,904
FILE mark robeson resume for leapfrog.DOC 3/19/2002 09:50 7/22/2008 13:25 58,880
FILE Mark Robeson resume for MMDUSA.DOC 5/23/2002 08:22 7/22/2008 13:25 57,856
FILE Mark Robeson resume for the office of Barbara Boxer.DOC 5/23/2002 08:13
7/22/2008 13:25 59,904
FILE mark.doc 3/8/2001 22:17 7/22/2008 13:25 95,744
FILE mw robeson resume for leapfrog.DOC 3/19/2002 00:37 7/22/2008 13:25 54,784
FILE mwr resume.DOC 10/1/2001 09:58 7/22/2008 13:25 53,248
FILE resume.DOC 4/16/2001 19:52 7/22/2008 13:25 54,784
FILE Robeson resume 11-13-02.DOC 11/2/2002 15:48 7/22/2008 13:25 56,320
FILE Robeson resume 2-10-04.DOC 2/12/2004 08:41 7/22/2008 13:25 68,096
FILE Robeson resume 7-21-04.DOC 7/25/2004 06:41 7/22/2008 13:25 67,584
FILE Robeson resume CWRU.DOC 5/6/2003 08:28 7/22/2008 13:25 68,096
FILE Robeson resume for McKinsey.DOC 10/6/2002 21:29 7/22/2008 13:25 62,464
FILE robeson resume.DOC 2/22/2002 08:52 7/22/2008 13:25 52,224
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\bizdev\resumes\ 0 16
971,776
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\bizdev\Stationary\ 0
12 7,848,448
FILE Brand_Training_0923.ppt 9/26/2005 10:42 7/22/2008 13:25 333,312
FILE LC Fax.doc 7/29/2003 06:15 7/22/2008 13:25 81,408
FILE LC Letterhead.doc 8/29/2003 22:14 7/22/2008 13:25 28,672
FILE LC Memo.doc 3/24/2004 07:12 7/22/2008 13:25 30,208
FILE MBNA Account Review 11-8-05.ppt 11/10/2005 14:59 7/22/2008 13:25 387,072
FILE PPT_Guidelines_092605.ppt 9/26/2005 10:33 7/22/2008 13:25 768,000
FILE PPT_Guidelines_092805.ppt 9/28/2005 15:50 7/22/2008 13:25 868,352
FILE PPT_Master_External_Employee_092805.ppt 9/28/2005 15:31 7/22/2008 13:25
1,379,840
FILE PPT_Master_External_Luxury_092805.ppt 9/26/2005 09:14 7/22/2008 13:25
3,356,672
FILE PPT_Master_Internal_092805.ppt 9/26/2005 09:13 7/22/2008 13:25 295,936
FILE Quotes_090105.ppt 9/7/2005 11:56 7/22/2008 13:25 308,224
FILE Thumbs.db 12/20/2005 05:36 7/22/2008 13:25 10,752
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\bizdev\Stationary\ 0
12 7,848,448
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\bizdev\TOE\ 0 2
120,320
FILE Les Concierges Talking Points.doc 2/7/2006 05:06 7/22/2008 13:25 31,744
FILE TOE 2.6.2005.ppt 2/7/2006 05:06 7/22/2008 13:25 88,576
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\bizdev\TOE\ 0 2
120,320
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\bizdev\Vendor Agreements\ 0
8 497,152
FILE AllCell.DOC 4/1/2004 05:42 7/22/2008 13:25 60,928
FILE AutoExotica.DOC 4/1/2004 05:56 7/22/2008 13:25 61,440
FILE BostonCoach Contract.DOC 4/8/2004 09:00 7/22/2008 13:25 60,416
FILE BroadwayInnerCircle Contract.DOC 4/1/2004 04:47 7/22/2008 13:25 59,392
FILE LC_Vendor_Agreement_041307_Standard.doc 8/7/2008 14:09 8/8/2008 09:40 73,728
FILE SportsExpress.DOC 4/9/2004 06:43 7/22/2008 13:25 59,392
FILE Steiner Sports.DOC 4/1/2004 05:49 7/22/2008 13:25 60,928
FILE TSE Sports and Entertainment.DOC 4/1/2004 05:45 7/22/2008 13:25 60,928
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\bizdev\Vendor Agreements\ 0
8 497,152
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\bizdev\ 10 220
99,610,596
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\BNP Parisbas\ 0 6
4,516,780
FILE 30923_BNP_BROCHURE_UK.pdf 12/16/2005 12:49 7/22/2008 13:25 76,204

FILE BNP Paribas 11-17-04.xls 12/19/2005 12:00 7/22/2008 13:25 358,912
FILE BNP Paribas Pricing 11-17-04.doc 12/19/2005 12:00 7/22/2008 13:25 37,888
FILE Intl Partnerships Grid 090205.xls 9/2/2005 04:29 7/22/2008 13:25 15,872
FILE LesConcierges - Answers - Translated.doc 4/23/2005 03:37 7/22/2008 13:25 38,912
FILE LesConcierges Proposal for BNP Paribas 10-04.doc 12/19/2005 12:01 7/22/2008 13:25 3,988,992
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\BNP Parisbas\ 0 6 4,516,780
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Card imprints\ 0 4 1,776,154
FILE drivers.bmp 11/3/2006 08:59 7/22/2008 13:25 1,680,386
FILE mark sig.jpg 8/18/2005 06:40 7/22/2008 13:25 3,096
FILE Robeson Diners.doc 8/14/2005 15:22 7/22/2008 13:25 83,968
FILE Thumbs.db 2/26/2007 05:41 7/22/2008 13:25 8,704
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Card imprints\ 0 4 1,776,154
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\CAREington\ 0 3 232,256
FILE Account Summary.doc 10/23/2003 10:46 7/22/2008 13:25 37,888
FILE GS_Gold_card.pdf 2/4/2004 10:56 7/22/2008 13:25 96,760
FILE GSPlatinum_card.pdf 2/4/2004 10:56 7/22/2008 13:25 97,608
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\CAREington\ 0 3 232,256
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Certs\ 0 0 0
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Certs\ 0 0 0
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Clearchannel\ 0 1 17,408
FILE ClearChannel Test.xls 7/1/2003 14:27 7/22/2008 13:25 17,408
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Clearchannel\ 0 1 17,408
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Client Svs\ 0 7 210,944
FILE Account List.xls 5/11/2008 11:26 7/22/2008 13:25 22,016
FILE AE Job Description.doc 8/22/2006 18:49 7/22/2008 13:25 32,256
FILE AE Job Descriptionmr2.doc 8/24/2006 05:12 7/22/2008 13:25 48,640
FILE AE LA.doc 9/8/2005 11:01 7/22/2008 13:25 24,576
FILE AE NY.doc 8/3/2006 08:45 7/22/2008 13:25 31,232
FILE Client Conf Lines (6).xls 1/7/2008 09:44 7/22/2008 13:25 22,016
FILE LC Account Executive.doc 10/13/2005 07:52 7/22/2008 13:25 30,208
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Client Svs\ 0 7 210,944
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\ClubCorp\ 3 36 39,139,186
FILE ACI 07 budget.PDF 10/28/2007 14:43 7/22/2008 13:25 971,915
FILE aci summary budget.xls 11/14/2007 12:09 7/22/2008 13:25 32,256
FILE Audience.pdf 11/14/2007 16:08 7/22/2008 13:25 31,973
FILE Blank_Template.ppt 11/14/2007 16:08 7/22/2008 13:25 136,704
FILE Case Study for CC.ppt 11/14/2007 16:08 7/22/2008 13:25 677,376
FILE CC Ultimate Prog Concepts 021808.ppt 2/21/2008 07:07 7/22/2008 13:25 1,035,264
FILE ClubCorp Concierge. 07.ppt 10/28/2007 11:31 7/22/2008 13:25 2,275,328
FILE ClubCorp LC Client Overview.xls 2/27/2008 08:24 7/22/2008 13:25 45,056
FILE ClubCorp Meeting Minutes.doc 1/4/2008 10:29 7/22/2008 13:25 159,744
FILE ClubCorp Meeting Note 082007.doc 11/14/2007 16:08 7/22/2008 13:25 121,344
FILE ClubCorp Metrics Overview.pdf 2/4/2008 11:46 7/22/2008 13:25 2,692,409
FILE ClubCorp121307.doc 12/13/2007 12:05 7/22/2008 13:25 150,528
FILE ClubCorpPack.zip 11/15/2007 06:14 7/22/2008 13:25 7,382,315
FILE Commissionable Revenue.ppt 11/14/2007 16:08 7/22/2008 13:25 68,096
FILE Final Dallas Presentation 12 - 04.ppt 2/7/2008 07:15 7/22/2008 13:25 7,622,656
FILE FinalExecutiveSummaryCC.doc 11/14/2007 16:08 7/22/2008 13:25 197,120
FILE Hotel06.xls 11/14/2007 16:08 7/22/2008 13:25 404,992
FILE Hotel07.xls 11/14/2007 16:08 7/22/2008 13:25 187,392
FILE I']XDDCC Ultimate Prog Concepts 021808.ppt 2/23/2008 05:21 7/22/2008 13:25 1,369,600
FILE I']XDDCC Ultimate Prog Concepts 022208.ppt 2/23/2008 05:28 7/22/2008 13:25 1,369,600
FILE Integrated_Marketing_Pricing.doc 11/14/2007 16:08 7/22/2008 13:25 24,064
FILE Intergrated Marketing2.ppt 11/14/2007 16:08 7/22/2008 13:25 344,064
FILE LC Ultimate Prog Concepts 022208.ppt 2/23/2008 06:51 7/22/2008 13:25 1,451,520
FILE LC.doc 11/14/2007 16:08 7/22/2008 13:25 39,424
FILE LC_Tech_Memo_2007_10_11.doc 11/14/2007 16:08 7/22/2008 13:25 52,224
FILE Lesconcierges discussions.doc 11/14/2007 16:08 7/22/2008 13:25 23,552
FILE LesConcierges ExecSumm for ClubCorp 021308.doc 2/27/2008 11:22 7/22/2008 13:25

```
        227,840
FILE    LesConcierges for ClubCorp 070207.doc 7/2/2007 15:45 7/22/2008 13:25       528,896
FILE    LesConcierges for Denali1124.doc      11/24/2007 10:32       7/22/2008 13:25
        1,713,664
FILE    LesConcierges for Denali1124.pdf      11/24/2007 10:35       7/22/2008 13:25       953,241
FILE    LesConcierges overview for ClubCorp.pdf      2/1/2008 11:49 7/22/2008 13:25
        2,320,747
FILE    LesConcierges overview for ClubCorp.ppt      12/13/2007 06:57       7/22/2008 13:25
        3,305,984
FILE    sep_28_2007_2 (2).doc  11/13/2007 15:22       7/22/2008 13:25       703,909
FILE    sep_28_2007_2.pdf      11/14/2007 16:08       7/22/2008 13:25       164,085
FILE    Supporting_Stats.ppt   11/14/2007 16:08       7/22/2008 13:25       342,528
FILE    Thumbs.db       2/28/2008 11:14       7/22/2008 13:25       11,776
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\ClubCorp\Old\     0      38
        13,116,801
FILE    ~$nalExecutiveSummaryCC.doc   2/10/2008 11:16       7/22/2008 13:25       162
FILE    0304 Strategy.doc      3/3/2004 10:02 7/22/2008 13:25       41,472
FILE    CC 5-14.ppt     5/11/2003 17:00       7/22/2008 13:25       668,672
FILE    CC AA Suite Ticketing.doc      9/28/2004 07:24       7/22/2008 13:25       39,936
FILE    CC Launch Plan 9-04.xls        9/10/2002 13:11       7/22/2008 13:25       32,256
FILE    CC Member Overview.ppt 6/22/2006 14:52       7/22/2008 13:25       1,041,920
FILE    CC Northern Cal Oct 2003.xls  11/4/2003 16:33       7/22/2008 13:25       60,928
FILE    CC PPt outline 5-10.doc        5/11/2003 15:05       7/22/2008 13:25       22,016
FILE    CC Society Inventory.efx       12/18/2003 14:02       7/22/2008 13:25       380,700
FILE    CC Southern Cal-Oct 2003.xls  11/4/2003 16:40       7/22/2008 13:25       433,664
FILE    CC Survey Summary 1-03.ppt     2/6/2003 11:34 7/22/2008 13:25       1,690,112
FILE    CLUB CORP 15.0 - 101702.xls   2/19/2003 09:44       7/22/2008 13:25       339,968
FILE    Club Training Pres 7-03.ppt   10/13/2003 11:12       7/22/2008 13:25       642,560
FILE    ClubCorp Concierge Pilot Final Report 07-25-02.doc  12/10/2002 12:49       7/22/2008 13:25
        175,616
FILE    ClubCorp Final Report07-23-02__robeson comments.doc 7/22/2002 10:01       7/22/2008 13:25
        129,536
FILE    clubcorp inventory.efx 12/18/2003 14:02       7/22/2008 13:25       380,700
FILE    ClubCorp Launch Approach 09-04-02.doc 9/4/2002 18:13 7/22/2008 13:25       223,744
FILE    ClubCorp Master 1-5.xls        1/9/2003 19:20 7/22/2008 13:25       37,888
FILE    clubCorp Master jan 03.xls     2/6/2003 14:05 7/22/2008 13:25       59,904
FILE    ClubCorp Questions for Les Concierge.doc      9/15/2002 09:00       7/22/2008 13:25
        29,696
FILE    ClubCorp Report 6-24-02.doc   6/24/2002 21:18       7/22/2008 13:25       44,032
FILE    ClubCorp Report 7-1-02__.doc  7/3/2002 08:14 7/22/2008 13:25       51,712
FILE    ClubCorp Stories v2.doc        10/12/2002 11:29       7/22/2008 13:25       36,352
FILE    ClubCorp Strategy 4-031.doc   4/27/2003 09:47       7/22/2008 13:25       55,808
FILE    ClubCorp YTD 2003.xls  10/2/2003 14:21       7/22/2008 13:25       96,256
FILE    ClubCorp_Weekly_Template.xls  1/9/2003 19:20 7/22/2008 13:25       52,736
FILE    ClubCorpfileTest.xls   6/3/2005 13:13 7/22/2008 13:25       290,816
FILE    clubcorpfinal..pdf     2/4/2008 13:20 7/22/2008 13:25       907,161
FILE    clubcorp-members20050225 KB.xls       3/1/2005 14:42 7/22/2008 13:25       594,944
FILE    ClubGuide.pdf  6/22/2006 13:34       7/22/2008 13:25       444,686
FILE    ClubTrainingPres[1].ppt        12/5/2002 22:01       7/22/2008 13:25       317,952
FILE    Compass_Report 6-30-03.xls    7/23/2003 03:56       7/22/2008 13:25       65,024
FILE    Compass_Report 7-15-03.xls    7/23/2003 04:01       7/22/2008 13:25       57,856
FILE    CompassReport Sept04.xls      10/27/2004 13:07       7/22/2008 13:25       263,680
FILE    Concierge ROI model 228.xls   3/1/2005 14:42 7/22/2008 13:25       16,384
FILE    Dallas CC Pres 12-13 final.ppt       12/15/2002 12:15       7/22/2008 13:25       610,304
FILE    Dallas Presentation - 1109.ppt       11/9/2004 10:12       7/22/2008 13:25
        2,586,624
FILE    FinalExecutiveSummaryCC.doc   12/18/2003 07:05       7/22/2008 13:25       193,024
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\ClubCorp\Old\     0      38
        13,116,801
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\ClubCorp\Pricing\ 0      1
        336,384
FILE    ClubCorp111207.xls     11/14/2007 12:04       7/22/2008 13:25       336,384
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\ClubCorp\Pricing\ 0      1
        336,384
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\ClubCorp\Proposal\       0
        15      19,161,412
FILE    ~$sConcierges for ClubCorp 010808.doc 1/8/2008 12:25 7/22/2008 13:25       162
FILE    ~$sConcierges for ClubCorp 012708.doc 2/11/2008 09:02       7/22/2008 13:25       162
FILE    ~WRL1249.tmp    1/30/2008 09:40       7/22/2008 13:25       169,984
FILE    ClubCorp Metrics Overview.ppt 2/4/2008 11:44 7/22/2008 13:25       5,607,424
FILE    ClubCorp Questions 012707.doc 1/29/2008 09:30       7/22/2008 13:25       142,336
FILE    clubcorpfinal..ppt     1/30/2008 11:07       7/22/2008 13:25       7,602,176
FILE    Dallas - LC Presentation 12 - 04rev.ppt      2/11/2008 08:48       7/22/2008 13:25
        253,440
FILE    Gold Requests (2).xls  2/27/2008 11:26       7/22/2008 13:25       25,088
```

FILE LC Ultimate Prog Concepts 022208mm.ppt 2/23/2008 11:35 7/22/2008 13:25 1,453,056
FILE LesConcierges for ClubCorp 010808.doc 1/8/2008 22:06 7/22/2008 13:25 153,088
FILE LesConcierges for ClubCorp 012708.doc 1/30/2008 14:50 7/22/2008 13:25 326,656
FILE LesConcierges for ClubCorp 020108.doc 2/1/2008 11:03 7/22/2008 13:25 303,616
FILE LesConcierges for ClubCorp 021308.doc 2/21/2008 11:01 7/22/2008 13:25 224,256
FILE LesConcierges overview for ClubCorp.ppt 2/28/2008 11:13 7/22/2008 13:25 2,871,808
FILE Market Research Questions.doc 2/1/2008 10:18 7/22/2008 13:25 28,160
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\ClubCorp\Proposal\ 0 15 19,161,412
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\ClubCorp\ 3 90 71,753,783
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\ClubPlus\ 0 2 2,270,720
FILE ClubPlus Account Summary.doc 9/26/2003 15:26 7/22/2008 13:25 31,744
FILE LC Ultimate Prog Concepts 022608fi.ppt 2/27/2008 11:17 7/22/2008 13:25 2,238,976
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\ClubPlus\ 0 2 2,270,720
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\CMG Canada\ 1 2 81,920
FILE CMG Canada - LC Deal Points 102804 v2.doc 10/28/2004 15:38 7/22/2008 13:25 41,472
FILE CMG Canada - LC Deal Points 102804.doc 10/28/2004 11:02 7/22/2008 13:25 40,448
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\CMG Canada\Sales Process\ 0 15 4,549,632
FILE b keenan article.doc 7/18/2004 19:38 7/22/2008 13:25 26,112
FILE Carlson Marketing Group -concierge rfp.doc 6/29/2004 09:21 7/22/2008 13:25 483,328
FILE CMG and LesConcierges 7-04a.doc 7/16/2004 14:13 7/22/2008 13:25 320,512
FILE CMG and LesConcierges 7-04b.doc 7/18/2004 19:37 7/22/2008 13:25 350,720
FILE CMG and LesConcierges 7-04c.doc 7/20/2004 18:25 7/22/2008 13:25 499,712
FILE CMG and LesConcierges 7-04d.doc 7/22/2004 04:38 7/22/2008 13:25 566,784
FILE CMG and LesConcierges v2.doc 7/22/2004 08:15 7/22/2008 13:25 464,384
FILE CMG and LesConcierges v3.doc 7/22/2004 09:00 7/22/2008 13:25 467,456
FILE cmg notes 071704.doc 7/21/2004 10:31 7/22/2008 13:25 25,600
FILE CMG Requirements Definition les concierges.doc 9/28/2004 10:24 7/22/2008 13:25 54,272
FILE CMG RFP 1.0.doc 7/13/2004 14:57 7/22/2008 13:25 485,376
FILE LesConcierges overview for CMG - MWR re-draft.doc 6/10/2004 15:54 7/22/2008 13:25 135,680
FILE LesConcierges overview for CMG.doc 6/10/2004 19:46 7/22/2008 13:25 81,408
FILE LesConcierges proposal for CMG Canada 10-15.doc 10/19/2004 14:03 7/22/2008 13:25 284,160
FILE LesConcierges proposal for CMG Canada.doc 7/22/2004 16:16 7/22/2008 13:25 304,128
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\CMG Canada\Sales Process\ 0 15 4,549,632
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\CMG Canada\ 1 17 4,631,552
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\CMG Europe\ 1 26 53,634,473
FILE 2005 01 26 Les Concierges.doc 1/26/2005 05:17 7/22/2008 13:25 99,840
FILE CMG Europe Credit Card Pricing 10-15-04.xls 10/15/2004 04:33 7/22/2008 13:25 14,848
FILE CMG Outline.doc 7/26/2004 13:11 7/22/2008 13:25 22,528
FILE CMG Requirements Definition les concierges.doc 9/28/2004 10:24 7/22/2008 13:25 54,272
FILE LC Overview for CMG Europe 11.19.04.ppt 11/22/2004 16:47 7/22/2008 13:25 11,340,800
FILE LC Overview for CMG Europe 11.19.042.ppt 11/22/2004 19:05 7/22/2008 13:25 11,342,336
FILE LC Overview for CMG Europe 11.23 p2.ppt 11/24/2004 05:53 7/22/2008 13:25 2,558,464
FILE LC Overview for CMG Europe 11.23 p3.ppt 11/24/2004 05:54 7/22/2008 13:25 2,711,040
FILE LC Overview for CMG Europe 11.23.ppt 11/24/2004 05:52 7/22/2008 13:25 1,260,032
FILE LC Overview for CMG Europe 11.23p4.ppt 11/24/2004 05:54 7/22/2008 13:25 867,840
FILE LC Overview for CMG Europe final.ppt 11/24/2004 11:30 7/22/2008 13:25 7,257,088
FILE LC Overview for MBNA Europe final.ppt 1/21/2005 07:41 7/22/2008 13:25

6,792,704
FILE MBNA Europe - CLG.doc 10/11/2004 20:50 7/22/2008 13:25 61,440
FILE MBNA Europe Points Marketing Segmentation and Targeting.ppt 2/7/2005 01:20 7/22/2008 13:25 61,952
FILE MBNA RFP (final draft 0.7) -suppliers.zip 11/16/2004 14:58 7/22/2008 13:25 1,314,740
FILE MBNA UK Forecasts.xls 2/2/2005 07:03 7/22/2008 13:25 14,336
FILE MBNA UK Proposal 10-04.doc 10/11/2004 15:39 7/22/2008 13:25 4,077,568
FILE NPTON.DOC 1/24/2005 18:51 7/22/2008 13:25 482,304
FILE partner process.pdf 11/23/2004 10:03 7/22/2008 13:25 158,727
FILE Reward TCs v 1.3 (No Tracking) v2.doc 2/23/2005 04:58 7/22/2008 13:25 74,752
FILE Reward TCs v 1.3 (No Tracking).doc 2/18/2005 07:53 7/22/2008 13:25 70,656
FILE Rewards A.zip 11/18/2004 15:47 7/22/2008 13:25 2,138,301
FILE Rewards B.zip 11/18/2004 15:49 7/22/2008 13:25 728,369
FILE RFP Invitation and NDA Les Concierges.doc 10/11/2004 06:13 7/22/2008 13:25 51,200
FILE Target Info.ppt 2/3/2005 10:39 7/22/2008 13:25 71,168
FILE Thumbs.db 6/21/2006 12:31 7/22/2008 13:25 7,168
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\CMG Europe\RFP\ 0 4 8,708,096
FILE CMG Europe PPT to MBNA 11-19.ppt 11/20/2004 13:42 7/22/2008 13:25 3,421,184
FILE MBNA RFP (final draft 0.7) - ebay edit.doc 11/1/2004 14:05 7/22/2008 13:25 1,760,768
FILE Rewards A.ppt 11/18/2004 20:14 7/22/2008 13:25 2,379,264
FILE Rewards B.ppt 11/18/2004 20:13 7/22/2008 13:25 1,146,880
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\CMG Europe\RFP\ 0 4 8,708,096
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\CMG Europe\ 1 30 62,342,569
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\colloquy\ 0 1 3,196,675
FILE v14i4.pdf 2/20/2007 13:53 7/22/2008 13:25 3,196,675
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\colloquy\ 0 1 3,196,675
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Company Fncls\ 0 3 380,416
FILE Cost Cutting 121806.xls 12/19/2006 05:51 7/22/2008 13:25 16,384
FILE PL121806.xls 12/19/2006 05:51 7/22/2008 13:25 358,912
FILE Thumbs.db 2/26/2007 05:41 7/22/2008 13:25 5,120
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Company Fncls\ 0 3 380,416
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\competitors\ 4 10 5,265,495
FILE Competitive Analysis 3-04.xls 3/24/2004 14:36 7/22/2008 13:25 40,960
FILE Competitive overview for K4 2.25.06.doc 2/26/2007 13:36 7/22/2008 13:25 945,152
FILE CompProfiles.doc 2/25/2007 13:45 7/22/2008 13:25 91,136
FILE Concierge Competitive Analysis.doc 7/30/2005 22:09 7/22/2008 13:25 63,488
FILE Membership_Application_Form_DualUS.doc 9/26/2005 17:04 7/22/2008 13:25 73,216
FILE RPMC GE Money Americas Response 4_4_07.doc 5/21/2008 10:21 7/22/2008 13:25 410,624
FILE Stratus vs Centurion 3 23 05.xls 3/6/2006 16:59 7/22/2008 13:25 68,608
FILE Thumbs.db 2/17/2008 08:15 7/22/2008 13:25 5,632
FILE Travel Guard AIG TG GE RFI 04-07.pdf 5/21/2008 10:22 7/22/2008 13:25 373,335
FILE VIPdesk Proposal to Delta 1214_FINAL.doc 2/14/2008 15:25 7/22/2008 13:21 3,193,344
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\competitors\Circles\ 0 16 6,433,196
FILE 5d6d024.efx 6/21/2008 21:41 7/22/2008 13:25 354,992
FILE 5d6e7b11.efx 6/21/2008 21:41 7/22/2008 13:25 411,796
FILE 5d7f4921.efx 6/21/2008 21:40 7/22/2008 13:25 279,856
FILE 5dbf8e32.efx 6/21/2008 21:41 7/22/2008 13:25 124,492
FILE ChartsCircles.tif 6/21/2008 21:44 7/22/2008 13:25 851,395
FILE Circles Deck 11/17/2003 11:56 7/22/2008 13:25 601,956
FILE Circles Pricing - LC Version.xls 9/24/2003 08:15 7/22/2008 13:25 29,696
FILE Circles pricing evaluation.doc 9/23/2003 09:36 7/22/2008 13:25 23,040
FILE Circles Pricing.xls 9/23/2003 07:53 7/22/2008 13:25 16,896
FILE Circles RFI Response 3_26_07.pdf 5/21/2008 10:21 7/22/2008 13:25 306,670
FILE Circles1.tif 6/21/2008 21:44 7/22/2008 13:25 711,433
FILE CirclesAppendices.tif 6/21/2008 21:43 7/22/2008 13:25 777,732
FILE CirclesBPlan.pdf 6/21/2008 21:52 7/22/2008 13:25 1,552,558
FILE CirclesOrg.tif 6/21/2008 21:45 7/22/2008 13:25 310,196
FILE citi vip promo.efx 7/19/2005 10:04 7/22/2008 13:25 60,520

FILE FPA Competitor Pricing.xls 9/26/2003 12:39 7/22/2008 13:25 19,968
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\competitors\Circles\ 0 16 6,433,196
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\competitors\Profiles\ 0 8 800,768
FILE Competitive Intelligence Profile 2 Places at One Time 1-05a.doc 1/20/2005 13:01 7/22/2008 13:25 58,368
FILE Competitive Intelligence Profile Best Upon Request 1-05.doc 1/13/2005 12:16 7/22/2008 13:25 58,368
FILE Competitive Intelligence Profile Circles 1-05.doc 1/20/2005 13:20 7/22/2008 13:25 80,384
FILE Competitive Intelligence Profile MintLA 1-05.doc 1/13/2005 12:16 7/22/2008 13:25 56,320
FILE Competitive Intelligence Profile Quintessentially 1-05.doc 1/20/2005 13:14 7/22/2008 13:25 74,752
FILE Competitive Intelligence Profile tenuk 1-05.doc 1/13/2005 12:16 7/22/2008 13:25 57,856
FILE Competitive Intelligence Profile VIPdesk 1-05.doc 1/20/2005 13:23 7/22/2008 13:25 79,872
FILE Competitive Profiles July 05.doc 7/30/2005 21:40 7/22/2008 13:25 334,848
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\competitors\Profiles\ 0 8 800,768
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\competitors\Q\ 0 3 1,378,304
FILE Quintessentiall SCTLevels1-3-FINAL.xls 5/21/2008 10:21 7/22/2008 13:25 351,744
FILE Quintessentially USA Corporate NoMmb 2007.ppt 5/21/2008 10:21 7/22/2008 13:25 758,272
FILE Quintessentially GE Money RFI.doc 5/21/2008 10:21 7/22/2008 13:25 268,288
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\competitors\Q\ 0 3 1,378,304
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\competitors\VIP\ 0 5 8,716,517
FILE Relevant_Rewards.pdf 6/23/2004 09:58 7/22/2008 13:25 106,081
FILE Relevant_Rewards_Retail.pdf 6/23/2004 09:58 7/22/2008 13:25 129,148
FILE VIP Balance Sheet.pdf 6/23/2007 08:40 7/22/2008 13:25 635,763
FILE VIP Experiences_031207.pdf 5/21/2008 10:22 7/22/2008 13:25 2,424,988
FILE VIPdesk_GEMoney_RFPresponse_04062007.pdf 5/21/2008 10:22 7/22/2008 13:25 5,420,537
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\competitors\VIP\ 0 5 8,716,517
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\competitors\ 4 42 22,594,280
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\cross functional\ 0 6 364,544
FILE Cross Functional Meeting Minutes 7.15.05.doc 7/17/2005 10:23 7/22/2008 13:25 30,208
FILE Cross Functional Meeting Minutes 7.15.05v2.doc 7/21/2005 13:46 7/22/2008 13:25 29,184
FILE Meeting Agenda 11.1.05.doc 10/31/2005 18:39 7/22/2008 13:25 119,296
FILE Meeting Agenda 7.21.05v2.doc 7/21/2005 13:45 7/22/2008 13:25 30,208
FILE Meeting Minutes 8.04.05.doc 8/8/2005 10:43 7/22/2008 13:25 67,584
FILE Meeting Minutes 9.15.05.doc 9/22/2005 10:25 7/22/2008 13:25 88,064
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\cross functional\ 0 6 364,544
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Culture ROI\ 0 22 3,086,660
FILE ~$aching Call Feedback - Robeson - Week 3.doc 11/9/2005 14:25 7/22/2008 13:25 162
FILE ~$ekly CD Notes.doc 11/2/2005 00:23 7/22/2008 13:25 162
FILE 2005 Culture ROI Survey.doc 9/20/2005 09:57 7/22/2008 13:25 36,352
FILE Coaching Call Feedback - Robeson - Week 3.doc 11/8/2005 22:22 7/22/2008 13:25 400,384
FILE Coaching Call Feedback.doc 10/13/2005 19:33 7/22/2008 13:25 401,408
FILE culture ROI action plan - Robeson.xls 10/5/2005 03:41 7/22/2008 13:25 15,872
FILE Homework week 2.doc 11/2/2005 00:27 7/22/2008 13:25 20,480
FILE Homework week 3 Mark.doc 11/2/2005 00:09 7/22/2008 13:25 23,552
FILE Homework week 4 Mark.doc 11/8/2005 21:13 7/22/2008 13:25 25,088
FILE Homework week 4.doc 11/8/2005 09:03 7/22/2008 13:25 22,528
FILE Homework week 5 MR.doc 11/16/2005 10:43 7/22/2008 13:25 20,480
FILE Homework week 5.doc 11/9/2005 15:08 7/22/2008 13:25 22,528
FILE Homework week 6 MWR.doc 11/29/2005 10:25 7/22/2008 13:25 22,528
FILE Homework week 6.doc 11/28/2005 07:49 7/22/2008 13:25 22,528
FILE Notes with Hendre 11-2.doc 11/2/2005 10:55 7/22/2008 13:25 20,992
FILE one-on-one 11-18.doc 11/18/2005 07:02 7/22/2008 13:25 19,968

FILE Quantum 2 Pre Questionnaire.doc 4/29/2006 10:55 7/22/2008 13:25 413,696
FILE Quantum II Coaching Journey 2006.doc 6/21/2006 05:41 7/22/2008 13:25 496,640
FILE Quantum II Coaching Journey 2006MR.doc 7/11/2006 20:04 7/22/2008 13:25
509,952
FILE Quantum II Coaching Journey 2006MR1.doc 10/6/2006 09:26 7/22/2008 13:25
528,896
FILE ROI Notes 100206.doc 10/2/2006 10:53 7/22/2008 13:25 24,576
FILE Weekly CD Notes.doc 11/29/2005 10:25 7/22/2008 13:25 37,888
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Culture ROI\ 0 22
3,086,660
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\diners\ 0 14
1,843,200
FILE Club Rewards example menus.doc 11/16/2001 19:17 7/22/2008 13:24 41,472
FILE diners - club rewards service descriptions.doc 10/31/2001 14:48 7/22/2008 13:24
32,256
FILE diners avg pricing.xls 11/21/2001 09:51 7/22/2008 13:24 51,200
FILE Diners Club club rewards.doc 10/10/2001 17:02 7/22/2008 13:24 91,136
FILE Diners Club prompt questions version 2.doc 11/15/2001 14:16 7/22/2008 13:24
36,352
FILE Diners Club service caveats 2.doc 11/15/2001 14:15 7/22/2008 13:24 31,744
FILE Diners Cost Matrix.doc 3/19/2002 17:37 7/22/2008 13:24 28,672
FILE diners dispute.doc 4/16/2005 12:35 7/22/2008 13:24 20,992
FILE Diners Personal Services - Club Rewards.doc 9/20/2001 13:18 7/22/2008 13:24
342,016
FILE Diners Personal Services Prompts.doc 10/29/2001 13:26 7/22/2008 13:24 39,936
FILE Diners Pts Incentive.ppt 9/15/2004 11:16 7/22/2008 13:24 364,544
FILE Expenses6.09.06.xls 6/21/2006 12:32 7/22/2008 13:24 33,280
FILE Generic Discover Network Training Materials - June 2008.ppt 6/11/2008 05:33
7/22/2008 13:24 682,496
FILE Golf RFP.doc 8/27/2003 10:07 7/22/2008 13:24 47,104
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\diners\ 0 14
1,843,200
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Discover\ 8 41
44,923,161
FILE Concierge Description.ppt 10/30/2007 06:21 7/22/2008 13:24 1,719,808
FILE DFS Reconciliation Worksheet.xls 8/28/2008 12:54 8/28/2008 10:49 21,504
FILE DFS_ROI_Model.xls 9/10/2008 12:23 9/10/2008 12:23 36,352
FILE Disc101007.xls 10/9/2007 08:40 7/22/2008 13:24 415,744
FILE DiscForecast.xls 1/15/2008 15:56 7/22/2008 13:24 23,040
FILE DiscForecast011108.xls 1/16/2008 07:48 7/22/2008 13:24 23,552
FILE DiscForecast022708.xls 2/27/2008 09:28 7/22/2008 13:24 32,256
FILE DiscForecast041008.xls 4/11/2008 09:18 7/22/2008 13:24 35,840
FILE DiscForecast041408.xls 4/15/2008 07:07 7/22/2008 13:24 38,912
FILE DiscForecast0601.xls 7/2/2008 08:45 7/22/2008 13:24 39,424
FILE Discover 020408.doc 2/4/2008 12:57 7/22/2008 13:24 413,696
FILE Discover Forecast 050108.xls 5/4/2008 14:04 7/22/2008 13:24 15,872
FILE Discover notes.doc 12/19/2007 02:42 7/22/2008 13:24 30,208
FILE Discover Program Design II.ppt 11/29/2007 09:13 7/22/2008 13:24
5,841,920
FILE Discover Program Design.ppt 11/28/2007 12:31 7/22/2008 13:24 778,240
FILE Discover Remdiation.xls 7/15/2008 14:34 7/22/2008 13:24 16,896
FILE Discover Shhots.ppt 6/13/2008 10:12 7/22/2008 13:24 630,272
FILE Discover1021.ppt 10/22/2007 12:16 7/22/2008 13:24 33,792
FILE DiscoverCardPricing.xls 10/9/2007 18:15 7/22/2008 13:24 393,216
FILE DiscoverCardPricing_2008_02_08.xls 2/8/2008 08:37 7/22/2008 13:24 1,256,960
FILE DiscoverCardPricing_2008_04_21.xls 4/24/2008 08:09 7/22/2008 13:24
1,259,520
FILE DiscoverCardPricing38%.xls 10/9/2007 19:33 7/22/2008 13:24 541,696
FILE DiscoverCardPricing38%2.xls 10/18/2007 12:53 7/22/2008 13:24 543,232
FILE DiscoverCardPricing38%3.xls 10/22/2007 08:36 7/22/2008 13:24 551,424
FILE DiscoverCardPricing4.xls 10/21/2007 08:33 7/22/2008 13:24 547,328
FILE DiscPriv3LJOK.ppt 10/19/2007 11:25 7/22/2008 13:24 33,792
FILE Dispute and Customer Service Scenarios.doc 11/13/2007 12:40 7/22/2008 13:24
22,528
FILE LC Response 101007.pdf 10/9/2007 19:34 7/22/2008 13:24 244,603
FILE LCforDiscover042108.ppt 4/21/2008 20:12 7/22/2008 13:24 4,331,008
FILE LCforDiscover100807 1.ppt 10/3/2007 17:45 7/22/2008 13:24 1,701,888
FILE LCforDiscover100807.ppt 10/3/2007 07:42 7/22/2008 13:24 2,208,256
FILE LCforDiscover101007.ppt 10/10/2007 11:50 7/22/2008 13:24 2,258,432
FILE LCforDiscoverROI.ppt 10/17/2007 12:59 7/22/2008 13:24 3,915,776
FILE LCforDiscoverScreenShots.ppt 10/17/2007 13:05 7/22/2008 13:24 3,932,160
FILE LCforDiscoverScreenShots1.ppt 10/17/2007 13:20 7/22/2008 13:24 1,939,456
FILE LCforDiscoverScreenShots2.ppt 10/17/2007 13:20 7/22/2008 13:24 3,929,600
FILE LCScreenShots.pdf 10/17/2007 13:25 7/22/2008 13:24 2,930,579
FILE LesConcierges for Discover 101007.pdf 10/10/2007 08:14 7/22/2008 13:24 929,291

FILE Premium Card Webinar_FINALMR.ppt 4/2/2008 14:31 7/22/2008 13:24 1,275,904
FILE Price Matrix - LesConcierges.xls 10/9/2007 19:31 7/22/2008 13:24 21,504
FILE Thumbs.db 2/28/2008 11:14 7/22/2008 13:24 7,680
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Discover\Agendas\ 0 1 47,616
FILE Discover agenda 11-29-07.doc 11/29/2007 09:14 7/22/2008 13:24 47,616
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Discover\Agendas\ 0 1 47,616
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Discover\Contract\ 0 8 1,338,018
FILE ~$LANTA-#843571-v8-LesConcierges_Agreement_(Final_Draft_Execution_Version)_.doc 7/25/2008 05:43 7/25/2008 05:43 162
FILE ATLANTA-#843571-v8-LesConcierges_Agreement_(Final_Draft_Execution_Version)_.doc 4/29/2008 09:49 7/22/2008 13:24 537,088
FILE DFS LOI (oct 25 comments).doc 10/26/2007 08:48 7/22/2008 13:24 74,752
FILE DFS LOI (oct 25 comments)2.doc 10/29/2007 07:09 7/22/2008 13:24 70,656
FILE DiscoverLCTermSheet111707.doc 12/12/2007 10:17 7/22/2008 13:24 78,336
FILE DiscoverLCTermSheet121707.doc 12/12/2007 10:30 7/22/2008 13:24 90,112
FILE LC-DFS LOI (LC Comments) (26Oct2007) - FINAL.doc 10/29/2007 07:06 7/22/2008 13:24 70,656
FILE Les_Conceirges_Agreement-12_06_07-tracked-changes.DOC 12/6/2007 16:16 7/22/2008 13:24 416,256
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Discover\Contract\ 0 8 1,338,018
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Discover\Forecasts\ 0 1 20,480
FILE LesConcierges Forecast - 2008 - v3.xls 8/1/2008 08:19 8/1/2008 08:19 20,480
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Discover\Forecasts\ 0 1 20,480
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Discover\Marketing\ 0 2 391,680
FILE LesConcierges Program Overview - v4.doc 6/10/2008 11:29 7/22/2008 13:24 193,536
FILE LesConcierges Program Overview - v5.doc 6/10/2008 12:11 7/22/2008 13:24 198,144
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Discover\Marketing\ 0 2 391,680
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Discover\Reports\ 0 4 276,480
FILE Discover Card Report 2008_07.xls 8/7/2008 12:06 8/7/2008 12:06 67,584
FILE Discover Card Report 2008_09.xls 10/6/2008 11:42 10/6/2008 11:30 67,584
FILE Discover Network Report 2008_03.xls 4/8/2008 11:57 7/22/2008 13:24 69,120
FILE Discover Network Report 2008_04.xls 5/7/2008 05:27 7/22/2008 13:24 72,192
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Discover\Reports\ 0 4 276,480
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Discover\RFP and Proposal\ 0 3 1,543,680
FILE Concierge Service Requirements Follow-Up.doc 10/4/2007 07:46 7/22/2008 13:24 33,792
FILE LesConcierges for Discover 101007.doc 10/10/2007 08:10 7/22/2008 13:24 1,420,800
FILE Premium Card Concierge Services - LesConcierges.doc 10/1/2007 18:25 7/22/2008 13:24 89,088
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Discover\RFP and Proposal\ 0 3 1,543,680
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Discover\Term Sheet\ 0 5 299,008
FILE Additional Questions - 1 - LC Response.doc 10/18/2007 12:53 7/22/2008 13:24 57,344
FILE Concierge Service Requirements Follow-Up LC Resp 101007.doc 10/9/2007 18:55 7/22/2008 13:24 47,104
FILE Discover - Additional Questions - 2.doc 10/23/2007 09:30 7/22/2008 13:24 49,664
FILE Discover Dispute and Customer Service Scenariosrev.doc 12/7/2007 15:41 7/22/2008 13:24 44,544
FILE Premium Card Concierge Services - LesConciergesLCResonse 101007.doc 10/9/2007 18:31 7/22/2008 13:24 100,352
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Discover\Term Sheet\ 0 5 299,008
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Discover\Updates\ 0 2 5,050,368
FILE DFS Q1-Q2 08.ppt 8/29/2008 12:21 8/28/2008 13:03 3,237,888
FILE DFS Review Q2-Q3 08.ppt 9/10/2008 12:17 9/10/2008 12:03 1,812,480
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Discover\Updates\ 0 2 5,050,368

| | | | | |
|---|---|---|---|---|
| TOTAL | S:\Documents and Settings\Mark Robeson\My Documents\Work\Discover\ | 8 | 67 | 53,890,491 |
| FOLDER | S:\Documents and Settings\Mark Robeson\My Documents\Work\Exec\ | 6 | 41 | 14,061,056 |
| FILE | 2008 KPIs.xls | 7/31/2008 03:55 | 7/30/2008 14:00 | 64,512 |
| FILE | Accounting & Finance Draft for Sept meeting.ppt | 7/30/2008 13:59 | 7/30/2008 13:58 | 499,712 |
| FILE | Advisory Board Spreadsheet_011607(1).xls | 7/25/2008 12:01 | 7/25/2008 12:01 | 18,432 |
| FILE | Advisory Board Spreadsheet_011607(2).xls | 8/20/2008 10:02 | 8/20/2008 10:02 | 15,872 |
| FILE | Calls Dashboard.xls | 3/28/2008 05:35 | 7/22/2008 13:24 | 23,040 |
| FILE | Collective T&E.xls | 7/24/2007 16:10 | 7/22/2008 13:24 | 20,480 |
| FILE | Contract Billing Information Q1 08 0104.xls | 1/9/2008 12:58 | 7/22/2008 13:24 | 1,153,024 |
| FILE | Current Cash position 060208.xls | 6/2/2008 07:13 | 7/22/2008 13:24 | 46,080 |
| FILE | Customer Loyalty Preso Handout.xls | 5/7/2006 13:05 | 7/22/2008 13:24 | 601,088 |
| FILE | Doug_Transition_Items.doc | 3/5/2008 09:03 | 7/22/2008 13:24 | 127,488 |
| FILE | Exec Goals Q2 08.xls | 4/28/2008 07:20 | 7/22/2008 13:24 | 23,040 |
| FILE | Exec offsite August 27 2007.ppt | 9/24/2007 09:49 | 7/22/2008 13:24 | 216,064 |
| FILE | FINAL BUDGET 0208.xls | 8/11/2008 07:43 | 7/22/2008 13:24 | 635,392 |
| FILE | Financial Statement Sep.Oct 2005.xls | 1/11/2006 11:16 | 7/22/2008 13:24 | 497,664 |
| FILE | General Ledger. Jan 1 to May 31 2007.xls | 7/26/2007 16:07 | 7/22/2008 13:24 | 1,860,096 |
| FILE | Initiative Business Model.xls | 10/22/2007 07:58 | 7/22/2008 13:24 | 41,984 |
| FILE | LC AMs 112707.ppt | 11/27/2007 09:16 | 7/22/2008 13:24 | 757,248 |
| FILE | LC Client List - Coded.xls | 7/31/2008 14:16 | 7/31/2008 14:16 | 15,872 |
| FILE | LC Sales Board 013008.ppt | 1/29/2008 11:39 | 7/22/2008 13:24 | 257,536 |
| FILE | LC Sales Board 073008.ppt | 7/31/2008 14:12 | 7/30/2008 07:11 | 279,040 |
| FILE | LC Sales Board 092208.ppt | 9/22/2008 11:52 | 9/22/2008 11:52 | 256,512 |
| FILE | LC Sales Board 10-29.ppt | 10/29/2007 08:59 | 7/22/2008 13:24 | 732,160 |
| FILE | LC Strategy discussion doc 9 6 07.ppt | 9/14/2007 11:13 | 7/22/2008 13:24 | 1,700,864 |
| FILE | LC_Forecast_2007_08_14a (3).xls | 8/28/2007 12:50 | 7/22/2008 13:24 | 471,552 |
| FILE | LC_Revenue 062607 - mr0705.xls | 8/2/2007 13:00 | 7/22/2008 13:24 | 430,592 |
| FILE | LesConcierges 2007.xls | 8/8/2008 11:43 | 8/8/2008 11:43 | 747,008 |
| FILE | Linda Phrases.doc | 8/7/2006 14:03 | 7/22/2008 13:24 | 28,672 |
| FILE | management offsite strategic discussion2.ppt | 5/30/2007 21:01 | 7/22/2008 13:24 | 239,104 |
| FILE | Minutes VP 060908.doc | 6/10/2008 09:03 | 7/22/2008 13:24 | 36,864 |
| FILE | New customer set-up form.xls | 6/2/2008 07:29 | 7/22/2008 13:24 | 23,552 |
| FILE | Offsite Notes 021207.doc | 2/13/2007 18:06 | 7/22/2008 13:24 | 31,744 |
| FILE | Operations Review for Board Meeting-2008_Q2.ppt | 7/30/2008 13:09 | 7/30/2008 13:08 | 304,128 |
| FILE | Pipeline 6-10-08.xls | 6/14/2008 10:08 | 7/30/2008 07:18 | 45,568 |
| FILE | Profitability Analysis Customer Loyalty.xls | 2/20/2008 09:19 | 7/22/2008 13:24 | 55,808 |
| FILE | PTO 1.15.08.xls | 6/5/2008 15:04 | 7/22/2008 13:24 | 30,208 |
| FILE | Q1 Budget to Actual Detail.xls | 6/3/2008 15:20 | 7/22/2008 13:24 | 752,640 |
| FILE | Robeson-LJ Discussion 112807.ppt | 11/27/2007 10:13 | 7/22/2008 13:24 | 732,672 |
| FILE | Sales preso charts.xls | 10/24/2007 09:07 | 7/22/2008 13:24 | 24,576 |
| FILE | Sales preso charts2.xls | 10/25/2007 20:45 | 7/22/2008 13:24 | 32,768 |
| FILE | Sales Review Aug 27.ppt | 9/24/2007 17:40 | 7/22/2008 13:24 | 219,136 |
| FILE | Thumbs.db | 2/19/2008 15:19 | 7/22/2008 13:24 | 11,264 |
| FOLDER | S:\Documents and Settings\Mark Robeson\My Documents\Work\Exec\Account Director\ | 3 | 21 | 3,812,352 |
| FILE | 2006_Q4_Cust_Loyalty_Initiatives.xls | 10/12/2006 10:35 | 7/22/2008 13:24 | 18,432 |
| FILE | AD Stuff.xls | 4/17/2006 08:56 | 7/22/2008 13:24 | 14,848 |
| FILE | Client Services Infrastructure.doc | 4/20/2006 17:51 | 7/22/2008 13:24 | 37,376 |
| FILE | Client Svs - Travel Needs and Calendar.xls | 4/25/2006 06:33 | 7/22/2008 13:24 | 42,496 |
| FILE | CS Infrastructure Calendar and Checklist.xls | 4/20/2006 17:45 | 7/22/2008 13:24 | 30,720 |
| FILE | Cust_Loyalty_Pipeline.xls | 5/23/2006 07:05 | 7/22/2008 13:24 | 37,376 |
| FILE | Loyalty Programs Term Sheet Matrix.xls | 4/28/2006 07:02 | 7/22/2008 13:24 | 33,280 |
| FILE | Marketing and Program Design mr.doc | 10/30/2006 10:50 | 7/22/2008 13:24 | 105,984 |
| FILE | Profile Questions 8 8 06.doc | 9/2/2006 12:37 | 7/22/2008 13:24 | 47,616 |
| FILE | ProgramDesign_092305_LK.ppt | 6/16/2006 07:46 | 7/22/2008 13:24 | 1,131,520 |
| FILE | Q2 Account Ownership.xls | 5/19/2007 05:42 | 7/22/2008 13:24 | 24,576 |
| FILE | Q206 Corporate MarketingMR.ppt | 5/1/2006 08:06 | 7/22/2008 13:24 | 818,688 |
| FILE | Q206 Corporate MarketingMRv2.ppt | 5/3/2006 16:11 | 7/22/2008 13:24 | 968,704 |
| FILE | Robeson Calendar and Budget Apr 10.xls | 4/17/2006 08:56 | 7/22/2008 13:24 | 17,408 |
| FILE | Sample Virtual 4-06.xls | 4/17/2006 08:55 | 7/22/2008 13:24 | 47,616 |

FILE Strategy_ Q2_06_Cust_Loyalty.xls 5/23/2006 06:56 7/22/2008 13:24 42,496
FILE Thumbs.db 10/19/2006 17:59 7/22/2008 13:24 7,168
FILE Time Management Framework.xls 9/23/2006 07:02 7/22/2008 13:24 20,480
FILE VP Global Sales and Business Development.doc 1/10/2007 12:20 7/22/2008 13:24 100,352
FILE VP Sales and Business Development.doc 12/26/2006 08:46 7/22/2008 13:24 164,864
FILE VP Sales and Business Developmentv2 12/28/2006 09:39 7/22/2008 13:24 100,352
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Exec\Account Director\Customer Loyalty\ 0 4 7,494,656
FILE Client Interview Questionnaire.doc 6/27/2006 11:58 7/22/2008 13:24 32,768
FILE Client Visit Checklist.doc 6/14/2006 16:16 7/22/2008 13:24 40,960
FILE Customer Loyalty Content Outline.doc 6/9/2006 20:04 7/22/2008 13:24 7,200,256
FILE Web Content Outline v4.doc 7/17/2006 18:40 7/22/2008 13:24 220,672
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Exec\Account Director\Customer Loyalty\ 0 4 7,494,656
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Exec\Account Director\Pricing\ 0 1 22,528
FILE Master Pricing Template.xls 7/14/2006 13:10 7/22/2008 13:24 22,528
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Exec\Account Director\Pricing\ 0 1 22,528
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Exec\Account Director\TimeMgt\ 0 3 107,520
FILE Copy of Time Management Framework Denise.xls 10/20/2006 17:48 7/22/2008 13:24 48,640
FILE Time Management Framework Sample (2).xls 10/20/2006 17:48 7/22/2008 13:24 24,576
FILE Time Management Overview.doc 10/20/2006 17:48 7/22/2008 13:24 34,304
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Exec\Account Director\TimeMgt\ 0 3 107,520
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Exec\Account Director\ 3 29 11,437,056
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Exec\account directorold\ 0 153 21,716,107
FILE 08-09-04ClientConciergeManagerContactList.xls 10/28/2004 13:25 7/22/2008 13:24 270,336
FILE 102804ClientConciergeManagerContactListMWR additions.xls 12/14/2004 13:53 7/22/2008 13:24 47,104
FILE 11-09-04ClientConciergeManagerContactListm.xls 11/10/2004 09:07 7/22/2008 13:24 326,656
FILE 11-10-05 Client Services Agenda - with Minutes.doc 11/16/2005 10:44 7/22/2008 13:24 60,416
FILE 11-20-05 Client Services Minutes.doc 11/28/2005 15:38 7/22/2008 13:24 67,584
FILE 2003 Action Plan Robeson.xls 2/23/2003 21:54 7/22/2008 13:24 106,496
FILE 2003 Projections.xls 6/27/2003 08:30 7/22/2008 13:24 33,792
FILE 2004 Fees 03-19-04.xls 3/24/2004 11:45 7/22/2008 13:24 115,200
FILE 2004 Goals Actual Input - Mark.xls 11/7/2003 07:19 7/22/2008 13:24 352,256
FILE 2004 Goals Actual Input.xls 11/7/2003 05:29 7/22/2008 13:24 351,744
FILE 2004 Goals Template.xls 10/15/2003 09:07 7/22/2008 13:24 272,896
FILE 2004 Jan Agenda II.ppt 1/25/2004 14:29 7/22/2008 13:24 188,928
FILE 2004 Jan Agenda viii.ppt 1/26/2004 23:48 7/22/2008 13:24 231,424
FILE 2004 Jan Agenda.ppt 1/23/2004 13:06 7/22/2008 13:24 188,928
FILE 2004 LC Budget.efx 3/17/2004 11:23 7/22/2008 13:24 155,372
FILE 2005_Q1_Corp_Action_Plan.xls 12/7/2005 20:05 7/22/2008 13:24 47,616
FILE 2005_Q1_Corp_Action_Plan1214.xls 12/15/2005 15:02 7/22/2008 13:24 48,128
FILE 2006 BaseLine Budget-12-19-05 Team Revision.xls 12/19/2005 15:21 7/22/2008 13:24 342,016
FILE 2006 Functional Planning Brainstorm.ppt 10/10/2005 09:35 7/22/2008 13:24 298,496
FILE 2006 Overview Top Level Goals.ppt 9/21/2005 10:45 7/22/2008 13:24 742,400
FILE 3mon_Corp_Action_Plan_2005_11.xls 11/23/2005 09:30 7/22/2008 13:24 23,552
FILE Account Details 120904.xls 12/9/2004 11:10 7/22/2008 13:24 48,640
FILE Account Manager Goals 2004 - Mark.xls 11/7/2003 07:29 7/22/2008 13:24 285,696
FILE Account Manager Goals 2004.xls 11/4/2003 12:32 7/22/2008 13:24 293,888
FILE account review 120904.ppt 12/20/2004 07:51 7/22/2008 13:24 277,504
FILE Account Review Process and Elements 10.17.05.doc 2/12/2006 08:48 7/22/2008 13:24 62,976
FILE Account Review Process and Elements 9.15.05.doc 9/15/2005 07:24 7/22/2008 13:24 68,096
FILE Account Strategy 011705.xls 1/21/2005 08:46 7/22/2008 13:24 53,248
FILE Account Strategy 03-29-04.xls 3/29/2004 10:05 7/22/2008 13:24 60,416
FILE Account Strategy 11-11-04.xls 12/13/2004 12:59 7/22/2008 13:24 65,536
FILE Account Strategy 12-27-04.xls 12/28/2004 16:15 7/22/2008 13:24 72,704
FILE Account Strategy 12-28-04 MR Comments.xls 1/9/2005 18:58 7/22/2008 13:24 69,120
FILE Account Strategy.xls 12/22/2003 14:45 7/22/2008 13:24 27,136
FILE Account Strategy10.xls 3/16/2004 15:39 7/22/2008 13:24 59,904

| | | | | |
|---|---|---|---|---|
| FILE | Account Strategy9.xls | 3/16/2004 12:24 | 7/22/2008 13:24 | 55,296 |
| FILE | Account Strategy-Branding-Marketing Channels 01-17-05.xls | 1/18/2005 14:12 | 7/22/2008 13:24 | 788,992 |
| FILE | Accountability  Responsibilty Matrix 9-24-03.xls | 10/2/2003 04:47 | 7/22/2008 13:24 | 49,152 |
| FILE | Actual Business Plan 03 Overview Mark.xls | 11/7/2003 12:19 | 7/22/2008 13:24 | 126,464 |
| FILE | Actual Business Plan 03 Overview.xls | 11/6/2003 16:09 | 7/22/2008 13:24 | 25,600 |
| FILE | Actual Business Plan 04 Overview - 01-05-04.xls | 1/12/2004 10:05 | 7/22/2008 13:24 | 37,888 |
| FILE | Actual Business Plan 04 Overview - 01-12-04.xls | 1/12/2004 14:28 | 7/22/2008 13:24 | 38,400 |
| FILE | Actual Business Plan 04 Overview - 01-20-04.xls | 1/21/2004 12:40 | 7/22/2008 13:24 | 38,400 |
| FILE | Actual Business Plan 04 Overview - 01-21-04.xls | 2/2/2004 13:11 | 7/22/2008 13:24 | 40,448 |
| FILE | Actual Business Plan 04 Overview - 02-2-04.xls | 2/2/2004 15:57 | 7/22/2008 13:24 | 41,984 |
| FILE | ADDTL XMAS Gifts 04 Europe.xls | 12/15/2004 14:52 | 7/22/2008 13:24 | 28,672 |
| FILE | ADDTL XMAS Gifts 04 Porthos.xls | 12/15/2004 12:52 | 7/22/2008 13:24 | 30,208 |
| FILE | ADDTL XMAS Gifts 04.xls | 12/15/2004 13:27 | 7/22/2008 13:24 | 30,208 |
| FILE | Ambassadair.xls | 12/9/2004 11:07 | 7/22/2008 13:24 | 21,504 |
| FILE | AS Report 10-28-03.xls | 10/29/2003 17:30 | 7/22/2008 13:24 | 120,832 |
| FILE | best docs 04.xls | 12/9/2004 11:07 | 7/22/2008 13:24 | 19,968 |
| FILE | Best Practices 2004 - Master 05-18-04.doc | 5/18/2004 16:01 | 7/22/2008 13:24 | 181,248 |
| FILE | Budget Bizdev T&E Robeson 2006.xls | 4/10/2006 09:27 | 7/22/2008 13:24 | 29,184 |
| FILE | Budget Client Svs T&E Robeson 2006.xls | 4/10/2006 09:27 | 7/22/2008 13:24 | 41,472 |
| FILE | BudgetScenarios020306.xls | 2/3/2006 11:41 | 7/22/2008 13:24 | 36,864 |
| FILE | city list LesConcierges.xls | 6/27/2003 15:06 | 7/22/2008 13:24 | 17,408 |
| FILE | Client Services Agenda 120905.doc | 12/9/2005 09:59 | 7/22/2008 13:24 | 55,296 |
| FILE | Client Services Minutes 120905.doc | 12/15/2005 07:35 | 7/22/2008 13:24 | 62,976 |
| FILE | Client Svs functional goals ppt.ppt | 11/16/2005 11:06 | 7/22/2008 13:24 | 318,976 |
| FILE | Client Svs functional goalsv2.ppt | 11/30/2005 22:20 | 7/22/2008 13:24 | 379,392 |
| FILE | ClientBaseSum092805SummaryFINALMR.xls | 9/28/2005 14:21 | 7/22/2008 13:24 | 50,688 |
| FILE | ClientHolidayGift2003(master)11-20.xls | 11/21/2003 13:51 | 7/22/2008 13:24 | 71,680 |
| FILE | ClientHolidayGift2003(master)11-201.xls | 11/24/2003 09:03 | 7/22/2008 13:24 | 71,680 |
| FILE | Contract Renewal-06-15-04.xls | 6/15/2004 11:03 | 7/22/2008 13:24 | 131,072 |
| FILE | Contract Renewal-06-18-04.xls | 6/18/2004 10:28 | 7/22/2008 13:24 | 128,000 |
| FILE | Contract Renewal-10-25-03 Strategy.xls | 1/12/2004 10:17 | 7/22/2008 13:24 | 133,120 |
| FILE | Copy of ClientBaseSum010106Summary - MR.xls | 4/5/2006 11:45 | 7/22/2008 13:24 | 76,800 |
| FILE | Daily Goal Report 12.09.xls | 12/10/2004 13:23 | 7/22/2008 13:24 | 460,288 |
| FILE | Email_Usage_Guidelines_2005_11_10.doc | 11/11/2005 18:26 | 7/22/2008 13:24 | 50,688 |
| FILE | Email_Usage_Guidelines_v1.2.doc | 11/10/2005 14:11 | 7/22/2008 13:24 | 46,592 |
| FILE | ETRADE 5-29.ppt | 5/29/2003 05:58 | 7/22/2008 13:24 | 144,896 |
| FILE | ETRADE 5-29-03.ppt | 5/29/2003 09:04 | 7/22/2008 13:24 | 142,336 |
| FILE | ETRADE 6-03-03.ppt | 6/4/2003 08:28 | 7/22/2008 13:24 | 144,896 |
| FILE | Expense Pre-Authorization Template.xls | 10/15/2003 13:16 | 7/22/2008 13:24 | 16,384 |
| FILE | FC Staffing Model 121705.xls | 12/19/2005 09:52 | 7/22/2008 13:24 | 71,680 |
| FILE | FC Staffing Model 122105.xls | 12/22/2005 14:23 | 7/22/2008 13:24 | 73,728 |
| FILE | FC Volumes Sept - Nov 05.xls | 12/22/2005 16:14 | 7/22/2008 13:24 | 20,480 |
| FILE | Functional Planning Meeting 11-30.doc | 11/30/2005 14:30 | 7/22/2008 13:24 | 35,840 |
| FILE | Functional Planning Meeting 12-01.doc | 12/4/2005 08:52 | 7/22/2008 13:24 | 43,520 |
| FILE | Functional Planning Template - ClntSvs.xls | 11/8/2005 21:50 | 7/22/2008 13:24 | 154,112 |
| FILE | Functional Planning Template.xls | 10/22/2005 04:54 | 7/22/2008 13:24 | 158,208 |
| FILE | Functional Review Format 10-10-05.doc | 10/11/2005 16:32 | 7/22/2008 13:24 | 135,168 |
| FILE | HNWSegmentStrategy.xls | 1/12/2005 11:48 | 7/22/2008 13:24 | 27,648 |
| FILE | Holiday Card-Gifts 2002 Director Copy.xls | 11/4/2003 13:55 | 7/22/2008 13:24 | 22,528 |
| FILE | Holiday-Card-and-Gift-Request-Form_110405.xls | 11/7/2005 07:54 | 7/22/2008 13:24 | 20,992 |
| FILE | Holiday-Gifts-Process-110305.doc | 11/4/2005 18:25 | 7/22/2008 13:24 | 108,032 |
| FILE | Introduction to P&L and budget overrun. Nov 17 2005.ppt | 11/17/2005 08:13 | 7/22/2008 13:24 | 633,856 |
| FILE | LC - Cross Account Populations  Usage Rates v4.xls | 6/27/2001 17:18 | 7/22/2008 13:24 | 123,392 |
| FILE | LC Business Overview tenUK 012105.xls | 1/21/2005 08:43 | 7/22/2008 13:24 | 328,192 |
| FILE | LC Company Summary 04.xls | 2/13/2005 10:29 | 7/22/2008 13:24 | 90,624 |
| FILE | LC List of services ..doc | 8/5/2003 10:00 | 7/22/2008 13:24 | 96,768 |

| | | | | |
|---|---|---|---|---|
| FILE | LC List of services.doc | 8/5/2003 09:58 | 7/22/2008 13:24 | 175,616 |
| FILE | lc logo.gif | 8/2/2001 11:38 | 7/22/2008 13:24 | 9,031 |
| FILE | LC Markets - Onsite Accounts.xls | 4/14/2004 04:12 | 7/22/2008 13:24 | 45,568 |
| FILE | LC Press release.doc | 7/13/2001 07:46 | 7/22/2008 13:24 | 23,040 |
| FILE | LesConciegesLogosRound2.pdf | 1/3/2006 08:45 | 7/22/2008 13:24 | 709,720 |
| FILE | LesConcierges - Account Summary report - 8-13.xls | 8/19/2003 18:45 | 7/22/2008 13:24 | 47,616 |
| FILE | LesConcierges Client Services Expansions Renewals 2003.xls | 10/23/2003 11:36 | 7/22/2008 13:24 | 16,896 |
| FILE | LesConcierges Contact Center Personnel 3-17-04.xls | 3/17/2004 10:50 | 7/22/2008 13:24 | 16,384 |
| FILE | LesConcierges Q1 Action Lists.xls | 12/4/2005 08:55 | 7/22/2008 13:24 | 14,848 |
| FILE | LesConcierges Q1 Action Listsv2.xls | 12/7/2005 12:02 | 7/22/2008 13:24 | 10,240 |
| FILE | LesConcierges_AccountSummary 2004.11.19.doc | 12/7/2004 21:54 | 7/22/2008 13:24 | 44,032 |
| FILE | Linda Ramesh meeting 12-23.doc | 12/23/2003 17:14 | 7/22/2008 13:24 | 32,256 |
| FILE | Marketing_Master_Calendar_121905.xls | 12/19/2005 17:24 | 7/22/2008 13:24 | 15,872 |
| FILE | Mark's client.Oct 2004 FS1.xls | 12/9/2004 11:07 | 7/22/2008 13:24 | 20,480 |
| FILE | Meeting_Agenda_120805.doc | 12/8/2005 12:07 | 7/22/2008 13:24 | 39,936 |
| FILE | Meeting_Minutes_12_15_05.doc | 1/3/2006 08:24 | 7/22/2008 13:24 | 79,360 |
| FILE | Meetings - Operating Rules.doc | 11/14/2005 11:26 | 7/22/2008 13:24 | 23,040 |
| FILE | Monthly End Closing Process. July and August 2005.xls | 11/17/2005 15:35 | 7/22/2008 13:24 | 80,384 |
| FILE | NewBiz05tenUK.xls | 1/11/2005 09:11 | 7/22/2008 13:24 | 17,408 |
| FILE | Onsite Accounts.xls | 5/12/2004 12:34 | 7/22/2008 13:24 | 38,400 |
| FILE | Operational Issues Meeting Notes 11-18.doc | 11/23/2005 09:36 | 7/22/2008 13:24 | 87,552 |
| FILE | Operations Director Job Descpription v2.doc | 11/7/2003 08:39 | 7/22/2008 13:24 | 37,376 |
| FILE | Operations Director Job Descpription.doc | 11/7/2003 08:04 | 7/22/2008 13:24 | 36,352 |
| FILE | Pipeline Report 2-2.xls | 2/2/2004 17:43 | 7/22/2008 13:24 | 304,128 |
| FILE | Potential Questions for Scorecard.doc | 6/24/2004 16:02 | 7/22/2008 13:24 | 25,600 |
| FILE | Report for Ramesh - Mark.xls | 3/3/2005 06:51 | 7/22/2008 13:24 | 16,896 |
| FILE | Report for Ramesh.xls | 3/2/2005 20:25 | 7/22/2008 13:24 | 14,848 |
| FILE | Resources-Relationships Plan-Ann Hill.doc | 7/14/2005 11:35 | 7/22/2008 13:24 | 28,672 |
| FILE | Robeson Account Forecast 2006 w-sales.xls | 12/20/2005 06:51 | 7/22/2008 13:24 | 17,408 |
| FILE | Robeson Account Forecast 2006.xls | 12/20/2005 06:51 | 7/22/2008 13:24 | 17,408 |
| FILE | Robeson Accounts List.xls | 10/27/2003 11:17 | 7/22/2008 13:24 | 18,944 |
| FILE | Robeson AD Goals 04.xls | 12/17/2004 15:26 | 7/22/2008 13:24 | 23,040 |
| FILE | Robeson Budget Revised 4-5-06.xls | 4/24/2006 11:18 | 7/22/2008 13:24 | 50,688 |
| FILE | Robeson Company Goals 2004.xls | 3/30/2004 08:42 | 7/22/2008 13:24 | 15,872 |
| FILE | Robeson Dec 2003 Pre-Trip Expense Auth.xls | 11/25/2003 07:01 | 7/22/2008 13:24 | 14,848 |
| FILE | Robeson MAY UPDATE.xls | 5/27/2004 14:29 | 7/22/2008 13:24 | 74,240 |
| FILE | Robeson Performance Eval.xls | 2/3/2006 13:36 | 7/22/2008 13:24 | 55,296 |
| FILE | Robeson Priorities 11-28.xls | 11/29/2005 11:05 | 7/22/2008 13:24 | 22,528 |
| FILE | Robeson Priorities.xls | 10/5/2005 07:15 | 7/22/2008 13:24 | 19,456 |
| FILE | robeson relocate agreement and job desc.doc | 3/16/2003 19:50 | 7/22/2008 13:24 | 36,864 |
| FILE | Robeson resume CWRU[1].jk.DOC | 5/7/2003 22:31 | 7/22/2008 13:24 | 85,504 |
| FILE | Robeson Review 2005.ppt | 12/20/2004 07:46 | 7/22/2008 13:24 | 139,776 |
| FILE | Robeson Snapshot 120904.ppt | 12/10/2004 12:27 | 7/22/2008 13:24 | 160,256 |
| FILE | Scorecard Question Compilation 06-21-04.doc | 6/22/2004 14:26 | 7/22/2008 13:24 | 37,888 |
| FILE | Scorecard Question Compilation 06-22-04.doc | 6/23/2004 08:17 | 7/22/2008 13:24 | 38,400 |
| FILE | Scorecard Question Compilation 070804.doc | 7/8/2004 13:11 | 7/22/2008 13:24 | 68,096 |
| FILE | Scorecard Question Compilation 071904.doc | 7/21/2004 05:06 | 7/22/2008 13:24 | 48,640 |
| FILE | Scorecard revisions 061604.xls | 6/16/2004 10:24 | 7/22/2008 13:24 | 16,384 |
| FILE | Senior Managemnet Off-site 2-1-04 Action Items.doc | 2/2/2004 17:52 | 7/22/2008 13:24 | 128,000 |
| FILE | SR MGMT ISSUES.xls | 10/25/2004 15:23 | 7/22/2008 13:24 | 30,208 |
| FILE | strategy draft 1.doc | 1/25/2004 11:47 | 7/22/2008 13:24 | 28,160 |
| FILE | Strategy Draft 2.doc | 1/25/2004 12:09 | 7/22/2008 13:24 | 21,504 |
| FILE | Summary_Building YE.xls | 2/3/2005 18:02 | 7/22/2008 13:24 | 308,736 |
| FILE | Summary_Corporate YE.xls | 2/3/2005 18:02 | 7/22/2008 13:24 | 928,768 |
| FILE | Summary_ValueAdded 8-18.xls | 8/18/2003 16:07 | 7/22/2008 13:24 | 587,776 |
| FILE | Summary_ValueAdded YE 04.xls | 2/2/2005 10:31 | 7/22/2008 13:24 | 975,360 |
| FILE | Summary_ValueAdded YE.xls | 2/13/2005 10:36 | 7/22/2008 13:24 | 1,011,712 |
| FILE | Summary_Virtual & HR YE.xls | 2/3/2005 18:03 | 7/22/2008 13:24 | 1,071,104 |
| FILE | Summary_Virtual HR 8-18.xls | 8/18/2003 16:06 | 7/22/2008 13:24 | 796,160 |

FILE Survey Example.doc 8/20/2003 13:00 7/22/2008 13:24 578,560
FILE T&E Expenses Proposal for 2006 Baseline Budget Final.xls 12/22/2005 11:58 7/22/2008 13:24 42,496
FILE T&E Expenses Proposal for 2006 Baseline Budget.xls 12/20/2005 06:47 7/22/2008 13:24 26,112
FILE TE Expenses Proposal for 2006 Baseline Budget Final 2.xls 1/24/2006 13:09 7/22/2008 13:24 61,440
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Exec\account directorold\ 0 153 21,716,107
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Exec\Budget\ 0 3 714,240
FILE CS 2007 Budget.xls 4/30/2007 13:56 7/22/2008 13:24 53,248
FILE PL July-Sept Template MARK.xls 12/7/2007 13:48 7/22/2008 13:24 619,520
FILE Sales T&E 2008 Budget.xls 12/10/2007 21:55 7/22/2008 13:24 41,472
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Exec\Budget\ 0 3 714,240
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Exec\Budget Q2 07 Offsite\ 0 12 1,711,616
FILE 4f-ClientBaseSumSummary131.xls 2/12/2007 22:26 7/22/2008 13:24 104,960
FILE Account Forecast Worksheets 052607.xls 5/29/2007 15:40 7/22/2008 13:24 66,048
FILE BAC Variable Req Budget 052907.xls 5/29/2007 15:40 7/22/2008 13:24 34,816
FILE barclays budget 07.xls 4/30/2007 13:55 7/22/2008 13:24 13,824
FILE CS 2007 Budget.xls 5/2/2007 14:48 7/22/2008 13:24 64,000
FILE Customer_Loyalty_Forecast_2007_01_15.xls 2/13/2007 20:23 7/22/2008 13:24 265,216
FILE Customer_Loyalty_Forecast_2007_02_15-BASE.xls 2/15/2007 19:04 7/22/2008 13:24 334,848
FILE Q107 Accomplishments Q2 07 Goals Customer LoyaltyMR1.ppt 5/28/2007 10:32 7/22/2008 13:24 642,048
FILE Sales T&E 2008 Budget.xls 12/7/2007 11:29 7/22/2008 13:24 39,424
FILE Travel_Ent&Home_Office_Expenses_2007_04_05-CL2.xls 4/30/2007 13:55 7/22/2008 13:24 28,160
FILE Travel_Ent&Home_Office_Expenses_2008.xls 12/7/2007 10:07 7/22/2008 13:24 28,160
FILE Variance Review 5 27 07.xls 5/28/2007 07:01 7/22/2008 13:24 90,112
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Exec\Budget Q2 07 Offsite\ 0 12 1,711,616
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Exec\Offsite agendas\ 0 1 148,480
FILE Offsite 073008.doc 7/23/2008 14:01 7/23/2008 14:01 148,480
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Exec\Offsite agendas\ 0 1 148,480
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Exec\Offsite Prep\ 0 27 9,925,632
FILE 2006 Client Services - Loyalty Pipeline.xls 4/30/2006 13:44 7/22/2008 13:24 28,160
FILE Account Review Q1.xls 5/1/2006 07:51 7/22/2008 13:24 19,968
FILE Copy of MBNA_Client_Dashboard_2006_05_01b.xls 5/7/2006 12:49 7/22/2008 13:24 168,960
FILE Customer Loyalty Metrics May506.xls 5/7/2006 08:55 7/22/2008 13:24 36,352
FILE Customer Loyalty Preso Handout.xls 5/29/2006 11:32 7/22/2008 13:24 598,528
FILE Jaguar_Client_Dashboard_2006_05_01.xls 5/7/2006 12:46 7/22/2008 13:24 130,048
FILE LHW_Client_Dashboard_2006_04_01-Access.xls 5/31/2006 05:12 7/22/2008 13:24 164,864
FILE LHW_Client_Dashboard_2006_05_01-Residences.xls 5/7/2006 09:33 7/22/2008 13:24 124,928
FILE LHW_Client_Dashboard_2006_05_01-Unlimited.xls 5/31/2006 05:14 7/22/2008 13:24 139,264
FILE LHW_LC_Work_Plan_050506.xls 5/6/2006 07:24 7/22/2008 13:24 49,152
FILE Q206 Corporate Marketingv2.ppt 5/3/2006 19:20 7/22/2008 13:24 875,008
FILE Q206 Customer Loyalty.ppt 5/4/2006 16:25 7/22/2008 13:24 972,288
FILE Q206 Customer Loyaltyv3.ppt 5/3/2006 19:20 7/22/2008 13:24 976,384
FILE Q206 Customer Loyaltyv4.ppt 5/5/2006 08:30 7/22/2008 13:24 916,480
FILE Q206 Customer Loyaltyv5.ppt 5/5/2006 11:04 7/22/2008 13:24 921,088
FILE Q206 Customer Loyaltyv6.ppt 5/5/2006 09:56 7/22/2008 13:24 920,064
FILE Q206 Customer Loyaltyv7.ppt 5/5/2006 20:44 7/22/2008 13:24 1,056,256
FILE Q306 Customer Loyalty.ppt 9/6/2006 07:23 7/22/2008 13:24 1,086,976
FILE RCI_Client_Dashboard_2006_05_01.xls 5/7/2006 12:38 7/22/2008 13:24 130,560
FILE Strategy_ Q2_06.xls 5/1/2006 08:37 7/22/2008 13:24 93,184
FILE Strategy_ Q2_06mr050406.xls 5/7/2006 09:11 7/22/2008 13:24 43,520
FILE Summary Template (5)dtcomments.xls 5/4/2006 07:14 7/22/2008 13:24 40,448
FILE Summary Template.xls 5/4/2006 13:00 7/22/2008 13:24 37,888
FILE Thumbs.db 9/20/2006 21:47 7/22/2008 13:24 5,632
FILE UBS_Charter_Client_Dashboard_2006_05_01.xls 5/7/2006 12:16 7/22/2008 13:24 130,048

FILE UBS_Premier_Client_Dashboard_2006_05_01.xls 5/7/2006 12:07 7/22/2008 13:24 129,536
FILE UBS_Select_Client_Dashboard_2006_05_01.xls 5/7/2006 12:15 7/22/2008 13:24 130,048
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Exec\Offsite Prep\ 0 27 9,925,632
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Exec\ 9 266 59,714,187
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\expenses\ 10 37 14,616,177
FILE 78.xls 12/14/2006 11:24 7/22/2008 13:24 36,864
FILE Agenda VP 060908.doc 6/10/2008 07:42 7/22/2008 13:24 29,184
FILE BAC-ER Trip 7-16.pdf 7/23/2007 09:29 7/22/2008 13:24 5,178
FILE Expense Reimbursement Flow - Feb 25 05.xls 2/25/2005 06:54 7/22/2008 13:24 15,872
FILE Expense report fax.efx 9/14/2004 13:01 7/22/2008 13:24 76,200
FILE Expenses Sum 2006.xls 5/23/2006 10:25 7/22/2008 13:24 14,848
FILE jpeg_receipt.jpg 3/15/2007 14:32 7/22/2008 13:24 78,070
FILE JRs Robeson Recon.xls 2/18/2007 15:31 7/22/2008 13:24 60,416
FILE LesConcierges Values Mission Old.doc 11/20/2000 17:10 7/22/2008 13:24 19,968
FILE Manual Form.xls 7/18/2007 16:36 7/22/2008 13:24 36,864
FILE Missing Scratch.xls 8/13/2006 11:19 7/22/2008 13:24 54,784
FILE MWRExpenseProjections06.xls 11/11/2006 07:23 7/22/2008 13:24 19,968
FILE paris receipt.efx 8/29/2003 13:43 7/22/2008 13:24 50,712
FILE Robeson 2007 Expense Tracker.xls 5/19/2008 14:50 7/22/2008 13:24 40,960
FILE Robeson 2008 Expense Tracker - thru May 31.xls 7/10/2008 13:56 7/22/2008 13:24 25,600
FILE Robeson 2008 Expense Tracker Jul10.xls 7/10/2008 14:37 7/22/2008 13:24 25,600
FILE Robeson 2008 Expense Tracker Sep10.xls 9/15/2008 07:20 9/9/2008 16:28 26,112
FILE Robeson 2008 Expense Tracker.xls 5/20/2008 13:16 7/22/2008 13:24 41,472
FILE Robeson 79.xls 9/26/2006 05:39 7/22/2008 13:24 36,864
FILE Robeson 80.xls 9/26/2006 06:15 7/22/2008 13:24 35,840
FILE Robeson 8-28 expenses.tif 8/28/2003 05:31 7/22/2008 13:24 269,105
FILE Robeson Expense Final Recon.xls 2/18/2007 15:47 7/22/2008 13:24 62,464
FILE Robeson Expense Final Recon042007.xls 4/19/2007 13:31 7/22/2008 13:24 65,024
FILE Robeson Expense Summary 2007 - 2.xls 7/5/2007 07:26 7/22/2008 13:24 71,680
FILE Robeson Expense Summary 2007.xls 4/19/2007 13:35 7/22/2008 13:24 65,536
FILE Robeson Expenses 2005.xls 8/10/2006 11:11 7/22/2008 13:24 2,680,320
FILE Robeson Expenses 2005b.xls 8/21/2006 09:51 7/22/2008 13:24 2,622,976
FILE Robeson Expenses 2005c.xls 11/23/2006 07:51 7/22/2008 13:24 2,676,224
FILE Robeson Expenses 2006.xls 10/24/2006 14:55 7/22/2008 13:24 2,529,280
FILE Robeson Expenses 2006b.xls 11/23/2006 07:51 7/22/2008 13:24 2,616,832
FILE Robeson Manual Jul 5.xls 7/5/2007 06:53 7/22/2008 13:24 35,840
FILE Robeson Manual Jun 27.xls 7/12/2007 09:26 7/22/2008 13:24 40,448
FILE Robeson Manual June 15.xls 6/26/2007 10:34 7/22/2008 13:24 35,840
FILE Robeson Missing.xls 8/13/2006 10:43 7/22/2008 13:24 84,992
FILE Robeson Recon-LJ.xls 8/24/2006 14:23 7/22/2008 13:24 20,480
FILE RobesonHomeOfficeAug.pdf 7/27/2007 06:50 7/22/2008 13:24 2,640
FILE Thumbs.db 6/21/2007 06:53 7/22/2008 13:24 5,120
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\expenses\2002\ 0 3 73,728
FILE aug expenses.xls 9/5/2002 22:45 7/22/2008 13:24 16,896
FILE july expenses.xls 11/2/2002 15:33 7/22/2008 13:24 24,064
FILE June Expenses.xls 11/2/2002 15:07 7/22/2008 13:24 32,768
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\expenses\2002\ 0 3 73,728
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\expenses\2003\ 0 11 408,064
FILE Expense 6-29.xls 6/29/2003 07:16 7/22/2008 13:24 30,720
FILE Expense 6-6.xls 7/14/2003 17:07 7/22/2008 13:24 32,256
FILE Expense Pre-Authorization Template.xls 10/15/2003 13:16 7/22/2008 13:24 16,384
FILE Expense Robeson 7-18.xls 7/26/2003 07:13 7/22/2008 13:24 31,744
FILE robeson 7-28 expenses.xls 8/27/2003 05:24 7/22/2008 13:24 43,520
FILE robeson 9-15 expenses.xls 9/17/2003 07:43 7/22/2008 13:24 33,280
FILE Robeson Expense 12-1.xls 12/24/2003 06:11 7/22/2008 13:24 50,176
FILE Robeson Expense 12-21.xls 12/31/2003 06:43 7/22/2008 13:24 61,440
FILE Robeson Expenses 10-20 and 10-27 revised.xls 11/13/2003 09:08 7/22/2008 13:24 51,712
FILE Robeson Expenses 10-20.xls 10/23/2003 08:47 7/22/2008 13:24 34,304
FILE Robeson Expenses 10-27.xls 11/1/2003 09:15 7/22/2008 13:24 22,528
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\expenses\2003\ 0 11 408,064
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\expenses\2004\ 0 27 1,124,864
FILE Expenses 8-30-04 v2.xls 9/2/2004 14:18 7/22/2008 13:24 43,520

FILE Robeson Expense 1-12-04.xls 1/12/2004 15:24 7/22/2008 13:24 22,528
FILE Robeson Expense 1-21-04.xls 2/3/2004 07:40 7/22/2008 13:24 70,144
FILE Robeson Expense 1-7.xls 1/7/2004 06:44 7/22/2008 13:24 40,448
FILE Robeson Expense 1-8-04.xls 1/8/2004 15:32 7/22/2008 13:24 23,552
FILE Robeson Expense 2-10-04.xls 2/12/2004 15:39 7/22/2008 13:24 59,392
FILE Robeson Expense 3-14.xls 3/18/2004 07:27 7/22/2008 13:24 51,712
FILE Robeson expense adjustment - check req.xls 4/28/2004 12:18 7/22/2008 13:24 18,944
FILE Robeson Expense Summary 10-15.xls 11/15/2004 15:12 7/22/2008 13:24 15,360
FILE Robeson Expenses 10-1-04.xls 10/6/2004 06:29 7/22/2008 13:24 41,984
FILE Robeson Expenses 10-15.xls 10/22/2004 05:39 7/22/2008 13:24 42,496
FILE robeson expenses 11-10-04.xls 11/15/2004 15:12 7/22/2008 13:24 43,520
FILE robeson expenses 11-15-04.xls 11/22/2004 14:57 7/22/2008 13:24 41,984
FILE Robeson expenses 12-13-04.xls 4/11/2005 15:14 7/22/2008 13:24 43,520
FILE Robeson Expenses 12-27-04.xls 12/28/2004 08:26 7/22/2008 13:24 43,008
FILE Robeson Expenses 2-20-04.xls 2/26/2004 11:49 7/22/2008 13:24 41,984
FILE Robeson Expenses 3-1.xls 3/4/2004 08:38 7/22/2008 13:24 40,960
FILE Robeson Expenses 4-14.xls 4/20/2004 20:38 7/22/2008 13:24 52,224
FILE Robeson Expenses 4-26.xls 4/26/2004 12:58 7/22/2008 13:24 41,984
FILE Robeson Expenses 5-29.xls 6/7/2004 09:44 7/22/2008 13:24 53,248
FILE Robeson Expenses 6-9-04.xls 6/18/2004 12:59 7/22/2008 13:24 51,712
FILE Robeson Expenses 7-15-04.xls 7/22/2004 15:52 7/22/2008 13:24 42,496
FILE Robeson Expenses 7-29-04.xls 8/28/2004 14:32 7/22/2008 13:24 24,064
FILE Robeson Expenses 8-15-04.xls 8/27/2004 07:50 7/22/2008 13:24 41,472
FILE Robeson Expenses 8-2-04.xls 8/18/2004 05:52 7/22/2008 13:24 23,040
FILE Robeson expenses 8-30.xls 9/2/2004 11:24 7/22/2008 13:24 67,584
FILE Robeson Expenses 9-14.xls 9/20/2004 11:26 7/22/2008 13:24 41,984
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\expenses\2004\ 0 27 1,124,864
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\expenses\2005\ 0 36 1,428,480
FILE 2005 Reimbursement Template - Revised SEP.xls 9/21/2005 13:28 7/22/2008 13:24 31,232
FILE 2005 Reimbursement Template.xls 4/12/2005 09:16 7/22/2008 13:24 32,768
FILE ExpenseReimbursement.xls 4/16/2005 11:51 7/22/2008 13:24 40,448
FILE Robeson 10-19.xls 11/1/2005 09:34 7/22/2008 13:24 34,304
FILE robeson 4-30.xls 5/8/2005 09:04 7/22/2008 13:24 41,984
FILE Robeson 5-26.xls 6/11/2005 13:48 7/22/2008 13:24 41,472
FILE Robeson 7-15.xls 8/18/2005 12:10 7/22/2008 13:24 32,256
FILE Robeson Expense 052505.xls 5/25/2005 08:44 7/22/2008 13:24 40,960
FILE Robeson Expense 052605.xls 5/26/2005 10:43 7/22/2008 13:24 40,960
FILE Robeson Expense Summary 2005.xls 2/25/2006 13:17 7/22/2008 13:24 20,992
FILE Robeson Expense Summary.xls 4/2/2005 07:34 7/22/2008 13:24 13,824
FILE Robeson Expenses 10-1.xls 11/1/2005 10:06 7/22/2008 13:24 53,248
FILE robeson expenses 10-31.xls 11/1/2005 11:13 7/22/2008 13:24 33,792
FILE Robeson Expenses 10-8.xls 10/6/2005 06:54 7/22/2008 13:24 33,280
FILE Robeson Expenses 11-17.xls 12/20/2005 05:35 7/22/2008 13:24 33,792
FILE Robeson Expenses 1-14-05.xls 2/8/2005 06:41 7/22/2008 13:24 43,520
FILE robeson expenses 11-7.xls 11/7/2005 05:57 7/22/2008 13:24 32,768
FILE Robeson Expenses 12-31-05.xls 1/25/2006 09:20 7/22/2008 13:24 46,592
FILE Robeson Expenses 12-31-05v1.xls 1/25/2006 09:20 7/22/2008 13:24 45,568
FILE Robeson Expenses 2-1-05.xls 8/9/2006 07:39 7/22/2008 13:24 44,544
FILE Robeson Expenses 2-15-05.xls 2/22/2005 08:41 7/22/2008 13:24 41,984
FILE Robeson Expenses 3-11.xls 3/23/2005 15:55 7/22/2008 13:24 43,008
FILE Robeson Expenses 3-5-05.xls 3/1/2005 07:28 7/22/2008 13:24 41,472
FILE Robeson Expenses 4-1.xls 4/18/2005 10:47 7/22/2008 13:24 41,984
FILE Robeson Expenses 4-15-05.xls 4/18/2005 09:41 7/22/2008 13:24 40,960
FILE Robeson Expenses 4-25.xls 4/26/2005 04:28 7/22/2008 13:24 40,960
FILE Robeson Expenses 4-26-05.xls 4/26/2005 08:22 7/22/2008 13:24 40,960
FILE Robeson Expenses 5-05.xls 5/9/2005 07:38 7/22/2008 13:24 42,496
FILE Robeson expenses 5-18.xls 5/21/2005 12:30 7/22/2008 13:24 40,960
FILE Robeson expenses 5-23.xls 5/23/2005 20:16 7/22/2008 13:24 40,960
FILE Robeson Expenses 6-13-05.xls 6/13/2005 07:53 7/22/2008 13:24 51,200
FILE Robeson Expenses 6-20.xls 6/21/2005 05:57 7/22/2008 13:24 32,256
FILE Robeson Expenses 6-3-05.xls 6/13/2005 07:37 7/22/2008 13:24 50,176
FILE Robeson Expenses 7-10.xls 8/18/2005 12:10 7/22/2008 13:24 44,032
FILE Robeson Expenses 8-1-05.xls 9/17/2005 07:34 7/22/2008 13:24 42,496
FILE Robeson Expenses 9-1.xls 10/5/2005 07:15 7/22/2008 13:24 54,272
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\expenses\2005\ 0 36 1,428,480
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\expenses\Amex Stmnts\ 0 2 3,360,772
FILE jan 05 amex1.bmp 8/21/2006 22:03 7/22/2008 13:24 1,680,386
FILE jan 05 amex2.bmp 8/21/2006 22:06 7/22/2008 13:24 1,680,386
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\expenses\Amex Stmnts\ 0

2 3,360,772
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\expenses\Bank One stmnts\ 0 3 1,905,897
FILE Dec 04 Bank One.bmp 8/21/2006 22:48 7/22/2008 13:24 1,680,386
FILE https___cards.chase.com_Statements_StmtViewStatement.pdf 8/26/2006 15:34 7/22/2008 13:24 218,855
FILE Thumbs.db 8/27/2006 06:30 7/22/2008 13:24 6,656
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\expenses\Bank One stmnts\ 0 3 1,905,897
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\expenses\Diners\ 0 18 263,541
FILE 27Apr06.CSV 7/6/2006 07:30 7/22/2008 13:24 3,947
FILE 27Feb06.CSV 7/6/2006 07:29 7/22/2008 13:24 3,514
FILE 27Jan06.CSV 2/26/2006 05:43 7/22/2008 13:24 4,291
FILE 27May05.CSV 2/26/2006 05:42 7/22/2008 13:24 3,518
FILE 27Oct05.CSV 2/26/2006 05:43 7/22/2008 13:24 5,392
FILE 28Apr05.CSV 2/26/2006 05:42 7/22/2008 13:24 2,588
FILE 28Jul05.CSV 2/26/2006 05:43 7/22/2008 13:24 4,380
FILE 28Jun05.CSV 2/26/2006 05:43 7/22/2008 13:24 4,737
FILE 28Jun06.CSV 7/6/2006 07:31 7/22/2008 13:24 8,846
FILE 28Sep05.CSV 2/26/2006 05:43 7/22/2008 13:24 6,440
FILE 29Aug05.CSV 2/26/2006 05:43 7/22/2008 13:24 3,256
FILE 29Dec05.CSV 2/26/2006 05:43 7/22/2008 13:24 3,864
FILE 29Mar06.CSV 7/6/2006 07:30 7/22/2008 13:24 7,370
FILE 29Nov05.CSV 2/26/2006 05:43 7/22/2008 13:24 4,851
FILE 30May06.CSV 7/6/2006 07:30 7/22/2008 13:24 4,088
FILE Robeson Diners 2005 (version 1).xls 2/27/2006 11:40 7/22/2008 13:24 94,720
FILE Robeson Diners 2005.xls 2/26/2006 16:49 7/22/2008 13:24 94,720
FILE UNBILLED.CSV 2/26/2006 05:42 7/22/2008 13:24 3,019
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\expenses\Diners\ 0 18 263,541
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\expenses\Diners Statements\ 2 4 207,813
FILE Diners Stmnts 2005.xls 12/19/2006 15:00 7/22/2008 13:24 103,936
FILE Diners Stmnts 2006.xls 8/27/2006 23:41 7/22/2008 13:24 81,920
FILE UNBILLED.CSV 8/10/2006 08:17 7/22/2008 13:24 1,989
FILE UNBILLED.xls 6/20/2005 09:53 7/22/2008 13:24 19,968
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\expenses\Diners Statements\2005\ 0 13 65,664
FILE 24Feb05.CSV 6/11/2005 05:00 7/22/2008 13:24 2,809
FILE 27Jan05.CSV 6/11/2005 05:00 7/22/2008 13:24 2,126
FILE 27May05.CSV 2/26/2006 05:42 7/22/2008 13:24 3,518
FILE 27May05.xls 6/20/2005 10:05 7/22/2008 13:24 19,456
FILE 27Oct05.CSV 2/26/2006 05:43 7/22/2008 13:24 5,392
FILE 28Apr05.CSV 2/26/2006 05:42 7/22/2008 13:24 2,588
FILE 28Jul05.CSV 2/26/2006 05:43 7/22/2008 13:24 4,380
FILE 28Jun05.CSV 2/26/2006 05:43 7/22/2008 13:24 4,737
FILE 28Sep05.CSV 2/26/2006 05:43 7/22/2008 13:24 6,440
FILE 29Aug05.CSV 2/26/2006 05:43 7/22/2008 13:24 3,256
FILE 29Dec05.CSV 2/26/2006 05:43 7/22/2008 13:24 3,864
FILE 29Mar05.CSV 6/11/2005 05:00 7/22/2008 13:24 2,247
FILE 29Nov05.CSV 2/26/2006 05:43 7/22/2008 13:24 4,851
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\expenses\Diners Statements\2005\ 0 13 65,664
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\expenses\Diners Statements\2006\ 0 8 39,385
FILE 27Apr06.CSV 7/6/2006 07:30 7/22/2008 13:24 3,947
FILE 27Feb06.CSV 7/6/2006 07:29 7/22/2008 13:24 3,514
FILE 27Jan06.CSV 2/26/2006 05:43 7/22/2008 13:24 4,291
FILE 28Jul06.CSV 8/10/2006 08:17 7/22/2008 13:24 5,882
FILE 28Jun06.CSV 8/10/2006 08:37 7/22/2008 13:24 7,864
FILE 29Dec04.CSV 6/11/2005 05:00 7/22/2008 13:24 2,429
FILE 29Mar06.CSV 7/6/2006 07:30 7/22/2008 13:24 7,370
FILE 30May06.CSV 7/6/2006 07:30 7/22/2008 13:24 4,088
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\expenses\Diners Statements\2006\ 0 8 39,385
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\expenses\Diners Statements\ 2 25 312,862
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\expenses\preauth\ 0 8 247,296
FILE Expense Pre-Authorization Template Robeson Nov 03.xls 3/14/2005 07:15 7/22/2008 13:24 14,336
FILE Pre-auth Robeson Amex RFP SF May.xls 5/16/2005 06:50 7/22/2008 13:24 33,280
FILE Pre-auth Robeson Client gifts.xls 5/25/2005 09:59 7/22/2008 13:24 33,280
FILE Pre-auth Robeson Home Office Rolling.xls 4/16/2005 12:10 7/22/2008 13:24

33,280
FILE Pre-auth Robeson LHW Sales and Mrktg Conf May 05.xls 5/3/2005 17:32 7/22/2008 13:24
33,280
FILE Pre-auth Robeson May 4 Starwood Hotels NY.xls 4/26/2005 04:32 7/22/2008 13:24
33,280
FILE Pre-auth Robeson MBNA April 05.xls 4/16/2005 12:14 7/22/2008 13:24 33,280
FILE RCI-Leading LRW Pre-auth 4-15-05.xls 4/12/2005 09:20 7/22/2008 13:24 33,280
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\expenses\preauth\ 0 8
247,296
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\expenses\receipts\ 0
10 140,685
FILE a77d1858.efx 6/13/2005 07:23 7/22/2008 13:24 15,924
FILE DIVA Receipt Tschant 9-06.doc 4/28/2006 05:01 7/22/2008 13:24 26,624
FILE ec_MAIN.Entry17C.htm 12/5/2005 18:15 7/22/2008 13:24 4,799
FILE Far & Beyond TRAVEL Shipping Authorization Form.doc 10/11/2005 10:53 7/22/2008 13:24
39,424
FILE Fauchon Invoice.doc 4/28/2006 05:06 7/22/2008 13:24 24,064
FILE Headset receipt.asp.htm 8/10/2005 08:58 7/22/2008 13:24 6,825
FILE Hotel Confirmation.rtf 12/6/2005 14:59 7/22/2008 13:24 3,932
FILE process.html 11/4/2005 13:46 7/22/2008 13:24 2,934
FILE Registration Confirmation icea.txt 8/18/2005 14:38 7/22/2008 13:24 1,311
FILE Robeson Receipt Log 1.xls 5/24/2006 22:15 7/22/2008 13:24 14,848
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\expenses\receipts\ 0
10 140,685
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\expenses\ 12 180
23,882,366
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Fidelity\ 0 45
53,406,225
FILE ~$ncierge Services Primary Analysis v2.doc 3/22/2005 06:51 7/22/2008 13:24
162
FILE ~$ncierge Services Primary Analysis v3.doc 3/22/2005 06:51 7/22/2008 13:24
162
FILE ~$ncierge Services Primary Analysis v4.doc 3/22/2005 07:36 7/22/2008 13:24
162
FILE Acme Report 2005.xls 7/12/2005 09:06 7/22/2008 13:24 60,416
FILE Boston Coach LesConcierges Contract 010505.doc 2/22/2005 17:10 7/22/2008 13:24
91,648
FILE Business Case Template v2.doc 3/9/2005 15:11 7/22/2008 13:24 131,072
FILE Concierge Program Overview 2004 - family offices.doc 6/18/2004 08:43 7/22/2008 13:24
348,160
FILE Concierge Program Overview 2004 - home office.doc 6/9/2004 06:43 7/22/2008 13:24
347,648
FILE Concierge Services Primary Analysis merged 3-21.doc 3/21/2005 13:22 7/22/2008 13:24
670,208
FILE Concierge Services Primary Analysis v1.doc 3/21/2005 08:01 7/22/2008 13:24
574,464
FILE Concierge Services Primary Analysis v2.doc 3/21/2005 12:24 7/22/2008 13:24
522,240
FILE Concierge Services Primary Analysis v3.doc 3/21/2005 15:40 7/22/2008 13:24
651,776
FILE Concierge Services Primary Analysis v4.doc 3/22/2005 07:36 7/22/2008 13:24
552,448
FILE Consierges Services Primary Analysis v1.doc 3/10/2005 14:34 7/22/2008 13:24
160,256
FILE Family Offices 10-14-04.ppt 10/12/2004 19:45 7/22/2008 13:24 3,392,000
FILE Family Offices Pricing Slides.ppt 10/14/2004 12:05 7/22/2008 13:24 63,488
FILE FFOS boston coach letter 12.04.doc 1/4/2005 08:42 7/22/2008 13:24 624,640
FILE FFOS Concierge Services primary analysis.ppt 3/21/2005 12:24 7/22/2008 13:24
37,376
FILE FFOS draft062105.doc 6/22/2005 11:19 7/22/2008 13:24 177,664
FILE FFOS PRC Document Review.ics 3/10/2005 10:44 7/22/2008 13:24 555
FILE Fidelity Family Offices Proposal 10-12-04.doc 10/12/2004 19:19 7/22/2008 13:24
340,992
FILE Fidelity High Net Worth Home Office Product.doc 4/28/2004 11:41 7/22/2008 13:24
23,040
FILE Fidelity Home Office - Product Spec v1.doc 6/1/2004 10:28 7/22/2008 13:24 49,664
FILE Fidelity Home Office - Product Spec v2.doc 6/4/2004 07:14 7/22/2008 13:24 50,688
FILE Fidelity Home Office 10-9-04.ppt 5/12/2004 06:00 7/22/2008 13:24
1,030,144
FILE Fidelity IBG - RIA Proposal.doc 11/30/2004 15:37 7/22/2008 13:24 49,664
FILE Fidelity IBG - RIA ProposalFMRedit011705.doc 1/18/2005 11:34 7/22/2008 13:24
60,928
FILE Fidelity IBG - RIA ProposalFMRedit050205.doc 5/3/2005 15:28 7/22/2008 13:24 61,952
FILE Fidelity IBG - RIA ProposalFMRedit120404.doc 1/18/2005 11:34 7/22/2008 13:24
60,928

FILE Fidelity IBG proposal 04 02.doc 4/2/2002 12:14 7/22/2008 13:24 794,112
FILE Fidelity Opportunities 111204.doc 11/12/2004 16:16 7/22/2008 13:24 41,984
FILE FMR Home Office no pics.ppt 4/29/2004 11:37 7/22/2008 13:24 61,952
FILE FMR Home Office.ppt 4/29/2004 09:50 7/22/2008 13:24 19,885,056
FILE FPA Transition - Circles Memo 3-24 updated 8-20.doc 8/20/2004 06:50 7/22/2008 13:24 52,224
FILE Home Office FMR 0504.ppt 5/11/2004 12:53 7/22/2008 13:24 19,993,600
FILE LC Overview for FFOS 11-7-04.ppt 11/7/2004 07:00 7/22/2008 13:24 894,976
FILE LC Responses to FFOC questions 121304.doc 12/20/2004 14:56 7/22/2008 13:24 96,768
FILE lesconcierge prelim welcome letter edits 012105.doc 1/21/2005 10:02 7/22/2008 13:24 237,568
FILE lesconcierge prelim welcome letter.doc 1/6/2005 09:52 7/22/2008 13:24 88,576
FILE LesConcierges - FMR Fam Offices Product Suite.ppt 10/6/2004 19:07 7/22/2008 13:24 332,288
FILE Lesconcierges FFOS draft 5-17-05 mwr comments.doc 5/21/2005 06:29 7/22/2008 13:24 187,904
FILE Lesconcierges FFOS draft 5-17-05.doc 5/17/2005 12:35 7/22/2008 13:24 190,464
FILE Lesconcierges FFOS draft 6-21-05.doc 6/22/2005 12:00 7/22/2008 13:24 209,920
FILE PM Welcome Letter.doc 1/4/2005 08:39 7/22/2008 13:24 75,776
FILE Primary Analysis Template v2.doc 3/9/2005 15:11 7/22/2008 13:24 128,512
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Fidelity\ 0 45 53,406,225
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\fpa\ 5 121 82,162,706
FILE ~$sConciergesSurvey.doc 10/15/2003 07:13 7/22/2008 13:24 162
FILE 156735_PA LC Letter.doc 11/4/2003 06:12 7/22/2008 13:24 24,576
FILE 3-StarwoodROI copy.xls 8/14/2005 05:09 7/22/2008 13:24 39,424
FILE ae data feed updated 12-30.csv 12/30/2003 14:03 7/22/2008 13:24 25,483
FILE Aug FPA 2003 Master.xls 9/2/2003 06:54 7/22/2008 13:24 104,960
FILE Aug FPA 2003.xls 9/2/2003 06:35 7/22/2008 13:24 93,184
FILE Backup of PA List DATA FEED 10-11.xlk 11/6/2003 10:20 7/22/2008 13:24 380,928
FILE Backup of PA List DATA FEED 11-6.xlk 11/13/2003 11:10 7/22/2008 13:24 380,928
FILE Backup of PA List.xlk 11/6/2003 06:35 7/22/2008 13:24 260,096
FILE Backup of Private Access - Other PA employees.xlk 12/30/2003 08:32 7/22/2008 13:24 260,096
FILE Backup of Private Access AE List (AE Only).xlk 12/30/2003 08:27 7/22/2008 13:24 260,096
FILE Carney Letter 082404.doc 8/29/2004 15:05 7/22/2008 13:24 43,008
FILE Carney Letter 090104.doc 9/1/2004 20:03 7/22/2008 13:24 44,544
FILE Carney Letter 090704.doc 9/8/2004 11:16 7/22/2008 13:24 45,568
FILE ClientHolidayGift2003(master)11-26(1).xls 12/17/2003 20:29 7/22/2008 13:24 63,488
FILE Competitive Grid Circles.doc 11/29/2004 14:54 7/22/2008 13:24 35,328
FILE competitive grid.doc 12/17/2003 21:50 7/22/2008 13:24 33,792
FILE Concierge Competitor Document.xls 12/17/2003 12:20 7/22/2008 13:24 18,432
FILE Concierge Program Overview 2004 - Fidelity Private Access.doc 12/8/2003 12:50 7/22/2008 13:24 370,176
FILE ExecutiveSummary03v1.doc 8/14/2005 08:08 7/22/2008 13:24 91,136
FILE fidelity 1.DOC 10/18/2003 11:05 7/22/2008 13:24 189,440
FILE Fidelity PA Welcome Letter to AEs.doc 8/29/2003 14:26 7/22/2008 13:24 29,696
FILE Fidelity YTD - Jan. - Jun. 2003.ppt 7/31/2003 10:35 7/22/2008 13:24 2,160,128
FILE fp_req.XLS 2/18/2004 11:03 7/22/2008 13:24 525,824
FILE FPA - AE Testimonials 10-27.doc 10/29/2003 16:11 7/22/2008 13:24 32,768
FILE FPA - Dec 03 Survey - Solicitation copy.doc 12/8/2003 11:26 7/22/2008 13:24 25,088
FILE FPA 2002.xls 1/11/2003 14:26 7/22/2008 13:24 21,504
FILE fpa aug 03 re.xls 8/31/2003 08:21 7/22/2008 13:24 10,240
FILE FPA Aug 03.pdf 8/20/2003 07:18 7/22/2008 13:24 3,010,476
FILE fpa aug 03.xls 8/30/2003 08:22 7/22/2008 13:24 69,632
FILE FPA Aug 2003.pdf 8/20/2003 07:17 7/22/2008 13:24 1,877,973
FILE FPA Customer Name and Email Address.xls 11/11/2003 10:47 7/22/2008 13:24 34,816
FILE FPA e-newsletter copy 11-24.doc 11/25/2003 12:46 7/22/2008 13:24 35,328
FILE FPA Follow up program - Executive Summary.doc 12/2/2003 15:23 7/22/2008 13:24 45,568
FILE FPA Freq User Unidentified - 1b.xls 3/10/2004 11:18 7/22/2008 13:24 15,360
FILE FPA Freq User Unidentified.xls 3/10/2004 08:29 7/22/2008 13:24 13,824
FILE fpa jan 03 req sum.xls 2/5/2003 21:51 7/22/2008 13:24 16,896
FILE FPA LesConciergesSurvey.doc 2/4/2003 20:58 7/22/2008 13:24 634,368
FILE FPA letter 10-24-03.doc 10/24/2003 17:26 7/22/2008 13:24 26,624
FILE FPA letter 10-27-03.doc 10/27/2003 08:57 7/22/2008 13:24 30,208
FILE FPA List of items.doc 2/5/2003 22:07 7/22/2008 13:24 19,456
FILE FPA Loyalty V 2.ppt 12/10/2003 13:54 7/22/2008 13:24 22,035,456

| | | | | |
|---|---|---|---|---|
| FILE | FPA Meeting Notes 8-28.doc | 8/29/2003 11:59 | 7/22/2008 13:24 | 57,344 |
| FILE | fpa nov 03.xls | 11/5/2003 14:56 | 7/22/2008 13:24 | 59,392 |
| FILE | FPA Nov 2002.xls | 12/13/2002 23:41 | 7/22/2008 13:24 | 71,168 |
| FILE | FPA Nov 2003.xls | 12/2/2003 09:54 | 7/22/2008 13:24 | 151,040 |
| FILE | FPA PPT.doc | 12/9/2003 16:06 | 7/22/2008 13:24 | 22,016 |
| FILE | FPA qualitative process 10-27.doc | 10/30/2003 06:57 | 7/22/2008 13:24 | 34,816 |
| FILE | FPA Quality Surveys.doc | 12/18/2003 15:21 | 7/22/2008 13:24 | 55,808 |
| FILE | FPA Requests 2002 - 2004.XLS | 2/18/2004 11:43 | 7/22/2008 13:24 | 583,680 |
| FILE | FPA Requests Feb-Nov03.xls | 11/5/2003 14:36 | 7/22/2008 13:24 | 210,432 |
| FILE | FPA Scorecard.xls | 1/10/2003 12:47 | 7/22/2008 13:24 | 31,744 |
| FILE | FPA September1.pdf | 8/20/2003 07:13 | 7/22/2008 13:24 | 1,097,317 |
| FILE | FPA Stories April 2003.xls | 5/7/2003 06:14 | 7/22/2008 13:24 | 18,944 |
| FILE | FPA Stories 7-26-02.doc | 7/28/2002 23:12 | 7/22/2008 13:24 | 34,816 |
| FILE | FPA survey.htm | 11/11/2003 10:36 | 7/22/2008 13:24 | 4,404 |
| FILE | FPA Testimonials 10-31.doc | 10/31/2003 06:25 | 7/22/2008 13:24 | 64,000 |
| FILE | FPA thru OCT 03.xls | 11/7/2003 07:05 | 7/22/2008 13:24 | 21,504 |
| FILE | FPA Training Relaunch Appoach 9-25.doc | 10/2/2003 11:59 | 7/22/2008 13:24 | 137,216 |
| FILE | FPA Training Relaunch Appoach 9-8.doc | 9/9/2003 13:09 | 7/22/2008 13:24 | 138,752 |
| FILE | FPA Training Appoach 9-03.doc | 9/3/2003 06:31 | 7/22/2008 13:24 | 44,544 |
| FILE | FPA Transition - Circles Memo 3-24 updated 8-20.doc | 8/20/2004 06:51 | 7/22/2008 13:24 | 52,224 |
| FILE | FPA Transition - Circles Memo 3-24.doc | 3/24/2004 08:03 | 7/22/2008 13:24 | 41,984 |
| FILE | FPA Unresolved.xls | 2/19/2004 20:47 | 7/22/2008 13:24 | 51,200 |
| FILE | FPA Users 2-1 thru 12-11.xls | 12/10/2003 08:51 | 7/22/2008 13:24 | 210,944 |
| FILE | FPA Users 2-1 thru 12-8.xls | 12/8/2003 11:09 | 7/22/2008 13:24 | 208,384 |
| FILE | FPA Visit 11-03.ppt | 11/4/2003 05:32 | 7/22/2008 13:24 | 293,376 |
| FILE | FPA Welcome Letter 10-1.doc | 10/1/2003 11:46 | 7/22/2008 13:24 | 117,248 |
| FILE | FPA Welcome Letter 9-03.doc | 9/16/2003 18:12 | 7/22/2008 13:24 | 127,488 |
| FILE | FPA Welcome Letter 9-29.doc | 9/30/2003 07:23 | 7/22/2008 13:24 | 114,688 |
| FILE | FPA Welcome Letter Final.doc | 10/1/2003 13:07 | 7/22/2008 13:24 | 114,176 |
| FILE | fpa_dmp2.xls | 2/19/2004 20:40 | 7/22/2008 13:24 | 51,200 |
| FILE | FPA_Duplicates.XLS | 2/3/2004 00:15 | 7/22/2008 13:24 | 929,792 |
| FILE | FPAAEVDayAnn.doc | 2/4/2003 20:51 | 7/22/2008 13:24 | 90,624 |
| FILE | FPAJAN2003.xls | 2/6/2003 08:08 | 7/22/2008 13:24 | 57,344 |
| FILE | FPAMrktgPlan03.doc | 2/5/2003 21:57 | 7/22/2008 13:24 | 37,376 |
| FILE | FPANewsletter3-25-03.pdf | 3/25/2003 10:22 | 7/22/2008 13:24 | 2,392,203 |
| FILE | FPAPresentation.ppt | 4/27/2004 11:59 | 7/22/2008 13:24 | 874,496 |
| FILE | FPATest2.pdf | 8/4/2003 15:06 | 7/22/2008 13:24 | 3,010,476 |
| FILE | FPAWhatsNew13003.htm | 1/30/2003 18:09 | 7/22/2008 13:24 | 4,637 |
| FILE | High Net Worth Pricing.xls | 9/24/2003 18:40 | 7/22/2008 13:24 | 26,112 |
| FILE | HNW - AE Training Relaunch Appoach.doc | 10/2/2003 10:40 | 7/22/2008 13:24 | 129,024 |
| FILE | July FPA 2003.xls | 8/7/2003 06:15 | 7/22/2008 13:24 | 93,184 |
| FILE | June 2003.xls | 6/23/2003 17:20 | 7/22/2008 13:24 | 41,984 |
| FILE | June FPA 2003 Master.xls | 8/7/2003 06:14 | 7/22/2008 13:24 | 104,960 |
| FILE | June FPA 2003.xls | 7/23/2003 09:58 | 7/22/2008 13:24 | 91,136 |
| FILE | LC Data forCircles.XLS | 3/10/2004 07:07 | 7/22/2008 13:24 | 619,520 |
| FILE | LCInvestorPacket0814.doc | 8/14/2005 15:01 | 7/22/2008 13:24 | 2,497,536 |
| FILE | LCsummary.doc | 8/14/2005 08:07 | 7/22/2008 13:24 | 62,976 |
| FILE | LCWhatweAre.doc | 8/14/2005 08:07 | 7/22/2008 13:24 | 22,016 |
| FILE | LesConcierges Billing Info Fleet 12-11.doc | 11/24/2003 12:47 | 7/22/2008 13:24 | 431,104 |
| FILE | LesConcierges Biz update.ppt | 9/24/2003 09:39 | 7/22/2008 13:24 | 884,736 |
| FILE | LesConcierges Private Access Pricing 11-18-03.xls | 11/19/2003 13:47 | 7/22/2008 13:24 | 18,944 |
| FILE | LesConciergesSurvey.doc | 9/30/2003 10:39 | 7/22/2008 13:24 | 634,368 |
| FILE | Loyalty Industry Overview and Competitive Assessment.doc | 12/18/2003 16:18 | 7/22/2008 13:24 | 456,192 |
| FILE | May FPA 2003 Master.xls | 7/23/2003 08:25 | 7/22/2008 13:24 | 105,472 |
| FILE | mo_arrowhead_color.gif | 11/5/2003 13:26 | 7/22/2008 13:24 | 17,924 |
| FILE | MockUpFPANewsletter.pdf | 2/5/2003 15:00 | 7/22/2008 13:24 | 1,496,928 |
| FILE | P&GExecutiveSummaryOnsite.ppt | 12/17/2003 12:08 | 7/22/2008 13:24 | 720,384 |
| FILE | PA - Contact List 03-12-29.xls | 12/30/2003 08:37 | 7/22/2008 13:24 | 286,208 |
| FILE | PA List DATA FEED 11-6.xls | 12/30/2003 14:03 | 7/22/2008 13:24 | 381,440 |
| FILE | PA List DATA FEED 12-30.xls | 12/30/2003 13:57 | 7/22/2008 13:24 | 384,512 |
| FILE | PA List.xls | 7/16/2004 07:23 | 7/22/2008 13:24 | 260,096 |
| FILE | PA Team Pilot.xls | 11/5/2003 10:58 | 7/22/2008 13:24 | 218,624 |
| FILE | PAOffsite - NoFinancials.ppt | 11/11/2003 13:12 | 7/22/2008 13:24 | 6,038,016 |
| FILE | postcard_frontFPA.pdf | 9/25/2003 12:12 | 7/22/2008 13:24 | 8,548,588 |
| FILE | postcard_frontFPA[1].pdf | 9/23/2003 09:48 | 7/22/2008 13:24 | 6,260,775 |
| FILE | Private Access - Other PA employees.xls | 12/30/2003 09:21 | 7/22/2008 13:24 | 186,368 |
| FILE | Private Access Account Update 12-21.doc | 12/23/2003 09:21 | 7/22/2008 13:24 | |

40,960
FILE Private Access AE List (AE Only) 12-30-03.xls 12/30/2003 11:37 7/22/2008 13:24
181,760
FILE Private Access AE List (AE Only).xls 12/30/2003 08:31 7/22/2008 13:24 164,352
FILE Private Access Client List.XLS 7/7/2003 14:36 7/22/2008 13:24 551,936
FILE Private Access LesConcierges Overview 10-14.ppt 10/14/2003 06:33 7/22/2008 13:24
788,480
FILE Private Access Loyalty 12-11-03.ppt 12/10/2003 13:17 7/22/2008 13:24 396,288
FILE Private Access Renewal 10-8-02 v 3.ppt 8/4/2003 07:35 7/22/2008 13:24 948,736
FILE Private Access Site Visit 11-4-03.ppt 11/4/2003 10:22 7/22/2008 13:24
1,254,912
FILE Private Access Site Visit 12-11-03.ppt 12/9/2003 18:05 7/22/2008 13:24
1,061,888
FILE Request History ID.xls 2/12/2004 17:50 7/22/2008 13:24 13,824
FILE Rollout Schedule.xls 9/7/2003 15:48 7/22/2008 13:24 16,896
FILE Sample Survey.doc 2/17/2006 12:47 7/22/2008 13:24 561,152
FILE TR Program Quick Ref Guide_rev 7_02.doc 7/31/2002 13:39 7/22/2008 13:24
107,520
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\fpa\Agendas\ 0 13
737,792
FILE AE Call - 10-14-03.doc 10/14/2003 13:03 7/22/2008 13:24 65,536
FILE FPA 11-4 site visit agenda.doc 11/3/2003 16:34 7/22/2008 13:24 111,616
FILE FPA Agenda 10-21.doc 10/21/2003 10:44 7/22/2008 13:24 52,224
FILE FPA Agenda 10-28.doc 10/28/2003 06:41 7/22/2008 13:24 53,248
FILE FPA Agenda 11-03-03.doc 11/3/2003 06:52 7/22/2008 13:24 53,760
FILE FPA Agenda 11-10-03.doc 11/12/2003 11:21 7/22/2008 13:24 61,440
FILE FPA Agenda 11-20-03.doc 11/20/2003 12:22 7/22/2008 13:24 57,856
FILE FPA Agenda 12-15-03.doc 12/16/2003 09:51 7/22/2008 13:24 53,248
FILE FPA Agenda 12-16-03.doc 12/16/2003 10:05 7/22/2008 13:24 53,248
FILE FPA Agenda 12-23-03.doc 12/23/2003 10:38 7/22/2008 13:24 52,736
FILE FPA Agenda 9-23-03.doc 9/23/2003 11:02 7/22/2008 13:24 19,456
FILE FPA Meeting Notes 12-11-03.doc 12/15/2003 10:34 7/22/2008 13:24 33,280
FILE FPA Minutes 11-03-03.doc 11/3/2003 11:07 7/22/2008 13:24 70,144
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\fpa\Agendas\ 0 13
737,792
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\fpa\annual project\ 0
1 370,176
FILE Concierge Program Overview 2004 - Fidelity Private Access.doc 11/20/2003 10:34
7/22/2008 13:24 370,176
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\fpa\annual project\ 0
1 370,176
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\fpa\pricing\ 0 11
1,915,904
FILE FID PA 121503 3.0 - My Copy.xls 12/15/2003 15:43 7/22/2008 13:24 598,016
FILE FID PA 121503 3.0.xls 12/15/2003 13:24 7/22/2008 13:24 566,784
FILE FID PA 123003 1.0.xls 12/30/2003 13:26 7/22/2008 13:24 582,144
FILE FPA Pricing - 12-30-03 - simple grid.xls 12/30/2003 15:51 7/22/2008 13:24
16,896
FILE FPA pricing assumptions 12-30-03.xls 12/30/2003 13:38 7/22/2008 13:24 13,824
FILE LesConcierges Private Access Pricing 11-18-03(1).xls 12/15/2003 15:43 7/22/2008 13:24
18,944
FILE Private Access Pricing - LC - 121503 - LC Copy.xls 12/17/2003 08:22 7/22/2008 13:24
20,480
FILE Private Access Pricing - LC - 121503.xls 12/15/2003 15:43 7/22/2008 13:24
15,872
FILE Private Access Pricing - LC - Final Internal.xls 12/31/2003 08:10 7/22/2008 13:24
37,888
FILE Private Access Pricing 123103.xls 12/31/2003 08:11 7/22/2008 13:24 21,504
FILE private access pricing.doc 8/8/2003 12:46 7/22/2008 13:24 23,552
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\fpa\pricing\ 0 11
1,915,904
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\fpa\reports\ 0 17
2,097,152
FILE FPA Dec 16 2003.xls 12/16/2003 08:14 7/22/2008 13:24 117,248
FILE FPA Dec 2003 Master.xls 1/6/2004 13:22 7/22/2008 13:24 112,640
FILE FPA Dec 2003.xls 1/7/2004 11:55 7/22/2008 13:24 130,048
FILE FPA Dec 23 2003.xls 12/23/2003 17:13 7/22/2008 13:24 123,392
FILE FPA Jan 2004 Master.xls 2/7/2004 07:57 7/22/2008 13:24 142,848
FILE FPA Jan 2004.xls 2/7/2004 07:59 7/22/2008 13:24 128,512
FILE FPA Jan 22 2004.xls 1/22/2004 06:02 7/22/2008 13:24 124,928
FILE FPA Nov 2003 Master.xls 11/26/2003 08:49 7/22/2008 13:24 145,408
FILE FPA Nov 2003.xls 12/2/2003 09:54 7/22/2008 13:24 151,040
FILE FPA Nov 25 2003.xls 11/26/2003 08:52 7/22/2008 13:24 132,608
FILE FPA Oct 2003 Master.xls 11/4/2003 07:54 7/22/2008 13:24 137,728
FILE FPA Oct 2003.xls 11/3/2003 06:45 7/22/2008 13:24 124,416

FILE FPA Reporting 11-18.xls 11/20/2003 11:35 7/22/2008 13:24 123,392
FILE FPA Sep 2003 Master.xls 10/3/2003 12:09 7/22/2008 13:24 112,128
FILE FPA Sep 2003.xls 10/1/2003 07:02 7/22/2008 13:24 99,840
FILE FPA THRU Oct 27 03.xls 10/28/2003 06:02 7/22/2008 13:24 119,808
FILE FPA_DEC1_DEC31_team_num.xls 1/7/2004 10:59 7/22/2008 13:24 71,168
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\fpa\reports\ 0 17 2,097,152
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\fpa\scratch\ 0 35 1,138,020
FILE AE 10-31.xls 10/31/2003 09:08 7/22/2008 13:24 5,632
FILE AE OCT 27.xls 10/28/2003 05:51 7/22/2008 13:24 10,240
FILE AE req sum 10-20.xls 10/21/2003 05:49 7/22/2008 13:24 10,240
FILE AE requests since 10-14 Conf Call.xls 10/16/2003 12:13 7/22/2008 13:24 15,872
FILE FID PA 080803 1.0.xls 9/29/2003 14:06 7/22/2008 13:24 172,032
FILE fpa 10-20.xls 10/21/2003 05:30 7/22/2008 13:24 10,240
FILE FPA 10-31.doc 10/31/2003 09:03 7/22/2008 13:24 15,716
FILE FPA 10-31.xls 10/31/2003 09:04 7/22/2008 13:24 11,264
FILE FPA 11-17-11-20.xls 11/20/2003 07:00 7/22/2008 13:24 10,240
FILE FPA 11-18-20.xls 11/21/2003 07:15 7/22/2008 13:24 12,288
FILE fpa AE 10-20.xls 10/21/2003 05:34 7/22/2008 13:24 10,240
FILE FPA FULL 10-27.xls 10/27/2003 13:15 7/22/2008 13:24 13,312
FILE FPA March thru Oct 03.xls 11/12/2003 16:39 7/22/2008 13:24 141,312
FILE FPA MGT OCT 03.xls 11/3/2003 06:07 7/22/2008 13:24 17,920
FILE FPA MGT THRU OCT 27.xls 10/28/2003 04:55 7/22/2008 13:24 17,408
FILE FPA nov 20-23.xls 11/24/2003 07:17 7/22/2008 13:24 10,240
FILE FPA Nov 6 onward.xls 11/21/2003 08:01 7/22/2008 13:24 24,576
FILE FPA Oct 1 - Nov 13.xls 11/13/2003 12:26 7/22/2008 13:24 87,552
FILE fpa oct 14.xls 10/14/2003 07:45 7/22/2008 13:24 18,944
FILE FPA Oct 20 03.xls 10/21/2003 05:58 7/22/2008 13:24 107,008
FILE fpa req analys 10-20.xls 10/21/2003 05:33 7/22/2008 13:24 6,144
FILE FPA REQ ANALYS 10-27.xls 10/27/2003 12:29 7/22/2008 13:24 10,240
FILE FPA REQ ANALYS 11-10.xls 11/11/2003 06:21 7/22/2008 13:24 5,120
FILE fpa req sum 10-20.xls 10/21/2003 05:44 7/22/2008 13:24 24,576
FILE FPA REQ SUM 11-10.xls 11/11/2003 06:26 7/22/2008 13:24 32,768
FILE FPA REQ SUM 11-4.xls 11/4/2003 11:46 7/22/2008 13:24 10,240
FILE FPA REQ SUM THRU 11-17.xls 11/18/2003 11:07 7/22/2008 13:24 40,960
FILE FPA Sept req detail.xls 9/26/2003 12:32 7/22/2008 13:24 17,920
FILE FPA THRU NOV 10.xls 11/11/2003 06:22 7/22/2008 13:24 10,240
FILE full fpa 10-14.xls 10/14/2003 13:54 7/22/2008 13:24 26,624
FILE full fpa 10-15.xls 10/15/2003 06:34 7/22/2008 13:24 35,840
FILE FULL FPA 10-27.xls 11/1/2003 14:28 7/22/2008 13:24 48,640
FILE MBNA Nov 1 - 20.xls 11/21/2003 07:32 7/22/2008 13:24 101,888
FILE MBNA Nov 21-23.xls 11/24/2003 07:37 7/22/2008 13:24 34,304
FILE OCT31.xls 11/1/2003 05:18 7/22/2008 13:24 10,240
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\fpa\scratch\ 0 35 1,138,020
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\fpa\ 5 198 88,421,750
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Global\ 0 2 3,460,096
FILE Global Platform Development.ppt 1/8/2007 15:37 7/22/2008 13:24 3,454,464
FILE Thumbs.db 6/2/2007 15:01 7/22/2008 13:24 5,632
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Global\ 0 2 3,460,096
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\GS\ 0 7 4,252,160
FILE 2007 Q4 Program Summary - Fidelity.doc 11/8/2007 11:10 7/22/2008 13:24 3,523,072
FILE GS Consolidated Y1 (Jun-Dec 01).xls 11/12/2007 07:35 7/22/2008 13:24 44,032
FILE UK June Requests (1).xls 11/8/2007 11:47 7/22/2008 13:24 254,976
FILE UK June Requests.xls 11/8/2007 11:47 7/22/2008 13:24 139,264
FILE US June Business Requests for Support.xls 11/9/2007 13:53 7/22/2008 13:24 86,528
FILE US June Personal Requests for Support.xls 11/8/2007 11:47 7/22/2008 13:24 91,648
FILE US June Requests.xls 11/8/2007 11:47 7/22/2008 13:24 112,640
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\GS\ 0 7 4,252,160
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\HR\ 3 52 5,393,614
FILE 2005 Daily Goal Report Template12-2-04.xls 12/7/2004 13:00 7/22/2008 13:24 481,792
FILE 2005 Performance Eval Robeson Dec 04.xls 12/9/2004 15:55 7/22/2008 13:24 56,320
FILE 2005 Performance Eval Template-Client Services.xls 12/7/2004 12:59 7/22/2008 13:24

56,832
FILE Background Check Consent (2).doc 4/29/2008 12:13 4/23/2007 18:19 34,304
FILE Bonnie Koch - Consulting Agreement.doc 9/1/2005 12:07 7/22/2008 13:24 51,200
FILE Carol Joseph Notes.doc 4/12/2006 13:26 7/22/2008 13:24 24,576
FILE Catherine Chapman Agreement 060706.doc 6/10/2006 13:12 7/22/2008 13:24
64,000
FILE Claudia Frankel.doc 4/28/2006 08:49 7/22/2008 13:24 28,160
FILE Diners Cover Credit LetterMR.doc 1/25/2007 13:25 7/22/2008 13:24 170,496
FILE Diners Personal Credit Robeson.doc 11/27/2006 12:56 7/22/2008 13:24 60,416
FILE DK Personal Reasons for Working at LesConcierges.doc 4/24/2006 14:16 7/22/2008 13:24
26,112
FILE empguidebook.pdf 12/19/2006 19:41 7/22/2008 13:24 515,577
FILE empguidebook08.pdf 6/5/2008 11:20 7/22/2008 13:24 515,577
FILE EmployeeHandbook_5may04.pdf 12/19/2006 19:19 7/22/2008 13:24 368,629
FILE FirstAdvan.doc 10/11/2007 12:08 10/11/2007 12:08 222,208
FILE Frank W Interview 10-29-07.doc 10/31/2007 13:50 7/22/2008 13:24 31,232
FILE Generic Consulting Agreement.doc 8/12/2005 12:59 7/22/2008 13:24 49,664
FILE Interview with Ceci Hammond.doc 12/9/2006 07:16 7/22/2008 13:24 27,136
FILE Jessica Henry.doc 1/14/2007 17:38 7/22/2008 13:24 30,208
FILE LC Account Executive.doc 4/21/2006 09:37 7/22/2008 13:24 35,840
FILE LC Addendum.pdf 4/16/2007 10:55 7/22/2008 13:24 92,986
FILE LC T&E.doc 6/5/2008 11:49 7/22/2008 13:24 46,080
FILE LC Termination checklist.doc 7/19/2007 15:03 7/19/2007 15:03 101,888
FILE LC_Diners_Memo1.doc 1/2/2007 15:53 7/22/2008 13:24 54,272
FILE LC_Diners_MemoMR.doc 1/3/2007 22:14 7/22/2008 13:24 56,832
FILE LC_Diners_MemoMR2.doc 1/4/2007 13:47 7/22/2008 13:24 119,296
FILE LJ Conversation.doc 11/28/2007 11:03 7/22/2008 13:24 30,720
FILE Loomis_Robin_Resume_2.10.06.doc 6/16/2006 08:53 7/22/2008 13:24 44,032
FILE Mark Robeson - 2003 Goals.xls 4/7/2003 16:27 7/22/2008 13:24 76,288
FILE NordstromConciergeMgrJobDesc.doc 7/2/2008 04:53 7/22/2008 13:24 32,768
FILE onsite ranges all cities.xls 10/24/2007 12:45 7/22/2008 13:24 94,208
FILE pedrinvacOK080107.pdf 8/1/2007 15:59 7/22/2008 13:24 474,253
FILE Performance Eval Robeson 04.xls 12/9/2004 21:41 7/22/2008 13:24 70,144
FILE Performance Eval Template.xls 2/3/2006 12:08 7/22/2008 13:24 55,296
FILE Performance Eval TemplateAD.xls 1/30/2006 10:09 7/22/2008 13:24 55,296
FILE Performance Planning - Template.doc 9/16/2008 11:59 12/13/2007 15:41 67,584
FILE Performance Planning Template.doc 9/7/2006 16:35 7/22/2008 13:24 104,448
FILE Rec Letter Currin.doc 7/21/2006 05:20 7/22/2008 13:24 38,400
FILE Rec Letter Scibetta.doc 4/26/2005 13:07 7/22/2008 13:24 37,376
FILE Rec Letter Sorrell.doc 7/21/2006 05:07 7/22/2008 13:24 38,400
FILE rhonda myer notes.doc 4/1/2005 14:13 7/22/2008 13:24 21,504
FILE Robeson 2005 Review.xls 1/30/2006 08:24 7/22/2008 13:24 60,416
FILE Robeson Credit.txt 11/27/2006 12:59 7/22/2008 13:24 59,714
FILE Robeson PreEval.xls 12/10/2004 15:52 7/22/2008 13:24 28,672
FILE Robin Loomis.doc 6/16/2006 09:43 7/22/2008 13:24 29,184
FILE Thumbs.db 10/3/2006 11:49 7/22/2008 13:24 5,632
FILE TOG Enrollment form 06.07.04.pdf 6/29/2004 12:58 7/22/2008 13:24 280,152
FILE TOG Salary Deferral Agreement 8-11-04.pdf 11/3/2004 13:14 7/22/2008 13:24
117,379
FILE TOG witholding auth 2.jpg 6/29/2004 14:05 7/22/2008 13:24 83,450
FILE TOG witholding auth.jpg 6/29/2004 14:00 7/22/2008 13:24 84,745
FILE VP Sales - Comp Data - MRComm.xls 1/16/2008 16:10 7/22/2008 13:24 25,600
FILE WhyLesConciergesKurfiss.doc 4/24/2006 14:16 7/22/2008 13:24 56,320
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\HR\2006 Perf Review\ 0
7 617,122
FILE ~$rformance Planning Form RobesonRev.doc 10/18/2006 12:58 7/22/2008 13:24
162
FILE Copy of core competencies.xls 10/18/2006 07:35 7/22/2008 13:24 42,496
FILE Performance Planning Form Revisions Robeson.doc 9/30/2006 18:52 7/22/2008 13:24
111,616
FILE Performance Planning Form RobesonRev.doc 10/18/2006 11:44 7/22/2008 13:24
120,320
FILE Performance Planning Form RobesonRev2.doc 10/23/2006 08:04 7/22/2008 13:24
141,824
FILE Performance Planning Robeson 11.9.06.doc 11/9/2006 18:55 7/22/2008 13:24
175,104
FILE time mgt.doc 9/19/2006 15:45 7/22/2008 13:24 25,600
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\HR\2006 Perf Review\ 0
7 617,122
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\HR\Review\ 0 18
1,338,368
FILE 02-02-06 Meeting Agenda Client Services.doc 2/2/2006 14:19 7/22/2008 13:24 64,512
FILE 20060123_ResourceList.doc 2/7/2006 11:23 7/22/2008 13:24 194,048
FILE 20060206_SADiningRevs.xls 2/7/2006 16:33 7/22/2008 13:24 40,960
FILE 20060206_SAEventPlanningRevs.xls 2/7/2006 16:33 7/22/2008 13:24 36,864

FILE 20060207SA_Comm_Mtg.doc 2/7/2006 11:23 7/22/2008 13:24 50,688
FILE BizDevPipeline.xls 1/24/2006 11:52 7/22/2008 13:24 38,912
FILE Daily Call Center Phone Stats.xls 2/2/2006 12:52 7/22/2008 13:24 126,976
FILE Follow-up-Email-from-Ann_012606.doc 2/2/2006 11:25 7/22/2008 13:24 28,672
FILE Launch Implementation and Release Meeting Agenda Feb 8.doc 2/7/2006 12:46 7/22/2008 13:24 50,176
FILE LHW_InternetQDraft.doc 2/2/2006 14:25 7/22/2008 13:24 175,616
FILE Luxury Marketing Council Talking Points.doc 2/6/2006 15:02 7/22/2008 13:24 26,624
FILE MBNA-BAC_LC_Spring_Catalog Exec Summary and Analysis.doc 7/13/2006 19:34 7/22/2008 13:24 68,608
FILE Mutual_Non_disclosure_Agreement_Les Concierges.doc 2/3/2006 14:18 7/22/2008 13:24 34,816
FILE MyConcierge Agenda2.1.06.doc 2/7/2006 15:49 7/22/2008 13:24 71,680
FILE RCI Project Plan.xls 2/7/2006 12:33 7/22/2008 13:24 79,360
FILE Robeson Compensation Story.doc 2/8/2006 08:10 7/22/2008 13:24 27,136
FILE SA_Category_Revs_Notes.doc 2/7/2006 16:33 7/22/2008 13:24 109,056
FILE ScotiaGold Concierge Meeting Topics & Questions.doc 2/3/2006 14:18 7/22/2008 13:24 113,664
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\HR\Review\ 0 18 1,338,368
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\HR\Time Off\ 0 10 995,328
FILE Robeson Time-Off Apr 22.doc 2/27/2008 09:21 7/22/2008 13:24 99,840
FILE Robeson Time-Off Aug 6.doc 6/11/2008 09:39 7/22/2008 13:24 99,328
FILE Robeson Time-Off Aug07.doc 6/18/2007 11:33 7/22/2008 13:24 99,328
FILE Robeson Time-Off July 25.doc 6/11/2008 09:36 7/22/2008 13:24 99,328
FILE Robeson Time-Off June 20.doc 6/6/2008 12:45 7/22/2008 13:24 99,328
FILE Robeson Time-Off Mar 10-11.doc 2/26/2008 16:31 7/22/2008 13:24 99,840
FILE Robeson Time-Off Oct 4.doc 9/26/2007 09:46 7/22/2008 13:24 99,328
FILE Robeson Time-Off Sept2.doc 8/22/2008 13:30 8/22/2008 13:30 99,840
FILE Robeson Time-Off Sept24.doc 8/27/2008 06:58 8/27/2008 06:58 99,840
FILE Robeson Time-Off XMas06.doc 11/29/2006 08:59 7/22/2008 13:24 99,328
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\HR\Time Off\ 0 10 995,328
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\HR\ 3 87 8,344,432
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Investor\ 3 31 54,542,684
FILE 1-InvestorPres_D1v3 copy 1.ppt 8/4/2005 14:18 7/22/2008 13:23 7,267,840
FILE 2 - LC Executive Summary.doc 1/13/2008 13:23 7/22/2008 13:23 142,336
FILE China Cost Overview.xls 9/3/2007 14:08 7/22/2008 13:23 28,672
FILE ChinaInvestment_0907.ppt 9/2/2007 08:56 7/22/2008 13:23 2,343,936
FILE ChinaInvestment_0907f.ppt 9/3/2007 10:33 7/22/2008 13:23 2,347,008
FILE Dubai Opportunity Assessment.ppt 11/20/2005 18:49 7/22/2008 13:23 670,720
FILE Investor Package Briefing Document Outline081405.doc 8/15/2005 10:16 7/22/2008 13:23 32,256
FILE investor.efx 8/19/2005 09:21 7/22/2008 13:23 423,964
FILE KeiretsuDeck (2).ppt 2/20/2007 08:44 7/22/2008 13:23 1,007,616
FILE KeiretsuDeck.ppt 2/14/2007 19:01 7/22/2008 13:23 3,656,704
FILE LC - RCI Deal Points.doc 9/28/2005 12:21 7/22/2008 13:23 61,952
FILE LCInvestor.zip 10/8/2006 11:36 7/22/2008 13:23 4,318,225
FILE LCInvestorPacket0815.doc 8/16/2005 16:36 7/22/2008 13:23 2,511,360
FILE LCInvestorPacket090406.doc 9/3/2006 12:16 7/22/2008 13:23 2,344,960
FILE LesConcierges RCI Opportunities.doc 9/9/2005 12:22 7/22/2008 13:23 83,968
FILE LesConcierges_Summary_Package_TPGV.doc 12/9/2006 13:02 7/22/2008 13:23 137,728
FILE New Investor v2.ppt 8/8/2005 14:04 7/22/2008 13:23 2,808,832
FILE New Investor v3.ppt 8/19/2005 13:10 7/22/2008 13:24 3,115,520
FILE New Investor.ppt 8/8/2005 14:01 7/22/2008 13:24 7,642,112
FILE Projectedrevenue.xls 8/4/2005 14:40 7/22/2008 13:24 68,096
FILE slide for Mark.ppt 8/15/2005 15:10 7/22/2008 13:24 315,392
FILE Starwood 8-18-05 FINAL.ppt 8/18/2005 12:03 7/22/2008 13:24 1,854,464
FILE Starwood Draft 8-15-05a.ppt 8/15/2005 13:58 7/22/2008 13:24 3,293,184
FILE Starwood Hotels De-Brief.doc 7/29/2005 09:01 7/22/2008 13:24 25,600
FILE starwood notes.doc 7/28/2005 13:12 7/22/2008 13:24 24,576
FILE Starwood.efx 8/15/2005 09:31 7/22/2008 13:24 981,468
FILE Starwood.txt 8/14/2005 08:17 7/22/2008 13:24 339
FILE StarwoodMemo724.doc 7/27/2005 18:15 7/22/2008 13:24 42,496
FILE TemplateReveiw080205.ppt 8/8/2005 15:22 7/22/2008 13:24 562,176
FILE Thumbs.db 2/19/2008 15:19 7/22/2008 13:24 7,680
FILE VC presentation-Master Card.ppt 2/24/2004 10:09 7/22/2008 13:24 6,421,504
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Investor\Oct 06\ 0 15 13,718,528
FILE 4a-ClientBaseSum010106Summary - MASTER-Team.xls 9/5/2006 14:17 7/22/2008 13:24

83,968
FILE Articles.doc 10/8/2006 10:50 7/22/2008 13:24 76,800
FILE BizPlan.doc 9/4/2006 13:08 7/22/2008 13:24 98,304
FILE BizPlan2.doc 9/4/2006 14:08 7/22/2008 13:24 823,296
FILE Bus_Plan_final.doc 9/6/2006 09:32 7/22/2008 13:24 2,130,944
FILE Bus_Plan_LC.doc 9/5/2006 06:11 7/22/2008 13:24 2,086,400
FILE Bus_Plan_LCMR.doc 9/5/2006 14:36 7/22/2008 13:24 2,100,736
FILE Competitive Landscape.doc 9/4/2006 10:48 7/22/2008 13:24 108,032
FILE Edited Summary.doc 9/2/2006 16:54 7/22/2008 13:24 49,152
FILE Exec_Summary_Investment_Package_LesCMR1.doc 9/3/2006 13:20 7/22/2008 13:24 2,995,200
FILE Exec_Summary_Investment_Package_LesCMR2.doc 10/8/2006 11:06 7/22/2008 13:24 2,995,200
FILE IM_Draft_Headings[1].doc 9/2/2006 16:54 7/22/2008 13:24 68,608
FILE Market size.doc 9/3/2006 17:10 7/22/2008 13:24 28,160
FILE Market size2.doc 9/4/2006 13:21 7/22/2008 13:24 37,888
FILE Market sizeMR.doc 9/4/2006 11:49 7/22/2008 13:24 35,840
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Investor\Oct 06\ 0 15 13,718,528
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Investor\Oct 06 2\ 0 7 11,408,896
FILE Articles.doc 10/8/2006 10:50 7/22/2008 13:24 76,800
FILE Exec_Summary_Investment_Package_100606.doc 10/8/2006 11:28 7/22/2008 13:24 2,983,936
FILE Exec_Summary_Investment_Package_LesC[1].doc 10/8/2006 10:51 7/22/2008 13:24 2,945,024
FILE GlobalBusinessPlan.doc 10/8/2006 11:34 7/22/2008 13:24 823,296
FILE Key Global Markets.doc 10/8/2006 11:36 7/22/2008 13:24 36,864
FILE LesConcierges_Business_Plan_DA_edits_GS[1].doc 10/8/2006 10:50 7/22/2008 13:24 2,271,232
FILE LesConcierges_Business_Plan100806.doc 10/8/2006 11:25 7/22/2008 13:24 2,271,744
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Investor\Oct 06 2\ 0 7 11,408,896
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Investor\Starwood\ 1 18 18,728,724
FILE Sales Momentum Slides.ppt 8/12/2005 22:19 7/22/2008 13:24 435,200
FILE Starwood 1. Intro 8-12-05.ppt 8/12/2005 17:28 7/22/2008 13:24 272,384
FILE Starwood 10. Global Network 8-12-05.ppt 8/12/2005 17:42 7/22/2008 13:24 577,024
FILE Starwood 11. Customer Impact 8-12-05.ppt 8/14/2005 09:14 7/22/2008 13:24 479,232
FILE Starwood 2. Strategic Vision 8-12-05.ppt 8/12/2005 17:29 7/22/2008 13:24 434,688
FILE Starwood 2. Strategic Vision 8-12-05MR.ppt 8/13/2005 07:47 7/22/2008 13:24 501,248
FILE Starwood 3. exec mgmt 8-12-05.ppt 8/13/2005 07:52 7/22/2008 13:24 452,096
FILE Starwood 4. Expertise 8-12-05.ppt 8/12/2005 17:32 7/22/2008 13:24 458,240
FILE Starwood 5. Customer Base 8-12-05.ppt 8/12/2005 17:35 7/22/2008 13:24 638,976
FILE Starwood 6. sales momentum 8-12-05.ppt 8/12/2005 17:36 7/22/2008 13:24 477,696
FILE Starwood 7. People 8-12-05.ppt 8/12/2005 17:37 7/22/2008 13:24 615,424
FILE Starwood 8. Technology 8-12-05.ppt 8/12/2005 17:40 7/22/2008 13:24 3,319,296
FILE Starwood 9. Supplier 8-12-05.ppt 8/12/2005 17:41 7/22/2008 13:24 626,176
FILE Starwood Draft V1.ppt 8/14/2005 05:25 7/22/2008 13:24 6,022,144
FILE Starwood outline.doc 8/13/2005 10:18 7/22/2008 13:24 22,528
FILE starwood.efx 8/13/2005 12:30 7/22/2008 13:24 11,540
FILE Thumbs.db 8/14/2005 15:17 7/22/2008 13:24 12,288
FILE vision.ppt 8/13/2005 06:19 7/22/2008 13:24 3,372,544
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Investor\Starwood\mine\ 0 1 493,568
FILE Starwood 2a. Business Model.ppt 8/13/2005 07:51 7/22/2008 13:24 493,568
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Investor\Starwood\mine\ 0 1 493,568
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Investor\Starwood\ 1 19 19,222,292
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Investor\ 4 72 98,892,400
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\it\ 0 2 349,696
FILE LC_IT_Escalation_Procedures_2007_02.doc 9/25/2007 13:01 7/22/2008 13:23 49,152
FILE technology - aug 2008 to exec team.ppt 8/21/2008 09:34 8/21/2008 09:33 300,544
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\it\ 0 2 349,696

FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Jaguar\ 8 61 13,823,456
FILE ~$sConcieges Proposal for JaguarUSA.doc 10/20/2005 11:42 7/22/2008 13:23 162
FILE AWS LesConcierges Term Sheet.doc 11/7/2005 15:37 7/22/2008 13:23 67,072
FILE AWS Vendor Agreement 111005.doc 11/10/2005 14:29 7/22/2008 13:23 53,248
FILE AWS_Vendor_Agreement_120905.doc 12/10/2005 14:49 7/22/2008 13:23 73,728
FILE AWS_Vendor_Agreement_122905.doc 12/29/2005 07:47 7/22/2008 13:23 53,248
FILE Case Study for Jaguar USA.ppt 6/4/2005 16:13 7/22/2008 13:23 675,328
FILE CC Electronic QuoteBreakDownForm plus RS-LCResponse.xls 8/3/2005 12:47 7/22/2008 13:23 88,576
FILE Concierge by Jaguar - Program Training Final.doc 12/13/2005 07:40 7/22/2008 13:23 414,720
FILE Concierge by Jaguar - Program Training.doc 12/9/2005 09:46 7/22/2008 13:23 428,032
FILE Concierge by Jaguar Agenda 051206.doc 5/13/2006 04:09 7/22/2008 13:23 63,488
FILE Concierge By Jaguar Overview April 06.ppt 4/6/2006 17:37 7/22/2008 13:23 687,104
FILE Concierge by Jaguar Status April 06.ppt 6/13/2006 05:58 7/22/2008 13:23 414,208
FILE Concierge by Jaguar VIP Incentives Pilot.doc 6/22/2006 10:23 7/22/2008 13:23 138,240
FILE Jag Meeting_Minutes_10.25.05.doc 10/25/2005 17:33 7/22/2008 13:23 59,392
FILE Jag Pricing 071505.xls 8/16/2005 17:57 7/22/2008 13:23 28,160
FILE Jag Pricing 071505LJ.xls 8/17/2005 05:31 7/22/2008 13:23 29,696
FILE Jag Pricing 081705.xls 8/17/2005 05:46 7/22/2008 13:23 33,280
FILE Jag Pricing.xls 8/16/2005 18:13 7/22/2008 13:23 24,576
FILE Jag PricingPL081705.xls 8/17/2005 05:46 7/22/2008 13:23 23,552
FILE jag Training.doc 11/18/2005 16:29 7/22/2008 13:23 276,480
FILE Jaguar Agenda 062305.doc 6/23/2005 11:37 7/22/2008 13:23 49,152
FILE Jaguar Concierge Proposition - Request for Quote 010606.doc 6/20/2006 15:36 7/22/2008 13:23 302,442
FILE Jaguar Concierge Proposition - Request for Quote.doc 12/10/2005 15:20 7/22/2008 13:23 133,632
FILE Jaguar Concierge Proposition - Request for QuoteJLEdits.doc 12/23/2005 04:44 7/22/2008 13:23 169,984
FILE Jaguar Concierge Proposition - SOW 062106.rtf 6/22/2006 07:36 7/22/2008 13:23 304,069
FILE Jaguar Concierge v4.ppt 6/1/2005 14:01 7/22/2008 13:23 1,288,192
FILE Jaguar Concierge.ppt 5/20/2005 08:06 7/22/2008 13:23 2,785,280
FILE Jaguar LesConcierges Term Sheet Clean.doc 8/31/2005 13:12 7/22/2008 13:23 110,592
FILE Jaguar LesConcierges Term Sheet Nov 18 Clean.doc 11/8/2005 07:00 7/22/2008 13:23 112,128
FILE Jaguar LesConcierges Term Sheet Nov 18.doc 11/8/2005 07:00 7/22/2008 13:23 115,200
FILE Jaguar LesConcierges Term Sheet v1.doc 8/31/2005 11:39 7/22/2008 13:23 113,664
FILE Jaguar LesConcierges Term Sheet v1spdt.doc 8/31/2005 10:43 7/22/2008 13:23 106,496
FILE Jaguar LesConcierges Term Sheet v2.doc 8/31/2005 13:11 7/22/2008 13:23 129,024
FILE Jaguar Revised Pricing II.doc 10/12/2005 13:00 7/22/2008 13:23 38,400
FILE Jaguar Revised Pricing.doc 9/2/2005 10:39 7/22/2008 13:23 38,912
FILE Jaguar slides.doc 5/31/2005 12:59 7/22/2008 13:23 40,960
FILE Jaguar VIP SOW 6-24.doc 6/26/2006 09:07 7/22/2008 13:23 67,584
FILE Jaguar VIP SOW 7-24.doc 7/24/2006 07:13 7/22/2008 13:23 69,632
FILE JaguarFlowCharts_v5_20051212.pdf 12/13/2005 07:36 7/22/2008 13:23 47,311
FILE Jaguar-Gift-Program-Brief-draft.doc 10/31/2005 10:20 7/22/2008 13:23 200,192
FILE LesConcieges Proposal for Jaguar Cars VIP Program.doc 4/26/2006 15:13 7/22/2008 13:23 73,728
FILE LesConcieges Proposal for Jaguar Cars VIP Programfnl.doc 6/20/2006 13:02 7/22/2008 13:23 78,336
FILE LesConcieges Proposal for JaguarUSA - VIP Program.doc 4/26/2006 13:57 7/22/2008 13:23 227,840
FILE LesConcieges Proposal for JaguarUSA.doc 8/16/2005 08:07 7/22/2008 13:23 521,728
FILE NewSuppl LesConcierges.rtf 9/9/2005 13:32 7/22/2008 13:23 137,502
FILE Outline Program Design Meeting_062106.doc 6/22/2006 10:47 7/22/2008 13:23 69,120
FILE Outline Program Design Meeting_092705.doc 9/28/2005 12:20 7/22/2008 13:23 446,976
FILE Overview for Jaguar.ppt 6/22/2006 17:17 7/22/2008 13:23 1,690,112
FILE PO1.doc 12/10/2005 15:19 7/22/2008 13:23 99,840
FILE Presentation Template 6-05.ppt 6/23/2005 11:33 7/22/2008 13:23 76,288
FILE Process FlowCharts_v2.pdf 10/4/2005 06:04 7/22/2008 13:23 37,948

FILE Program Breakout for Jaguar Revised v1.xls 9/2/2005 10:30 7/22/2008 13:23 26,112
FILE Program Breakout for Jaguar Revised v2.xls 1/24/2006 15:42 7/22/2008 13:23 24,576
FILE Program Breakout for Jaguar.xls 8/17/2005 11:39 7/22/2008 13:23 26,624
FILE Program Breakout for Sotheby's.xls 9/27/2005 12:20 7/22/2008 13:23 26,112
FILE Program Planning Call.ics 6/17/2005 14:08 7/22/2008 13:23 1,121
FILE Questions for the Jag Account.doc 10/19/2005 13:50 7/22/2008 13:23 29,696
FILE Raintree.xls 9/18/2005 05:34 7/22/2008 13:23 33,280
FILE Survey Results and Ann Hill.doc 8/24/2006 19:32 7/22/2008 13:23 33,280
FILE Thumbs.db 9/26/2007 09:57 7/22/2008 13:23 5,632
FILE VVIP.rtf 6/20/2006 17:27 7/22/2008 13:23 302,469
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Jaguar\brand\ 0 1 1,672,627
FILE GtoG_7.pdf 9/24/2005 07:37 7/22/2008 13:23 1,672,627
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Jaguar\brand\ 0 1 1,672,627
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Jaguar\Launch\ 0 13 5,132,413
FILE ConciergeTrainingManualShell-Jaguar-KB.doc 11/8/2005 08:48 7/22/2008 13:23 345,088
FILE ConciergeTrainingManualShell-Jaguar-MR.doc 11/12/2005 10:30 7/22/2008 13:23 361,472
FILE Jaguar Meeting Notes- 11.10.05.doc 11/12/2005 09:39 7/22/2008 13:23 31,232
FILE Jaguar Process FlowCharts_v3.pdf 10/11/2005 16:00 7/22/2008 13:23 42,109
FILE Jaguar Training - Mark Edits 2.doc 12/6/2005 20:19 7/22/2008 13:23 367,104
FILE Jaguar Training - Mark Edits.doc 12/6/2005 08:10 7/22/2008 13:23 359,424
FILE Jaguar Training.doc 12/5/2005 10:03 7/22/2008 13:23 296,448
FILE Jaguar_LaunchPlan Internal_10-06-05.xls 10/7/2005 09:38 7/22/2008 13:23 242,688
FILE Jaguar_LaunchPlan Internal_11-12-05.xls 11/12/2005 10:03 7/22/2008 13:23 269,824
FILE Jaguar_LaunchPlan Internal_11-2-05.xls 11/2/2005 14:18 7/22/2008 13:23 266,240
FILE ProgramDesign_062306_MR.ppt 6/22/2006 17:39 7/22/2008 13:23 1,120,768
FILE ProgramDesign_092305_LK.ppt 9/27/2005 11:58 7/22/2008 13:23 1,120,256
FILE ProgramDesign_101205_MR.ppt 10/12/2005 14:15 7/22/2008 13:23 309,760
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Jaguar\Launch\ 0 13 5,132,413
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Jaguar\Logos\ 0 3 310,623
FILE Jag Jumper.jpg 8/10/2006 10:11 7/22/2008 13:23 5,571
FILE JAG_LOGO_LT_BKG_RGB.jpg 2/22/2005 10:13 7/22/2008 13:23 296,860
FILE Thumbs.db 8/10/2006 10:11 7/22/2008 13:23 8,192
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Jaguar\Logos\ 0 3 310,623
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Jaguar\Pricing\ 0 3 122,368
FILE Concierge Pricing August 31 2005.xls 6/13/2006 06:01 7/22/2008 13:23 26,112
FILE Jaguar VVIP Pricing 042506.xls 4/27/2006 18:50 7/22/2008 13:23 47,616
FILE Jaguar VVIP Pricing 072406.xls 7/24/2006 07:14 7/22/2008 13:23 48,640
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Jaguar\Pricing\ 0 3 122,368
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Jaguar\Proposals\ 0 0 0
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Jaguar\Proposals\ 0 0 0
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Jaguar\Reports\ 0 2 55,808
FILE Concierge by Jaguar - Monthly Report 2006.xls 4/25/2006 14:52 7/22/2008 13:23 37,376
FILE Jag Request Summary - Dec Jan 06.xls 1/30/2006 18:51 7/22/2008 13:23 18,432
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Jaguar\Reports\ 0 2 55,808
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Jaguar\surprise delight\ 0 1 112,128
FILE Jaguar-Gift-Program-Brief-110405.doc 11/7/2005 11:35 7/22/2008 13:23 112,128
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Jaguar\surprise delight\ 0 1 112,128
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Jaguar\survey\ 0 4 1,883,628
FILE Jag Survey Detail Answers.doc 8/26/2006 07:43 7/22/2008 13:23 33,792
FILE Jaguar Super V8 Customer Satisfaction Survey-Results(2).xls 8/26/2006 07:38 7/22/2008 13:23 33,260
FILE Jaguar SuperV8 Survey Analysis.ppt 8/31/2006 14:37 7/22/2008 13:23 1,744,384

FILE LC-Jaguar Surprise and Delight Proposed Survey Questions_MRO edits.doc 7/14/2006 11:10 7/22/2008 13:23 72,192
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Jaguar\survey\ 0 4 1,883,628
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Jaguar\ 8 88 23,113,051
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\job stuff from Mark Lap\ 7 18 6,964,029
FILE ~$nday Evening.doc 2/7/2002 08:37 7/22/2008 13:23 162
FILE ~WRL0003.tmp 9/10/2002 18:42 7/22/2008 13:23 19,456
FILE 3BCE5100 2/21/2003 19:03 7/22/2008 13:23 101,888
FILE Ask Jeeves Answer FRB Testimony, Smith -- Giving Consumers Credit How is the Credit.txt 1/25/2003 11:22 7/22/2008 13:23 88
FILE BUDGET 2002 - 34.0A.xls 5/9/2002 16:34 7/22/2008 13:23 780,800
FILE cab3pk.jpg 5/15/2002 16:25 7/22/2008 13:23 165,336
FILE Cadence Overview.doc 4/5/2003 15:42 7/22/2008 13:23 30,208
FILE Calendar of Events.xls 4/20/2002 13:14 7/22/2008 13:23 18,432
FILE ccontacts.txt 1/12/2003 23:21 7/22/2008 13:23 26,996
FILE Chronicle response 2-9-03.doc 2/9/2003 10:34 7/22/2008 13:23 34,816
FILE COPC CSP Certification Process CDM 7-Apr-03.pdf 6/24/2003 05:40 7/22/2008 13:23 183,915
FILE Copy of LC Press release.doc 7/13/2001 07:46 7/22/2008 13:23 23,040
FILE f0b43412.efx 6/24/2003 06:11 7/22/2008 13:23 25,740
FILE Jaguar Concierge Proposition - Request for Quote.doc 7/9/2005 04:45 7/22/2008 13:23 73,728
FILE Thumbs.db 2/26/2007 05:41 7/22/2008 13:23 7,168
FILE Ticket Request and Answers.xls 11/20/2002 07:43 7/22/2008 13:23 5,196,288
FILE VendorStrategy 2003.ppt 3/30/2003 18:58 7/22/2008 13:23 238,080
FILE VIPdeskFinancialInfoForLesConcierge_Feb 14 2002.XLS 2/17/2002 22:47 7/22/2008 13:23 37,888
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\job stuff from Mark Lap\account templates\ 0 1 152,064
FILE Cadence Business Plan 03.xls 4/5/2003 15:57 7/22/2008 13:23 152,064
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\job stuff from Mark Lap\account templates\ 0 1 152,064
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\job stuff from Mark Lap\biz plan data\ 0 15 711,680
FILE Account Expansion MBNA 11-16-02.xls 11/17/2002 22:57 7/22/2008 13:23 26,112
FILE Ambassadair 2002.xls 1/12/2003 14:51 7/22/2008 13:23 14,848
FILE Ambassadair Overview.doc 4/8/2003 09:18 7/22/2008 13:23 35,328
FILE bcbsma 2002.xls 1/12/2003 14:45 7/22/2008 13:23 19,968
FILE BCBS-MA Overview.doc 4/8/2003 09:27 7/22/2008 13:23 33,792
FILE Business Plan Template 12-24-02.xls 12/24/2002 14:37 7/22/2008 13:23 356,352
FILE cc 2002.xls 1/12/2003 14:49 7/22/2008 13:23 19,968
FILE FBM 2002.xls 1/26/2003 11:04 7/22/2008 13:23 20,992
FILE FPA Overview.doc 4/8/2003 09:01 7/22/2008 13:23 33,792
FILE kpmg 2002.xls 1/26/2003 11:16 7/22/2008 13:23 20,480
FILE MBNA 2002.xls 1/11/2003 14:40 7/22/2008 13:23 22,528
FILE MBNA Overview.doc 4/8/2003 08:52 7/22/2008 13:23 33,792
FILE PM 2002.xls 1/26/2003 11:14 7/22/2008 13:23 23,040
FILE SampleMarketingPlan.12-24-02.doc 12/24/2002 11:28 7/22/2008 13:23 31,232
FILE Shell 2002.xls 1/26/2003 11:06 7/22/2008 13:23 19,456
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\job stuff from Mark Lap\biz plan data\ 0 15 711,680
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\job stuff from Mark Lap\biz plans \ 0 7 1,119,232
FILE Ambassadair Business Plan 2002.xls 4/8/2003 17:37 7/22/2008 13:23 151,552
FILE BCBS-MA Business Plan 2002.xls 4/8/2003 16:42 7/22/2008 13:23 118,272
FILE Business Plan KPMG 2003.xls 4/8/2003 20:47 7/22/2008 13:23 124,928
FILE Business Plan PM 2003.xls 4/8/2003 20:50 7/22/2008 13:23 356,864
FILE ClubCorp Business Plan 2002.xls 4/8/2003 16:31 7/22/2008 13:23 137,728
FILE FPA Business Plan 2003.xls 4/8/2003 16:57 7/22/2008 13:23 105,984
FILE MBNA Business Plan 2003.xls 4/8/2003 16:10 7/22/2008 13:23 123,904
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\job stuff from Mark Lap\biz plans \ 0 7 1,119,232
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\job stuff from Mark Lap\MBNA project\ 0 39 17,578,653
FILE ~$NA ROI Data Sheet 3.0.doc 1/28/2003 08:12 7/22/2008 13:23 162
FILE Dining.doc 1/13/2003 00:32 7/22/2008 13:23 21,504
FILE LC Bus Req Ph I rev 1-8-03.doc 1/28/2003 10:46 7/22/2008 13:23 66,048
FILE Les Concierges 4-22-03 blackline.doc 4/27/2003 09:47 7/22/2008 13:23 112,128
FILE MBNA - Apr 03 Master.xls 6/3/2003 10:27 7/22/2008 13:23 156,672
FILE MBNA - Apr 03.xls 5/1/2003 17:24 7/22/2008 13:23 156,672
FILE MBNA - Apr 22.xls 4/23/2003 11:00 7/22/2008 13:23 138,752

FILE MBNA - Business Case -ROI- 2003.doc 2/28/2003 15:01 7/22/2008 13:23 111,616
FILE MBNA - Mar 03.xls 4/9/2003 18:08 7/22/2008 13:23 137,216
FILE MBNA 125 meeting notes.txt 1/26/2003 10:34 7/22/2008 13:23 3,875
FILE MBNA 3-7-03(gin).ppt 3/6/2003 15:20 7/22/2008 13:23 5,624,832
FILE MBNA 3-7-03.ppt 3/7/2003 10:16 7/22/2008 13:23 7,476,224
FILE MBNA 4MM (18[1].0) 1.0 - EXT.xls 4/27/2003 09:45 7/22/2008 13:23 20,480
FILE MBNA Agenda 6-18-03 notes.doc 6/20/2003 09:08 7/22/2008 13:23 43,008
FILE MBNA Agenda 6-18-03.doc 6/18/2003 07:11 7/22/2008 13:23 32,256
FILE MBNA Design Grid.xls 1/20/2003 13:50 7/22/2008 13:23 20,480
FILE MBNA Estimates.xls 2/4/2003 20:54 7/22/2008 13:23 26,112
FILE MBNA Freq User List 1-21-03.xls 1/26/2003 22:15 7/22/2008 13:23 306,176
FILE MBNA Info Gathering.xls 1/24/2003 16:49 7/22/2008 13:23 16,384
FILE MBNA Proposal Draft MR 1-28.doc 1/28/2003 11:23 7/22/2008 13:23 131,584
FILE MBNA ROI 4.0.xls 3/6/2003 21:45 7/22/2008 13:23 29,696
FILE MBNA ROI Data Sheet 2.0 1/22/2003 18:46 7/22/2008 13:23 42,496
FILE MBNA ROI Data Sheet 2.0.doc 1/26/2003 00:44 7/22/2008 13:23 42,496
FILE MBNA ROI Data Sheet 3.0.doc 1/26/2003 22:28 7/22/2008 13:23 51,712
FILE MBNA ROI Data Sheet 4.0.doc 1/28/2003 09:28 7/22/2008 13:23 56,320
FILE MBNA Web Proposal 2003.doc 2/28/2003 15:00 7/22/2008 13:23 265,216
FILE MBNA World extra call invoice Mar-Apr 03.xls 6/18/2003 06:09 7/22/2008 13:23
13,824
FILE MBNA-Req-CCard v2.XLS 1/26/2003 22:37 7/22/2008 13:23 1,814,528
FILE Product Descriptions.1-28-03.doc 1/28/2003 10:06 7/22/2008 13:23 65,024
FILE Product Overviews & Specs.doc 1/26/2003 13:45 7/22/2008 13:23 21,504
FILE Product Strategy Dining 11-15.doc 11/16/2002 17:15 7/22/2008 13:23 32,256
FILE products list.efx 3/31/2003 17:35 7/22/2008 13:23 112,856
FILE ProductStrategy Gifts 11-15-02.doc 11/16/2002 17:12 7/22/2008 13:23 37,888
FILE ProductStrategy.11-15-02.doc 11/17/2002 11:42 7/22/2008 13:23 89,088
FILE ProductStrategy.11-17-02 3/30/2003 22:17 7/22/2008 13:23 81,920
FILE ROI concept narrative.doc 1/31/2003 19:51 7/22/2008 13:23 24,064
FILE San Fran Trip Meeting Minutes 11_11_02__.doc 11/12/2002 23:10 7/22/2008 13:23
68,096
FILE San Fran Trip Meeting Minutes 11_11_02__Robeson.doc 11/12/2002 23:26 7/22/2008 13:23
93,696
FILE Specialty gifts.doc 1/12/2003 23:02 7/22/2008 13:23 33,792
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\job stuff from Mark Lap\MBNA project\ 0 39 17,578,653
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\job stuff from Mark Lap\paris\
1 23 14,306,336
FILE 10-28-02AOLfinalcontractjfedi.doc 4/11/2003 13:49 7/22/2008 13:23 281,088
FILE Action Letter 5.28.03.doc 6/3/2003 09:00 7/22/2008 13:23 66,048
FILE Annual Marketing Presentation 2003.ppt 4/1/2003 15:03 7/22/2008 13:23 86,016
FILE Annual Review 2002.ppt 4/1/2003 15:03 7/22/2008 13:23 272,384
FILE Bridgestreet Program Proposal.ppt 4/8/2003 21:02 7/22/2008 13:23 2,891,264
FILE CEPS Program Proposal.ppt 4/2/2003 13:45 7/22/2008 13:23 1,466,880
FILE ClubCorp Launch Approach 09-04-02section2.doc 4/21/2003 16:15 7/22/2008 13:23
148,992
FILE Extranet Example.ppt 3/12/2003 12:01 7/22/2008 13:23 1,021,952
FILE LC Response to RFP.doc 11/12/2001 16:55 7/22/2008 13:23 2,442,240
FILE page 1.doc 6/16/2003 12:40 7/22/2008 13:23 181,760
FILE page 2.doc 6/16/2003 12:40 7/22/2008 13:23 324,608
FILE page 3.doc 6/16/2003 12:40 7/22/2008 13:23 352,256
FILE page 4.doc 6/16/2003 12:40 7/22/2008 13:23 204,800
FILE phonetop-bridgestreet.pdf 4/2/2003 10:42 7/22/2008 13:23 573,423
FILE RE Concierge and Reward Recognition Programs-Client Endorsement.txt 4/2/2003 12:33
7/22/2008 13:23 2,369
FILE Scrap.shs 4/21/2003 15:40 7/22/2008 13:23 44,544
FILE SF Law Firm Launch Planner.doc 4/21/2003 09:58 7/22/2008 13:23 78,336
FILE TI DALLAS Business Plan 2003.xls 4/1/2003 17:02 7/22/2008 13:23 679,424
FILE TI HR Program Annual Summary 2002.ppt 4/1/2003 09:53 7/22/2008 13:23 734,720
FILE Ti ii.doc 4/20/2003 16:41 7/22/2008 13:23 1,041,408
FILE TI KB Present.doc 4/16/2003 10:54 7/22/2008 13:23 310,272
FILE TI STAFFORD Business Plan 2003.xls 4/1/2003 10:22 7/22/2008 13:23 332,288
FILE welcome card bridgestreet.pdf 4/2/2003 10:39 7/22/2008 13:23 769,264
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\job stuff from Mark Lap\paris\TI proposal\ 0 9 6,614,029
FILE Proposal for services - TI France.doc 4/21/2003 16:51 7/22/2008 13:23
1,196,544
FILE Sample Launch Plan 4-031.xls 4/21/2003 09:57 7/22/2008 13:23 29,696
FILE TI Nice Newsletter May.pdf 4/18/2003 16:43 7/22/2008 13:23 1,982,531
FILE TI Nice Promotional Email.doc 4/21/2003 16:59 7/22/2008 13:23 52,736
FILE TI project Vendors Matrix.xls 4/21/2003 15:41 7/22/2008 13:23 33,280
FILE TI-France Proposal.zip 4/21/2003 17:12 7/22/2008 13:23 2,866,634
FILE TI-France Sample Communications Plan.doc 4/21/2003 20:32 7/22/2008 13:23
110,592

FILE TI-France Timeline.mpp 4/21/2003 19:40 7/22/2008 13:23 243,712
FILE TIRSE Launch Planner.doc 4/21/2003 09:58 7/22/2008 13:23 98,304
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\job stuff from Mark Lap\paris\TI proposal\ 0 9 6,614,029
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\job stuff from Mark Lap\paris\ 1 32 20,920,365
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\job stuff from Mark Lap\rci\ 0 5 366,080
FILE rci price.xls 6/20/2003 12:25 7/22/2008 13:23 15,360
FILE RCI Product Segmentation 6-03.doc 6/18/2003 08:58 7/22/2008 13:23 50,176
FILE RCI Program Outline.doc 6/20/2003 11:54 7/22/2008 13:23 215,040
FILE RCI Segment Descriptions.doc 6/11/2003 08:11 7/22/2008 13:23 48,640
FILE RCI Segmentation Analysis.xls 6/11/2003 12:45 7/22/2008 13:23 36,864
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\job stuff from Mark Lap\rci\ 0 5 366,080
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\job stuff from Mark Lap\reports\ 0 7 334,848
FILE Ambassadair Feb 2003 Master.xls 3/1/2003 16:14 7/22/2008 13:23 84,992
FILE Ambassadair Feb 2003.xls 3/1/2003 13:31 7/22/2008 13:23 76,288
FILE ambassadair req analys feb 03.xls 3/1/2003 16:11 7/22/2008 13:23 10,240
FILE feb 03 telephony.xls 3/1/2003 13:32 7/22/2008 13:23 51,200
FILE Feb FPA 2003 Master.xls 3/1/2003 16:26 7/22/2008 13:23 87,552
FILE fpa feb 2003.xls 3/1/2003 16:08 7/22/2008 13:23 10,240
FILE FPA req sum feb 2003.xls 3/1/2003 16:18 7/22/2008 13:23 14,336
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\job stuff from Mark Lap\reports\ 0 7 334,848
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\job stuff from Mark Lap\ 8 124 48,146,951
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\LCIndia\ 4 35 9,562,786
FILE ~$ India Review.doc 11/2/2005 00:30 7/22/2008 13:23 162
FILE Critical India Info.doc 10/18/2005 09:07 7/22/2008 13:23 22,528
FILE India Currency Terms and Conversion Chart.xls 11/14/2005 11:20 7/22/2008 13:23 13,824
FILE Into Letter - Shaw.doc 5/14/2007 07:23 7/22/2008 13:23 33,280
FILE Intro Letter - Weinberg.doc 5/14/2007 07:22 7/22/2008 13:23 33,280
FILE Jag for LC India.ppt 5/22/2006 08:00 7/22/2008 13:23 2,636,800
FILE LC India - AE Role.doc 7/18/2006 17:31 7/22/2008 13:23 56,832
FILE LC India - AE Rolev2.doc 7/27/2006 05:52 7/22/2008 13:23 56,832
FILE LC India invoice2.doc 4/5/2006 06:34 7/22/2008 13:23 55,808
FILE LC India Review.doc 11/16/2005 07:56 7/22/2008 13:23 229,376
FILE LC India Site Visit Agenda 9-19.doc 9/19/2005 09:22 7/22/2008 13:23 118,272
FILE LC Pricing Model.xls 1/15/2006 07:14 7/22/2008 13:23 33,792
FILE LC_US_Visit_Agenda_25_26.doc 10/25/2005 10:11 7/22/2008 13:23 112,128
FILE LCINdia Invoice 1.doc 4/5/2006 06:33 7/22/2008 13:23 56,320
FILE LCIndiaLCTermSheet042007.doc 4/18/2007 14:52 7/22/2008 13:23 100,352
FILE LCIndiaLCTermSheet915.doc 3/20/2006 11:50 7/22/2008 13:23 75,264
FILE Leading Hotels Concierge Initiatives List 2006.xls 2/16/2006 10:19 7/22/2008 13:23 23,040
FILE Leading Hotels Concierge Initiatives List 4Q 2006.xls 10/5/2006 16:33 7/22/2008 13:23 21,504
FILE Leading Hotels Product Development 2006 - Rankings Grids.xls 2/21/2006 10:29 7/22/2008 13:23 43,008
FILE Leading Hotels Product Development Initiatives List 2006.xls 2/1/2006 12:23 7/22/2008 13:23 92,672
FILE Leading Initiatives Plan.doc 1/31/2006 15:44 7/22/2008 13:23 24,576
FILE Leading JV Notes 3-27.doc 3/28/2006 07:41 7/22/2008 13:23 24,576
FILE Leading To Do 1-31.doc 1/31/2006 15:43 7/22/2008 13:23 25,088
FILE Leading_Request_Growth_Forecast.xls 1/31/2006 15:44 7/22/2008 13:23 131,584
FILE Les Concierges Singapore Financial Estimate.doc 2/7/2006 16:27 7/22/2008 13:23 2,763,776
FILE LHW APAC Launch Plan.xls 5/15/2007 18:31 7/22/2008 13:23 43,008
FILE LHW Benefits Discussion.doc 2/21/2006 15:31 7/22/2008 13:23 38,400
FILE LHW_LC_Dining-Internal_Review.doc 4/29/2006 06:05 7/22/2008 13:23 92,160
FILE Mark invite.doc 6/10/2008 06:33 7/22/2008 13:23 30,208
FILE Overview for LC India.ppt 9/21/2005 11:14 7/22/2008 13:23 1,522,176
FILE RCI_Asia_Pricing_Sheet.xls 4/16/2007 09:30 7/22/2008 13:23 110,080
FILE SOW Reports.doc 12/23/2005 08:29 7/22/2008 13:23 260,608
FILE The Straits Times (29 May 06) - Indian concierge service firm picks S'pore as first base abroad.doc 6/1/2006 02:19 7/22/2008 13:23 231,936
FILE Thumbs.db 9/25/2007 06:41 7/22/2008 13:23 7,680
FILE VISA APAC.xls 8/30/2006 14:12 7/22/2008 13:23 441,856
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\LCIndia\Contract\ 0 4 497,664
FILE LC India Services_Agreement_Rev_072406.doc 4/18/2007 11:44 7/22/2008 13:23

127,488
FILE LCIndiaLCTermSheet042107.doc 4/24/2007 05:27 7/22/2008 13:23 104,448
FILE Outsource_Agreement 050906.doc 4/18/2007 11:44 7/22/2008 13:23 186,368
FILE TermSheet-LCIndia.doc 4/13/2007 21:16 7/22/2008 13:23 79,360
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\LCIndia\Contract\ 0 4 497,664
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\LCIndia\Fncls\ 0 3 11,004,502
FILE LCIndiaFncl1.tif 5/1/2007 10:33 7/22/2008 13:23 6,995,988
FILE LCIndiaFncl2.tif 5/1/2007 10:35 7/22/2008 13:23 4,001,346
FILE Thumbs.db 5/1/2007 10:35 7/22/2008 13:23 7,168
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\LCIndia\Fncls\ 0 3 11,004,502
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\LCIndia\Mgt Bios\ 0 1 25,088
FILE Dipali Sikand.doc 9/25/2006 08:29 7/22/2008 13:23 25,088
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\LCIndia\Mgt Bios\ 0 1 25,088
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\LCIndia\survey\ 2 4 245,726
FILE ccprint_survey_body.zgi.htm 2/17/2006 12:56 7/22/2008 13:23 70,154
FILE ccprint_survey_body2.zgi.htm 2/17/2006 14:11 7/22/2008 13:23 70,154
FILE fpaprint_survey_body.zgi.htm 2/17/2006 14:11 7/22/2008 13:23 52,709
FILE print_survey_body.zgi.htm 2/17/2006 12:55 7/22/2008 13:23 52,709
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\LCIndia\survey \ccprint_survey_body.zgi_files\ 0 17 20,040
FILE bar1.gif 2/17/2006 12:56 7/22/2008 13:23 1,542
FILE bar2.gif 2/17/2006 12:56 7/22/2008 13:23 1,538
FILE button-1-0.gif 2/17/2006 12:56 7/22/2008 13:23 368
FILE button-2-0.gif 2/17/2006 12:56 7/22/2008 13:23 382
FILE button-3-0.gif 2/17/2006 12:56 7/22/2008 13:23 373
FILE button-4-0.gif 2/17/2006 12:56 7/22/2008 13:23 375
FILE button-5-0.gif 2/17/2006 12:56 7/22/2008 13:23 378
FILE button-submit.gif 2/17/2006 12:56 7/22/2008 13:23 939
FILE check-0.gif 2/17/2006 12:56 7/22/2008 13:23 380
FILE getImage.gif 2/17/2006 12:56 7/22/2008 13:23 11,969
FILE line.gif 2/17/2006 12:56 7/22/2008 13:23 129
FILE line-grey.gif 2/17/2006 12:56 7/22/2008 13:23 61
FILE no-0.gif 2/17/2006 12:56 7/22/2008 13:23 540
FILE num_bg.gif 2/17/2006 12:56 7/22/2008 13:23 146
FILE radio-0.gif 2/17/2006 12:56 7/22/2008 13:23 308
FILE shim.gif 2/17/2006 12:56 7/22/2008 13:23 43
FILE yes-0.gif 2/17/2006 12:56 7/22/2008 13:23 569
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\LCIndia\survey \ccprint_survey_body.zgi_files\ 0 17 20,040
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\LCIndia\survey \print_survey_body.zgi_files\ 0 16 10,562
FILE bar1.gif 2/17/2006 12:55 7/22/2008 13:23 1,542
FILE bar2.gif 2/17/2006 12:55 7/22/2008 13:23 1,538
FILE button-1-0.gif 2/17/2006 12:55 7/22/2008 13:23 368
FILE button-2-0.gif 2/17/2006 12:55 7/22/2008 13:23 382
FILE button-3-0.gif 2/17/2006 12:55 7/22/2008 13:23 373
FILE button-4-0.gif 2/17/2006 12:55 7/22/2008 13:23 375
FILE button-5-0.gif 2/17/2006 12:55 7/22/2008 13:23 378
FILE button-submit.gif 2/17/2006 12:55 7/22/2008 13:23 939
FILE getImage.gif 2/17/2006 12:55 7/22/2008 13:23 2,871
FILE line.gif 2/17/2006 12:55 7/22/2008 13:23 129
FILE line-grey.gif 2/17/2006 12:55 7/22/2008 13:23 61
FILE no-0.gif 2/17/2006 12:55 7/22/2008 13:23 540
FILE num_bg.gif 2/17/2006 12:55 7/22/2008 13:23 146
FILE radio-0.gif 2/17/2006 12:55 7/22/2008 13:23 308
FILE shim.gif 2/17/2006 12:55 7/22/2008 13:23 43
FILE yes-0.gif 2/17/2006 12:55 7/22/2008 13:23 569
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\LCIndia\survey \print_survey_body.zgi_files\ 0 16 10,562
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\LCIndia\survey\ 2 37 276,328
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\LCIndia\ 6 80 21,366,368
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\ 23 173 103,957,669
FILE ~$ading Program design implications.doc 3/29/2005 09:20 7/22/2008 13:22 162
FILE ~$W_WelcomeLetter_NA.doc 11/3/2005 11:53 7/22/2008 13:22 162
FILE 1-20-05.zip 1/21/2005 12:14 7/22/2008 13:22 562,960

FILE 2005 ANNUAL CONVENTION - Registration Form - Robeson.doc 9/6/2005 14:14 7/22/2008 13:22 68,608
FILE 2005 Annual Convention Bulletin.doc 10/4/2005 14:47 7/22/2008 13:22 96,256
FILE 2005 Registration Form - Mark Robeson.doc 5/3/2005 14:01 7/22/2008 13:22 43,520
FILE 2006 IRRRM LHW Speaker Bios.doc 11/7/2005 09:24 7/22/2008 13:22 53,248
FILE 2006 Leaders Club value.ppt 6/21/2006 12:16 7/22/2008 13:22 2,689,536
FILE 2007 IRRRM LC Briefing.ppt 1/16/2007 09:38 7/22/2008 13:22 1,001,472
FILE Access Direct Contact Letter Draft_comments.doc 11/10/2005 06:43 7/22/2008 13:22 23,552
FILE Acq-Util Forecast for Staffing LHW 040105.xls 4/1/2005 13:38 7/22/2008 13:22 31,744
FILE Acq-Util Forecast for Staffing LHW.xls 4/1/2005 04:37 7/22/2008 13:22 35,328
FILE Alchemy for LHW Benefits.ppt 11/7/2007 14:48 7/22/2008 13:22 2,454,016
FILE Alchemy for LHW.ppt 11/7/2007 08:04 7/22/2008 13:22 10,278,400
FILE Alchemy Overview for LHW.ppt 11/7/2007 14:51 7/22/2008 13:22 1,669,120
FILE Amendment_to_LWH_Quintess_041107.doc 4/30/2007 11:51 7/22/2008 13:22 164,352
FILE Answers to Leading Hotels FAQs2.doc 10/26/2005 17:39 7/22/2008 13:22 53,760
FILE AS KB.doc 12/5/2005 10:28 7/22/2008 13:22 57,344
FILE Benefits Definitions 3.3.06.doc 3/3/2006 11:54 7/22/2008 13:22 635,392
FILE Bio LesConcierges Mark Robeson.doc 12/6/2006 06:58 7/22/2008 13:22 25,088
FILE BioTemplate.xls 8/15/2005 10:56 7/22/2008 13:22 16,896
FILE Book2.xls 4/20/2006 05:55 7/22/2008 13:22 16,896
FILE Concierge Letter Unlimited - Draft 3cl.doc 11/20/2006 14:59 7/22/2008 13:22 31,744
FILE Copy of top performer and avg by region.xls 11/9/2007 13:22 7/22/2008 13:22 27,648
FILE demographics.xls 2/15/2006 15:27 7/22/2008 13:22 19,456
FILE Dining_Network_ExecSum.doc 5/30/2006 10:30 7/22/2008 13:22 119,808
FILE European Ops 10UK - LHW.xls 2/14/2005 09:22 7/22/2008 13:22 29,184
FILE Executive Summary 2004.121.doc 12/20/2004 21:12 7/22/2008 13:22 35,840
FILE Expanded App Fields 01-05-05.xls 3/23/2005 09:04 7/22/2008 13:22 97,792
FILE Far & Beyond TRAVEL Shipping Authorization Form.doc 10/12/2005 15:42 7/22/2008 13:22 39,936
FILE Final GM Concierge Letter (2).doc 11/27/2005 14:17 7/22/2008 13:22 35,840
FILE Final GM Concierge Letter LC Edits.doc 11/28/2005 07:44 7/22/2008 13:22 36,352
FILE Global Platform Model.xls 2/15/2007 19:04 7/22/2008 13:22 22,016
FILE Hotels begin outsourcing concierge services.doc 9/27/2006 06:19 7/22/2008 13:22 38,912
FILE Impressions-05lowres.pdf 9/10/2005 18:47 7/22/2008 13:22 994,828
FILE LA LU RES and Actives - Sep-Dec 2006.xls 1/25/2007 14:21 7/22/2008 13:22 16,896
FILE Launch Plan LHW Client 2205.xls 2/2/2005 17:54 7/22/2008 13:22 90,112
FILE Launch Plan LHW Client Mark Comments.xls 1/4/2005 13:34 7/22/2008 13:22 89,600
FILE Launch Plan LHW Client012005.xls 1/20/2005 13:36 7/22/2008 13:22 90,112
FILE LC 2006 Benefits Status 3.3.06.xls 3/3/2006 11:54 7/22/2008 13:22 171,520
FILE LC Language Inventory 3.21.051 (version 1).xls 4/1/2005 05:34 7/22/2008 13:22 18,432
FILE LC Overview for LHW 10-1-04.ppt 10/1/2004 05:26 7/22/2008 13:22 2,941,440
FILE LC performance.ppt 3/22/2006 11:16 7/22/2008 13:22 157,696
FILE lc update vp jan 13 2005.ppt 3/15/2005 11:39 7/22/2008 13:22 6,809,600
FILE LCIndiaLCTermSheet042807.doc 4/28/2007 13:43 7/22/2008 13:22 122,368
FILE LCIntlExpansionSum.doc 4/20/2006 17:43 7/22/2008 13:22 61,440
FILE LC-ten Lang Cover.xls 4/20/2005 04:37 7/22/2008 13:22 17,408
FILE Leaders Club Base.xls 10/4/2005 07:23 7/22/2008 13:22 14,336
FILE Leaders Club Concierge contact INTERNAL USE ONLY.xls 10/23/2006 19:58 7/22/2008 13:22 38,400
FILE Leaders Club Concierge Presentation- Frankfurt.ppt 11/14/2007 10:16 7/22/2008 13:22 476,672
FILE Leaders Club Feedback distribution lists.xls 12/1/2006 13:53 7/22/2008 13:22 36,352
FILE Leaders Club Main Report - Nov 1st - Dec 31st 2005.xls 1/23/2006 08:39 7/22/2008 13:22 52,736
FILE Leaders Club Marketing Plan.zip 12/22/2004 10:30 7/22/2008 13:22 16,520,878
FILE Leaders Club through April.xls 5/2/2006 14:07 7/22/2008 13:22 83,968
FILE Leaders Club Total Jobs.xls 10/5/2005 07:15 7/22/2008 13:22 96,256
FILE Leaders Club Updated ROI and PL March 9 v2.xls 3/9/2005 14:31 7/22/2008 13:22 58,368
FILE Leaders Detail report.xls 3/5/2007 07:25 7/22/2008 13:22 48,128
FILE Leaders to do 3-20.xls 3/20/2005 11:42 7/22/2008 13:22 23,040
FILE Leaders.xls 8/10/2005 04:20 7/22/2008 13:22 21,504
FILE LeadersClubConciergeTrainingforLHW081005.ppt 8/12/2005 09:36 7/22/2008 13:22 832,000

| | | | | |
|---|---|---|---|---|
| FILE | LeadersClubConciergeTrainingforLHW111605.ppt | 11/21/2005 10:40 | 7/22/2008 13:22 | 710,144 |
| FILE | Leading Balance Sheet.xls | 3/21/2006 12:32 | 7/22/2008 13:22 | 22,016 |
| FILE | Leading Customer List.xls | 10/3/2005 05:37 | 7/22/2008 13:22 | 1,738,693 |
| FILE | Leading Dates.doc | 12/18/2005 13:00 | 7/22/2008 13:22 | 19,968 |
| FILE | Leading Experiences Presentation 3.9.06.ppt | 3/7/2006 20:16 | 7/22/2008 13:22 | 7,277,568 |
| FILE | Leading Hotels - Exec List and Concierge Assignments.xls | 11/7/2005 16:07 | 7/22/2008 13:22 | 16,384 |
| FILE | Leading Hotels Business Cards Mark.doc | 8/5/2005 10:48 | 7/22/2008 13:22 | 22,016 |
| FILE | Leading Hotels London Training 041805.ppt | 4/14/2005 16:32 | 7/22/2008 13:22 | 218,112 |
| FILE | Leading Hotels Management Contact List - September 20, 2005.doc | 9/26/2005 06:15 | 7/22/2008 13:22 | 1,208,832 |
| FILE | Leading Hotels- Non-Toll Free Rates-LC Branded.xls | 3/9/2007 20:47 | 7/22/2008 13:22 | 49,152 |
| FILE | Leading Hotels of the World Mystery Shopping Criteria.doc | 5/4/2006 10:05 | 7/22/2008 13:22 | 33,792 |
| FILE | Leading Hotels Product Development 2006 - Rankings Grids.xls | 2/7/2006 08:11 | 7/22/2008 13:22 | 43,520 |
| FILE | Leading Hotels San Francisco Training 041805.ppt | 4/21/2005 14:22 | 7/22/2008 13:22 | 220,160 |
| FILE | Leading Hotels Training Document.doc | 11/3/2005 09:04 | 7/22/2008 13:22 | 1,157,120 |
| FILE | Leading Hotels Training.doc | 5/4/2006 10:04 | 7/22/2008 13:22 | 29,696 |
| FILE | Leading Hotels Working Session Notes 12-2-05.xls | 12/3/2005 13:24 | 7/22/2008 13:22 | 16,384 |
| FILE | Leading Jul thru Aug 8.xls | 8/10/2005 06:04 | 7/22/2008 13:22 | 27,648 |
| FILE | Leading Master Action Doc Client 033105.xls | 3/30/2005 14:28 | 7/22/2008 13:22 | 69,120 |
| FILE | Leading Master Action Doc Client 0506.xls | 5/6/2005 08:04 | 7/22/2008 13:22 | 74,752 |
| FILE | Leading Master Action Doc Internal 033105.xls | 3/30/2005 14:38 | 7/22/2008 13:22 | 70,144 |
| FILE | Leading Master Action Doc Internal 0421.xls | 4/24/2005 07:04 | 7/22/2008 13:22 | 81,920 |
| FILE | Leading Master Action Doc Internal 0506.xls | 5/6/2005 08:04 | 7/22/2008 13:22 | 77,824 |
| FILE | Leading Master Action Doc Internal.xls | 3/28/2005 13:52 | 7/22/2008 13:22 | 70,144 |
| FILE | Leading Master Action Doc Internal0326.xls | 3/28/2005 12:24 | 7/22/2008 13:22 | 70,144 |
| FILE | Leading Master Program Document Kim.xls | 3/22/2005 16:13 | 7/22/2008 13:22 | 109,568 |
| FILE | Leading Master Program Document Mark.xls | 3/19/2005 16:25 | 7/22/2008 13:22 | 56,320 |
| FILE | Leading Master Program Document Mark2.xls | 3/22/2005 04:57 | 7/22/2008 13:22 | 60,928 |
| FILE | Leading Program Design 3.7.05 all slides.ppt | 3/11/2005 07:32 | 7/22/2008 13:22 | 5,240,320 |
| FILE | Leading Re-Cap 072805.doc | 7/28/2005 09:49 | 7/22/2008 13:22 | 65,024 |
| FILE | Leading Retention Model 3.11.05.ppt | 3/15/2005 14:14 | 7/22/2008 13:22 | 342,528 |
| FILE | Leading Strategic Program Training 040105.ppt | 4/1/2005 11:59 | 7/22/2008 13:22 | 440,320 |
| FILE | Leading Strategic Program Training.ppt | 3/22/2005 04:57 | 7/22/2008 13:22 | 438,272 |
| FILE | Leading Strategic Program Trainingv3.ppt | 4/11/2005 14:19 | 7/22/2008 13:22 | 384,000 |
| FILE | Leading Strategic Program Trainingv5.ppt | 4/13/2005 15:14 | 7/22/2008 13:22 | 264,192 |
| FILE | LeadingConferenceLCOverview050505.ppt | 5/9/2005 13:41 | 7/22/2008 13:22 | 445,440 |
| FILE | Les Concierge Discussion Items.doc | 11/3/2005 09:58 | 7/22/2008 13:22 | 23,040 |
| FILE | LesConcierges Qunitess102606.ppt | 10/25/2006 12:54 | 7/22/2008 13:22 | 1,628,160 |
| FILE | LHW Agenda 060206.doc | 6/1/2006 07:14 | 7/22/2008 13:22 | 60,416 |
| FILE | LHW DID  VECTOR SET-UP.xls | 6/20/2005 11:26 | 7/22/2008 13:22 | 36,864 |
| FILE | LHW DID for TenUK.xls | 6/20/2005 11:25 | 7/22/2008 13:22 | 33,792 |
| FILE | LHW Global Footprint.xls | 4/20/2006 05:57 | 7/22/2008 13:22 | 16,896 |
| FILE | LHW Highlights.doc | 3/22/2006 10:37 | 7/22/2008 13:22 | 60,416 |
| FILE | LHW Meeting Monaco 111407 v3.ppt | 11/12/2007 14:58 | 7/22/2008 13:22 | 553,472 |
| FILE | lhw notes 2 aug 5.doc | 4/8/2006 13:48 | 7/22/2008 13:22 | 24,064 |
| FILE | LHW Notes 6-6.doc | 6/8/2006 18:01 | 7/22/2008 13:22 | 28,160 |
| FILE | lhw notes apr 5.doc | 4/8/2006 13:48 | 7/22/2008 13:22 | 26,624 |
| FILE | LHW Notes from 12-21-04 mtg.doc | 12/24/2004 06:28 | 7/22/2008 13:22 | 28,160 |
| FILE | LHW Operational Output.rtf | 3/29/2005 03:28 | 7/22/2008 13:22 | 490,716 |
| FILE | LHW Phone Routing 033105.xls | 4/1/2005 05:49 | 7/22/2008 13:22 | 25,088 |
| FILE | LHW Phone Routing 040105.xls | 4/13/2005 07:49 | 7/22/2008 13:22 | 25,088 |

FILE LHW Phone Routing 041305.xls 4/14/2005 07:16 7/22/2008 13:22 25,088
FILE LHW Phone Routing 042005.xls 4/22/2005 05:35 7/22/2008 13:22 22,528
FILE LHW Phone Routing 050305.xls 5/4/2005 06:24 7/22/2008 13:22 26,112
FILE LHW Phone Routing 051805.xls 5/19/2005 05:51 7/22/2008 13:22 23,552
FILE LHW Qualitative Strategy Update.doc 4/16/2007 09:34 7/22/2008 13:22 73,728
FILE LHW Renewals and Upsells Project Folder.zip 10/11/2006 18:42 7/22/2008 13:22 39,076
FILE LHW Reservations Terms.xls 1/31/2007 15:01 7/22/2008 13:22 36,352
FILE LHW Total Projects List100906.xls 10/25/2006 13:13 7/22/2008 13:22 48,640
FILE LHW Training.DOC 7/20/2008 10:22 7/22/2008 13:22 287,232
FILE LHW Utiliz.xls 10/1/2007 09:24 7/22/2008 13:22 13,824
FILE LHW Working Session Notes 12-2.doc 12/3/2005 13:21 7/22/2008 13:22 34,304
FILE LHW Worldwide office contact listing.doc 8/30/2005 11:13 7/22/2008 13:22 45,568
FILE lhw.pdf 5/10/2007 07:44 7/22/2008 13:22 2,480
FILE LHW_Call_Parameters_v1.xls 4/17/2005 08:31 7/22/2008 13:22 34,304
FILE LHW_exec_welcome_email.doc 8/12/2005 12:02 7/22/2008 13:22 26,112
FILE LHW_WelcomeLetter_Asia.doc 4/27/2006 07:11 7/22/2008 13:22 32,768
FILE LHW_WelcomeLetter_EMEA.doc 11/2/2005 15:42 7/22/2008 13:22 27,648
FILE LHW_WelcomeLetter_Marcele.doc 7/15/2005 09:29 7/22/2008 13:22 24,576
FILE LHW_WelcomeLetter_NA.doc 11/2/2005 15:44 7/22/2008 13:22 26,624
FILE LHWPricingSummary315.xls 3/16/2005 14:59 7/22/2008 13:22 15,360
FILE LHWtrnscpt051707.doc 5/21/2007 20:25 7/22/2008 13:22 24,576
FILE LHWULAssignments020306.xls 2/3/2006 15:42 7/22/2008 13:22 23,040
FILE List of access numbers for LC Unlimited and Access 0616.xls 6/16/2005 13:03 7/22/2008 13:22 25,088
FILE List of access numbers for LC Unlimited and Access.xls 6/13/2005 20:10 7/22/2008 13:22 26,624
FILE LLCC Unlimited Concierge Bio Template.doc 4/21/2005 06:06 7/22/2008 13:22 20,480
FILE LRC Overview-Introduction.doc 8/3/2005 11:04 7/22/2008 13:22 107,520
FILE LRW Master Action Doc Internal 0421.xls 4/22/2005 14:45 7/22/2008 13:22 72,192
FILE LRW QA Overview.doc 4/19/2006 07:51 7/22/2008 13:22 64,000
FILE LRW Travel Overview.doc 4/19/2006 07:39 7/22/2008 13:22 61,440
FILE LRW-LeadersClub-LesConcierge Meeting Agenda.doc 4/13/2005 06:58 7/22/2008 13:22 32,768
FILE LRW-LeadersClub-LesConcierge Meeting Agendafinal.doc 4/13/2005 11:00 7/22/2008 13:22 40,960
FILE Mark Slide 11.ppt 4/12/2005 14:24 7/22/2008 13:22 62,976
FILE marketing plan.ppt 12/22/2004 10:11 7/22/2008 13:22 16,795,136
FILE Mem Sls Pres 6 6 03.ppt 6/8/2006 16:45 7/22/2008 13:22 2,616,832
FILE Miami Conf.htm 5/6/2005 05:51 7/22/2008 13:22 53
FILE non-responder unlimited.xls 7/19/2005 08:43 7/22/2008 13:22 456,704
FILE Ola Britten Bio.doc 8/15/2005 05:48 7/22/2008 13:22 20,480
FILE Partnership Development for LHW final 1.18.2006.pdf 9/30/2007 16:57 7/22/2008 13:22 357,171
FILE Phone Routing.xls 2/16/2005 13:27 7/22/2008 13:22 17,408
FILE Picasa.ini 2/18/2007 10:38 7/22/2008 13:22 20
FILE product enhancement plan - MR Comments.doc 12/7/2005 05:32 7/22/2008 13:22 184,320
FILE product enhancement plan.doc 12/5/2005 15:20 7/22/2008 13:22 177,152
FILE Q Leaders Club Phone SLAs.xls 11/11/2007 11:32 7/22/2008 13:22 47,104
FILE RCI AFFADAVIT COVER 040208.doc 4/2/2008 07:38 7/22/2008 13:22 116,224
FILE RCI AFFADAVIT.pdf 4/2/2008 07:42 7/22/2008 13:22 231,841
FILE RE Marketplace questions.txt 1/18/2007 01:09 7/22/2008 13:22 2,102
FILE read.htm 5/6/2005 06:13 7/22/2008 13:22 53
FILE RegionalDirectorsList - Final.doc 2/1/2007 04:17 7/22/2008 13:22 55,808
FILE Reservations Management - Revised - October 2004.ppt 3/9/2005 11:01 7/22/2008 13:22 1,624,576
FILE Result of test calls 14 and 16 June.xls 6/16/2005 06:48 7/22/2008 13:22 19,456
FILE Result of test calls 14 and 16 JuneMR.xls 6/16/2005 09:15 7/22/2008 13:22 17,920
FILE sd financial model.xls 12/5/2005 15:20 7/22/2008 13:22 17,408
FILE Strategic Planning -Company Profile (Draft).ppt 12/16/2004 11:56 7/22/2008 13:22 2,079,232
FILE survey analysis.xls 2/20/2006 13:23 7/22/2008 13:22 1,396,736
FILE tenUK Language Proposal.txt 4/10/2007 10:03 7/22/2008 13:22 3,866
FILE Thumbs.db 2/19/2008 15:19 7/22/2008 13:22 10,240
FILE UBS Partnership Outline - MR Comments.doc 12/23/2005 08:20 7/22/2008 13:22 84,992
FILE UBS Partnership Outline.doc 12/4/2005 10:11 7/22/2008 13:22 79,872
FILE UNLIMITED INVITEES.xls 4/14/2005 06:49 7/22/2008 13:22 1,290,240
FILE Unlimited Member Roster.xls 1/5/2007 11:21 7/22/2008 13:22 49,152

FILE Unlimited Referral letterMR.doc 10/3/2005 09:16 7/22/2008 13:22 74,752
FILE UnlimitedMembers-LesConcierges10 30 06.xls 11/1/2006 09:33 7/22/2008 13:22 47,616
FILE Welcome RD Unlimited.doc 12/26/2006 16:54 7/22/2008 13:22 26,112
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Action plans\ 0 5 351,232
FILE Action Points - LC update Meeting_Nov06 (2).doc 4/5/2007 07:31 7/22/2008 13:23 218,112
FILE ActionPlan_November 20.xls 11/21/2006 07:39 7/22/2008 13:23 44,032
FILE LHW TenUK LesConcierges Action Plan Q4 2006 (2).xls 10/25/2006 13:05 7/22/2008 13:23 40,960
FILE LHW Total Projects List102606.xls 10/25/2006 13:52 7/22/2008 13:23 42,496
FILE Thumbs.db 11/8/2007 05:26 7/22/2008 13:23 5,632
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Action plans\ 0 5 351,232
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\admin\ 0 3 162,816
FILE 2006_ANNUAL_CONVENTION_-_Registration_Form_LJ.doc 11/3/2006 14:35 7/22/2008 13:23 53,760
FILE 2006_ANNUAL_CONVENTION_-_Registration_Form_Robeson.doc 11/3/2006 14:33 7/22/2008 13:23 54,272
FILE 2006_ANNUAL_CONVENTION_-_Registration_Form_Taylor.doc 11/3/2006 14:34 7/22/2008 13:23 54,784
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\admin\ 0 3 162,816
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\agendas and notes\ 0 24 1,580,868
FILE ~$aders Club Status Report 6.16 Internal.doc 6/16/2005 11:33 7/22/2008 13:23 162
FILE ~$intess Onsite Visit to LC 102506.doc 10/24/2006 22:24 7/22/2008 13:23 162
FILE ~WRL0852.tmp 6/16/2005 11:14 7/22/2008 13:23 34,304
FILE ~WRL2028.tmp 6/16/2005 11:33 7/22/2008 13:23 34,304
FILE ~WRL2155.tmp 10/24/2006 22:24 7/22/2008 13:23 39,936
FILE Agenda Barcelona Detail.doc 11/12/2006 18:05 7/22/2008 13:23 29,696
FILE Agenda Cover Barcelona.doc 11/12/2006 18:01 7/22/2008 13:23 146,944
FILE Agenda Detail.doc 11/9/2006 06:57 7/22/2008 13:23 27,648
FILE LCCEMEA111606.doc 11/9/2006 06:29 7/22/2008 13:23 146,432
FILE leaders club review march 28v2.ppt 3/29/2006 07:35 7/22/2008 13:23 281,088
FILE Leaders Club Status Report 070105.doc 7/1/2005 08:06 7/22/2008 13:23 45,056
FILE Leaders Club Status Report 071205.doc 7/13/2005 12:13 7/22/2008 13:23 40,960
FILE Leaders Club Status Report 6.16 Internal.doc 6/20/2005 03:14 7/22/2008 13:23 29,696
FILE Leaders Club Status Report 6.16.doc 6/17/2005 12:11 7/22/2008 13:23 50,688
FILE Leaders Club Status Report 6.21.doc 6/21/2005 07:32 7/22/2008 13:23 45,568
FILE Leaders Club Status Report 6.9.05.doc 6/13/2005 10:01 7/22/2008 13:23 30,208
FILE Leaders Club Strategy Planning Agenda.doc 1/27/2006 17:33 7/22/2008 13:23 38,912
FILE LHW Notes 2-2 Meeting.doc 2/4/2006 14:30 7/22/2008 13:23 51,200
FILE LHW@ LC Site Visit Agenda 072605.doc 7/25/2005 10:57 7/22/2008 13:23 139,264
FILE LHWOnsite032907.doc 3/22/2007 04:09 7/22/2008 13:23 147,456
FILE LHWOnsite042307.doc 4/21/2007 07:03 7/22/2008 13:23 146,944
FILE Meeting with Welf 0206.doc 2/4/2006 14:07 7/22/2008 13:23 26,624
FILE Quintess Onsite Visit to LC 102506.doc 10/25/2006 12:46 7/22/2008 13:23 42,496
FILE Thumbs.db 11/8/2007 05:26 7/22/2008 13:23 5,120
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\agendas and notes\ 0 24 1,580,868
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Conferences\ 1 5 2,672,128
FILE Accommodation_Reservation_Form_Robeson.doc 12/1/2006 07:26 7/22/2008 13:23 212,480
FILE IRRRM Registration Robeson.doc 12/1/2006 07:45 7/22/2008 13:23 58,880
FILE Leaders Club Concierge Barcelona Update.ppt 11/16/2006 03:26 7/22/2008 13:23 1,533,952
FILE Leaders Club Concierge Firenze Update.ppt 6/27/2007 16:03 7/22/2008 13:23 860,672
FILE Thumbs.db 11/8/2007 05:26 7/22/2008 13:23 6,144
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Conferences\LHW Handout\ 0 3 331,776
FILE Agenda Cover Barcelona.doc 11/15/2006 18:51 7/22/2008 13:23 146,432
FILE Copy of Leaders Club Concierge contact.xls 11/15/2006 18:33 7/22/2008 13:23 44,032
FILE Languages.doc 11/15/2006 18:47 7/22/2008 13:23 141,312
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Conferences\LHW

Handout\ 0 3 331,776
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Conferences\ 1 8 3,003,904
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Contract\ 0 24 34,842,740
FILE Amendment to LWH-Quintess 032607mr.doc 3/27/2007 07:01 7/22/2008 13:23 156,672
FILE Amendment_to_LWH_Quintess_040907.doc 4/10/2007 06:36 7/22/2008 13:23 159,232
FILE Amendment_to_LWH_Quintess_041107.doc 4/11/2007 13:24 7/22/2008 13:23 157,696
FILE Leaders Club-Quintess Agreement.doc 3/1/2007 13:18 7/22/2008 13:23 216,064
FILE Leading Contract.doc 9/20/2007 08:58 7/22/2008 13:23 20,550,870
FILE Leading Contract.efx 7/13/2005 12:15 7/22/2008 13:23 460,988
FILE Leading Contract.pdf 5/29/2006 07:44 7/22/2008 13:23 10,247,052
FILE Leading Contract.tif 3/16/2007 13:05 7/22/2008 13:23 1,523,232
FILE LHW Billing Language.doc 9/20/2007 09:07 7/22/2008 13:23 66,048
FILE LHW Revised Program Pricing 12-04.doc 12/20/2004 19:13 7/22/2008 13:23 58,368
FILE LHW Training Proposal.efx 7/10/2006 09:43 7/22/2008 13:23 6,956
FILE LHW Training Proposal.tif 7/10/2006 09:53 7/22/2008 13:23 31,242
FILE LHWLCTermSheet Colocation.doc 4/20/2006 06:40 7/22/2008 13:23 56,832
FILE LHWLCTermSheet March 23 MR comments.doc 3/24/2005 08:40 7/22/2008 13:23 115,200
FILE LHWLCTermSheet March 23[1].doc 3/23/2005 18:02 7/22/2008 13:23 108,544
FILE LHWLCTermSheet March30.doc 3/31/2005 12:09 7/22/2008 13:23 122,880
FILE LHWLCTermSheet March301.doc 5/6/2005 05:40 7/22/2008 13:23 88,576
FILE LHWLCTermSheet March31v4.doc 3/31/2005 12:26 7/22/2008 13:23 113,152
FILE LHWLCTermSheet March31v4clean.doc 6/17/2005 11:22 7/22/2008 13:23 122,880
FILE LHWLCTermSheet March31v4redline.doc 6/17/2005 11:22 7/22/2008 13:23 142,336
FILE LHWLCTermSheet0315.doc 3/15/2005 17:54 7/22/2008 13:23 66,048
FILE LHWOnsite032907.doc 3/28/2007 10:52 7/22/2008 13:23 147,968
FILE Thumbs.db 11/8/2007 05:26 7/22/2008 13:23 5,120
FILE Translation Services Terms.doc 12/8/2006 09:23 7/22/2008 13:23 118,784
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Contract\ 0 24 34,842,740
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Forecast\ 0 1 72,704
FILE LHW_Forecast_.xls 11/9/2006 13:41 7/22/2008 13:23 72,704
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Forecast\ 0 1 72,704
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Hotel Membership Forms\ 0 24 428,032
FILE Archer - CA021806.xls 2/8/2006 06:45 7/22/2008 13:23 17,408
FILE Archer - CA022506.xls 2/13/2006 12:14 7/22/2008 13:23 17,408
FILE ARCHER - IT091806.xls 7/18/2006 05:35 7/22/2008 13:23 17,408
FILE Arrow - CH022407.xls 2/7/2007 08:22 7/22/2008 13:23 17,408
FILE Berry - CA021806.xls 2/8/2006 08:06 7/22/2008 13:23 17,408
FILE Berry - CA021806b.xls 2/8/2006 08:06 7/22/2008 13:23 17,408
FILE Berry - NY032906.xls 2/22/2006 07:17 7/22/2008 13:23 17,408
FILE Goetz - NY022006.xls 2/15/2006 14:54 7/22/2008 13:23 17,408
FILE Patel - NY020706.xls 2/4/2006 13:16 7/22/2008 13:23 17,408
FILE Robeson - Bangalore1018.xls 10/18/2005 12:45 7/22/2008 13:23 17,408
FILE Robeson - DC050206.xls 5/2/2006 08:56 7/22/2008 13:23 17,408
FILE Robeson - MIA072406.xls 7/17/2006 12:57 7/22/2008 13:23 17,408
FILE Robeson - NY013106.xls 1/26/2006 05:46 7/22/2008 13:23 17,408
FILE Robeson - NY020306.xls 2/4/2006 13:16 7/22/2008 13:23 17,408
FILE Robeson - NY021806.xls 2/8/2006 06:47 7/22/2008 13:23 17,408
FILE Robeson - NY022006.xls 2/15/2006 14:56 7/22/2008 13:23 17,408
FILE Robeson - NY031106.xls 2/22/2006 07:16 7/22/2008 13:23 17,408
FILE Robeson - NY052006.xls 5/24/2006 08:39 7/22/2008 13:23 17,408
FILE Robeson - NY072606.xls 7/17/2006 12:59 7/22/2008 13:23 17,408
FILE Rsvs Form.xls 9/27/2005 06:14 7/22/2008 13:23 20,480
FILE SLOAT - NY072606.xls 7/24/2006 13:03 7/22/2008 13:23 17,408
FILE Taylor- CH022407.xls 2/7/2007 08:22 7/22/2008 13:23 17,408
FILE Taylor- SP112406.xls 11/20/2006 12:55 7/22/2008 13:23 24,576
FILE Thomas - NY013106.xls 1/26/2006 05:47 7/22/2008 13:23 17,408
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Hotel Membership Forms\ 0 24 428,032
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\JV\ 0 2 3,595,776
FILE Luxury Opportunity Overview 5.4.06.ppt 5/26/2006 07:35 7/22/2008 13:23 3,590,144
FILE Thumbs.db 11/8/2007 05:26 7/22/2008 13:23 5,632
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\JV\ 0 2 3,595,776
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Leading Docs\ 0 10 7,398,122

FILE FAQ's for LC Final.doc 8/4/2005 18:07 7/22/2008 13:23 45,568
FILE Leaders Club and American Express analysis.htm 11/29/2005 05:05 7/22/2008 13:23 11,816
FILE leaders club update vp jan 13 2005.ppt 3/14/2005 08:30 7/22/2008 13:23 6,809,600
FILE Leading Action Plan For RM.doc 11/28/2005 15:02 7/22/2008 13:23 41,472
FILE Leading Hotels Brief.doc 1/8/2005 08:48 7/22/2008 13:23 38,400
FILE LesCon Training Outline US LHW V4_.doc 4/11/2005 14:19 7/22/2008 13:23 277,504
FILE operations plan January 30 AC.doc 3/8/2005 11:03 7/22/2008 13:23 159,744
FILE Product Enhancements Ideas.htm 11/29/2005 05:09 7/22/2008 13:23 4,814
FILE slides and proposal.htm 11/29/2005 05:09 7/22/2008 13:23 4,084
FILE Thumbs.db 11/8/2007 05:26 7/22/2008 13:23 5,120
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Leading Docs\ 0 10 7,398,122
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\LHW Meeting\ 0 10 3,934,228
FILE breakfastinclusive_sigRewards.pdf 11/29/2005 05:24 7/22/2008 13:23 382,958
FILE Competitor Loyalty Programs or Cards.xls 11/27/2005 14:06 7/22/2008 13:23 61,440
FILE leaderscircle_sigRewards.pdf 11/29/2005 05:24 7/22/2008 13:23 399,565
FILE leadersclubprivileges_sigRewards.pdf 11/29/2005 05:24 7/22/2008 13:23 430,897
FILE merrilllynchspecialrate_sigRewards.pdf 11/29/2005 05:24 7/22/2008 13:23 388,856
FILE onemorenight_sigRewards.pdf 11/29/2005 05:24 7/22/2008 13:23 382,435
FILE partner outlines.ppt 11/28/2005 08:33 7/22/2008 13:23 1,425,408
FILE proposal bradipo travel.doc 11/28/2005 08:33 7/22/2008 13:23 67,584
FILE threefortwo_sigRewards.pdf 11/29/2005 05:24 7/22/2008 13:23 389,453
FILE Thumbs.db 11/8/2007 05:26 7/22/2008 13:23 5,632
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\LHW Meeting\ 0 10 3,934,228
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Marketing\ 9 24 26,008,548
FILE Access and Unlimited Activity.xls 3/11/2005 06:33 7/22/2008 13:23 26,624
FILE Concierge Intro. Letter.doc 5/11/2005 10:13 7/22/2008 13:23 60,416
FILE LC_2007_Marketing_and_Ops_plan (2).doc 11/11/2006 07:44 7/22/2008 13:23 698,880
FILE LC-businesscardfinal.pdf 5/18/2005 05:10 7/22/2008 13:23 307,172
FILE Leaders Club - Drops Launch Calendar.doc 8/10/2005 15:21 7/22/2008 13:23 39,424
FILE Leaders Club final report.doc 1/4/2005 06:53 7/22/2008 13:23 175,616
FILE Leaders Club focus groups executive summary.doc 1/4/2005 06:53 7/22/2008 13:23 80,896
FILE Leaders_Club_Network_JV_Notes[1].doc 4/19/2006 05:08 7/22/2008 13:23 46,080
FILE Leading Creative Brief2.doc 4/11/2005 13:32 7/22/2008 13:23 97,280
FILE Leading Hotels Brief.doc 3/9/2005 10:51 7/22/2008 13:23 41,472
FILE Leading Hotels Initiatives List 2006.xls 1/31/2006 09:34 7/22/2008 13:23 22,016
FILE Leading Mark Slides 3-10-05 1.ppt 3/10/2005 15:29 7/22/2008 13:23 118,272
FILE Leading Mark Slides 3-10-05 3.ppt 3/10/2005 19:59 7/22/2008 13:23 108,032
FILE Leading Program Design 3.7.05 4.ppt 3/10/2005 18:54 7/22/2008 13:23 5,916,160
FILE Leading Program Design 3.7.05 all slides.ppt 3/10/2005 19:42 7/22/2008 13:23 5,225,984
FILE Leading Program Design 3.7.05.ppt 3/9/2005 17:26 7/22/2008 13:23 5,888,512
FILE Leading Program Design 3[1].7.05.ppt 3/9/2005 10:26 7/22/2008 13:23 5,795,840
FILE Leading Retention Model 3.9.05.ppt 3/11/2005 07:55 7/22/2008 13:23 334,336
FILE LHW_Call_Messaging Matrix_0425.xls 4/26/2005 10:41 7/22/2008 13:23 655,360
FILE LHW_Intro_Letter_0425_.doc 4/26/2005 10:41 7/22/2008 13:23 53,760
FILE LHW_unlimited.xls 6/6/2005 05:16 7/22/2008 13:23 19,968
FILE MarceleWilson.doc 6/6/2005 05:15 7/22/2008 13:23 20,480
FILE Most Frequented LHW Hotels.xls 5/31/2006 16:42 7/22/2008 13:23 257,536
FILE TKcommunications grid.xls 4/4/2006 12:32 7/22/2008 13:23 18,432
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Marketing \Acquisition\ 0 9 964,096
FILE Access Welcome Call Acquisition SOP.doc 6/24/2005 08:57 7/22/2008 13:23 40,448
FILE Access Welcome Call Acquisition SOPdtcomments.doc 6/25/2005 06:30 7/22/2008 13:23 41,472
FILE acquisition plan original.doc 3/8/2005 11:03 7/22/2008 13:23 229,888
FILE Acquisition Strategy July 25.doc 7/25/2005 12:27 7/22/2008 13:23 143,360
FILE Acquisition Strategy July.doc 7/19/2005 12:34 7/22/2008 13:23 124,416
FILE Acquisition Strategy Julyv2.doc 7/19/2005 12:34 7/22/2008 13:23 121,856
FILE Leading acquisition plan original.doc 1/4/2005 17:43 7/22/2008 13:23 214,528
FILE leading notes acquisition mtg 010305.doc 1/4/2005 17:43 7/22/2008 13:23 20,480

FILE SOP Acquisition Process.doc 7/25/2005 12:36 7/22/2008 13:23 27,648
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Marketing\Acquisition\ 0 9 964,096
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Marketing\annual conf\ 0 7 14,919,240
FILE Jean-Jacques Gauer.pdf 12/11/2005 09:01 7/22/2008 13:23 2,459,269
FILE Joseph Opp.pdf 12/11/2005 09:03 7/22/2008 13:23 900,216
FILE Kenan Simmons & Thorsten Meier.pdf 12/11/2005 09:04 7/22/2008 13:23 784,141
FILE Mark Greedy.pdf 12/11/2005 09:04 7/22/2008 13:23 761,201
FILE Marshall Calder.pdf 12/11/2005 09:03 7/22/2008 13:23 2,092,601
FILE Paul McManus.pdf 12/11/2005 09:02 7/22/2008 13:23 6,747,886
FILE Trent Walsh.pdf 12/11/2005 09:04 7/22/2008 13:23 1,173,926
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Marketing\annual conf\ 0 7 14,919,240
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Marketing\Collateral\ 1 19 7,898,558
FILE ACapplication2[1].27.pdf 3/9/2005 08:54 7/22/2008 13:23 399,104
FILE Access Brochure Copy AC 2-19-05 FINAL.doc 3/9/2005 08:54 7/22/2008 13:23 43,520
FILE Access invitation.doc 3/9/2005 08:54 7/22/2008 13:23 39,936
FILE Access Kit Brochure_LCComments.doc 3/14/2005 21:19 7/22/2008 13:23 39,424
FILE Access Kit Brochure0310.doc 3/10/2005 07:18 7/22/2008 13:23 41,472
FILE ACconciergeINSERT.pdf 3/9/2005 10:46 7/22/2008 13:23 1,286,019
FILE ACinvBRO3[1].7.pdf 3/9/2005 08:53 7/22/2008 13:23 2,444,416
FILE ACinviteLETTER3[1].7.pdf 3/9/2005 08:53 7/22/2008 13:23 113,024
FILE read.htm 3/9/2005 10:45 7/22/2008 13:23 53
FILE UNapplication3[1].7.pdf 3/9/2005 08:46 7/22/2008 13:23 385,664
FILE UNconciergeINSERT.pdf 3/9/2005 10:46 7/22/2008 13:23 916,358
FILE UNinvBRO3[1].7.pdf 3/9/2005 08:29 7/22/2008 13:23 1,816,704
FILE UNinviteLETTER3[1].7.pdf 3/9/2005 08:29 7/22/2008 13:23 117,376
FILE Unlimited Access Concierge Inserts VK 2-18-05 FINAL_LCComments.DOC 3/14/2005 21:19 7/22/2008 13:23 50,688
FILE Unlimited invitation.doc 3/9/2005 08:47 7/22/2008 13:23 38,400
FILE Unlimited & Access Concierge Inserts VK 2-18-05 FINAL0310.DOC 3/10/2005 07:22 7/22/2008 13:23 40,448
FILE Unlimited Brochure Copy AC 2-19-05 FINAL.doc 3/9/2005 08:46 7/22/2008 13:23 46,592
FILE Unlimited Kit Brochure_LCComments.doc 3/14/2005 21:19 7/22/2008 13:23 37,888
FILE Unlimited Kit Brochure0310.doc 3/10/2005 07:18 7/22/2008 13:23 41,472
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Marketing\Collateral\kits\ 0 2 8,411,817
FILE access030905.zip 3/9/2005 15:16 7/22/2008 13:23 5,089,336
FILE unlimited030905.zip 3/9/2005 15:17 7/22/2008 13:23 3,322,481
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Marketing\Collateral\kits\ 0 2 8,411,817
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Marketing\Collateral\ 1 21 16,310,375
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Marketing\Door To Door\ 0 6 844,499
FILE LHW Member Email Concept_022106_v1.doc 2/21/2006 13:21 7/22/2008 13:23 61,440
FILE LHW Member Email Concept_022106_v1dt.doc 2/21/2006 13:33 7/22/2008 13:23 72,192
FILE LHW Member Email Concept_022106_v2.doc 2/21/2006 15:40 7/22/2008 13:23 70,144
FILE LHW Member Email Concept_022106_v4.doc 2/21/2006 16:00 7/22/2008 13:23 466,944
FILE LHW_Email_mock_1.jpg 2/21/2006 15:37 7/22/2008 13:23 93,341
FILE LHW_Email_mock_2.jpg 2/21/2006 15:37 7/22/2008 13:23 80,438
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Marketing\Door To Door\ 0 6 844,499
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Marketing\Executive Summaries\ 0 2 41,634
FILE ~$aders Club Concierge Executive Summary Q1-2 2006.doc 9/14/2006 06:29 7/22/2008 13:23 162
FILE Leaders Club Concierge Executive Summary Q1-2 2006.doc 9/15/2006 12:50 7/22/2008 13:23 41,472
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Marketing\Executive Summaries\ 0 2 41,634
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Marketing\Forecasts\ 0 1 166,400
FILE Expected 2006 Results.doc 5/2/2006 13:24 7/22/2008 13:23 166,400
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Marketing\Forecasts\ 0 1 166,400
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Marketing\Review\ 0 1 659,968
FILE LHW Account Plan 2006.ppt 2/16/2006 10:17 7/22/2008 13:23 659,968

TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Marketing\Review\ 0 1 659,968
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Marketing\Strategy\ 0 2 266,402
FILE ~$06 Les Concierges Partnership Plan.doc 9/13/2006 09:28 7/22/2008 13:23 162
FILE 2006 Les Concierges Partnership Plan.doc 8/15/2006 08:24 7/22/2008 13:23 266,240
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Marketing\Strategy\ 0 2 266,402
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Marketing\UL Welcome Letters\ 0 10 268,288
FILE 6024~Concierge_Letter_American_Spanish.doc 12/13/2006 15:53 7/22/2008 13:23 26,112
FILE 6024~Concierge_Letter_Arabic.doc 12/13/2006 08:20 7/22/2008 13:23 29,696
FILE 6024~Concierge_Letter_Br~Portuguese.doc 12/12/2006 09:15 7/22/2008 13:23 27,136
FILE 6024~Concierge_Letter_Castilian_Spanish.doc 12/13/2006 15:58 7/22/2008 13:23 26,112
FILE 6024~Concierge_Letter_Chinese.doc 12/13/2006 08:09 7/22/2008 13:23 24,064
FILE 6024~Concierge_Letter_FRENCH.doc 12/13/2006 08:23 7/22/2008 13:23 28,160
FILE 6024~Concierge_Letter_German.doc 12/13/2006 08:15 7/22/2008 13:23 33,792
FILE 6024~Concierge_Letter_Italian.doc 12/13/2006 08:24 7/22/2008 13:23 21,504
FILE 6024~Concierge_Letter_Japanese.doc 12/17/2006 14:06 7/22/2008 13:23 25,600
FILE Concierge Letter Unlimited - Draft 3cl.doc 11/20/2006 14:57 7/22/2008 13:23 26,112
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Marketing\UL Welcome Letters\ 0 10 268,288
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Marketing\ 10 83 60,449,450
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Ops\ 7 7 375,296
FILE City Guide Process.doc 6/17/2005 14:36 7/22/2008 13:23 24,576
FILE City Guide ProcessdtcommentsMr.doc 6/20/2005 14:00 7/22/2008 13:23 36,864
FILE Incident Report 7.13.05Final.doc 7/13/2005 11:46 7/22/2008 13:23 23,040
FILE Leaders Club Status Report 6.16.05.doc 9/10/2005 18:55 7/22/2008 13:23 34,816
FILE LeadersClubIncidentReport091505.doc 9/12/2005 19:49 7/22/2008 13:23 53,760
FILE Operations Doc LHW.doc 1/18/2005 16:48 7/22/2008 13:23 42,496
FILE operations plan January 30 AC.doc 3/8/2005 11:03 7/22/2008 13:23 159,744
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Ops\Bios\ 0 7 183,808
FILE ChinaBio.doc 8/25/2005 08:24 7/22/2008 13:23 52,224
FILE Concierge_Bios_051105.xls 8/25/2005 13:34 7/22/2008 13:23 17,920
FILE Currin_Bios_051105.xls 8/25/2005 13:34 7/22/2008 13:23 17,920
FILE LHW_WelcomeLetter_Marcele.doc 7/14/2005 18:36 7/22/2008 13:23 26,112
FILE LHW_WelcomeLetter_Nick.doc 7/14/2005 18:45 7/22/2008 13:23 26,624
FILE LHW_WelcomeLetter_Suzanne.doc 7/14/2005 18:40 7/22/2008 13:23 25,088
FILE Sara Rudolph.xls 8/25/2005 13:32 7/22/2008 13:23 17,920
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Ops\Bios\ 0 7 183,808
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Ops\launch\ 1 14 820,224
FILE Access and Unlimited Activity.xls 3/14/2005 15:44 7/22/2008 13:23 29,184
FILE Agenda 3 16 Meeting LHW Final.doc 3/15/2005 14:15 7/22/2008 13:23 50,688
FILE Agenda 3.16 Meeting.doc 3/14/2005 09:12 7/22/2008 13:23 48,640
FILE Customer Use Scenarios and Prescriptions.doc 3/14/2005 09:12 7/22/2008 13:23 43,008
FILE Customer Use Scenarios and Prescriptions_.doc 3/14/2005 16:52 7/22/2008 13:23 37,888
FILE Customer Use Scenarios and Prescriptions_final (3).doc 3/22/2005 06:58 7/22/2008 13:23 114,176
FILE Customer Use Scenarios and Prescriptions_final.doc 3/14/2005 16:52 7/22/2008 13:23 37,888
FILE LCsupplieslist.doc 3/14/2005 09:12 7/22/2008 13:23 20,992
FILE LCtimelinefinal.doc 3/14/2005 09:12 7/22/2008 13:23 68,096
FILE Leading Master Action Doc Client 4.8.05.xls 4/8/2005 10:00 7/22/2008 13:23 62,976
FILE Leading Master Program Document.xls 3/19/2005 05:45 7/22/2008 13:23 44,032
FILE Outline Program Design Meeting Final.doc 3/15/2005 14:16 7/22/2008 13:23 77,312
FILE Outline Program Design Meeting.doc 3/19/2005 07:05 7/22/2008 13:23 128,512
FILE Terms and Conditions - Benefits.doc 3/14/2005 15:05 7/22/2008 13:23 56,832
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Ops\launch\training\ 0 4 4,108,288
FILE Leading Strategic Program Training.ppt 4/10/2005 14:24 7/22/2008 13:23

414,208
FILE LES CONCIERGES TRAINING DOCUMENT no picture.ppt 4/10/2005 12:57 7/22/2008 13:23 2,138,624
FILE LesCon Training Outline US LHW V31.doc 4/10/2005 14:26 7/22/2008 13:23 287,744
FILE updated call center training manual April 4[1]LC Comments.doc 4/10/2005 12:17 7/22/2008 13:23 1,267,712
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Ops\launch \training\ 0 4 4,108,288
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Ops\launch\ 1 18 4,928,512
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Ops\Scenarios\ 1 27 4,853,410
FILE ~$W Operations SOP Training Outline 4-20.doc 4/24/2005 06:35 7/22/2008 13:23 162
FILE Customer Lifecycle Tracking Report.xls 4/22/2005 09:02 7/22/2008 13:23 14,848
FILE Customer Use Scenarios and Prescriptions_final (3).doc 3/23/2005 12:15 7/22/2008 13:23 114,176
FILE Eligibility SOP.doc 5/6/2005 06:27 7/22/2008 13:23 49,664
FILE Lang SOP Template.doc 4/24/2005 08:13 7/22/2008 13:23 621,568
FILE Leading Program design implications.doc 3/28/2005 13:19 7/22/2008 13:23 30,720
FILE LHW Operations SOP Training Outline 4-20.doc 4/22/2005 08:03 7/22/2008 13:23 1,872,896
FILE LHW Ops Overview.ppt 6/28/2006 13:05 7/22/2008 13:23 578,048
FILE Member Info SOP.doc 5/6/2005 06:28 7/22/2008 13:23 42,496
FILE Monitoring Post-Trip SOP Templatedtcomments.doc 4/25/2005 05:16 7/22/2008 13:23 81,408
FILE Monitoring Pre-Trip SOP Templatedtcomments.doc 4/25/2005 05:15 7/22/2008 13:23 82,944
FILE New FAQ SOP Templatedtcomments.doc 4/25/2005 05:12 7/22/2008 13:23 82,432
FILE New Scenario SOP Templatedtcomments.doc 4/22/2005 08:59 7/22/2008 13:23 76,800
FILE Non-Trip Requests SOP Templatedtcomments.doc 4/24/2005 07:17 7/22/2008 13:23 96,256
FILE Non-Trip Requests SOP.doc 5/6/2005 06:27 7/22/2008 13:23 41,984
FILE Pegasus Overview SOP Templatedtcomments.doc 4/25/2005 05:16 7/22/2008 13:23 153,600
FILE Post Trip Feedback Documentation SOP Templatedtcomments.doc 4/22/2005 09:00 7/22/2008 13:23 77,824
FILE Post-Trip Call SOP Template.doc 4/24/2005 07:05 7/22/2008 13:23 102,400
FILE Pre-Trip SOP Templatedtcomments.doc 4/24/2005 06:50 7/22/2008 13:23 109,056
FILE Pre-Trip SOP.doc 5/6/2005 06:27 7/22/2008 13:23 52,736
FILE Travel Agent SOP Templatedtcomments.doc 4/24/2005 07:16 7/22/2008 13:23 94,208
FILE TurnAround Time SOP Templatedtcomments.doc 4/24/2005 07:15 7/22/2008 13:23 94,720
FILE UL Conc Assign SOP Templatedtcomments.doc 4/24/2005 07:12 7/22/2008 13:23 100,352
FILE UL Occasion SOP Templatedtcomments.doc 4/24/2005 07:07 7/22/2008 13:23 94,208
FILE UL Welcome SOP Templatedtcomments.doc 4/24/2005 07:22 7/22/2008 13:23 94,720
FILE Unlimited Scenarios for Les Concierges.doc 3/25/2005 09:22 7/22/2008 13:23 78,848
FILE Welcome Process Tracking Report.xls 4/22/2005 09:03 7/22/2008 13:23 14,336
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Ops\Scenarios\Pre-Trip Calls\ 0 1 302,080
FILE LC Americas arrival list.xls 2/9/2006 14:14 7/22/2008 13:23 302,080
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Ops\Scenarios\Pre-Trip Calls\ 0 1 302,080
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Ops\Scenarios\ 1 28 5,155,490
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Ops\SOPs\ 0 5 940,544
FILE Access SOP's.doc 9/18/2005 10:07 7/22/2008 13:23 75,264
FILE Communications-Messaging SOP's.doc 7/20/2005 09:46 7/22/2008 13:23 68,608
FILE General SOP's.doc 6/27/2005 15:40 7/22/2008 13:23 634,880
FILE Unlimited Referral.doc 10/3/2005 11:58 7/22/2008 13:23 27,136
FILE Unlimited SOP's.doc 9/18/2005 10:09 7/22/2008 13:23 134,656
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Ops\SOPs\ 0 5 940,544
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Ops\Team Mtgs\ 0 2 60,066
FILE ~$W Team Agenda 090805.doc 9/8/2005 09:24 7/22/2008 13:23 162

FILE LHW Team Agenda 090805.doc 9/11/2005 03:41 7/22/2008 13:23 59,904
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Ops\Team Mtgs\ 0 2 60,066
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Ops\Templates\ 0 2 132,770
FILE ~$inerary SOP's Print.doc 2/17/2006 08:05 7/22/2008 13:23 162
FILE Itinerary SOP's Print.doc 7/28/2005 08:11 7/22/2008 13:23 132,608
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Ops\Templates\ 0 2 132,770
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Ops\Training Manual\ 0 15 5,665,280
FILE 2005.7.22.LHWTraining-NewFields1.doc 8/10/2005 04:56 7/22/2008 13:23 357,888
FILE LC Training Document Aug 9.doc 8/9/2005 13:06 7/22/2008 13:23 3,937,792
FILE LCConciergeOverview082405.doc 8/27/2005 09:57 7/22/2008 13:23 73,728
FILE Leaders Club Concierge Training Manual.doc 9/28/2005 19:14 7/22/2008 13:23 396,288
FILE Leaders Club Site Training 042505.doc 4/26/2005 05:50 7/22/2008 13:23 134,656
FILE Leading Hotels London Training 041905 Agenda.doc 4/14/2005 07:22 7/22/2008 13:23 142,336
FILE Leading Hotels Rsvs Numbers.doc 8/27/2005 06:41 7/22/2008 13:23 49,152
FILE LesCon Training Outline US LHW V2.doc 3/30/2005 15:05 7/22/2008 13:23 25,088
FILE LesCon Training Outline US LHW V4_.doc 4/11/2005 14:19 7/22/2008 13:23 277,504
FILE LesCon Training Outline US LHW.doc 3/29/2005 08:00 7/22/2008 13:23 30,208
FILE LHW Meeting and Trainings - New York Special Services.doc 8/25/2005 18:19 7/22/2008 13:23 40,448
FILE LHW Meeting and Trainings MR Comments.doc 8/19/2005 05:52 7/22/2008 13:23 34,816
FILE LHW Meeting and Trainings.doc 9/5/2005 07:48 7/22/2008 13:23 37,376
FILE LHW_Training_Notes_060105.doc 6/6/2005 05:20 7/22/2008 13:23 67,584
FILE Updated Member Benefits Grid.doc 7/28/2005 18:23 7/22/2008 13:23 60,416
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Ops\Training Manual\ 0 15 5,665,280
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Ops\ 9 84 17,441,766
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Presentations\ 1 3 4,304,384
FILE Leading Retention Program Presentation 3.9.06.ppt 3/9/2006 15:11 7/22/2008 13:23 3,836,928
FILE LesConcierges LHW Pricing Proposal Oct 1 2007.ppt 9/30/2007 18:00 7/22/2008 13:23 461,312
FILE Thumbs.db 11/8/2007 05:26 7/22/2008 13:23 6,144
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Presentations \Updates\ 0 22 13,906,082
FILE ~$WAgenda120205.doc 11/28/2005 08:05 7/22/2008 13:23 162
FILE AC Concierge Room Rev Analysis (4).xls 9/27/2006 07:40 7/22/2008 13:23 60,416
FILE Leaders Club Concierge - Program Update - Sept 12 v3.ppt 9/11/2005 17:11 7/22/2008 13:23 970,240
FILE Leaders Club Concierge Barcelona Update.ppt 11/16/2006 09:04 7/22/2008 13:23 1,535,488
FILE Leaders Club Concierge Monthly Report091606.xls 9/27/2006 07:41 7/22/2008 13:23 130,560
FILE Leaders Club Concierge.doc 9/7/2006 08:13 7/22/2008 13:23 30,720
FILE leaders club review march 28v2.ppt 3/29/2006 07:35 7/22/2008 13:23 281,088
FILE Leading Hotels Concierge Initiatives List 4Q 2006.xls 10/5/2006 16:35 7/22/2008 13:23 21,504
FILE LHW Notes Review 092806.doc 10/5/2006 16:35 7/22/2008 13:23 29,696
FILE LHW Program Review 042307.ppt 4/21/2007 06:58 7/22/2008 13:23 270,336
FILE LHW Program Review 042307f.ppt 4/22/2007 19:52 7/22/2008 13:23 249,856
FILE LHW Program Review Q106_dcm.ppt 3/21/2006 11:51 7/22/2008 13:23 2,734,080
FILE LHW Program Review Q106_FINAL.ppt 3/22/2006 18:35 7/22/2008 13:23 3,779,584
FILE LHW Program Review Q107032007.ppt 3/28/2007 17:01 7/22/2008 13:23 225,280
FILE LHW Program Review Q206_092506.ppt 9/26/2006 20:51 7/22/2008 13:23 1,104,896
FILE LHW Program Review Q206_092606.ppt 9/27/2006 07:38 7/22/2008 13:23 1,203,712
FILE LHW Program Review.ppt 3/19/2006 11:46 7/22/2008 13:23 562,176
FILE LHW Quarterly Update Meeting Notes 091505.doc 9/15/2005 16:41 7/22/2008 13:23 45,056
FILE LHW Usage Summary_2006_08-wTen Uk.xls 9/27/2006 07:40 7/22/2008 13:23 346,112
FILE LHWAgenda040506.doc 4/5/2006 06:41 7/22/2008 13:23 39,936
FILE LHWAgenda120205.doc 11/28/2005 07:41 7/22/2008 13:23 41,472

FILE LHWDashboards092706.xls 9/27/2006 07:39 7/22/2008 13:23 243,712
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Presentations\Updates\ 0 22 13,906,082
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Presentations\ 1 25 18,210,466
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\pricing\ 0 22 6,461,440
FILE LCC Global Cost Analysis.xls 4/12/2007 09:59 7/22/2008 13:23 38,400
FILE Leaders Club 0907 - DA.xls 9/29/2007 14:13 7/22/2008 13:23 346,624
FILE Leaders Club 0907 - DA2.xls 9/30/2007 18:06 7/22/2008 13:23 346,624
FILE Leaders Club 0907.xls 9/29/2007 08:44 7/22/2008 13:23 347,136
FILE Leaders Club EMEA.xls 4/8/2007 11:45 7/22/2008 13:23 18,432
FILE Leaders Club Onsite.xls 9/29/2007 08:36 7/22/2008 13:23 23,552
FILE Leaders Club Pricing Comparison.xls 4/12/2007 09:58 7/22/2008 13:23 35,328
FILE Leaders Club Pricing.xls 4/8/2007 08:35 7/22/2008 13:23 395,776
FILE LesConcierges LHW Pricing Proposal Nov 1 2007 V1 0.ppt 11/4/2007 19:42 7/22/2008 13:23 540,160
FILE LesConcierges LHW Pricing Proposal Nov 1 2007 V1.3.ppt 11/6/2007 14:53 7/22/2008 13:23 540,160
FILE LHW Pricing worksheets.xls 11/6/2007 14:12 7/22/2008 13:23 27,648
FILE lhw repricing.doc 10/31/2007 13:47 7/22/2008 13:23 28,672
FILE LHW RE-PRICING.xls 11/5/2007 06:52 7/22/2008 13:23 20,992
FILE LHW revenue adjustments.xls 10/11/2007 14:46 7/22/2008 13:23 19,968
FILE LHW_Revised_Pricing_Model_2007_03_05.xls 3/23/2007 08:10 7/22/2008 13:23 359,424
FILE LHW012408.xls 1/24/2008 09:04 7/22/2008 13:23 367,104
FILE LHW121907.xls 12/19/2007 12:48 7/22/2008 13:23 349,696
FILE LHWPricing31505Final.xls 4/9/2007 13:49 7/22/2008 13:23 64,512
FILE Quintess_Pricing_Model_1100606.xls 1/26/2007 12:54 7/22/2008 13:23 493,568
FILE Quintess_Pricing_Model_2007_01_24 (2).xls 1/26/2007 17:08 7/22/2008 13:23 580,608
FILE Thumbs.db 11/8/2007 05:26 7/22/2008 13:23 6,144
FILE Unlimited Roster-4 5.xls 4/10/2007 07:30 7/22/2008 13:23 1,510,912
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\pricing\ 0 22 6,461,440
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Product\ 1 3 1,001,086
FILE Partnership Development for LHW final 1 18 2006.pdf 1/28/2006 10:31 7/22/2008 13:23 356,990
FILE ticketmaster profile.doc 2/23/2006 11:07 7/22/2008 13:23 325,120
FILE updated benefits matrix041506.doc 5/2/2006 13:11 7/22/2008 13:23 318,976
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Product\Dining\ 0 2 2,210,304
FILE Dining_Network_ExecSum.doc 5/29/2006 10:07 7/22/2008 13:23 115,712
FILE Dining_Network_V5-Full Deck.ppt 4/18/2006 19:30 7/22/2008 13:23 2,094,592
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Product\Dining\ 0 2 2,210,304
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Product\ 1 5 3,211,390
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Proposals\ 0 9 729,088
FILE LC_Proposal_LHW_Quintess_1_02_07.doc 1/6/2007 17:11 7/22/2008 13:23 74,240
FILE LC_Proposal_LHW_Quintess_1_26_07.doc 2/28/2007 12:48 7/22/2008 13:23 106,496
FILE Leaders Club Requirements for Q.doc 6/5/2007 21:25 7/22/2008 13:23 65,536
FILE LHW Onsite Servicing 071606.doc 7/19/2006 06:58 7/22/2008 13:23 58,880
FILE LHW Outbound Renewal Bounty Terms100506.doc 10/6/2006 07:35 7/22/2008 13:23 51,712
FILE LHW_Telecom_SOW_2007_01_18.xls 1/17/2007 21:23 7/22/2008 13:23 44,032
FILE Quintess_Pricing_1-25-07.xls 2/1/2007 04:09 7/22/2008 13:23 44,544
FILE Quintess_Pricing_4-30-07.xls 4/30/2007 17:41 7/22/2008 13:23 48,640
FILE Telephony Breakdown 010807.xls 1/10/2007 12:29 7/22/2008 13:23 235,008
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Proposals\ 0 9 729,088
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Quintess\ 0 1 15,360
FILE Quintess Assumptions.xls 1/6/2007 09:35 7/22/2008 13:23 15,360
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Quintess\ 0 1 15,360
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Reports\ 0 18 6,209,536
FILE 2007-02 Les Concierges.xls 3/9/2007 10:48 7/22/2008 13:23 41,472
FILE 2007-2 job report.xls 3/15/2007 06:52 7/22/2008 13:23 4,096,512
FILE C30E9100 1/4/2006 14:10 7/22/2008 13:23 112,640
FILE LClub Jobs Nov 05 and Dec 05.xls 1/5/2006 08:20 7/22/2008 13:23 14,848

FILE Leaders Club Complaints Log.xls 3/28/2007 10:33 7/22/2008 13:23 41,472
FILE Leaders Club Concierge Monthly Report 2005.xls 2/21/2006 06:28 7/22/2008 13:23 126,976
FILE Leaders Club Concierge Monthly Report 2006.xls 5/14/2006 08:06 7/22/2008 13:23 88,064
FILE Leaders Club Concierge Monthly Report 2006a.xls 3/19/2006 08:29 7/22/2008 13:23 101,888
FILE Leaders Club Concierge Monthly Report Dec 2006.xls 1/25/2007 13:51 7/22/2008 13:23 135,168
FILE Leaders Club Concierge Monthly Report Oct 2006.xls 10/26/2006 11:39 7/22/2008 13:23 126,464
FILE Leaders Club Concierge Monthly Report091606.xls 9/26/2006 20:45 7/22/2008 13:23 131,072
FILE Leaders Club Global Concierge Usage.xls 3/28/2007 08:31 7/22/2008 13:23 261,120
FILE Leaders Concierge - Monthly.xls 12/2/2005 08:54 7/22/2008 13:23 112,640
FILE LHW Usage Summary_2006_08.xls 9/13/2006 12:38 7/22/2008 13:23 229,888
FILE LHW Usage Summary_2006_08-wTen Uk.xls 10/6/2006 08:23 7/22/2008 13:23 363,008
FILE LHW_Client_Dashboard_2006_04_01-Access.xls 5/7/2006 09:27 7/22/2008 13:23 169,472
FILE LRW 041206.xls 4/13/2006 11:30 7/22/2008 13:23 33,280
FILE Telephony February 2007.xls 3/14/2007 03:35 7/22/2008 13:23 23,552
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Reports\ 0 18 6,209,536
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Sales Process\ 0 17 41,384,448
FILE 2004 Test Drive Success Plan v2 - LHW template.doc 11/22/2004 11:38 7/22/2008 13:22 51,712
FILE Leading Hotels LHW v2 11-24-04.xls 12/1/2004 11:05 7/22/2008 13:22 34,304
FILE Leading Hotels LHW.xls 11/2/2004 15:01 7/22/2008 13:22 30,720
FILE LesConcierges and Leading Hotels RFP 10-04e.doc 10/30/2004 04:38 7/22/2008 13:22 4,206,080
FILE LesConcierges and Leading Hotels RFP 10-04h.doc 11/3/2004 04:02 7/22/2008 13:22 4,701,184
FILE LesConcierges and Leading Hotels RFP FINAL.doc 11/5/2004 16:31 7/22/2008 13:22 4,241,920
FILE LesConcierges and Leading Hotels RFP tenUK.doc 1/21/2005 09:30 7/22/2008 13:22 4,265,472
FILE LHW pres on new template 11-14-04 v2.ppt 11/17/2004 18:10 7/22/2008 13:22 7,858,176
FILE LHW pres on new template 11-14-04 v3.ppt 11/18/2004 11:19 7/22/2008 13:22 8,035,328
FILE LHW prez for mark 11-14-04.ppt 11/17/2004 14:18 7/22/2008 13:23 7,254,016
FILE LHW Revised Program Pricing 12-04.doc 12/2/2004 12:22 7/22/2008 13:23 56,832
FILE LHW RFP Reiteration 111004 a.doc 11/10/2004 17:43 7/22/2008 13:23 104,448
FILE LHW RFP Reiteration 111004 reviewed.doc 11/11/2004 09:01 7/22/2008 13:23 100,352
FILE LHW RFP Reiteration 111004.doc 11/10/2004 16:32 7/22/2008 13:23 91,648
FILE LHW Site Visit Agenda 121304.doc 12/10/2004 10:14 7/22/2008 13:23 135,680
FILE RFP for LHW Concierge Services FD.doc 10/21/2004 05:20 7/22/2008 13:23 208,896
FILE Thumbs.db 11/8/2007 05:26 7/22/2008 13:23 7,680
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Sales Process\ 0 17 41,384,448
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Surveys\ 0 1 53,760
FILE PERFECT ANNUAL UNLIMITED FINAL.DOC 11/12/2007 05:35 7/22/2008 13:22 53,760
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Surveys\ 0 1 53,760
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\telephony\ 0 11 3,300,352
FILE ATT GIS LIST RATES BT V55.xls 2/26/2007 14:22 7/22/2008 13:22 2,756,096
FILE GIS-RateTable13 V49 July 1 2005.xls 2/26/2007 14:23 7/22/2008 13:22 19,968
FILE Leaders Club tenUK Terms.xls 12/20/2005 11:41 7/22/2008 13:22 69,632
FILE Leading Numbers.xls 2/3/2006 16:07 7/22/2008 13:22 16,384
FILE Leading Telephony Reporting.xls 12/17/2005 08:53 7/22/2008 13:22 27,136
FILE LHW - LC Migration 083005.xls 8/30/2005 06:13 7/22/2008 13:22 42,496
FILE LHW Line Testing.xls 11/14/2006 03:02 7/22/2008 13:22 25,600
FILE LHW SF Terms.xls 3/15/2006 12:09 7/22/2008 13:22 70,144
FILE LHW Telecom Master.xls 8/26/2005 14:26 7/22/2008 13:22 156,160
FILE LHW Vector & Mesaging Request.xls 7/21/2005 15:39 7/22/2008 13:22 91,648
FILE Unlimited.xls 7/28/2005 19:07 7/22/2008 13:22 25,088
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\telephony\ 0 11 3,300,352
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Training\ 0 3 8,087,040

FILE LC Benefits training San Fran Sep 19.ppt 9/20/2006 12:23 7/22/2008 13:22 1,619,456
FILE Leaders Club Training from LHW 091206.ppt 9/11/2006 20:57 7/22/2008 13:22 3,850,240
FILE Leaders Club Training.ppt 9/6/2006 06:28 7/22/2008 13:22 2,617,344
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Training\ 0 3 8,087,040
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Unlimited\ 0 3 151,552
FILE LHW Unlimited Programs Enrollment103106.xls 10/31/2006 13:14 7/22/2008 13:22 63,488
FILE LRWEnrollment 103106.xls 10/31/2006 13:13 7/22/2008 13:22 39,424
FILE Unlimited Enrollment 103106.xls 10/30/2006 20:51 7/22/2008 13:22 48,640
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\Unlimited\ 0 3 151,552
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Hotels\ 45 566 325,033,739
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Residences\ 3 21 6,790,144
FILE 2007 IRRRM Leaders Club.ppt 1/17/2007 16:09 7/22/2008 13:22 370,688
FILE Concierge Intro. Letter_LRW.doc 6/6/2005 05:14 7/22/2008 13:22 53,760
FILE ConciergeIntro.Letter_LRW.doc 10/2/2005 08:46 7/22/2008 13:22 62,464
FILE Email_Materials_LRW.doc 6/6/2005 05:14 7/22/2008 13:22 43,008
FILE Fax_Materials_LRW.doc 6/6/2005 05:14 7/22/2008 13:22 43,008
FILE Juniper_LaunchPlan Internal_07-21-05.xls 7/21/2005 14:35 7/22/2008 13:22 338,432
FILE Leading Residences of the World.doc 4/15/2005 11:49 7/22/2008 13:22 34,816
FILE LRC Overview-Introduction.doc 8/16/2005 05:39 7/22/2008 13:22 107,520
FILE LRW - Contact Information 6.03.05.doc 6/13/2005 13:42 7/22/2008 13:22 29,184
FILE LRW - Operational Training for On-site Residence Contacts - FINAL - 9-16-05(2).doc 9/21/2005 08:32 7/22/2008 13:22 2,584,576
FILE LRW - Operational Training for On-site Residence Contacts - FINAL - 9-16-05MWRComments.doc 9/26/2005 06:09 7/22/2008 13:22 2,703,360
FILE LRW Contact Info.doc 11/11/2005 08:25 7/22/2008 13:22 35,328
FILE LRW Itinerary Example.doc 8/2/2005 11:10 7/22/2008 13:22 59,392
FILE LRW Master Action Doc 0721.xls 7/21/2005 15:44 7/22/2008 13:22 67,072
FILE LRW Master Action Doc 0725.xls 7/25/2005 10:24 7/22/2008 13:22 67,072
FILE LRW Profile List.xls 5/12/2005 16:15 7/22/2008 13:22 16,384
FILE Operations Document- LRW.doc 6/6/2005 05:14 7/22/2008 13:22 43,520
FILE Operations Document_AutoEmail_Reply_LRW.doc 6/6/2005 05:15 7/22/2008 13:22 39,424
FILE Printed_Materials_LRW.doc 6/6/2005 05:15 7/22/2008 13:22 48,640
FILE Quintess OnQ Concierge Usage.xls 7/10/2006 06:22 7/22/2008 13:22 36,864
FILE Thumbs.db 6/11/2007 04:32 7/22/2008 13:22 5,632
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Residences\LRW Call\ 0 19 2,857,717
FILE INput OUTput 08 18 05.xls 12/6/2005 12:54 7/22/2008 13:22 72,704
FILE RCI Input - Leaders Club Administration.doc 12/6/2005 12:54 7/22/2008 13:22 68,096
FILE RCI Input - LRW Member Vacation Cancellation Request.doc 12/6/2005 12:54 7/22/2008 13:22 449,024
FILE RCI Input - LRW Member Vacation Request.doc 12/6/2005 12:55 7/22/2008 13:22 449,024
FILE RCI Output - LRW Close Check in Notifications.doc 12/6/2005 12:55 7/22/2008 13:22 444,416
FILE RCI Output - LRW Contact Information change.doc 12/6/2005 12:56 7/22/2008 13:22 445,440
FILE Scenario 1 October 20.jpg 12/6/2005 12:56 7/22/2008 13:22 60,692
FILE Scenario 10A October 20.jpg 12/6/2005 12:56 7/22/2008 13:22 95,581
FILE Scenario 10B October 20.jpg 12/6/2005 12:56 7/22/2008 13:22 101,520
FILE Scenario 11 October 20.jpg 12/6/2005 12:56 7/22/2008 13:22 68,945
FILE Scenario 12A & B October 20.jpg 12/6/2005 12:56 7/22/2008 13:22 69,212
FILE Scenario 2 October 20.jpg 12/6/2005 12:56 7/22/2008 13:22 45,594
FILE Scenario 3 October 20.jpg 12/6/2005 12:56 7/22/2008 13:22 59,354
FILE Scenario 4 October 20.jpg 12/6/2005 12:56 7/22/2008 13:22 85,595
FILE Scenario 5 October 20.jpg 12/6/2005 12:56 7/22/2008 13:22 90,632
FILE Scenario 6 and 9 October 20.jpg 12/6/2005 12:56 7/22/2008 13:22 114,180
FILE Scenario 7 October 20.jpg 12/6/2005 12:56 7/22/2008 13:22 69,441
FILE Scenario 8 October 20.jpg 12/6/2005 12:56 7/22/2008 13:22 54,443
FILE Thumbs.db 8/1/2008 12:12 8/1/2008 12:12 13,824
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Residences\LRW Call\ 0 19 2,857,717
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Residences\LRW Process Flows\ 0 13 1,185,063
FILE LRW PROCESS RELATIONSHIP April 19.jpg 4/20/2005 14:34 7/22/2008 13:22 251,770
FILE Scenario 1 08 01 05.jpg 9/26/2005 05:25 7/22/2008 13:22 60,692

FILE Scenario 10a 08 01 05.jpg 9/26/2005 05:25 7/22/2008 13:22 95,581
FILE Scenario 10b 08 01 05.jpg 9/26/2005 05:25 7/22/2008 13:22 101,520
FILE Scenario 11 08 01 05.jpg 9/26/2005 05:25 7/22/2008 13:22 68,945
FILE Scenario 12a and b 08 01 05.jpg 9/26/2005 05:25 7/22/2008 13:22 69,212
FILE Scenario 2 08 01 05.jpg 9/26/2005 05:25 7/22/2008 13:22 45,594
FILE Scenario 3 08 01 05.jpg 9/26/2005 05:25 7/22/2008 13:22 59,354
FILE Scenario 4 08 01 05.jpg 9/26/2005 05:25 7/22/2008 13:22 85,595
FILE Scenario 5 08 01 05.jpg 9/26/2005 05:25 7/22/2008 13:22 90,632
FILE Scenario 6 and 9 08 01 05.jpg 9/26/2005 05:25 7/22/2008 13:22 114,180
FILE Scenario 7 08 010 5.jpg 9/26/2005 05:25 7/22/2008 13:22 69,441
FILE Scenario 8 08 01 05.jpg 9/26/2005 05:25 7/22/2008 13:22 72,547
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Residences\LRW Process Flows\ 0 13 1,185,063
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Residences\Pricing\ 0 11 1,184,768
FILE Concierge Pricing for LRW - Quintess - F.xls 7/12/2006 10:39 7/22/2008 13:22 16,384
FILE Concierge Pricing for LRW - Quintess.xls 7/11/2006 19:41 7/22/2008 13:22 16,384
FILE Copy of LRW Pricing 071006b - adjusted fixed.xls 7/11/2006 19:34 7/22/2008 13:22 143,872
FILE LRW New 041306.xls 4/14/2006 12:31 7/22/2008 13:22 29,184
FILE LRW New Pricing 042406.xls 4/25/2006 14:54 7/22/2008 13:22 47,616
FILE LRW Pricing 042706.xls 4/28/2006 07:38 7/22/2008 13:22 56,320
FILE LRW Pricing 050106.xls 5/1/2006 14:34 7/22/2008 13:22 86,528
FILE LRW Pricing 071006.xls 7/10/2006 07:49 7/22/2008 13:22 249,856
FILE LRW Pricing 071106.xls 7/11/2006 05:40 7/22/2008 13:22 250,368
FILE LRW Pricing 071206.xls 7/11/2006 19:46 7/22/2008 13:22 143,872
FILE LRW Pricing 071206v2.xls 7/12/2006 10:38 7/22/2008 13:22 144,384
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Residences\Pricing\ 0 11 1,184,768
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Leading Residences\ 3 64 12,017,692
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Legal\ 0 1 49,152
FILE Legal Queue 041508.xls 4/15/2008 06:39 7/22/2008 13:22 49,152
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Legal\ 0 1 49,152
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Lists\ 0 1 15,872
FILE Robeson 1-22.xls 1/23/2004 11:30 7/22/2008 13:22 15,872
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Lists\ 0 1 15,872
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\LLife\ 0 11 63,655,424
FILE ACNBOM-GAMEPLAN.ppt 12/7/2007 15:01 7/22/2008 13:22 12,703,232
FILE Cover Sheet v3.doc 1/13/2008 15:26 7/22/2008 13:22 751,104
FILE Exec Summary v3.doc 1/14/2008 08:56 7/22/2008 13:22 803,328
FILE Exec Summary.doc 1/13/2008 15:30 7/22/2008 13:22 788,480
FILE LesConLuxurilifeRewardsProgramParticipantTerms 111607 (4).doc 6/2/2008 14:09 7/22/2008 13:22 60,928
FILE Letterhead.doc 1/13/2008 15:25 7/22/2008 13:22 32,768
FILE LL Sales Presentation_ CG_V121007.ppt 12/10/2007 21:51 7/22/2008 13:22 2,736,128
FILE LLifeInvstmntBrief.doc 1/13/2008 15:28 7/22/2008 13:22 41,984
FILE Luxlifeprojections.xls 11/22/2007 07:54 7/22/2008 13:22 40,448
FILE Sales Presentation.12.20.07DTv2.ppt 12/21/2007 07:31 7/22/2008 13:22 45,690,880
FILE Thumbs.db 1/30/2008 10:42 7/22/2008 13:22 6,144
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\LLife\ 0 11 63,655,424
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Loyalty\ 0 4 5,121,414
FILE COLLOQUY_Loyalty_Leaders_Transcript.pdf 12/23/2004 07:10 7/22/2008 13:22 917,275
FILE COLLOQUY-BankTalk-2006.pdf 12/4/2006 07:19 7/22/2008 13:22 469,500
FILE Customer Loyalty Case Study - LHW.ppt 2/19/2007 13:39 7/22/2008 13:22 658,432
FILE ML 2006 WWR 67216.zip 1/5/2007 14:52 7/22/2008 13:22 3,076,207
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Loyalty\ 0 4 5,121,414
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Luxury\ 0 15 17,324,839
FILE 2005 Merrill Lynch World Wealth Report .rtf 6/23/2005 06:36 7/22/2008 13:22 4,756
FILE 2005 Merrill Lynch World Wealth Report .txt 8/7/2005 13:18 7/22/2008 13:22 4,096
FILE Article Here come the Mass Affluent.txt 8/14/2005 13:11 7/22/2008 13:22 5,530
FILE Economist605LI.pdf 8/14/2005 10:24 7/22/2008 13:22 337,483
FILE FW Findings From Virtuoso's 2005 Study.htm 11/28/2005 13:54 7/22/2008 13:22

61,969
FILE FW The Luxury Marketing Council Upcoming Event June 8th.txt 8/7/2005 13:19 7/22/2008 13:22
4,705
FILE Lux A Business Plan Feb 2004.doc 6/12/2006 14:58 7/22/2008 13:22 156,160
FILE Luxury Opportunity Overview.ppt 3/27/2006 13:41 7/22/2008 13:22
3,536,384
FILE LuxuryInstitute-WealthReport_Sample.pdf 8/14/2005 10:23 7/22/2008 13:22
227,917
FILE ML 2006 WWR 67216.pdf 1/5/2007 13:48 7/22/2008 13:22 3,315,451
FILE MLWorldWealthReport2007.pdf 7/14/2007 10:38 7/22/2008 13:22 4,036,451
FILE MLWorldWealthReport2008.pdf 7/3/2008 06:42 7/22/2008 13:22 2,599,702
FILE NewsWeekIntl72505LI.pdf 8/14/2005 10:23 7/22/2008 13:22 77,119
FILE NJS_Design_Final.pdf 9/4/2006 10:51 7/22/2008 13:22 2,951,484
FILE Thumbs.db 9/26/2007 09:57 7/22/2008 13:22 5,632
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Luxury\ 0 15
17,324,839
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Mark Lap Docs\ 0 76
30,070,861
FILE ~WRL0003.tmp 2/7/2002 02:03 7/22/2008 13:22 19,456
FILE ~WRL0004.tmp 9/22/2002 15:30 7/22/2008 13:22 19,456
FILE AOL Stuff.doc 6/1/2003 16:45 7/22/2008 13:22 77,312
FILE Baseball cards.mdb 1/18/2003 10:51 7/22/2008 13:22 253,952
FILE BCBSMA March internal.xls 4/2/2003 09:26 7/22/2008 13:22 24,064
FILE blue cross jan final internal.xls 4/2/2003 14:25 7/22/2008 13:22 48,128
FILE Books and Authors.mdb 1/18/2003 11:10 7/22/2008 13:22 139,264
FILE budget dec.xls 1/5/2003 21:48 7/22/2008 13:22 180,224
FILE C&M 2002.QDF 4/22/2003 12:11 7/22/2008 13:22 2,031,480
FILE C&M 2002.QEL 4/22/2003 12:11 7/22/2008 13:22 773,120
FILE C&M 2002.QPH 10/20/2002 18:01 7/22/2008 13:22 32
FILE C&M 2002.QSD 4/22/2003 12:11 7/22/2008 13:22 7,318
FILE c&m budget 2003.xls 11/10/2002 16:59 7/22/2008 13:22 16,384
FILE cash 4-28.xls 4/26/2003 12:43 7/22/2008 13:22 107,008
FILE Cash overview 3-28.xls 4/13/2003 11:53 7/22/2008 13:22 20,992
FILE Cash overview 4-29.xls 4/26/2003 12:43 7/22/2008 13:22 22,528
FILE coo fax 9/24/2002 15:02 7/22/2008 13:22 143,196
FILE d.doc 8/20/2002 19:59 7/22/2008 13:22 26,112
FILE DATA_LOG.TXT 10/20/2002 18:00 7/22/2008 13:22 72
FILE home expenses 02-22.xls 2/22/2003 22:41 7/22/2008 13:22 14,336
FILE INS atty cvr ltr.doc 8/15/2002 09:36 7/22/2008 13:22 20,992
FILE interpath_to_les_concierges_v1r2.asc 2/21/2003 11:23 7/22/2008 13:22 998
FILE Invitation II v1.doc 7/21/2002 13:23 7/22/2008 13:22 178,688
FILE Invitation II v2.doc 7/21/2002 14:31 7/22/2008 13:22 946,688
FILE Invitation II v3.doc 7/21/2002 15:41 7/22/2008 13:22 946,688
FILE Invitation II v4.doc 7/22/2002 08:40 7/22/2008 13:22 948,224
FILE Invitation II v5.doc 7/24/2002 17:04 7/22/2008 13:22 24,064
FILE Invitation II v6.doc 7/24/2002 18:10 7/22/2008 13:22 28,672
FILE Invitation II v7.doc 7/24/2002 18:14 7/22/2008 13:22 950,272
FILE Invitation II v8.doc 7/24/2002 18:20 7/22/2008 13:22 41,472
FILE invite addresses.doc 2/8/2003 10:55 7/22/2008 13:22 42,496
FILE KXTG2570B manual.PDF 4/26/2003 08:09 7/22/2008 13:22 1,808,913
FILE LC Response to RFP.zip 11/12/2001 17:59 7/22/2008 13:22 589,101
FILE lc ticket 2003 v2.xls 6/19/2003 13:05 7/22/2008 13:22 841,216
FILE lc ticket 2003.xls 6/19/2003 09:50 7/22/2008 13:22 3,367,936
FILE LCTimeline.mpp 11/12/2001 15:59 7/22/2008 13:22 264,704
FILE Mark Checking.TXT 11/2/2002 10:35 7/22/2008 13:22 4,522
FILE Mark data.TXT 11/2/2002 10:21 7/22/2008 13:22 75,458
FILE Mark data.xls 11/2/2002 10:23 7/22/2008 13:22 132,608
FILE mark feb expenses.xls 3/18/2003 22:23 7/22/2008 13:22 56,832
FILE Mark Robeson - 2003 Goals.xls 4/7/2003 16:27 7/22/2008 13:22 76,288
FILE markcredit-welcome.prn 6/19/2002 20:15 7/22/2008 13:22 232,326
FILE Mark's Credit.txt 6/19/2002 20:23 7/22/2008 13:22 42,789
FILE mwr68b_2001.pdf 2/17/2003 21:22 7/22/2008 13:22 46,856
FILE Plot and Character Summary and Analysis.doc 6/3/2002 21:23 7/22/2008 13:22 19,456
FILE Q3.DIR 4/22/2003 12:11 7/22/2008 13:22 46
FILE QDATA.QDF 4/22/2003 12:10 7/22/2008 13:22 2,363,904
FILE QDATA.QEL 4/22/2003 12:10 7/22/2008 13:22 15,360
FILE QDATA.QPH 10/20/2002 18:00 7/22/2008 13:22 32
FILE QDATA.QSD 4/22/2003 12:10 7/22/2008 13:22 5,872
FILE rainbow moving.xls 6/3/2003 01:36 7/22/2008 13:22 14,848
FILE RCI.Opportunities.10-28-02.ppt 10/28/2002 16:46 7/22/2008 13:22 315,904
FILE robeson expenses thru 4-10 diners.xls 4/13/2003 11:53 7/22/2008 13:22 47,104
FILE robeson expenses thru 4-10.xls 4/13/2003 11:19 7/22/2008 13:22 46,592
FILE robeson relocate agreement and job desc.doc 3/19/2003 16:30 7/22/2008 13:22
45,056
FILE robesonstloaninterest2002.pdf 2/16/2003 11:24 7/22/2008 13:22 9,627

FILE Sales and Marketing Opportunities.doc 5/5/2003 21:02 7/22/2008 13:22 25,600
FILE SF Interview Questions_Admin Robeson.doc 5/3/2002 10:51 7/22/2008 13:22 27,136
FILE Show Desktop.scf 2/24/2001 12:40 7/22/2008 13:22 79
FILE Spirit air free flight.doc 12/18/2002 11:55 7/22/2008 13:22 19,456
FILE Sunday Evening.doc 2/7/2002 08:48 7/22/2008 13:22 20,992
FILE test.tif 1/6/2003 11:16 7/22/2008 13:22 512,016
FILE TI Nice 13-3-03 v2.ppt 3/13/2003 12:11 7/22/2008 13:22 4,893,696
FILE TI Nice 13-3-03 v3.ppt 4/4/2003 14:10 7/22/2008 13:22 5,716,480
FILE wedding budget.xls 9/17/2002 22:26 7/22/2008 13:22 19,968
FILE Wedding Ceremony final.doc 9/28/2002 15:56 7/22/2008 13:22 27,136
FILE Wedding Ceremony.doc 9/25/2002 22:18 7/22/2008 13:22 29,184
FILE wedding directions doc.doc 7/28/2002 22:12 7/22/2008 13:22 109,568
FILE wedding list confirmed.doc 9/24/2002 16:13 7/22/2008 13:22 24,064
FILE wedding list version 2.xls 9/7/2002 08:54 7/22/2008 13:22 27,136
FILE Wedding list.xls 7/21/2002 11:15 7/22/2008 13:22 30,208
FILE Wedding Schedule JC.doc 9/5/2002 15:44 7/22/2008 13:22 22,016
FILE Wedding Schedule.doc 9/26/2002 07:56 7/22/2008 13:22 24,064
FILE wedding Thank you list.xls 10/26/2002 12:18 7/22/2008 13:22 19,968
FILE writing March 4.doc 3/4/2002 23:24 7/22/2008 13:22 19,456
FILE Writing Stuff.doc 5/6/2002 18:35 7/22/2008 13:22 25,600
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Mark Lap Docs\ 0 76 30,070,861
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Mark Work\ 0 17 10,713,600
FILE Concierge statistics 12-12-05.doc 1/11/2006 11:16 7/22/2008 13:22 89,088
FILE Juniper PPT 011706.ppt 1/11/2006 11:18 7/22/2008 13:22 780,800
FILE MBNA P&L 2005 v2.xls 1/11/2006 11:16 7/22/2008 13:22 49,664
FILE MBNA P&L 2006 Current Prod.xls 1/11/2006 12:49 7/22/2008 13:22 39,424
FILE MBNA P&L 2006 Ramped Up.xls 1/11/2006 12:49 7/22/2008 13:22 83,456
FILE MBNA Presentation 01_18_06_v5 no archive.ppt 1/11/2006 13:18 7/22/2008 13:22 8,750,080
FILE MBNA Presentation 1_18_06_v6_UA-matrix-Mark.ppt 1/11/2006 13:15 7/22/2008 13:22 284,672
FILE MBNA Presentation 1_18_06_v7_dcm-slides.ppt 1/11/2006 13:14 7/22/2008 13:22 291,840
FILE Meeting_Minutes_01_05_06.doc 1/11/2006 11:16 7/22/2008 13:22 85,504
FILE MyConcierge Initiatives List 2006.xls 1/11/2006 12:49 7/22/2008 13:22 24,576
FILE Robeson 10-19.xls 1/11/2006 11:18 7/22/2008 13:22 37,376
FILE robeson expenses 10-31.xls 1/11/2006 11:17 7/22/2008 13:22 33,792
FILE Robeson Expenses 11-17.xls 1/11/2006 11:17 7/22/2008 13:22 36,352
FILE robeson expenses 11-7.xls 1/11/2006 11:17 7/22/2008 13:22 35,328
FILE Robeson Expenses 12-31-05.xls 1/11/2006 11:18 7/22/2008 13:22 45,568
FILE Thumbs.db 1/25/2006 07:51 7/22/2008 13:22 8,192
FILE TOE Graphic Plan 2.doc 1/11/2006 11:18 7/22/2008 13:22 37,888
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Mark Work\ 0 17 10,713,600
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\marketing\ 2 25 21,585,920
FILE 2004 Super Bowl Final I.PPT 11/7/2003 08:33 7/22/2008 13:22 794,112
FILE Brand_Training_0923.ppt 9/26/2005 10:42 7/22/2008 13:22 335,872
FILE Card Forum Light no notes.ppt 12/9/2003 11:20 7/22/2008 13:22 172,032
FILE CQY 1_2004 Workshop.ppt 2/20/2004 09:16 7/22/2008 13:22 15,352,832
FILE Creative_Services_Process_121205.ppt 12/14/2005 10:10 7/22/2008 13:22 398,848
FILE creativebrief_featured-packages_Q3_Final.doc 6/4/2005 09:57 7/22/2008 13:22 1,726,976
FILE CS_Request_Form_v1.doc 12/19/2005 14:35 7/22/2008 13:22 46,592
FILE CS_Request_Process_v1.doc 12/19/2005 14:35 7/22/2008 13:22 111,104
FILE Cust Sat Survey.doc 7/18/2005 15:22 7/22/2008 13:22 480,768
FILE IdeasInspiration_All.doc 8/4/2005 12:43 7/22/2008 13:22 1,094,144
FILE LC Marketing Dept Proposal 8-22.doc 8/26/2003 07:56 7/22/2008 13:22 50,688
FILE LC Marketing Dept Proposal 8-25.doc 8/29/2003 12:10 7/22/2008 13:22 68,608
FILE LC Marketing Dept Proposal 8-4.doc 8/5/2003 05:59 7/22/2008 13:22 41,472
FILE LC Marketing Dept Proposal.doc 7/31/2003 10:34 7/22/2008 13:22 27,136
FILE lesConciergesEmailPlan-2005-11-15.doc 8/19/2008 12:09 8/19/2008 12:09 99,840
FILE lesconciergestaglinesurvey.doc 11/22/2005 12:22 7/22/2008 13:22 31,232
FILE lesconciergestaglinesurveyMR Comments.doc 11/23/2005 14:41 7/22/2008 13:22 48,640
FILE MarketingAnalysisTemplate 2004.xls 1/22/2004 18:47 7/22/2008 13:22 33,792
FILE MarketingPlan.1-21-03.doc 1/21/2003 19:47 7/22/2008 13:22 36,352
FILE MarketingRequestForm11-12-02.doc 11/21/2003 13:08 7/22/2008 13:22 53,760
FILE MBNA - WorldPts Site - 11-21-02.doc 11/21/2003 16:05 7/22/2008 13:22 51,712
FILE Program_Dev_Process_2005_11_v2.ppt 11/28/2005 11:43 7/22/2008 13:22 413,696
FILE Sample Newsletter Email.doc 5/10/2004 14:06 7/22/2008 13:22 52,736
FILE surnamilogosurveyMWR.doc 11/21/2005 21:20 7/22/2008 13:22 56,832
FILE Thumbs.db 6/7/2007 10:07 7/22/2008 13:22 6,144

FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\marketing\Functional Review\
1 0 0
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\marketing\Functional Review
\Marketing\ 0 10 20,738,048
FILE 2006_Marketing_20051014_p1-12.ppt 10/21/2005 11:29 7/22/2008 13:22 343,552
FILE 2006_Marketing_20051014_p13-24.ppt 10/21/2005 11:30 7/22/2008 13:22
2,130,944
FILE 2006_Marketing_20051014_p25.ppt 10/21/2005 11:33 7/22/2008 13:22
3,037,696
FILE 2006_Marketing_20051014_p26-28.ppt 10/21/2005 11:31 7/22/2008 13:22
2,131,456
FILE 2006_Marketing_20051014_p29-30.ppt 10/21/2005 11:31 7/22/2008 13:22 939,520
FILE 2006_Marketing_20051014_p31-44.ppt 10/21/2005 11:32 7/22/2008 13:22 563,712
FILE 2006_Marketing_20051014_p49.ppt 10/21/2005 11:32 7/22/2008 13:22
4,137,472
FILE 2006_Marketing_20051014_p50.ppt 10/21/2005 11:32 7/22/2008 13:22
5,094,912
FILE 2006_Marketing_20051014_p51.ppt 10/21/2005 11:32 7/22/2008 13:22
1,000,448
FILE 2006_Marketing_20051014_p52.ppt 10/21/2005 11:33 7/22/2008 13:22
1,358,336
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\marketing\Functional Review
\Marketing\ 0 10 20,738,048
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\marketing\Functional Review\
1 10 20,738,048
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\marketing\messaging\ 0
5 5,432,320
FILE LCInternalSurveyRobeson.doc 1/14/2005 09:38 7/22/2008 13:22 37,888
FILE LCMessaging_Platform_DRAFT2.20.05.ppt 2/22/2005 21:32 7/22/2008 13:22
5,092,864
FILE LCtargetmessaging.doc 2/22/2005 21:33 7/22/2008 13:22 166,400
FILE LesConciergesCredoDRAFT_.doc 2/22/2005 21:33 7/22/2008 13:22 48,128
FILE LesConciergesMeetingNotes.doc 2/22/2005 21:33 7/22/2008 13:22 87,040
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\marketing\messaging\ 0
5 5,432,320
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\marketing\ 3 40
47,756,288
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Maybach\ 0 75
15,171,337
FILE Amber-MRM Welcome Call List 5-27.xls 6/8/2004 05:52 7/22/2008 13:22 148,480
FILE Bryan-MRM Welcome Call List 5-27.xls 6/8/2004 05:46 7/22/2008 13:22 147,968
FILE China-MRM Welcome Call List 5-27.xls 6/8/2004 05:52 7/22/2008 13:22 148,992
FILE Cover note 2.19.04.doc 3/19/2004 14:36 7/22/2008 13:22 25,088
FILE Draft comments.pdf 11/1/2004 14:24 7/22/2008 13:22 177,741
FILE Fauchon Descriptions.doc 11/30/2004 17:02 7/22/2008 13:22 91,648
FILE FINAL LesConcierges & Mercedes-Benz.doc 4/15/2004 14:21 7/22/2008 13:22
158,208
FILE Follow Up Letter 061804redline.doc 6/18/2004 12:23 7/22/2008 13:22 45,568
FILE Follow Up Letter 062104redline.doc 6/21/2004 14:07 7/22/2008 13:22 32,256
FILE Follow Up Letter Final.doc 6/22/2004 14:04 7/22/2008 13:22 30,720
FILE Follow Up Letter.doc 5/21/2004 15:13 7/22/2008 13:22 39,936
FILE GWSiteWalkthrough.doc 4/26/2004 13:03 7/22/2008 13:22 1,050,112
FILE LesConcierges and Mercedes-Benz Service Agreement.doc 3/23/2004 10:22
7/22/2008 13:22 216,064
FILE LesConcierges and Mercedes-Benz v2.doc 3/5/2004 13:36 7/22/2008 13:22
1,022,976
FILE Maybach - Driver Demonstrators 3-9-05.ppt 3/3/2005 13:15 7/22/2008 13:22 506,880
FILE Maybach Agenda 7-7-04.doc 7/7/2004 10:28 7/22/2008 13:22 34,304
FILE Maybach Auto Script for Non Users 120904.doc 12/9/2004 21:18 7/22/2008 13:22
54,272
FILE Maybach Auto Script on Sale 10-21.doc 10/22/2004 04:53 7/22/2008 13:22 47,104
FILE Maybach Auto Script on Sale 10-26.doc 10/27/2004 07:04 7/22/2008 13:22 52,224
FILE Maybach Auto Script on Sale 10-28.doc 10/28/2004 13:53 7/22/2008 13:22 68,096
FILE Maybach Auto Script on Sale 10-29 clean.doc 10/29/2004 10:36 7/22/2008 13:22
52,736
FILE Maybach Auto Script on Sale 10-29.doc 10/29/2004 10:11 7/22/2008 13:22 71,168
FILE Maybach Auto Script on Sale 11-08 clean.doc 11/10/2004 11:20 7/22/2008 13:22
53,760
FILE Maybach Auto Script on Sale 11-22 clean.doc 11/23/2004 09:30 7/22/2008 13:22
54,272
FILE Maybach Call 5-20.doc 5/20/2004 11:59 7/22/2008 13:22 20,480
FILE Maybach Concierge June 17.xls 6/17/2004 06:00 7/22/2008 13:22 14,848
FILE Maybach Concierge Reporting 2004 w item breakdown.xls 3/11/2005 14:32
7/22/2008 13:22 171,008
FILE Maybach Concierge Reporting 2004.xls 1/6/2005 15:27 7/22/2008 13:22 133,120

FILE Maybach Concierge Reporting Mar 05.xls 4/21/2005 13:58 7/22/2008 13:22 142,848
FILE Maybach Concierge Reporting, 2004.xls 12/30/2004 09:17 7/22/2008 13:22 86,016
FILE Maybach Connections Issues 11-29-04.doc 11/30/2004 09:07 7/22/2008 13:22 31,744
FILE Maybach Gift Box.doc 6/22/2004 14:43 7/22/2008 13:22 159,232
FILE maybach june 8.xls 6/8/2004 05:15 7/22/2008 13:22 5,632
FILE Maybach Launch Plan 0304 - may 10.xls 5/10/2004 16:56 7/22/2008 13:22 40,448
FILE Maybach Logins.efx 6/18/2004 13:04 7/22/2008 13:22 14,900
FILE maybach may 04.xls 6/8/2004 04:23 7/22/2008 13:22 10,240
FILE Maybach Minutes 7-7-04.doc 7/7/2004 11:00 7/22/2008 13:22 37,888
FILE Maybach MRM Welcome.doc 3/22/2004 06:52 7/22/2008 13:22 36,352
FILE Maybach Outbound Call Log 120204.xls 12/2/2004 12:00 7/22/2008 13:22 14,848
FILE Maybach Outbound Call Log 120604.xls 12/7/2004 13:18 7/22/2008 13:22 17,408
FILE Maybach Outbound Call Log 120704.xls 12/7/2004 22:50 7/22/2008 13:22 18,432
FILE Maybach Outbound Call Log 120904.xls 12/9/2004 21:14 7/22/2008 13:22 24,576
FILE Maybach Outbound Call Log.xls 11/24/2004 08:53 7/22/2008 13:22 13,824
FILE Maybach Outbound Call Log121304.xls 12/15/2004 15:01 7/22/2008 13:22 25,088
FILE Maybach Products 033104.xls 4/2/2004 17:09 7/22/2008 13:22 40,448
FILE Maybach Reconciliation Aug 04.xls 8/17/2004 07:31 7/22/2008 13:22 37,888
FILE Maybach team lead duties.doc 8/13/2004 10:25 7/22/2008 13:22 20,480
FILE maybach tech-accounting synopsis.doc 6/15/2004 07:06 7/22/2008 13:22 43,520
FILE Maybach update.doc 8/28/2004 09:32 7/22/2008 13:22 32,256
FILE Maybach vendors 051004.xls 5/12/2004 07:52 7/22/2008 13:22 2,242,560
FILE Maybach Weekly 6-8.doc 6/8/2004 14:34 7/22/2008 13:22 40,960
FILE Maybach Wines and Spirits 012105.doc 1/22/2005 06:21 7/22/2008 13:22 31,232
FILE MayBach_giftstatus012005.xls 1/19/2005 15:25 7/22/2008 13:22 15,872
FILE MaybachGiftIdeas011405.doc 1/15/2005 07:18 7/22/2008 13:22 588,800
FILE MaybachTermSheet051205.doc 5/12/2005 05:22 7/22/2008 13:22 69,120
FILE MaybachTermSheetApril1105.doc 4/12/2005 19:10 7/22/2008 13:22 108,544
FILE MB MC Road Rally EXT 03 25.xls 5/5/2005 05:00 7/22/2008 13:22 27,648
FILE MBNA Meeting Minutes 11.18.05.doc 11/21/2005 22:20 7/22/2008 13:22 53,760
FILE MBUSA Tickets Deck 9-15-04.ppt 9/16/2004 11:34 7/22/2008 13:22 1,828,352
FILE Mercedes.doc 3/5/2004 19:05 7/22/2008 13:22 23,040
FILE Mercedes-Benz Maybach Launch Plan 0304.xls 3/19/2004 11:23 7/22/2008 13:22 39,424
FILE Mercedes-Benz Maybach Operations Doc 3-04.doc 3/19/2004 11:03 7/22/2008 13:22 49,152
FILE MRM List missing ids.xls 5/21/2004 16:12 7/22/2008 13:22 165,888
FILE Patel Bio 1-24.doc 2/1/2005 08:08 7/22/2008 13:22 22,016
FILE Pre-Gift Wizard Acctg SOP's.doc 6/14/2004 16:00 7/22/2008 13:22 39,936
FILE Pre-Gift Wizard Acctg Spreadsheet Sample.xls 6/14/2004 16:00 7/22/2008 13:22 25,600
FILE Pre-Gift Wizard Acctg.doc 4/2/2004 16:22 7/22/2008 13:22 38,400
FILE Pre-Gift Wizard SOP's.doc 6/14/2004 16:00 7/22/2008 13:22 42,496
FILE Program Standards for Maybach Concierge Vendors.doc 12/7/2004 22:53 7/22/2008 13:22 30,208
FILE s.doc 4/12/2005 16:15 7/22/2008 13:22 109,568
FILE Script Revision 10-28.pdf 10/28/2004 08:37 7/22/2008 13:22 267,400
FILE Thumbs.db 2/19/2008 11:34 7/22/2008 13:22 8,704
FILE Ticketing for MBUSA.ppt 9/21/2004 17:21 7/22/2008 13:22 2,300,416
FILE UpdatedGiftIdeas012005.doc 1/19/2005 15:36 7/22/2008 13:22 663,552
FILE UpdatedGiftIdeas012005v2.doc 1/22/2005 06:21 7/22/2008 13:22 814,592
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Maybach\ 0 75 15,171,337
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Neiman Marcus\ 8 20 22,354,944
FILE InCircleProgram.ppt 10/12/2006 07:49 7/22/2008 13:22 4,167,680
FILE Les Concierges Workshop Goals.doc 6/4/2008 13:11 7/22/2008 13:22 26,624
FILE LesConcierges Overview for Neiman Marcus.ppt 8/28/2006 15:12 7/22/2008 13:22 2,196,992
FILE Market list for LC.xls 5/7/2007 06:14 7/22/2008 13:22 15,360
FILE Meeting_Outline_Neiman Marcus_Program Design_9_18_06.doc 6/4/2008 13:11 7/22/2008 13:22 50,176
FILE Neiman AGREEMENT_FOR_CONCIERGE_SERVICES_043105b-1.doc 4/5/2007 05:59 7/22/2008 13:22 155,648
FILE neiman conv rates.xls 9/19/2006 15:44 7/22/2008 13:22 15,360
FILE NEIMAN MARCUS Account Strategy_3 27 08.doc 4/1/2008 09:47 7/22/2008 13:22 2,056,704
FILE Neiman Pricing 120706.xls 12/7/2006 08:39 7/22/2008 13:22 19,968
FILE Neiman Pricing and ROI 101106.xls 10/18/2006 15:37 7/22/2008 13:22 55,808
FILE Neiman Pricing and ROI 102206.xls 10/23/2006 08:40 7/22/2008 13:22 41,984
FILE Neiman ProgDesign 091906.doc 6/4/2008 13:11 7/22/2008 13:22 70,656
FILE Neiman ProgDesign IssuesBin.doc 6/4/2008 13:11 7/22/2008 13:22 67,072

FILE Neiman ProgDesign Minutes091806.doc 6/4/2008 13:12 7/22/2008 13:22 50,176
FILE NM Travel.ppt 3/2/2007 10:49 7/22/2008 13:22 1,473,536
FILE NM+Nordstrom Concepts.doc 4/21/2008 16:40 7/22/2008 13:22 40,448
FILE NMInCirclePricingSheet121106.xls 3/1/2007 15:47 7/22/2008 13:22 43,520
FILE Program_Design_Meeting_Neiman Marcus_09_18_06FINAL.ppt 9/18/2006 14:39 7/22/2008 13:22 9,340,928
FILE Thumbs.db 6/7/2007 10:07 7/22/2008 13:22 6,144
FILE Travel Partner Follow up Presentation-Condensed.ppt 2/24/2007 08:38 7/22/2008 13:22 2,460,160
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Neiman Marcus\Contract\ 0 13 1,958,212
FILE ~$ Term Sheet_NM_2007_03_1.doc 3/1/2007 15:29 7/22/2008 13:22 162
FILE ~$iman Marcus Term Sheetcl.doc 3/1/2007 15:28 7/22/2008 13:22 162
FILE AGREEMENT_FOR_CONCIERGE_SERVICE_NM_CL.doc 8/31/2007 08:23 7/22/2008 13:22 176,640
FILE AGREEMENT_FOR_CONCIERGE_SERVICE_NM_CL100407.doc 10/10/2007 09:42 7/22/2008 13:22 176,128
FILE InCircle Form 2007 - Travel.doc 9/3/2006 10:10 7/22/2008 13:22 79,360
FILE LC Term Sheet_AEXP Private Dining_2007_01_11.doc 3/1/2007 15:28 7/22/2008 13:22 512,512
FILE LC Term Sheet_NM_2007_03_1.doc 3/2/2007 08:09 7/22/2008 13:22 142,336
FILE Neiman Marcus Term Sheet v2.doc 9/27/2006 06:11 7/22/2008 13:22 118,784
FILE Neiman Marcus Term Sheet v4.doc 9/28/2006 09:14 7/22/2008 13:22 187,904
FILE Neiman Marcus Term Sheet v5.doc 9/29/2006 06:38 7/22/2008 13:22 190,464
FILE Neiman Marcus Term Sheetcl.doc 9/29/2006 09:57 7/22/2008 13:22 147,968
FILE Neiman_AGREEMENT_FOR_CONCIERGE_SERVICES_050307.doc 5/4/2007 09:23 7/22/2008 13:22 156,672
FILE Term Sheet Neiman Marcus vs 1.doc 9/25/2006 14:31 7/22/2008 13:22 69,120
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Neiman Marcus\Contract\ 0 13 1,958,212
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Neiman Marcus\drafts\ 0 3 12,591,616
FILE Program_Design_Meeting_Neiman Marcus_09_18_06.ppt 9/13/2006 21:12 7/22/2008 13:22 5,587,968
FILE Program_Design_Meeting_Neiman Marcus_09_18_06_JH.ppt 9/14/2006 22:03 7/22/2008 13:22 6,721,536
FILE ROI slide.ppt 9/15/2006 09:37 7/22/2008 13:22 282,112
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Neiman Marcus\drafts\ 0 3 12,591,616
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Neiman Marcus\Informational docs\ 0 0 0
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Neiman Marcus\Informational docs\ 0 0 0
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Neiman Marcus\Notes and Agendas\ 0 2 69,632
FILE Neiman Marcus Call 090606.doc 9/6/2006 11:56 7/22/2008 13:22 33,280
FILE Neiman Marcus Meeting Notes 9 6 06.doc 9/6/2006 12:15 7/22/2008 13:22 36,352
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Neiman Marcus\Notes and Agendas\ 0 2 69,632
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Neiman Marcus\Pricing\ 0 12 5,549,568
FILE Chairmans.xls 9/29/2006 07:39 7/22/2008 13:22 398,336
FILE Chairmans+Plat.xls 9/29/2006 08:46 7/22/2008 13:22 529,920
FILE Chairmans+Plat+Sales.xls 9/29/2006 08:28 7/22/2008 13:22 696,320
FILE Chairmans+Sales.xls 9/29/2006 08:29 7/22/2008 13:22 530,944
FILE Dining Proposal for Neiman Marcus 050507.xls 5/18/2007 15:33 7/22/2008 13:22 43,520
FILE Dining Proposal for Neiman Marcus 0505071.xls 5/18/2007 15:33 7/22/2008 13:22 43,520
FILE Neiman_Marcus_Pricing_Model.xls 11/17/2006 12:28 7/22/2008 13:22 491,520
FILE Neiman_Pricing_092806.xls 9/28/2006 14:09 7/22/2008 13:22 929,280
FILE Neiman_Pricing_092906.xls 10/11/2006 13:33 7/22/2008 13:22 900,608
FILE Neiman_Pricing_092906b.xls 9/29/2006 08:51 7/22/2008 13:22 925,696
FILE NM Dining Pricing.xls 6/19/2007 08:53 7/22/2008 13:22 43,520
FILE NM Pricing Summary 092906.xls 10/6/2006 11:08 7/22/2008 13:22 16,384
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Neiman Marcus\Pricing\ 0 12 5,549,568
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Neiman Marcus\Prog Design\ 0 5 254,464
FILE Les Concierges Workshop Goals.doc 9/13/2006 10:15 7/22/2008 13:22 26,624
FILE Meeting_Outline_Neiman Marcus_Program Design_9_18_06.doc 9/11/2006 22:29 7/22/2008 13:22 50,176
FILE Neiman ProgDesign 091906.doc 9/19/2006 12:41 7/22/2008 13:22 67,072
FILE Neiman ProgDesign IssuesBin.doc 9/18/2006 14:43 7/22/2008 13:22 63,488
FILE Neiman ProgDesign Minutes091806.doc 9/18/2006 14:43 7/22/2008 13:22 47,104

TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Neiman Marcus\Prog Design\
0 5 254,464
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Neiman Marcus\Proposal\ 0
14 4,977,152
FILE Concierge short term needs.doc 9/6/2006 12:35 7/22/2008 13:22 26,112
FILE Concierge Workshop Cost proposal.doc 9/6/2006 12:35 7/22/2008 13:22 24,576
FILE Dining for Neiman Marcus 050507.doc 5/18/2007 16:33 7/22/2008 13:22
1,524,224
FILE Dining for Neiman Marcus 060107.doc 6/19/2007 08:55 7/22/2008 13:22 338,944
FILE Dining for Neiman Marcus 062807.doc 6/29/2007 06:25 7/22/2008 13:22 386,048
FILE Dining for Neiman Marcus 070907.doc 7/10/2007 05:29 7/22/2008 13:22 386,048
FILE Dining for Neiman Marcus 072307.doc 7/23/2007 14:26 7/22/2008 13:22 386,048
FILE Dining Proposal for Neiman Marcus 050507.xls 5/18/2007 14:15 7/22/2008 13:22
48,128
FILE LesConcierges Overview for Neiman Marcus.doc 6/15/2006 10:51 7/22/2008 13:22
94,208
FILE LesConcierges Proposal for Neiman Marcus 121106.doc 1/8/2007 06:49 7/22/2008 13:22
831,488
FILE LesConcierges Proposal for Neiman MarcusB.doc 12/2/2006 07:52 7/22/2008 13:22
187,904
FILE LesConcierges Proposal for Neiman Marcuser.doc 12/10/2006 11:25 7/22/2008 13:22
646,656
FILE Program Design Overview for Neiman Marcus.doc 8/7/2006 09:37 7/22/2008 13:22
62,976
FILE restaurant program one sheet.doc 10/12/2006 07:49 7/22/2008 13:22 33,792
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Neiman Marcus\Proposal\ 0
14 4,977,152
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Neiman Marcus\RFP\ 0
1 71,680
FILE conciergerev.doc 7/21/2006 07:52 7/22/2008 13:22 71,680
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Neiman Marcus\RFP\ 0
1 71,680
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Neiman Marcus\ 8 70
47,827,268
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\NewCo\ 0 31
8,132,189
FILE 12-38 new khl.p12.pdf 12/20/2004 08:09 7/22/2008 13:22 371,851
FILE 12-38 new khl.p13.pdf 12/20/2004 08:09 7/22/2008 13:22 64,569
FILE 12-38 new khl.p23.pdf 12/20/2004 08:09 7/22/2008 13:22 85,869
FILE 12-38 new khl.p24.pdf 12/20/2004 08:09 7/22/2008 13:22 130,396
FILE 12-38 new khl.p25.pdf 12/20/2004 08:09 7/22/2008 13:22 81,721
FILE 12-38 new khl.p26.pdf 12/20/2004 08:09 7/22/2008 13:22 105,879
FILE FACT SHEET -- LBD.doc 12/20/2004 07:54 7/22/2008 13:22 59,392
FILE FACT SHEET - LFS.doc 12/20/2004 07:54 7/22/2008 13:22 159,744
FILE FACT SHEET -- LHSW (Hotel version).doc 12/20/2004 07:54 7/22/2008 13:22
258,048
FILE FACT SHEET -- LIR.doc 12/20/2004 07:54 7/22/2008 13:22 142,848
FILE FACT SHEET - LT.doc 12/20/2004 07:54 7/22/2008 13:22 109,568
FILE FACT SHEET LGS.doc 12/20/2004 07:54 7/22/2008 13:22 43,520
FILE FACT SHEET -LIS.doc 12/20/2004 07:54 7/22/2008 13:22 59,392
FILE FACT SHEET- LSPN.doc 12/20/2004 07:54 7/22/2008 13:22 39,424
FILE FACT SHEET-LQA.doc 12/20/2004 07:54 7/22/2008 13:22 179,712
FILE Focus Group 1 Summary FINAL.DOC 12/15/2006 10:57 7/22/2008 13:22 395,776
FILE Leaders_Club_Network_JV_Notes[1].doc 4/19/2006 05:08 7/22/2008 13:22 46,080
FILE les concierges agenda december 21.doc 12/20/2004 15:58 7/22/2008 13:22 82,432
FILE LRW Fact Sheet.doc 12/20/2004 07:54 7/22/2008 13:22 127,488
FILE Lux A Business Plan Feb 2004.doc 6/12/2006 14:58 7/22/2008 13:22 156,160
FILE Luxury Opportunity Overview 5.4.06.ppt 5/26/2006 07:35 7/22/2008 13:22
3,590,144
FILE Newco_Focus_Groups Updated DiscussionMR.doc 10/30/2006 21:25 7/22/2008 13:22
90,112
FILE Nordstrom Reporting April 2007.xls 4/4/2007 14:33 7/22/2008 13:22 60,416
FILE Nordstrom Reporting March 2007.xls 4/4/2007 14:34 7/22/2008 13:22 60,416
FILE Outline for JV Discussion5 25 06.doc 5/25/2006 20:20 7/22/2008 13:22 34,304
FILE Overview of Newco Opportunity 07.13.06.ppt 8/1/2006 12:25 7/22/2008 13:22 311,296
FILE Overview of Newco Opportunity 5.27.06.ppt 6/1/2006 07:03 7/22/2008 13:22 308,736
FILE Overview of Newco Opportunity 5.27.06v2.ppt 5/29/2006 10:34 7/22/2008 13:22
381,440
FILE Overview of Newco Opportunity 5.27.06v2mr.ppt 5/29/2006 13:40 7/22/2008 13:22
316,928
FILE Overview of Newco Opportunity 5.27.06v2mrSlide.ppt 5/29/2006 13:56 7/22/2008 13:22
270,848
FILE Thumbs.db 6/2/2007 15:00 7/22/2008 13:22 7,680
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\NewCo\ 0 31
8,132,189

FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Nordstrom\ 7 36
17,852,578
FILE ~$sponse Nordstrom Questions 10-31-06.doc 11/1/2006 10:03 7/22/2008 13:22
162
FILE 2005 requests by month.xls 8/3/2006 15:26 7/22/2008 13:22 83,456
FILE 2006 requests by month.xls 8/3/2006 15:26 7/22/2008 13:22 31,232
FILE Accnt Mgt.ppt 7/16/2006 11:21 7/22/2008 13:22 966,656
FILE Carlson - Nordstrom - Year to Date Usage for 2006.xls 10/18/2006 11:41
7/22/2008 13:22 44,544
FILE Carlson-Nordstrom and LesConciergesTerm Sheet 112006.doc 11/19/2006 09:47
7/22/2008 13:22 187,904
FILE Carlson-Nordstrom and LesConciergesTerm Sheet v5.doc 7/26/2006 07:02 7/22/2008 13:22
69,632
FILE Concierge Tiered Proposal.xls 11/3/2006 07:32 7/22/2008 13:22 19,456
FILE Copy of Carlson - Nordstrom - Monthly Summary - 1 Month Ending 12-31-2006.xls
1/26/2007 06:57 7/22/2008 13:22 89,600
FILE LesConcieges71906.ppt 7/26/2006 15:47 7/22/2008 13:22 2,668,544
FILE LesConcierges Overview for Nordstrom.ppt 7/5/2006 20:58 7/22/2008 13:22
2,523,648
FILE LesConcierges Overview for Nordstromkg.ppt 7/5/2006 20:58 7/22/2008 13:22
2,523,648
FILE LesConcierges Proposal for Nordstrom 080904.doc 7/5/2006 11:22 7/22/2008 13:22
3,791,360
FILE LesConcierges Proposal Review with Nordstrom103106.ppt 11/1/2006 08:18
7/22/2008 13:22 1,058,304
FILE Nordie Notes.doc 7/27/2006 04:24 7/22/2008 13:22 24,576
FILE nordstrom accounts program to date.xls 10/12/2006 10:23 7/22/2008 13:22
10,240
FILE Nordstrom Acquis - Utiliz Forecast.xls 1/25/2007 14:43 7/22/2008 13:22
108,032
FILE Nordstrom Commissions Response.doc 12/9/2006 11:24 7/22/2008 13:22 116,224
FILE Nordstrom Concierge 2005-Recap.xls 7/17/2006 15:02 7/22/2008 13:22 46,080
FILE Nordstrom Jul Cat.xls 8/20/2007 09:07 7/22/2008 13:22 31,232
FILE Nordstrom Member Marketing Rankings.xls 7/20/2006 08:26 7/22/2008 13:22
24,064
FILE Nordstrom Pricing7-12-06v2.xls 7/17/2006 13:30 7/22/2008 13:22 65,024
FILE Nordstrom Program Design.ppt 7/5/2006 20:47 7/22/2008 13:22 982,016
FILE Nordstrom Program Designkg.ppt 7/5/2006 20:47 7/22/2008 13:22 982,016
FILE Nordstrom Report 2007_07.xls 8/16/2007 13:09 7/22/2008 13:22 367,616
FILE Nordstrom Report March 2007.xls 4/7/2007 09:25 7/22/2008 13:22 62,464
FILE Nordstrom Report Worksheet.xls 8/2/2007 06:07 7/22/2008 13:22 16,384
FILE Nordstrom ROI.xls 8/14/2006 06:57 7/22/2008 13:22 43,008
FILE Nordstrom ROI091106.xls 9/12/2006 11:05 7/22/2008 13:22 43,008
FILE Nordstrom SCHEDULE A FINAL _Concierge1.doc 8/29/2006 09:01 7/22/2008 13:22
125,952
FILE Nordstrom_Concierge_Forecast.xls 11/6/2006 08:21 7/22/2008 13:22 159,744
FILE NORDSTROM_SAMPLE_LC_Work_Plan.xls 7/17/2006 09:11 7/22/2008 13:22 28,672
FILE Nordstrom_Visa Signature_Acct Projections(2).xls 7/11/2006 13:58 7/22/2008 13:22
32,768
FILE Nordstrom_Visa Signature_Acct Projections.xls 7/10/2006 18:20 7/22/2008 13:22
29,184
FILE Response Nordstrom Questions 10-31-06.doc 11/1/2006 07:25 7/22/2008 13:22
490,496
FILE Thumbs.db 4/25/2007 19:31 7/22/2008 13:22 5,632
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Nordstrom\Contract\ 0
4 1,010,106
FILE CONCIERGE SERVICES AGREEMENT - REVISED 15 JAN 07 - CLEAN.doc 1/15/2007 08:31
7/22/2008 13:22 256,512
FILE FIRST AMENDMENT FINAL FINAL FINAL CLEAN.doc 1/11/2007 12:54 7/22/2008 13:22
74,752
FILE Meeting Minutes 11.17.06.doc 11/17/2006 15:09 7/22/2008 13:22 186,880
FILE scan.pdf 3/5/2007 09:21 7/22/2008 13:22 491,962
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Nordstrom\Contract\ 0
4 1,010,106
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Nordstrom\forecasts\ 0
3 225,792
FILE Nordstrom_Concierge_Forecast_Base.xls 11/9/2006 11:52 7/22/2008 13:22 78,848
FILE Nordstrom_Concierge_Forecast_Base2.xls 11/9/2006 11:20 7/22/2008 13:22
74,240
FILE Nordstrom_Concierge_Forecast_TopTier.xls 11/9/2006 13:33 7/22/2008 13:22
72,704
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Nordstrom\forecasts\ 0
3 225,792
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Nordstrom\Pricing\ 0
48 9,562,948

| | | | | |
|---|---|---|---|---|
| FILE | ~$rdstrom Concierge Pricing Overview and Summary 081006.doc | 8/10/2006 12:38 | 7/22/2008 13:22 | 162 |
| FILE | ~$rdstrom Concierge Pricing Overview and Summary 081706b.doc | 9/10/2006 11:52 | 7/22/2008 13:22 | 162 |
| FILE | ~WRL1819.tmp | 9/9/2006 15:40 | 7/22/2008 13:22 | 73,216 |
| FILE | Basic Pricing Sheet - Nodstrom 1024006.xls | 10/24/2006 13:12 | 7/22/2008 13:22 | 12,288 |
| FILE | Concierge Tiered Proposal.xls | 11/7/2006 11:19 | 7/22/2008 13:22 | 81,408 |
| FILE | Marketing_Pricing_Model- Nordstrom.xls | 8/3/2006 20:28 | 7/22/2008 13:22 | 321,536 |
| FILE | Marketing_Pricing_Model.xls | 8/3/2006 15:10 | 7/22/2008 13:22 | 136,704 |
| FILE | nordstrom accounts program to date.xls | 10/12/2006 10:23 | 7/22/2008 13:22 | 10,240 |
| FILE | Nordstrom Base Concierge Pricing 083006.xls | 8/30/2006 08:39 | 7/22/2008 13:22 | 18,432 |
| FILE | Nordstrom Concierge Pricing Overview 091006.doc | 9/9/2006 13:40 | 7/22/2008 13:22 | 76,800 |
| FILE | Nordstrom Concierge Pricing Overview and Summary 081006.doc | 8/10/2006 12:38 | 7/22/2008 13:22 | 129,024 |
| FILE | Nordstrom Concierge Pricing Overview and Summary 081006b.doc | 8/14/2006 06:56 | 7/22/2008 13:22 | 61,952 |
| FILE | Nordstrom Concierge Pricing Overview and Summary 081706b.doc | 9/11/2006 05:31 | 7/22/2008 13:22 | 102,400 |
| FILE | Nordstrom Concierge Pricing Overview and Summary 091106.doc | 9/12/2006 11:15 | 7/22/2008 13:22 | 513,536 |
| FILE | Nordstrom Concierge Recommended Program Pricing 091106.xls | 9/12/2006 11:00 | 7/22/2008 13:22 | 17,408 |
| FILE | Nordstrom Pricing and ROI 101606.xls | 10/18/2006 11:47 | 7/22/2008 13:22 | 20,480 |
| FILE | Nordstrom Pricing Base.xls | 8/3/2006 20:22 | 7/22/2008 13:22 | 291,328 |
| FILE | Nordstrom Pricing July 26 06 v6.xls | 7/27/2006 07:41 | 7/22/2008 13:22 | 227,840 |
| FILE | Nordstrom Pricing Scenarios 10-26-06.xls | 10/26/2006 15:09 | 7/22/2008 13:22 | 37,376 |
| FILE | Nordstrom Pricing Scenarios 11-1-06.xls | 11/1/2006 07:20 | 7/22/2008 13:22 | 66,048 |
| FILE | Nordstrom Pricing Scenarios 11-6-06.xls | 11/7/2006 06:20 | 7/22/2008 13:22 | 51,200 |
| FILE | Nordstrom Pricing Sheet 110706.xls | 11/9/2006 11:52 | 7/22/2008 13:22 | 56,320 |
| FILE | Nordstrom Pricing Sheet 11-6-06.xls | 11/7/2006 11:21 | 7/22/2008 13:22 | 51,200 |
| FILE | Nordstrom Pricing v10 bottom 80.xls | 8/3/2006 16:19 | 7/22/2008 13:22 | 289,280 |
| FILE | Nordstrom Pricing v10 top 20.xls | 8/3/2006 16:18 | 7/22/2008 13:22 | 289,280 |
| FILE | Nordstrom Pricing v9 top 20.xls | 8/3/2006 15:56 | 7/22/2008 13:22 | 288,256 |
| FILE | Nordstrom Pricing.xls | 7/11/2006 19:15 | 7/22/2008 13:22 | 87,552 |
| FILE | Nordstrom Pricing120706.xls | 7/12/2006 10:51 | 7/22/2008 13:22 | 76,800 |
| FILE | Nordstrom Pricing120706v5.xls | 7/26/2006 11:41 | 7/22/2008 13:22 | 236,544 |
| FILE | Nordstrom%20Pricing%20and%20ROI%20101606(1).xls | 10/18/2006 16:05 | 7/22/2008 13:22 | 25,088 |
| FILE | Nordstrom_Pricing_10_11_2006.xls | 10/18/2006 18:10 | 7/22/2008 13:22 | 27,648 |
| FILE | Nordstrom_Pricing_10_18_2006.xls | 10/19/2006 08:35 | 7/22/2008 13:22 | 50,176 |
| FILE | Nordstrom_Pricing_Basic091206.xls | 10/24/2006 12:35 | 7/22/2008 13:22 | 465,920 |
| FILE | Nordstrom_Pricing_Basic102406.xls | 11/7/2006 07:28 | 7/22/2008 13:22 | 435,712 |
| FILE | Nordstrom_Pricing_Model_1100606.xls | 11/7/2006 10:22 | 7/22/2008 13:22 | 504,832 |
| FILE | Nordstrom_Pricing_Model-8020.xls | 8/7/2006 17:10 | 7/22/2008 13:22 | 504,320 |
| FILE | Nordstrom_Pricing_Model-Base_Level.xls | 8/30/2006 05:01 | 7/22/2008 13:22 | 466,944 |
| FILE | Nordstrom_Pricing_Model-Base_Level_20%mgn.xls | 8/29/2006 11:03 | 7/22/2008 13:22 | 434,176 |
| FILE | Nordstrom_Pricing_Model-Base_Level_20%mgnwmidpt.xls | 8/29/2006 11:03 | 7/22/2008 13:22 | 434,176 |
| FILE | Nordstrom_Pricing_Model-BaseCase.xls | 8/29/2006 10:59 | 7/22/2008 13:22 | 433,664 |
| FILE | Nordstrom_Pricing_Model-BaseCase091206.xls | 9/12/2006 10:59 | 7/22/2008 13:22 | 435,200 |
| FILE | Nordstrom_Pricing_Model-BaseCase1016.xls | 10/22/2006 06:45 | 7/22/2008 13:22 | 428,544 |
| FILE | Nordstrom_Pricing_Model-BaseCasewmidpt.xls | 8/29/2006 11:03 | 7/22/2008 13:22 | 433,664 |
| FILE | Nordstrom_Pricing_Model-BaseLevelwmidpt.xls | 8/30/2006 08:31 | 7/22/2008 13:22 | 465,408 |
| FILE | Nordstrom_PricingSheet_10_22_2006.xls | 10/22/2006 07:39 | 7/22/2008 13:22 | 23,552 |
| FILE | Nordstrom_PricingSheet_10_24_2006.xls | 10/24/2006 05:41 | 7/22/2008 13:22 | 23,040 |
| FILE | Pricing Assumptions and Questions for Nordstrom.doc | 8/3/2006 19:25 | 7/22/2008 13:22 | 20,480 |
| FILE | RCI SAfrica - 081806.xls | 8/21/2006 06:34 | 7/22/2008 13:22 | 325,632 |
| TOTAL | S:\Documents and Settings\Mark Robeson\My Documents\Work\Nordstrom\Pricing\ | 0 | 48 | 9,562,948 |
| FOLDER | S:\Documents and Settings\Mark Robeson\My Documents\Work\Nordstrom\Proposals\ | 0 | 18 | 39,895,714 |

```
FILE    ~$sConcierges Proposal for Nordstrom10-24-06b.doc    10/31/2006 13:32      7/22/2008 13:22
        162
FILE    ~WRL2266.tmp   10/25/2006 05:26       7/22/2008 13:22       622,080
FILE    Concierge Tiered Proposal 110706.xls 11/9/2006 11:52       7/22/2008 13:22       83,456
FILE    Concierge Tiered Proposal 110706rev.xls      11/9/2006 13:34       7/22/2008 13:22
        160,256
FILE    Concierge Tiered Proposal 110906.xls 11/9/2006 14:30       7/22/2008 13:22       145,408
FILE    Concierge Tiered Proposal 111106.xls 11/10/2006 07:38      7/22/2008 13:22       73,216
FILE    Concierge Tiered Proposal110706.xls  11/9/2006 11:19       7/22/2008 13:22       81,408
FILE    Les Concierges Nordstrom Concierge Pricing Overview and Summary 091106 with Carlson
fdbk.doc       10/9/2006 12:17       7/22/2008 13:22       1,125,888
FILE    LesConcierges Proposal for Nordstrom.doc     10/19/2006 11:11      7/22/2008 13:22
        596,992
FILE    LesConcierges Proposal for Nordstrom10-24-06.doc     10/25/2006 05:25      7/22/2008 13:22
        614,400
FILE    LesConcierges Proposal for Nordstrom10-24-06b.doc    10/31/2006 13:33      7/22/2008 13:22
        614,400
FILE    LesConcierges Proposal for Nordstrom11-7-06.doc      11/7/2006 11:23       7/22/2008 13:22
        531,456
FILE    Nordstrom Implementation Fee Breakdown.xls   12/10/2006 19:39      7/22/2008 13:22
        49,152
FILE    Nordstrom Presentation 9-04.ppt      9/24/2004 16:06       7/22/2008 13:22
        31,330,816
FILE    Nordstrom_Web_SOW_2006_12_22.xls     1/2/2007 22:00 7/22/2008 13:22       49,152
FILE    Nordstroms Proposal 080904.doc       8/9/2004 16:48 7/22/2008 13:22       3,744,256
FILE    Norstrom Unique Experiences Estimate 022706.xls      2/28/2007 07:49       7/22/2008 13:22
        39,424
FILE    Program Services Estimate Template_General-Seasonal-Content_v2.xls 2/26/2007 16:28
        7/22/2008 13:22       33,792
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\Nordstrom\Proposals\      0
        18      39,895,714
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\Nordstrom\Reports\       0
        7       1,088,512
FILE    Nordstrom Historical.xls      5/26/2007 16:14       7/22/2008 13:22       24,576
FILE    Nordstrom Report 2007.xls     5/3/2007 07:26 7/22/2008 13:22       191,488
FILE    Nordstrom Report 2007_04.xls  6/7/2007 11:42 7/22/2008 13:22       355,840
FILE    Nordstrom Report 2007_05.xls  6/7/2007 11:46 7/22/2008 13:22       355,840
FILE    Nordstrom Reporting August 2007 Audit 090307.xls     9/4/2007 13:59 7/22/2008 13:22
        67,072
FILE    Nordstrom Reporting February 2007.xls 3/5/2007 09:37 7/22/2008 13:22       61,440
FILE    Nordstrom template.xls 4/13/2007 09:39       7/22/2008 13:22       32,256
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\Nordstrom\Reports\       0
        7       1,088,512
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\Nordstrom\tech specs\    0
        1       46,592
FILE    Nordstrom_Web_SOW_2007_01_07.xls     1/6/2007 08:11 7/22/2008 13:22       46,592
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\Nordstrom\tech specs\    0
        1       46,592
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\Nordstrom\Training\      0
        2       4,910,080
FILE    LesConcierges and Nordstrom.ppt      1/29/2007 14:04       7/22/2008 13:22
        4,444,160
FILE    Nordstrom Website Training 0129.doc  1/29/2007 13:49       7/22/2008 13:22       465,920
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\Nordstrom\Training\      0
        2       4,910,080
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\Nordstrom\ 7      119
        74,592,322
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\paris\    1      46
        15,519,232
FILE    cofratel.tif   8/18/2003 14:09       7/22/2008 13:22       513,388
FILE    dawn paris1.efx       4/15/2004 16:51       7/22/2008 13:22       153,740
FILE    dawn paris2.efx       4/15/2004 17:06       7/22/2008 13:22       520,504
FILE    decl_cess_pages.doc    8/2/2004 16:08 7/22/2008 13:22       1,357,824
FILE    denomee resignation.tif       7/29/2003 06:26       7/22/2008 13:22       33,437
FILE    french stuff   12/29/2003 12:59      7/22/2008 13:22       331,480
FILE    kga oct 2.tif  10/3/2003 06:31       7/22/2008 13:22       3,323,172
FILE    LC France Fax - bacrie 7-29.doc      7/29/2003 06:19       7/22/2008 13:22       85,504
FILE    LES CONCIERGES SARL-CALENDAR OF EVENTS1.doc  11/10/2003 04:49      7/22/2008 13:22
        22,528
FILE    LesConcierges à Mr. Koskas.doc       9/17/2003 10:34       7/22/2008 13:22       34,816
FILE    LesConcierges à Mr. Revesade.doc     9/17/2003 10:35       7/22/2008 13:22       34,816
FILE    LesConcierges SARL - Ventilation 2002-2003.XLS      9/25/2003 10:20       7/22/2008 13:22
        577,536
FILE    Liste des chq non revenus des Etats Unis.xls 10/3/2003 07:11       7/22/2008 13:22
        23,040
```

FILE Longchamp Letter 10-14.doc 10/15/2003 06:52 7/22/2008 13:22 31,744
FILE OVERVIEW MR.xls 1/26/2003 11:53 7/22/2008 13:22 74,752
FILE paris acctstatus_9apr04.xls 4/16/2004 14:41 7/22/2008 13:22 28,160
FILE Paris analysis - future scenarios 2003.xls 3/31/2003 16:17 7/22/2008 13:22
34,304
FILE Paris Budget 2003.xls 12/30/2002 10:46 7/22/2008 13:22 125,952
FILE Paris Final Agreement.efx 12/29/2003 12:59 7/22/2008 13:22 331,480
FILE Paris Final Agreement.tif 1/5/2004 08:02 7/22/2008 13:22 1,010,676
FILE Paris info.doc 7/18/2003 02:18 7/22/2008 13:22 87,040
FILE paris payee list.doc 8/5/2003 10:45 7/22/2008 13:22 179,712
FILE Paris productivity 2003.xls 3/31/2003 08:42 7/22/2008 13:22 15,360
FILE paris report1_9apr04.doc 4/15/2004 16:46 7/22/2008 13:22 75,264
FILE Paris Req Sums.xls 6/21/2004 10:42 7/22/2008 13:22 4,669,952
FILE ParisData(1).XLS 9/25/2003 10:18 7/22/2008 13:22 577,536
FILE Preavis - Cedric.doc 9/1/2003 09:19 7/22/2008 13:22 33,280
FILE Preavis - Maxime.doc 9/1/2003 09:19 7/22/2008 13:22 33,792
FILE reunica.efx 9/19/2003 06:34 7/22/2008 13:22 30,828
FILE reunica.tif 9/19/2003 09:45 7/22/2008 13:22 88,782
FILE scan.jpg 8/2/2004 16:08 7/22/2008 13:22 152,647
FILE Thumbs.db 2/26/2007 05:41 7/22/2008 13:22 5,632
FILE Tresor Publique.efx 10/13/2003 08:40 7/22/2008 13:22 9,552
FILE URSSAF Aimable.doc 9/18/2003 07:35 7/22/2008 13:22 89,600
FILE URSSAF Conf.doc 9/18/2003 07:56 7/22/2008 13:22 87,040
FILE URSSAF Contentieux.doc 9/18/2003 07:33 7/22/2008 13:22 90,624
FILE URSSAF Huissier.doc 9/18/2003 07:05 7/22/2008 13:22 88,064
FILE urssaf notice.efx 8/26/2003 04:46 7/22/2008 13:22 20,920
FILE urssaf q1.efx 9/18/2003 10:41 7/22/2008 13:22 20,920
FILE urssaf q1.tif 9/19/2003 09:53 7/22/2008 13:22 66,466
FILE urssaf q2.efx 9/18/2003 10:45 7/22/2008 13:22 39,152
FILE urssaf q2.tif 9/19/2003 09:44 7/22/2008 13:22 110,058
FILE URSSAF RESPONSE 1.doc 9/19/2003 06:56 7/22/2008 13:22 89,600
FILE URSSAF Wire Transfer.doc 9/25/2003 14:56 7/22/2008 13:22 76,288
FILE ventilation report.tif 9/25/2003 10:20 7/22/2008 13:22 67,758
FILE wire transfer- Silicon Valley to Paris 1.doc 9/25/2003 13:54 7/22/2008 13:22
64,512
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\paris\bank wires\ 0 6
265,216
FILE Robeson tasks 11-20.xls 3/31/2003 09:06 7/22/2008 13:22 45,056
FILE Robeson tasks 3-31.xls 3/31/2003 17:16 7/22/2008 13:22 51,200
FILE robeson to do 2-1.xls 3/31/2003 18:22 7/22/2008 13:22 18,432
FILE Robeston Task List.xls 12/12/2002 08:40 7/22/2008 13:22 23,040
FILE wire transfer- Silicon Valley to Cedric .doc 10/31/2002 14:55 7/22/2008 13:22
64,512
FILE wire transfer.SVB to Paul Maxime Koskas France.doc 12/5/2002 10:58 7/22/2008 13:22
62,976
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\paris\bank wires\ 0 6
265,216
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\paris\ 1 52
15,784,448
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Planning\ 0 4 194,560
FILE 2006_Q4_Cust_Loyalty_Scorecard 6 month.xls 10/21/2006 14:11 7/22/2008 13:22
56,320
FILE Initiatives Time Map.xls 10/23/2006 19:10 7/22/2008 13:22 39,424
FILE ProdDev_Calendar_2006_Q2.xls 10/21/2006 14:11 7/22/2008 13:22 34,816
FILE Template for Integrated Plan.xls 10/21/2006 14:11 7/22/2008 13:22 64,000
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Planning\ 0 4 194,560
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\PLP\ 0 10
16,004,188
FILE Generic Presentation 20 June 07 2.ppt 6/27/2007 11:53 7/22/2008 13:21
13,414,400
FILE Global Platform Meeting Notes January 2007.doc 1/24/2007 23:17 7/22/2008 13:22
187,392
FILE Intro Letter - Weinberg.doc 6/5/2007 21:44 7/22/2008 13:22 34,816
FILE Intro Letter - Weinberg060507.doc 6/5/2007 21:47 7/22/2008 13:22 139,776
FILE LesConcierges PLP100506.ppt 10/6/2006 07:11 7/22/2008 13:22 1,925,632
FILE PLP Ops Due Diligence Questions.doc 5/1/2007 21:36 7/22/2008 13:22 155,136
FILE PLP.jpg 10/6/2006 07:03 7/22/2008 13:22 22,108
FILE PLPLCTermSheet915.doc 12/12/2006 08:50 7/22/2008 13:22 73,728
FILE PLPNDA.doc 10/6/2006 07:19 7/22/2008 13:22 43,520
FILE Thumbs.db 1/30/2008 10:42 7/22/2008 13:22 7,680
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\PLP\ 0 10
16,004,188
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\priorities\ 0 11
453,632
FILE Priorities 3-1-04.doc 3/1/2004 08:58 7/22/2008 13:21 19,968

FILE priorities 8-26.doc 8/27/2003 08:52 7/22/2008 13:21 27,648
FILE robeson priorities 10-10-03.doc 10/10/2003 10:42 7/22/2008 13:21 28,160
FILE robeson priorities 10-22-03.doc 10/24/2003 17:26 7/22/2008 13:21 30,208
FILE robeson priorities 10-27-03.doc 10/28/2003 06:46 7/22/2008 13:21 30,208
FILE Robeson Priorities 121806.doc 12/20/2006 08:24 7/22/2008 13:21 31,232
FILE Robeson Priorities 4-11-05.doc 4/12/2005 16:15 7/22/2008 13:21 21,504
FILE robeson priorities 9-16.doc 9/17/2003 15:28 7/22/2008 13:21 27,648
FILE robeson priorities 9-18.doc 9/19/2003 15:19 7/22/2008 13:21 30,208
FILE robeson priorities 9-2.doc 9/3/2003 05:59 7/22/2008 13:21 27,136
FILE Robeson Project List 9-19.doc 9/23/2002 04:19 7/22/2008 13:21 179,712
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\priorities\ 0 11 453,632
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Private Member\ 0 15 613,304
FILE LC_Private_Membership_Application.pdf 11/25/2003 14:32 7/22/2008 13:21 45,821
FILE PM 97.xls 5/16/2008 13:16 7/22/2008 13:21 31,232
FILE PM Template v2.doc 11/29/2004 15:14 7/22/2008 13:21 84,992
FILE PM Template.doc 11/29/2004 13:24 7/22/2008 13:21 77,312
FILE PM_Envelope_Back.doc 10/14/2003 15:23 7/22/2008 13:21 23,552
FILE PM_Letterhead.doc 12/17/2003 09:10 7/22/2008 13:21 64,512
FILE PM_Logo(nobug).gif 7/11/2002 17:44 7/22/2008 13:21 4,795
FILE private member doc.doc 9/14/2001 10:00 7/22/2008 13:21 54,784
FILE Private Member thru OCT 03.xls 11/7/2003 07:10 7/22/2008 13:21 22,528
FILE Private Membership Overview.doc 12/17/2004 07:26 7/22/2008 13:21 29,184
FILE Private Membership Profile.doc 7/18/2002 09:05 7/22/2008 13:21 61,952
FILE Private Membership Profile-Main.doc 1/22/2004 18:19 7/22/2008 13:21 52,736
FILE Product Packaging for Private Membership.doc 7/16/2002 12:30 7/22/2008 13:21 32,768
FILE Razor gator.doc 6/20/2003 10:00 7/22/2008 13:21 19,456
FILE Thumbs.db 2/26/2007 05:41 7/22/2008 13:21 7,680
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Private Member\ 0 15 613,304
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\product\ 8 60 47,649,920
FILE 20060105_KnowledgeBaseScope.doc 1/19/2006 11:28 7/22/2008 13:21 671,744
FILE 20060116_Tickets_Rework_Spec.doc 1/17/2006 11:57 7/22/2008 13:21 2,322,432
FILE 20070530EmailManagementSpecs.doc 3/4/2008 11:18 7/22/2008 13:21 1,817,088
FILE 20071019MC_Product_Platform_Enh.doc 3/4/2008 09:52 7/22/2008 13:21 2,031,616
FILE 20080205RCI_Integ_Wireframes.doc 3/4/2008 09:52 7/22/2008 13:21 2,615,296
FILE 20080226_AXP_PDP_Reqs.doc 3/4/2008 09:55 7/22/2008 13:21 489,942
FILE 20080606_Dev Calendar_JMP (2).xls 6/17/2008 13:06 7/22/2008 13:21 54,272
FILE 20080815DiscoverProdDev_Process.pdf 8/18/2008 08:24 8/18/2008 08:24 275,676
FILE Architecture.zip 8/30/2007 07:59 7/22/2008 13:21 972,774
FILE AXP_Dining_Booking_Fee_2008_02_22-2.doc 2/26/2008 11:49 7/22/2008 13:21 489,942
FILE AXP_Dining_Phase-1_ Email-Spec_2008_02_07-FINAL.doc 2/14/2008 12:32 7/22/2008 13:21 124,416
FILE AXP_Dining_Phase-2_DataFeed-Spec_2008_01_18.doc 1/18/2008 13:16 7/22/2008 13:21 159,744
FILE BAC (MBNA) Web Services Process.pdf 11/9/2005 18:41 7/22/2008 13:21 42,007
FILE BAC_online_dining_2007_09.ppt 9/20/2007 00:09 7/22/2008 13:21 626,176
FILE Concierge Choice Restaurants062907.doc 6/29/2007 06:29 7/22/2008 13:21 281,088
FILE Contacts_DA.xls 3/1/2008 18:09 7/22/2008 13:21 39,424
FILE Dining Network.ppt 4/14/2006 17:43 7/22/2008 13:21 2,265,088
FILE Dining_Network_Cost_Model.xls 5/18/2007 16:12 7/22/2008 13:21 37,376
FILE Dining_Network_ExecSum.doc 9/5/2006 17:35 7/22/2008 13:21 70,656
FILE Dining_Network_ROI_Model.xls 9/5/2006 17:35 7/22/2008 13:21 162,816
FILE Discover_MCSiteLaunchSpec_2008_01_03.doc 2/20/2008 14:40 7/22/2008 13:21 3,002,880
FILE GE_LC_Data_Integration_Flow.ppt 3/22/2007 08:24 7/22/2008 13:21 680,448
FILE Home_Services-Product Offers.xls 6/26/2007 08:59 7/22/2008 13:21 30,720
FILE LC Member Marketing Stats revised.doc 7/19/2007 15:11 7/22/2008 13:21 145,920
FILE LC Product Roadmap.xls 7/6/2007 14:28 7/22/2008 13:21 31,744
FILE LC_IT_Security_Policy_2008_01.pdf 1/24/2008 17:47 7/22/2008 13:21 181,917
FILE LC_Network_Diagram.jpg 3/23/2007 17:48 7/22/2008 13:21 118,185
FILE LC_Project_Docs_2.zip 3/4/2008 11:30 7/22/2008 13:21 2,057,331
FILE LC_SOP_Business Resumption Plan 12-07.doc 2/7/2008 13:07 7/22/2008 13:21 280,064
FILE LC_Vendor_Agreement_Home_Services with notes.doc 7/19/2007 15:36 7/22/2008 13:21 64,512
FILE LC-RedEnvelopeAgreement030926.doc 9/26/2003 06:51 7/22/2008 13:21 48,640
FILE LesConcierges_Project_Docs.zip 3/4/2008 09:58 7/22/2008 13:21 7,454,013
FILE LesConcierges_Travel_Services.ppt 8/17/2007 18:16 7/22/2008 13:21 528,384
FILE LHW_Dining_Network_Cost_Model-V2.xls 5/18/2006 10:21 7/22/2008 13:21 53,248

FILE LHW_LC_Dining_ExecSum.doc 5/24/2006 16:28 7/22/2008 13:21 19,968
FILE Lloyd - Advisory Document for Les Concierges.pdf 8/16/2007 13:42 7/22/2008 13:21 90,400
FILE Luxury Services Offering2.ppt 2/24/2006 11:52 7/22/2008 13:21 1,009,152
FILE Opportunity Analysis - Tickets - 062404.doc 6/26/2004 07:00 7/22/2008 13:21 74,752
FILE Opportunity Analysis - Tickets.doc 5/20/2004 08:32 7/22/2008 13:21 71,168
FILE OT_Program_Designs_2007_10.ppt 10/24/2007 14:45 7/22/2008 13:21 619,008
FILE Plan 2005 2004.12.8 12/10/2004 14:14 7/22/2008 13:21 57,856
FILE Plan 2005 2004.12.doc 12/13/2004 14:04 7/22/2008 13:21 73,728
FILE Plum_Competitor_Review.doc 8/16/2007 13:17 7/22/2008 13:21 21,504
FILE PLUM_Concierge_SA_Use_Flow.pdf 7/17/2007 12:54 7/22/2008 13:21 61,273
FILE PLUM_Customer_Web_Use_Flow.pdf 7/17/2007 12:38 7/22/2008 13:21 61,495
FILE PointsWebService.wsdl 3/4/2008 09:56 7/22/2008 13:21 17,595
FILE Prod Dev 2008 Plan.ppt 5/8/2008 21:17 7/22/2008 13:21 561,664
FILE Product slides.ppt 9/21/2007 13:02 7/22/2008 13:21 2,135,552
FILE proposal - LC managed IT.pdf 5/24/2007 11:19 7/22/2008 13:21 186,385
FILE Q Services Agreement 062807.doc 6/29/2007 12:22 7/22/2008 13:21 617,984
FILE RazorGator notes - brokered tickets.doc 6/27/2003 12:23 7/22/2008 13:21 28,672
FILE Reminder_Services_2007_08_16.xls 8/16/2007 14:09 7/22/2008 13:21 32,256
FILE Rough_LC2_UI.vdx 6/3/2008 08:06 7/22/2008 13:21 6,896,777
FILE Short-term Product Strategy v2_09_07_2007.ppt 10/27/2007 14:27 7/22/2008 13:21 4,455,936
FILE Statement Credit Points Redemption ProcessJuly 292008.doc 7/30/2008 13:35 7/30/2008 13:35 83,456
FILE Strategy_Q2_06_v2.xls 5/1/2006 18:10 7/22/2008 13:21 107,008
FILE Thumbs.db 2/19/2008 15:19 7/22/2008 13:21 5,632
FILE Tickets Program Write Up.doc 8/3/2004 14:29 7/22/2008 13:21 37,888
FILE Vendor and Contractor Agreement (clean 4.15.02).doc 9/19/2003 17:42 7/22/2008 13:21 57,344
FILE Vertical_Business_Models.xls 8/15/2007 23:03 7/22/2008 13:21 37,888
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Documentation\ 1 2 1,232,234
FILE Architecture.zip 8/30/2007 07:59 7/22/2008 13:21 972,774
FILE LesConcierges-Architecture.pdf 9/2/2007 21:00 7/22/2008 13:21 259,460
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Documentation\Access_Info\ 0 2 71,168
FILE 20070830SiteAccessDetails.xls 12/7/2007 10:04 7/22/2008 13:21 45,056
FILE MyConcierge_Platforms.doc 8/31/2007 10:58 7/22/2008 13:21 26,112
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Documentation\Access_Info\ 0 2 71,168
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Documentation\ 1 4 1,303,402
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\product\New Folder\ 0 6 3,947,814
FILE IAN - Travel_XML_Spec_Access.doc 10/24/2007 09:53 7/22/2008 13:21 37,376
FILE OpenTable - Webservice Version 2 for Partners_LesConcierge_8.1.07.doc 8/8/2007 17:39 7/22/2008 13:21 578,048
FILE PLUM - API Gap Analysis by John Harpour.pdf 10/24/2007 10:24 7/22/2008 13:21 69,081
FILE PLUM-Technical overview - DRAFT.pdf 10/24/2007 10:25 7/22/2008 13:21 2,103,117
FILE RCI - XML 4.0 for Wholesalers V1.02.DOC 11/15/2006 18:32 7/22/2008 13:21 1,086,976
FILE RCI - XML Error Codes Mapping.xls 10/24/2007 10:25 7/22/2008 13:21 73,216
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\product\New Folder\ 0 6 3,947,814
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Online_Channel_Models\ 0 7 4,291,584
FILE BOOK3.xls 8/9/2007 23:19 7/22/2008 13:21 2,312,192
FILE BOOK4.xls 10/4/2007 17:03 7/22/2008 13:21 59,904
FILE LC Initiative Assessment - G2 Online Platform.doc 1/24/2008 14:43 7/22/2008 13:21 152,576
FILE LC2_Model_2007_10_05.xls 10/5/2007 16:47 7/22/2008 13:21 83,968
FILE Online_Biz_Model_2007_07_24.xls 1/24/2008 14:42 7/22/2008 13:21 227,840
FILE US_Census_Data.xls 10/8/2007 11:51 7/22/2008 13:21 1,427,968
FILE US_Census_Data-Summary.xls 10/8/2007 11:52 7/22/2008 13:21 27,136
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Online_Channel_Models\ 0 7 4,291,584
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\product\OT\ 0 5 386,970
FILE BAC_Dining-Confirmation w Statement Credit Page.jpg 9/19/2007 23:56 7/22/2008 13:21 80,593
FILE BAC_Dining-SearchBox Landing Page.jpg 9/19/2007 23:51 7/22/2008 13:21 123,593

FILE Leading OT Data.xls 9/24/2007 16:23 7/22/2008 13:21 56,320
FILE OpenTable_Model for BAC Online.xls 9/20/2007 00:20 7/22/2008 13:21 38,912
FILE OT_API License Agreement.doc 11/29/2007 12:51 7/22/2008 13:21 87,552
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\product\OT\ 0 5 386,970
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Process Flows\ 0 9 626,439
FILE Dispute Resolution.jpg 3/13/2007 20:15 7/22/2008 13:21 68,799
FILE Request Process - Dining Example.jpg 12/8/2007 01:16 7/22/2008 13:21 60,699
FILE Request Process Web - Dining Example.jpg 12/8/2007 01:44 7/22/2008 13:21 49,852
FILE Request_Process_Dining Example.vsd 12/8/2007 01:13 7/22/2008 13:21 105,472
FILE Request_Process_Nordstrom Dining Example.vsd 3/28/2007 16:57 7/22/2008 13:21 105,472
FILE Request_Process_Web_Dining Example.vsd 12/8/2007 01:43 7/22/2008 13:21 103,424
FILE Request_Process-Dining.jpg 3/28/2007 16:17 7/22/2008 13:21 60,151
FILE Sotheby's Dispute Resolution.jpg 3/18/2007 15:57 7/22/2008 13:21 57,210
FILE Thumbs.db 6/3/2008 08:07 7/22/2008 13:21 15,360
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Process Flows\ 0 9 626,439
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Reminders\ 0 6 570,639
FILE _desktop.ini 10/26/2006 14:24 7/22/2008 13:21 10
FILE BAC - Reminders Service Example 2.jpg 3/13/2007 17:53 7/22/2008 13:21 111,054
FILE BAC - Reminders Service Example.jpg 3/13/2007 17:52 7/22/2008 13:21 144,183
FILE BigDates_Review1.doc 5/17/2006 22:11 7/22/2008 13:21 25,600
FILE bofa.ppt 3/13/2007 18:02 7/22/2008 13:21 278,528
FILE Thumbs.db 6/3/2008 08:08 7/22/2008 13:21 11,264
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Reminders\ 0 6 570,639
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Service_Optimization\ 5 8 971,274
FILE _desktop.ini 10/26/2006 14:24 7/22/2008 13:21 10
FILE Category Development.ppt 4/17/2006 18:17 7/22/2008 13:21 203,264
FILE Category_Processes_Analysis.xls 10/2/2007 09:51 7/22/2008 13:21 140,288
FILE Operations Assessment 6 12 06.doc 6/20/2006 17:43 7/22/2008 13:21 165,888
FILE Ops_Assessment_2006_06-da.doc 6/20/2006 17:46 7/22/2008 13:21 164,864
FILE Ops_Processes_Analysis.xls 1/27/2006 17:33 7/22/2008 13:21 120,832
FILE SFC_QuickRequests_2006_April and May.xls 6/7/2006 10:02 7/22/2008 13:21 28,672
FILE VIP_CUSTS.xls 5/19/2006 13:02 7/22/2008 13:21 147,456
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Service_Optimization \Implementation_Process\ 0 2 22,026
FILE _desktop.ini 10/26/2006 14:24 7/22/2008 13:21 10
FILE Implementation_Process_Outline.xls 9/29/2006 13:38 7/22/2008 13:21 22,016
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Service_Optimization \Implementation_Process\ 0 2 22,026
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Service_Optimization \ProdDev_Training\ 0 2 17,930
FILE _desktop.ini 10/26/2006 14:24 7/22/2008 13:21 10
FILE ProdDev_Training_2006_08_24.xls 8/24/2006 14:29 7/22/2008 13:21 17,920
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Service_Optimization \ProdDev_Training\ 0 2 17,930
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Service_Optimization \Service_Content_Strategy\ 0 1 105,472
FILE LHW_Content_Strategy_Proposal.doc 5/29/2007 08:53 7/22/2008 13:21 105,472
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Service_Optimization \Service_Content_Strategy\ 0 1 105,472
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Service_Optimization \Staffing Models\ 0 0 0
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Service_Optimization \Staffing Models\ 0 0 0
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Service_Optimization \Statuses\ 0 2 31,754
FILE _desktop.ini 10/26/2006 14:24 7/22/2008 13:21 10
FILE 20060920SA_Status.xls 9/21/2006 13:57 7/22/2008 13:21 31,744
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Service_Optimization \Statuses\ 0 2 31,754
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Service_Optimization\ 5 15 1,148,456
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Tickets\ 5 1 10
FILE _desktop.ini 10/26/2006 14:24 7/22/2008 13:21 10
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Tickets\Biz_Planning\ 0 13 1,256,970

FILE _desktop.ini 10/26/2006 14:24 7/22/2008 13:21 10
FILE Action_Plan.xls 3/13/2006 13:02 7/22/2008 13:21 93,696
FILE LC_NYC_Tickets_2006_Q4.doc 8/1/2006 10:03 7/22/2008 13:21 85,504
FILE LC_Tickets_BID.doc 3/31/2006 18:36 7/22/2008 13:21 108,544
FILE LC_Tickets_BID_2006_Q3.doc 11/7/2006 11:23 7/22/2008 13:21 134,144
FILE LC_Tickets_BID_2006_Q4.doc 11/28/2006 14:47 7/22/2008 13:21 82,432
FILE Tickets_Business_Plan.xls 3/31/2006 18:36 7/22/2008 13:21 120,832
FILE Tickets_Market.xls 2/13/2006 11:59 7/22/2008 13:21 36,864
FILE Tickets_Sales_Analysis.xls 2/14/2006 20:03 7/22/2008 13:21 385,536
FILE Tickets_Sales_Analysis_2006_12_12.xls 12/19/2006 11:13 7/22/2008 13:21 27,648
FILE Tickets_Vendor_Comparison.xls 8/30/2006 15:00 7/22/2008 13:21 101,376
FILE Tickets_Vendor_Comparison_V2.xls 9/8/2006 16:14 7/22/2008 13:21 37,888
FILE Tickets_Vendor_Comparison_V3.xls 9/28/2006 17:22 7/22/2008 13:21 42,496
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Tickets\Biz_Planning\ 0 13 1,256,970
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Tickets\Client_Docs\ 0 2 3,614,218
FILE _desktop.ini 10/26/2006 14:24 7/22/2008 13:21 10
FILE MBNA Tickets Presentation_2006_04_05.ppt 4/5/2006 13:51 7/22/2008 13:21 3,614,208
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Tickets\Client_Docs\ 0 2 3,614,218
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Tickets\Ops_Support\ 0 2 509,450
FILE _desktop.ini 10/26/2006 14:24 7/22/2008 13:21 10
FILE LesConcierges_Tickets_Workflow_2006_08.ppt 8/1/2006 13:05 7/22/2008 13:21 509,440
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Tickets\Ops_Support\ 0 2 509,450
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Tickets\Partner_Docs\ 4 2 799,242
FILE _desktop.ini 10/26/2006 14:24 7/22/2008 13:21 10
FILE Broadway_InnerCircle.ppt 4/4/2006 11:55 7/22/2008 13:21 799,232
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Tickets\Partner_Docs \Event_Inventory\ 0 6 1,237,514
FILE _desktop.ini 10/26/2006 14:24 7/22/2008 13:21 10
FILE EI_Web_Services_XML.doc 8/29/2006 17:23 7/22/2008 13:21 672,256
FILE LC - EI Agreement_2006_08_29.DOC 8/29/2006 17:21 7/22/2008 13:21 136,704
FILE LC - EI Agreement_2006_10_17 - Web Services.doc 10/17/2006 08:57 7/22/2008 13:21 141,824
FILE LC - EI Agreement_2006_10_17.doc 10/20/2006 11:05 7/22/2008 13:21 264,704
FILE LC - EI Terms_2006_07_27.doc 7/26/2006 09:52 7/22/2008 13:21 22,016
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Tickets\Partner_Docs \Event_Inventory\ 0 6 1,237,514
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Tickets\Partner_Docs \Oakland_Coliseum\ 0 2 31,754
FILE _desktop.ini 10/26/2006 14:24 7/22/2008 13:21 10
FILE LesConcierges_Inventory_Offers.xls 9/27/2006 10:19 7/22/2008 13:21 31,744
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Tickets\Partner_Docs \Oakland_Coliseum\ 0 2 31,754
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Tickets\Partner_Docs \RazorGator\ 0 9 774,342
FILE _desktop.ini 10/26/2006 14:24 7/22/2008 13:21 10
FILE Contract_wSignature.efx 11/9/2006 15:47 7/22/2008 13:21 214,612
FILE LC_NDA_Signed.efx 8/24/2006 11:58 7/22/2008 13:21 82,888
FILE Les Concierges Partner Agreement 091506.doc 9/21/2006 16:51 7/22/2008 13:21 49,152
FILE Les Concierges Partner Agreement 092106-LC.doc 9/21/2006 17:51 7/22/2008 13:21 81,920
FILE Les Concierges Points Program.doc 8/30/2006 14:53 7/22/2008 13:21 72,192
FILE NDA.efx 8/23/2006 11:52 7/22/2008 13:21 82,592
FILE RIG_LC_Partner_Agreement_2006_10_12.doc 10/20/2006 14:54 7/22/2008 13:21 91,136
FILE RIG_LC_Partner_Agreement_2006_11_02.doc 11/2/2006 17:16 7/22/2008 13:21 99,840
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Tickets\Partner_Docs \RazorGator\ 0 9 774,342
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Tickets\Partner_Docs \TicketNetwork\ 0 3 13,597,874
FILE BrokersPriceListing[1].pdf 1/10/2008 13:51 7/22/2008 13:21 553,026
FILE setup6040.zip 9/26/2007 08:05 7/22/2008 13:21 13,014,768
FILE Terms and Invoice.efx 11/29/2006 11:59 7/22/2008 13:21 30,080
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Tickets\Partner_Docs \TicketNetwork\ 0 3 13,597,874
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Tickets\Partner_Docs\ 4 22 16,440,726

FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Tickets\Technology\ 0 1 10
FILE _desktop.ini 10/26/2006 14:24 7/22/2008 13:21 10
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Tickets\Technology\ 0 1 10
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\product\Tickets\ 9 41 21,821,384
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\product\ 23 153 81,746,608
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Q\ 1 33 9,574,977
FILE Alchemy Concierge Shareholders Agreement 11 03 08.doc 3/12/2008 11:38 7/22/2008 13:21 163,840
FILE blREX+mF0197-86301_0-02229578.pdf 7/16/2007 10:52 7/22/2008 13:21 129,907
FILE blREX+mF0197-86304_0-02229578.pdf 7/16/2007 10:53 7/22/2008 13:21 33,357
FILE blREX+WH0197-93249_0-02229578.pdf 7/16/2007 10:52 7/22/2008 13:21 342,798
FILE blREX+WH0197-93250_0-02229578.pdf 7/16/2007 10:53 7/22/2008 13:21 132,963
FILE Concierge Requirements for APAC.doc 6/7/2007 10:11 7/22/2008 13:21 69,120
FILE Excursion from Taormina.doc 11/19/2007 10:25 7/22/2008 13:21 40,960
FILE Leaders Club Requirements for Q APAC.doc 6/29/2007 13:29 7/22/2008 13:21 66,048
FILE Leaders Club Requirements for Q.doc 6/5/2007 21:25 7/22/2008 13:21 65,536
FILE Les Conceirges Membership Letter.doc 8/5/2008 10:33 8/5/2008 10:33 38,400
FILE LHW Proposal from Quintessentially.doc 1/4/2007 12:31 7/22/2008 13:21 64,512
FILE Lux for Q.xls 8/17/2007 05:58 7/22/2008 13:21 13,824
FILE Offer Devmt Needs in NA for Q.doc 8/29/2007 07:35 7/22/2008 13:21 34,304
FILE Overview of LC - Q Partnership 071307.ppt 7/11/2007 21:08 7/22/2008 13:21 339,968
FILE Q Languages and after hours phone routing.xls 7/16/2007 09:05 7/22/2008 13:21 26,112
FILE Q Languages and after hours phone routing0807.xls 7/20/2007 23:15 7/22/2008 13:21 28,160
FILE Q Letter.doc 8/25/2007 09:12 7/22/2008 13:21 36,352
FILE Q Opportunity Analysis.doc 5/26/2007 09:25 7/22/2008 13:21 28,160
FILE Q Services Agreement 062907.doc 7/4/2007 04:44 7/22/2008 13:21 612,864
FILE Q Services Agreement Amended 071907.doc 7/19/2007 11:54 7/22/2008 13:21 616,960
FILE Q Services Agreement Amended 071907cl.doc 7/20/2007 15:23 7/22/2008 13:21 614,912
FILE Q Services.ppt 9/20/2007 08:20 7/22/2008 13:21 286,720
FILE Q-LC TermSheet0807.doc 8/13/2007 14:43 7/22/2008 13:21 82,432
FILE Quintessentiall SCTLevels1-3-FINAL.xls 8/19/2007 11:17 7/22/2008 13:21 351,744
FILE Quintessentially corporate presentation 1.ppt 8/20/2007 10:33 7/22/2008 13:21 895,488
FILE Quintessentially for Vertu 11.04.08.pptm 4/11/2008 11:15 7/22/2008 13:21 3,250,017
FILE Quintessentially GE Money RFI.doc 8/19/2007 11:17 7/22/2008 13:21 268,288
FILE Quintessentially USA Corporate NoMmb 2007.ppt 8/19/2007 11:17 7/22/2008 13:21 758,784
FILE Registry Collection Requirements for Q.doc 6/29/2007 12:07 7/22/2008 13:21 67,584
FILE repA_03931126_504-181640-02229578_3.rtf 7/16/2007 10:54 7/22/2008 13:21 26,359
FILE repA_05955909_504-181640-02229578_7.rtf 7/16/2007 10:54 7/22/2008 13:21 26,470
FILE repC_03879072_504-181640-02229578_6.rtf 7/16/2007 10:53 7/22/2008 13:21 54,354
FILE Thumbs.db 2/19/2008 15:19 7/22/2008 13:21 7,680
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Q\Contract\ 0 2 1,192,960
FILE Q Services Agreement Draft.doc 7/23/2007 17:39 7/22/2008 13:21 847,872
FILE Q Services Agreement.doc 7/23/2007 17:39 7/22/2008 13:21 345,088
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Q\Contract\ 0 2 1,192,960
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Q\ 1 35 10,767,937
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\ 23 90 132,919,215
FILE ~$ - VIPDesk Comparison.doc 9/11/2006 04:33 7/22/2008 13:21 162
FILE 2006 RC Strategy.ppt 11/28/2005 09:40 7/22/2008 13:21 2,533,888
FILE 2006 RC Strategyv2.ppt 1/22/2006 09:54 7/22/2008 13:21 2,761,216
FILE Alchemy for RCI.ppt 9/27/2007 16:58 7/22/2008 13:21 2,152,960
FILE CENDANT 14.0 MOD - 15.0 GR RCI 092603.xls 6/21/2004 05:58 7/22/2008 13:21 582,144
FILE CENDANT CONTRACT 12.0 GR RCI.xls 6/21/2004 05:57 7/22/2008 13:21 17,920
FILE Cendant Launch Plan 11-20.xls 7/17/2003 11:11 7/22/2008 13:21 38,912

| | | | | |
|---|---|---|---|---|
| FILE | Cohorts 2002 Vignettes.pdf | 6/4/2003 14:53 | 7/22/2008 13:21 | 4,578,226 |
| FILE | directory_rev10.pdf | 2/24/2004 09:56 | 7/22/2008 13:21 | 3,000,563 |
| FILE | European Ops 10UK - RCI Europe.xls | 2/14/2005 09:19 | 7/22/2008 13:21 | 27,648 |
| FILE | Genentech.ppt | 8/24/2004 11:08 | 7/22/2008 13:21 | 2,637,824 |
| FILE | General Example of Top Cohorts Segments within RCI.ppt | 6/4/2003 14:50 | 7/22/2008 13:21 | 964,096 |
| FILE | Global Registry Launch Mktg Timeline 12-03.xls | 12/17/2003 11:29 | 7/22/2008 13:21 | 28,672 |
| FILE | GR launch timeline.xls | 2/13/2004 09:51 | 7/22/2008 13:21 | 17,920 |
| FILE | HD Global Net Revenue Chart.xls | 7/9/2004 14:12 | 7/22/2008 13:21 | 27,136 |
| FILE | HD Membership count 06-18.xls | 6/18/2004 07:29 | 7/22/2008 13:21 | 19,456 |
| FILE | Industry Overview for LesConcierges 2-9-04.ppt | 2/24/2004 15:06 | 7/22/2008 13:21 | 591,360 |
| FILE | LC - VIPDesk Comparison.doc | 5/14/2004 15:52 | 7/22/2008 13:21 | 73,728 |
| FILE | LC Account Management RCI 0827.xls | 9/2/2008 10:20 | 9/2/2008 10:20 | 85,504 |
| FILE | LC Overview for RCI.ppt | 6/7/2005 08:38 | 7/22/2008 13:21 | 798,720 |
| FILE | LesConcierges for RCI062007.ppt | 6/21/2007 12:24 | 7/22/2008 13:21 | 7,932,416 |
| FILE | LesConcierges Opportunities.doc | 7/27/2007 11:38 | 7/22/2008 13:21 | 42,496 |
| FILE | MBNA Internal 102704.xls | 12/8/2004 18:32 | 7/22/2008 13:21 | 135,168 |
| FILE | Membership count 06-18.xls | 6/18/2004 07:09 | 7/22/2008 13:21 | 17,920 |
| FILE | Mexico Kick-off 5-14-04.ppt | 5/14/2004 13:55 | 7/22/2008 13:21 | 10,228,736 |
| FILE | org chart.PPT | 3/16/2004 07:46 | 7/22/2008 13:21 | 155,136 |
| FILE | Pricing for RCI Registry Notes SA.xls | 7/21/2005 10:45 | 7/22/2008 13:21 | 23,040 |
| FILE | PrintPerfect4RCI 2.xls | 7/8/2004 18:03 | 7/22/2008 13:21 | 18,944 |
| FILE | PrintPerfect4RCI.xls | 7/12/2004 10:07 | 7/22/2008 13:21 | 18,944 |
| FILE | Private Equity Club Pricing Model.xls | 2/20/2006 16:58 | 7/22/2008 13:21 | 239,616 |
| FILE | Program req detail thru Feb 18.xls | 2/19/2005 07:54 | 7/22/2008 13:21 | 35,840 |
| FILE | Quintessentially USA Corporate NoMmb 2007.ppt | 6/28/2007 12:17 | 7/22/2008 13:21 | 758,784 |
| FILE | RC Combined Pricing 7-4-05.xls | 7/3/2005 09:31 | 7/22/2008 13:21 | 16,384 |
| FILE | RC Concierge Experiences.ppt | 4/27/2006 13:05 | 7/22/2008 13:21 | 282,112 |
| FILE | RCI - SVC PPT 8-24-04.ppt | 8/24/2004 12:49 | 7/22/2008 13:21 | 1,245,184 |
| FILE | RCI 04.xls | 6/26/2005 04:48 | 7/22/2008 13:21 | 35,486 |
| FILE | RCI 5-30-03.ppt | 5/29/2003 22:42 | 7/22/2008 13:21 | 907,776 |
| FILE | RCI Combined pricing 10-2.xls | 10/2/2003 10:09 | 7/22/2008 13:21 | 22,528 |
| FILE | RCI Combined pricing 9-25.xls | 9/26/2003 14:13 | 7/22/2008 13:21 | 21,504 |
| FILE | RCI Combined pricing 9-26.xls | 9/26/2003 15:39 | 7/22/2008 13:21 | 21,504 |
| FILE | RCI Combined pricing 9-26b.xls | 9/26/2003 15:40 | 7/22/2008 13:21 | 21,504 |
| FILE | RCI Contact List 022608.xls | 2/26/2008 08:38 | 7/22/2008 13:21 | 28,672 |
| FILE | RCI Employee.ppt | 8/29/2004 20:04 | 7/22/2008 13:21 | 2,790,912 |
| FILE | RCI Europe v1.ppt | 8/15/2004 06:40 | 7/22/2008 13:21 | 24,443,904 |
| FILE | RCI Europe v2.ppt | 8/16/2004 05:50 | 7/22/2008 13:21 | 24,443,392 |
| FILE | rci execs.doc | 12/14/2005 17:01 | 7/22/2008 13:21 | 44,032 |
| FILE | RCI Executives.xls | 12/14/2004 11:39 | 7/22/2008 13:21 | 16,199 |
| FILE | RCI Invoice Workbook - Jul 04.xls | 7/6/2004 14:12 | 7/22/2008 13:21 | 13,824 |
| FILE | rci June 2004.csv | 6/25/2004 08:51 | 7/22/2008 13:21 | 185,907 |
| FILE | RCI Luxury Segment.ppt | 4/21/2005 08:15 | 7/22/2008 13:21 | 66,048 |
| FILE | RCI Luxury Symposium.ppt | 3/1/2006 15:26 | 7/22/2008 13:21 | 1,281,536 |
| FILE | RCI Mantis Model Final & Approved.xls | 8/16/2005 06:16 | 7/22/2008 13:21 | 14,336 |
| FILE | RCI Marketing Collateral Item Breakdown.xls | 7/22/2004 12:25 | 7/22/2008 13:21 | 24,576 |
| FILE | RCI Marketing workbook.xls | 6/17/2004 09:53 | 7/22/2008 13:21 | 15,872 |
| FILE | RCI May Detail.xls | 6/21/2006 14:39 | 7/22/2008 13:21 | 69,632 |
| FILE | RCI Private Equity Club Pricing Model Final & Approved.xls | 2/28/2005 12:09 | 7/22/2008 13:21 | 13,824 |
| FILE | RCI Products.tif | 12/27/2007 13:59 | 7/22/2008 13:21 | 11,996,604 |
| FILE | RCI Program Outline.doc | 6/20/2003 11:54 | 7/22/2008 13:21 | 215,040 |
| FILE | RCI Revenue Forecast.xls | 3/19/2004 06:35 | 7/22/2008 13:21 | 19,456 |
| FILE | RCI Symposium.xls | 9/20/2004 06:43 | 7/22/2008 13:21 | 27,136 |
| FILE | RCI Team List.xls | 8/28/2003 13:52 | 7/22/2008 13:21 | 23,552 |
| FILE | RCI thru Jan 05.xls | 2/19/2005 06:54 | 7/22/2008 13:21 | 11,264 |
| FILE | RCI thru Sept 27.xls | 9/27/2005 07:31 | 7/22/2008 13:21 | 26,624 |
| FILE | RCI worksheet.xls | 7/10/2003 14:44 | 7/22/2008 13:21 | 13,824 |
| FILE | RCI.doc | 9/24/2003 13:21 | 7/22/2008 13:21 | 22,016 |
| FILE | RCI.Opportunities.10-28-02.ppt | 10/28/2002 16:46 | 7/22/2008 13:21 | 317,952 |
| FILE | RCI.png | 3/10/2004 12:51 | 7/22/2008 13:21 | 6,916 |
| FILE | RCI.ppt | 12/8/2002 17:16 | 7/22/2008 13:21 | 243,712 |
| FILE | RCI_MBNA Brochure_Sprds_LN.pdf | 3/31/2004 07:46 | 7/22/2008 13:21 | 1,322,045 |
| FILE | RCI53003.ppt | 5/29/2003 22:42 | 7/22/2008 13:21 | 878,592 |
| FILE | RCI-LCMinutes061808.doc | 9/2/2008 10:22 | 9/2/2008 10:22 | 153,088 |
| FILE | RCIOverview082707.ppt | 8/29/2007 07:56 | 7/22/2008 13:21 | 3,420,672 |
| FILE | rcipricingformaterials.xls | 7/22/2004 10:03 | 7/22/2008 13:21 | 24,576 |
| FILE | RCIVersion16.xls | 10/15/2004 03:48 | 7/22/2008 13:21 | 593,408 |

FILE Registry Collection GBG Training.ppt 6/15/2004 06:52 7/22/2008 13:21 5,925,888
FILE Registry Collection Revised Forecast 070904.xls 7/9/2004 14:58 7/22/2008 13:21 16,384
FILE Registry Collection Revised Pricing 7-12-04.xls 7/12/2004 10:47 7/22/2008 13:21 14,848
FILE Registry Collection Training 5-04.ppt 4/25/2005 09:10 7/22/2008 13:21 249,344
FILE Registry Layout 2.pdf 2/11/2004 16:25 7/22/2008 13:21 2,359,123
FILE Sample to-do.doc 8/29/2004 20:07 7/22/2008 13:21 31,232
FILE Scrap.shs 6/21/2007 06:52 7/22/2008 13:21 52,736
FILE STRATUS.xls 11/8/2003 12:23 7/22/2008 13:21 582,144
FILE SVC Elite.xls 6/26/2005 04:51 7/22/2008 13:21 11,264
FILE SVC TITLE.ppt 8/24/2004 15:25 7/22/2008 13:21 179,712
FILE Thumbs.db 2/28/2008 11:14 7/22/2008 13:21 7,680
FILE TRC & LesConcierges.ppt 6/18/2008 10:47 7/22/2008 13:21 2,150,912
FILE TRC Meeting_3 17 08_Summary.doc 6/11/2008 06:55 7/22/2008 13:21 376,320
FILE TRC_Overview_0317_v4.ppt 6/11/2008 06:55 7/22/2008 13:21 4,417,536
FILE WFR.xls 6/27/2005 07:01 7/22/2008 13:21 14,336
FILE wfr0627.xls 6/27/2005 06:12 7/22/2008 13:21 641,536
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Agendas\ 0 2 252,416
FILE LC Agenda.doc 8/28/2007 14:37 7/22/2008 13:21 104,448
FILE RCI OnSite Agenda Aug 29-30.doc 8/28/2007 14:40 7/22/2008 13:21 147,968
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Agendas\ 0 2 252,416
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Contracts\ 0 40 6,075,751
FILE ~$I Asia Term Sheetv3.doc 8/12/2006 05:18 7/22/2008 13:21 162
FILE ~$RCI SA.doc 8/12/2006 05:52 7/22/2008 13:21 162
FILE 10.26.04LesConcierges.doc 1/11/2005 08:21 7/22/2008 13:21 29,184
FILE Exclusivity 8-26-03.doc 8/27/2003 08:41 7/22/2008 13:21 28,672
FILE Exclusivity 8-6-03 mwr comments.doc 8/6/2003 14:39 7/22/2008 13:21 28,672
FILE LC_04May_final.doc 5/4/2004 13:54 7/22/2008 13:21 216,576
FILE LesConcierges First Amendment to Concierge Svcs Agr 12-13-02.doc 12/18/2002 11:52 7/22/2008 13:21 111,616
FILE LesConcierges_redline2.doc 12/18/2003 13:38 7/22/2008 13:21 248,320
FILE LesConcierges-RCI Concierge Services Agreement 01-24-03.doc 1/24/2003 14:20 7/22/2008 13:21 181,248
FILE LesConcierges-RCI Concierge Services Agreement 12-13-02 redline.doc 12/18/2002 11:51 7/22/2008 13:21 240,128
FILE LesConcierges-RCI Concierge Services Agreement 12-13-02.doc 12/18/2002 11:51 7/22/2008 13:21 183,296
FILE LesConcierges-RCI Concierge Services Agreement LC Redline 1-17-03.doc 11/8/2003 20:39 7/22/2008 13:21 201,728
FILE RCI - LC Deal Points 7-21-03 mwr comments 2.doc 7/21/2003 15:43 7/22/2008 13:21 91,136
FILE RCI - LC Deal Points 7-21-03 mwr comments.doc 7/21/2003 11:06 7/22/2008 13:21 92,672
FILE RCI - LC Deal Points 7-21-03.doc 7/21/2003 10:49 7/22/2008 13:21 59,904
FILE RCI Asia Term Sheet.doc 3/13/2006 06:39 7/22/2008 13:21 112,640
FILE RCI Asia Term Sheetv2.doc 3/20/2006 22:54 7/22/2008 13:21 138,752
FILE RCI Asia Term Sheetv3.doc 4/28/2006 05:48 7/22/2008 13:21 140,800
FILE RCI Contract and Global Registry Addendum Biz Points 12-18.doc 1/12/2003 21:56 7/22/2008 13:21 24,576
FILE RCI Contract Notes 010606.doc 1/5/2006 12:03 7/22/2008 13:21 20,480
FILE RCI Exclusivity 8-26-03.doc 8/27/2003 08:41 7/22/2008 13:21 28,672
FILE RCI Exclusivity 9-26-03.doc 9/26/2003 14:26 7/22/2008 13:21 30,208
FILE RCI Insurance clauses 4-12.doc 4/13/2004 07:06 7/22/2008 13:21 27,648
FILE RCI SA Deal points - les concierge.doc 4/12/2005 07:03 7/22/2008 13:21 19,968
FILE RCI SA.doc 8/12/2006 05:54 7/22/2008 13:21 133,120
FILE RCI_Master_Service_Agreement_011806.doc 1/31/2006 06:54 7/22/2008 13:21 354,304
FILE RCI_Master_Service_Agreement_020606.doc 2/6/2006 16:13 7/22/2008 13:21 391,168
FILE RCI_Master_Service_Agreement_020621_Clean.doc 2/20/2006 17:06 7/22/2008 13:21 309,760
FILE RCI_Master_Service_Agreement_020621_redline.doc 2/20/2006 17:01 7/22/2008 13:21 376,320
FILE Registry Collection - LC Change Proposal on Mrktg 062804.doc 7/12/2004 10:40 7/22/2008 13:21 36,352
FILE Registry Collection - LC Change Proposal on Mrktg 071204.doc 7/12/2004 12:48 7/22/2008 13:21 36,352
FILE Registry contract robeson comment 12-31-03.doc 12/31/2003 14:00 7/22/2008 13:21 288,256
FILE Section 19.1.revisions_redline.rtf 3/8/2004 14:19 7/22/2008 13:21 63,523

FILE Services Agreement (LWR 2.25.04).doc 2/25/2004 16:22 7/22/2008 13:21 308,736
FILE Services Agreement (LWR redlined draft 1.24.04).doc 1/27/2004 21:42 7/22/2008 13:21 299,520
FILE Services Agreement (LWR redlined draft 2.4.04).doc 2/4/2004 09:48 7/22/2008 13:21 303,104
FILE Services Agreement (LWR redlined draft 2.5.04).doc 2/5/2004 14:16 7/22/2008 13:21 301,056
FILE Services Agreement (LWR redlined draft 2.5.04b).doc 2/5/2004 14:04 7/22/2008 13:21 305,152
FILE Services Agreement (robeson comments 2.24.04).doc 2/24/2004 13:53 7/22/2008 13:21 303,616
FILE Thumbs.db 8/11/2006 14:38 7/22/2008 13:21 8,192
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Contracts\ 0 40 6,075,751
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Forecasts\ 0 2 104,960
FILE RC Datafeed and WFR Monthly Counts for Les Concierges (6).xls 12/6/2006 14:30 7/22/2008 13:21 32,256
FILE RCI_Forecast110906.xls 11/9/2006 13:47 7/22/2008 13:21 72,704
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Forecasts\ 0 2 104,960
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\GR launch\ 0 12 3,196,172
FILE A&K Registry Sample Ppt.ppt 12/16/2002 12:06 7/22/2008 13:21 248,320
FILE concierge-RCI.jpg 5/14/2004 08:45 7/22/2008 13:21 38,156
FILE Global Registry Sample Ppt.ppt 4/15/2003 09:06 7/22/2008 13:21 243,712
FILE Industry Overview for LesConcierges Training 0304.ppt 3/4/2004 17:57 7/22/2008 13:21 650,240
FILE noconflict_if_revs_9Mar04.doc 3/10/2004 15:34 7/22/2008 13:21 43,520
FILE noconflict40804.doc 4/9/2004 04:39 7/22/2008 13:21 38,912
FILE RC DataFeed 0315.xls 3/15/2004 17:42 7/22/2008 13:21 356,352
FILE RCI Launch Plan 3-04.xls 1/27/2005 04:08 7/22/2008 13:21 31,232
FILE RCI Operations Doc 3-04.doc 3/11/2004 10:20 7/22/2008 13:21 692,736
FILE Registry Collection GBG Conf 10-25.ppt 11/3/2004 06:14 7/22/2008 13:21 422,912
FILE Registry Collection Training 3-04.ppt 5/14/2004 08:25 7/22/2008 13:21 422,912
FILE Thumbs.db 8/11/2006 14:38 7/22/2008 13:21 7,168
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\GR launch\ 0 12 3,196,172
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Hotel Dynamics\ 0 6 1,845,248
FILE HD_Global List 06-17.xls 6/17/2004 06:26 7/22/2008 13:21 69,120
FILE HD-LesConcierges agmnt 1-21-04.doc 1/21/2004 14:16 7/22/2008 13:21 195,584
FILE HD-LesConcierges agmnt Revised 060704.doc 6/7/2004 12:53 7/22/2008 13:21 243,712
FILE HD-LesConcierges agrmnt redline 6-24-04.doc 7/6/2004 13:20 7/22/2008 13:21 224,768
FILE Hotel Dynamics_indicative database count as at 30 June 2003.xls 10/26/2003 06:17 7/22/2008 13:21 16,384
FILE Written proposal F&B.doc 10/26/2003 06:16 7/22/2008 13:21 1,095,680
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Hotel Dynamics\ 0 6 1,845,248
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Intl\ 0 1 717,824
FILE RCI Global Servicing.ppt 9/10/2007 22:04 7/22/2008 13:21 717,824
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Intl\ 0 1 717,824
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Investment\ 0 5 209,920
FILE LesConcierges Opportunities.doc 9/12/2005 08:50 7/22/2008 13:21 62,464
FILE LesConcierges RCI Opportunities.doc 6/9/2005 09:55 7/22/2008 13:21 48,128
FILE Opportunity Analysis - RCI - 092605.doc 9/28/2005 12:19 7/22/2008 13:21 52,224
FILE Potential Cendant BizDev Fits with Concierge.doc 6/9/2005 08:10 7/22/2008 13:21 23,040
FILE RCI Opportunities0805.doc 8/4/2005 17:21 7/22/2008 13:21 24,064
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Investment\ 0 5 209,920
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Invoices\ 0 3 76,800
FILE RC Datafeed and WFR Monthly Counts for Les Concierges (3).xls 5/2/2006 06:47 7/22/2008 13:21 23,040
FILE RC Datafeed and WFR Monthly Counts for Les Concierges.xls 12/1/2005 19:38 7/22/2008 13:21 16,896
FILE RCI-LC Monthly Invoice Detail.doc 9/27/2005 07:04 7/22/2008 13:21 36,864
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Invoices\ 0 3 76,800
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\lux training\ 0 6 768,658

FILE 05-055 VM Ware Mgr Training.xls 6/22/2005 12:27 7/22/2008 13:21 103,936
FILE 1-Exceptional Service Overview.doc 6/22/2005 12:27 7/22/2008 13:21 115,200
FILE 2-Workshop Timing DRAFT.pdf 6/22/2005 12:27 7/22/2008 13:21 59,345
FILE 3-At Glance SAMPLE 2.pdf 6/22/2005 12:27 7/22/2008 13:21 331,457
FILE RCI Estimate.doc 6/23/2005 17:19 7/22/2008 13:21 128,512
FILE RCI estimate.xls 6/24/2005 08:36 7/22/2008 13:21 30,208
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\lux training\ 0 6 768,658
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Luxtrain2\ 0 9 612,513
FILE 1-Overview 2006.doc 1/27/2006 11:02 7/22/2008 13:21 161,792
FILE 2006 RCI Estimate Final.xls 2/8/2006 07:46 7/22/2008 13:21 24,064
FILE 2006 RCI Estimate R1.pdf 1/27/2006 11:11 7/22/2008 13:21 29,062
FILE 2006 RCI Estimate R1.xls 1/27/2006 10:51 7/22/2008 13:21 27,136
FILE 2006 RCI Invoice Final.xls 5/5/2006 07:14 7/22/2008 13:21 23,552
FILE 2-Registry Curriculum.pdf 1/27/2006 11:09 7/22/2008 13:21 66,802
FILE 3-Skills At-A-Glance.pdf 1/27/2006 11:09 7/22/2008 13:21 145,836
FILE 4-Skill 1-Profiling.pdf 1/27/2006 11:09 7/22/2008 13:21 112,765
FILE Contact List.xls 2/8/2006 07:51 7/22/2008 13:21 21,504
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Luxtrain2\ 0 9 612,513
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\marketing\ 0 7 1,426,531
FILE 2006 RC Strategy 4-27 Working File.ppt 4/27/2006 14:54 7/22/2008 13:21 557,056
FILE GR Q1 Marketing Plan.doc 11/21/2003 09:17 7/22/2008 13:21 109,568
FILE RC Member Kit - Fulfillment Workflow.doc 8/6/2004 05:52 7/22/2008 13:21 37,888
FILE RCI Marketing Plan 10-2008.doc 10/13/2008 09:30 10/13/2008 09:30 120,320
FILE RCI_email_1.jpg 12/21/2005 17:39 7/22/2008 13:21 555,619
FILE Registry Collection Welcome B (new members).doc 1/4/2005 11:20 7/22/2008 13:21 39,936
FILE Thumbs.db 8/11/2006 14:38 7/22/2008 13:21 6,144
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\marketing\ 0 7 1,426,531
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Meetings and Confs\ 0 9 1,475,072
FILE Fractional Symposium Registration - Robeson.doc 3/7/2005 10:47 7/22/2008 13:21 1,117,184
FILE RCI @ LC Site Visit Agenda 060705.doc 6/6/2005 21:51 7/22/2008 13:21 139,264
FILE rci 032305.doc 3/23/2005 07:02 7/22/2008 13:21 22,528
FILE RCI Call 6.13.05.doc 6/13/2005 15:12 7/22/2008 13:21 29,696
FILE RCI Europe Agenda 012705.doc 1/27/2005 04:03 7/22/2008 13:21 30,720
FILE RCI Notes 1-11.doc 1/13/2005 08:14 7/22/2008 13:21 20,992
FILE RCI notes 6-13-05.doc 6/14/2005 08:00 7/22/2008 13:21 25,600
FILE RCI Notes.doc 3/20/2006 19:56 7/22/2008 13:21 23,040
FILE Sponsorship2.doc 8/23/2004 15:20 7/22/2008 13:21 66,048
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Meetings and Confs\ 0 9 1,475,072
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Ops\ 0 12 3,910,656
FILE Cendant - Scott McGinnis meeting 6-17-03.doc 6/17/2003 13:52 7/22/2008 13:21 27,648
FILE Cendant meeting summary 12-17.doc 12/20/2002 13:34 7/22/2008 13:21 25,600
FILE Coast to Coast Products 5-03.doc 5/29/2003 19:26 7/22/2008 13:21 172,032
FILE Global Registry Comm plan.doc 8/28/2003 13:51 7/22/2008 13:21 93,696
FILE RCI Product Segmentation 6-03.doc 6/12/2003 17:05 7/22/2008 13:21 51,200
FILE RCI Program Outline.doc 6/20/2003 11:54 7/22/2008 13:21 215,040
FILE Registering Interval .doc 7/7/2003 11:30 7/22/2008 13:21 1,492,992
FILE Registry Overview v2.doc 7/7/2003 14:09 7/22/2008 13:21 45,056
FILE Registry Overview v3.doc 7/11/2003 09:08 7/22/2008 13:21 60,416
FILE Registry Overview.doc 7/3/2003 11:55 7/22/2008 13:21 44,032
FILE Signatory Exchange.doc 7/7/2003 11:30 7/22/2008 13:21 1,529,856
FILE SVC Operations Doc 9-04.doc 8/31/2004 09:57 7/22/2008 13:21 153,088
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Ops\ 0 12 3,910,656
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Pricing\ 0 13 1,848,320
FILE quote 1.doc 11/3/2003 13:19 7/22/2008 13:21 237,056
FILE RCI Asia Pricing 051406.xls 5/14/2006 21:20 7/22/2008 13:21 25,088
FILE RCI Asia Pricing Sheet 042707.xls 5/1/2007 18:47 7/22/2008 13:21 53,760
FILE RCI Lower Tier Pricing Final.xls 10/22/2005 04:53 7/22/2008 13:21 42,496
FILE RCI Lower Tier Pricing FRev.xls 10/22/2005 05:18 7/22/2008 13:21 14,848
FILE RCI Lower Tier Pricing.xls 10/16/2005 04:49 7/22/2008 13:21 42,496
FILE RCI New Pricing MR Notes.xls 7/21/2005 10:46 7/22/2008 13:21 18,944
FILE RCI New Pricing.xls 5/3/2006 15:16 7/22/2008 13:21 16,896

```
FILE    RCI Pricing spec.doc   9/24/2003 13:28       7/22/2008 13:21       21,504
FILE    RCI_Pricing_Model_2007_03_12.xls      3/24/2007 13:48       7/22/2008 13:21       358,912
FILE    RCI_Pricing_Model_Asia.xls     4/4/2007 13:29 7/22/2008 13:21       397,824
FILE    RCIVersion16.xls       7/11/2004 21:32       7/22/2008 13:21       603,648
FILE    Registry Collection Revised Pricing 7-12-04.xls      7/5/2007 06:07 7/22/2008 13:21
        14,848
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Pricing\      0       13
        1,848,320
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Program Design\       0
        8       5,888,000
FILE    2006 RC Strategy.ppt   12/13/2005 18:10      7/22/2008 13:21       2,761,216
FILE    2006 RC Strategy2.ppt  12/14/2005 17:00      7/22/2008 13:21       2,047,488
FILE    Creative Brief_Mothers Day_030705.doc 12/19/2005 08:43      7/22/2008 13:21       759,296
FILE    Jaguar-Gift-Program-Brief-110405.doc  12/19/2005 08:43      7/22/2008 13:21       112,128
FILE    RCI Creative Brief.doc 12/20/2005 05:21      7/22/2008 13:21       49,664
FILE    RCI Prod Design Notes.doc      12/20/2005 05:32      7/22/2008 13:21       45,056
FILE    RCI Program Brief.doc  12/19/2005 09:52      7/22/2008 13:21       106,496
FILE    Thumbs.db      8/11/2006 14:38       7/22/2008 13:21       6,656
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Program Design\       0
        8       5,888,000
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Proposals\    0       22
        4,392,098
FILE    ~$nazel al Haraman.doc 6/16/2004 10:41       7/22/2008 13:21       162
FILE    El Manazel Haraman Proposal.doc       6/7/2004 18:22 7/22/2008 13:21       37,376
FILE    Exclusivity 8-26-03 v2.doc     9/3/2003 13:20 7/22/2008 13:21       32,256
FILE    LesConcierges Proposal for DCP.doc    3/1/2005 12:33 7/22/2008 13:21       2,112,000
FILE    Manazel al Haramain.doc        6/18/2004 05:24       7/22/2008 13:21       615,424
FILE    Manazel al Haraman.doc 6/10/2004 08:06       7/22/2008 13:21       37,376
FILE    Program Design Overview for RCI.doc   8/31/2006 12:41       7/22/2008 13:21       61,952
FILE    Program Design Proposal 11.28.05.doc  11/28/2005 17:31      7/22/2008 13:21       83,456
FILE    RCI - SVC Site Visit to LC 8-24-04.doc       8/24/2004 12:07       7/22/2008 13:21
        33,280
FILE    RCI Europe - Fractional Symposium Event Cost.doc     9/2/2004 11:52 7/22/2008 13:21
        119,808
FILE    RCI Europe Concierge Services Proposal.doc   11/30/2004 15:46      7/22/2008 13:21
        49,664
FILE    RCI Europe Event Planning Proposal.doc       8/31/2004 08:36       7/22/2008 13:21
        279,040
FILE    RCI Hospitality 10-27.doc      10/28/2003 06:46      7/22/2008 13:21       37,376
FILE    RCI Hospitality 11-05-03.doc  11/12/2003 13:56      7/22/2008 13:21       50,176
FILE    RCI Hospitality.doc    10/28/2003 06:46      7/22/2008 13:21       37,376
FILE    RCI Program Design Proposal 11.28.05.doc     11/29/2005 14:21      7/22/2008 13:21
        90,624
FILE    RCI Trial Club product.doc     10/1/2004 11:51       7/22/2008 13:21       20,992
FILE    RCI Trial Program Proposal 10-25-04.doc      10/26/2004 09:09      7/22/2008 13:21
        123,904
FILE    rDialogue proposal for The Registry Collection 8.10.2006.ppt       8/11/2006 08:16
        7/22/2008 13:21       177,152
FILE    rDialogue proposal for The Registry Collection 8.20.2006.ppt       8/30/2006 06:07
        7/22/2008 13:21       179,712
FILE    SVC Elite and LesConcierge.doc        8/30/2004 19:04       7/22/2008 13:21       207,872
FILE    Thumbs.db      8/11/2006 14:38       7/22/2008 13:21       5,120
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Proposals\    0       22
        4,392,098
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\RCI Europe\   1       5
        341,504
FILE    Event Management Requirements-0918.doc       9/21/2004 07:50       7/22/2008 13:21
        24,064
FILE    Event Management Requirements-0920.doc       9/21/2004 07:54       7/22/2008 13:21
        29,184
FILE    RCI EUrope Concierge Overview 120204.doc     12/3/2004 09:01       7/22/2008 13:21
        73,728
FILE    Registry  Les Concierges Operational Process Flow v3.ppt    10/20/2005 09:35
        7/22/2008 13:21       208,896
FILE    Thumbs.db      8/11/2006 14:38       7/22/2008 13:21       5,632
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\RCI Europe\agendas\  0
        1       34,816
FILE    RCI Europe Status Report 6.17.doc     6/17/2005 12:12       7/22/2008 13:21       34,816
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\RCI Europe\agendas\  0
        1       34,816
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\RCI Europe\   1       6
        376,320
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Registry Collateral\ 0
        4       4,161,209
FILE    4-pager_rev4.pdf       2/15/2004 15:34       7/22/2008 13:21       338,802
```

FILE idcard_rev2c.pdf 2/15/2004 15:35 7/22/2008 13:21 265,849
FILE version1b.pdf 2/15/2004 15:34 7/22/2008 13:21 2,107,207
FILE version2b.pdf 2/15/2004 15:34 7/22/2008 13:21 1,449,351
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Registry Collateral\ 0 4 4,161,209
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\relaunch\ 0 3 243,712
FILE Thumbs.db 8/11/2006 14:38 7/22/2008 13:21 7,680
FILE TRCMemberDirCopy 12 19 05.doc 12/29/2005 08:10 7/22/2008 13:21 91,136
FILE TRCMemberDirCopy 12 19 05_LC-comments.doc 12/29/2005 08:15 7/22/2008 13:21 144,896
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\relaunch\ 0 3 243,712
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\reports\ 0 17 1,178,112
FILE BAC08.xls 7/2/2008 06:56 7/22/2008 13:21 100,352
FILE Program req detail thru Feb 18.xls 2/19/2005 07:07 7/22/2008 13:21 30,720
FILE RCI Jun.xls 7/2/2008 06:06 7/22/2008 13:21 17,408
FILE RCI Report 2004.xls 2/19/2005 07:53 7/22/2008 13:21 54,272
FILE RCI Report 2005.xls 3/27/2006 13:01 7/22/2008 13:21 56,320
FILE RCI Report 2006.xls 5/2/2006 06:43 7/22/2008 13:21 53,248
FILE RCI Report 2006b.xls 1/5/2007 06:55 7/22/2008 13:21 47,104
FILE RCI Report Sample 2005.xls 3/20/2006 22:42 7/22/2008 13:21 49,664
FILE RCI Report_Apr08.xls 6/18/2008 10:36 7/22/2008 13:21 98,304
FILE RCI Report_August08.xls 9/17/2008 07:16 9/17/2008 07:16 100,864
FILE RCI Report_Feb08.xls 3/13/2008 18:02 7/22/2008 13:21 69,632
FILE RCI Report_Jul08.xls 8/1/2008 10:45 8/1/2008 10:45 94,720
FILE RCI Report_Jun08.xls 7/3/2008 08:46 7/22/2008 13:21 98,816
FILE RCI Report_May08.xls 7/2/2008 06:02 7/22/2008 13:21 86,528
FILE RCI thru Jan 05.xls 2/19/2005 07:05 7/22/2008 13:21 19,968
FILE RCI_Client_Dashboard_2006_08_01.xls 8/2/2006 05:37 7/22/2008 13:21 140,288
FILE SVCElite Report thru June 05.xls 6/26/2005 05:13 7/22/2008 13:21 59,904
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\reports\ 0 17 1,178,112
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Strategy\ 0 1 126,464
FILE RCI Strategy Notes 2008.doc 3/15/2008 07:14 7/22/2008 13:21 126,464
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Strategy\ 0 1 126,464
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Training\ 0 2 4,900,352
FILE Luxury 101B.ppt 12/6/2007 12:52 7/22/2008 13:21 2,620,416
FILE Registry Concierge Service.ppt 8/31/2007 16:56 7/22/2008 13:21 2,279,936
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Training\ 0 2 4,900,352
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Updates\ 1 2 316,928
FILE Overview of Newco Opportunity 07.13.06.ppt 8/1/2006 12:25 7/22/2008 13:21 311,296
FILE Thumbs.db 8/11/2006 14:38 7/22/2008 13:21 5,632
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Updates\Minutes\ 0 1 49,152
FILE RCI Update Meeting Minutes 8-2-06.doc 8/13/2006 16:05 7/22/2008 13:21 49,152
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Updates\Minutes\ 0 1 49,152
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\Updates\ 1 3 366,080
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\RCI\ 25 283 177,072,403
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\receipts\ 0 41 3,709,430
FILE 903716_zoom.jpg 7/24/2006 17:07 7/22/2008 13:21 97,574
FILE achpaymentconfirmation.asp.htm 2/27/2006 07:50 7/22/2008 13:21 542
FILE Adelphia Nov.htm 11/22/2006 13:55 7/22/2008 13:21 57,536
FILE AdelphiaAug31.jhtml.doc 9/26/2006 06:14 7/22/2008 13:21 29,184
FILE AdelphiaDec06.txt 11/28/2006 07:08 7/22/2008 13:21 4,511
FILE AdelphiaNov06.txt 11/28/2006 15:29 7/22/2008 13:21 3,270
FILE AdelphiaSep30.jhtml.doc 9/26/2006 06:13 7/22/2008 13:21 29,184
FILE Adephiareceipt.jhtml.txt 5/23/2006 09:57 7/22/2008 13:21 2,282
FILE AdephiareceiptAug5.jhtml.doc 8/8/2006 06:43 7/22/2008 13:21 27,136
FILE AdephiareceiptAug5.jhtml.txt 8/8/2006 06:41 7/22/2008 13:21 2,091
FILE AdephiareceiptJul5.jhtml.txt 8/1/2006 12:32 7/22/2008 13:21 2,091
FILE AdephiareceiptJune5.jhtml.txt 7/6/2006 07:26 7/22/2008 13:21 2,090
FILE AdephiareceiptMay15.jhtml.txt 5/23/2006 10:08 7/22/2008 13:21 2,090
FILE Amz Receipt.doc 5/29/2008 12:43 7/22/2008 13:21 65,024

FILE DIVA LIMOUSINE1.doc 8/27/2006 06:26 7/22/2008 13:21 28,672
FILE DIVA LIMOUSINE2.doc 8/27/2006 06:25 7/22/2008 13:21 28,160
FILE Herz Receipt jul 05.doc 8/27/2006 06:20 7/22/2008 13:21 31,232
FILE Kinkoks Receipt.txt 5/17/2007 09:09 7/22/2008 13:21 1,440
FILE Nordstrom Hotel.efx 8/1/2006 09:37 7/22/2008 13:21 55,304
FILE norton internet renewal.txt 1/2/2007 05:49 7/22/2008 13:21 7,145
FILE RE Expense spreadsheet.txt 2/18/2007 16:28 7/22/2008 13:21 1,662
FILE ReceiptsJul08.pdf 8/22/2008 11:30 8/22/2008 11:30 2,673,225
FILE Sales Order Number.doc 9/28/2006 07:38 7/22/2008 13:21 26,624
FILE Thumbs.db 10/19/2006 17:59 7/22/2008 13:21 5,632
FILE TW APR 08.doc 5/29/2008 13:26 7/22/2008 13:21 36,352
FILE TW Aug 07.doc 9/7/2007 10:30 7/22/2008 13:21 32,768
FILE TW Dec 07.doc 1/16/2008 10:22 7/22/2008 13:21 32,768
FILE TW Dec 072.doc 1/16/2008 10:27 7/22/2008 13:21 33,280
FILE TW FEB 08.doc 6/4/2008 07:49 7/22/2008 13:21 36,864
FILE TW Jan 07.doc 1/10/2007 10:43 7/22/2008 13:21 32,256
FILE TW Jan 08.doc 1/16/2008 10:26 7/22/2008 13:21 33,280
FILE TW Jul 08.doc 8/22/2008 10:15 8/22/2008 10:15 35,840
FILE TW Jul 08.pdf 8/22/2008 10:16 8/22/2008 10:16 21,145
FILE TW July 07.doc 7/12/2007 09:23 7/22/2008 13:21 32,768
FILE TW June 07.doc 6/8/2007 05:42 7/22/2008 13:21 32,768
FILE TW MAR 08.doc 5/29/2008 13:37 7/22/2008 13:21 36,864
FILE TW May 07.doc 5/11/2007 08:12 7/22/2008 13:21 32,768
FILE TW May 08.doc 5/20/2008 11:54 7/22/2008 13:21 36,352
FILE TW Nov 07.doc 11/20/2007 08:16 7/22/2008 13:21 32,768
FILE webscr.htm 7/23/2006 11:20 7/22/2008 13:21 8,473
FILE YouSendItJul28.PDF 8/22/2008 10:20 8/22/2008 10:20 18,415
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\receipts\ 0 41
3,709,430
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Recruitment\ 0 8
348,160
FILE Candidate Evaluation.doc 8/7/2003 13:43 7/22/2008 13:21 30,720
FILE Google Hires.ppt 6/20/2005 10:38 7/22/2008 13:21 103,424
FILE Recruiting - Phone Screen Eval.doc 8/7/2003 13:38 7/22/2008 13:21 31,232
FILE Roundtable Candidate Evaluation.doc 8/7/2003 09:55 7/22/2008 13:21 30,208
FILE Roundtable LesConcierges Application.doc 8/7/2003 10:07 7/22/2008 13:21 47,616
FILE Scrap (2).shs 8/7/2003 09:52 7/22/2008 13:21 49,664
FILE Scrap.shs 8/7/2003 09:51 7/22/2008 13:21 49,664
FILE Thumbs.db 5/1/2006 19:24 7/22/2008 13:21 5,632
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Recruitment\ 0 8
348,160
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\RPMC\ 0 5
10,008,064
FILE LesConcierges for LJCA DRAFT 8-07.doc 8/16/2007 17:22 7/22/2008 13:21
1,641,472
FILE New Loyalty Rewards Deck 09.13.07.ppt 7/8/2008 08:28 7/22/2008 13:21 919,040
FILE RPMC Capabilities Full Presentation.ppt 9/20/2007 14:45 7/22/2008 13:21
7,416,832
FILE RPMC LC Client Overview.xls 11/26/2007 18:23 7/22/2008 13:21 25,088
FILE Thumbs.db 2/19/2008 15:19 7/22/2008 13:21 5,632
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\RPMC\ 0 5
10,008,064
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\ 34 76
130,689,395
FILE ~$G and LesConcierges 7-04a.doc 7/17/2004 06:00 7/22/2008 13:19 162
FILE 2005 Sales Strategy - dist.ppt 1/21/2005 08:23 7/22/2008 13:19
23,186,432
FILE 2005 Sales Strategy - tenUK.ppt 1/21/2005 07:34 7/22/2008 13:19 132,608
FILE 2008 Sales and Compensation Plan.doc 12/13/2007 05:41 7/22/2008 13:19 127,488
FILE 2008 TIRSE Business Plan.ppt 6/13/2008 06:24 7/22/2008 13:19 2,269,696
FILE 20080611 Travel and Concierge BRS ML.doc 6/11/2008 14:50 7/22/2008 13:19
628,736
FILE 3_Tier_Pricing_Model-V2.xls 9/17/2007 15:12 7/22/2008 13:19 427,008
FILE ACE_0815.xls 8/16/2007 18:33 7/22/2008 13:19 426,496
FILE Advanta Business Card Concepts053008.doc 5/31/2008 04:47 7/22/2008 13:19
29,184
FILE Advanta Pricing Sheet 061208.xls 6/12/2008 10:28 7/22/2008 13:19 15,360
FILE AdvantaPricing0612.xls 6/12/2008 07:41 7/22/2008 13:19 440,320
FILE Alchemy for Citi 050808.zip 5/9/2008 10:34 7/22/2008 13:19 2,278,375
FILE Alchemy for Citi.zip 5/9/2008 10:24 7/22/2008 13:19 2,278,347
FILE Alchemy for M-Listed.doc 9/25/2007 13:43 7/22/2008 13:19 318,976
FILE Alchemy Overview for MC.ppt 1/18/2008 08:33 7/22/2008 13:19 1,668,608
FILE Alchemy Pipeline 10-7-07.xls 10/7/2007 13:20 7/22/2008 13:19 34,816
FILE all encompassing logo2.gif 8/2/2001 11:39 7/22/2008 13:19 5,662
FILE Apple Pricing.xls 6/12/2008 07:14 7/22/2008 13:19 404,480

FILE AppleVirtualPricingSheet.xls 6/12/2008 07:41 7/22/2008 13:19 15,360
FILE BioTemplate.xls 8/15/2005 11:45 7/22/2008 13:19 16,896
FILE boston09b.jpg 10/21/2003 09:27 7/22/2008 13:19 27,196
FILE CitationLoyaltyLLCNDA.doc 10/30/2006 08:44 7/22/2008 13:19 43,520
FILE CitiGold.xls 10/15/2007 06:29 7/22/2008 13:19 346,624
FILE Client Program Opportunities - Cust Loyalty.doc 1/22/2008 08:22 7/22/2008 13:19 39,936
FILE Client Program Opportunities - Worklife.doc 1/22/2008 08:20 7/22/2008 13:19 35,328
FILE Concierge Requirements Citibank.doc 1/25/2008 13:43 7/22/2008 13:19 27,136
FILE Copy of Training June 15.doc 6/17/2001 22:47 7/22/2008 13:19 2,647,552
FILE engagement_shopping.jpg 10/21/2003 08:53 7/22/2008 13:19 19,025
FILE LC AGREEMENT FOR EMC 2008.doc 3/12/2008 12:23 7/22/2008 13:19 221,696
FILE LC NDA - Citation Loyalty.doc 10/30/2006 08:49 7/22/2008 13:19 110,080
FILE LC Questions for AXA 033108.doc 3/31/2008 10:01 7/22/2008 13:19 100,864
FILE LC Sample Clients.xls 4/4/2008 13:08 7/22/2008 13:19 27,136
FILE LC Services.ppt 12/13/2004 15:01 7/22/2008 13:19 215,040
FILE LesConcierges for Advanta.ppt 5/30/2008 15:18 7/22/2008 13:19 4,298,752
FILE LesConcierges for Apple 10-30 v1.pptm 5/30/2008 09:30 7/22/2008 13:19 11,517,907
FILE LesConcierges for Apple.pdf 5/30/2008 09:13 7/22/2008 13:19 3,748,958
FILE LesConcierges for Gilead 060308.pdf 6/3/2008 12:05 7/22/2008 13:19 3,717,686
FILE LesConcierges for Gilead 060308.ppt 6/3/2008 12:04 7/22/2008 13:19 8,026,624
FILE LesConcierges for Gilead 060308b.pdf 6/3/2008 13:08 7/22/2008 13:19 390,192
FILE LesConcierges for Gilead 060308b.ppt 6/3/2008 13:08 7/22/2008 13:19 335,360
FILE LesConcierges for Gilead 100608.ppt 10/4/2008 14:44 10/3/2008 14:35 8,304,128
FILE LesConcierges for Intel 022208.pdf 2/24/2008 07:08 7/22/2008 13:19 4,197,447
FILE LesConcierges for Intel 022208.ppt 2/23/2008 18:18 7/22/2008 13:19 8,144,896
FILE LesConcierges for NetJets.pdf 3/24/2008 08:40 7/22/2008 13:19 4,030,693
FILE LesConcierges for PinnacleCare.ppt 1/25/2008 07:41 7/22/2008 13:19 1,797,632
FILE LesConcierges for Recycle Bank.ppt 1/11/2008 05:57 7/22/2008 13:19 1,810,944
FILE LesConcierges for Steinway.ppt 7/17/2007 13:13 7/22/2008 13:19 3,267,584
FILE LesConcierges for Work Life Client.ppt 5/30/2008 09:12 7/22/2008 13:19 8,397,824
FILE LesConcierges Pricing for Steinway.ppt 10/11/2007 08:50 7/22/2008 13:19 225,792
FILE LesConcierges Program Concepts for Recycle Bank tues night.ppt 2/20/2008 04:04 7/22/2008 13:19 2,387,456
FILE LesConcierges Program Concepts for Recycle Bank.pdf 2/27/2008 08:43 7/22/2008 13:19 1,319,455
FILE LesConcierges Program Concepts for Recycle Bank.ppt 2/19/2008 17:57 7/22/2008 13:19 2,407,936
FILE Luxury Summit sales leads 5-07.xls 5/9/2007 11:16 7/22/2008 13:19 18,944
FILE MBNA Goldman Sachs_LesConcierges.ppt 10/3/2008 09:02 10/3/2008 09:02 2,725,888
FILE M-Listed.xls 9/25/2007 13:43 7/22/2008 13:19 460,800
FILE Motorola - Alchemy.doc 4/7/2008 11:55 7/22/2008 13:19 27,648
FILE Motorola Test Welcome Note - US.doc 4/13/2008 14:39 7/22/2008 13:19 116,736
FILE New customer set-up form - EMC.xls 6/2/2008 07:38 7/22/2008 13:19 36,352
FILE New customer set-up form - Merrill Family Office.xls 6/3/2008 07:12 7/22/2008 13:19 36,864
FILE New customer set-up form - Motorola.xls 6/2/2008 07:49 7/22/2008 13:19 36,864
FILE NOVARTIS NOTES.doc 9/29/2007 15:25 7/22/2008 13:19 27,136
FILE Onsite Pricing Model.xls 3/23/2008 12:52 7/22/2008 13:19 15,360
FILE parsons rewards presentation jan_10.ppt 1/13/2007 07:44 7/22/2008 13:19 8,754,176
FILE Pipeline 9-24-07.xls 9/27/2007 09:28 7/22/2008 13:19 38,400
FILE pipeline with current clients added mark.xls 10/2/2007 05:24 7/22/2008 13:19 97,792
FILE pipeline with current clients added.xls 9/26/2007 15:02 7/22/2008 13:19 67,072
FILE Pricing_Model 2 - Accounts allowing combined staffing.xls 12/15/2007 17:16 7/22/2008 13:19 446,976
FILE Questions for AXA.doc 3/31/2008 06:10 7/22/2008 13:19 113,152
FILE RP Sig.jpg 12/3/2007 19:11 7/22/2008 13:19 3,730
FILE Salamon update letter 20SEPT01.doc 9/18/2007 08:09 7/22/2008 13:19 43,008
FILE Sales Commission Forecast.xls 1/17/2008 07:06 7/22/2008 13:19 37,376
FILE Sales Compensation Plan.doc 12/19/2007 05:29 7/22/2008 13:19 164,864
FILE Sales Priorities5.xls 1/7/2008 10:24 7/22/2008 13:19 28,672

FILE SalesCal08.xls 12/19/2007 05:28 7/22/2008 13:19 23,040
FILE Steinway.xls 8/2/2007 19:37 7/22/2008 13:19 431,104
FILE Thumbs.db 10/16/2008 15:44 7/22/2008 13:19 44,032
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Agenda\ 0 3 443,904
FILE 020508.doc 2/5/2008 13:45 7/22/2008 13:21 147,456
FILE SalesAgenda020508.doc 2/5/2008 13:47 7/22/2008 13:21 147,968
FILE SalesAgenda022608.doc 2/26/2008 11:34 7/22/2008 13:21 148,480
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Agenda\ 0 3 443,904
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\BestBuy\ 3 24 4,630,215
FILE 20080731_BBY_Req_Flow (2)_Page_1.jpg 8/4/2008 12:30 8/4/2008 12:30 103,783
FILE 20080731_BBY_Req_Flow (2)_Page_2.jpg 8/4/2008 12:30 8/4/2008 12:30 106,061
FILE 20080805_BBY_Scope_Overview.doc 8/25/2008 09:33 8/25/2008 09:33 391,168
FILE AltAwardBrief.doc 11/15/2007 17:47 7/22/2008 13:21 88,576
FILE Awards Meeting Agenda.doc 3/19/2008 18:55 7/22/2008 13:21 124,416
FILE BBenrollment.wmf 2/16/2008 06:12 7/22/2008 13:21 10,084
FILE BBuy Worksheet.xls 2/16/2008 08:28 7/22/2008 13:21 26,112
FILE BBY MidTier.doc 6/2/2008 08:09 7/22/2008 13:21 40,960
FILE BBY ProForma 2/29/2008 14:45 7/22/2008 13:21 29,184
FILE BBY Redemption Model.xls 2/29/2008 14:45 7/22/2008 13:21 26,624
FILE BBY-US-Epsilon-XML-API.doc 4/1/2008 10:13 7/22/2008 13:21 160,256
FILE best buy cpp exercise.xls 2/29/2008 14:45 7/22/2008 13:21 144,384
FILE ClientContactSheet_LesConcierges_BBY.xls 4/8/2008 09:37 7/22/2008 13:21 40,960
FILE DenaliNDA.efx 11/19/2007 12:53 7/22/2008 13:21 117,672
FILE InformationFlows.JPG 8/5/2008 10:48 8/5/2008 10:48 131,384
FILE LC Best Buy Term Sheet.DOC 4/22/2008 04:24 7/22/2008 13:21 174,080
FILE LC_SOW_for_BBY_033108.doc 4/2/2008 05:21 7/22/2008 13:21 123,392
FILE LC_SOW_for_BBY_041408.doc 4/15/2008 12:41 7/22/2008 13:21 128,000
FILE LesConcierges for Best Buy.doc 2/17/2008 08:14 7/22/2008 13:21 694,272
FILE LesConcierges for Denali.doc 11/22/2007 20:44 7/22/2008 13:21 1,699,328
FILE SampleReport.jpg 8/4/2008 13:15 8/4/2008 13:14 83,663
FILE SampleReport.xls 8/4/2008 13:14 8/4/2008 13:11 93,184
FILE Thumbs.db 3/11/2008 15:53 7/22/2008 13:21 5,632
FILE Ultimate Access Report 12_31_2007.xls 2/15/2008 09:28 7/22/2008 13:21 87,040
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\BestBuy\Contract\ 0 9 3,315,200
FILE BBY LOI 031708.doc 3/19/2008 20:10 7/22/2008 13:21 41,472
FILE LC AGREEMENT FOR BBY 2008.doc 3/12/2008 12:51 7/22/2008 13:21 164,864
FILE LC Best Buy Term Sheet.DOC 4/22/2008 05:07 7/22/2008 13:21 141,824
FILE LC-BBY Services Agmt bby rev 082708.doc 8/27/2008 08:49 8/27/2008 08:49 500,224
FILE LC-BBY Services Agmt bby rev 082708mwr1.doc 8/30/2008 08:19 8/30/2008 08:19 501,760
FILE LC-BBY Services Agmt bby rev 090508.doc 9/9/2008 08:05 9/11/2008 14:53 523,264
FILE LC-BBY Services Agmt bby rev 091108.doc 9/11/2008 15:22 9/11/2008 15:22 530,944
FILE LC-BBY Services Agmt bby rev 091508.doc 9/15/2008 14:21 9/15/2008 07:14 882,688
FILE Notes on BBY version of 8-27 r1.doc 8/30/2008 08:18 8/30/2008 08:18 28,160
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\BestBuy\Contract\ 0 9 3,315,200
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\BestBuy\Diagrams\ 0 7 344,819
FILE Epsilon_Authenticate.jpg 9/12/2008 15:19 9/12/2008 15:19 74,694
FILE Epsilon_RedeemPoints.jpg 9/12/2008 15:19 9/12/2008 15:19 41,173
FILE Epsilon_SyncProducts.jpg 9/12/2008 15:19 9/12/2008 15:19 57,974
FILE Epsilon_UpdatePoints.jpg 9/12/2008 15:19 9/12/2008 15:19 43,060
FILE LC_AcceptNewProduct.jpg 9/12/2008 15:19 9/12/2008 15:19 47,507
FILE LC_AcceptNewTransaction.jpg 9/12/2008 15:19 9/12/2008 15:19 42,123
FILE LC_SyncTransactionDetails.jpg 9/12/2008 15:19 9/12/2008 15:19 38,288
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\BestBuy\Diagrams\ 0 7 344,819
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\BestBuy\Pricing\ 0 3 563,712
FILE BAC_Client_Dashboard_2006_10_01 2/14/2008 11:39 7/22/2008 13:21 80,896
FILE BB_021408.xls 2/29/2008 14:45 7/22/2008 13:21 440,832
FILE BB_Offers_Estimate.xls 2/14/2008 11:27 7/22/2008 13:21 41,984
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\BestBuy\Pricing\ 0 3 563,712
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\BestBuy\ 3 43 8,853,946
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\BMW 08\ 0 6 1,045,504

FILE 2008-2010 RFQ Volume Outline.xls 3/25/2008 14:25 7/22/2008 13:21 30,208
FILE BMW 041508.xls 4/18/2008 09:37 7/22/2008 13:21 373,248
FILE BMW Concierge RFQ 2008-2010.doc 3/25/2008 14:25 7/22/2008 13:21 169,472
FILE LesConcierges invite.doc 3/25/2008 14:25 7/22/2008 13:21 393,216
FILE supplier questionaire.doc 3/25/2008 14:25 7/22/2008 13:21 34,304
FILE supplier questionaire_LesConcierges.doc 4/18/2008 07:56 7/22/2008 13:21
45,056
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\BMW 08\ 0 6
1,045,504
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Citi Gold\ 1 32
15,020,356
FILE ~$chemy for CitiGold 120207.doc 12/3/2007 07:14 7/22/2008 13:21 162
FILE ~$ivileges Strategy- Alchemy.doc 12/2/2007 09:47 7/22/2008 13:21 162
FILE Alchemy Citi Mutual NDA.doc 10/31/2007 08:55 7/22/2008 13:21 52,224
FILE Alchemy comments 120407.doc 12/7/2007 16:09 7/22/2008 13:21 30,208
FILE Alchemy comments 120807.doc 12/8/2007 06:40 7/22/2008 13:21 77,312
FILE Alchemy for Citibank Benefits.ppt 12/3/2007 06:56 7/22/2008 13:21
2,323,456
FILE Alchemy for CitiGold 050908.doc 5/9/2008 05:55 7/22/2008 13:21 2,148,352
FILE Alchemy for CitiGold 101307.doc 10/16/2007 05:00 7/22/2008 13:21
2,030,592
FILE Alchemy for CitiGold 120207.doc 12/3/2007 18:36 7/22/2008 13:21
1,973,248
FILE Alchemy Overview for Citi.ppt 12/3/2007 06:58 7/22/2008 13:21 1,669,120
FILE citi questions.doc 12/12/2007 06:39 7/22/2008 13:21 26,112
FILE Citigold distribution by country- alchemy.doc 1/9/2008 08:20 7/22/2008 13:21
73,728
FILE Citigold Office Footprint Mapping 010807.xls 1/9/2008 08:18 7/22/2008 13:21 21,504
FILE Citigold Office Footprint Mapping 011007.xls 1/10/2008 07:00 7/22/2008 13:21
22,016
FILE Citigold pricing sheet 03_04_08.xls 3/4/2008 08:16 7/22/2008 13:21 71,680
FILE Citigold pricing sheet 031208.xls 3/14/2008 08:04 7/22/2008 13:21 77,312
FILE Citigold pricing sheet 050808.xls 5/8/2008 20:25 7/22/2008 13:21 77,312
FILE Citigold pricing sheet 12_10_07.xls 12/10/2007 07:56 7/22/2008 13:21 74,752
FILE Citigold pricing sheet 12_10_07b.xls 12/10/2007 10:47 7/22/2008 13:21 75,776
FILE Citigold pricing sheet 12_13_07.xls 12/14/2007 06:19 7/22/2008 13:21 75,776
FILE Citigold pricing sheet 12_17_07.xls 12/18/2007 08:18 7/22/2008 13:21 75,776
FILE Citigold pricing sheet 120907.xls 12/7/2007 22:28 7/22/2008 13:21 74,752
FILE CitiGold.xls 12/7/2007 16:09 7/22/2008 13:21 448,000
FILE CitiGold_Pricing_2007_022608.xls 2/26/2008 08:23 7/22/2008 13:21 478,720
FILE CitiGold_Pricing_2007_030308.xls 3/4/2008 08:16 7/22/2008 13:21 491,008
FILE CitiGold_Pricing_2007_12_07DA.xls 12/10/2007 07:56 7/22/2008 13:21 457,728
FILE CitiGold_Pricing_2007_12_10.xls 12/13/2007 23:24 7/22/2008 13:21 482,816
FILE CitiGold_Pricing_2007_12_13.xls 12/18/2007 08:21 7/22/2008 13:21 481,792
FILE CitiGold_Pricing_2008_03_12.xls 3/14/2008 09:08 7/22/2008 13:21 497,152
FILE CitiGold_Pricing_2008_05_08.xls 5/8/2008 20:55 7/22/2008 13:21 532,480
FILE Privileges Strategy- Alchemy.doc 11/29/2007 08:41 7/22/2008 13:21 69,632
FILE Q questions for Citi.doc 5/7/2008 09:34 7/22/2008 13:21 29,696
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Citi Gold\RFP\ 0
13 1,137,152
FILE Acknowledgement Letter- Alchemy.doc 4/30/2008 05:44 7/22/2008 13:21 30,720
FILE Alchemy - Training.doc 5/9/2008 06:53 7/22/2008 13:21 39,424
FILE Alchemy Footprint.xls 5/9/2008 09:51 7/22/2008 13:21 32,768
FILE Alchemy Org.ppt 5/8/2008 19:47 7/22/2008 13:21 14,848
FILE Alchemy Sample Report.xls 5/8/2008 20:18 7/22/2008 13:21 69,632
FILE Alchemy_Fncls_Q-LC_Consolidated_06.xls 5/8/2008 19:53 7/22/2008 13:21 32,768
FILE Alchemy_SOP_Business Resumption Plan 12-07.doc 5/8/2008 20:04 7/22/2008 13:21
320,512
FILE Citigold pricing sheet 050808.xls 5/9/2008 05:16 7/22/2008 13:21 72,192
FILE Citigold RFP.doc 4/30/2008 05:33 7/22/2008 13:21 191,488
FILE pricing.xls 5/9/2008 09:56 7/22/2008 13:21 25,088
FILE Response Document.xls 5/9/2008 10:30 7/22/2008 13:21 109,568
FILE SLAs - Alchemy.doc 5/9/2008 08:46 7/22/2008 13:21 56,832
FILE SOP Request Definition - Alchemy.doc 5/8/2008 20:10 7/22/2008 13:21 141,312
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Citi Gold\RFP\ 0
13 1,137,152
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Citi Gold\ 1 45
16,157,508
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Credit Suisse\ 0
5 10,091,008
FILE Credit Suisse Pricing Sheet.xls 11/13/2007 05:19 7/22/2008 13:21 43,008
FILE CreditSuisseVirtual111207.xls 11/13/2007 05:47 7/22/2008 13:21 386,048
FILE FnclSvsOverviewforCS110707.doc 11/12/2007 08:02 7/22/2008 13:21 123,904
FILE LesConcierges for CreditSuisse 11-5-07.ppt 11/2/2007 16:36 7/22/2008 13:21
9,532,928

FILE Thumbs.db 2/17/2008 08:16 7/22/2008 13:21 5,120
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Credit Suisse\ 0 5 10,091,008
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\E&Y\ 0 8 1,470,976
FILE E&Y Concierge RFP Final.doc 8/28/2007 14:03 7/22/2008 13:21 335,360
FILE E&Y_090707.xls 9/10/2007 11:52 7/22/2008 13:21 415,744
FILE Ernst and Young Concierge RFP LesConcierges 9-07a.xls 9/11/2007 17:48 7/22/2008 13:21 81,920
FILE Exhibit I LesConcierges Tech Self Assessment 9-07a.xls 9/11/2007 17:48 7/22/2008 13:21 129,024
FILE Exhibit III LesConcierges HR and Harassment Policies 9-07.doc 9/11/2007 17:48 7/22/2008 13:21 109,056
FILE Exhibit IX LesConcierges Additional Information.doc 9/11/2007 17:49 7/22/2008 13:21 178,176
FILE Exhibit VI LesConcierges Pricing Proposal 9-07.doc 9/11/2007 17:49 7/22/2008 13:21 128,000
FILE Exhibit VIII LesConcierges Org Chart.ppt 9/11/2007 17:49 7/22/2008 13:21 93,696
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\E&Y\ 0 8 1,470,976
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Evins\ 0 19 65,013,419
FILE ~$sConcierges for Delta 022508.doc 2/27/2008 11:47 7/22/2008 13:21 162
FILE AGREEMENT FOR CONCIERGE SERVICES - Steinway.doc 12/2/2007 18:12 7/22/2008 13:21 193,024
FILE CORE connect membership offering V2.doc 11/9/2007 13:22 7/22/2008 13:21 108,544
FILE Evins Agenda 120407.doc 12/3/2007 12:55 7/22/2008 13:21 48,128
FILE LC Overview for Evins.ppt 3/11/2008 15:52 7/22/2008 13:21 2,034,688
FILE LesConcierges for Core 030208.doc 3/5/2008 13:16 7/22/2008 13:21 1,935,360
FILE LesConcierges for Core 030208.pdf 3/5/2008 11:24 7/22/2008 13:21 990,729
FILE LesConcierges for Core Club.ppt 11/15/2007 14:30 7/22/2008 13:21 4,165,120
FILE LesConcierges for Core Clubrev.ppt 2/6/2008 07:35 7/22/2008 13:21 1,750,016
FILE LesConcierges for Delta 022508.doc 2/25/2008 14:59 7/22/2008 13:21 1,469,952
FILE LesConcierges for Delta 022808.doc 3/3/2008 12:03 7/22/2008 13:21 2,166,784
FILE LesConcierges for Delta 030408.doc 3/4/2008 13:49 7/22/2008 13:21 2,168,832
FILE LesConcierges for Delta.ppt 11/15/2007 14:31 7/22/2008 13:21 1,634,816
FILE LesConcierges for Delta2.ppt 12/13/2007 18:35 7/22/2008 13:21 3,194,880
FILE LesConcierges for Deltarev.ppt 12/14/2007 08:29 7/22/2008 13:21 2,216,448
FILE LesConcierges for Evins 110507.ppt 11/4/2007 15:19 7/22/2008 13:21 19,063,808
FILE LesConcierges for Evins 110507c.ppt 11/4/2007 16:15 7/22/2008 13:21 3,185,664
FILE LesConcierges for Evins 11-07.ppt 11/2/2007 16:04 7/22/2008 13:21 18,676,224
FILE Thumbs.db 3/24/2008 09:33 7/22/2008 13:21 10,240
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Evins\ 0 19 65,013,419
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Exclusive Resorts\ 0 4 3,187,300
FILE destinationclubs.pdf 6/21/2006 16:29 7/22/2008 13:21 40,548
FILE LesConcierges for Exclusive Resorts.ppt 7/19/2007 11:36 7/22/2008 13:21 3,032,064
FILE LesConcierges Overview for Exclusive Resorts.doc 6/26/2006 05:35 7/22/2008 13:21 109,056
FILE Thumbs.db 2/17/2008 08:16 7/22/2008 13:21 5,632
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Exclusive Resorts\ 0 4 3,187,300
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Freehold\ 0 8 6,418,244
FILE ~$sConcierges for Freehold 3-8-07.doc 4/3/2007 11:32 7/22/2008 13:21 162
FILE ~$sConcierges Proposal for Freehold 030907.doc 3/10/2007 12:52 7/22/2008 13:21 162
FILE Freehold_Pricing_Model_2007_02_27.xls 3/10/2007 13:42 7/22/2008 13:21 340,480
FILE LesConcierges for Freehold 3-12-07.doc 3/13/2007 10:21 7/22/2008 13:21 1,519,104
FILE LesConcierges for Freehold 3-8-07.doc 3/16/2007 10:57 7/22/2008 13:21 1,719,296
FILE LesConcierges for Freehold 3-8-07.xls 3/10/2007 13:39 7/22/2008 13:21 46,080
FILE LesConcierges Proposal for Freehold 030907.doc 3/10/2007 13:03 7/22/2008 13:21 2,787,328

FILE Thumbs.db 9/25/2007 06:41 7/22/2008 13:21 5,632
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Freehold\ 0 8
6,418,244
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\HGVC\ 0 3
2,931,064
FILE HGVC Pricing.xls 8/1/2007 15:22 7/22/2008 13:21 440,832
FILE LesConcierges for HGVC 080107b.doc 8/1/2007 16:29 7/22/2008 13:21 1,424,384
FILE LesConcierges for HGVC 080107b.pdf 8/1/2007 16:45 7/22/2008 13:21 1,065,848
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\HGVC\ 0 3
2,931,064
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Incentive Plan\ 0
4 145,920
FILE Les Concierges 2008 Sales Commission Plan 012308.xls 1/23/2008 14:57 7/22/2008 13:21
36,352
FILE Les Concierges 2008 Sales Commission Plan 022408.xls 4/28/2008 10:12 7/22/2008 13:21
50,176
FILE Les Concierges 2008 Sales Commission Plan1.16 1/16/2008 15:31 7/22/2008 13:21
36,352
FILE Sales Comp Plan 2008 Scenarios.xls 1/22/2008 07:45 7/22/2008 13:21 23,040
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Incentive Plan\ 0
4 145,920
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Lloyds\ 0 4
2,445,824
FILE Alchemy for Lloyds 101307.doc 10/16/2007 05:22 7/22/2008 13:21 1,991,680
FILE Les Concierges 2008 Sales Commission Plan 022208.xls 2/22/2008 13:58 7/22/2008 13:21
42,496
FILE Lloyds Pricing Sheet.xls 10/16/2007 05:20 7/22/2008 13:21 30,720
FILE Lloyds.xls 10/16/2007 05:23 7/22/2008 13:21 380,928
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Lloyds\ 0 4
2,445,824
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Lockheed\ 0 12
11,458,496
FILE Corporate Purchasing Agreement LesConcierges FINAL.doc 1/31/2008 13:51
7/22/2008 13:21 81,408
FILE Enterprise Services # of Employees.xls 1/31/2008 11:10 7/22/2008 13:21
30,208
FILE Enterprise Services # of Employees2.xls 2/7/2008 11:33 7/22/2008 13:21 26,112
FILE Exhibit A - Final Pricing.xls 4/18/2008 09:19 7/22/2008 13:21 40,960
FILE Exhibit B Statement of Work FINAL.doc 1/31/2008 13:51 7/22/2008 13:21 47,616
FILE LC for LHM.ppt 7/25/2008 07:18 7/25/2008 06:09 3,205,120
FILE LC for LHM2.ppt 7/30/2008 14:46 7/30/2008 14:46 3,594,752
FILE LC-LM Pricing Worksheet.xls 5/5/2008 09:02 7/22/2008 13:21 29,696
FILE LesConcierges for Lockheed Martin - New Hire Community Events.doc 2/27/2008 14:42
7/22/2008 13:21 357,376
FILE LesConcierges Proposal for Lockheed Martin 020708.doc 2/8/2008 12:24 7/22/2008 13:21
3,295,744
FILE LesConcierges Proposal for Lockheed Martin 9-24-07a (2).pdf 1/25/2008 08:57
7/22/2008 13:21 402,368
FILE Pricing LM ES V2.ppt 4/17/2008 15:58 7/22/2008 13:21 347,136
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Lockheed\ 0 12
11,458,496
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Merrill Lynch\ 5
81 69,225,089
FILE ~$sConcierges for Merrill Lynch 071607.doc 2/12/2008 04:57 7/22/2008 13:21
162
FILE 20080411_EZRes Gaps.xls 6/25/2008 22:00 7/22/2008 13:21 20,992
FILE 3_2_1 Pricing Grid_CLTS_LC_Updated.xls 4/21/2008 08:07 7/22/2008 13:21
55,296
FILE Addendum to ML RFP 4_18_08.ppt 4/21/2008 08:07 7/22/2008 13:21 670,720
FILE attrition rates.xls 5/27/2008 09:27 7/22/2008 13:21 37,888
FILE Build Reqs.doc 5/14/2008 12:56 7/22/2008 13:21 32,768
FILE Incentive Structure.xls 5/26/2008 14:39 7/22/2008 13:21 21,504
FILE Integrated Process Flow.doc 3/19/2008 20:18 7/22/2008 13:21 529,920
FILE LC for Merrill Lynch Jul 15th.pdf 7/15/2008 13:10 7/22/2008 13:21 978,000
FILE LC Overview for Merrill Lynch Family Office.pdf 4/2/2008 15:15 7/22/2008 13:21
2,018,371
FILE LC Overview for Merrill Lynch Family Office.ppt 4/2/2008 15:13 7/22/2008 13:21
2,036,224
FILE LCRequirements061908b.doc 6/19/2008 11:51 7/22/2008 13:21 179,200
FILE LesConcierges for HGVC 080107.doc 8/1/2007 15:19 7/22/2008 13:21 1,444,864
FILE LesConcierges for Merrill Lynch 031208.doc 3/20/2008 13:29 7/22/2008 13:21
324,608
FILE LesConcierges for Merrill Lynch 032008.doc 3/20/2008 13:30 7/22/2008 13:21
324,608
FILE LesConcierges for Merrill Lynch 042008.doc 4/20/2008 14:00 7/22/2008 13:21

182,784
FILE LesConcierges for Merrill Lynch 051308_Rev.ppt 5/22/2008 11:09 7/22/2008 13:21
2,654,208
FILE LesConcierges for Merrill Lynch 0527_rev.pdf 5/29/2008 08:09 7/22/2008 13:21
1,841,988
FILE LesConcierges for Merrill Lynch 0527_rev.ppt 5/30/2008 12:40 7/22/2008 13:21
2,500,608
FILE LesConcierges for Merrill Lynch 0527h.pdf 5/28/2008 12:59 7/22/2008 13:21
5,236,539
FILE LesConcierges for Merrill Lynch 0527h.ppt 5/28/2008 12:58 7/22/2008 13:21
10,376,192
FILE LesConcierges for Merrill Lynch 0604.pdf 6/9/2008 11:06 7/22/2008 13:21
5,296,887
FILE LesConcierges for Merrill Lynch 0604.ppt 6/9/2008 11:05 7/22/2008 13:21
7,866,880
FILE LesConcierges for Merrill Lynch 070808.doc 7/10/2008 09:45 7/22/2008 13:21
534,016
FILE LesConcierges for Merrill Lynch 071008.doc 7/10/2008 12:10 7/22/2008 13:21
691,200
FILE LesConcierges for Merrill Lynch 071408.doc 7/15/2008 09:04 7/22/2008 13:21
824,320
FILE LesConcierges for Merrill Lynch 071508.doc 7/15/2008 13:05 7/22/2008 13:21
998,912
FILE LesConcierges for Merrill Lynch 071607.doc 7/16/2007 11:12 7/22/2008 13:21
1,473,024
FILE LesConcierges for Merrill Lynch 071607.pdf 7/16/2007 11:55 7/22/2008 13:21
4,406,213
FILE LesConcierges for Merrill Lynch 6-07.ppt 6/21/2007 15:39 7/22/2008 13:21
3,292,160
FILE Merril NDA 062507.doc 6/26/2007 07:38 7/22/2008 13:21 54,272
FILE Merrill FOS LesConcierges Master Services Agreement Final.doc 5/27/2008 06:06
7/22/2008 13:21 563,712
FILE Merrill Lynch 030708.xls 4/18/2008 14:32 7/22/2008 13:21 381,440
FILE Merrill Lynch and CLTS.doc 6/12/2008 18:43 7/22/2008 13:21 29,696
FILE Merrill Lynch Conf Call Notes 6-07.doc 6/23/2007 08:18 7/22/2008 13:21
41,472
FILE Merrill Lynch Implementation.mpp 7/17/2008 07:33 7/22/2008 13:21 283,648
FILE Merrill Lynch Implementation.xls 7/17/2008 07:26 7/22/2008 13:21 50,688
FILE Merrill Lynch Marketing Questions 061108.doc 6/11/2008 05:19 7/22/2008 13:21
32,768
FILE Merrill Lynch Roles and Responsibilities Q-LC-CLTS (version 1).xls 3/15/2008 09:30
7/22/2008 13:21 22,528
FILE Merrill Lynch Roles and Responsibilities Q-LC-CLTS.xls 3/10/2008 08:37
7/22/2008 13:21 22,528
FILE Merrill Lynch Staffing.doc 7/7/2008 06:40 7/22/2008 13:21 549,888
FILE Merrill_Lynch_Vendor_Pre_Qualificat_1 (Autosaved) 2-08.doc 2/18/2008 08:54
7/22/2008 13:21 126,464
FILE Merrill_Lynch_Vendor_Pre_Qualificat_1 2-08.doc 5/14/2008 15:38 7/22/2008 13:21
144,896
FILE ML - LesConcierges Implementation.xls 3/19/2008 09:16 7/22/2008 13:21 28,160
FILE ML Account Profile.xls 3/19/2008 09:20 7/22/2008 13:21 32,256
FILE ML Briefing.doc 7/9/2007 06:19 7/22/2008 13:21 46,080
FILE ML Demo Slides.pdf 6/9/2008 11:08 7/22/2008 13:21 643,009
FILE ML Demo Slides.ppt 6/9/2008 08:43 7/22/2008 13:21 894,464
FILE ML implementation plan.xls 6/4/2008 07:02 7/22/2008 13:21 27,136
FILE ML Marketing.mpp 6/6/2008 14:43 7/22/2008 13:21 141,312
FILE ML Notes 7-13.doc 7/14/2008 13:41 7/22/2008 13:21 29,184
FILE ML Notes.doc 7/5/2007 08:59 7/22/2008 13:21 32,256
FILE ML Opportunity Overview for Psilos v2.doc 7/29/2008 14:20 7/29/2008 14:20
430,592
FILE ML Opportunity Overview for Psilos.doc 7/29/2008 11:00 7/29/2008 11:00
432,128
FILE ML ORG.vsd 5/25/2008 09:53 7/22/2008 13:21 345,088
FILE ML Preso Prep.xls 5/25/2008 06:50 7/22/2008 13:21 30,208
FILE ML Pricing Questions.doc 3/8/2008 07:07 7/22/2008 13:21 27,136
FILE ML Product Domain - Q.xls 3/4/2008 13:11 7/22/2008 13:21 20,480
FILE ML Product Domain.xls 6/28/2007 07:32 7/22/2008 13:21 20,992
FILE ML Reqs Costing 062008.xls 6/19/2008 13:33 7/22/2008 13:21 48,128
FILE ML Reqs Costing 070708.xls 7/8/2008 17:40 7/22/2008 13:21 84,992
FILE ML Reqs Costing 070808.xls 7/8/2008 17:51 7/22/2008 13:21 102,912
FILE ML Reqs Costing 070808ss.xls 7/10/2008 05:19 7/22/2008 13:21 102,912
FILE ML Reqs Costing 071008.xls 7/14/2008 14:39 7/22/2008 13:21 102,912
FILE ML Reqs Costing 071408.xls 7/14/2008 16:48 7/22/2008 13:21 89,600
FILE ML Reqs Costing 071408b.xls 7/15/2008 13:17 7/22/2008 13:21 130,560
FILE ML_BeyondRewards_OpenItems_0514.doc 5/14/2008 15:13 7/22/2008 13:21 31,232

FILE ML_NDA.pdf 2/15/2008 15:05 7/22/2008 13:21 1,774,160
FILE ML_RFP edits.doc 6/19/2008 13:44 7/22/2008 13:21 84,480
FILE ML_TC_RFP_BIDDER_QA_CLTS_LesConcierges.Doc 4/11/2008 05:36 7/22/2008 13:21 74,240
FILE ML_TC_RFP_SOW_DETAILED_REQUIREMENTS_IncrementaJuly17_v2.doc 6/18/2008 03:06 7/22/2008 13:21 238,080
FILE ML_TC_RFP_SOW_DETAILED_REQUIREMENTS_Incremental_June23_v1_LCResponse.doc 7/15/2008 13:05 7/22/2008 13:21 221,184
FILE ML_TC_RFP_SOW_DETAILED_REQUIREMENTS_Incremental_June23_v1tb.doc 7/8/2008 14:28 7/22/2008 13:21 165,376
FILE MLPointBankXml.doc 6/12/2008 06:45 7/22/2008 13:21 2,321,920
FILE MLPPlPlan.xls 7/7/2008 07:39 7/22/2008 13:21 22,528
FILE MLrequirementsDRAFT.doc 6/19/2008 09:59 7/22/2008 13:21 565,248
FILE MLrequirementsDRAFTLC.doc 6/19/2008 13:14 7/22/2008 13:21 592,896
FILE RFP Services - MR.xls 3/8/2008 07:03 7/22/2008 13:21 19,456
FILE SLAReqs_AXA_090908.doc 9/10/2008 09:42 9/10/2008 09:42 69,120
FILE Staffing Changes.xls 3/17/2008 14:05 7/22/2008 13:21 15,872
FILE Travel Build Notes.doc 5/24/2008 04:45 7/22/2008 13:21 31,744
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Merrill Lynch\Agendas\ 0 1 148,992
FILE ML_FOS_050808.doc 5/8/2008 11:05 7/22/2008 13:21 148,992
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Merrill Lynch\Agendas\ 0 1 148,992
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Merrill Lynch\FOS\ 2 11 4,824,491
FILE 2007_Lifestyle_Concierge Requests- External.xls 1/25/2008 14:47 7/22/2008 13:21 60,416
FILE Concierge Program Overview - Mass Affluent.doc 5/1/2008 16:03 7/22/2008 13:21 94,208
FILE FOS Pricing 050408.xls 5/4/2008 07:01 7/22/2008 13:21 16,384
FILE LC Launch Management ML FHO 0627.xls 7/14/2008 10:28 7/22/2008 13:21 270,336
FILE LC Launch Management ML FHO 0713.xls 7/14/2008 13:57 7/22/2008 13:21 282,112
FILE LC_MLFOS_050508.xls 5/6/2008 06:17 7/22/2008 13:21 27,136
FILE LesConcierges for Merrill Lynch 112607a.pdf 11/26/2007 15:07 7/22/2008 13:21 2,795,952
FILE LesConcierges for Merrill Lynch 2-04-08.pdf 2/4/2008 17:17 7/22/2008 13:21 862,097
FILE LesConcierges Master Services Agreement.doc 5/6/2008 13:03 7/22/2008 13:21 236,544
FILE Merryl Lynch proposal 5-15.jpg 5/16/2008 10:53 7/22/2008 13:21 141,418
FILE Service Level Agreement.doc 5/1/2008 16:03 7/22/2008 13:21 37,888
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Merrill Lynch\FOS\contract\ 0 6 2,611,712
FILE FOS 2008_04_Proposed_Scope_Lesconcierges_LC.doc 5/16/2008 11:20 7/22/2008 13:21 325,120
FILE Merrill  Master Services Agreement 051208.doc 5/13/2008 13:39 7/22/2008 13:21 247,808
FILE Merrill FOS LesConcierges Master Services Agreement Final.doc 5/27/2008 06:10 7/22/2008 13:21 567,808
FILE Merrill Master Services Agreement 051608.doc 5/16/2008 09:41 7/22/2008 13:21 314,368
FILE Merrill Master Services Agreement 052108.doc 5/21/2008 16:15 7/22/2008 13:21 577,536
FILE Merrill Master Services Agreement 052208.doc 5/22/2008 06:32 7/22/2008 13:21 579,072
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Merrill Lynch\FOS\contract\ 0 6 2,611,712
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Merrill Lynch\FOS \Newsletter\ 0 1 141,824
FILE MLFOS_News_Sept08.doc 9/19/2008 07:40 9/19/2008 07:39 141,824
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Merrill Lynch\FOS \Newsletter\ 0 1 141,824
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Merrill Lynch\FOS\ 2 18 7,578,027
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Merrill Lynch\Pricing\ 0 2 228,864
FILE ML Reqs Costing 091208.xls 9/12/2008 06:58 9/12/2008 06:58 113,152
FILE ML Reqs Costing 091608.xls 9/16/2008 11:00 9/16/2008 08:04 115,712
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Merrill Lynch\Pricing\ 0 2 228,864
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Merrill Lynch\RFP\ 0 23 5,797,700
FILE ~$Travel 3/2/2008 16:09 7/22/2008 13:21 162
FILE ~$VQS 3/2/2008 16:18 7/22/2008 13:21 162
FILE CLTS Commissions.xls 5/6/2008 06:07 7/22/2008 13:21 23,040
FILE Commissions Chart.xls 5/6/2008 06:09 7/22/2008 13:21 22,016
FILE Commissions Chart_BH.xls 5/12/2008 09:37 7/22/2008 13:21 24,576

FILE InfoSec Terms and Conditions.doc 3/2/2008 16:07 7/22/2008 13:21 43,008
FILE LC FOS Contact Sheet.xls 7/14/2008 12:16 7/22/2008 13:21 37,888
FILE LCRequirements061908.doc 6/19/2008 09:58 7/22/2008 13:21 168,960
FILE Merrill Lynch Staffing.doc 5/21/2008 13:18 7/22/2008 13:21 147,968
FILE ML RFP Bidder Questions.doc 5/26/2008 14:38 7/22/2008 13:21 39,936
FILE ML SOW CONCIERGE DATA.xls 6/6/2008 15:01 7/22/2008 13:21 25,600
FILE Q Rels 030408.xls 3/4/2008 12:53 7/22/2008 13:21 35,328
FILE Q Travel Data Comp.doc 3/4/2008 12:54 7/22/2008 13:21 60,928
FILE Resp Authority Stmnt.doc 3/2/2008 16:08 7/22/2008 13:21 26,112
FILE RFP TOC.doc 3/2/2008 16:17 7/22/2008 13:21 1,775,616
FILE RFP_Attach2_Contact_Persons_v1.Doc 2/27/2008 13:40 7/22/2008 13:21 28,160
FILE RFP_Attach4_Answer_Grid.xls 2/27/2008 13:48 7/22/2008 13:21 112,640
FILE RFP_Attach4_Pricing_Grid.xls 2/27/2008 13:41 7/22/2008 13:21 145,408
FILE RFP_Attach4_Review_List.xls 3/17/2008 07:40 7/22/2008 13:21 70,144
FILE RFP_SOW_DETAILED_REQUIREMENTS_v1.Doc 2/27/2008 13:09 7/22/2008 13:21 1,003,008
FILE RFx Instructions.doc 3/2/2008 16:08 7/22/2008 13:21 142,336
FILE Travel 2/26/2008 10:11 7/22/2008 13:21 1,775,104
FILE VQS 2/27/2008 11:37 7/22/2008 13:21 89,600
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Merrill Lynch\RFP\ 0 23 5,797,700
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Merrill Lynch\SOW Attach\ 0 33 9,553,837
FILE 2006FnclsSummary_LesConcierges.xls 3/20/2008 07:22 7/22/2008 13:21 417,280
FILE 3.2.1_Pricing_Grid_LesConcierges.xls 3/24/2008 10:38 7/22/2008 13:21 88,576
FILE 3.2.1_Pricing_Grid_LesConcierges_Concierge_Only.xls 4/18/2008 13:40 7/22/2008 13:21 88,576
FILE 3.2.1_Pricing_Grid_LesConcierges_Only.xls 4/18/2008 13:37 7/22/2008 13:21 110,080
FILE 3.2.10_Implementation_Plan.mpp 3/24/2008 09:53 7/22/2008 13:21 307,200
FILE 3.2.10_ImplementationApproach_LesConcierges.doc 3/24/2008 08:52 7/22/2008 13:21 119,296
FILE 3.2.3.1.2.1_ClientContactSheet_LesConcierges.xls 3/24/2008 10:14 7/22/2008 13:21 40,448
FILE 3.2.3.1.2.3_BusinessInitiative and Tech Issue Log_LesConcierges.xls 3/24/2008 10:15 7/22/2008 13:21 129,024
FILE 3.2.3.1.2.3_ComplaintLog_LesConcierges.xls 3/24/2008 10:17 7/22/2008 13:21 407,040
FILE 3.2.3.1.3_DisputeResolution_LesConcierges.doc 3/24/2008 10:17 7/22/2008 13:21 31,744
FILE 3.2.3.4.1_Marketing Partners_LesConcierges.doc 3/24/2008 10:18 7/22/2008 13:21 40,960
FILE 3.2.4.10_Business Resumption Plan_LesConcierges.doc 3/20/2008 11:27 7/22/2008 13:21 331,776
FILE 3.2.4.3_Office Locations_LesConcierges.xls 3/24/2008 10:19 7/22/2008 13:21 32,256
FILE 3.2.4_Schedule 2_LesConcierges.xls 3/20/2008 13:47 7/22/2008 13:21 25,088
FILE 3.2.4_Schedule_LesConcierges.doc 3/24/2008 10:20 7/22/2008 13:21 126,976
FILE 3.2.5.1_Travel_Workflow.ppt 3/24/2008 10:21 7/22/2008 13:21 71,680
FILE 3.2.9.1.1_LCTechnologies_LesConcierges.doc 3/24/2008 10:22 7/22/2008 13:21 46,592
FILE 3.2.9.1.1_LesConcierges_Network_Flow.ppt 3/24/2008 10:25 7/22/2008 13:21 313,856
FILE 3.2.9.1.1LC_Network_Flow_LesConcierges.JPG 3/19/2008 20:59 7/22/2008 13:21 270,338
FILE 3.2.9.1.2_DevelopmentRoadmap_LesConcierges.doc 3/24/2008 08:52 7/22/2008 13:21 117,248
FILE 3.2.9.1.2_Integrated Process Flow_LesConcierges.doc 3/24/2008 10:25 7/22/2008 13:21 529,920
FILE 3.3.3.1.3_SampleItin_LesConcierges.doc 3/24/2008 10:26 7/22/2008 13:21 83,968
FILE 3.4.2_ServiceModel_LesConcierges.doc 3/24/2008 10:27 7/22/2008 13:21 119,296
FILE 3.4.4_Profile SShot_LesConcierges.ppt 3/24/2008 10:27 7/22/2008 13:21 509,952
FILE Contact Sheet_LesConcierges.doc 3/20/2008 13:33 7/22/2008 13:21 32,768
FILE LesConcierges for Merrill Lynch 032008.doc 3/20/2008 13:30 7/22/2008 13:21 324,608
FILE LesConcierges for Merrill Lynch 032708p1.doc 3/24/2008 10:31 7/22/2008 13:21 281,600
FILE LesConcierges for Merrill Lynch 032708p2.doc 3/24/2008 10:31 7/22/2008 13:21 45,568
FILE LesConcierges for Merrill Lynch 032708p3.doc 3/24/2008 10:35 7/22/2008 13:21 83,456
FILE LesConcierges for Merrill Lynch 032708p4.doc 3/24/2008 09:05 7/22/2008 13:21 319,488
FILE Merrill RFP Response LC.pdf 3/24/2008 12:03 7/22/2008 13:21 3,876,267

FILE Responsibility Authority Statement_LesConcierges.doc 3/20/2008 13:30 7/22/2008 13:21 29,184
FILE RFP_Attach4_Answer_Grid_LesConcierges.xls 3/20/2008 11:31 7/22/2008 13:21 201,728
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Merrill Lynch\SOW Attach\ 0 33 9,553,837
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Merrill Lynch\ 7 158 92,532,509
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\MGM\ 0 4 2,945,024
FILE LesConcierges for MGM Mirage Hospitality 10-07b.ppt 9/28/2007 15:13 7/22/2008 13:21 2,528,768
FILE MGM111207.xls 11/13/2007 06:37 7/22/2008 13:21 371,712
FILE MLEXECsummary.doc 3/19/2008 18:13 7/22/2008 13:21 38,912
FILE Thumbs.db 2/19/2008 11:34 7/22/2008 13:21 5,632
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\MGM\ 0 4 2,945,024
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Morgan Stanley\ 0 4 938,496
FILE LCMorganStanleyNDA.doc 9/28/2006 10:27 7/22/2008 13:21 43,520
FILE LCSmithBarneyNDA.doc 9/28/2006 10:24 7/22/2008 13:21 43,520
FILE ML_Pricing_2007_07_13-SFO_DedicatedMR.xls 7/14/2007 13:02 7/22/2008 13:21 426,496
FILE ML_Pricing_2007_07_13-SFO_DesignatedMR.xls 7/14/2007 13:02 7/22/2008 13:21 424,960
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Morgan Stanley\ 0 4 938,496
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Motorola\ 1 12 13,331,612
FILE Alchemy for Motorola 011407.doc 1/22/2008 05:54 7/22/2008 13:20 1,993,216
FILE Alchemy for Motorola 011407.pdf 1/22/2008 05:58 7/22/2008 13:20 1,419,312
FILE Alchemy Overview for Motorola.pdf 4/11/2008 14:59 7/22/2008 13:20 2,910,959
FILE Alchemy Overview for Motorola.ppt 4/11/2008 14:58 7/22/2008 13:20 4,068,864
FILE EGVM New Vendor Set Up LesConcierges.doc 2/26/2008 15:32 7/22/2008 13:21 108,032
FILE LesConcierges for Motorola Set Up.doc 3/7/2008 04:57 7/22/2008 13:21 137,216
FILE Motorola pricing sheet 010807.xls 4/11/2008 18:59 7/22/2008 13:21 71,680
FILE Motorola pricing sheet 051308.xls 5/13/2008 12:51 7/22/2008 13:21 71,168
FILE Motorola010708.xls 5/13/2008 13:05 7/22/2008 13:21 446,976
FILE motorola1.pdf 2/26/2008 15:19 7/22/2008 13:21 1,322,134
FILE motorola2.pdf 2/26/2008 15:32 7/22/2008 13:21 749,799
FILE Quintessentially Brief Dec 2007 (3).doc 1/7/2008 09:46 7/22/2008 13:21 32,256
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Motorola\US\ 0 2 390,144
FILE AGREEMENT_FOR_CONCIERGE_SERVICES.doc 2/26/2008 16:10 7/22/2008 13:21 199,680
FILE LC_MOTOROLA_AGREEMENT_FOR_CONCIERGE_SERVICES.doc 2/26/2008 16:25 7/22/2008 13:21 190,464
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Motorola\US\ 0 2 390,144
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Motorola\ 1 14 13,721,756
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Ohio Health\ 0 13 12,684,658
FILE Attachment 4 Ohio Health RFP LC Insurance 12.28.07.xls 1/3/2008 14:57 7/22/2008 13:20 41,984
FILE CONCIERGE RFP 1 .doc 12/11/2007 09:15 7/22/2008 13:20 182,784
FILE EGVM New Vendor Set Up (2).doc 2/26/2008 09:15 7/22/2008 13:20 105,984
FILE LesConcierges for Ohio Health Corp 1-08.doc 1/3/2008 14:51 7/22/2008 13:20 1,472,000
FILE LesConcierges for Ohio Health.ppt 3/5/2008 14:30 7/22/2008 13:20 9,567,744
FILE LesConcierges Org Chart.ppt 1/3/2008 14:57 7/22/2008 13:20 129,024
FILE Ohio Health RFP - LesConcierges HR Policies 1-08.doc 1/3/2008 14:57 7/22/2008 13:20 109,056
FILE OhioHealth Business Associate Agreement.pdf 12/11/2007 09:15 7/22/2008 13:20 29,789
FILE OhioHealth.efx 3/5/2008 15:19 7/22/2008 13:20 274,920
FILE OhioHealth.tif 3/5/2008 15:20 7/22/2008 13:20 614,701
FILE Proposal letter to Ohio Health 1-08.doc 1/3/2008 15:25 7/22/2008 13:20 119,808
FILE SUPPLIER REPRESENTATION OF BUSINESS SIZE AND CLASSIFICATION.xls 2/26/2008 09:21 7/22/2008 13:20 30,208
FILE Thumbs.db 3/11/2008 15:53 7/22/2008 13:20 6,656

TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Ohio Health\ 0 13 12,684,658
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\ 36 9 47,017,209
FILE LesConcierges XJet100506.ppt 10/5/2006 14:42 7/22/2008 13:19 1,630,720
FILE Mantis - Proposal for Concierge Services.doc 7/10/2005 12:00 7/22/2008 13:19 365,568
FILE SFX.ppt 4/28/2004 18:23 7/22/2008 13:20 19,676,672
FILE Sunshine Group.ppt 8/17/2004 16:52 7/22/2008 13:20 24,360,960
FILE Thumbs.db 2/19/2008 11:34 7/22/2008 13:20 8,192
FILE UAL Loyalty Summary.doc 7/23/2003 11:53 7/22/2008 13:20 34,816
FILE UAL set-up.doc 7/24/2003 09:39 7/22/2008 13:20 30,208
FILE xjet.jpg 10/5/2006 12:57 7/22/2008 13:20 5,442
FILE Xjet_FAQ.pdf 10/5/2006 12:49 7/22/2008 13:20 904,631
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\AARP\ 0 5 5,883,904
FILE AARP - LesConcierges.ppt 2/8/2004 20:18 7/22/2008 13:20 2,661,376
FILE AARP lj.doc 2/7/2004 10:55 7/22/2008 13:20 20,480
FILE AARP PPT.doc 2/6/2004 18:10 7/22/2008 13:20 27,648
FILE AARP Tickets II.ppt 9/21/2004 17:22 7/22/2008 13:20 2,301,952
FILE AARP.ppt 2/8/2004 17:13 7/22/2008 13:20 872,448
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\AARP\ 0 5 5,883,904
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\AIG\ 0 4 8,723,456
FILE AIG - Assistance company Overview II.ppt 6/17/2003 14:22 7/22/2008 13:20 240,640
FILE AIG - Assistance company Overview.ppt 6/17/2003 07:48 7/22/2008 13:20 257,536
FILE AIG Program Proposal 3-31.ppt 3/31/2003 16:13 7/22/2008 13:20 2,870,784
FILE AIG SmartAgent Screenshots.ppt 3/23/2003 20:57 7/22/2008 13:20 5,354,496
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\AIG\ 0 4 8,723,456
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Amex\ 1 24 18,280,331
FILE 20060912DiningIntModel.jpg 9/15/2006 11:16 7/22/2008 13:20 141,937
FILE 20060912DiningProcess.jpg 9/15/2006 11:16 7/22/2008 13:20 127,770
FILE Ameriprise Mutual Confidentiality (NDA)- LesConcierge 092206.doc 9/22/2006 12:27 7/22/2008 13:20 50,176
FILE Ameriprise_Mutual_Confidentiality__NDA___LesConcierge_092506.doc 9/25/2006 09:14 7/22/2008 13:20 51,712
FILE Amex Notes 092906.doc 9/29/2006 10:45 7/22/2008 13:20 27,648
FILE Amex Preso Outline 091906.doc 9/20/2006 11:37 7/22/2008 13:20 29,184
FILE Amex TravelConcierge Lifestyle RFI April 2005 MR comments.doc 4/22/2005 07:10 7/22/2008 13:20 80,384
FILE Amex Volumes[1].ppt 5/20/2005 12:08 7/22/2008 13:20 771,584
FILE AMEX_PDP_Reservation_Flow.ppt 9/29/2006 06:27 7/22/2008 13:20 1,100,800
FILE LesConcierges for American Express 091506.ppt 9/16/2006 06:28 7/22/2008 13:20 1,350,144
FILE LesConcierges for American Express 091606.ppt 9/16/2006 15:33 7/22/2008 13:20 1,267,200
FILE LesConcierges for American Express 091906.ppt 9/20/2006 11:37 7/22/2008 13:20 1,305,088
FILE LesConcierges for American Express 092006.ppt 9/20/2006 21:38 7/22/2008 13:20 2,061,312
FILE LesConcierges for American Express 092106.ppt 9/20/2006 22:15 7/22/2008 13:20 2,122,240
FILE LesConcierges for American Express 092806.ppt 9/29/2006 06:34 7/22/2008 13:20 2,163,200
FILE LesConcierges for American Express 092806f.ppt 9/29/2006 09:25 7/22/2008 13:20 2,169,344
FILE LesConcierges for American Express 7-31-06a.doc 8/23/2006 13:10 7/22/2008 13:20 114,176
FILE LesConcierges for American Express 9-12-06a.ppt 9/15/2006 15:07 7/22/2008 13:20 1,305,088
FILE LesConcierges Proposal for Amex Private Dining.doc 10/30/2006 08:42 7/22/2008 13:20 443,904
FILE Letter to American Express FINAL.doc 10/19/2006 13:28 7/22/2008 13:20 86,528
FILE PDP Overview - 07 17 06 (2).ppt 8/23/2006 13:09 7/22/2008 13:20 897,536
FILE Pyramid Side.ppt 9/23/2006 06:53 7/22/2008 13:20 272,896
FILE Sample Slide.ppt 10/1/2006 17:40 7/22/2008 13:20 324,608
FILE Thumbs.db 10/19/2006 17:59 7/22/2008 13:20 15,872
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Amex\Pricing\ 0 9 1,660,928
FILE AEXP Pricing and Productivity Scenarios 10-30-06 (2).xls 10/30/2006 14:36

7/22/2008 13:20 99,840
FILE AEXP Pricing and Productivity Scenarios 10-30-06.xls 10/30/2006 13:07 7/22/2008 13:20
91,648
FILE AEXP Pricing and Productivity Scenarios 110606.xls 11/9/2006 09:01 7/22/2008 13:20
97,280
FILE AEXP Pricing Summary 10-27-06.xls 10/28/2006 06:12 7/22/2008 13:20 72,192
FILE AMEX_Pricing_Model_Private_Dining&Consumer_10_18_06.xls 10/19/2006 18:44
7/22/2008 13:20 583,168
FILE AMEX_Pricing_Model_Private_Dining_10_18_06.xls 10/19/2006 18:44 7/22/2008 13:20
583,168
FILE AmexPDP_PricingSheet_10_18_2006.xls 10/19/2006 18:41 7/22/2008 13:20 54,784
FILE AmexPDP_PricingSheet_10_22_2006.xls 10/22/2006 12:13 7/22/2008 13:20 28,160
FILE AmexPDP_PricingSheet_10_22_2006HighProd.xls 10/23/2006 05:19 7/22/2008 13:20
50,688
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Amex\Pricing\ 0
9 1,660,928
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Amex\ 1 33
19,941,259
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Amex Gold RFP\ 1
1 476,672
FILE AEXP_Gold_Online_Pricing_Model_2007_01_30.xls 1/30/2007 17:06 7/22/2008 13:20
476,672
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Amex Gold RFP\Online Gold Card Concierge\ 0 6 1,105,890
FILE Amex_Gold_Card_Information_Protection_Requirements 0130 073.doc 1/31/2007 13:45
7/22/2008 13:20 115,200
FILE AXP Gold Card Online Concierge RFP - LesConcierges.zip 1/31/2007 14:04
7/22/2008 13:20 240,610
FILE Gold Card Online Concierge RFP Financial Data Collection Tool(1).xls 1/31/2007 13:58
7/22/2008 13:20 85,504
FILE LesConcierges Gold Card Scope of Service FINAL.doc 1/31/2007 13:45 7/22/2008 13:20
293,888
FILE LesConcierges Security Compliance Assessment FINAL.doc 1/31/2007 13:45
7/22/2008 13:20 113,152
FILE LesConcierges Technology Evaluation Questionnaire FINAL.doc 1/31/2007 13:45
7/22/2008 13:20 257,536
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Amex Gold RFP\Online Gold Card Concierge\ 0 6 1,105,890
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Amex Gold RFP\ 1
7 1,582,562
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Amex RFP\ 3
56 29,710,922
FILE ~$Ex RFP Response Final.doc 4/24/2007 07:56 7/22/2008 13:20 162
FILE Amex - Competitive Profiles 5-17-05.doc 5/18/2005 04:56 7/22/2008 13:20
26,112
FILE Amex Client Services Outline Sec. 80627v2.ppt 6/30/2005 14:03 7/22/2008 13:20
657,408
FILE Amex Concierge RFP.doc 6/23/2005 08:55 7/22/2008 13:20 114,176
FILE AMEX Executive Summary Dec-99.xls 6/30/2005 16:47 7/22/2008 13:20 100,352
FILE AMEX Follow-up Notes 7.11.05.doc 7/11/2005 12:53 7/22/2008 13:20 27,648
FILE AmEx Opportunity Assessment.doc 5/7/2005 06:19 7/22/2008 13:20 23,040
FILE Amex Overview Presentation draft v4.ppt 6/29/2005 20:27 7/22/2008 13:20
860,160
FILE amex packages.efx 6/14/2005 10:13 7/22/2008 13:20 526,348
FILE amex packages.tif 6/14/2005 12:06 7/22/2008 13:20 1,715,038
FILE AMEX Presentation - Training.ppt 6/30/2005 17:23 7/22/2008 13:20 184,832
FILE Amex Project Plan 2005-07-15.mpp 7/19/2005 06:39 7/22/2008 13:20 376,832
FILE AMEX Quality power point.ppt 6/30/2005 17:08 7/22/2008 13:20 791,040
FILE Amex RFP Requirements - Cost Analysis.xls 5/19/2005 11:49 7/22/2008 13:20
24,576
FILE AmEx RFP Response Final.doc 6/1/2005 14:22 7/22/2008 13:20 2,595,840
FILE Amex RFP.doc 5/18/2005 12:53 7/22/2008 13:20 114,688
FILE Amex Service Levels and Product Extensions.doc 6/15/2005 12:47 7/22/2008 13:20
179,712
FILE Amex Site Visit Overview 6-23-05.doc 6/23/2005 08:20 7/22/2008 13:20 51,200
FILE Amex Technology draft.ppt 6/30/2005 06:59 7/22/2008 13:20 2,466,304
FILE Amex White Board Notes 6-23-05.doc 6/23/2005 15:49 7/22/2008 13:20 25,088
FILE AmexPricing615.xls 6/15/2005 10:15 7/22/2008 13:20 46,592
FILE AmexSellingPoints v2.doc 5/21/2005 11:11 7/22/2008 13:20 49,664
FILE AmexSellingPoints.doc 5/21/2005 07:36 7/22/2008 13:20 49,152
FILE AXP Proposed Org Chart.ppt 5/29/2005 20:06 7/22/2008 13:20 50,176
FILE AXP Proposed Org Chartv2.ppt 6/15/2005 12:34 7/22/2008 13:20 48,640
FILE AXP WFM Presentation Template 6-05.ppt 6/25/2005 04:52 7/22/2008 13:20
534,528
FILE AXPForecast.xls 6/15/2005 10:14 7/22/2008 13:20 64,000

FILE Bio Slides.ppt 8/13/2005 12:57 7/22/2008 13:20 309,248
FILE Cent Pulsebeat (Split Rpt) May-00.xls 6/15/2005 10:14 7/22/2008 13:20 104,448
FILE cent.jpg 7/1/2005 12:09 7/22/2008 13:20 47,813
FILE Concierge 6/23/2005 08:54 7/22/2008 13:20 114,176
FILE Concierge Team Org Chart.ppt 6/15/2005 16:10 7/22/2008 13:20 32,768
FILE Copy of Telecenter capacity analysis - May 2001.xls 6/15/2005 10:14 7/22/2008 13:20 631,808
FILE Customer Resolution Presentation Template 6-05.ppt 6/29/2005 08:14 7/22/2008 13:20 141,312
FILE LesConcierges Response to AmEx Questions 6-15-05.doc 6/15/2005 18:28 7/22/2008 13:20 4,368,896
FILE LesConcierges Response to AmEx Questions 7-18-05.doc 7/19/2005 06:38 7/22/2008 13:20 1,299,968
FILE LesConcierges Response to AmEx Questions_packages.doc 6/15/2005 13:56 7/22/2008 13:20 4,240,384
FILE LesConcierges Response to AmEx Questions_packagesMR.doc 7/11/2005 05:57 7/22/2008 13:20 4,232,704
FILE Microsoft Office Project Exported Information.htm 7/19/2005 06:39 7/22/2008 13:20 31,418
FILE MR Revised pricing template.xls 6/14/2005 05:35 7/22/2008 13:20 21,504
FILE Operations Overview.doc 6/15/2005 18:24 7/22/2008 13:20 61,952
FILE Ops Overview.ppt 6/23/2005 15:48 7/22/2008 13:20 60,928
FILE Org chart 6-29-05.ppt 6/29/2005 13:51 7/22/2008 13:20 23,040
FILE Points Overview.doc 6/15/2005 14:16 7/22/2008 13:20 52,224
FILE Presentation Template 6-05.ppt 6/23/2005 13:28 7/22/2008 13:20 76,288
FILE Pulsebeat May-00.xls 6/15/2005 10:14 7/22/2008 13:20 321,536
FILE qa slide.jpg 7/1/2005 13:47 7/22/2008 13:20 139,187
FILE Quality - ObjectivesAgendaVision Slides.ppt 6/23/2005 15:06 7/22/2008 13:20 74,240
FILE Quality PPT.ppt 6/24/2005 14:23 7/22/2008 13:20 214,528
FILE Recruitment - Training Template 06-24-05.ppt 6/25/2005 04:56 7/22/2008 13:20 103,936
FILE Recruitment - Training Template JM3 06-27-05 S. 5 rev1.ppt 6/29/2005 09:54 7/22/2008 13:20 120,832
FILE Revised pricing template.xls 6/15/2005 10:15 7/22/2008 13:20 18,944
FILE Revised pricing template1.xls 6/15/2005 10:13 7/22/2008 13:20 18,944
FILE Thumbs.db 4/25/2007 17:43 7/22/2008 13:20 7,168
FILE WFM Presentation Template 6-05.ppt-Condensed.ppt 6/30/2005 14:08 7/22/2008 13:20 894,464
FILE workflow.efx 6/24/2005 14:07 7/22/2008 13:20 242,956
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Amex RFP\Final\ 0 10 14,324,575
FILE 0. AMEX_TOC_Final.ppt 7/5/2005 09:34 7/22/2008 13:20 299,008
FILE 1. AMEX_Intro_Goals_Final.ppt 7/5/2005 11:27 7/22/2008 13:20 483,840
FILE 2. AMEX_Overview_Final.ppt 7/5/2005 13:52 7/22/2008 13:20 784,896
FILE 3. AMEX_Operational_Diff_Final.ppt 7/5/2005 14:29 7/22/2008 13:20 546,304
FILE 4. AMEX_Technology.ppt 7/5/2005 15:16 7/22/2008 13:20 3,350,016
FILE 5. AMEX_Quality_Final.ppt 7/5/2005 15:21 7/22/2008 13:20 2,787,328
FILE 6. AMEX_Training_Final.ppt 7/5/2005 12:23 7/22/2008 13:20 731,136
FILE 7. AMEX_Workforce_Final.ppt 7/5/2005 15:19 7/22/2008 13:20 1,592,320
FILE 8_AMEX_Account_Final.ppt 7/5/2005 15:34 7/22/2008 13:20 1,038,336
FILE Title-Page-03 Flatten-date.pdf 7/3/2005 20:56 7/22/2008 13:20 2,711,391
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Amex RFP\Final\ 0 10 14,324,575
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Amex RFP\Private Dining \ 0 1 89,088
FILE Letter to American Express 7-31-06 MR.doc 7/31/2006 06:56 7/22/2008 13:20 89,088
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Amex RFP\Private Dining \ 0 1 89,088
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Amex RFP\RFP Docs\ 0 12 3,233,442
FILE ~$FORMATION REQUIRED FROM VENDOR My Comments.doc 5/29/2005 10:22 7/22/2008 13:20 162
FILE Amex- Performance Requirements(1)_Revised(1) 5-16-05.xls 3/13/2006 16:12 7/22/2008 13:20 210,944
FILE Concierge 5/21/2005 07:23 7/22/2008 13:20 114,176
FILE Concierge Performance Requirements.doc 5/18/2005 12:59 7/22/2008 13:20 1,259,520
FILE Concierge-1 5/21/2005 07:45 7/22/2008 13:20 394,752
FILE Fine 5/21/2005 07:25 7/22/2008 13:20 192,512
FILE INFORMATION REQUIRED FROM VENDOR My Comments.doc 5/25/2005 20:10 7/22/2008 13:20 55,808
FILE INFORMATION REQUIRED FROM VENDOR.doc 5/18/2005 12:59 7/22/2008 13:20 54,272
FILE Pulsebeat 5/21/2005 07:28 7/22/2008 13:20 156,672

FILE TBASS 5/21/2005 07:29 7/22/2008 13:20 25,600
FILE Ticket 5/21/2005 07:28 7/22/2008 13:20 31,232
FILE Volumes.ppt 5/21/2005 07:37 7/22/2008 13:20 737,792
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Amex RFP\RFP Docs\ 0 12 3,233,442
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Amex RFP\ 3 79 47,358,027
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\aol\ 0 51 24,862,464
FILE AOL 2003 Report.xls 8/31/2004 15:13 7/22/2008 13:20 1,342,976
FILE AOL 2004 Report.xls 8/31/2004 15:14 7/22/2008 13:20 880,640
FILE AOL Calendar Screenshot.doc 8/10/2003 18:29 7/22/2008 13:20 216,064
FILE AOL CUSTOMER REFERENCE.doc 9/8/2004 18:43 7/22/2008 13:20 97,280
FILE AOL Positioning Statement.doc 9/3/2004 11:45 7/22/2008 13:20 26,112
FILE AOL Product 07-11-03.ppt 7/15/2003 08:07 7/22/2008 13:20 1,330,688
FILE AOL Product 07-16-03.ppt 7/15/2003 08:32 7/22/2008 13:20 1,172,480
FILE AOL Product Overview.doc 8/12/2003 09:29 7/22/2008 13:20 317,952
FILE AOL Questions Doc.doc 9/4/2004 05:43 7/22/2008 13:20 26,624
FILE AOL Revised v1 090204.doc 9/4/2004 05:43 7/22/2008 13:20 999,424
FILE AOL RFP final draft 8-04.doc 8/25/2004 10:59 7/22/2008 13:20 336,896
FILE AOL RFP Presentation - Mark Slides.ppt 10/12/2004 07:00 7/22/2008 13:20 162,816
FILE AOL RFP Presentation-V3.ppt 10/11/2004 10:25 7/22/2008 13:20 164,864
FILE AOL RFP Presentation-V4.ppt 10/11/2004 15:24 7/22/2008 13:20 433,664
FILE AOL RFP Presentation-V5.ppt 10/12/2004 06:06 7/22/2008 13:20 406,528
FILE AOL RFP Response - Denise 2004.08.30.doc 9/1/2004 10:23 7/22/2008 13:20 35,328
FILE AOL RFP Response - Denise 2004.09.01Revised.doc 9/1/2004 14:11 7/22/2008 13:20 28,672
FILE AOL RFP V1 Mark.doc 9/6/2004 05:49 7/22/2008 13:20 388,096
FILE AOL RFP V2 Mark.doc 9/7/2004 21:58 7/22/2008 13:20 847,360
FILE AOL RFP V3 Mark.doc 9/8/2004 14:12 7/22/2008 13:20 1,165,824
FILE AOL RFP V4 Mark.doc 9/8/2004 14:39 7/22/2008 13:20 1,234,944
FILE AOL RFP V5 Mark.doc 9/8/2004 20:51 7/22/2008 13:20 1,184,768
FILE AOL Stuff.doc 6/1/2003 16:45 7/22/2008 13:20 77,312
FILE AOL Submission of Offer 090704.doc 9/8/2004 14:13 7/22/2008 13:20 86,016
FILE aol.ppt 6/2/2003 18:52 7/22/2008 13:20 953,344
FILE aol060303.ppt 6/3/2003 00:22 7/22/2008 13:20 971,264
FILE aol060303HARRY.ppt 6/3/2003 01:10 7/22/2008 13:20 955,392
FILE aol060303LEONSIS.ppt 6/3/2003 01:36 7/22/2008 13:20 932,864
FILE AOL0603LEONSIS.ppt 6/2/2003 20:28 7/22/2008 13:20 144,384
FILE AOL2004BusPLAN.ppt 9/1/2004 07:10 7/22/2008 13:20 1,779,712
FILE AOLRFPfinaldraft8-04SHANNON-JM1.doc 8/31/2004 15:07 7/22/2008 13:20 995,328
FILE AOLRFPfinaldraft9-04SHANNON-JM1.doc 9/1/2004 15:03 7/22/2008 13:20 1,010,688
FILE BusinessPlan2004-SampleWorksheet-10-16-03.xls 9/1/2004 07:10 7/22/2008 13:20 192,512
FILE CaseStudyonLClttr Final.ppt 10/12/2004 17:57 7/22/2008 13:20 157,184
FILE CaseStudyonLClttr.ppt 10/12/2004 06:52 7/22/2008 13:20 156,160
FILE Concept Statement.doc 11/18/2003 06:35 7/22/2008 13:20 25,600
FILE Concierge RFP Instructions - Final version.doc 8/25/2004 16:49 7/22/2008 13:20 114,176
FILE Concierge RFP Part II - Company Info.doc 9/8/2004 15:12 7/22/2008 13:20 89,600
FILE Concierge SOW - Attachment A - Mark comments.doc 8/30/2004 20:54 7/22/2008 13:20 103,936
FILE Concierge SOW - Attachment A.doc 9/5/2004 19:30 7/22/2008 13:20 125,440
FILE Les Concierges Work-Life proposal.doc 9/8/2004 20:45 7/22/2008 13:20 1,073,152
FILE LifeCare Overview_LesConcierges_AOL_2.doc 9/7/2004 14:03 7/22/2008 13:20 794,112
FILE Omnibus Draft Questions - c.doc 2/4/2004 05:33 7/22/2008 13:20 28,160
FILE Omnibus Draft Questions.ZIP 11/18/2003 08:42 7/22/2008 13:20 119,040
FILE PSA Agreement - Attachment B.doc 8/23/2004 09:23 7/22/2008 13:20 80,384
FILE RFP Questions INTERNAL 8-25-04.doc 8/25/2004 10:59 7/22/2008 13:20 254,976
FILE Ted Leonsis - MWR edits II.doc 2/2/2003 13:26 7/22/2008 13:20 37,888
FILE Ted Leonsis - MWR edits v2.doc 2/25/2003 00:16 7/22/2008 13:20 35,328
FILE Ted Leonsis - MWR edits.doc 2/2/2003 12:10 7/22/2008 13:20 35,840
FILE Ted Leonsis Letter - mwr edits.doc 1/30/2003 18:23 7/22/2008 13:20 23,040
FILE YTD-Jan[1].-DEC.2003AOLforJODITemplate.ppt 9/1/2004 07:10 7/22/2008 13:20 709,632
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\aol\ 0 51 24,862,464
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\AXIA\ 0 1 1,191,424
FILE AxiaIntro.ppt 8/18/2003 15:10 7/22/2008 13:20 1,191,424
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\AXIA\ 0 1 1,191,424
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\BCMI\ 0 7 5,400,064
FILE BCMI Proposal for Concierge Service 112006.xls 11/20/2006 21:05 7/22/2008 13:20

53,760
FILE BCMI.ppt 11/20/2006 11:00 7/22/2008 13:20 1,976,832
FILE BCMI_Pricing_Model_1100606.xls 11/21/2006 06:01 7/22/2008 13:20 506,880
FILE BCMIscreenshots.ppt 11/20/2006 21:58 7/22/2008 13:20 1,374,208
FILE LesConcierges for BCMI 11-06 b.doc 11/20/2006 18:15 7/22/2008 13:20 457,216
FILE LesConcierges for BCMI 112006.doc 11/20/2006 21:44 7/22/2008 13:20 514,560
FILE LesConcierges for BCMI 112006a.doc 11/21/2006 08:32 7/22/2008 13:20 516,608
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\BCMI\ 0 7 5,400,064
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\BMW\ 0 11 25,534,781
FILE assist_brochure.pdf 3/14/2005 20:33 7/22/2008 13:20 262,845
FILE BMW Assist RFP 2-05 FINAL.doc 2/17/2005 19:52 7/22/2008 13:20 278,016
FILE BMW Ops.ppt 3/28/2005 09:27 7/22/2008 13:20 1,223,168
FILE BMW Presentation v5.ppt 3/27/2005 06:30 7/22/2008 13:20 8,573,440
FILE BMW Presentation v6.ppt 3/28/2005 11:17 7/22/2008 13:20 9,103,360
FILE BMW Retention Calendar.ppt 3/21/2005 13:03 7/22/2008 13:20 506,880
FILE bmw rfp.efx 2/1/2005 13:25 7/22/2008 13:20 261,040
FILE bmw rfp.tif 1/25/2008 15:42 7/22/2008 13:20 910,881
FILE BMW supplementary info and program design recs 4-05.doc 4/7/2005 18:20 7/22/2008 13:20 181,760
FILE BMWPresentationv6a.ppt 3/28/2005 17:05 7/22/2008 13:20 4,165,120
FILE Les Concierges 03-14-05.pdf 3/14/2005 20:31 7/22/2008 13:20 68,271
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\BMW\ 0 11 25,534,781
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Capital One\ 0 4 3,564,544
FILE CBSI Pricing Sheet 031207.xls 3/13/2007 10:12 7/22/2008 13:20 51,712
FILE CBSI_Pricing_Model_2007_03_12.xls 3/13/2007 10:12 7/22/2008 13:20 397,312
FILE LesConcierges Proposal for CapOne 030907.doc 3/12/2007 07:06 7/22/2008 13:20 1,652,224
FILE LesConcierges Proposal for CapOne 030907fm.doc 3/13/2007 10:07 7/22/2008 13:20 1,463,296
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Capital One\ 0 4 3,564,544
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Carlson\ 0 1 30,720
FILE CMG Europe Agenda 012505.doc 1/25/2005 01:16 7/22/2008 13:20 30,720
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Carlson\ 0 1 30,720
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Centex\ 0 1 915,456
FILE CentexPresentation.ppt 2/22/2004 20:04 7/22/2008 13:20 915,456
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Centex\ 0 1 915,456
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Emigrant\ 0 2 24,417,280
FILE Emigrant Savings Bank.ppt 8/17/2004 16:46 7/22/2008 13:20 24,367,104
FILE Letter to Fuhsw 8-04b.doc 8/2/2004 14:28 7/22/2008 13:20 50,176
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Emigrant\ 0 2 24,417,280
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Employee\ 0 12 53,799,424
FILE Boeing.ppt 2/22/2004 20:05 7/22/2008 13:20 322,048
FILE Cadence 0104.ppt 3/25/2004 14:24 7/22/2008 13:20 697,344
FILE Cadence 0104m.ppt 3/25/2004 15:33 7/22/2008 13:20 697,344
FILE CAREington.ppt 10/12/2004 07:54 7/22/2008 13:20 24,363,008
FILE eBay ROI.ppt 3/25/2004 13:46 7/22/2008 13:20 180,736
FILE eBay.ppt 9/18/2003 13:14 7/22/2008 13:20 1,098,240
FILE LesConcierges Proposal for Google 9-04Final.doc 2/11/2005 15:01 7/22/2008 13:20 6,712,832
FILE MBNA Employee Loyalty - Proposal for Service ini.doc 2/15/2005 05:58 7/22/2008 13:20 6,720,000
FILE MBNA Employee Loyalty - Proposal for Service.doc 2/17/2005 16:43 7/22/2008 13:20 6,720,000
FILE MS Executive Concierge Program 2-26.ppt 2/26/2003 18:27 7/22/2008 13:20 2,674,688
FILE Philip Morris RFP 9-04 v3.doc 9/27/2004 15:16 7/22/2008 13:20 3,119,104
FILE PwhcConcierge ServicesRFP0224.doc 3/18/2005 13:44 7/22/2008 13:20 494,080
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Employee\ 0 12 53,799,424
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\ETFS\ 0 2 4,208,640
FILE etfs.doc 4/5/2003 14:53 7/22/2008 13:20 22,016
FILE etfs.ppt 4/6/2003 18:56 7/22/2008 13:20 4,186,624

```
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\ETFS\   0      2
        4,208,640
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\GE Net Rewards\ 0
        5       5,012,856
FILE    GE Money Overview 3-13-07.ppt 3/13/2007 20:59       7/22/2008 13:20       3,046,912
FILE    GE RFI experientialrewardsV4 1 sp 3-27-07.doc       3/31/2007 10:32       7/22/2008 13:20
        570,880
FILE    GE RFI experientialrewardsV4 MR.doc   4/4/2007 07:00 7/22/2008 13:20       589,312
FILE    GE RFI experientialrewardsV4 MRcl.doc 4/4/2007 10:42 7/22/2008 13:20       593,408
FILE    rfp.zip 2/19/2007 14:46       7/22/2008 13:20       212,344
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\GE Net Rewards\ 0
        5       5,012,856
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\GSC (Moscow)\  0
        4       524,800
FILE    GSC Group Overview 11-05a.doc 11/21/2005 13:28       7/22/2008 13:20       122,368
FILE    GSC Group Overview 11-05aMRComment.doc       11/21/2005 14:18       7/22/2008 13:20
        135,680
FILE    GSC Group Overview b.doc      11/18/2005 19:44       7/22/2008 13:20       95,232
FILE    LC Russia Partnership Benefits.doc    11/18/2005 20:32       7/22/2008 13:20       171,520
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\GSC (Moscow)\  0
        4       524,800
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\IMG\    0      5
        6,448,640
FILE    FORM (clean) Marketing Agreement.doc 7/31/2006 08:53       7/22/2008 13:20       75,264
FILE    GE Money Overview 3-13-07.ppt 3/13/2007 20:59       7/22/2008 13:20       3,164,672
FILE    GE Notes.ppt   3/13/2007 13:54       7/22/2008 13:20       2,959,872
FILE    Proposed Artists (2).ppt      2/21/2006 10:59       7/22/2008 13:20       243,712
FILE    Thumbs.db      10/3/2006 11:49       7/22/2008 13:20       5,120
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\IMG\    0      5
        6,448,640
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\LCIndia\       0
        6       2,094,080
FILE    ICICI Bank.xls 12/4/2006 18:31       7/22/2008 13:20       524,800
FILE    ICICI Pricing Sheet 112006.xls       11/28/2006 23:38       7/22/2008 13:20       53,248
FILE    LesConcierges for Six Senses 112706.doc      11/29/2006 16:32       7/22/2008 13:20
        508,928
FILE    LesConcierges Proposal for ICICI Bank.doc    11/29/2006 16:25       7/22/2008 13:20
        478,208
FILE    Six Senses Pricing Sheet 112006.xls  11/28/2006 23:55       7/22/2008 13:20       53,248
FILE    Six Senses.xls 12/4/2006 18:29       7/22/2008 13:20       475,648
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\LCIndia\       0
        6       2,094,080
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Lexus\  0      16
        16,671,061
FILE    ~$sConcierges for Lexus 2-19-07.doc  5/30/2007 10:23       7/22/2008 13:20       162
FILE    ~$sConcierges Proposal for Lexus 021207.doc  2/12/2007 09:35       7/22/2008 13:20
        162
FILE    ~WRL0387.tmp   2/12/2007 10:35       7/22/2008 13:20       4,060,672
FILE    FW Lexus Luxury Hotel Partnership - Concierge Service RFP.txt      2/4/2007 12:50
        7/22/2008 13:20       5,462
FILE    LesConcierges for Lexus 2-12-07.doc  2/19/2007 14:52       7/22/2008 13:20
        1,724,928
FILE    LesConcierges for Lexus 2-19-07.doc  2/19/2007 15:37       7/22/2008 13:20
        1,727,488
FILE    LesConcierges for Starwood Luxury Collection.doc     6/6/2007 08:55 7/22/2008 13:20
        1,731,072
FILE    LesConcierges Proposal for Lexus 020507.doc  2/5/2007 08:45 7/22/2008 13:20       837,120
FILE    LesConcierges Proposal for Lexus 021207.doc  2/12/2007 18:12       7/22/2008 13:20
        4,016,640
FILE    lexus 6-10-6.ppt      10/5/2006 09:53       7/22/2008 13:20       1,678,848
FILE    Lexus Concierge Pricing Sheet.xls    2/12/2007 17:30       7/22/2008 13:20       53,248
FILE    Lexus Hotel Overview for Les Concierges.doc  1/19/2007 10:47       7/22/2008 13:20
        58,880
FILE    lexus info.htm 2/4/2007 20:10 7/22/2008 13:20       3,353
FILE    Lexus_Pricing_Model_021007.xls       2/11/2007 12:35       7/22/2008 13:20       327,680
FILE    Lexus_Pricing_Model_2007_02_12.xls   2/12/2007 00:37       7/22/2008 13:20       435,712
FILE    My Lexus Notes.htm     2/4/2007 20:10 7/22/2008 13:20       9,634
TOTAL   S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Lexus\  0      16
        16,671,061
FOLDER  S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Lockheed\      1
        16      13,024,445
FILE    ~$ckheed Proposal v2 10-3.doc 10/3/2003 16:17       7/22/2008 13:20       162
FILE    HonorGuard2.JPG       9/26/2003 12:23       7/22/2008 13:20       2,693,315
FILE    LH.efx  9/19/2003 14:39       7/22/2008 13:20       310,856
FILE    LOCK RFP AMB082903 1.0.xls    10/2/2003 13:39       7/22/2008 13:20       202,240
```

FILE Lockheed notes.doc 10/2/2003 09:06 7/22/2008 13:20 19,456
FILE Lockheed Proposal FINAL 10-7.doc 9/1/2004 04:20 7/22/2008 13:20 3,835,904
FILE Lockheed Proposal v1 9-29.doc 9/30/2003 07:54 7/22/2008 13:20 1,209,344
FILE Lockheed Proposal v2 10-3.doc 10/3/2003 13:25 7/22/2008 13:20 4,156,416
FILE luxury-wealth-trends-cx_sr_0622luxury_print.html 8/14/2005 10:25 7/22/2008 13:20 11,945
FILE M&DS 2003.xls 10/1/2003 14:05 7/22/2008 13:20 26,112
FILE NESS 2003.xls 10/1/2003 14:14 7/22/2008 13:20 25,600
FILE Pricing.ppt 4/4/2008 12:54 7/22/2008 13:20 144,384
FILE RFP Questions 9-5-03.doc 9/18/2003 07:03 7/22/2008 13:20 235,008
FILE RFP Response to Vendors 9-19-03.doc 9/18/2003 11:32 7/22/2008 13:20 44,032
FILE RFP.zip 9/2/2003 07:06 7/22/2008 13:20 100,967
FILE Thumbs.db 7/2/2004 03:45 7/22/2008 13:20 8,704
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Lockheed\RFP\ 0 7 558,592
FILE Exhibit 1 - SOW (8-28).doc 8/29/2003 12:03 7/22/2008 13:20 45,056
FILE Exhibit 2 - Sample Corporate Purchasing Agreement.doc 8/22/2003 14:29 7/22/2008 13:20 98,816
FILE Exhibit 3 - Corpdoc 1 SER (7_02) 8/21/2003 12:59 7/22/2008 13:20 94,720
FILE Exhibit 4 - Pricing Struture.xls 10/3/2003 14:01 7/22/2008 13:20 17,408
FILE Exhibit 5 - Sample Reporting Requirements.xls 8/22/2003 13:17 7/22/2008 13:20 15,872
FILE Exhibit 7 - Reference Request.xls 8/22/2003 09:08 7/22/2008 13:20 15,360
FILE RFP_AB082503.doc 8/29/2003 12:06 7/22/2008 13:20 271,360
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Lockheed\RFP\ 0 7 558,592
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Lockheed\ 1 23 13,583,037
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Logos\ 0 1 27,258
FILE NewLCLogo 9/7/2006 12:56 7/22/2008 13:20 27,258
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Logos\ 0 1 27,258
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Mastercard\ 0 6 29,901,312
FILE CompassConcierge.ppt 9/8/2003 21:28 7/22/2008 13:20 2,227,200
FILE mastercard cover letter.doc 8/22/2001 11:50 7/22/2008 13:20 22,016
FILE Mastercard PPT Take 1.doc 2/18/2004 16:09 7/22/2008 13:20 26,112
FILE Mastercard Small Biz Document.doc 8/22/2001 16:28 7/22/2008 13:20 2,469,888
FILE MasterCard2.ppt 2/22/2004 22:31 7/22/2008 13:20 24,393,728
FILE SmartAgent.ppt 9/7/2003 16:48 7/22/2008 13:20 762,368
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Mastercard\ 0 6 29,901,312
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Motorola\ 0 1 2,442,240
FILE LC Response to Motorola RFP.doc 10/2/2003 08:20 7/22/2008 13:20 2,442,240
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Motorola\ 0 1 2,442,240
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\onstar rfp\ 5 21 15,661,218
FILE ~$Star v9.doc 7/20/2004 15:25 7/22/2008 13:20 162
FILE Concierge_2ndTarget_LesConcierges.xls 10/21/2003 12:31 7/22/2008 13:20 22,016
FILE LC Questions for OnStar RFP.doc 8/4/2003 13:38 7/22/2008 13:20 37,888
FILE LesConcierges Target Matrix10.9.03.xls 10/21/2003 13:05 7/22/2008 13:20 19,968
FILE OnStar 8.14.03 mwr.doc 8/14/2003 11:22 7/22/2008 13:20 854,528
FILE OnStar 8.15.03 mwr.doc 8/15/2003 09:26 7/22/2008 13:20 1,093,120
FILE OnStar framing.doc 7/31/2003 14:36 7/22/2008 13:20 36,352
FILE OnStar Pricing Spec Sheet - mwr comments.doc 7/31/2003 08:53 7/22/2008 13:20 35,328
FILE OnStar responses Mark Sections.doc 8/20/2003 12:53 7/22/2008 13:20 37,376
FILE OnStar v6 mwr comments 8-18.doc 8/19/2003 07:29 7/22/2008 13:20 1,078,784
FILE OnStar v8.doc 8/19/2003 17:46 7/22/2008 13:20 1,804,800
FILE OnStar v9.doc 8/20/2003 10:31 7/22/2008 13:20 1,878,016
FILE OnstarPresentation v 3.ppt 9/8/2003 22:00 7/22/2008 13:20 4,278,784
FILE OnstarPresentation.ppt 9/7/2003 17:42 7/22/2008 13:20 2,208,768
FILE OS 081503 Matrix A B.xls 8/15/2003 16:36 7/22/2008 13:20 212,480
FILE Questions for OnStar RFP.doc 8/1/2003 05:59 7/22/2008 13:20 35,328
FILE SmartAgent.ppt 9/7/2003 16:48 7/22/2008 13:20 762,368
FILE SOW - LC Response mwr 8-8.doc 8/8/2003 10:35 7/22/2008 13:20 739,840
FILE SOW - LC Response.doc 8/8/2003 07:26 7/22/2008 13:20 267,264
FILE SOW- OnStar - Section Assignments - Revised.doc 7/30/2003 12:27 7/22/2008 13:20

248,832
FILE Thumbs.db 9/20/2004 09:22 7/22/2008 13:20 9,216
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\onstar rfp\BMW\ 0
3 94,720
FILE BMW Supplementary Info 3-14.doc 3/28/2005 17:07 7/22/2008 13:20 52,736
FILE LCFinancialsBMW.xls 3/28/2005 14:22 7/22/2008 13:20 18,432
FILE Program Breakout for Jaguar.xls 8/17/2005 11:37 7/22/2008 13:20 23,552
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\onstar rfp\BMW\ 0
3 94,720
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\onstar rfp\old\ 0
1 247,808
FILE SOW- OnStar - Section Assignments.doc 7/30/2003 07:06 7/22/2008 13:20 247,808
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\onstar rfp\old\ 0
1 247,808
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\onstar rfp\OnStar data from 2000\ 0 4 267,264
FILE Closed requests 2000 - Onstar.xls 7/31/2003 09:41 7/22/2008 13:20 141,824
FILE Monthly Summary - 2000.xls 7/31/2003 09:42 7/22/2008 13:20 25,088
FILE Onstar Oct 00.xls 7/31/2003 05:14 7/22/2008 13:20 68,096
FILE OnStar Pulsebeat - Dec-00.xls 7/31/2003 09:35 7/22/2008 13:20 32,256
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\onstar rfp\OnStar data from 2000\ 0 4 267,264
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\onstar rfp\Orig OnStar RFP\ 0 10 1,581,568
FILE Appendix A Required Reports .doc 7/25/2003 07:25 7/22/2008 13:20 40,448
FILE Appendix B OnStar Data File Information.doc 7/25/2003 07:25 7/22/2008 13:20
19,968
FILE Appendix C Service Level Requirements.doc 7/25/2003 07:25 7/22/2008 13:20
31,744
FILE Concierge RFP Monthly Summary Report Template.xls 7/25/2003 07:25 7/22/2008 13:20
16,896
FILE OnStar required reports.doc 8/5/2003 12:20 7/22/2008 13:20 19,456
FILE OnStar RFP Response - LesConcierges.doc 8/2/2003 09:14 7/22/2008 13:20 227,840
FILE RFP-OnStar Concierge Services Center.doc 7/25/2003 07:25 7/22/2008 13:20
235,008
FILE SOW-OnStar Concierge Services Center.doc 7/25/2003 07:25 7/22/2008 13:20
227,328
FILE SOW-OnStar Concierge Services Center_08_05_03.doc 8/6/2003 06:30 7/22/2008 13:20
228,352
FILE TCV28 From ISS Purchasing Website.doc 7/25/2003 07:26 7/22/2008 13:20 534,528
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\onstar rfp\Orig OnStar RFP\ 0 10 1,581,568
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\onstar rfp\ramesh\
0 2 80,384
FILE Appendix A Required Reports Ramesh.doc 7/29/2003 12:52 7/22/2008 13:20
45,056
FILE Appendix C Service Level Requirements Ramesh.doc 7/29/2003 12:52 7/22/2008 13:20
35,328
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\onstar rfp\ramesh\
0 2 80,384
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\onstar rfp\ 5
41 17,932,962
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Phoenix\ 0
4 289,280
FILE Attachment A - Pricing Matrix.xls 6/20/2005 16:15 7/22/2008 13:20 114,176
FILE Attachment B - SPecifications and Tiers.doc 6/20/2005 16:15 7/22/2008 13:20
22,016
FILE Attachment C - Travel and Expense Guidelines.doc 6/20/2005 16:15 7/22/2008 13:20
22,528
FILE Concierge RFP LesConcierges.doc 6/20/2005 16:15 7/22/2008 13:20 130,560
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Phoenix\ 0
4 289,280
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\rbc\ 0 11
8,292,864
FILE Concierge RFP 06-27-03 LC v2.doc 7/14/2003 08:05 7/22/2008 13:20
1,850,368
FILE Concierge RFP 06-27-03 LC.doc 7/12/2003 11:53 7/22/2008 13:20 1,830,912
FILE LC RBC Questions Final.doc 8/22/2003 12:54 7/22/2008 13:20 52,736
FILE LC RBC Questions.doc 8/18/2003 12:44 7/22/2008 13:20 36,352
FILE LC Summary Pricing 10-15-03.xls 10/15/2003 14:43 7/22/2008 13:20 24,576
FILE RBC 1.0 071503 - no fee.xls 10/15/2003 14:43 7/22/2008 13:20 410,112
FILE RBC and LesConcierges v 3.doc 7/18/2003 12:56 7/22/2008 13:20 948,224
FILE RBC and LesConciergesFinal 7.21.03.doc 7/21/2003 15:43 7/22/2008 13:20
1,543,168
FILE RBC and LesConciergesFinal 7.21.031.doc 9/25/2003 06:54 7/22/2008 13:20

1,544,704
FILE RBC per request pricing comparison 10-16.xls 10/17/2003 05:43 7/22/2008 13:20
14,336
FILE RBCPricingScenarios.doc 10/15/2003 14:43 7/22/2008 13:20 37,376
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\rbc\ 0 11
8,292,864
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Regent\ 0 11
2,395,596
FILE ~$gentAnalysis091906.doc 9/28/2006 13:17 7/22/2008 13:20 162
FILE ConciergeOverviewRSSC.doc 10/2/2006 22:51 7/22/2008 13:20 146,944
FILE Regent Background.doc 7/17/2006 18:03 7/22/2008 13:20 181,760
FILE Regent Meeting Notes 7-26-06.doc 10/8/2006 20:03 7/22/2008 13:20 59,392
FILE Regent Notes.doc 7/27/2006 04:24 7/22/2008 13:20 30,208
FILE RegentAnalysis091906.doc 9/18/2006 07:03 7/22/2008 13:20 215,552
FILE RegentAnalysis092806.doc 9/29/2006 16:21 7/22/2008 13:20 219,648
FILE RegentAnalysis093006.doc 9/30/2006 18:51 7/22/2008 13:20 110,080
FILE RegentAnalysis093006dt.doc 9/30/2006 15:09 7/22/2008 13:20 121,344
FILE Seven Seas Society Tiers.pdf 9/3/2006 06:52 7/22/2008 13:20 59,061
FILE TheRegentExperience.pdf 7/17/2006 18:05 7/22/2008 13:20 1,251,445
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Regent\ 0 11
2,395,596
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\SmithBarney\ 0
12 1,399,644
FILE ~$sConcierges Lux Segment Overview for SmithBarney 101306.doc 10/31/2006 17:39
7/22/2008 13:20 162
FILE ~$x Segment Overview SmithBarney 091206.doc 9/13/2006 12:53 7/22/2008 13:20
162
FILE 0_ssb_logo1.gif 10/15/2006 04:44 7/22/2008 13:20 3,492
FILE Batt receipt.htm 10/22/2006 07:58 7/22/2008 13:20 22,132
FILE CITI NDA092106.doc 9/22/2006 06:30 7/22/2008 13:20 51,200
FILE LCSmithBarneyNDA.doc 9/13/2006 10:49 7/22/2008 13:20 43,520
FILE LesConcierges Lux Segment Overview for SmithBarney 101306.doc 10/15/2006 05:10
7/22/2008 13:20 403,456
FILE Lux Segment Overview SmithBarney 091206.doc 10/5/2006 12:41 7/22/2008 13:20
216,064
FILE Lux Segment Overview SmithBarney 091206dt.doc 9/13/2006 10:00 7/22/2008 13:20
222,208
FILE Lux Segment Overview SmithBarney 092106.doc 10/6/2006 11:55 7/22/2008 13:20
216,064
FILE Thumbs.db 10/19/2006 17:59 7/22/2008 13:20 5,120
FILE XJetOverview 092106.doc 10/5/2006 12:44 7/22/2008 13:20 216,064
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\SmithBarney\ 0
12 1,399,644
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\starwood\ 0
4 7,350,784
FILE Starwood Hotels and Resorts 4-18-05.ppt 4/18/2005 11:37 7/22/2008 13:20
824,832
FILE Starwood Hotels and Resorts 6.28.05.ppt 6/24/2005 11:33 7/22/2008 13:20
1,473,024
FILE Starwood Program Design.ppt 5/3/2005 16:11 7/22/2008 13:20 3,143,680
FILE Starwood.ppt 6/30/2005 21:59 7/22/2008 13:20 1,909,248
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\starwood\ 0
4 7,350,784
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Sun\ 1 3
4,911,104
FILE LesConcierges RFI Response for Sun Microsystems.doc 8/29/2006 14:18 7/22/2008 13:20
1,830,400
FILE Sun RFP Presentation FINAL.ppt 10/2/2006 21:09 7/22/2008 13:20
3,075,072
FILE Thumbs.db 10/3/2006 11:49 7/22/2008 13:20 5,632
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Sun\Sun_Docs\ 0
13 5,361,983
FILE 2006 Overview Sun.pdf 10/1/2006 12:42 7/22/2008 13:20 320,352
FILE Health Care Benefits 0806.pdf 10/1/2006 12:42 7/22/2008 13:20 357,228
FILE LesConcierges for Sun Microsystems FINAL 9-27 _3_.pdf 10/1/2006 12:42
7/22/2008 13:20 1,290,114
FILE LesConcierges Member Privacy Policy.pdf 10/1/2006 12:42 7/22/2008 13:20
28,720
FILE LesConcierges Org Chart 8-20061.pdf 10/1/2006 12:42 7/22/2008 13:20 34,026
FILE MyConcierge_Overview.pdf 10/1/2006 12:42 7/22/2008 13:20 2,486,331
FILE On-Site vs Virtual Employee.pdf 10/1/2006 12:42 7/22/2008 13:20 20,803
FILE September Sun Newsletter.pdf 10/1/2006 12:42 7/22/2008 13:20 82,680
FILE Sun West CS Discounts.pdf 10/1/2006 12:42 7/22/2008 13:20 129,649
FILE Sun_MPA_RFP-092506 _2_.pdf 10/1/2006 12:42 7/22/2008 13:20 241,194
FILE West Coast Report.pdf 10/1/2006 12:42 7/22/2008 13:20 23,744

FILE West Coast Report2.pdf 10/1/2006 12:42 7/22/2008 13:20 20,727
FILE Work Flow Document.pdf 10/1/2006 12:42 7/22/2008 13:20 326,415
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Sun\Sun_Docs\ 0 13 5,361,983
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Sun\ 1 16 10,273,087
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\TI\ 0 11 15,676,429
FILE Proposal for services - TI France.doc 4/21/2003 13:51 7/22/2008 13:20 1,196,544
FILE Sample Launch Plan 4-031.xls 4/21/2003 06:57 7/22/2008 13:20 29,696
FILE TI Nice 13-3-03 v2.ppt 3/13/2003 11:49 7/22/2008 13:20 4,895,744
FILE TI Nice 13-3-03.ppt 3/13/2003 09:06 7/22/2008 13:20 4,347,904
FILE TI Nice Newsletter May.pdf 4/18/2003 13:43 7/22/2008 13:20 1,982,531
FILE TI Nice Promotional Email.doc 4/21/2003 13:59 7/22/2008 13:20 52,736
FILE TI project Vendors Matrix.xls 4/21/2003 12:41 7/22/2008 13:20 33,280
FILE TI-France Proposal.zip 4/21/2003 21:34 7/22/2008 13:20 2,866,634
FILE TI-France Sample Communications Plan.doc 4/21/2003 17:32 7/22/2008 13:20 110,592
FILE TI-France.ppt 3/13/2003 14:44 7/22/2008 13:20 62,464
FILE TIRSE Launch Planner.doc 4/21/2003 06:58 7/22/2008 13:20 98,304
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\TI\ 0 11 15,676,429
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Travelocity\ 0 11 74,488,832
FILE Travelocity 1.0 122103.xls 12/22/2003 01:34 7/22/2008 13:20 392,704
FILE Travelocity 1.1 011304.xls 1/13/2004 14:50 7/22/2008 13:20 407,552
FILE Travelocity 1.1 122103.xls 12/22/2003 08:45 7/22/2008 13:20 401,920
FILE Travelocity 1[1].0 122403.xls 12/29/2003 06:34 7/22/2008 13:20 456,704
FILE Travelocity Mock report.xls 2/26/2004 17:49 7/22/2008 13:20 110,080
FILE Travelocity PPT Changes.doc 2/26/2004 17:50 7/22/2008 13:20 73,216
FILE Travelocity PPT Outline 2-27.doc 2/26/2004 10:11 7/22/2008 13:20 26,624
FILE Travelocity Pricing Spec Sheet.doc 12/15/2003 08:41 7/22/2008 13:20 23,552
FILE Travelocity.ppt 2/26/2004 13:36 7/22/2008 13:20 22,778,880
FILE Travelocity2.ppt 2/27/2004 12:40 7/22/2008 13:20 24,909,824
FILE Travelocity3.ppt 2/27/2004 13:35 7/22/2008 13:20 24,907,776
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Travelocity\ 0 11 74,488,832
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Virtuoso\ 0 3 1,455,616
FILE Overview of LC and Partnership 06.05.06v2.ppt 6/4/2006 13:36 7/22/2008 13:20 1,405,440
FILE Thumbs.db 10/3/2006 11:49 7/22/2008 13:20 5,632
FILE Virtuoso LC Partnership Overview.doc 6/6/2006 16:38 7/22/2008 13:20 44,544
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Virtuoso\ 0 3 1,455,616
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Voce\ 0 3 67,072
FILE Faith Pricing Version 2.xls 5/20/2005 13:04 7/22/2008 13:20 31,744
FILE Faith Pricing.xls 5/20/2005 13:04 7/22/2008 13:20 15,360
FILE Faith Utilization Forecast.xls 5/20/2005 13:04 7/22/2008 13:20 19,968
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Voce\ 0 3 67,072
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Wells Fargo\ 0 5 8,330,240
FILE LesConcierges Proposal for Wells Fargo 11-04 draft.doc 11/19/2004 17:07 7/22/2008 13:20 3,969,024
FILE LesConcierges Proposal for Wells Fargo 12-04.doc 1/21/2005 17:29 7/22/2008 13:20 3,840,000
FILE Sample contract for Wells 12-04.doc 12/16/2004 15:08 7/22/2008 13:20 352,768
FILE sample finance contract for Wells 12-04.doc 12/16/2004 15:22 7/22/2008 13:20 138,240
FILE Wells Fargo 12-04.xls 1/21/2005 19:01 7/22/2008 13:20 30,208
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\Wells Fargo\ 0 5 8,330,240
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Old\ 48 428 499,088,904
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\oppty leads\ 0 5 501,760
FILE 7-17 Opportunity Status and Deliverables .xls 7/17/2006 13:57 7/22/2008 13:19 16,384
FILE funneltarget.ppt 9/5/2006 09:10 7/22/2008 13:19 62,976
FILE LesConcierges and Faith - Proposal for Concierge Services.doc 6/13/2005 06:00 7/22/2008 13:19 387,584
FILE Sales and Client Priorities.xls 9/6/2006 06:28 7/22/2008 13:19 29,184

FILE Thumbs.db 9/25/2007 06:41 7/22/2008 13:19 5,632
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\oppty leads\ 0 5 501,760
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Press\ 0 2 111,616
FILE LesConcierges Overview for Regent.doc 5/2/2006 10:13 7/22/2008 13:19 74,240
FILE Success Story 116_Wylie_V5_INFONET_060926.doc 9/28/2006 06:12 7/22/2008 13:19 37,376
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Press\ 0 2 111,616
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Pricing\ 0 4 1,498,624
FILE AEXP_GNS_Entre_Programs_Revised - 2008_02_20.xls 3/4/2008 07:33 7/22/2008 13:19 956,416
FILE Onsite Pricing.xls 3/23/2008 12:50 7/22/2008 13:19 13,824
FILE Pricing_Model 2 - Accounts allowing combined staffing.xls 12/15/2007 17:16 7/22/2008 13:19 446,976
FILE Staffing_Model template 2008.xls 12/15/2007 17:16 7/22/2008 13:19 81,408
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Pricing\ 0 4 1,498,624
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Sales Docs\ 2 118 99,448,494
FILE 2006FnclsSummary.xls 2/4/2008 12:04 7/22/2008 13:19 417,280
FILE 4d-DTResume.doc 2/14/2007 19:29 7/22/2008 13:19 60,928
FILE AEXP_Dining_Dispute_Resolution_Process_FINAL.jpg 11/18/2007 23:01 7/22/2008 13:19 96,913
FILE AGREEMENT_FOR_CONCIERGE_SERVICES.doc 11/28/2006 15:13 7/22/2008 13:19 199,680
FILE Alchemy Footprint.xls 5/9/2008 09:45 7/22/2008 13:19 32,256
FILE Alchemy_Fncls_Q-LC_Consolidated_06.xls 5/8/2008 19:52 7/22/2008 13:19 32,768
FILE Alchemy_SOP_Business Resumption Plan 12-07.doc 5/8/2008 20:04 7/22/2008 13:19 320,512
FILE BankCardROISample.xls 10/17/2007 05:31 7/22/2008 13:19 38,912
FILE Client Close Summary.doc 10/19/2007 09:06 7/22/2008 13:19 44,544
FILE clients.emf 2/28/2008 11:13 7/22/2008 13:19 3,536,140
FILE Consolidated.xls 10/17/2007 19:41 7/22/2008 13:19 22,016
FILE Core slides.ppt 5/21/2004 08:25 7/22/2008 13:19 1,007,104
FILE CustLoyaltyCaseStudies.doc 6/12/2007 23:07 7/22/2008 13:19 139,264
FILE Dispute Resolution Procedures for Service Users.doc 3/19/2008 19:50 7/22/2008 13:19 31,232
FILE Dispute Resolution Process.pdf 11/18/2007 22:59 7/22/2008 13:19 76,726
FILE Dispute Resolution.jpg 3/13/2007 20:15 7/22/2008 13:19 68,799
FILE Doug_Anderson_CV.doc 2/15/2007 01:17 7/22/2008 13:19 35,328
FILE Employee Clients.emf 10/3/2006 11:48 7/22/2008 13:19 113,060
FILE Fulfillment Center.ppt 8/26/2004 10:35 7/22/2008 13:19 25,663,488
FILE Global_Background_Screening.xls 3/30/2007 07:41 7/22/2008 13:19 40,448
FILE Insurance Revised 12 28 07 doc.xls 1/2/2008 16:08 7/22/2008 13:19 45,056
FILE LC and Q locations 07.xls 11/7/2007 13:48 7/22/2008 13:19 24,576
FILE LC Footprint.xls 11/12/2007 07:22 7/22/2008 13:19 33,792
FILE LC Global Overview.ppt 10/7/2006 06:13 7/22/2008 13:19 352,256
FILE LC MASTER Insurance Coverage.xls 9/26/2007 14:30 7/22/2008 13:19 44,032
FILE LC Overview 042605.ppt 4/27/2005 08:52 7/22/2008 13:19 5,611,520
FILE LC Overview.pdf 7/24/2008 15:04 7/24/2008 15:03 3,116,793
FILE LC Overview.ppt 7/23/2008 08:07 7/23/2008 08:07 4,245,504
FILE LC Req Flow.jpg 1/18/2008 09:53 7/22/2008 13:19 45,928
FILE LC Sales Cover Final Employee.doc 12/12/2006 18:22 7/22/2008 13:19 94,208
FILE LC Sales Cover Final Lux.doc 12/12/2006 18:22 7/22/2008 13:19 88,064
FILE LC Tax Info.doc 6/4/2008 09:39 7/22/2008 13:19 26,112
FILE LC Tenure.bmp 6/9/2008 05:57 7/22/2008 13:19 236,518
FILE LC Update.doc 2/6/2003 13:54 7/22/2008 13:19 67,584
FILE LC Workers Comp.tif 5/3/2007 09:27 7/22/2008 13:19 412,556
FILE LC Workstation Requirements.doc 5/9/2008 08:15 7/22/2008 13:19 41,472
FILE LC_Background_Check_SOS_Form.doc 3/29/2007 17:27 7/22/2008 13:19 49,152
FILE LC_Customer_Loyalty_Marketing.ppt 10/12/2007 13:46 7/22/2008 13:19 7,463,424
FILE LC_DataFeed_Standards_Customer.doc 12/10/2006 11:36 7/22/2008 13:19 166,400
FILE LC_Employment_Consent_Form.doc 3/29/2007 14:32 7/22/2008 13:19 51,200
FILE LC_Marketing_examples.ppt 3/12/2008 08:12 7/22/2008 13:19 22,454,272
FILE LC_RagingWirev1 1.pdf 5/25/2008 08:03 7/22/2008 13:19 196,422
FILE LC_SOP_Business Resumption Plan 12-06.doc 1/2/2007 21:45 7/22/2008 13:19 323,584
FILE LC_SOP_Business Resumption Plan 12-06a.doc 3/12/2007 11:07 7/22/2008 13:19 326,656
FILE LC_SOP_Business Resumption Plan 12-07.doc 3/20/2008 07:11 7/22/2008 13:19 331,776
FILE LCHistorical3year.xls 3/19/2007 13:41 7/22/2008 13:19 30,720
FILE LCHistorical5year.xls 3/19/2007 13:42 7/22/2008 13:19 42,496

| | | | | |
|---|---|---|---|---|
| FILE | LC-Logo-Revised-080806.jpg | 9/7/2006 12:56 | 7/22/2008 13:19 | 27,258 |
| FILE | LCServiceLevelQAOverview6.07.doc | 7/2/2007 13:27 | 7/22/2008 13:19 | 86,528 |
| FILE | Le Concierges CIIAA.doc | 12/17/2007 14:19 | 7/22/2008 13:19 | 51,200 |
| FILE | LesConcierges Client Overview.ppt | 3/15/2006 19:24 | 7/22/2008 13:19 | 556,544 |
| FILE | LesConcierges Contracts_Playbook_bp.doc | 6/18/2007 16:09 | 7/22/2008 13:19 | 651,264 |
| FILE | LesConcierges DRP.doc | 3/12/2007 09:50 | 7/22/2008 13:19 | 916,480 |
| FILE | LesConcierges for Work Life Client.ppt | 3/5/2008 08:15 | 7/22/2008 13:19 | 8,077,312 |
| FILE | LesConcierges_Web_Configuration.xls | 10/27/2006 10:26 | 7/22/2008 13:19 | 29,184 |
| FILE | LesConcierges_Web_Configuration_Form.doc | 3/2/2007 00:10 | 7/22/2008 13:19 | 107,008 |
| FILE | LesConcierges_Web_Configuration_Reference_Guide.pdf | 12/4/2006 17:31 | 7/22/2008 13:19 | 1,185,643 |
| FILE | LesConcierges_Web_Questionnaire.doc | 7/11/2006 13:53 | 7/22/2008 13:19 | 54,784 |
| FILE | LesConcierges_Web_Questionnaire_Authentication.doc | 7/11/2006 14:07 | 7/22/2008 13:19 | 101,376 |
| FILE | LesConcierges_Web_Questionnaire_Configuration.doc | 7/13/2006 17:22 | 7/22/2008 13:19 | 99,840 |
| FILE | LHW Email Request SOP.jpg | 7/2/2007 12:27 | 7/22/2008 13:19 | 85,122 |
| FILE | LHW Phone Request Access.jpg | 7/2/2007 12:27 | 7/22/2008 13:19 | 48,504 |
| FILE | Linda Jenkinson Resume02.doc | 8/11/2006 20:39 | 7/22/2008 13:19 | 37,888 |
| FILE | Map.png | 5/9/2008 04:57 | 7/22/2008 13:19 | 236,105 |
| FILE | Mark Robeson Bio.doc | 2/15/2007 14:08 | 7/22/2008 13:19 | 25,600 |
| FILE | Marketing Graphs.ppt | 2/26/2004 17:35 | 7/22/2008 13:19 | 78,336 |
| FILE | Marketing Partners.doc | 3/19/2008 19:59 | 7/22/2008 13:19 | 26,112 |
| FILE | National Minority Business Council 2007.pdf | 2/26/2008 16:06 | 7/22/2008 13:19 | 113,783 |
| FILE | National Minority Business Council 2008.pdf | 7/29/2008 14:32 | 7/29/2008 14:30 | 772,104 |
| FILE | newsletter.bmp | 4/9/2008 14:56 | 7/22/2008 13:19 | 1,280,734 |
| FILE | nordstrom dispute resolution chart 5-17.pdf | 7/2/2007 12:27 | 7/22/2008 13:19 | 108,676 |
| FILE | Offer sourcing req's template.xls | 8/4/2008 21:49 | 7/29/2008 09:15 | 22,528 |
| FILE | pci_dss_v1-1.pdf | 8/20/2007 06:08 | 7/22/2008 13:19 | 85,491 |
| FILE | Pricing Model 12-18-07 | 12/15/2007 17:16 | 7/22/2008 13:19 | 446,976 |
| FILE | Pricing_Model 2 - Accounts allowing combined staffing.xls | 1/6/2008 13:32 | 7/22/2008 13:19 | 441,856 |
| FILE | quotes.ppt | 6/5/2003 21:05 | 7/22/2008 13:19 | 22,528 |
| FILE | Recuiting Overview.doc | 7/21/2004 04:19 | 7/22/2008 13:19 | 50,688 |
| FILE | Request Process - Dining Example.jpg | 12/8/2007 01:16 | 7/22/2008 13:19 | 60,699 |
| FILE | Request Process Web - Dining Example.jpg | 12/8/2007 01:44 | 7/22/2008 13:19 | 49,852 |
| FILE | Rewards System Flows.ppt | 11/24/2007 10:03 | 7/22/2008 13:19 | 24,576 |
| FILE | RFP Proposal Template 0.0.pdf | 2/19/2007 15:41 | 7/22/2008 13:19 | 506,422 |
| FILE | Robeson resume.DOC | 3/29/2006 10:03 | 7/22/2008 13:19 | 68,608 |
| FILE | Sales Briefing Sheet.xls | 2/3/2008 14:21 | 7/22/2008 13:19 | 29,184 |
| FILE | Sales Briefing.doc | 2/3/2008 14:41 | 7/22/2008 13:19 | 119,296 |
| FILE | Sales Talent and Interest Rating.xls | 9/13/2006 14:21 | 7/22/2008 13:19 | 71,680 |
| FILE | Sales Tools Systems Practices v3 (2).xls | 9/13/2006 14:22 | 7/22/2008 13:19 | 35,328 |
| FILE | Sample Client Reporting 2006.xls | 1/8/2007 12:28 | 7/22/2008 13:19 | 136,192 |
| FILE | Sample Employee ROI.ppt | 3/25/2004 15:35 | 7/22/2008 13:19 | 181,760 |
| FILE | Sample Itinerary 1.doc | 3/20/2008 10:08 | 7/22/2008 13:19 | 200,192 |
| FILE | Sample itinerary 2.doc | 3/20/2008 10:07 | 7/22/2008 13:19 | 180,224 |
| FILE | Sample Launch Plan 4-031.xls | 4/21/2003 06:57 | 7/22/2008 13:19 | 29,696 |
| FILE | Sample LC Launch Management Discover 9-07.xls | 10/19/2007 15:10 | 7/22/2008 13:19 | 38,400 |
| FILE | Sample Test Drive Email.doc | 5/23/2005 12:51 | 7/22/2008 13:19 | 65,536 |
| FILE | SBE.ppt | 4/18/2006 08:01 | 7/22/2008 13:19 | 374,272 |
| FILE | services chart.emf | 3/30/2007 15:37 | 7/22/2008 13:19 | 141,328 |
| FILE | SmartAgent Screenshots.ppt | 2/9/2005 06:55 | 7/22/2008 13:19 | 328,192 |
| FILE | SOP Definition  Lifecycle of a Request v1.0.doc | 10/18/2007 13:05 | 7/22/2008 13:19 | 132,608 |
| FILE | SOP Request Definition.doc | 5/8/2008 20:09 | 7/22/2008 13:19 | 141,312 |
| FILE | Staffing_Model template 2008.xls | 12/15/2007 17:16 | 7/22/2008 13:19 | 81,408 |
| FILE | Standard Operating Procedure_Webex.doc | 9/13/2006 14:11 | 7/22/2008 13:19 | 53,248 |
| FILE | Standard report.xls | 3/23/2005 12:51 | 7/22/2008 13:19 | 84,480 |
| FILE | StatementCredits_WorkFlow.jpg | 12/10/2007 13:21 | 7/22/2008 13:19 | 78,434 |
| FILE | StmntCreditProcess.vsd | 6/9/2008 05:51 | 7/22/2008 13:19 | 46,592 |
| FILE | Strategic Insight.doc | 1/19/2004 15:40 | 7/22/2008 13:19 | 46,080 |
| FILE | tech assistance.doc | 9/19/2003 17:28 | 7/22/2008 13:19 | 60,928 |
| FILE | Telephony Modification Request form.doc | 3/13/2008 15:45 | 7/22/2008 13:19 | 113,664 |
| FILE | testimonial content.ppt | 10/21/2003 13:48 | 7/22/2008 13:19 | 28,160 |
| FILE | Testimonials.doc | 3/4/2008 12:46 | 7/22/2008 13:19 | 30,208 |

FILE Thumbs.db 2/28/2008 11:14 7/22/2008 13:19 53,760
FILE TIRSE Case Study Graph.xls 2/12/2004 17:22 7/22/2008 13:19 15,360
FILE TIRSE Case Study.doc 2/12/2004 17:22 7/22/2008 13:19 22,528
FILE TIRSE Launch Planner.doc 4/21/2003 06:58 7/22/2008 13:19 98,304
FILE TrinetWorkersComp.tif 5/1/2007 18:07 7/22/2008 13:19 85,202
FILE UBS Daily Reporting June 2007.xls 7/2/2007 13:27 7/22/2008 13:19 163,840
FILE untitled.bmp 6/10/2008 11:27 7/22/2008 13:19 1,345,170
FILE VIP - LC Comparison.ppt 3/30/2006 06:50 7/22/2008 13:19 362,496
FILE website blurb.doc 2/12/2004 15:34 7/22/2008 13:19 20,992
FILE WL References.xls 10/12/2007 14:12 7/22/2008 13:19 15,360
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Sales Docs\Insurance Certs\ 0 2 89,131
FILE LesConciergesEmpLiability.pdf 6/17/2008 11:02 7/22/2008 13:19 75,438
FILE WC Certificate (Excess Coverage) 2007-2008.pdf 6/17/2008 11:01 7/22/2008 13:19 13,693
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Sales Docs\Insurance Certs\ 0 2 89,131
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Sales Docs\Worklife\ 0 2 1,339,894
FILE LHM.pdf 3/25/2004 09:22 7/22/2008 13:19 592,893
FILE TIR&R.pdf 3/25/2004 09:22 7/22/2008 13:19 747,001
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Sales Docs\Worklife\ 0 2 1,339,894
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Sales Docs\ 2 122 100,877,519
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Skymall\ 0 1 51,292
FILE SkymallNDA.efx 2/20/2008 15:02 7/22/2008 13:19 51,292
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Skymall\ 0 1 51,292
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Small Corp\ 0 1 142,336
FILE LesConcierges for Bridgeview.doc 4/29/2008 13:29 7/22/2008 13:19 142,336
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Small Corp\ 0 1 142,336
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Starwood-LC\ 0 13 12,670,022
FILE ~$sConcierges for Starwood Luxury Collection 9-07.doc 1/8/2008 11:41 7/22/2008 13:19 162
FILE Collectors Club Pricing Sheet.xls 9/5/2007 08:03 7/22/2008 13:19 21,504
FILE LesConcierges for Starwood Luxury Collection 9-07.doc 9/27/2007 08:47 7/22/2008 13:19 1,700,352
FILE LesConcierges for Starwood Luxury Collection 9-07.pdf 9/27/2007 08:51 7/22/2008 13:19 957,536
FILE LesConcierges for Starwood Luxury Collection.doc 8/29/2007 09:56 7/22/2008 13:19 1,678,336
FILE Member_Benefits_Gold_Pref_ENG.pdf 11/26/2007 01:31 7/22/2008 13:19 2,092,477
FILE Member_Benefits_Plat_Pref_ENG.pdf 11/26/2007 07:47 7/22/2008 13:19 2,092,796
FILE Member_Benefits_Pref_ENG.pdf 11/26/2007 08:02 7/22/2008 13:19 2,256,011
FILE Starwood_LC_082707_No24.xls 8/29/2007 09:55 7/22/2008 13:19 436,736
FILE Starwood_LC_083007.xls 9/6/2007 15:37 7/22/2008 13:19 456,192
FILE Starwood_LC_083007No24.xls 9/5/2007 08:20 7/22/2008 13:19 457,216
FILE Starwood_LC_083007-Scaled AMs.xls 11/12/2007 05:34 7/22/2008 13:19 505,856
FILE Starwood_LC_100407.xls 10/5/2007 11:53 7/22/2008 13:19 14,848
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Starwood-LC\ 0 13 12,670,022
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\TI Rewards\ 0 9 3,819,596
FILE Questions for Hinda 0627.doc 6/27/2008 13:48 7/22/2008 13:19 29,696
FILE TI Non Cash Rewards RFP.doc 6/4/2008 09:25 7/22/2008 13:19 128,512
FILE TI RFP explanations.doc 6/27/2008 04:10 7/22/2008 13:19 207,872
FILE TI RFP explanations_Final.doc 7/1/2008 07:25 7/22/2008 13:19 216,064
FILE TI RFP explanationsv2.doc 6/27/2008 12:01 7/22/2008 13:19 208,896
FILE TI RFP explanationsv3.doc 6/27/2008 13:40 7/22/2008 13:19 209,920
FILE TI RFP explanationsv4.doc 6/29/2008 14:09 7/22/2008 13:19 218,112
FILE TIRSE_Aug1108.pdf 8/18/2008 09:17 8/18/2008 09:15 2,574,412
FILE UBS notes.doc 7/1/2008 07:38 7/22/2008 13:19 26,112
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\TI Rewards\ 0 9 3,819,596
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\UBS\ 0 7 1,879,052
FILE LCAccntChart.emf 10/4/2006 11:14 7/22/2008 13:19 107,532
FILE LesConcierges Proposal for UBS.doc 10/10/2006 10:48 7/22/2008 13:19 380,928

FILE LesConcierges Proposal for UBSrev.doc 10/22/2006 19:55 7/22/2008 13:19 384,512
FILE Starwood_LC_092707.xls 9/27/2007 12:12 7/22/2008 13:19 519,168
FILE Thumbs.db 2/19/2008 11:34 7/22/2008 13:19 6,144
FILE UBS Client Support Case Study.doc 9/1/2006 09:11 7/22/2008 13:19 47,616
FILE UBS_BizSupport_100206.xls 10/3/2006 14:52 7/22/2008 13:19 433,152
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\UBS\ 0 7 1,879,052
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\UCSF\ 0 2 25,709,568
FILE LesConcierges for UCSF 2-08A.ppt 2/8/2008 12:07 7/22/2008 13:19 25,703,936
FILE Thumbs.db 3/11/2008 15:53 7/22/2008 13:19 5,632
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\UCSF\ 0 2 25,709,568
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\VISA\ 6 41 52,913,789
FILE ~$obal Luxury Overview for VISA Intl.doc 2/12/2007 09:50 7/22/2008 13:19 162
FILE ~$SA PACAsia and LC 091206.doc 9/13/2006 12:59 7/22/2008 13:19 162
FILE global devpt rollout workbook.xls 12/15/2006 16:40 7/22/2008 13:19 45,568
FILE Global Luxury Overview for VISA Intl.doc 12/3/2006 13:32 7/22/2008 13:19 1,284,608
FILE http___www.usa.visa.com_download_merchants_cisp_list_of_cisp_compliant_service_providers.pdf_it=c__merchants_risk_management_cisp.pdf 9/21/2007 09:44 7/22/2008 13:19 120,455
FILE LesConcierges and Visa International 1-06.doc 9/19/2006 06:46 7/22/2008 13:19 1,151,488
FILE LesConcierges and Visa International Pricing Addendum.doc 1/31/2006 17:06 7/22/2008 13:19 511,488
FILE LesConcierges Dining Proposal for VISAIntl.doc 1/8/2007 08:12 7/22/2008 13:19 618,496
FILE LesConcierges Visa AsiaPacific110606.ppt 11/5/2006 13:53 7/22/2008 13:19 2,847,232
FILE LesConcierges Visa AsiaPacific110606rev.ppt 11/10/2006 06:57 7/22/2008 13:19 3,450,880
FILE LesConcierges Visa AsiaPacific111506f 11/10/2006 16:24 7/22/2008 13:19 3,545,088
FILE LesConcierges Visa International010807.ppt 1/8/2007 09:44 7/22/2008 13:19 2,740,736
FILE Thumbs.db 2/19/2008 11:34 7/22/2008 13:19 12,288
FILE VI RFI Response by Carlson Marketing (FINAL).doc 7/12/2006 12:12 7/22/2008 13:19 586,240
FILE VI RFP Offers Sourcing Sept 11 2006.doc 9/11/2006 20:54 7/22/2008 13:19 81,920
FILE VISA APAC Price Sheet.xls 10/2/2006 23:24 7/22/2008 13:19 17,920
FILE VISA APAC.xls 8/30/2006 14:13 7/22/2008 13:19 441,856
FILE Visa Enhancements Overview and Enrollment Kit.pdf 6/3/2008 13:51 7/22/2008 13:19 3,620,197
FILE VISA Europe Pricing to Client.ppt 9/17/2007 08:51 7/22/2008 13:19 32,768
FILE Visa International Action Plan.xls 12/16/2006 13:00 7/22/2008 13:19 242,688
FILE Visa International Deck AC.ppt 1/8/2007 18:09 7/22/2008 13:19 1,835,008
FILE Visa International Deck011107.ppt 1/22/2007 08:04 7/22/2008 13:19 1,852,928
FILE Visa International Opportunity Overview.doc 12/18/2006 11:06 7/22/2008 13:19 196,096
FILE Visa International Opportunity Overviewcl.doc 12/18/2006 12:13 7/22/2008 13:19 196,096
FILE Visa International Vertical Chart.xls 1/3/2007 22:24 7/22/2008 13:19 219,136
FILE VISA Notes.doc 12/20/2005 15:31 7/22/2008 13:19 20,480
FILE VISA Oppty Overview.ppt 12/4/2006 09:46 7/22/2008 13:19 282,624
FILE VISA Oppty Overview120506.ppt 12/5/2006 07:47 7/22/2008 13:19 297,984
FILE VISA Org.ppt 7/10/2007 14:14 7/22/2008 13:19 20,992
FILE VISA PACAsia and LC 091206.doc 9/19/2006 06:46 7/22/2008 13:19 215,552
FILE VISA PACAsia and LC 092106.doc 10/2/2006 23:41 7/22/2008 13:19 949,760
FILE VISA Partner Requirements 122006.ppt 12/21/2006 07:38 7/22/2008 13:19 287,744
FILE VISA Segmentation Outline.doc 4/19/2007 14:39 7/22/2008 13:19 63,488
FILE Visa Signature No Preset Spending Limit Best Practices Guide.pdf 6/3/2008 13:53 7/22/2008 13:19 1,282,456
FILE Visa Signature Product and Implementation Guide.pdf 6/3/2008 13:55 7/22/2008 13:19 3,887,491
FILE Visa Signature_Identify Segment Opportunity.pdf 6/3/2008 13:53 7/22/2008 13:19 2,854,982
FILE VISA Telecom overview.ppt 2/1/2007 12:56 7/22/2008 13:19 232,448
FILE VISA_Europe.zip 8/24/2007 15:07 7/22/2008 13:19 16,324,389
FILE visa_facts.pdf 6/4/2007 07:27 7/22/2008 13:19 35,527
FILE VISA_Online_Tickets_Pricing_Model_2007_02_14.xls 2/15/2007 00:41 7/22/2008 13:19

462,848
FILE VISAIntlNDA.doc 9/28/2006 14:21 7/22/2008 13:19 43,520
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\VISA\Contract and NDA\ 0 1 78,336
FILE Standard_Confidentiality_Agreement__LesConciergesCl0108.doc 1/8/2007 15:25 7/22/2008 13:19 78,336
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\VISA\Contract and NDA\ 0 1 78,336
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\VISA\LATAM\ 0 1 89,088
FILE Concierge statistics 12-12-05.doc 12/16/2005 13:26 7/22/2008 13:19 89,088
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\VISA\LATAM\ 0 1 89,088
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\VISA\VISA APAC\ 0 18 10,213,922
FILE ~$s Concierges.doc 4/25/2007 19:32 7/22/2008 13:19 162
FILE ~$SA APAC RFP v1.doc 4/23/2007 12:05 7/22/2008 13:19 162
FILE ~$SA APAC v2.doc 4/25/2007 17:00 7/22/2008 13:19 162
FILE 2006 Concierge Utilization.pdf 4/26/2007 01:40 7/22/2008 13:19 22,801
FILE AGREEMENT_FOR_CONCIERGE_SERVICES.doc 11/28/2006 15:13 7/22/2008 13:19 199,680
FILE Les Concierges India Profile.doc 4/26/2007 04:54 7/22/2008 13:19 2,807,808
FILE LesConcierges Proposal for VISA APAC.doc 4/27/2007 21:03 7/22/2008 13:19 1,065,984
FILE VISA APAC Overhead.xls 4/25/2007 14:20 7/22/2008 13:19 15,360
FILE VISA APAC Pricing.xls 5/9/2007 05:23 7/22/2008 13:19 228,864
FILE VISA APAC RFP v1.doc 4/23/2007 09:36 7/22/2008 13:19 56,832
FILE VISA APAC v2.doc 4/25/2007 16:18 7/22/2008 13:19 72,192
FILE VISA Call Coverage.xls 4/23/2007 18:42 7/22/2008 13:19 15,360
FILE Visa Grid.xls 4/23/2007 17:01 7/22/2008 13:19 32,768
FILE Visa International Vertical Chart.xls 1/8/2007 12:52 7/22/2008 13:19 259,072
FILE Visa Platinum Signature Infinite Customer Centre RFP.pdf 3/26/2007 10:34 7/22/2008 13:19 106,748
FILE VISA_APAC_Pricing_Model_2007_04_24.xls 4/24/2007 18:49 7/22/2008 13:19 393,216
FILE Visio-HA_LC_DC_Sing.doc 8/26/2007 23:52 7/22/2008 13:19 3,066,768
FILE Visio-HA_LC_DC_Sing.pdf 4/27/2007 08:21 7/22/2008 13:19 1,869,983
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\VISA\VISA APAC\ 0 18 10,213,922
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\VISA\VISA EMEA\ 0 29 112,465,904
FILE Alchemy Addtl Info 0907.doc 9/18/2007 16:17 7/22/2008 13:19 164,864
FILE Alchemy Addtl Info.doc 9/18/2007 09:54 7/22/2008 13:19 120,320
FILE Alchemy for VISA Europe Final 1.doc 8/30/2007 06:56 7/22/2008 13:19 56,934,400
FILE Alchemy for VISA Europe Final 1.pdf 8/31/2007 12:27 7/22/2008 13:19 1,585,018
FILE Alchemy for VISA Europe Travel.doc 10/17/2007 19:40 7/22/2008 13:19 409,088
FILE Alchemy for VISA Europe V4.doc 10/15/2007 07:10 7/22/2008 13:19 2,700,288
FILE Alchemy for VISA.ppt 9/27/2007 12:26 7/22/2008 13:19 1,889,280
FILE Alchemy for VISA2.ppt 10/7/2007 16:00 7/22/2008 13:19 10,589,184
FILE Alchemy for VISAFinal.ppt 10/8/2007 02:05 7/22/2008 13:19 10,752,000
FILE Alchemy Pricing VISA Europe.ppt 9/10/2007 21:54 7/22/2008 13:19 913,920
FILE Alchemy VISA Privileges.ppt 10/5/2007 08:31 7/22/2008 13:19 460,288
FILE LesConcierges Visa Europe.ppt 9/11/2007 09:01 7/22/2008 13:19 2,159,616
FILE LesConcierges Visa Europev2.ppt 9/12/2007 01:35 7/22/2008 13:19 2,016,256
FILE ncRFP-SpecialistTravelServices-VisaEurope-v2-3-1-070913 _2_.pdf 9/25/2007 06:01 7/22/2008 13:19 143,461
FILE Thumbs.db 9/25/2007 06:41 7/22/2008 13:19 17,408
FILE Visa Europe Further Information.ppt 8/24/2007 07:24 7/22/2008 13:19 1,114,112
FILE VISA Europe Pricing to Client.ppt 9/17/2007 08:52 7/22/2008 13:19 32,768
FILE Visa Europe RfP Rachel.pdf 8/17/2007 05:47 7/22/2008 13:19 17,256,465
FILE VISA Europe RfP Response Q V2.xls 8/24/2007 07:23 7/22/2008 13:19 186,368
FILE VISA Europe RfP Response Q V3.xls 8/24/2007 09:49 7/22/2008 13:19 188,928
FILE VISA Europe RfP Response Template - Concierge.xls 8/16/2007 12:25 7/22/2008 13:19 295,936
FILE VISA Europe RfP Response V8.xls 8/27/2007 22:16 7/22/2008 13:19 203,264
FILE VISA Europe Travel Rfp.doc 10/17/2007 22:07 7/22/2008 13:19 95,232
FILE VISA Europe.xls 9/18/2007 05:06 7/22/2008 13:19 710,144
FILE VISA Europe3.xls 9/18/2007 06:13 7/22/2008 13:19 711,680
FILE VISA EuropeWITHTravel.xls 10/17/2007 18:35 7/22/2008 13:19 713,216
FILE visa notes.doc 8/24/2007 06:43 7/22/2008 13:19 27,648

FILE VISAE Pricing Sheet.xls 9/17/2007 10:44 7/22/2008 13:19 21,504
FILE VISAEuropeRFPResponse.doc 8/24/2007 06:47 7/22/2008 13:19 53,248
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\VISA\VISA EMEA\ 0
29 112,465,904
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\VISA\VISA Global\ 0
2 1,736,188
FILE Visa International Deck011107.pdf 1/24/2007 13:42 7/22/2008 13:19
1,673,212
FILE VISA International Team Brainstorming Notes January 11.doc 1/21/2007 12:53
7/22/2008 13:19 62,976
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\VISA\VISA Global\ 0
2 1,736,188
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\VISA\VISA Tickets\ 0
13 6,381,374
FILE Online_Ticket_fulfilment_Business_Requirements_v1 2 CL.doc 2/15/2007 10:26
7/22/2008 13:19 927,744
FILE Online_Ticket_fulfilment_Business_Requirements_v1 2 LL DA.doc 2/15/2007 10:01
7/22/2008 13:19 652,288
FILE Online_Ticket_fulfilment_Business_Requirements_v1 2 LL.doc 2/15/2007 00:45
7/22/2008 13:19 572,416
FILE Online_Ticket_fulfilment_Business_Requirements_v1 2 MR.doc 2/14/2007 19:42
7/22/2008 13:19 765,440
FILE RFQAdditionalQuestionsforLesConcierges030107.doc 3/1/2007 14:02 7/22/2008 13:19
89,088
FILE Visa International Deck011107.pdf 1/24/2007 13:19 7/22/2008 13:19
2,119,486
FILE VISA International Team Brainstorming Notes January 11.doc 1/24/2007 13:21
7/22/2008 13:19 62,976
FILE VISA Segmentation Outline.doc 4/17/2007 06:54 7/22/2008 13:19 564,224
FILE VISA Signature Access Pricing Sheet.xls 2/15/2007 10:38 7/22/2008 13:19
61,440
FILE VISA Tickets RFP Meeting Notes.doc 2/9/2007 14:09 7/22/2008 13:19 29,184
FILE VISA USA Signature Access.doc 2/10/2007 11:30 7/22/2008 13:19 30,208
FILE VISA_Online_Tickets_Pricing_Model_2007_02_20.xls 2/22/2007 18:29 7/22/2008 13:19
443,904
FILE VISA_Online_Tickets_Proposal_2007_02_23.xls 3/1/2007 12:04 7/22/2008 13:19 62,976
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\VISA\VISA Tickets\ 0
13 6,381,374
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\VISA\ 6 105
183,878,601
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Wells Fargo\ 0
3 1,630,454
FILE ipb_london_fact_sheet.pdf 9/18/2007 12:01 7/22/2008 13:19 209,853
FILE LesConcierges for Wells Fargo 9-07.doc 9/21/2007 15:07 7/22/2008 13:19
1,362,432
FILE wellsfargo_ipbfactsheet.pdf 9/18/2007 11:59 7/22/2008 13:19 58,169
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Wells Fargo\ 0
3 1,630,454
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Western Union\ 0
9 966,656
FILE Attachment 1- Client Event DMA List - 7-08.doc 7/29/2008 10:13 7/29/2008 10:13
49,152
FILE Attachment 2- Client Services Agreement w DPL.doc 7/30/2008 14:27 7/30/2008 14:27
110,080
FILE Attachment 3- Vendor Information Form - LC.doc 7/29/2008 11:43 7/29/2008 10:04
33,792
FILE Exhibit A - Client Events Scope of Work 7 16 08 - LC Response.doc 7/29/2008 09:58
7/29/2008 09:58 46,080
FILE Hinda Event Concierge.xls 7/29/2008 13:41 7/29/2008 12:50 30,720
FILE Hinda Event Concierge300event.xls 7/30/2008 12:57 7/30/2008 12:57 30,720
FILE LesConcierges for Hinda July 08.doc 7/29/2008 13:39 7/29/2008 10:09 307,712
FILE LesConcierges for Lockheed Martin - New Hire Community Events Feb 08.doc 2/27/2008 15:51
2/27/2008 15:43 342,528
FILE Market Distribution.xls 7/29/2008 13:41 7/29/2008 13:41 15,872
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Western Union\ 0
9 966,656
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Westinghouse\ 0
13 24,026,853
FILE Contract review RFQ - BKG-CONCIERGE-REVISED 011808.doc 1/22/2008 12:48
7/22/2008 13:19 102,400
FILE Copy of RFQ-BG-CONCIERGE-1221-07 ATTACHMENT C - LIST OF SERVICES 1-21.xls 1/22/2008 12:48
7/22/2008 13:19 26,112
FILE Cover letter to Westinghouse Electric 1-08.doc 1/22/2008 12:46 7/22/2008 13:19
119,296
FILE LC for Westinghouse 040808.xls 4/8/2008 07:40 7/22/2008 13:19 28,672

FILE LC Insurance 12.28.07.doc.xls 1/22/2008 12:49 7/22/2008 13:19 35,328
FILE LC standard agreement for concierge service.doc 1/22/2008 12:48 7/22/2008 13:19 1,201,886
FILE LesConcierges for NetJets.ppt 3/24/2008 08:37 7/22/2008 13:19 5,842,432
FILE LesConcierges for Westinghouse.ppt 3/23/2008 13:09 7/22/2008 13:19 9,299,968
FILE Sample LC Launch Plan for Westinghouse Electric 1-08.xls 1/22/2008 12:49 7/22/2008 13:19 40,960
FILE Sample reports.doc 1/22/2008 12:49 7/22/2008 13:19 408,576
FILE Sample surveys for Westinghouse 1-22-08.doc 1/22/2008 12:49 7/22/2008 13:19 1,263,111
FILE Westinghouse RFQ - BKG-CONCIERGE FINAL.doc 1/22/2008 12:48 7/22/2008 13:19 2,832,896
FILE Westinghouse RFQ - BKG-CONCIERGE-012108B.doc 1/22/2008 10:51 7/22/2008 13:19 2,825,216
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Westinghouse\ 0 13 24,026,853
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Work-Life\ 0 5 9,895,082
FILE LesConcierges for Merck.pdf 5/22/2008 10:43 7/22/2008 13:19 3,822,762
FILE LesConcierges for Merck.ppt 5/22/2008 10:42 7/22/2008 13:19 5,685,760
FILE Profitability Analysis WorkLife.xls 4/3/2008 09:25 7/22/2008 13:19 65,024
FILE Westinghouse.ppt 3/25/2008 15:26 7/22/2008 13:19 237,568
FILE WorkLife Snapshot JUNE 08.xls 7/14/2008 12:30 7/22/2008 13:19 83,968
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\Work-Life\ 0 5 9,895,082
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sales\ 102 1,162 1,249,922,886
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Sothebys\ 8 75 100,696,424
FILE ~$ite Awards RFP V2[1].doc 10/10/2006 11:31 7/22/2008 13:19 162
FILE ~$sConcierges RFP Response for GECF Revisedf.doc 10/12/2006 22:11 7/22/2008 13:19 162
FILE 2006_07_01_Front End Designs.pdf 2/5/2007 07:42 7/22/2008 13:19 1,738,214
FILE 20060823MCOnlineRedemption.doc 8/23/2006 14:58 7/22/2008 13:19 10,674,176
FILE Account Projections.xls 11/3/2006 09:40 7/22/2008 13:19 14,848
FILE agreement_img_and_lec_020807.doc 2/9/2007 08:32 7/22/2008 13:19 77,824
FILE BFishRewardsFulfillment.doc 10/11/2006 17:15 7/22/2008 13:19 147,456
FILE Dispute Resolution.jpg 3/18/2007 16:00 7/22/2008 13:19 57,210
FILE Elite Awards RFP V2[1].doc 6/1/2006 16:35 7/22/2008 13:19 406,016
FILE Elite Awards RFP V2[1].ppt 6/18/2006 09:16 7/22/2008 13:19 313,856
FILE Elite Rewards Pricing Worksheet.xls 7/11/2006 13:36 7/22/2008 13:19 15,360
FILE GE - Firewall Data collection templeate v3.xls 3/19/2007 09:41 7/22/2008 13:19 20,992
FILE GE Capital Follow Up 10-27-06.doc 10/29/2006 06:16 7/22/2008 13:19 613,376
FILE GE Capital Follow Up 10-31-06.doc 10/30/2006 20:41 7/22/2008 13:19 752,128
FILE GE Capital Pricing.xls 10/12/2006 10:35 7/22/2008 13:19 65,024
FILE GE Capital.Balance Sheet,P&L,Cash Flow. 2004,2005, August 2006.xls 10/10/2006 14:57 7/22/2008 13:19 36,352
FILE GE Cost Breakdown 121806.xls 12/18/2006 14:19 7/22/2008 13:19 13,824
FILE GE Launch Plan.xls 6/19/2006 16:48 7/22/2008 13:19 249,344
FILE GE_Pricing_Model_111306.xls 2/11/2007 12:14 7/22/2008 13:19 327,680
FILE GEMoneyRewardsProposal120906.xls 12/9/2006 16:26 7/22/2008 13:19 72,704
FILE GEMoneyRewardsProposal121106.xls 2/2/2007 16:04 7/22/2008 13:19 52,224
FILE GEPricing Summary 101206.xls 10/12/2006 22:14 7/22/2008 13:19 55,808
FILE GEPricing Summary 101306.xls 10/12/2006 22:20 7/22/2008 13:19 20,992
FILE GESothAgenda112906.doc 11/28/2006 09:50 7/22/2008 13:19 147,456
FILE LC Intent to Bid GE NetRewards.doc 3/22/2007 06:55 7/22/2008 13:19 95,232
FILE LC Launch Management Sotheby's 031407 Internal.xls 3/16/2007 09:33 7/22/2008 13:19 233,472
FILE LC Term Sheet Issues List 012607.doc 2/1/2007 06:55 7/22/2008 13:19 53,248
FILE LC Term Sheet revised by Sotheby_s 18 April 2007 (2).DOC 4/18/2007 13:36 7/22/2008 13:19 241,152
FILE LC Term Sheet_GEMoneySothebys010807.doc 1/22/2007 21:32 7/22/2008 13:19 435,712
FILE LesConcierges for GE Capital 3-24-06.ppt 3/23/2006 16:37 7/22/2008 13:19 5,097,472
FILE LesConcierges for Sothebys 032008.doc 3/21/2008 11:55 7/22/2008 13:19 185,344
FILE LesConcierges for Sothebys 032408.doc 3/24/2008 09:49 7/22/2008 13:19 177,152
FILE LesConcierges for Sothebys 032408kd.doc 6/8/2008 12:34 7/22/2008 13:19 150,016
FILE LesConcierges for Sothebys 072907.pdf 8/2/2007 11:32 7/22/2008 13:19 1,406,943
FILE LesConcierges for Sothebys 072907_cl.ppt 7/29/2007 13:40 7/22/2008 13:19 1,623,552
FILE LesConcierges for Sothebys 072907b.ppt 8/2/2007 11:08 7/22/2008 13:19

1,620,992
FILE LesConcierges for Sothebys 120407a.doc 12/3/2007 16:39 7/22/2008 13:19
1,861,632
FILE LesConcierges for Sothebys 120407rev.doc 12/4/2007 08:01 7/22/2008 13:19
904,704
FILE LesConcierges for Sothebys 7-07.ppt 7/26/2007 16:39 7/22/2008 13:19
1,973,248
FILE LesConcierges Overview for GE 7-06 part 1.ppt 8/1/2006 18:32 7/22/2008 13:19
1,394,176
FILE LesConcierges Overview for GE 7-06 part 2.ppt 8/1/2006 18:37 7/22/2008 13:19
7,677,440
FILE LesConcierges Overview for GE 7-06a.ppt 8/2/2006 15:35 7/22/2008 13:19
8,691,200
FILE LesConcierges RFP Response for GECF 6-9-06.doc 6/11/2006 01:36 7/22/2008 13:19
2,927,616
FILE LesConcierges RFP Response for GECF Revised 1.doc 6/17/2006 10:38 7/22/2008 13:19
3,000,320
FILE LesConcierges RFP Response for GECF Revisedf.doc 2/2/2007 12:55 7/22/2008 13:19
2,173,952
FILE LesConcierges_Overview_for_GE_v2.ppt 8/3/2006 12:37 7/22/2008 13:19 11,216,384
FILE LesConcierges_Overview_for_GESoth101206.ppt 10/12/2006 23:13 7/22/2008 13:19
3,281,408
FILE LesConcierges_Overview_for_GESoth101306.ppt 10/12/2006 23:23 7/22/2008 13:19
3,256,832
FILE LesConcierges_Presentation_for_GE_Capital_8-3-06.ppt 8/21/2006 11:18 7/22/2008 13:19
10,704,384
FILE LesConcierges_Web_Configuration_Form.doc 2/7/2007 11:16 7/22/2008 13:19 102,912
FILE LesConcierges_Web_Configuration_Reference_Guide.pdf 2/13/2007 14:09 7/22/2008 13:19
1,185,643
FILE list_Lux Rewards Program Sourcing Grid_IMG with Marketing Rights.xls 2/1/2007 07:43
7/22/2008 13:19 32,256
FILE Ops Overview GE Sothebys 112906.ppt 11/28/2006 15:28 7/22/2008 13:19
2,342,912
FILE Pipeline 1-8-08.xls 1/8/2008 13:52 7/22/2008 13:19 46,080
FILE pricing for GE fulfillment.xls 7/11/2006 18:15 7/22/2008 13:19 23,552
FILE Redemption Model-020107.xls 2/1/2007 07:43 7/22/2008 13:19 60,928
FILE Rescued document.txt 7/13/2006 18:06 7/22/2008 13:19 804
FILE RFI+for+concierge+svcs+_+experiential+rewardsV4.doc 3/22/2007 06:43 7/22/2008 13:19
276,480
FILE RFP for Sotheby's Client Service Centre.doc 11/27/2007 23:08 7/22/2008 13:19
205,824
FILE Sample Credit Card Overview - LesConcierges.ppt 10/27/2006 11:00 7/22/2008 13:19
2,959,360
FILE SCT Levels 1-3 rev 82003(1).xls 6/1/2006 16:37 7/22/2008 13:19 549,888
FILE SCT+Levels+1-3.xls 3/22/2007 06:44 7/22/2008 13:19 612,864
FILE Sothebys Customer Care Inputs.xls 12/3/2007 15:34 7/22/2008 13:19 23,040
FILE Sothebys Customer Care.xls 12/3/2007 18:47 7/22/2008 13:19 385,536
FILE Sotheby's GE Contact Sheet 031607.xls 3/16/2007 16:56 7/22/2008 13:19 37,888
FILE Sotheby's Hot List 020107.doc 2/1/2007 06:47 7/22/2008 13:19 77,312
FILE Sothebys Hot List 020707.doc 2/10/2007 08:09 7/22/2008 13:19 31,232
FILE Sothebys Notes.doc 11/20/2007 08:28 7/22/2008 13:19 32,256
FILE Sotheby's Reward Pricing Grid 090407.xls 10/26/2007 12:13 7/22/2008 13:19
44,032
FILE Sotheby's-LowMidHi assessment from Catherine.pdf 11/16/2006 09:59 7/22/2008 13:19
212,321
FILE SothebysTravel011008.pdf 1/10/2008 06:29 7/22/2008 13:19 957,173
FILE SothebysTravel011008.ppt 1/10/2008 06:27 7/22/2008 13:19 2,685,952
FILE SothebysTravel060408.ppt 6/9/2008 05:50 7/22/2008 13:19 1,108,480
FILE Starwood_LC_082707.xls 8/28/2007 18:51 7/22/2008 13:19 437,248
FILE Thumbs.db 2/19/2008 11:34 7/22/2008 13:19 7,680
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Sothebys\Collateral\ 0
1 5,188,321
FILE Booklet pdf 112607.pdf 11/27/2007 08:00 7/22/2008 13:19 5,188,321
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Sothebys\Collateral\ 0
1 5,188,321
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Sothebys\Contract and Term Sheet\
0 37 8,301,218
FILE _LesConcierges_Term_Sheet 041307B.DOC 4/13/2007 14:23 7/22/2008 13:19 231,424
FILE _LesConcierges_Term_Sheet 041507B.DOC 4/15/2007 10:18 7/22/2008 13:19 229,888
FILE ~$ Term Sheet_GEMoneySothebys021907.doc 2/21/2007 14:08 7/22/2008 13:19
162
FILE 032207B _GE_LC_Data_Agreement.DOC 4/2/2007 07:56 7/22/2008 13:19 172,544
FILE AGREEMENT_FOR_REWARDS_SERVICES_SOTHEBYS.doc 3/12/2007 13:46 7/22/2008 13:19
392,192
FILE agreement_img_and_lec_020707.doc 3/12/2007 16:12 7/22/2008 13:19 74,240

FILE Comments re_Sothebys_Term_Sheet.DOC 4/10/2007 08:54 7/22/2008 13:19 224,256
FILE Compared 3-23 and 3-29 Term Sheets.doc 4/12/2007 07:11 7/22/2008 13:19 214,016
FILE GE_vendor_agreement_062107 (3).doc 9/14/2007 11:02 7/22/2008 13:19 54,784
FILE GE_vendor_agreement_062107.doc 6/21/2007 12:54 7/22/2008 13:19 53,760
FILE GE_vendor_agreement_092807.doc 9/28/2007 11:35 7/22/2008 13:19 52,736
FILE GE_vendor_agreement_100407_Exec.doc 10/4/2007 10:59 7/22/2008 13:19 53,760
FILE LC MASTER Insurance Coverage.xls 9/26/2007 14:30 7/22/2008 13:19 44,032
FILE LC Term Sheet_GEMoneySothebys.doc 1/7/2007 21:19 7/22/2008 13:19 489,472
FILE LC Term Sheet_GEMoneySothebys010807.doc 1/22/2007 21:32 7/22/2008 13:19 435,712
FILE LC Term Sheet_GEMoneySothebys020807.doc 2/10/2007 08:09 7/22/2008 13:19 455,168
FILE LC Term Sheet_GEMoneySothebys021907.doc 2/20/2007 13:32 7/22/2008 13:19 458,240
FILE LC Term Sheet_GEMoneySothebys022007.doc 2/22/2007 08:56 7/22/2008 13:19 464,896
FILE LC Term Sheet_GEMoneySothebys030507.doc 3/5/2007 11:56 7/22/2008 13:19 465,408
FILE LC Term Sheet_GEMoneySothebys030907.doc 3/9/2007 16:15 7/22/2008 13:19 453,120
FILE LC Term Sheet_IMG.doc 1/22/2007 21:35 7/22/2008 13:19 439,296
FILE LC Term Sheet_Sothebys032307cl.DOC 4/11/2007 12:21 7/22/2008 13:19 235,520
FILE LC-Sothebys Discussion Points 020807.doc 2/10/2007 08:14 7/22/2008 13:19 81,920
FILE Proposed 12 April revisions to LesConcierges Term Sheet.DOC 4/12/2007 07:11 7/22/2008 13:19 225,280
FILE Proposed 13 April revisions to LesConcierges Term Sheet.DOC 4/13/2007 06:45 7/22/2008 13:19 228,352
FILE Proposed 29 March revisions to LesConcierges Term Sheet.DOC 3/29/2007 14:28 7/22/2008 13:19 217,088
FILE Proposed 29 March revisions to LesConcierges Term Sheetcl.DOC 4/11/2007 12:18 7/22/2008 13:19 209,920
FILE Proposed 3 April revisions to LesConcierges Term Sheet.DOC 4/2/2007 11:30 7/22/2008 13:19 220,160
FILE Proposed 30 March revisions to LesConcierges Term Sheet.DOC 3/30/2007 08:32 7/22/2008 13:19 219,136
FILE Proposed 5 April revisions to LesConcierges Term Sheet.DOC 4/5/2007 15:38 7/22/2008 13:19 220,672
FILE Proposed 5 April revisions to LesConcierges Term Sheetcl.DOC 4/6/2007 06:42 7/22/2008 13:19 169,472
FILE Proposed April 4 revisions to LesConcierges Term Sheet.DOC 4/5/2007 15:31 7/22/2008 13:19 219,648
FILE short vendor agreement 7-24-07 v3.doc 4/24/2007 09:53 7/22/2008 13:19 47,104
FILE Sotheby's Hot List 020107.doc 2/1/2007 06:47 7/22/2008 13:19 77,312
FILE Term Sheet Issue Update 4-2-07.doc 4/2/2007 09:20 7/22/2008 13:19 27,648
FILE tracked changes LC Term Sheet as revised by LC1 19 April 2007.DOC 4/19/2007 13:59 7/22/2008 13:19 223,232
FILE tracked changes LC Term Sheet as revised by Sotheby_s 18 April 2007.DOC 4/18/2007 13:35 7/22/2008 13:19 219,648
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Sothebys\Contract and Term Sheet\ 0 37 8,301,218
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Sothebys\Final Deliverables\ 0 33 3,317,948
FILE Account Projections.xls 12/26/2006 15:58 7/22/2008 13:19 14,848
FILE BFishRewardsFulfillment (2) (2).doc 11/14/2006 16:05 7/22/2008 13:19 179,712
FILE BFishRewardsFulfillment (2).doc 10/19/2006 17:23 7/22/2008 13:19 178,176
FILE ClientA_Web_Report.xls 10/28/2006 09:08 7/22/2008 13:19 44,544
FILE Copy of Lux Rewards Program Sourcing Grid 10-23-06BluefishMM.xls 10/30/2006 08:17 7/22/2008 13:19 43,008
FILE Dail Rewards Snapshot.xls 10/28/2006 08:19 7/22/2008 13:19 22,016
FILE Daily Rewards Snapshot.xls 10/30/2006 20:37 7/22/2008 13:19 35,328
FILE Elite Rewards Telephony Reporting.xls 10/28/2006 08:26 7/22/2008 13:19 49,664
FILE Exhibit VI LesConcierges Pricing Proposal 9-07.doc 9/14/2007 12:01 7/22/2008 13:19 128,512
FILE GE Offer Development-lo-mid-hi EST REVISED based on rankings.xls 10/19/2006 17:06 7/22/2008 13:19 10,752
FILE GE Sothebys- Rdmptn Rates Lux Rewards Program.xls 10/28/2006 07:50 7/22/2008 13:19 51,200
FILE GEMoneyInternal Sourcing Workbook.xls 11/12/2006 12:55 7/22/2008 13:19 19,968
FILE GESothLaunchTimelinie10-26-06.xls 10/28/2006 10:24 7/22/2008 13:19 22,528
FILE LesConcierges RFP Response for GECF Revised Reward Pricing.doc 10/23/2006 12:19 7/22/2008 13:19 140,800
FILE list_Lux Rewards Program Sourcing Grid_IMG 122606.xls 12/26/2006 16:00 7/22/2008 13:19 27,648
FILE Lux Rewards Program Sourcing Grid 10-23-06.xls 10/28/2006 10:35 7/22/2008 13:19 48,640

FILE Lux Rewards Program Sourcing Grid 10-23-06Bluefish.xls 10/23/2006 21:18 7/22/2008 13:19 37,376
FILE Lux Rewards Program Sourcing Grid 10-23-06GEMoney.xls 10/23/2006 20:56 7/22/2008 13:19 45,056
FILE Lux Rewards Program Sourcing Grid 10-23-06IMG.xls 10/23/2006 21:04 7/22/2008 13:19 35,328
FILE Lux Rewards Program Sourcing Grid 10-26-06.xls 10/28/2006 10:38 7/22/2008 13:19 48,640
FILE Lux Rewards Program Sourcing Grid 10-26-06GEMoney.xls 10/30/2006 16:36 7/22/2008 13:19 72,192
FILE Lux Rewards Program Sourcing Grid 111306.xls 12/19/2006 06:56 7/22/2008 13:19 50,688
FILE Responses from Risa for GE RFP.doc 10/28/2006 07:49 7/22/2008 13:19 64,512
FILE Rewards by Category 5_11.ppt 10/17/2006 10:41 7/22/2008 13:19 313,856
FILE Rewards Customer Exp.emf 10/28/2006 09:28 7/22/2008 13:19 108,732
FILE Rewards Reporting.xls 10/30/2006 20:38 7/22/2008 13:19 61,952
FILE RewardsFulfillmentBF.doc 10/11/2006 17:15 7/22/2008 13:19 147,456
FILE RewardsFulfillmentBF2.doc 10/23/2006 13:25 7/22/2008 13:19 160,768
FILE Sothebys Card overview.ppt 11/3/2006 12:54 7/22/2008 13:19 947,712
FILE Sotheby's Redemption Model.xls 10/30/2006 14:29 7/22/2008 13:19 56,320
FILE Sotheby's Redemption Model-020107.xls 2/1/2007 06:55 7/22/2008 13:19 57,856
FILE Sotheby's Redemption Model-110906.xls 11/9/2006 18:50 7/22/2008 13:19 64,000
FILE Southeby's Redemption Model.xls 10/28/2006 09:08 7/22/2008 13:19 28,160
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Sothebys\Final Deliverables\ 0 33 3,317,948
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Sothebys\Final Final\ 0 2 49,152
FILE list_Lux Rewards Program Sourcing Grid_IMG with Marketing Rights.xls 2/1/2007 07:42 7/22/2008 13:19 30,208
FILE Sothebys Elite Rewards Staffing Model.xls 2/22/2007 09:22 7/22/2008 13:19 18,944
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Sothebys\Final Final\ 0 2 49,152
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Sothebys\Original Sothebys\ 0 15 8,880,612
FILE Gift Ideas- Sotheby's.doc 8/9/2005 05:24 7/22/2008 13:19 1,036,288
FILE Gifts.doc 8/9/2005 09:01 7/22/2008 13:19 475,136
FILE LesConciegesProposalforSothebys.doc 8/9/2005 13:05 7/22/2008 13:19 629,760
FILE London Excursions- Sotheby's.doc 8/9/2005 09:46 7/22/2008 13:19 892,416
FILE Program Breakout for Sotheby's.xls 9/27/2005 15:40 7/22/2008 13:19 26,112
FILE Sotheby's Excursions- Auction Cities.doc 8/9/2005 05:24 7/22/2008 13:19 518,144
FILE Sothebys Ideas.doc 9/28/2005 12:21 7/22/2008 13:19 29,184
FILE Sothebys Items by Bryan.rtf 9/30/2005 08:33 7/22/2008 13:19 2,944
FILE Sotheby's Packaging.rtf 9/30/2005 08:34 7/22/2008 13:19 1,707
FILE Sotheby's Precis.doc 9/27/2005 12:27 7/22/2008 13:19 34,816
FILE Sotheby's Pricing 081705.xls 9/27/2005 11:31 7/22/2008 13:19 33,792
FILE Sotheby's Pricing.xls 8/9/2005 14:15 7/22/2008 13:19 15,360
FILE Sotheby'sGiftsandExperiencesSamples.doc 8/9/2005 12:41 7/22/2008 13:19 4,014,080
FILE sothebysrfp.jpg 8/9/2005 11:57 7/22/2008 13:19 137,657
FILE Standard Gift Samples for Sotheby's.doc 8/9/2005 08:56 7/22/2008 13:19 1,033,216
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Sothebys\Original Sothebys\ 0 15 8,880,612
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Sothebys\Pricing\ 0 9 1,827,706
FILE Dispute Resolution.jpg 3/18/2007 16:00 7/22/2008 13:19 57,210
FILE GE_Pricing_Model_111306.xls 12/7/2006 12:52 7/22/2008 13:19 359,424
FILE GE_Pricing_Model-BaseCase.xls 10/11/2006 15:38 7/22/2008 13:19 357,888
FILE GE_Pricing_Model-BaseCase2.xls 10/12/2006 09:59 7/22/2008 13:19 361,984
FILE GECap Pricing Sheet 111306.xls 11/12/2006 12:54 7/22/2008 13:19 55,296
FILE GEMoneyRewardsProposal010806.xls 1/7/2007 21:18 7/22/2008 13:19 52,224
FILE GEMoneyRewardsProposal121106.xls 12/11/2006 10:33 7/22/2008 13:19 54,272
FILE Nordstrom_Pricing_Model-8020.xls 8/7/2006 17:10 7/22/2008 13:19 504,320
FILE What we can do for Sotheby's.doc 8/9/2005 05:24 7/22/2008 13:19 25,088
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Sothebys\Pricing\ 0 9 1,827,706
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Sothebys\Tech\ 0 2 366,080
FILE High Risk IT Security 9-13-06 (2).doc 10/3/2006 11:29 7/22/2008 13:19 84,480
FILE Medium Security Assessment.doc 10/3/2006 10:00 7/22/2008 13:19 281,600
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Sothebys\Tech\ 0 2 366,080
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Sothebys\Training\ 0 1 4,322,816

FILE Training Deck for RFP.ppt 11/6/2007 08:45 7/22/2008 13:19 4,322,816
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Sothebys\Training\ 0 1 4,322,816
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Sothebys\ 8 175 132,950,277
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\sr mgt\ 0 1 33,280
FILE SR MGMT ISSUES.xls 8/6/2004 15:30 7/22/2008 13:19 33,280
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\sr mgt\ 0 1 33,280
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\ 1 5 2,954,148
FILE Bain PPT Templates.ppt 5/24/2008 21:15 7/22/2008 13:18 2,583,552
FILE LC_Wallpaper_Blk_1024x768.jpg 10/23/2006 14:17 7/22/2008 13:18 37,796
FILE Organization Chart Title.ppt 9/7/2007 12:15 7/22/2008 13:18 15,872
FILE Quotes_090105.ppt 6/22/2006 13:18 7/22/2008 13:18 309,760
FILE Thumbs.db 9/25/2007 06:41 7/22/2008 13:18 7,168
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\ 9 0 0
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\Fax\ 0 1 132,608
FILE LC Fax Final.doc 10/25/2006 07:30 7/22/2008 13:19 132,608
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\Fax\ 0 1 132,608
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\HR Forms\ 2 0 0
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\HR Forms \Performance Planning\ 0 1 103,424
FILE Performance Planning Template.doc 10/25/2006 07:35 7/22/2008 13:19 103,424
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\HR Forms \Performance Planning\ 0 1 103,424
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\HR Forms \Time Off\ 0 1 95,744
FILE LC Time-Off Request.doc 10/25/2006 07:32 7/22/2008 13:19 95,744
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\HR Forms \Time Off\ 0 1 95,744
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\HR Forms\ 2 2 199,168
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\PowerPoint Masters and Style Guidelines\ 6 1 10
FILE _desktop.ini 10/25/2006 08:24 7/22/2008 13:18 10
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\PowerPoint Masters and Style Guidelines\1. Style Guidelines\ 0 3 523,274
FILE _desktop.ini 10/25/2006 08:24 7/22/2008 13:19 10
FILE PPT_Guidelines_102606.ppt 10/25/2006 08:42 7/22/2008 13:19 518,144
FILE Thumbs.db 4/5/2006 12:59 7/22/2008 13:19 5,120
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\PowerPoint Masters and Style Guidelines\1. Style Guidelines\ 0 3 523,274
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\PowerPoint Masters and Style Guidelines\2. Masters\ 0 6 6,214,154
FILE _desktop.ini 10/25/2006 08:24 7/22/2008 13:19 10
FILE PPT_Master_External_Employee_v1_2006.ppt 10/18/2006 11:41 7/22/2008 13:19 1,334,272
FILE PPT_Master_External_Employee_v2_2006.ppt 10/18/2006 11:43 7/22/2008 13:19 1,334,272
FILE PPT_Master_External_Luxury_v1_2006.ppt 10/18/2006 11:44 7/22/2008 13:19 3,307,008
FILE PPT_Master_Internal_v1_2006.ppt 10/18/2006 11:45 7/22/2008 13:19 230,912
FILE Thumbs.db 4/5/2006 12:59 7/22/2008 13:19 7,680
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\PowerPoint Masters and Style Guidelines\2. Masters\ 0 6 6,214,154
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\PowerPoint Masters and Style Guidelines\3. Divider Graphics\ 2 1 10
FILE _desktop.ini 10/25/2006 08:24 7/22/2008 13:18 10
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\PowerPoint Masters and Style Guidelines\3. Divider Graphics\Logo Divider and Masthead\ 0 4 11,928
FILE _desktop.ini 10/25/2006 08:24 7/22/2008 13:19 10
FILE Dividers-Logo-NoWhite.jpg 9/19/2005 04:54 7/22/2008 13:19 3,106
FILE Header-Blue-Bar.jpg 9/19/2005 04:54 7/22/2008 13:19 1,132
FILE Thumbs.db 4/5/2006 12:59 7/22/2008 13:19 7,680
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\PowerPoint Masters and Style Guidelines\3. Divider Graphics\Logo Divider and Masthead\ 0 4 11,928
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\PowerPoint Masters and Style Guidelines\3. Divider Graphics\Photo Dividers\ 2 1 10
FILE _desktop.ini 10/25/2006 08:24 7/22/2008 13:18 10

FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\PowerPoint Masters and Style Guidelines\3. Divider Graphics\Photo Dividers\Employee\ 0 20 1,344,950
FILE _desktop.ini 10/25/2006 08:24 7/22/2008 13:19 10
FILE baseballDivider.jpg 9/6/2005 06:56 7/22/2008 13:18 63,726
FILE brunchDivider.jpg 9/6/2005 07:56 7/22/2008 13:18 35,209
FILE businessmanDivider.jpg 9/6/2005 06:59 7/22/2008 13:18 83,101
FILE concertDivider.jpg 9/6/2005 07:00 7/22/2008 13:18 68,160
FILE convertibleDivider.jpg 9/6/2005 07:00 7/22/2008 13:18 79,244
FILE dinner2Divider.jpg 9/6/2005 07:00 7/22/2008 13:19 72,430
FILE flowerBoxDivider.jpg 9/6/2005 07:00 7/22/2008 13:19 78,553
FILE footballDivider.jpg 9/6/2005 07:00 7/22/2008 13:19 77,996
FILE girlDivider.jpg 9/6/2005 07:00 7/22/2008 13:19 84,627
FILE golfDivider.jpg 9/6/2005 07:00 7/22/2008 13:19 46,071
FILE granddadDivider.jpg 9/7/2005 11:48 7/22/2008 13:19 79,384
FILE hutsDivider.jpg 9/6/2005 07:01 7/22/2008 13:19 83,705
FILE lunchDivider.jpg 9/6/2005 07:01 7/22/2008 13:19 71,379
FILE operatorDivider.jpg 9/6/2005 07:01 7/22/2008 13:19 63,205
FILE passportsDivider.jpg 9/6/2005 07:01 7/22/2008 13:19 86,033
FILE proposalDivider.jpg 9/6/2005 07:01 7/22/2008 13:19 52,900
FILE showDivider.jpg 9/6/2005 07:01 7/22/2008 13:19 74,573
FILE sunsetDivider.jpg 9/7/2005 11:48 7/22/2008 13:19 74,500
FILE Thumbs.db 4/5/2006 12:59 7/22/2008 13:19 70,144
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\PowerPoint Masters and Style Guidelines\3. Divider Graphics\Photo Dividers\Employee\ 0 20 1,344,950
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\PowerPoint Masters and Style Guidelines\3. Divider Graphics\Photo Dividers\Luxury\ 0 22 6,417,746
FILE _desktop.ini 10/25/2006 08:24 7/22/2008 13:18 10
FILE Breakfast-On-Veranda.jpg 7/2/2005 10:07 7/22/2008 13:18 193,942
FILE Buddhas.jpg 7/3/2005 10:08 7/22/2008 13:18 236,858
FILE China-Palace.jpg 7/3/2005 10:11 7/22/2008 13:18 130,841
FILE ConcertDivider.jpg 7/2/2005 06:51 7/22/2008 13:18 84,525
FILE CoupleTropics.jpg 7/2/2005 09:08 7/22/2008 13:18 108,689
FILE Green-Golf.jpg 7/3/2005 10:13 7/22/2008 13:18 180,905
FILE Horse-On-Beach.jpg 7/3/2005 06:57 7/22/2008 13:18 114,190
FILE Hotel-Room.jpg 7/3/2005 14:57 7/22/2008 13:18 129,851
FILE InsideJetPeople.jpg 7/2/2005 09:11 7/22/2008 13:18 97,421
FILE Jet-At-Sunset.jpg 7/2/2005 10:14 7/22/2008 13:18 126,350
FILE Kids-Admiring-Painting.jpg 7/3/2005 06:53 7/22/2008 13:18 216,064
FILE Old-Opera-House.jpg 7/3/2005 10:14 7/22/2008 13:18 299,661
FILE Outdoor-Gourmet.jpg 7/2/2005 10:17 7/22/2008 13:18 222,369
FILE ParisTravelDivider.jpg 7/2/2005 07:37 7/22/2008 13:18 74,493
FILE Photo_Dividers_Luxury.ppt 9/7/2005 08:06 7/22/2008 13:18 3,331,584
FILE Plaza-San-Marco.jpg 7/3/2005 06:55 7/22/2008 13:18 191,342
FILE Spa-02.jpg 7/3/2005 14:59 7/22/2008 13:18 116,351
FILE Steeple-Chase.jpg 7/5/2005 05:36 7/22/2008 13:18 197,849
FILE Taj-Mahal.jpg 7/3/2005 10:09 7/22/2008 13:18 122,679
FILE Thumbs.db 4/5/2006 12:59 7/22/2008 13:18 78,848
FILE Woman-Deck-Letterbox-02.jpg 7/2/2005 03:08 7/22/2008 13:18 162,924
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\PowerPoint Masters and Style Guidelines\3. Divider Graphics\Photo Dividers\Luxury\ 0 22 6,417,746
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\PowerPoint Masters and Style Guidelines\3. Divider Graphics\Photo Dividers\ 2 43 7,762,706
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\PowerPoint Masters and Style Guidelines\3. Divider Graphics\ 4 48 7,774,644
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\PowerPoint Masters and Style Guidelines\4. Cover graphics\ 1 5 474,693
FILE _desktop.ini 10/25/2006 08:24 7/22/2008 13:18 10
FILE Employee.v1.jpg 12/15/2005 11:25 7/22/2008 13:18 156,172
FILE Employee.v2.jpg 12/15/2005 11:25 7/22/2008 13:18 146,442
FILE Luxury.jpg 9/22/2005 07:37 7/22/2008 13:18 133,157
FILE Thumbs.db 6/8/2006 13:02 7/22/2008 13:18 38,912
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\PowerPoint Masters and Style Guidelines\4. Cover graphics\cropped\ 0 3 15,390
FILE _desktop.ini 10/25/2006 08:24 7/22/2008 13:18 10
FILE Picasa.ini 2/18/2007 10:38 7/22/2008 13:18 20
FILE Thumbs.db 10/25/2006 08:44 7/22/2008 13:18 15,360
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\PowerPoint Masters and Style Guidelines\4. Cover graphics\cropped\ 0 3 15,390
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\PowerPoint Masters and Style Guidelines\4. Cover graphics\ 1 8 490,083
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\PowerPoint

Masters and Style Guidelines\5. Quotes\ 0 3 312,330
FILE _desktop.ini 10/25/2006 08:24 7/22/2008 13:18 10
FILE Quotes_090105.ppt 6/29/2006 12:18 7/22/2008 13:18 306,688
FILE Thumbs.db 8/1/2006 05:42 7/22/2008 13:18 5,632
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\PowerPoint Masters and Style Guidelines\5. Quotes\ 0 3 312,330
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\PowerPoint Masters and Style Guidelines\Core Corporate Slides\ 0 1 10
FILE _desktop.ini 10/25/2006 08:24 7/22/2008 13:18 10
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\PowerPoint Masters and Style Guidelines\Core Corporate Slides\ 0 1 10
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\PowerPoint Masters and Style Guidelines\ 11 70 15,314,505
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\Purchase Order\ 0 1 354,816
FILE LC Purchase Order.xlt 10/25/2006 09:16 7/22/2008 13:18 354,816
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\Purchase Order\ 0 1 354,816
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\Stationery\ 0 3 617,122
FILE ~$ Letterhead 2006.doc 2/23/2007 10:09 7/22/2008 13:18 162
FILE LC Avery 5164 Label.dot 8/15/2006 09:48 7/22/2008 13:18 503,808
FILE LC Letterhead 2006.doc 11/18/2006 10:23 7/22/2008 13:18 113,152
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\Stationery\ 0 3 617,122
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\Style Guide\ 0 1 884,309
FILE LC_Style_Guide_2006_Final.pdf 10/25/2006 09:50 7/22/2008 13:18 884,309
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\Style Guide\ 0 1 884,309
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\Templates\ 4 0 0
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\Templates\Agenda and Minutes\ 0 4 591,872
FILE LC Agenda_Internal.doc 10/25/2006 14:22 7/22/2008 13:18 147,968
FILE LC AgendaClient.doc 10/25/2006 14:22 7/22/2008 13:18 144,896
FILE LC Meeting Minutes Template.doc 6/19/2008 13:16 7/22/2008 13:18 151,552
FILE LC-GE-Sothebys Agenda 031107.doc 3/13/2007 10:02 7/22/2008 13:18 147,456
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\Templates\Agenda and Minutes\ 0 4 591,872
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\Templates\Memorandum\ 0 1 92,672
FILE LC Memo Final.doc 10/25/2006 14:22 7/22/2008 13:18 92,672
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\Templates\Memorandum\ 0 1 92,672
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\Templates\Sample Service List\ 0 1 189,952
FILE LC_Sample_Service_List.doc 10/25/2006 14:23 7/22/2008 13:18 189,952
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\Templates\Sample Service List\ 0 1 189,952
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\Templates\Standard Operating Procedure\ 0 1 225,792
FILE LC_SOP.doc 10/25/2006 14:24 7/22/2008 13:18 225,792
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\Templates\Standard Operating Procedure\ 0 1 225,792
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\Templates\ 4 7 1,100,288
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\Vendor Contract\ 0 3 337,920
FILE LC NDA.doc 10/30/2006 08:48 7/22/2008 13:18 110,080
FILE LC PP Rider.doc 10/25/2006 09:00 7/22/2008 13:18 118,784
FILE LC Vendor Contract Template.doc 10/25/2006 08:47 7/22/2008 13:18 109,056
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\Vendor Contract\ 0 3 337,920
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\Wallpaper\ 0 6 242,261
FILE LC Wallpaper Directions.doc 10/25/2006 10:05 7/22/2008 13:18 102,400
FILE LC_Wallpaper_1024x768.jpg 10/23/2006 11:19 7/22/2008 13:18 37,217
FILE LC_Wallpaper_800x600.jpg 10/23/2006 11:20 7/22/2008 13:18 32,190
FILE LC_Wallpaper_Blk_1024x768.jpg 10/23/2006 11:17 7/22/2008 13:18 37,796
FILE LC_Wallpaper_BLK_800x600.jpg 10/23/2006 11:15 7/22/2008 13:18 24,466
FILE Thumbs.db 10/24/2006 10:45 7/22/2008 13:18 8,192
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\Wallpaper\ 0 6 242,261
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\LC_Branding\ 26

94 19,182,997
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stationary\ 27 99 22,137,145
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stratus\ 2 27 10,505,041
FILE Alliance Agreement - LesConcierges - 2.14.05 final 4/21/2005 09:57 7/22/2008 13:18 147,456
FILE Alliance Agreement - LesConcierges - 2.14.05 final.doc 4/22/2005 10:02 7/22/2008 13:18 158,720
FILE Alliance Agreement - LesConcierges 1.11.05 - Redline1.doc 1/16/2005 16:59 7/22/2008 13:18 202,240
FILE Alliance Agreement - LesConcierges 1.11.05.doc 1/11/2005 14:16 7/22/2008 13:18 176,640
FILE Alliance Agreement - LesConcierges 1.17.05 - Redline2.doc 1/18/2005 14:48 7/22/2008 13:18 203,776
FILE Alliance Agreement - LesConcierges 1.19. 05 v2.doc 1/21/2005 10:45 7/22/2008 13:18 188,416
FILE Alliance Agreement - LesConcierges 1.19. 05.doc 1/19/2005 07:46 7/22/2008 13:18 208,384
FILE Alliance Agreement - LesConcierges 1.22.05 - Redline3.doc 1/22/2005 11:36 7/22/2008 13:18 209,408
FILE BenefitsPackage.pdf 5/10/2005 21:11 7/22/2008 13:18 2,545,107
FILE interval analysis.xls 5/3/2005 15:51 7/22/2008 13:18 16,896
FILE Overview for the New Stratus.ppt 12/15/2005 18:59 7/22/2008 13:18 1,517,568
FILE Stratus - GR comparison.xls 10/30/2003 05:42 7/22/2008 13:18 18,432
FILE Stratus 102903 1.0.xls 10/29/2003 16:37 7/22/2008 13:18 172,032
FILE Stratus Agreement 020805 LC Revision v2.doc 2/8/2005 13:13 7/22/2008 13:18 156,672
FILE Stratus Agreement 020805 LC Revision v3.doc 2/9/2005 10:52 7/22/2008 13:18 181,760
FILE Stratus Agreement 020805 LC Revision.doc 2/8/2005 12:10 7/22/2008 13:18 203,264
FILE Stratus contract notes 1-14-05.doc 1/14/2005 13:41 7/22/2008 13:18 24,064
FILE Stratus Contract Notes for LJ and Phil.doc 1/22/2005 11:36 7/22/2008 13:18 28,160
FILE Stratus Detail April.xls 5/3/2005 11:53 7/22/2008 13:18 36,864
FILE Stratus NDA.doc 10/16/2003 13:54 7/22/2008 13:18 34,816
FILE Stratus Program Proposal 10-20.ppt 10/21/2003 14:35 7/22/2008 13:18 3,478,528
FILE Stratus Rewards 2005.xls 12/15/2005 18:56 7/22/2008 13:18 63,488
FILE Stratus Rewards April 2005.xls 5/3/2005 14:32 7/22/2008 13:18 64,512
FILE Stratus Service Agreement 013005b Clean Copy.doc 1/31/2005 14:26 7/22/2008 13:18 229,888
FILE stratus.JPG 10/20/2003 14:40 7/22/2008 13:18 3,437
FILE TermsConditions.pdf 5/6/2005 11:02 7/22/2008 13:18 228,881
FILE Thumbs.db 9/25/2007 06:41 7/22/2008 13:18 5,632
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stratus\Agendas\ 0 4 145,570
FILE ~$ratus Agenda 0609.doc 6/9/2005 14:04 7/22/2008 13:18 162
FILE Stratus Agenda 051805.doc 5/19/2005 14:47 7/22/2008 13:18 48,640
FILE Stratus Agenda 052505.doc 5/26/2005 11:23 7/22/2008 13:18 49,664
FILE Stratus Agenda 0609.doc 6/9/2005 10:39 7/22/2008 13:18 47,104
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stratus\Agendas\ 0 4 145,570
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Stratus\sales process\ 0 17 25,899,865
FILE ~$ratus Agenda 12-6-04.doc 12/3/2004 14:06 7/22/2008 13:18 162
FILE LC Overview for Stratus Rewards 10.25.04.ppt 10/29/2004 15:11 7/22/2008 13:18 6,475,264
FILE LC Overview for Stratus Rewards 11.05.04.ppt 11/5/2004 16:42 7/22/2008 13:18 6,475,776
FILE LC Overview for Stratus Rewards 11.08.04.ppt 11/9/2004 14:49 7/22/2008 13:18 5,597,184
FILE LC Overview for Stratus Rewards 11.12.04.ppt 11/16/2004 12:55 7/22/2008 13:18 5,617,152
FILE Stratus Agenda 12-17-04.doc 12/17/2004 09:33 7/22/2008 13:18 133,632
FILE Stratus Agenda 12-6-04 v2.doc 12/3/2004 15:33 7/22/2008 13:18 117,248
FILE Stratus Agenda 12-6-04 v3.doc 12/6/2004 11:54 7/22/2008 13:18 117,248
FILE Stratus Agenda 12-6-04.doc 12/3/2004 14:04 7/22/2008 13:18 115,200
FILE Stratus Benefits Package.pdf 10/19/2004 11:00 7/22/2008 13:18 239,351
FILE STRATUS PRICING 01-21-05.xls 1/22/2005 11:41 7/22/2008 13:18 97,280
FILE STRATUS PRICING 10-23-03.xls 10/19/2004 12:16 7/22/2008 13:18 15,360
FILE STRATUS PRICING 10-25-04.xls 12/13/2004 15:50 7/22/2008 13:18 16,384
FILE STRATUS PRICING 12-13-04.xls 12/13/2004 15:50 7/22/2008 13:18 77,824
FILE Stratus Redemption package.pdf 10/19/2004 11:00 7/22/2008 13:18 540,567
FILE Stratus Rewards press release.pdf 10/19/2004 11:00 7/22/2008 13:18 228,905
FILE Strtus Launch Plan 1221.xls 12/22/2004 12:12 7/22/2008 13:18 35,328

TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stratus\sales process\ 0 17 25,899,865
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Stratus\ 2 48 36,550,476
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\tech\ 1 15 4,584,032
FILE CIMS Corp Manual.doc 7/10/2001 22:20 7/22/2008 13:18 905,728
FILE CIMS Manual.doc 7/10/2001 16:10 7/22/2008 13:18 2,768,896
FILE Configuring the VPN Client.doc 7/17/2002 17:43 7/22/2008 13:18 228,352
FILE LC Bus Req Ph I rev 1-6-03.doc 1/7/2003 00:13 7/22/2008 13:18 66,048
FILE LC Data Feed Document.xls 9/19/2003 07:36 7/22/2008 13:18 17,408
FILE LesConcierges IT Support 14Jan05.doc 1/14/2005 20:23 7/22/2008 13:18 40,448
FILE LesConcierges IT Support Center.doc 9/29/2003 07:25 7/22/2008 13:18 29,184
FILE LesConcierges-Architecture.pdf 9/2/2007 21:00 7/22/2008 13:18 259,460
FILE Prod_mtg_020805.doc 2/7/2005 19:34 7/22/2008 13:18 73,728
FILE Robeson Accounts - technology summary 4Q 2003.xls 10/28/2003 04:40 7/22/2008 13:18 16,896
FILE robesonm.pfx 11/8/2005 13:10 7/22/2008 13:18 2,268
FILE S10_Initiative_Outline1.doc 10/11/2005 11:51 7/22/2008 13:18 34,816
FILE SmartAgentReleaseSpecsFeb5-2005.doc 2/22/2005 19:05 7/22/2008 13:18 79,872
FILE Tech Log - robeson.xls 1/12/2004 10:04 7/22/2008 13:18 39,424
FILE telco switch comparison chart.xls 2/26/2003 00:05 7/22/2008 13:18 21,504
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\tech\SA\ 0 1 34,816
FILE SmartAgent Top10.doc 10/24/2005 09:13 7/22/2008 13:18 34,816
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\tech\SA\ 0 1 34,816
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\tech\ 1 16 4,618,848
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\telecenter\ 7 133 32,227,715
FILE 2004 Super Bowl Final I.PPT 11/7/2003 08:33 7/22/2008 13:18 791,552
FILE 2006 FC Org Chart .ppt 2/7/2006 17:57 7/22/2008 13:18 52,224
FILE '96 Disaster Recovery Plan_.rtf 4/10/2003 14:09 7/22/2008 13:18 14,115,562
FILE Account_Staffing.xls 3/26/2007 07:59 7/22/2008 13:18 49,152
FILE Agent Group List.xls 1/15/2004 08:01 7/22/2008 13:18 15,360
FILE Agent Summ July 03.xls 8/27/2003 09:57 7/22/2008 13:18 17,408
FILE AT&TProposal.doc 9/1/2005 09:52 7/22/2008 13:18 700,416
FILE ATTtollFreeServices.doc 9/1/2005 09:52 7/22/2008 13:18 579,072
FILE ATTWS_UsageDetails_For_5106041649.xls 12/28/2004 06:53 7/22/2008 13:18 60,822
FILE ATTWS_UsageDetails_For_5106041649.zip 12/28/2004 07:53 7/22/2008 13:18 5,302
FILE Call Center Goals.ppt 7/20/2004 18:40 7/22/2008 13:18 53,760
FILE Call Center Model Reports.xls 8/9/2004 17:43 7/22/2008 13:18 20,480
FILE Call Center Overview mwr answers 12.31.xls 12/31/2003 09:14 7/22/2008 13:18 45,056
FILE Call Center Quality Analyst - MWR Comments.doc 5/16/2005 06:35 7/22/2008 13:18 27,136
FILE Call Center Quality Analyst.doc 5/6/2005 06:29 7/22/2008 13:18 26,112
FILE Call Center Sched April 2005.xls 4/25/2005 07:02 7/22/2008 13:18 78,848
FILE Call Center Statistics Jul26 to Aug22.xls 10/4/2004 15:01 7/22/2008 13:18 470,528
FILE Call interval reports 11-29 to 12-27-03.zip 12/30/2003 11:52 7/22/2008 13:18 29,940
FILE Call monitoring evaluation form 2003.doc 6/29/2003 21:45 7/22/2008 13:18 52,736
FILE Call Trends July 26 to Aug 22.xls 8/31/2004 12:13 7/22/2008 13:18 2,251,264
FILE Case effectiveness evaluation form 2003.doc 6/29/2003 21:43 7/22/2008 13:18 51,200
FILE Concierge Center SLA's.xls 4/19/2006 12:55 7/22/2008 13:18 18,432
FILE Concierge Productivity - Feb 06.xls 2/25/2006 10:58 7/22/2008 13:18 34,304
FILE Concierge Productivity jan-june 2005.xls 8/10/2005 04:56 7/22/2008 13:18 113,152
FILE Concierge Team Org Chart.ppt 7/22/2005 10:48 7/22/2008 13:18 40,960
FILE Contact Center Daily Productivity Report.xls 3/14/2002 16:14 7/22/2008 13:18 54,784
FILE DIDs for Forwarding.xls 9/27/2005 13:59 7/22/2008 13:18 132,608
FILE DRP_Summary v2.0.doc 4/28/2003 10:24 7/22/2008 13:18 29,696
FILE DRP_Summary.doc 4/25/2003 10:40 7/22/2008 13:18 33,280
FILE expand and enhance training.doc 8/5/2004 03:25 7/22/2008 13:18 25,088
FILE Explanation of call monitor form 2003.doc 10/4/2000 11:50 7/22/2008 13:18 306,176
FILE Explanation of case effectiveness form 2003.doc 10/4/2000 11:57 7/22/2008 13:18 305,152
FILE FC Activity Report 10.31.xls 10/31/2003 07:57 7/22/2008 13:18 67,072
FILE FC Breakdown.xls 2/25/2006 10:47 7/22/2008 13:18 25,088

FILE FC Breakdownv2.xls 3/3/2006 16:21 7/22/2008 13:18 29,184
FILE FC Hours May to Sep 10.20.03.xls 10/20/2003 13:56 7/22/2008 13:18 19,456
FILE FC Issues and Action Plan 9-6.doc 9/10/2002 18:42 7/22/2008 13:18 19,456
FILE FC Meeting Surveys.xls 9/13/2002 14:53 7/22/2008 13:18 21,504
FILE FC Org Chart.ppt 6/13/2005 15:20 7/22/2008 13:18 32,768
FILE FC Reorg Overview 3-07.doc 3/5/2007 05:38 7/22/2008 13:18 62,464
FILE FC Reorg Overview.doc 3/3/2006 16:45 7/22/2008 13:18 53,760
FILE FC Reorg Overviewv2.doc 3/5/2006 21:14 7/22/2008 13:18 68,096
FILE FC Scheduling Quality Analyst JobOutsource notes.doc 12/21/2005 06:39
7/22/2008 13:18 32,256
FILE FCenter Feb 05.xls 3/2/2006 17:51 7/22/2008 13:18 32,256
FILE FCReviewProposedEnhancements111805.doc 11/21/2005 12:54 7/22/2008 13:18
161,280
FILE Fulfillment center feedback.doc 8/5/2004 03:24 7/22/2008 13:18 22,016
FILE Fulfillment Center Quick Reference 10.18.04.xls 11/16/2004 10:53 7/22/2008 13:18
76,800
FILE FW Staffing Forecast.rtf 6/17/2003 09:06 7/22/2008 13:18 109,027
FILE Global Ops View 061406.ppt 6/13/2006 09:30 7/22/2008 13:18 554,496
FILE July 2004 A.xls 8/3/2004 14:23 7/22/2008 13:18 60,928
FILE Kello Cho Agenda 8-26.doc 8/24/2004 09:28 7/22/2008 13:18 33,792
FILE KRP SOW Notes 042706.doc 4/27/2006 06:23 7/22/2008 13:18 27,648
FILE LC Alums.xls 7/11/2002 08:36 7/22/2008 13:18 36,864
FILE LC Call Center Daily Reporting 11-18.xls 11/19/2003 07:41 7/22/2008 13:18
20,480
FILE LC Call Center Daily Reporting 11-19.xls 11/20/2003 13:48 7/22/2008 13:18
20,480
FILE LC Call Center Daily Reporting 11-24.xls 11/25/2003 17:17 7/22/2008 13:18
21,504
FILE LC Call Center Daily Reporting 1-21-04.xls 1/21/2004 11:22 7/22/2008 13:18
21,504
FILE LC Call Center Daily Reporting 12-21-03.xls 12/22/2003 06:37 7/22/2008 13:18
21,504
FILE LC Call Center Daily Reporting 12-29-03.xls 12/29/2003 08:50 7/22/2008 13:18
21,504
FILE LC Call Center Daily Reporting 12-5-03.xls 12/8/2003 08:08 7/22/2008 13:18
21,504
FILE LC Call Center Daily Reporting 2-7-04.xls 2/7/2004 08:57 7/22/2008 13:18 24,576
FILE LC Call Center Daily Reporting Feb 04.xls 3/5/2004 07:10 7/22/2008 13:18 23,552
FILE LC Call Center Reporting Nov 04.xls 11/18/2004 16:16 7/22/2008 13:18 26,112
FILE LC Call Stats.xls 10/27/2004 13:13 7/22/2008 13:18 19,456
FILE LC Call Trends 8-8.xls 8/10/2004 14:17 7/22/2008 13:18 441,856
FILE LC Call Trends and Ops Structure 080704.doc 8/9/2004 17:43 7/22/2008 13:18 35,840
FILE LC Cost Per Transactions.xls 7/5/2005 10:05 7/22/2008 13:18 303,104
FILE LC Language Coverage.xls 2/14/2006 06:20 7/22/2008 13:18 19,456
FILE LC Ops Overview Final 1.0.doc 1/22/2004 16:53 7/22/2008 13:18 62,464
FILE LC Phone Occupancy Reporting.xls 3/10/2005 19:52 7/22/2008 13:18 232,448
FILE LC Planning Calendar.xls 7/28/2005 18:14 7/22/2008 13:18 182,784
FILE LC QA Presentation.ppt 6/6/2006 17:44 7/22/2008 13:18 571,904
FILE LC Quality Overview.xls 8/20/2003 13:02 7/22/2008 13:18 33,280
FILE LC Quality Program- July 2005.ppt 7/28/2005 18:14 7/22/2008 13:18 229,888
FILE LC Staffing 8-6.xls 8/8/2004 10:30 7/22/2008 13:18 452,096
FILE LC Staffing Forecast 6.10.03.xls 6/12/2003 16:38 7/22/2008 13:18 32,256
FILE LC Staffing Forecast 6.23.03.xls 6/24/2003 15:38 7/22/2008 13:18 35,840
FILE LC stats 8-6.xls 8/7/2004 09:54 7/22/2008 13:18 55,808
FILE LC Toll Free Inventory.xls 12/31/2002 09:00 7/22/2008 13:18 17,920
FILE LC Training Presentation.ppt 6/6/2006 17:48 7/22/2008 13:18 337,408
FILE LC WFM Presentation.ppt 9/20/2005 10:28 7/22/2008 13:18 1,069,568
FILE LC_Wallpaper_1024x768.jpg 10/23/2006 14:19 7/22/2008 13:18 37,217
FILE LC_Wallpaper_Blk_1024x768.jpg 10/23/2006 14:17 7/22/2008 13:18 37,796
FILE LCStaffing Jan - April 04.xls 2/13/2004 18:46 7/22/2008 13:18 88,576
FILE LCStaffing Jan - April 04_final.xls 3/8/2004 13:21 7/22/2008 13:18 87,552
FILE LCStaffing Jan - May 04_final.xls 4/7/2004 10:46 7/22/2008 13:18 93,696
FILE LCStaffing10.31.xls 10/31/2003 11:59 7/22/2008 13:18 98,304
FILE LCStaffing11.10.xls 11/13/2003 19:28 7/22/2008 13:18 98,304
FILE LCStaffing11.19.xls 11/20/2003 14:01 7/22/2008 13:18 98,304
FILE LCStaffing11.24.xls 12/16/2005 17:05 7/22/2008 13:18 98,816
FILE LCStaffing11.5.xls 11/6/2003 14:40 7/22/2008 13:18 98,304
FILE LCStaffing11.6.xls 11/13/2003 19:28 7/22/2008 13:18 98,304
FILE LesConcierges Call Center STATUS ACTION PLAN.doc 1/20/2005 10:00 7/22/2008 13:18
41,984
FILE LesConcierges Contact Center Personnel 3-17-04.xls 3/19/2004 06:57 7/22/2008 13:18
16,896
FILE LesConcierges Contact Center Personnel 4-08-04.xls 4/9/2004 09:27 7/22/2008 13:18
16,896
FILE LesConcierges DRP.doc 5/22/2005 13:45 7/22/2008 13:18 257,536

FILE LesConcierges FC Strategic Action Plan.xls 1/19/2005 14:50 7/22/2008 13:18
32,256
FILE LesConcierges FC Strategic Action Planv2.xls 1/20/2005 18:58 7/22/2008 13:18
36,352
FILE Mailbox Log.xls 2/23/2006 13:42 7/22/2008 13:18 16,384
FILE May 2005.xls 5/3/2005 10:30 7/22/2008 13:18 62,976
FILE Occupancy % Monthly Tracking.xls 3/5/2005 08:58 7/22/2008 13:18 243,712
FILE Occupancy Daily Report.xls 3/5/2005 09:03 7/22/2008 13:18 52,736
FILE Old LC Mgt Issues v 2.doc 2/21/2003 16:22 7/22/2008 13:18 58,880
FILE Operation Review Q1 2006.ppt 5/4/2006 17:53 7/22/2008 13:18 313,344
FILE Operations Assessment 6 12 06.doc 6/12/2006 10:30 7/22/2008 13:18 172,032
FILE Operations Assessment 6 12 06.ppt 6/12/2006 10:30 7/22/2008 13:18 292,352
FILE Operations Director Job Descp - redline.doc 1/23/2003 07:57 7/22/2008 13:18
37,376
FILE Operations Director posting mwr revised.doc 11/22/2004 13:59 7/22/2008 13:18
31,744
FILE Premium Service Overflow.doc 3/23/2004 15:17 7/22/2008 13:18 56,320
FILE PROMPTS.TXT 1/24/2007 16:01 7/22/2008 13:18 44,621
FILE Q1 Ops Overview.ppt 1/22/2004 16:50 7/22/2008 13:18 237,056
FILE Q104 Ops Overview.ppt 1/22/2004 16:50 7/22/2008 13:18 237,056
FILE Q2 2005 FC STAFFING FORECAST.doc 4/5/2005 11:37 7/22/2008 13:18 174,080
FILE QAProposal.doc 10/30/2003 15:20 7/22/2008 13:18 248,832
FILE QATime Card - KOCH - 11-15-03.xls 11/19/2003 06:19 7/22/2008 13:18 181,248
FILE QATime Card 12.15.xls 12/15/2003 11:00 7/22/2008 13:18 181,248
FILE Report Analyst Job Description MWR comments.doc 8/11/2004 08:30 7/22/2008 13:18
30,720
FILE Report Analyst Job Description.doc 8/9/2004 19:33 7/22/2008 13:18 23,552
FILE reqtype.txt 1/24/2007 16:01 7/22/2008 13:18 2,160
FILE Request Definition and Scenarios.doc 3/26/2007 09:32 7/22/2008 13:18 31,744
FILE SBC Contract.efx 8/30/2005 16:56 7/22/2008 13:18 1,000,884
FILE Sched FCenter.xls 3/5/2006 21:12 7/22/2008 13:18 43,520
FILE Service Delivery Action Plan.xls 1/30/2006 14:12 7/22/2008 13:18 13,824
FILE SF Call center trending, June 2003.xls 7/14/2003 14:23 7/22/2008 13:18
374,784
FILE Tenure and productivity.xls 2/26/2006 09:07 7/22/2008 13:18 36,352
FILE Thumbs.db 2/19/2008 15:19 7/22/2008 13:18 7,168
FILE Updated Staffing Needs- 05.03.05.xls 5/4/2005 08:35 7/22/2008 13:18 25,088
FILE VDN List 11-24-03.xls 11/24/2003 15:43 7/22/2008 13:18 25,600
FILE Vector 62 Telephony Set Up.xls 3/2/2005 15:23 7/22/2008 13:18 18,944
FILE Wednesday Call Sched - 2004.xls 8/9/2004 14:47 7/22/2008 13:18 24,064
FILE Workflow Coordinator Job Description - MWR comments.doc 5/16/2005 06:38
7/22/2008 13:18 30,720
FILE Workflow Coordinator Job Description.doc 5/6/2005 06:30 7/22/2008 13:18 30,208
FILE Workforce Manager Job Description.doc 3/15/2006 12:34 7/22/2008 13:18 39,424
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\telecenter\call center\ 0
14 830,464
FILE call center report specs v 1 9-22.doc 9/22/2003 07:56 7/22/2008 13:18 33,792
FILE LC Staffing Forecast 6.23.03.xls 6/27/2003 12:30 7/22/2008 13:18 45,568
FILE LC Staffing Forecast 6.27.03 MBNA.xls 6/29/2003 21:10 7/22/2008 13:18 50,688
FILE LC Staffing Forecast 6.27.03 v2.xls 6/29/2003 21:20 7/22/2008 13:18 50,688
FILE LC Staffing Forecast 6.27.03.xls 6/27/2003 14:26 7/22/2008 13:18 52,224
FILE LCStaffing10.13.03.xls 10/15/2003 15:14 7/22/2008 13:18 52,224
FILE LCStaffing10.14.03.xls 10/14/2003 13:10 7/22/2008 13:18 68,096
FILE LCStaffing10.15.03.xls 10/15/2003 14:56 7/22/2008 13:18 73,728
FILE LCStaffing10.17.03.xls 10/17/2003 15:18 7/22/2008 13:18 75,264
FILE LCStaffing10.20.03.xls 10/20/2003 09:58 7/22/2008 13:18 83,968
FILE LCStaffing10.21.03.xls 10/21/2003 07:06 7/22/2008 13:18 97,792
FILE LCStaffing6.27.03v3.xls 9/27/2003 17:17 7/22/2008 13:18 49,152
FILE LCStaffing6.27.03v31.xls 7/2/2003 08:46 7/22/2008 13:18 48,128
FILE LCStaffing6.27.03v4.xls 9/27/2003 17:17 7/22/2008 13:18 49,152
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\telecenter\call center\ 0
14 830,464
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\telecenter\Call Reports\ 0
15 806,857
FILE dec 13 split 1.HTML 12/30/2003 11:44 7/22/2008 13:18 53,600
FILE dec 13 split 19.HTML 12/30/2003 11:45 7/22/2008 13:18 53,884
FILE dec 13 split 3.HTML 12/30/2003 11:44 7/22/2008 13:18 53,876
FILE dec 20 split 1.HTML 12/30/2003 11:45 7/22/2008 13:18 53,562
FILE dec 20 split 19.HTML 12/30/2003 11:46 7/22/2008 13:18 53,976
FILE dec 20 split 3.HTML 12/30/2003 11:45 7/22/2008 13:18 53,761
FILE dec 27 split 1.HTML 12/30/2003 11:46 7/22/2008 13:18 53,620
FILE dec 27 split 19.HTML 12/30/2003 11:46 7/22/2008 13:18 53,930
FILE dec 27 split 3.HTML 12/30/2003 11:46 7/22/2008 13:18 53,858
FILE dec 6 split 1.HTML 12/30/2003 11:42 7/22/2008 13:18 53,594
FILE dec 6 split 19.HTML 12/30/2003 11:42 7/22/2008 13:18 53,874

FILE dec 6 split 3.HTML 12/30/2003 11:43 7/22/2008 13:18 53,828
FILE nov 29 split 1.HTML 12/30/2003 11:43 7/22/2008 13:18 53,588
FILE nov 29 split 19.HTML 12/30/2003 11:41 7/22/2008 13:18 53,965
FILE nov 29 split 3.HTML 12/30/2003 11:44 7/22/2008 13:18 53,941
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\telecenter\Call Reports\ 0 15 806,857
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\telecenter\Huddle notes\ 0 2 92,160
FILE 0225 Huddle Notes Mark Comments.doc 2/26/2005 09:19 7/22/2008 13:18 62,464
FILE Weekly Operations Team Huddle 2.18 MWR comments.doc 2/25/2005 08:06 7/22/2008 13:18 29,696
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\telecenter\Huddle notes\ 0 2 92,160
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\telecenter\Monthly Reports 2006\ 0 1 140,288
FILE Dec Daily Call Center Phone Stats.xls 1/3/2006 05:54 7/22/2008 13:18 140,288
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\telecenter\Monthly Reports 2006\ 0 1 140,288
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\telecenter\QA\ 0 10 940,032
FILE Case effectiveness evaluation form 2003.doc 3/2/2007 09:44 7/22/2008 13:18 58,368
FILE expandenhance.doc 8/2/2004 11:41 7/22/2008 13:18 34,816
FILE June 04 Call Quality.xls 7/8/2004 14:54 7/22/2008 13:18 17,920
FILE LesConcierges Call Monitor.doc 3/2/2007 09:50 7/22/2008 13:18 71,680
FILE LesConcierges Case Effectiveness.doc 3/2/2007 09:49 7/22/2008 13:18 65,536
FILE NEWCallMonitoringEvaluation2004.doc 8/30/2004 12:30 7/22/2008 13:18 52,736
FILE QA_Overview_030107 (3).doc 3/1/2007 18:15 7/22/2008 13:18 463,872
FILE QA_Overview_030107.doc 3/2/2007 09:45 7/22/2008 13:18 89,600
FILE QANotes6.2004 Robeson comments.doc 7/9/2004 06:23 7/22/2008 13:18 51,200
FILE QANotes6.2004.doc 7/8/2004 15:04 7/22/2008 13:18 34,304
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\telecenter\QA\ 0 10 940,032
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\telecenter\SOPs\ 0 6 449,536
FILE On Hold Queue.doc 9/20/2004 12:14 7/22/2008 13:18 40,448
FILE Reminder Requests.doc 9/20/2004 12:14 7/22/2008 13:18 42,496
FILE Standard Operating Procedure April 2004.doc 1/4/2005 08:46 7/22/2008 13:18 212,992
FILE Ticket Desk Procedures Final 04.05.04doc.doc 5/27/2004 12:43 7/22/2008 13:18 46,080
FILE Travel Desk Procedures.doc 9/20/2004 12:10 7/22/2008 13:18 52,736
FILE Turnaround Times Final.doc 3/17/2004 14:53 7/22/2008 13:18 54,784
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\telecenter\SOPs\ 0 6 449,536
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\telecenter\Staffing Model\ 0 11 864,768
FILE Capacity Staffing Model for 2006 v2.xls 1/29/2006 09:24 7/22/2008 13:18 202,752
FILE FC Staffing Model 012206.xls 1/29/2006 09:23 7/22/2008 13:18 118,272
FILE ffc headcount and comp Jan 2006 v2 for Linda forecast.xls 1/22/2006 15:35 7/22/2008 13:18 27,136
FILE Juniper Pricing 5-31-05.xls 1/22/2006 15:35 7/22/2008 13:18 37,376
FILE Juniper Pricing worksheet at Minimums.xls 1/22/2006 15:35 7/22/2008 13:18 31,744
FILE LC Forecasting Calendar-as of 01.18.06.xls 1/19/2006 10:23 7/22/2008 13:18 153,088
FILE Leading Hotels LHW v3 2-05.xls 1/25/2006 15:08 7/22/2008 13:18 34,304
FILE Productivity report.xls 4/29/2006 06:16 7/22/2008 13:18 23,552
FILE rhonda LC Forecasting Calendar-as of 01.18.06.xls 1/19/2006 10:23 7/22/2008 13:18 153,088
FILE Staffing Model Data 06-16.xls 6/20/2006 07:40 7/22/2008 13:18 34,816
FILE Staffing Model Data 062106.xls 6/21/2006 11:59 7/22/2008 13:18 48,640
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\telecenter\Staffing Model\ 0 11 864,768
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\telecenter\ 7 192 36,351,820
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Telephony Info\ 4 44 6,035,944
FILE 090104-121208 1/9/2004 10:14 7/22/2008 13:18 5,916
FILE 090104-121208.JPG 1/9/2004 10:19 7/22/2008 13:18 2,927
FILE 1MBs - Circuit information.xls 2/5/2002 13:31 7/22/2008 13:18 23,552
FILE Account Call Instructions.doc 11/28/2000 11:28 7/22/2008 13:18 29,696
FILE Account code list #2.xls 2/5/2002 13:33 7/22/2008 13:18 15,872
FILE Adding A Station.doc 8/1/2002 13:37 7/22/2008 13:18 25,600
FILE Analog lines and jacks.xls 2/5/2002 13:35 7/22/2008 13:18 16,896
FILE Call flows for KRP.doc 3/6/2003 12:11 7/22/2008 13:18 34,304

FILE Call Monitoring Instructions for MBNA.doc 8/27/2001 09:56 7/22/2008 13:18 19,968
FILE Call Monitoring Instructions.doc 8/27/2001 09:55 7/22/2008 13:18 21,504
FILE Carlson VRU Mapping.xls 3/7/2007 12:28 7/22/2008 13:18 23,552
FILE Contact info - updated 12-20.xls 12/24/2002 12:25 7/22/2008 13:18 25,088
FILE Contact info.xls 2/19/2003 13:33 7/22/2008 13:18 25,600
FILE Contract Telecom Contacts.xls 3/11/2002 11:27 7/22/2008 13:18 16,384
FILE Copy of LC Toll Free Inventory MR.xls 3/3/2004 08:27 7/22/2008 13:18 17,920
FILE DIDs for Call Forwarding 08-05.xls 8/25/2005 06:25 7/22/2008 13:18 56,832
FILE DNIS Info.doc 11/14/2002 18:31 7/22/2008 13:18 24,064
FILE LC France Point Numbers.doc 3/11/2003 16:58 7/22/2008 13:18 23,040
FILE LC Overview tenUK 111204.doc 11/12/2004 14:37 7/22/2008 13:18 87,040
FILE LC Telecom Master.xls 9/29/2004 13:59 7/22/2008 13:18 908,800
FILE LC Telecom Master-Updated 03.2005.xls 4/1/2005 20:08 7/22/2008 13:18 1,747,968
FILE LC Toll Free Inventory 042406.xls 4/24/2006 14:00 7/22/2008 13:18 22,528
FILE LC Toll Free Inventory.xls 12/31/2002 09:00 7/22/2008 13:18 17,920
FILE LC_CallFlows.vsd 1/9/2004 12:22 7/22/2008 13:18 1,969,152
FILE Les Concierges DNIS.xls 4/17/2006 14:59 7/22/2008 13:18 22,016
FILE LesConcierges - SOW (March 23, 2006).pdf 3/27/2006 14:52 7/22/2008 13:18 177,501
FILE Marks Routing Confirmation.xls 1/9/2004 12:22 7/22/2008 13:18 23,040
FILE Paris Office Messages.doc 12/11/2000 15:57 7/22/2008 13:18 25,600
FILE RESPORG Form _Les Concierges 103106.doc 10/30/2006 21:03 7/22/2008 13:18 160,768
FILE SBC LesCon Baseline v1.0.xls 2/18/2005 14:45 7/22/2008 13:18 155,648
FILE speed dials.xls 2/22/2001 15:55 7/22/2008 13:18 13,824
FILE System Info - passwords.xls 1/22/2002 11:47 7/22/2008 13:18 16,384
FILE System info.xls 10/1/2003 10:42 7/22/2008 13:18 15,360
FILE telco announcements 03.10.04xls.xls 3/12/2004 08:58 7/22/2008 13:18 23,552
FILE telco announcements 03.15.04xls.xls 3/16/2004 12:25 7/22/2008 13:18 23,552
FILE telco announcements 12.30.03.xls 12/30/2003 11:47 7/22/2008 13:18 23,552
FILE telco announcements 2-21-02.xls 6/3/2003 15:16 7/22/2008 13:18 24,064
FILE Telephony February 2007.xls 4/5/2007 15:13 7/22/2008 13:18 23,552
FILE Trouble contacts.xls 1/3/2001 13:14 7/22/2008 13:18 16,384
FILE UBS VRU Set up.xls 10/28/2006 05:45 7/22/2008 13:18 18,432
FILE VDN List 1-21-03.xls 1/21/2003 09:46 7/22/2008 13:18 18,944
FILE VDN list.xls 10/23/2002 12:55 7/22/2008 13:18 24,576
FILE Winstar Outage II.doc 8/26/2002 11:53 7/22/2008 13:18 31,744
FILE winstar outage Summary of Events.doc 8/16/2002 09:28 7/22/2008 13:18 35,328
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Telephony Info\Daily Request Totals Call Center\ 0 12 131,486
FILE jul 11.xls 8/10/2004 08:40 7/22/2008 13:18 10,958
FILE jul 12.xls 8/10/2004 09:37 7/22/2008 13:18 10,958
FILE jul 13.xls 8/10/2004 09:38 7/22/2008 13:18 10,958
FILE jul 14.xls 8/10/2004 09:39 7/22/2008 13:18 11,034
FILE jul 15.xls 8/10/2004 09:40 7/22/2008 13:18 10,958
FILE jul 16.xls 8/10/2004 09:41 7/22/2008 13:18 10,954
FILE jul 17.xls 8/10/2004 09:41 7/22/2008 13:18 10,726
FILE jul 18.xls 8/10/2004 09:42 7/22/2008 13:18 10,806
FILE jul 19.xls 8/10/2004 13:01 7/22/2008 13:18 11,112
FILE jul 20.xls 8/10/2004 13:04 7/22/2008 13:18 11,034
FILE jul 21.xls 8/10/2004 13:05 7/22/2008 13:18 10,954
FILE jul 22.xls 8/10/2004 13:15 7/22/2008 13:18 11,034
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Telephony Info\Daily Request Totals Call Center\ 0 12 131,486
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Telephony Info\lucent definity switch info\ 0 5 198,144
FILE announcement boards.doc 2/19/2003 14:17 7/22/2008 13:18 33,280
FILE EXTENSION TYPES.doc 2/19/2003 14:17 7/22/2008 13:18 69,632
FILE lucent Definity configuration.doc 2/19/2003 13:55 7/22/2008 13:18 25,600
FILE vdns 2/19/2003 15:02 7/22/2008 13:18 33,792
FILE vectors 2/19/2003 14:17 7/22/2008 13:18 35,840
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Telephony Info\lucent definity switch info\ 0 5 198,144
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Telephony Info\Master\ 0 5 384,512
FILE Ann List.xls 9/3/2006 09:42 7/22/2008 13:18 27,136
FILE Telephony Oct 2006.xls 10/26/2006 08:43 7/22/2008 13:18 224,768
FILE Vector List.xls 10/16/2006 08:58 7/22/2008 13:18 24,064
FILE Vectors I.xls 10/16/2006 08:02 7/22/2008 13:18 53,248
FILE Vectors II.xls 9/3/2006 09:42 7/22/2008 13:18 55,296
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Telephony Info\Master\ 0 5 384,512
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Telephony Info\Split Reports\ 0 5 57,297

FILE split1.xls 6/20/2006 09:34 7/22/2008 13:18 13,824
FILE split14.xls 6/20/2006 09:33 7/22/2008 13:18 13,824
FILE split19thruMay06.txt 6/20/2006 09:28 7/22/2008 13:18 977
FILE split19thruMay06.xls 6/20/2006 09:31 7/22/2008 13:18 14,848
FILE split31.xls 6/20/2006 09:35 7/22/2008 13:18 13,824
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Telephony Info\Split Reports\ 0 5 57,297
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Telephony Info\ 4 71 6,807,383
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\templates\ 0 15 1,575,424
FILE CarRentalConf.dot 7/29/2003 07:02 7/22/2008 13:18 251,904
FILE Hotel Conf.dot 7/29/2003 07:01 7/22/2008 13:18 251,904
FILE LimoConf.dot 7/29/2003 07:03 7/22/2008 13:18 252,928
FILE Merchant Auth Form.doc 7/29/2003 14:06 7/22/2008 13:18 31,744
FILE Overview of tenUK.doc 10/9/2003 00:38 7/22/2008 13:18 111,616
FILE Ticket Conf.dot 7/29/2003 07:01 7/22/2008 13:18 252,416
FILE WPA Limo Redemption Form v2.doc 7/31/2003 12:30 7/22/2008 13:18 37,376
FILE WPA Limo Redemption Form v3.doc 8/1/2003 08:52 7/22/2008 13:18 36,352
FILE WPA Limo Redemption Form.doc 7/30/2003 05:22 7/22/2008 13:18 34,816
FILE wpa package redemption form v2.doc 7/31/2003 12:26 7/22/2008 13:18 39,424
FILE wpa package redemption form v3.doc 8/1/2003 08:41 7/22/2008 13:18 40,960
FILE WPA Package Redemption Form.dot 7/30/2003 05:18 7/22/2008 13:18 36,864
FILE WPA Ticket Redemption Form v2.doc 7/31/2003 12:25 7/22/2008 13:18 81,920
FILE WPA Ticket Redemption Form v3.doc 8/1/2003 08:47 7/22/2008 13:18 35,328
FILE WPA Ticket Redemption Form.doc 7/30/2003 05:17 7/22/2008 13:18 79,872
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\templates\ 0 15 1,575,424
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\tenUK\ 4 71 19,818,349
FILE April tenUK.xls 5/23/2005 15:47 7/22/2008 13:18 137,728
FILE Breakdown of Vertu data Chinese highlighted.xls 2/26/2005 08:41 7/22/2008 13:18 30,208
FILE Breakdown of Vertu data.xls 2/2/2005 09:14 7/22/2008 13:18 28,160
FILE call volumes.xls 7/22/2004 08:29 7/22/2008 13:18 16,896
FILE LC London Summary Jan 05.doc 1/28/2005 17:34 7/22/2008 13:18 41,984
FILE LC Packages for UBS-tenUK-Grass Roots.doc 3/8/2005 09:37 7/22/2008 13:18 561,152
FILE LC Partner PPT.ppt 6/24/2008 01:13 7/22/2008 13:18 583,680
FILE march tenuk.xls 4/4/2006 07:50 7/22/2008 13:18 308,224
FILE MBNA Concierge Points.doc 1/19/2006 06:18 7/22/2008 13:18 28,160
FILE MBNA Concierge PointsMRComments.doc 1/28/2006 10:45 7/22/2008 13:18 45,056
FILE NewLCPackages for UBS.doc 3/14/2005 10:58 7/22/2008 13:18 630,272
FILE Offers by Office Location - 22.02.05.xls 2/25/2005 11:11 7/22/2008 13:18 43,520
FILE purple book A42final.pdf 12/6/2006 03:15 7/22/2008 13:18 230,334
FILE Registry Collection Requirements for tenUK.doc 9/10/2007 08:24 7/22/2008 13:18 65,536
FILE Strategic Allia 7/9/2004 03:55 7/22/2008 13:18 172,544
FILE Ten AGM FINAL EDIT.ppt 11/30/2006 17:09 7/22/2008 13:18 3,756,544
FILE Ten Lifestyle Concierge - Visa CEMEA.ppt 2/23/2007 05:28 7/22/2008 13:18 306,688
FILE Ten Terms and Conditions for Visa Infinite Cardholders.doc 2/23/2007 05:28 7/22/2008 13:18 33,280
FILE ten UK Professional Co 7/9/2004 03:56 7/22/2008 13:18 129,024
FILE tenUK 05 rs.xls 4/19/2005 07:19 7/22/2008 13:18 775,168
FILE tenUK 05.xls 4/19/2005 05:15 7/22/2008 13:18 19,968
FILE tenUK 10-21.xls 10/20/2004 06:10 7/22/2008 13:18 36,702
FILE tenUK 2004.xls 12/9/2004 21:50 7/22/2008 13:18 51,712
FILE tenUK Agenda 012005 Notated.doc 1/23/2005 13:26 7/22/2008 13:18 30,208
FILE tenUK Agenda 012005.doc 1/20/2005 15:35 7/22/2008 13:18 21,504
FILE tenUK agenda 112204.doc 11/22/2004 09:05 7/22/2008 13:18 51,200
FILE tenUK Apr 05.xls 5/23/2005 18:21 7/22/2008 13:18 99,328
FILE tenUK Apr 06.xls 5/23/2006 13:00 7/22/2008 13:18 155,648
FILE tenUK Aug.xls 12/14/2005 13:51 7/22/2008 13:18 152,064
FILE Tenuk business overview for Les Concierges.ptt.ppt 6/24/2008 01:16 7/22/2008 13:18 600,064
FILE tenuk Dec 04.xls 1/6/2005 10:26 7/22/2008 13:18 519,718
FILE tenUK Feb 05.xls 4/21/2005 05:36 7/22/2008 13:18 97,280
FILE tenUK Feb.xls 3/23/2006 19:48 7/22/2008 13:18 200,704
FILE tenuk invoice dec 05.xls 1/3/2006 16:51 7/22/2008 13:18 140,800
FILE tenUK Jan 05.xls 5/23/2005 15:39 7/22/2008 13:18 290,494
FILE tenUK Jan06.xls 2/13/2006 17:17 7/22/2008 13:18 143,360
FILE tenUK July.xls 8/3/2005 15:54 7/22/2008 13:18 171,008
FILE tenUK Jun Jul 05.xls 8/10/2005 07:20 7/22/2008 13:18 369,152
FILE tenUK June.xls 7/5/2006 07:55 7/22/2008 13:18 152,576

FILE TenUK Launch Plan.xls 7/6/2004 12:36 7/22/2008 13:18 25,088
FILE TenUK Launch Plan070604.xls 7/6/2004 14:38 7/22/2008 13:18 30,720
FILE tenUK Mar 05.xls 4/21/2005 05:35 7/22/2008 13:18 95,232
FILE tenUK May 05 Invoice.xls 7/21/2005 07:45 7/22/2008 13:18 157,696
FILE tenUK May June July Invoices Worksheet.xls 8/17/2005 06:01 7/22/2008 13:18 407,552
FILE tenUK minutes 112204.doc 11/22/2004 11:26 7/22/2008 13:18 59,392
FILE tenUK Nov 04.xls 12/4/2004 09:59 7/22/2008 13:18 372,005
FILE tenUK Nov.xls 12/17/2005 09:15 7/22/2008 13:18 111,616
FILE tenUK Oct 04 recon.xls 11/1/2004 14:56 7/22/2008 13:18 268,793
FILE TenUK Overnight Pricing.doc 1/14/2004 15:46 7/22/2008 13:18 19,968
FILE tenUK Pricing worksheet.xls 7/28/2004 06:23 7/22/2008 13:18 15,872
FILE TenUK Professional Collaboration Agmt - 07.16.04 7/21/2004 11:05 7/22/2008 13:18 626,176
FILE tenuk project.xls 6/1/2005 13:05 7/22/2008 13:18 245,760
FILE tenUK Req Sum Feb 1 - Apr 26.xls 4/26/2005 13:45 7/22/2008 13:18 323,072
FILE TenUK Request Summary Report- 02.05-05.05.xls 7/18/2005 20:41 7/22/2008 13:18 396,288
FILE tenUK Revenue sharing concepts 040105.doc 4/1/2005 14:14 7/22/2008 13:18 44,032
FILE tenUK Sept -04.xls 10/20/2004 06:13 7/22/2008 13:18 16,896
FILE tenUK Sept-Oct.xls 11/11/2005 11:34 7/22/2008 13:18 212,992
FILE tenUK Summary for Les Concierges.xls 10/28/2004 09:50 7/22/2008 13:18 24,064
FILE tenuk term list.xls 3/23/2006 18:27 7/22/2008 13:18 14,848
FILE tenUK versus LC staffing overnight.xls 8/12/2004 11:18 7/22/2008 13:18 15,872
FILE tenUK VPN Install guide v1_1c.doc 10/20/2004 04:48 7/22/2008 13:18 150,016
FILE tenUK_office_map.gif 8/22/2005 09:19 7/22/2008 13:18 39,216
FILE TenUK102804.xls 10/29/2004 05:37 7/22/2008 13:18 66,053
FILE TenUKContactList5.05.doc 6/1/2005 14:54 7/22/2008 13:18 31,232
FILE tenukfeedback.doc 7/15/2005 12:16 7/22/2008 13:18 56,320
FILE TenUKSF OFFICE PHONE LIST 10. 2004.xls 11/12/2004 16:27 7/22/2008 13:18 33,280
FILE Thumbs.db 9/25/2007 06:41 7/22/2008 13:18 6,144
FILE vertu Company presentation 1.1.pdf 10/21/2004 11:12 7/22/2008 13:18 4,576,538
FILE Vertu Ops Doc.doc 9/29/2004 11:21 7/22/2008 13:18 65,024
FILE Vertu SLAs.xls 5/19/2007 06:47 7/22/2008 13:18 20,480
FILE VertuKeyContacts.doc 5/6/2005 04:56 7/22/2008 13:18 62,464
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\tenUK\Agendas\ 0 3 547,328
FILE LCtenUKAgenda 090605.doc 9/7/2005 20:15 7/22/2008 13:18 50,176
FILE tenUK May 06.xls 6/21/2006 13:53 7/22/2008 13:18 175,616
FILE tenuk0506.xls 6/21/2006 13:48 7/22/2008 13:18 321,536
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\tenUK\Agendas\ 0 3 547,328
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\tenUK\Contracts\ 0 5 1,044,480
FILE 10ukLCTermSheet518.doc 5/19/2005 05:00 7/22/2008 13:18 92,672
FILE Strategic Alliance 7.16.04.DOC 7/21/2004 11:05 7/22/2008 13:18 166,400
FILE TenUK Professional Collaboration Agmt - Final.doc 8/4/2004 13:32 7/22/2008 13:18 616,448
FILE tenUKTermSheet 050505.doc 5/12/2005 06:56 7/22/2008 13:18 59,392
FILE tenUKTermSheet 051605.doc 5/17/2005 14:44 7/22/2008 13:18 109,568
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\tenUK\Contracts\ 0 5 1,044,480
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\tenUK\tenUK Info\ 0 6 7,081,984
FILE MasterCard Tender 15-9-5 - Final.doc 9/26/2005 06:33 7/22/2008 13:18 2,083,328
FILE TDA Board Presentation #3.ppt 8/21/2006 09:42 7/22/2008 13:18 1,353,216
FILE Ten Business Overview.ppt 8/18/2006 16:38 7/22/2008 13:18 1,042,432
FILE Ten Shareholder Report August 2006 self serve model comparison.doc 8/18/2006 16:38 7/22/2008 13:18 67,584
FILE Ten Shareholder Report August 2006 self serve.doc 8/18/2006 16:38 7/22/2008 13:18 108,544
FILE Ten Shareholder Report August 2006.doc 8/18/2006 16:38 7/22/2008 13:18 2,426,880
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\tenUK\tenUK Info\ 0 6 7,081,984
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\tenUK\Vertu\ 0 5 697,344
FILE Copy of Vertu Concierge Americas Monthly Report 2007.xls 6/25/2007 05:41 7/22/2008 13:18 94,208
FILE VDN Reports for 2005.xls 1/24/2006 16:27 7/22/2008 13:18 381,952
FILE Vertu 06.xls 12/8/2006 08:29 7/22/2008 13:18 46,592

FILE Vertu Concierge Americas Monthly Report 2007.xls 5/2/2007 05:49 7/22/2008 13:18 128,512
FILE Vertu Report 2006.xls 10/17/2006 05:41 7/22/2008 13:18 46,080
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\tenUK\Vertu\ 0 5 697,344
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\tenUK\ 4 90 29,189,485
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Tickets\ 0 4 479,536
FILE office_map.gif 5/24/2006 08:54 7/22/2008 13:18 39,216
FILE Thumbs.db 7/29/2008 10:03 7/22/2008 13:18 5,120
FILE Tickets_Sales_Analysis.xls 2/9/2006 14:13 7/22/2008 13:18 403,456
FILE wpbystate.xls 2/9/2006 14:13 7/22/2008 13:18 31,744
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Tickets\ 0 4 479,536
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Time2\ 0 4 304,927
FILE Thumbs.db 7/29/2008 10:03 7/22/2008 13:18 5,632
FILE time2 NDA.efx 3/31/2005 11:30 7/22/2008 13:18 129,444
FILE Time2LCTermSheet614.doc 6/14/2005 07:43 7/22/2008 13:18 79,360
FILE Timesquare Business Plan.pdf 3/15/2005 06:37 7/22/2008 13:18 90,491
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Time2\ 0 4 304,927
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\TimeMgt\ 0 1 21,504
FILE Time Management Framework 10-23.xls 10/23/2006 06:04 7/22/2008 13:18 21,504
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\TimeMgt\ 0 1 21,504
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Train\ 0 5 132,608
FILE Fabled Service Program Rollout.doc 4/4/2000 18:59 7/22/2008 13:18 33,280
FILE Supe Training - Agent report.xls 4/20/2006 09:43 7/22/2008 13:18 21,504
FILE Thumbs.db 2/26/2007 05:41 7/22/2008 13:18 5,120
FILE Trainers Orientation Schedule.doc 10/9/2000 16:55 7/22/2008 13:18 23,552
FILE Training & Development Needs Assessment Process.ppt 1/17/2001 12:40 7/22/2008 13:18 49,152
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Train\ 0 5 132,608
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Unzipped\ 7 1 20,992
FILE coo.doc 10/25/2005 02:24 7/22/2008 13:18 20,992
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Unzipped\Carly Rewards Question\ 0 2 435
FILE Carly Rewards Question.txt 7/10/2007 11:54 7/22/2008 13:18 214
FILE Carly Travel Rewards Transfer.txt 7/10/2007 11:54 7/22/2008 13:18 221
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Unzipped\Carly Rewards Question\ 0 2 435
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Unzipped\Civ4Patch152\ 0 1 47,045,435
FILE Civ4Patch1.52.exe 12/21/2005 20:30 7/22/2008 13:18 47,045,435
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Unzipped\Civ4Patch152\ 0 1 47,045,435
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Unzipped\DE04\ 0 2 1,234,944
FILE OCDE04.BIN 5/11/2006 17:19 7/22/2008 13:18 393,216
FILE SFDNWIN.exe 5/30/2005 06:18 7/22/2008 13:18 841,728
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Unzipped\DE04\ 0 2 1,234,944
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Unzipped\Digitalizar0001\ 0 2 76,752,560
FILE Digitalizar0001.tif 5/16/2007 18:07 7/22/2008 13:18 76,746,928
FILE Thumbs.db 8/29/2007 07:48 7/22/2008 13:18 5,632
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Unzipped\Digitalizar0001\ 0 2 76,752,560
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Unzipped\KRP_CIC_DEMO_CD\ 0 15 10,902,295
FILE AUTORUN.INF 4/4/2007 13:08 7/22/2008 13:18 45
FILE INTLDATE.DLL 10/26/2006 11:03 7/22/2008 13:18 78,648
FILE KRP's CIC Presentation (April 2, 2007).ppt 4/4/2007 13:08 7/22/2008 13:18 4,863,488
FILE microsoft.vc80.crt.manifest 4/4/2007 13:08 7/22/2008 13:18 522
FILE msvcm80.dll 6/5/2006 11:14 7/22/2008 13:18 479,232
FILE msvcp80.dll 6/5/2006 11:14 7/22/2008 13:18 548,864
FILE MSVCR80.dll 6/5/2006 11:14 7/22/2008 13:18 626,688
FILE OGL.DLL 10/27/2006 12:18 7/22/2008 13:18 1,658,152
FILE play.bat 4/4/2007 13:08 7/22/2008 13:18 30
FILE playlist.txt 4/4/2007 13:08 7/22/2008 13:18 42
FILE PPTVIEW.EXE 10/26/2006 16:52 7/22/2008 13:18 2,012,480
FILE pptview.exe.manifest 10/26/2006 16:49 7/22/2008 13:18 804
FILE PPVWINTL.DLL 10/26/2006 16:52 7/22/2008 13:18 337,728
FILE PVREADME.HTM 8/24/2006 07:01 7/22/2008 13:18 4,444
FILE SAEXT.DLL 10/26/2006 17:12 7/22/2008 13:18 291,128
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Unzipped\KRP_CIC_DEMO_CD\ 0 15 10,902,295

FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Unzipped\Quintessentially for Vertu 11 04 08\ 0 1 4,630,528
FILE Quintessentially for Vertu 11.04.08.ppt 4/11/2008 11:28 7/22/2008 13:18 4,630,528
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Unzipped\Quintessentially for Vertu 11 04 08\ 0 1 4,630,528
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Unzipped\TRC_DecDM_Round2_12_11_07\ 0 5 2,006,513
FILE 1_8PageBrochure_1211.pdf 12/11/2007 12:33 7/22/2008 13:18 406,913
FILE 2_Envelope_FullBleed_1211.pdf 12/11/2007 12:33 7/22/2008 13:18 257,880
FILE 3_Envelope_NonBleed_1211.pdf 12/11/2007 12:33 7/22/2008 13:18 353,362
FILE 4_Invite_Vertical_1211.pdf 12/11/2007 12:33 7/22/2008 13:18 177,738
FILE 5_FullDM_1211.pdf 12/11/2007 12:33 7/22/2008 13:18 810,620
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Unzipped\TRC_DecDM_Round2_12_11_07\ 0 5 2,006,513
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Unzipped\ 7 29 142,593,702
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\vendor\ 0 4 890,150
FILE BIC Contract.efx 7/14/2003 11:48 7/22/2008 13:18 184,788
FILE BIC Contract.tif 7/24/2003 07:42 7/22/2008 13:18 593,746
FILE Professional Collaboration Agmt 10.20.03.doc 10/22/2003 21:56 7/22/2008 13:18 106,496
FILE Thumbs.db 7/29/2008 10:03 7/22/2008 13:18 5,120
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\vendor\ 0 4 890,150
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Virtuoso\ 0 2 1,618,432
FILE Thumbs.db 7/29/2008 10:03 7/22/2008 13:18 5,632
FILE Virtuoso-Overview of LC 11.7.05.ppt 11/7/2005 17:41 7/22/2008 13:18 1,612,800
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Virtuoso\ 0 2 1,618,432
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\Voce\ 0 1 1,100,007
FILE Voce Presentation Jan 07.pdf 2/5/2007 14:50 7/22/2008 13:18 1,100,007
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\Voce\ 0 1 1,100,007
FOLDER S:\Documents and Settings\Mark Robeson\My Documents\Work\wells fargo\ 0 1 315,904
FILE Wells Fargo and LesConcierges Service Agreement 2-22-05 redline.doc 2/23/2005 14:52 7/22/2008 13:18 315,904
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\wells fargo\ 0 1 315,904
TOTAL S:\Documents and Settings\Mark Robeson\My Documents\Work\ 581 7,470 4,687,374,935

# Declaration of
# Michael Gary Funck

# Exhibit D

# Redacted, per Court's Order
# of 05-21-09

# Declaration of Michael Gary Funck

# Exhibit E

# Redacted, per Court's Order of 05-21-09