1  Patricia A. Murphy (CSB #139368)
   LAW OFFICE OF PATRICIA MURPHY
2  625 Market Street, 4th Floor
   San Francisco, CA  94105
3  Telephone: (415) 686-1363
   Facsimile: (415) 520-5302
4  pmurphy@pmurphylaw.com

5
   Dena M. Roche (CSB #191124)
6  Daniel J. O'Rielly (CSB #214846)
   O'RIELLY & ROCHE LLP
7  101 California Street, Suite 2450
   San Francisco, California  94111
8  Telephone:  (415) 946-8878
   Facsimile:  (415) 946-8801
9  dena@oriellyroche.com
   djo@oriellyroche.com
10

11 Attorneys for Plaintiff
   LES CONCIERGES, INC.,

12

13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16

17 | LES CONCIERGES, INC., a California corporation,  | Case No.:  CV 09 1510 MMC
18 |          Plaintiff,
19 |                                                    | [PROPOSED]
   |                                                    | ORDER CONTINUING INITIAL CASE
20 |    vs.                                             | MANAGEMENT CONFERENCE AND
   |                                                    | RELATED DEADLINES
21 | MARK ROBESON, an individual; LES
22 | CONCIERGES SERVICES PVT. LTD. an
   | Indian corporation; CLUB CONCIERGE
23 | SERVICES, INC., a Delaware corporation;
   | and CLUB CONCIERGE LOYALTY
24 | SERVICES, INC., a business organization of
   | unknown form and unknown citizenship,
25 |          Defendants.

26

27

28

1   Pursuant to Local Rule 7-12, the Court has reviewed and considered the parties'
2   Stipulated Request for an Order Changing the Date of the Initial Case Management Conference
3   and Related Deadlines.  Good cause appearing, it is hereby ORDERED that:
4       1.  The July 24, 2009, initial case management conference in this action is reset to
5   **September 18, 2009**;
6       2.  All deadlines regarding initial disclosures, meeting and confer requirements, and Rule
7   26 Report and related deadlines are hereby reset to correspond with the September 18 2009,
8   initial case management conference date as follows:
9           (a)  The deadline for the parties to meet and confer regarding initial disclosures
10  pursuant to F.R.C.P. Rule 26(f) shall be **August 28, 2009**;
11          (b)  The deadline for the parties to file a Rule 26(f) Report, complete initial
12  disclosures or state objection in Rule 26(f) Report and file Case Management Statement per
13  attached Standing Order re Contents of Joint Case Management Statement shall be **September**
14  **11, 2009**.
                    All counsel shall
15      3.  ~~Counsel for Les Concierges PVT. LTD and Club Concierge Services, Inc. may~~
16  participate in the initial case management conference by telephone.
17      4.  All other dates previously ordered by the Court remain unchanged.
18      SO ORDERED:
19  Dated: July  13 , 2009

                                                _____
                                                Hon. Maxine M. Chesney
                                                United States District Court Judge

-1-
ORDER CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES                        Case No.:  CV 09 1510 MMC