Patricia A. Murphy (CSB #139368)
LAW OFFICE OF PATRICIA MURPHY
625 Market Street, 4th Floor
San Francisco, CA 94105
Telephone: (415) 686-1363
Facsimile: (415) 520-5302
pmurphy@pmurphylaw.com

Dena M. Roche (CSB #191124)
Daniel J. O'Rielly (CSB #214846)
O'RIELLY & ROCHE LLP
101 California Street, Suite 2450
San Francisco, California 94111
Telephone: (415) 946-8878
Facsimile: (415) 946-8801
dena@oriellyroche.com
djo@oriellyroche.com

Attorneys for Plaintiff
LES CONCIERGES, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES CONCIERGES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARK ROBESON, an individual; LES CONCIERGES SERVICES PVT. LTD. an Indian corporation; CLUB CONCIERGE SERVICES, INC., a Delaware corporation; and CLUB CONCIERGE LOYALTY SERVICES, INC., a business organization of unknown form and unknown citizenship,<br><br>Defendants. | Case No.: CV 09 1510 MMC<br><br>[~~PROPOSED~~]<br><br>**ORDER DELAYING INITIAL DISCLOSURES AND CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES PENDING MEDIATION** |

Pursuant to Local Rule 7-12, the Court has reviewed and considered the parties' Stipulated Request for an Order Delaying Initial Disclosures and Continuing the Case Management Conference and Related Deadlines. Good cause appearing, it is hereby ORDERED that:

1. The September 18, 2009, initial case management conference in this action is reset to **December 11, 2009**;

2. All deadlines regarding initial disclosures, meeting and confer requirements, and Rule 26 Report and related deadlines are hereby reset to correspond with the December 11, 2009, initial case management conference date as follows:

    (a) The deadline for the parties to meet and confer regarding initial disclosures pursuant to F.R.C.P. Rule 26(f) shall be **November 20, 2009**;

    (b) The deadline for the parties to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement shall be **December 4, 2009**.

3. All other dates previously ordered by the Court remain unchanged.

SO ORDERED:

Dated: September 15, 2009

_____
Hon. Maxine M. Chesney
United States District Court Judge