1  DAVID E. POTTER, ESQ. (Admitted Pro Hac Vice)
   JAIPAT S. JAIN, ESQ. (Admitted Pro Hac Vice)
2  LAINIE E. COHEN, ESQ. (State Bar No. 216726)
   LAZARE POTTER & GIACOVAS LLP
3  950 Third Avenue, 15th Floor
4  New York, New York  10022
   Telephone: (212) 758-9300
5  Facsimile:  (212) 888-0919
   Email: dpotter@lpgllp.com; jjain@lpgllp.com;
6          lcohen@lpgllp.com

Attorneys for Defendants LES
8  CONCIERGES SERVICES PVT. LTD and
   CLUB CONCIERGE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES CONCIERGES, INC., a California corporation,<br><br>       Plaintiff,<br><br>       vs.<br><br>MARK ROBESON, an individual; LES CONCIERGES SERVICES PVT. LTD. an Indian corporation; CLUB CONCIERGE SERVICES, INC., a Delaware corporation; and CLUB CONCIERGE LOYALTY SERVICES, INC., a business organization of unknown form and unknown citizenship,<br><br>       Defendants. | Case No.:  CV 09 1510 MMC<br><br>[PROPOSED]<br><br>**ORDER DELAYING INITIAL DISCLOSURES AND CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES PENDING MEDIATION** |

1      Pursuant to Local Rule 7-12, the Court has reviewed and considered the parties'
Stipulated Request for an Order Delaying Initial Disclosures and Continuing the Case
Management Conference and Related Deadlines. Good cause appearing, it is hereby ORDERED
that:

     1. The December 11, 2009, initial case management conference in this action is reset to January 29, 2010;

     2. All deadlines regarding initial disclosures, meeting and confer requirements, and Rule 26 Report and related deadlines are hereby reset to correspond with the January ~~22~~ 29, 2010, initial case management conference date as follows:

          (a) The deadline for the parties to meet and confer regarding initial disclosures pursuant to F.R.C.P. Rule 26(f) shall be January 15, 2010;

          (b) The deadline for the parties to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement shall be January 22, 2010.

     3. All other dates previously ordered by the Court remain unchanged.

SO ORDERED:

Dated: December __4__ , 2009

_____
Hon. Maxine M. Chesney
United States District Court Judge