1  Patricia A. Murphy (CSB #139368)
   LAW OFFICE OF PATRICIA MURPHY
2  625 Market Street, 4th Floor
   San Francisco, CA  94105
3  Telephone: (415) 686-1363
   Facsimile: (415) 520-5302
4  pmurphy@pmurphylaw.com

5
   Attorneys for Plaintiff
6  LES CONCIERGES, INC.,

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

| LES CONCIERGES, INC., a California corporation, | Case No.: CV 09 1510 MMC |
|---|---|
| Plaintiff, | [PROPOSED] |
| vs. | ORDER DELAYING INITIAL DISCLOSURES AND CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES |
| MARK ROBESON, an individual; LES CONCIERGES SERVICES PVT. LTD. an Indian corporation; CLUB CONCIERGE SERVICES, INC., a Delaware corporation; and CLUB CONCIERGE LOYALTY SERVICES, INC., a business organization of unknown form and unknown citizenship, | |
| Defendants. | |

1  Pursuant to Local Rule 7-12, the Court has reviewed and considered the parties' Stipulated Request for an Order Delaying Initial Disclosures and Continuing the Case Management Conference and Related Deadlines. Good cause appearing, it is hereby ORDERED that:

   1. The January 29, 2010, initial case management conference in this action is reset to **February 12, 2010**;

   2. The deadline for the parties to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement shall be **February 5, 2010**.

   3. All other dates previously ordered by the Court remain unchanged.

   SO ORDERED:

   Dated: January 25, 2010

   _____
   Hon. Maxine M. Chesney
   United States District Court Judge

---

1

**ORDER DELAYING INITIAL DISCOSURES AND CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES**
Case No.:  CV 09 1510 MMC