| | |
|---|---|
| 1 | Patricia A. Murphy (CSB #139368) |
| 2 | LAW OFFICE OF PATRICIA MURPHY |

Patricia A. Murphy (CSB #139368)
LAW OFFICE OF PATRICIA MURPHY
625 Market Street, 4th Floor
San Francisco, CA 94105
Telephone: (415) 686-1363
Facsimile: (415) 520-5302
pmurphy@pmurphylaw.com

Dena M. Roche (CSB #191124) (**Withdrawing**)
Daniel J. O'Rielly (CSB #214846) (**Withdrawing**)
O'RIELLY & ROCHE LLP
101 California Street, Suite 2450
San Francisco, California 94111
Telephone: (415) 946-8878
Facsimile: (415) 946-8801
dena@oriellyroche.com
djo@oriellyroche.com

Attorneys for Plaintiff
LES CONCIERGES, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES CONCIERGES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARK ROBESON, an individual; LES CONCIERGES SERVICES PVT. LTD. an Indian corporation; CLUB CONCIERGE SERVICES, INC., a Delaware corporation; and CLUB CONCIERGE LOYALTY SERVICES, INC., a business organization of unknown form and unknown citizenship,<br><br>Defendants. | Case No.: CV 09 1510 MMC<br><br>**UNOPPOSED MOTION OF DENA M. ROCHE AND DANIEL J. O'RIELLY TO WITHDRAW AS CO-COUNSEL FOR LES CONCIERGES SERVICES PVT. LTD; [PROPOSED] ORDER THEREON**<br><br>**[Local Rule 11-5]** |

| | |
|---|---|
| 1 | TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR |
| 2 | ATTORNEYS OF RECORD: |
| 3 | PLEASE TAKE NOTICE THAT, pursuant to Northern District Local Rule 11-5, Dena |
| 4 | M. Roche and Daniel J. O'Rielly of O'RIELLY & ROCHE LLP, co-counsel to Plaintiff Les |
| 5 | Concierges, Inc. ("Les Concierges") in the above-entitled action hereby move to withdraw as co- |
| 6 | counsel of record for Les Concierges with respect to the above-entitled action and all matters |
| 7 | related thereto. |
| 8 | From approximately March 2009 to approximately August 20009, O'RIELLY & |
| 9 | ROCHE LLP and its attorneys Dena M. Roche and Daniel J. O'Rielly (hereinafter "Counsel") |
| 10 | have assisted Patricia Murphy with the LAW OFFICES OF PATRICIA MURPHY with this |
| 11 | matter on an Of Counsel basis. Counsel, however, has not been actively involved in this matter |
| 12 | since August 2009. Counsel has not had direct contact with the Plaintiff in any real capacity at |
| 13 | any time during the pendency of this case. Ms. Murphy has retained and maintained the |
| 14 | attorney-client relationship with respect to Plaintiff and Counsel has worked directly with Ms. |
| 15 | Murphy and at her direction. |
| 16 | Ms. Murphy has advised Counsel that she informed the Plaintiff in July 2009 that |
| 17 | Counsel would be withdrawing from this matter. Ms. Murphy also advised that she recently |
| 18 | communicated with Plaintiff regarding Counsel's intent to withdrawal and informed Counsel that |
| 19 | she did not expect Plaintiff to object. |
| 20 | Ms. Murphy has advised that that she contacted Debra Sturmer, counsel for defendant |
| 21 | Mark Robeson, and David Potter, counsel for defendants Les Concierges Services Pvt. Ltd. and |
| 22 | Club Concierge Services, Inc. and informed each of them of Counsel's intent to withdraw and |
| 23 | neither party had an objection. |
| 24 | With respect to Northern District Local Rule 11-5(b), there is no need for a substitution |
| 25 | of counsel at this time, as Les Concierges continues to have other counsel of record in the above- |
| 26 | entitled action, including, but not limited to attorneys from the LAW OFFICE OF PATRICIA |
| 27 | MURPHY. |
| 28 | |

-1-
UNOPPOSED MOTION TO WITHDRAW AS CO-COUNSEL
Case No.: CV 09 1510 MMC

| | | |
|---|---|---|
| 1 | Dated: January 26, 2010 | Respectfully submitted, |
| 2 | | **O'RIELLY & ROCHE LLP** |
| 3 | | |
| 4 | | |
| 5 | | By: _____ |
|   | |     Dena M. Roche |
| 6 | |     Daniel J. O'Rielly |
| 7 | | Attorneys for Defendant |
|   | | LES CONCIERGES PVT. LTD. |

**ORDER**

In accordance with the above Unopposed Motion to Withdraw as Co-Counsel, which is incorporated herein by reference, and with good cause appearing therefore, the Court orders as follows:

1. IT IS HEREBY ORDERED THAT the withdrawal of Dena M. Roche and Daniel J. O'Rielly of O'RIELLY & ROCHE LLP as co-counsel of record for Plaintiff Les Concierges, Inc. with respect to the above-entitled action and all matters related thereto IS GRANTED.

**IT IS SO ORDERED.**

Dated: January 27, 2010

_____
Hon. Maxine M. Chesney
United States District Court Judge