1  Patricia A. Murphy (CSB #139368)
   LAW OFFICE OF PATRICIA MURPHY
2  625 Market Street, 4th Floor
   San Francisco, CA  94105
3  Telephone: (415) 686-1363
   Facsimile: (415) 520-5302
4  pmurphy@pmurphylaw.com

5
   Dena M. Roche (CSB #191124) (**Withdrawing**)
6  Daniel J. O'Rielly (CSB #214846) (**Withdrawing**)
   O'RIELLY & ROCHE LLP
7  101 California Street, Suite 2450
   San Francisco, California  94111
8  Telephone:  (415) 946-8878
   Facsimile:  (415) 946-8801
9  dena@oriellyroche.com
   djo@oriellyroche.com
10
   Attorneys for Plaintiff
11 LES CONCIERGES, INC.,

12

13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16

| 17 | LES CONCIERGES, INC., a California corporation, | Case No.:  CV 09 1510 MMC |
|---|---|---|
| 18 | Plaintiff, | |
| 19 | | **UNOPPOSED MOTION OF DENA M. ROCHE AND DANIEL J. O'RIELLY TO WITHDRAW AS CO-COUNSEL FOR LES CONCIERGES SERVICES PVT. LTD; [PROPOSED] ORDER THEREON** |
| 20 | vs. | |
| 21 | MARK ROBESON, an individual; LES CONCIERGES SERVICES PVT. LTD. an Indian corporation; CLUB CONCIERGE SERVICES, INC., a Delaware corporation; and CLUB CONCIERGE LOYALTY SERVICES, INC., a business organization of unknown form and unknown citizenship, | |
| 22 | | **[Local Rule 11-5]** |
| 23 | | |
| 24 | | |
| 25 | Defendants. | |

26

27

28

---
**UNOPPOSED MOTION TO WITHDRAW AS CO-COUNSEL**
                                                        Case No.:  CV 09 1510 MMC

1   TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR
2   ATTORNEYS OF RECORD:
3   PLEASE TAKE NOTICE THAT, pursuant to Northern District Local Rule 11-5, Dena
4   M. Roche and Daniel J. O'Rielly of O'RIELLY & ROCHE LLP, co-counsel to Plaintiff Les
5   Concierges, Inc. ("Les Concierges") in the above-entitled action hereby move to withdraw as co-
6   counsel of record for Les Concierges with respect to the above-entitled action and all matters
7   related thereto.
8   From approximately March 2009 to approximately August 20009, O'RIELLY &
9   ROCHE LLP and its attorneys Dena M. Roche and Daniel J. O'Rielly (hereinafter "Counsel")
10  have assisted Patricia Murphy with the LAW OFFICES OF PATRICIA MURPHY with this
11  matter on an Of Counsel basis.  Counsel, however, has not been actively involved in this matter
12  since August 2009.  Counsel has not had direct contact with the Plaintiff in any real capacity at
13  any time during the pendency of this case.  Ms. Murphy has retained and maintained the
14  attorney-client relationship with respect to Plaintiff and Counsel has worked directly with Ms.
15  Murphy and at her direction.
16  Ms. Murphy has advised Counsel that she informed the Plaintiff in July 2009 that
17  Counsel would be withdrawing from this matter.  Ms. Murphy also advised that she recently
18  communicated with Plaintiff regarding Counsel's intent to withdrawal and informed Counsel that
19  she did not expect Plaintiff to object.
20  Ms. Murphy has advised that that she contacted Debra Sturmer, counsel for defendant
21  Mark Robeson, and David Potter, counsel for defendants Les Concierges Services Pvt. Ltd. and
22  Club Concierge Services, Inc. and informed each of them of Counsel's intent to withdraw and
23  neither party had an objection.
24  With respect to Northern District Local Rule 11-5(b), there is no need for a substitution
25  of counsel at this time, as Les Concierges continues to have other counsel of record in the above-
26  entitled action, including, but not limited to attorneys from the LAW OFFICE OF PATRICIA
27  MURPHY.
28

-1-
**UNOPPOSED MOTION TO WITHDRAW AS CO-COUNSEL**
Case No.:  CV 09 1510 MMC

Dated: January 26, 2010    Respectfully submitted,

**O'RIELLY & ROCHE LLP**


By: _____
      Dena M. Roche
      Daniel J. O'Rielly

      Attorneys for Defendant
      LES CONCIERGES PVT. LTD.

---

-2-
**UNOPPOSED MOTION TO WITHDRAW AS CO-COUNSEL**
                **Case No.:  CV 09 1510 MMC**

**ORDER**

In accordance with the above Unopposed Motion to Withdraw as Co-Counsel, which is incorporated herein by reference, and with good cause appearing therefore, the Court orders as follows:

1.  IT IS HEREBY ORDERED THAT the withdrawal of Dena M. Roche and Daniel J. O'Rielly of O'RIELLY & ROCHE LLP as co-counsel of record for Plaintiff Les Concierges, Inc. with respect to the above-entitled action and all matters related thereto IS GRANTED.

**IT IS SO ORDERED.**

Dated: January 27, 2010

_____
Hon. Maxine M. Chesney
United States District Court Judge

---

-3-
UNOPPOSED MOTION TO WITHDRAW AS CO-COUNSEL

Case No.: CV 09 1510 MMC