Patricia A. Murphy (CSB #139368)
LAW OFFICE OF PATRICIA MURPHY
625 Market Street, 4th Floor
San Francisco, CA 94105
Telephone: (415) 686-1363
Facsimile: (415) 520-5302
pmurphy@pmurphylaw.com

Attorneys for Plaintiff
LES CONCIERGES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES CONCIERGES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARK ROBESON, an individual; LES CONCIERGES SERVICES PVT. LTD. an Indian corporation; CLUB CONCIERGE SERVICES, INC., a Delaware corporation; and CLUB CONCIERGE LOYALTY SERVICES, INC., a business organization of unknown form and unknown citizenship,<br><br>Defendants. | Case No.: CV 09 1510 MMC<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE AND ORDER RELEASING BOND**<br><br>**F.R.Civ.P. 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff LesConcierges, Inc. and Defendants Mark Robeson, Les Concierges Services Pvt. Ltd. and Club Concierge Services, Inc., by and through their respective attorneys of record, hereby stipulate that the within action shall be dismissed with prejudice to the extent of the claims asserted therein, and the bond may be released, pursuant to the terms of a settlement agreement entered into by the parties hereto. Pursuant to the terms of the settlement agreement, each party hereto shall bear its/his own costs.

SO STIPULATED:
Dated: March 12, 2010           LAW OFFICE OF PATRICIA MURPHY

                                By: /s/ Patricia A. Murphy
                                    Patricia A. Murphy
                                Attorneys for Plaintiff
                                LES CONCIERGES, INC.

SO STIPULATED:
Dated: March 15, 2010           LAZARE POTTER & GIACOVAS LLP

                                By: /s/ David E. Potter
                                    David E. Potter
                                Attorneys for Defendant
                                CLUB CONCIERGE SERVICES, INC. and
                                LES CONCIERGES SERVICES PVT.LTD

SO STIPULATED:
Dated: March 16, 2010           LERCH STURMER LLP

                                By: /s/ Debra Steel Sturmer
                                    Debra Steel Sturmer
                                Attorneys for Defendant
                                MARK ROBESON

Pursuant to the Stipulation of the parties and the dismissal with prejudice of the within action, IT IS HEREBY ORDERED that the bond posted by Plaintiff on April 13, 2009 (Bond No. 41174153, in the amount of $2,500.00) is hereby released, effective immediately.

Dated: March 18, 2010

                                /s/ Maxine M. Chesney
                                The Honorable Maxine M. Chesney
                                U.S. District Court Judge

---

**STIPULATED DISMISSAL WITH PREJUDICE**
Case No.: CV 09 1510 MMC