Patricia A. Murphy (CSB #139368)
LAW OFFICE OF PATRICIA MURPHY
625 Market Street, 4th Floor
San Francisco, CA 94105
Telephone: (415) 686-1363
Facsimile: (415) 520-5302
pmurphy@pmurphylaw.com

Attorneys for Plaintiff
LES CONCIERGES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES CONCIERGES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARK ROBESON, an individual; LES CONCIERGES SERVICES PVT. LTD. an Indian corporation; CLUB CONCIERGE SERVICES, INC., a Delaware corporation; and CLUB CONCIERGE LOYALTY SERVICES, INC., a business organization of unknown form and unknown citizenship,<br><br>Defendants. | Case No.: CV 09 1510 MMC<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE AND ORDER RELEASING BOND**<br><br>F.R.Civ.P. 41(a)(1)(A)(ii) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff LesConcierges, Inc. and Defendants Mark Robeson, Les Concierges Services Pvt. Ltd. and Club Concierge Services, Inc., by and through their respective attorneys of record, hereby stipulate that the within action shall be dismissed with prejudice to the extent of the claims asserted therein, and the bond may be released, pursuant to the terms of a settlement agreement entered into by the parties hereto. Pursuant to the terms of the settlement agreement, each party hereto shall bear its/his own costs.

SO STIPULATED:
Dated: March 12, 2010

LAW OFFICE OF PATRICIA MURPHY

By: _____
Patricia A. Murphy
Attorneys for Plaintiff
LES CONCIERGES, INC.

SO STIPULATED:
Dated: March 15, 2010

LAZARE POTTER & GIACOVAS LLP

By: _____
David E. Potter
Attorneys for Defendant
CLUB CONCIERGE SERVICES, INC. and
LES CONCIERGES SERVICES PVT.LTD

SO STIPULATED:
Dated: March 16, 2010

LERCH STURMER LLP

By: _____
Debra Steel Sturmer
Attorneys for Defendant
MARK ROBESON

Pursuant to the Stipulation of the parties and the dismissal with prejudice of the within action, IT IS HEREBY ORDERED that the bond posted by Plaintiff on April 13, 2009 (Bond No. 41174153, in the amount of $2,500.00) is hereby released, effective immediately.

Dated: March 18, 2010

_____
The Honorable Maxine M. Chesney
U.S. District Court Judge

---

STIPULATED DISMISSAL WITH PREJUDICE
Case No.: CV 09 1510 MMC